AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas Webster | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Thomas Webster   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), (b) - Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1), (b)(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority With a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(2), (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4), (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D), (F) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   February 19, 2021

Digitally signed by G. Michael Harvey
Date: 2021.02.19 21:24:32 -05'00'

*Issuing officer's signature*

G. Michael Harvey, U.S. Magistrate Judge

City and state:   Washington, D.C.

*Printed name and title*

### Return

This warrant was received on *(date)* 2/19/2021, and the person was arrested on *(date)* 2/22/2021
at *(city and state)* New Windsor, NY

Date: 2/22/2021

*Arresting officer's signature*

Patricia C. Norden - Special Agent FBI
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas Webster | ) Case No. |
| DOB: 3/25/1966 | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1), (b)(1)(A) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority With a Deadly or Dangerous Weapon, |
| 18 U.S.C. § 1752(a)(2), (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon, |
| 18 U.S.C. § 1752(a)(4), (b)(1)(A) | Engaging in Physical Violence in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon, |
| 40 U.S.C. § 5104(e)(2)(D), (F) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Riley Palmertree, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __February 19, 2021__

_____
Judge's signature

Digitally signed by G. Michael Harvey
Date: 2021.02.19 21:23:03 -05'00'

City and state: __Washington, D.C.__    G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

# STATEMENT OF FACTS

Your affiant, Riley M. Palmertree, is a Special Agent of the Federal Bureau of Investigation ("FBI"), and has been so employed since May 2017. I am currently assigned to the FBI Washington Field Office in Washington, D.C. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent with the FBI, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

## Background

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

1

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Assault of Officer N.R. at the U.S. Capitol*

A number of law enforcement officers were assaulted while attempting to prevent rioters from entering the U.S. Capitol. These assaults occurred both inside the Capitol building, as well as on the steps outside of the Capitol and on the grounds of the Capitol.

The FBI has obtained bodyworn camera ("BWC") footage from the Metropolitan Police Department ("MPD") that depicts an assault of MPD Officer N.R. ("N.R.") that occurred on the Capitol grounds, near the bike rack barricade line at the base of the West Front of the Capitol building. N.R. had been dispatched to that location in order to assist U.S. Capitol Police officers with protecting the Capitol grounds and building.

Your affiant reviewed the BWC footage depicting the assault. As seen in the BWC footage, at approximately 2:28 p.m. EST, an individual wearing a red, black, and white snow jacket, blue jeans, and brown work boots — later identified as United States Marine Corps veteran and retired New York City Police Department Officer Thomas WEBSTER ("WEBSTER") — is seen approaching N.R., who is barricaded behind a metal gate. WEBSTER enters the screen carrying a large metal flagpole. As he enters the screen, WEBSTER is waving his finger at N.R. and yelling: "You fucking piece of shit. You fucking Commie motherfuckers, man . . . Come on, take your shit off. Take your shit off." WEBSTER is carrying a large metal flagpole, with a red U.S. Marine Corps flag attached to it.



After berating N.R., WEBSTER can be observed aggressively shoving the metal gate into N.R.'s body and then arming himself with the metal flagpole.





WEBSTER then raises the metal flagpole above his head and forcefully swings downward, striking the metal barricade directly in front of N.R.





WEBSTER then attempts to attack N.R. by lunging toward him with the metal flagpole. WEBSTER strikes at N.R. with the flagpole numerous times.



N.R. is eventually able to wrest the weapon away from WEBSTER's clutch before N.R. falls to the ground. N.R. quickly stands back up, and begins retreating further behind the metal barricade.



WEBSTER proceeds to break through the metal barricade and begins charging toward N.R. with clenched fists. WEBSTER ultimately lunges at N.R. and tackles him to the ground. WEBSTER's assault of N.R. while on the ground lasts approximately ten seconds.





Your affiant has reviewed open source media from Twitter that depicts WEBSTER's assault of N.R. from a different angle. In these open source images, WEBSTER can be seen pinning N.R. to the ground and straddling him while he tries to forcibly remove N.R.'s face shield and gas mask.





Your affiant has interviewed N.R. as part of this investigation. During the interview, N.R. advised that the individual who had assaulted him attempted to rip off N.R.'s helmet, and that he was being choked by his chin strap and was unable to breathe during this portion of the assault.

Finally, your affiant has reviewed an open source video posted to YouTube that depicts WEBSTER on the staircase leading to the Upper West Terrace of the Capitol building. Beginning at time stamp 00:31 of the video, WEBSTER says into the camera, "Send more patriots. We need some help." WEBSTER also appears to be wearing a dark blue or black body armor vest over his torso.



Source URL: https://www.youtube.com/watch?v=RlAxDAm5KWc

*Identification of WEBSTER*

Based on the BWC footage and open source video described above, the FBI created a profile for WEBSTER in its "Be On The Lookout" (BOLO) Assault on Federal Officer (AFO) list for the ongoing U.S. Capitol Riot investigations.


**Photograph #145 - AFO C**


Photograph #145 - AFO B


Photograph #145 - AFO A

Source URL: https://www.fbi.gov/wanted/capitol-violence

8

Your affiant has also compared the BOLO photos of WEBSTER to a June 2020 passport application photo submitted by WEBSTER and can confirm that the individual in the passport photo resembles the individual in the BOLO photos. Additionally, your affiant has reviewed photos from a public Facebook page belonging to one of WEBSTER's family members and can confirm that the individual in these Facebook photos resembles the individual who assaulted N.R. outside the U.S. Capitol on January 6, 2021. In the photo on the left, WEBSTER appears to be wearing a red Marine Corps shirt.

 

Source URL: https://www.facebook.com/yvonne.webster.71

On January 5, 2021, at approximately 4:32 a.m. EST, a license plate reader on the Southbound Baltimore-Washington Parkway (Route 295), at Kenilworth Avenue Northeast, Washington, D.C., took a photo of a New York license plate number HVU2139, which is registered to WEBSTER.

Finally, on February 19, 2021, your affiant spoke to an administrator at the high school attended by WEBSTER's children. Your affiant then e-mailed the administrator BOLO 145 images A and C. The administrator positively identified the individual as WEBSTER. The administrator confirmed that he/she had seen WEBSTER many times because WEBSTER regularly drops his child off at school.

*Probable Cause*

Based on the foregoing, your affiant submits there is probable cause to believe that WEBSTER violated the following:

1. **18 U.S.C. § 111(a)(1) and (b)**, which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties. Persons designated within section 1114 include any person assisting an officer or employee of the United States in the performance of their official duties. Subdivision (b) includes an enhancement for violating this provision while using a deadly or dangerous weapon.

2. **18 U.S.C. § 231(a)(3)**, which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

3. **18 U.S.C. § 1752(a)(1), (2), (4) and (b)(1)(A)**, which makes it a crime, with respect to subdivision (a)(1), to knowingly enter or remain in any restricted building or grounds without lawful authority to do so; with respect to subdivision (a)(2) to knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and with respect to subdivision (a)(4) to knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempt or conspire to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance. Subdivision (b)(1)(A) includes an enhancement for violating this provision while using a deadly or dangerous weapon.

4. **40 U.S.C. § 5104(e)(2)(D), (F)**, which makes it a crime, with respect to subdivision (e)(2)(D), to willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and with respect to subdivision (e)(2)(F), to willfully and knowingly engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

As such, your affiant respectfully requests that the court issue an arrest warrant for WEBSTER. The statements above are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

Riley M. Palmertree
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of February 2021.

Digitally signed by G. Michael Harvey
Date: 2021.02.19 21:26:02 -05'00'

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

Duration: 1hr. 30mins.
Proceeding via: ☐ CourtCall  ☑ AT&T

DOCKET No. 21mj2050

DEFENDANT Thomas Webster

AUSA Ben Gianforti

DEF.'S COUNSEL Jim Monroe
☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☑ Rule 5(c)(3)   ☑ Detention Hrg.

DATE OF ARREST 2/22/21
TIME OF ARREST 2:35 PM
TIME OF PRESENTMENT 1:30 PM

☐ VOL. SURR.
☐ ON WRIT

☐ Other: _____

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☑ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant consents to proceed remotely and is advised of his rights and the charges against him. Public reading of the complaint is waived. Jim Monroe appeared on behalf of the defendant. Bail/Detention hearing held. Defendant detained.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☐ CONFERENCE BEFORE D.J. ON _____

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED
☑ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 3/25/21    ☑ ON DEFENDANT'S CONSENT

DATE: 2/23/21

_Andrew Krause_
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

Approved: _____
BENJAMIN A. GIANFORTI
Assistant United States Attorney

Before:   HONORABLE ANDREW E. KRAUSE
          United States Magistrate Judge
          Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
UNITED STATES OF AMERICA                        :
                                                :    21 Mag.
         -v.-                                   :    RULE 5(c)(3) AFFIDAVIT
                                                :
THOMAS WEBSTER,                                 :
                                                :
               Defendant.                       :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

      PATRICIA NORDEN, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

      On or about February 19, 2021 the United States District Court for the District of Columbia (the "DDC") issued a warrant for the arrest of "Thomas Webster" (the "Warrant"). The Warrant was based upon a complaint charging Thomas Webster with one count of assaulting, resisting, or impeding certain officers or employees with a deadly or dangerous weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b); one count of obstruction of law enforcement during civil disorder, in violation of 18 U.S.C. § 231(a)(3); one count of knowingly entering or remaining in any restricted building or grounds without lawful authority with a deadly or dangerous weapon, in violation of 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A); one count of disorderly and disruptive conduct in a restricted building or grounds with a deadly or dangerous weapon, in violation of 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A); one count of engaging in physical violence in a restricted building or grounds with a deadly or dangerous weapon, in violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A); and one count of violent entry or disorderly conduct on Capitol

1

Grounds, in violation of 40 U.S.C. § 5104(e)(2) (the "Complaint"). Copies of the Warrant, Complaint, and supporting affidavit (the "Agent Affidavit") are attached.

I believe that THOMAS WEBSTER, the defendant, who was taken into FBI custody on February 22, 2021 in New Windsor, New York, in the Southern District of New York, is the same individual as the "Thomas Webster" who is wanted by the DDC.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Special Agent with the FBI. I have been personally involved in determining whether THOMAS WEBSTER, the defendant, is the same individual as the "Thomas Webster" named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my participation in this investigation, I know that:

   a. On or about February 22, 2021, THOMAS WEBSTER, the defendant, surrendered to the FBI in New Windsor. WEBSTER answered to the name "Thomas Webster," identified himself in certain images included in the Complaint, and provided copies of a New York State driver's license and United States passport in the name of "Thomas Webster."

WHEREFORE, deponent prays that THOMAS WEBSTER, the defendant, be bailed or imprisoned, as the case may be.

*Patricia Norden /AEK (with permission)*
Patricia Norden
Special Agent
FBI

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on: Skype video

*Andrew Krause*
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>Thomas Webster<br>*Defendant* | )<br>)<br>) Case No.   21mj2050<br>)<br>) Charging District's<br>) Case No. |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of   District of Columbia  ,
*(if applicable)*  N/A _____ division. The defendant may need an interpreter for this language:
N/A _____ .

The defendant:  ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   2/23/2021

*Judge's signature*

Andrew E. Krause, U.S. Magistrate Judge
*Printed name and title*

CLOSED

# U.S. District Court
# Southern District of New York (White Plains)
# CRIMINAL DOCKET FOR CASE #: 7:21-mj-02050-UA-1
# Internal Use Only

Case title: USA v. Webster

Date Filed: 02/23/2021

Date Terminated: 02/23/2021

Assigned to: Judge Unassigned

**Defendant (1)**

**Thomas Webster**
*TERMINATED: 02/23/2021*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F----ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES | |

**Plaintiff**

**USA**  represented by  **Benjamin Anthony Gianforti**
DOJ-USAO
300 Quarropas Street
White Plains, NY 10601
914-993-1919
Email: benjamin.gianforti@usdoj.gov
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED
Designation: Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2021 | 1 | RULE 5(c)(3) AFFIDAVIT of PATRICIA NORDEN, Special Agent with FBI, from the United States District Court - Southern District of New York, as to Thomas Webster. (Signed by Magistrate Judge Andrew E. Krause on 2/23/2021) (ap) (Entered: 02/24/2021) |
| 02/23/2021 |  | Arrest (Rule 5(c)(3)) of Thomas Webster. (ap) (Entered: 02/24/2021) |
| 02/23/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Andrew E. Krause: Initial Appearance in Rule 5(c)(3) Proceedings as to Thomas Webster held on 2/23/2021., Bond Hearing as to Thomas Webster held on 2/23/2021. Benjamin Gianforti for the Defendant. Jim Monroe for the Defendant. BAIL DISPOSITION: DETENTION: RISK OF FLIGHT/DANGER. The defendant consents to proceed remotely and is advised of his rights and the charges against him. Public reading of the complaint is waived. Jim Monroe appeared on behalf of the defendant. Bail/Detention hearing held. Defendant detained. IDENTITY HEARING WAIVED; PRELIMINARY HEARING IN SDNY WAIVED. Preliminary hearing 3/25/21 on Defendant's Consent. (ap) (Entered: 02/24/2021) |
| 02/23/2021 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Thomas Webster. Defendant committed to the United States District Court - District of Columbia. (Signed by Magistrate Judge Andrew E. Krause on 2/23/2021) (ap) (Entered: 02/24/2021) |
| 02/23/2021 | 4 | RULE 5(c)(3) DOCUMENTS SENT via email as to Thomas Webster from the U.S.D.C. Southern District of New York to the United States District Court - District of Columbia. Sent original file along with documents numbered 1-3, copies of: Rule 5(c)(3) Documents. (ap) (Entered: 02/24/2021) |
| 02/23/2021 | 🔒 | (Court only) ***Terminated defendant Thomas Webster. (ap) (Entered: 02/24/2021) |
| 02/23/2021 | 🔒 | (Court only) ***Case Terminated as to Thomas Webster. (ap) (Entered: 02/24/2021) |