## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| ) | Case: 21-cr-208 |
| Plaintiff,  ) | |
| ) | Hon. Amit P. Mehta, United States District Judge |
| v.  ) | |
| ) | |
| THOMAS WEBSTER,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Defendant moves for the admission and appearance of attorneys James E. Monroe, Esq. *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of James E. Monroe, Esq., filed herein. As set forth in Mr. Monroe's declaration, he is admitted and an active member in good standing in the following courts and bars: the New York Bar, Supreme Court of New Jersey, United States District Court for the District of New Jersey, Appellate Division of the Supreme Court of the State of New York in and for the Second Judicial Department, Southern District of New York, Eastern District of New York, Northern District of New York, Western District of New York, United States Court of Appeals for the Second Circuit and the Supreme Court of the United States. This motion is supported and signed by Jonathan Zucker, Esq. an active and sponsoring member of the Bar of this Court.

Dated this ____ day of March, 2021.                Respectfully Submitted,

/s/ Jonathan Zucker
JONATHAN ZUCKER, ESQ.
DC Bar # 384629
JONATHAN ZUCKER LAW
37 Florida Ave., NE Suite 200
Washington, DC 20002

Tel.: 202-624-0784
Email: jonathanzuckerlaw@gmail.com
Attorney for Defendant

To:   Hava Arin Levenson Mirell,
      Assistant U.S. Attorney
      U.S. Attorney's Office
      312 N. Spring St., Ste. 1200
      Los Angeles, CA 90012
      213-894-0717
      Email: hava.mirell@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case: 21-cr-208 |
| Plaintiff, ) | |
| ) | Hon. Amit P. Mehta, United States District Judge |
| v. ) | |
| ) | |
| THOMAS WEBSTER, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF JAMES E. MONROE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1.  James E. Monroe, hereby declare:

    1.  My name, office address and telephone number are as follows:

        James E. Monroe, Esq.
        Partner in the law firm of Dupee & Monroe, P.C.
        211 Main St., P.O. Box 470
        Goshen, New York 10924
        Telephone: 845-294-8900
        Facsimile: 845-294-3619
        Email: jim@dupeemonroelaw.com

    2.  I have been admitted to the following courts and bars:

        Supreme Court of New York (1997) (NY Bar No. 2787117)
        Supreme Court of New Jersey (12/27/96) (NJ Bar No. 02306-1996)
        United States District Court for the District of New Jersey (01/02/97)
        Appellate Division of the Supreme Court of the State of New York
          In and for the Second Judicial Department (01/08/97)
        Southern District of New York (03/26/97)
        Eastern District of New York (03/28/97)
        Northern District of New York (04/17/97)
        Western District of New York (11/08/07)
        United States Court of Appeals for the Second Circuit (10/08/02)
        Supreme Court of the United States (11/14/11)

    3.  I am currently in good standing with all states, court, and bars in which I am

admitted.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Goshen, New York, this 15$^h$ day of March, 2021.

Dated this 15$^h$ day of March, 2021.

Respectfully submitted,

James E. Monroe, Esq.
Dupee & Monroe, P.C.
211 Main St., P.O. Box 470
Goshen, New York 10924
Tel.: 845-294-8900
Fax: 845-294-3619
Email: jim@dupeemonroelaw.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case: 21-cr-208 |
| ) | |
| v. ) | Hon. Amit P. Mehta, United States District Judge |
| ) | |
| THOMAS WEBSTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**(DEFENDANT'S PROPOSED) ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JAMES E. MONROE *PRO HAC VICE***

The Court has reviewed the defendant's motion for admission of attorney James E. Monroe's *pro hac vice*. Upon consideration of that motion, the Court grants attorney James E. Monroe's *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
HON. AMIT P. MEHTA,
UNITED STATES DISTRICT JUDGE