AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas Webster | ) Case No. 1:21-CR-208 |
| | ) |
| Defendant | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: FOIL Unit, Legal Bureau, 1 Police Plaza, Room 110C, New York, New York 10038
Attn: Lt. Richard Mantellino

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:
Thomas Webster's entire Personnel File with the New York Police Department, including, but not limited to: 1) disciplinary records, 2) Central Personnel Index records, 3) commendations and/or citations, 4) character and fitness records

| Place: Dupee & Monroe, P.C.<br>211 Main Street<br>Goshen, New York 10924 | Date and Time: 04/30/2021 2:00 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date: April    2021

SO ORDERED:

2021.04.12
17:43:43
-04'00'

HON. AMIT P. MEHTA

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Thomas Webster
, who requests this subpoena, are:

Dupee & Monroe, P.C., 211 Main Street, P.O. Box 470, Goshen, New York 10924; jim@dupeemonroelaw.com; (845) 294-8900

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.