NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                            Criminal Number  1:21-cr-208APM

# THOMAS WEBSTER
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

JAMES E. MONROE, ESQ./PRO HAC VICE
*(Attorney & Bar ID Number)*
DUPEE & MONROE, PC
*(Firm Name)*
**211 MAIN ST., PO BOX 470**
*(Street Address)*
**GOSHEN, NY  10924**
*(City)         (State)         (Zip)*
**845-294-8900**
*(Telephone Number)*