JAMES E. MONROE, ESQ.
DUPEE & MONROE, P.C.
211 Main St., P.O. Box 470
Goshen, New York 10924
Attorneys for Defendant Thomas Webster
Our File # 21020CR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:21-CR-208 |
| Plaintiff, | : | **AFFIDAVIT IN SUPPORT** |
| v. | : | |
| THOMAS WEBSTER, | : | |
| Defendant. | : | |

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF ORANGE     )

JAMES E. MONROE, ESQ., being duly sworn, deposes and says:

1. I am a principal of the law firm of Dupee & Monroe, P.C. and have the privilege of representing the defendant, Thomas Webster, in the above-entitled action. I am familiar with the facts and circumstances in this action.

2. This affidavit is respectfully submitted in support of defendant's Motion to hold Non-Parties Lieutenant Richard Mantellino and the New York City Police Department in contempt of a federal subpoena.

3. These criminal proceedings stem from the alleged actions taken by the defendant at the United States Capitol Building on January 6, 2021.

4.      Prior to the date of this incident, Mr. Webster had an impeccable record as both a United States Marine and as a New York City Police Department Officer. Mr. Webster was sworn in as a police officer in 1991, and he retired in 2011. As a product of Mr. Webster's distinguished service, toward the end of defendant's career, he was afforded the privilege of being assigned to then-Mayor Michael Bloomberg's private security detail.

5.      Defendant intends to submit relevant portions of his NYPD records to this Court in connection with his appeal of the denial of bail/bond to establish that defendant does not pose a danger to the community if released by this Court. Knowing full well that such records are indispensable to defendant's appeal, our office requested that a subpoena to the New York City Police Department and Lieutenant Richard Mantellino for his NYPD personnel records be So Ordered by this Court. Your Honor, the Honorable Amit P. Mehta, graciously So Ordered this subpoena on April 12, 2021. Exhibit A

6.      This So Ordered subpoena was personally served upon the New York City Police Department by Robert Saladin on April 15, 2021. The Affidavit of Service to this effect is attached hereto as Exhibit "B."

7.      The subpoena commanded that Lieutenant Richard Mantellino and the New York City Police Department provide Mr. Webster's NYPD personnel records to the office of defendant's counsel on or before April 30, 2021. Exhibit A

8.      Having not received any records as of May 4, 2021, my office called the New York City Police Department and was directed to speak with Investigator Tracey Davis, who had been assigned the task of completing Mr. Webster's records request that was the subject of the subpoena. On that date, Investigator Davis stated that she needed until Friday to obtain Mr.

Webster's personnel records and to contact her on May 7, 2021 to ensure that the same had been done.

9. On May 7, 2021, my office again called Investigator Davis, who stated that she did not have Mr. Webster's personnel records on her desk and that she hoped that they would be provided to her at some point. Clearly, the New York City Police Department and Lieutenant Richard Mantellino's records requests department feel no sense of urgency to respond to a So Ordered federal subpoena signed by this Court.

10. Federal Rule of Criminal Procedure 17(g) states that "[t]he court may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district."

11. Your deponent respectfully suggests that Lieutenant Richard Mantellino and the New York City Police Department have no adequate excuse for their failure to comply with the subpoena signed and So Ordered by this Court, and thus they should be held in contempt and treated accordingly. *See, Nilva v. U.S.*, 77 S. Ct. 431, 437-38 (1957).

12. No prior request for the relief requested herein has been made before this or before any other court.

WHEREFORE, the defendant respectfully requests that this Court grant their motion holding Non-Parties Lieutenant Richard Mantellino and the New York City Police Department in contempt of a federal subpoena.

Dated: Goshen, New York
       May 11, 2021

_____
JAMES E. MONROE, ESQ.
DUPEE & MONROE, P.C.
Attorneys for Defendant
Office & P.O. Address
211 Main St., P.O. Box 470
Goshen, New York 10924
845-294-8900; 845-294-3619 (Facsimile)
Email: info@dupeemonroelaw.com

Sworn to before me on this
11 day of May, 2021.

_____
NOTARY PUBLIC

HEATHER WOODRUFF
Notary Public, State of New York
No. 01WO4769888
Qualified in Orange County
Commission Expires March 30, 2022