# Dupée & Monroe P.C.
## Attorneys at Law

JON CHARLES DUPÉE (1939-2001)
JON C. DUPÉE, JR.*
JAMES E. MONROE**
WALTER C. MACHNICKI
\* ADMITTED TO PRACTICE IN NY, NJ & PA
\*\* ADMITTED TO PRACTICE IN NY, NJ

211 Main Street, P.O. Box 470
Goshen, New York 10924
TEL: (845) 294-8900
FAX: (845) 294-3619
e-mail: info@dupeemonroelaw.com

NEW YORK CITY OFFICE
11 PARK PLACE, SUITE 1715
NEW YORK, NY 10007

May 11, 2021

VIA ECF/PACER
Hon. Amit P. Mehta, United States District Judge
United States District Court, District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

      RE:    U.S. v. WEBSTER
               DOCKET NO. 1:21-CR-208

Dear Judge Mehta:

Our law firm has the privilege of representing the defendant, Thomas Webster. Your writer has received and reviewed Mr. Marvin's petition and the Court's Minute Order denying the relief requested by Mr. Marvin dated May 10, 2021.

We write to report that Mr. Marvin filed his petition on May 10 without the knowledge or consent of Mr. Webster or this office.

Instead, Mr. Marvin appears to be the type of intruder or uninvited meddler - - styling himself as a "next friend" - - as described by the Supreme Court in *Whitmore v. Arkansas*, 495 U.S. 149, 164 (1990). It appears that Mr. Marvin has engaged in similar tactics in the cases of: *Aponte v. Chamberlain*, 2008 WL 4569861 (M.D.Pa.); *People ex rel. Marvin v. Sheriff of Orange County*, 2018 NY Slip Op 00560 (Orange Cty. Ct. Jan. 31, 2018); *Poole v. Commonwealth of Pennsylvania et al.*, Index No. 1:17-cv-02166 (M.D.Pa. 2016); and *Rorrer v. Nicholas et al.*, Index No. 5:19-cv-01398 (M.D.Pa. 2019).

Mr. Marvin's vexatious nature is exemplified by such cases as: *Marvin v. Prelesnik*, Index No. 5:11-cv-15281 (E.D.Mich. July 13, 2012); *Marvin v. Orange Co. Dep't of Social Services*, Index No. 7:16-cv-01456 (S.D.N.Y. 2016); *Marvin v. Jennings et al.*, 2020 WL 353282 (S.D.N.Y. Jan. 17, 2020); *Marvin v. Sheriff of Orange County et al.*, 2020 WL 2476108 (S.D.N.Y. May 13, 2020); *Marvin v. Peldunas et al.*, 2020 WL 5548823 (S.D.N.Y. Sept. 16, 2020); and *In re Marvin*, 141 S.Ct. 1454 (Feb. 22, 2021).

We certainly appreciate the Court's Minute Order and request that future filings made by Mr. Marvin on behalf of our client be disregarded.

Very truly yours,

JAMES E. MONROE, ESQ.

cc: Asst. U.S. Attorney Hava Mirell via ECF
Mr. Thomas Webster via e-mail (mweb71@gmail.com)