# Dupée & Monroe P.C.
## Attorneys at Law

JON CHARLES DUPÉE  (1939-2001)
JON C. DUPÉE, JR.*
JAMES E. MONROE**
WALTER C. MACHNICKI
* ADMITTED TO PRACTICE IN NY, NJ & PA
** ADMITTED TO PRACTICE IN NY, NJ

211 Main Street, P.O. Box 470
Goshen, New York 10924
TEL: (845) 294-8900
FAX: (845) 294-3619
e-mail: info@dupeemonroelaw.com

NEW YORK CITY OFFICE
11 PARK PLACE, SUITE 1715
NEW YORK, NY 10007

May 24, 2021

Hon. Amit P. Mehta
United States District Judge
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE: USA v. THOMAS WEBSTER
CASE NO. 1:21-cr-208

Dear Judge Mehta:

Our law firm has the privilege of representing defendant Thomas Webster.  Defendant was arraigned before Magistrate Andrew E. Krause on February 23, 2021.  Following a hearing, defendant was remanded without bail/bond and remanded to the custody of the Federal Government.

Our office has worked in earnest to obtain a copy of defendant's employment records from the New York City Police Department.  A So Ordered Subpoena was served upon the New York City Police Department on April 14, 2021.  As of this date, no records have been produced.

Without a response from the New York City Police Department, defendant filed an Order to Show Cause on May 11, 2021.  Defendant's employment records will be an integral part of our client's appeal.  *See,* 18 U.S.C. §§ 3142(e)(3)(A) & 3145(b).

Stating as much, we are requesting the benefit of the Court's conformed/executed Order to Show Cause.

Very truly yours,

JAMES E. MONROE

JEM/hw

cc:     Email and ECF: hava.Mirell@usdoj.gov
        Hava Mirell, Assistant United States Attorney
        United States Attorney's Office
        District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530

New York City Corporation Counsel
via email: serviceecf@law.nyc.gov

Ms. Michelle  Webster