JAMES E. MONROE, ESQ.
DUPEE & MONROE, P.C.
211 Main St., P.O. Box 470
Goshen, New York 10924
Attorneys for Defendant Thomas Webster
Our File # 21020CR

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:21-CR-208 |
| Plaintiff, | : | **ORDER TO SHOW CAUSE FOR CONTEMPT OF FEDERAL SUBPOENA** |
| v. | : | |
| THOMAS WEBSTER, | : | |
| Defendant. | : | |

Upon the annexed affidavit of James E. Monroe, Esq. in support of Defendant's Motion for Holding Non-Party Lieutenant Richard Mantellino and the New York City Police Department in Contempt of a Federal Subpoena, it is hereby ordered that Lieutenant Richard Mantellino and the New York City Police Department in the above-captioned matter appear to show cause why the Court should not hold Lieutenant Richard Mantellino and the New York City Police Department in contempt for failure to respond to a federal subpoena pursuant to Federal Rule of Criminal Procedure 17(g); and it is further

ORDERED, that any answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for the defendant by delivering copies thereof to the offices of Dupee & Monroe, P.C. attention James E. Monroe, Esq., on or before 12:00 pm on May 26, 2021,

and any reply shall be filed and served by the defendant by May 28, 2021 at 12:00 p.m.; and it is further

ORDERED, that defendant complete service of process on these non-parties by personal service in the manner prescribed by Federal Rules of Criminal Procedure §§ 49(a)(1) and 49(a)(4). Defendant shall complete service of this Order and any supporting papers upon which this Order is based by May 25, 2021.

Dated: Washington, District of Columbia
       May ___, 2021

                                        SO-ORDERED:

                                        HONORABLE AMIT P. MEHTA,
                                        UNITED STATES DISTRICT JUDGE

\*\*The court delayed issuance of this order to afford the New York City Police Department time to respond to Defendant's motion, but no response has yet been filed.