# Dupée & Monroe P.C.
## Attorneys at Law

JON CHARLES DUPÉE (1939-2001)
JON C. DUPÉE, JR.*
JAMES E. MONROE**
WALTER C. MACHNICKI
* ADMITTED TO PRACTICE IN NY, NJ & PA
** ADMITTED TO PRACTICE IN NY, NJ

211 Main Street, P.O. Box 470
Goshen, New York 10924
TEL: (845) 294-8900
FAX: (845) 294-3619
e-mail: info@dupeemonroelaw.com

NEW YORK CITY OFFICE
11 PARK PLACE, SUITE 1715
NEW YORK, NY 10007

May 26, 2021

VIA ECF/PACER
Hon. Amit P. Mehta, United States District Judge
United States District Court, District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

    RE: U.S. v. WEBSTER
       DOCKET NO. 1:21-CR-208

Dear Judge Mehta:

Our law firm has the privilege of representing the defendant Thomas Webster. I write to report that this morning, I was contacted by counsel for the NYPD Robert Fodera, Esq. who has furnished our office via e-mail with a certified copy of Mr. Webster's employment records.

With the So Ordered subpoena being satisfied, defendant hereby withdraws his motion for sanctions and contempt against the New York City Police Department and Lieutenant Richard Mantellino.

Thank you.

             Very truly yours,

             JAMES E. MONROE, ESQ.

cc: Asst. U.S. Attorney Hava Mirell via ECF
   Robert Fodera via e-mail (Robert.fodera@nypd.org)
   Mr. Thomas Webster via e-mail (mweb71@gmail.com)