# Dupée & Monroe P.C.
## Attorneys at Law

JON CHARLES DUPÉE (1939-2001)
JON C. DUPÉE, JR.*
JAMES E. MONROE**
WALTER C. MACHNICKI
* ADMITTED TO PRACTICE IN NY, NJ & PA
** ADMITTED TO PRACTICE IN NY, NJ

211 Main Street, P.O. Box 470
Goshen, New York 10924
TEL: (845) 294-8900
FAX: (845) 294-3619
e-mail: info@dupeemonroelaw.com

NEW YORK CITY OFFICE
11 PARK PLACE, SUITE 1715
NEW YORK, NY 10007

June 16, 2021

Hon. Amit P. Mehta
United States District Judge
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE: USA v. THOMAS WEBSTER
CASE NO. 1:21-cr-208

Dear Judge Mehta:

Our law firm has the privilege of representing the defendant Thomas Webster. We are currently working on defendant's Motion seeking the Revocation of Magistrate Andrew E. Krause's February 23, 2021 Order of Detention. *See,* 18 U.S.C. §3145(b) Defendant's papers are to be filed with the Court this evening by 5:00 P.M.

Your writer has been absent from the office due to my wife's medical testing in preparation for surgery she is scheduled to undergo on Friday June 18, 2021. With the consent of Assistant U.S. Attorney Hava Mirell, I am writing to request a one day extension of time to file defendant's motion. Correspondingly, we are requesting that the Government's time to oppose defendant's papers be extended to June 24th.

With the defendant's liberty interests at stake, we are not requesting an extension of time to file defendant's reply due June 28th or that the June 29th Detention Hearing be rescheduled.

Thank you.

Very truly yours,

JAMES E. MONROE

JEM/hw

cc:    Email and ECF: hava.Mirell@usdoj.gov
       Hava Mirell, Assistant United States Attorney
       United States Attorney's Office
       District of Columbia
       555 4th Street, N.W.
       Washington, D.C. 20530