# EXHIBIT "D"

*Commends*

Mr. Russell Ancrum
Supervisor
Gun Hill Resident Patrol
711 Magenta Street, #12B
Bronx, New York, 10467

April 15, 1997

Mayor Rudolph Giuliani
City Hall
New York, New York 10007

Dear Mr. Mayor:

    I am Resident Patrol Supervisor at Gun Hill Houses located in the North Bronx. I am writing to let you know what a great job the Residents at Gun Hill think your officers are doing.

    Police Officer Webster and Police Officer Morales have demonstrated to us that they are concerned about the quality of life in our community. They are always courteous and ready to respond to any situation.

    Just as we speak out when we think there is a problem in our community with the police officers, we are writing to give Police Officer Webster and Police Officer Morales the praise that they so richly deserve.

☒ PRECINCT/COMMAND BULLETIN BOARD

☐ PRECINCT/COMMAND PERSONNEL FOLDER

[Note: Original Documents Have Been P... in Personnel Folder at Performance Evaluation Section]

Thank you for your attention.

Sincerely

*Russell Ancrum*
Russell Ancrum
Resident Patrol Supervisor

cc:  Mr. Howard Safir
     Police Commissioner
     NYC Police Department
     1 Police Plaza
     New York, New York 10038

*Manuel Perez*

*Brandi Hogan '94*

*Ruth Ward*

*Evelyn D. Lay Pagan*

*John J. Moran*

*Mae Rolle*

*Dorothy Powell*

*Aliesie Johnson*

*Outlin Chaffin*

-2-