Exhibit "E"

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

26 Federal Plaza
New York, New York 10278

| | |
|---|---|
| File Number: | 176-NY-3393426 |
| Time: | 2:30 PM |
| Recording Date: | 2/22/2021 |
| Case Agent/Det: | SA Norden |

| Participants: | |
|---|---|
| TW: | Thomas Webster |
| PN: | SA Patricia Norden |
| JM: | James Monroe |
| MC: | SA Mike Callanan |
| CK: | Catherine Kelly |
| UM: | Unknown Male |
| UF: | Unknown Female |

| Abbreviations: | |
|---|---|
| IA | Inaudible |
| UI | Unintelligible |
| PH | Phonetic |
| FL | Foreign Language |

/mej
#704

Norden 2-22-21 176-NY-3393426 #704

Thomas Webster Interview

PN      Okay, so just to start off you could state your-your name, date-of-birth.

TW      My name is Thomas Webster, no middle initial.  My date-of-birth is March twenty-fifth, nineteen sixty-six.

PN      Okay and you're here today voluntarily?

TW      Yes.

PN      With your attorney and if you could state your name as well on the record.

JM      James Monroe, uh two one-one Main Street, Goshen, New York, one-zero-nine-two-four.  Here today on behalf of Mr. Webster.

PN      Just to start, we've already started the process collecting the items that we asked you to-to turn in.  Do you have any medical history?  Are you on any medications or anything?

TW      Asthma, A-Fib (PH) I've had some GERD.

PN      But are you on, are you on any daily medications?

TW      Um-uh-uh, just a uh, an emergency inhaler is what I generally, you know, find helpful.  I just try to avoid any meds, you know prescribed.

PN      Alright so there's no prescription (UI)

TW      Just an emergency, just, yeah I-I have a bunch of inhalers laying around the house as I use them as needed.

2

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| PN | Did you bring one with you today? |
| TW | Uh no I didn't. |
| PN | Can you... |
| TW | Uh I don't need it, I don't need it.  I-I generally. |
| PN | Okay. |
| TW | I-I normally wouldn't carry it but uh. |
| MC | You can get through a day without it. |
| TW | Yeah-yeah, I'll be fine, I'll be fine. |
| MC | 'Cause they're gonna ask down at the Marshal's. |
| TW | I just thought it might create a red flag as far as having (UI) on your end. |
| MC | (UI) yeah, that's all I'm saying. |
| TW | But I don't, I don't need it.  I generally don't drive around with it.  I don't leave the house and make it a point to bring it with me. |
| PN | Okay and since you're here with your attorney we would assume that you know your, the Miranda Rights and you are represented.  So um what we wanted to start with is these are the. |
| JM | Okay, you ready, listen to me. |
| TW | Yeah. |
| JM | Across the table are two Federal Agents. |
| TW | Yes. |

3

Norden 2-22-21 176-NY-3393426 #704

JM      It's very important that anything you say is absolute the truth, okay?

TW      Yep.

JM      If you don't one hundred and ten percent know the answer to the question-

TW      Uh huh.

JM      Tell the agents that you don't recall because if you guess at something and you're wrong they'll, they could lead to the, to the assumption that you weren't being honest with them.  So stone-dead honesty everything you say.  If you don't know tell them you don't know.

TW      I understand, thank you.

PN      Okay, we were, and that was going to be my next thing.

TW      Yeah-yeah.

PN      Just before I hand this over is that there is a charge.

JM      How good was that was that good?

MC      Very good.

PN      Very good.  I just, I turned to him I said you're doing this for me because-

TW      Yeah.

PN      We were gonna address that there is a-a charge for lying to Federal Agents, so it's okay to say you-

TW      Yep, right.

4

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| PN | You know, what we are primarily concerned with is if we ask you if you were there and you say no. |
| TW | Right. |
| PN | And then- |
| TW | Right. |
| PN | Yes you were. |
| TW | Right, I understand. |
| PN | So you know, obviously, if it's like a minor that's not a. |
| TW | Uh huh. |
| PN | But I want you to take a look.  These were the-the photos that were- |
| TW | Uh huh. |
| PN | Posted as the FBI BOLO one forty-five.   See, are those. |
| JM | (UI) Right. |
| TW | Yes. |
| JM | That's a picture of you right Mr. Webster? |
| TW | Yeah-yeah (UI) this one. |
| PN | Are those, you confirm those are you? |
| TW | Yes. |
| PN | Okay, can we have you initial and put today's date? |

5

Norden 2-22-21 176-NY-3393426 #704

TW        Sure.

PN        Confirming that.

TW        Today's date is um.

PN        The twenty-second, right?

JM        Yep.

UM        Two-two um twenty-one. Two-two-two, twenty-one (UI)

PN        Okay, you confirm (UI) those are-

TW        Yes.

PN        These are you?

TW        Yes.

PN        Okay and I don't think we covered this but if at any time you need a
          break, you know-

TW        Thank you.

PN        To go to the bathroom.

TW        Thank you.

PN        (UI) let us, let us know.

TW        Uh huh.

PN        Okay so we'd like to have you start by explaining a little bit about
          yourself, your employment history.  We had heard you had a military
          history, just explain.  Like your-your service times, your.

Norden 2-22-21 176-NY-3393426 #704

TW      Okay.

JM      It has to go in chronological order.

TW      Okay.

JM      What town you're from, where you went to high school.  Went to
        college, military.

TW      Okay.

JM      I can stay better organized too if it starts early and-and then goes
        forward in time so go ahead.

TW      Alright, chronologically I was born in Brooklyn, New York, uh Flatbush
        area.  I lived there till about, um I was in third grade we moved up to
        Suffern, New York.  I attended Suffern high school.

PN      College.

TW      Um yeah, graduated high school, attended Rockland Community
        College, some college, wasn't for me.  Joined the Marine Corp about a
        year after high school.  Served in the Marine Corp. for four years, was
        honorably discharged.

PN      What years were (UI)

TW      October thirty-first, nineteen eighty (UI) approximately, I'm pretty sure
        the dates are right.

PN      That's alright, I mean just-

TW      Yeah.

PN      Yeah just approximately.

7

Norden 2-22-21 176-NY-3393426 #704

TW      Approximately, October thirty-first, nineteen eighty-five to October thirty-first, nineteen, approximately October thirty-first, nineteen eighty-nine.  So from eighty-five to eighty-nine.

PN      Okay.

TW      Is when I served.

MC      (UI)

UM      What's that?  Oh Lisa.

MC      Lisa, okay (UI)

JM      (Laughing)

PN      Okay and then after the Marines.

TW      After the Marines uh, just um.

PN      Where were you, let's go back to Marines.  Where were you, what were your roles in the Marines?

TW      I was a rifleman.

PN      Rifleman.

TW      (UI) three-eleven (UI) I was a, no, my rank was Corporal before. (PH)  No problems in the Marines, no problems, yeah no problems.  Went on several deployments.  After I got out got some odd jobs and um I had taken some tests while I was in to um, for the NYPD while I was in the service and uh last minute, last opportunity I had to join.  I-I did and was sworn in-in April, approximately April, nineteen ninety-one, was when I started and um I was on the force for the required amount for uh regular retirement, which was twenty years, so I guess that would be two thousand and eleven.

8

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| PN | Okay and that retirement was. |
| TW | Just a service retirement it wasn't disability, it wasn't uh, you know I wasn't fired or anything it was a service retirement. |
| PN | Yeah okay. |
| TW | Um, while, you know about a month before I was (UI) approximately a few months before I was getting ready to retire I, thinking long and hard what I was gonna do and I decided to just break away from all the crazy stuff (UI) military, the crazy you know hours and you know missing family stuff and I was like you know what I'm done.  (UI) |
| MC | (UI) when you retire. |
| TW | Say again. |
| MC | Where were you at the end when you retired? |
| TW | Well, my last year that I going back and forth to the city I was like. |
| MC | What precinct, where were you? |
| TW | Uh I-I-I-I did eight years in the street, uh PSA-eight.  I did some time at the uh, the firing range and then I was up but uh, with the Intel Unit my last four years and so the last year I just had enough time, you know hour and a half behind, you know (UI) time I, whole year I decided think thinking about what I was gonna do and my decision was just to break away from all this stupid stuff.  No offense, what you guys do is great but I just burnt out. |
| PN | No, I get it. |
| TW | I seen some crazy stuff and I just didn't wanna be around it anymore. |
| JM | Yeah. |

Norden 2-22-21 176-NY-3393426 #704

TW      So yeah.

PN      So were you a detective, like what was your role in intel?

TW      Uh no I was just a silver shield, um I took a Sergeant's test once.  I think I missed it by a couple of questions and the questions that would have helped me, they got thrown out.  So I uh just stayed silver shield and I-I had a blast, you know, once you know, kind a like once I got off the street there I had a really good time but the time on the street was uh (UI)

PN      So Intel was your last assignment?

TW      Yes.

PN      What did you do there? (UI)

TW      Um.

MC      (UI) stop or was it, were you doing CT, terrorism stuff or no?

TW      Can we, can I talk to my attorney out front? (PH)

PN      Sure-sure.

MC      He wants to leave the room?

JM      Yeah (UI) tell them, its fine, tell them.

TW      No, just uh I wasn't on his personal protection team but I was on a uniform team with uh, with uh Mr. Bloomberg.

PN      Oh okay.

TW      Sorry.

UM      That's all right.

10

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| TW | Trying to just uh, uncomfortable disclosing that.  I-I signed a (UI) |
| MC | Disclosure. |
| JM | Don't worry about it you're in the right group here. |
| MC | It's not going anywhere. |
| JM | They're not going to pose any threat- |
| TW | Yeah. |
| JM | To uh Mayor, former Mayor Bloomberg. |
| TW | Yeah, no just. |
| PN | Okay and then since then you've been doing landscaping? |
| TW | Yeah, cutting lawns (UI) stuff. |
| PN | And this is your own business you own it? |
| TW | I was gonna try to expand it and you know make it into this big, whatever, big pipedream thing and-and it's just, you know I'm just having more fun just doing it myself and work my own hours and take my own time off ya know. |
| MC | How many people work under you? |
| TW | No I-I. |
| MC | Just you now? |
| TW | In the beginning I-I had family guys helping me out.  My, you know, you know maybe people I would pick up, people I knew.  It-it was too stressful for me.  I was like- |

MC          (UI)

TW          I didn't trust them with the damn mowers, I didn't trust, you know. I said you know what and really for like the last nine, I don't know how many years. I've been doing it ten, approximately ten years. I-I been doing it by myself. Snow removal in the wintertime and-and you know I have good clients and you know, you know I told them I'm not gonna do the golf course work but I'll-I'll (UI)

MC          It's a lot of work.

TW          Yeah-yeah-yeah so uh, so that kind a like brings us to, you know the current time. It's ya know it's really-

PN          Okay.

TW          What played into me stressing out about today, I was kind a hoping to get this last little storm in and really put a bow on it and you know but it just didn't work out that way.

PN          Okay so now, you know like for you to explain a little bit about the events of January sixth, leading up to that. You know how and we're just gonna let you, let you go with what you remember and we'll come back and we'll ask some questions to fill in the blanks.

JM          Right up till the time you-you have the dealings with the, with the Capital Police Officer, which is the focus of, what I believe is gonna be the charges but I want you to talk freely about what takes you down there on January sixth and-

TW          Okay.

JM          What you did and who you saw and-

PN          The arrangements you made, anybody you might have met with. Anything you might have seen.

Norden 2-22-21 176-NY-3393426 #704

TW       Um.

JM       (UI) though, okay because that's the focus of what I expect the charges
         are gonna be right, I mean. (UI)

TW       Say that one more time.

JM       The focus of the charge is gonna be concerning your-your involvement
         with this officer.

TW       Right, I got it.  I think it's extremely important to point out um that I just
         went down there just-just to show support for something um that I
         don't, like there was one last chance to maybe um show some support
         to maybe um set things right, I guess, is the way to put it.  I just wanted
         to-to go down there and show the support.  I, let's see I-I attended the
         Freedom Rally the night before.  I uh, um I uh, the next day was the
         speech.

PN       Who was at the Freedom Rally?

TW       Umm, it was the um, it was that, it was at Freedom Plaza.

PN       Okay.

TW       And um I got there a little late but um it was like-like Roger Stone was
         there.  I think that's his name.  They had some music there.  Um there
         was just um one of uh, just personalities I guess uh they were making
         speeches.  I just don't remember their names exactly.

PN       Okay.

TW       General Flynn was there.  So the next day was the big speech that um, I
         was gonna try to listen to and uh (UI) exactly.  I got there a little early to,
         where the ellipse (PH) um and I started walking around visiting all the
         monuments.  Got a little lost and came back in to where the speech was
         being given.  I think I came halfway through when former President

13

Trump was speaking, halfway through the speech and I-I-I noticed people were leaving. I thought that was odd us so I uh, but I stayed for the whole speech. After the speech everybody started leaving. I stayed in front of the Washington Monument for a pretty long period of time. Approximately, approximately thirty-five to forty minutes talking to people. I just found it interesting where everybody was from and uh just making conversation. I just love to talk and uh, um took some pictures. You'll see it on my phone of the uh, the young kid dressed up in some old type of colonial outfit I guess. You'll see that on my phone I think, it's in the Google photos. After-after that I went to go use the port-a-john. I needed to use the restroom and over there-there were a ton of port-a-johns with, there were still quite a bit of people there and long lines. Waited in line.

PN          Okay.

TW          For quite some time, even another half hour, approximately, and once I was done that's when I started to walk um down to the Capital. By the time I got down to the Capital and this is kind of like, I was totally, I didn't know what the hell happened. The whole place was just covered and already people all over the place. Everybody, all over the lawn. All the way up to the Capital and I was like oh my goodness this-this is, this is just crazy, you know. So hung out for a few minutes out on the street and I said, well Tom, you're-you're here to protest go up into...my thought process was go up until you're told you can't go any further or go up to a police line. That's what I was thinking, you know it's a protest, we, you know (UI) a protest and I say just go up into the police line and I made my way through that big crowd and the first time that I even came in contact with any police was that very moment that we're talking about right now. I didn't participate in anything before that. Okay, that moment is my first encounter with any police interaction and that's when everything just goes in this direction. I was upset, I was vocal and said some, no-no, said some things, you know that I think I took my anger out um-um and frustration out v-verbally. One thing that comes to my mind that I feel bad about is calling this particular officer, um pointing at him and calling him a traitor. You know I don't believe that-that he is.

Norden 2-22-21 176-NY-3393426 #704

PN          Okay.

TW          Some other things were probably said, I don't really come to my mind.
            The next thing that I'm committed to mem-mem, remembering was him
            backing up away from the fence and um encouraging me to jump over
            the barrier.  Like waving me on with his hand and I was like, you know
            I've been on the other side of this and one thing you don't do is engage
            or encourage or instigate and I could see why.  It got me a little worked
            up and I do remember around that same time period I yelled out to him
            (UI) I said um, why don't you just take your stuff off and show me, you
            know it was almost like a, like a (Sighs) like a, I don't know if this is the
            right way to say it but like barroom type of moment where he's and I'm
            like I'm not gonna go over there.  You know I didn't, knew he wasn't
            gonna take his equipment off but I yelled out take your s-h-i-t stuff off
            and then I'll think, you know whatever I'll think about it.  I-I remember
            that, I remember that and then um.

JM          Tell them about the flag Tom.

TW          Oh um, not planning on this happening the way that it did I had, I-I-I
            did have a flag with me and it was a flag like a residential type of flag
            that I use at my house um and attached to that flag pole was the
            Marine Corp Flag.  So I carried that with me from the very beginning
            um I-I knew that flagpole could like, would be like perceived as a
            problem.  In that one particular photo there you could see me
            holding the-the um, that pole back behind me as I'm up close to the
            barrier and the reason why I'm doing that is I don't.

PN          (UI) this one.

TW          Yeah, that one.  I said just keep it behind you, don't be an idiot and you
            know make it seem like you're threatening anybody with it and um
            'cause I just wouldn't want it to be perceived as menacing anybody or
            using it.  So that's why I kept it behind me.  I felt a few tugs on it a few
            times.  I wasn't sure if somebody was messing around with it.  I-I started
            to notice that things were getting really crazy and the police line was

15

getting ready to fall apart. The other thing I wanted to note was as I'm, if I can just backtrack a little bit. As I'm approximately twenty feet from the police barrier, having been on the other side of that barrier, I said to myself this is a real, if I can say it-show. The police barriers were not connected, they were apart I could a just walked through in between the barriers weren't connected. It was the inter-locking metal ones. Some cops had gas mask, others didn't but the one thing I noted was these freakin' barrier are just gonna freakin' fall over. They're you know, they're not even connected. This is, now just keep in mind I had no idea what had happened before that. How crazy it-it-it did get and um but I made it a point and I kept on saying to myself, alright Tom this is your first protest, I've never been to one before. I said stay behind this freakin' barrier, don't threaten anyone and keep the flagpole away from everyone. I kept on saying that to myself. Stay behind, keep behind the barrier and-and-and-and everything should be fine. And now going forward to where I was talking before was the-the police line was getting ready to breakdown and I noticed some movement with the-the police where we were kind a like falling back and people were kind a like just getting closer to the barriers, I guess, on the right and it was obviously getting ready to fall apart. I looked over to my left, I recall, but it was my left and I notice a-a ruckus or like a-a, like a inner-inner action between protestors and police and it was pretty bad. I looked back at the officer, he looked back over and saw what I saw and it was obvious that things were falling apart and I remember him either looking...I-I won't say it I'm not sure, I know he made, he-he, I know he looked at my pole a few times and I'm not sure if it was right around that time you know but it was right around that time that I felt like I got hit with a, like with a freight train in my face. I got hit and um I-I felt it was him that hit me.

PN          Hit like punched or hit like maced?

TW          No-no punched.

PN          Punched.

Norden 2-22-21 176-NY-3393426 #704

TW      I saw (UI) I'd been hit a few times as a kid or football or the static, the hit, the impact was-was severe. It was, it was bad um I was still behind a barrier. I had both my hands on the barrier, I believe, I believe both my hands were on the barrier and I'm pretty certain that my hand was on the barrier and the flagpole was pressed against the barrier. Okay and-and that's when, right around that time is when I got hit like a freight train. Like a big sucker punch and I didn't think, I felt like I was being attacked and I went forward towards the officer. I went over the, I remember the barrier falling over 'cause nothing was holding it up and um I reacted that way and then a split second later, I said Tom, you're just, you know just, I was upset because I'm violated and I felt like show me a footage of a cop punching a protestor when he's on the other side the um, the barrier and I don't think you're gonna be able to find it.

JM      That's as far as I want you to go on that storyline.

TW      Okay.

JM      There, I'm gonna ask them to pick a-a-a new topic, okay, 'cause now we're gonna get into the centerpiece of the government's allegations (UI)

TW      Okay, I get a little fired I'm sorry.

JM      It's alright.

TW      I get a little upset about the whole thing.

JM      Alright.

TW      But uh-uh.

JM      Okay, you have a question (UI) you wanna direct them towards (UI)

PN      Um.

17

Norden 2-22-21 176-NY-3393426 #704

MC      Can I just verify something?  When you looked over left and it seemed like he (UI) and then when you came back is that when you felt.

TW      You know I can't.

MC      It happened quick?

TW      It happened right around, it was right around that time when it was obvious they were gonna just fall back and that's the part that I just thinking about it afterwards that guy tried to just get one little...'cause we were goin' back and forth doing a little, there was a direct like connection between just him and I.  If I was there to hurt any cops I had these petite, little female cops that were, I mean they were right in front of me over to my right.  I mean I wasn't there to hurt anybody.  I was, I was there to protest, be vocal, I was upset and I got hit.  I got hit in my head.

JM      (UI)

PN      Did you take any like any photos, any bruising, anything like a-

TW      Well, driving home that day.

PN      (UI) couple days.

TW      Driving home that day, well I noticed it earlier but I had like a great fruit-sized um-um, I don't know what you would call it, my-my lip was swollen on the inside of my mouth and um it was about a thumbnail size right here on the inside um.

PN      Like as if you had bitten the inside of your mouth?

TW      Like-like getting hit and punched up into like my tooth or whatever and uh it's like I got hit in, I um like my teeth went into my lip I guess you can say.  It was, it was cut and it was bruised, it was swollen but it was on the inside.

Norden 2-22-21 176-NY-3393426 #704

MC      Was your attention somewhere else when that kind of happened like did you see him come up and-

TW      It was my, in my heart uh you know my-my-my reaction was he hit me like I-I-I, you know, you know when you're not expecting to get hit.  You know what I mean it's like you your, you know I (UI) you know if you're in a bit of a, bit of a situation where you might be expecting to get hit but you get, you know it was like a, it was um.

PN      You were certain it was the officer like could had been like another protestor coming up that maybe you just like turned into or?

TW      My.

JM      Remember the rule if you're not a hundred percent sure.

TW      Okay-okay.

JM      You say you don't know.

MC      Just wondering if it was like a face-to-face thing and it was like bam, you know.

TW      No it was kind a like a-

PN      Yeah like-like if we were sitting like this and you turned-

TW      Alright.

PN      You know I'm the only one close enough.

MC      (UI) on the side (UI)

PN      You know what I, like.

TW      It was, it was.

19

Norden 2-22-21 176-NY-3393426 #704

PN      'Cause I'm trying to picture it in my-

JM      Remember the rule.

TW      Yeah.

JM      If you're not a hundred percent sure you tell them that.

TW      No I am, I will say that...I want to get my point across to say that I, that I, you know. (UI) it was him.  You know did I.

PN      Okay, that makes sense.

TW      You know in my, you know it's all I can say is, you know my instincts you know told me it-it was him.

PN      Okay.

TW      It wasn't like uh, I don't recall anyone being to his left or right and it's the way that I felt I got hit, I felt and reacted as if it was him (UI)

PN      Okay, that's-that's alright.

TW      It just I felt very strongly about it (UI)

JM      (UI) Okay.

PN      And now how far you-you said you wanted us to stop going down that line-

JM      Well, not-not the.

PN      Where he was explaining what the.

JM      I anticipate the charge is going to be involving the Capital Police Officer so in fairness to Tom we haven't seen the bodycam video.  We give him a chance to exercise his Fifth Amendment right at this point but he'll fill

in all the other background information.  Where he stayed, all his (UI) information.

PN      Well that, yeah, we were gonna get to all that too.

JM      But you know.

PN      Okay.

JM      I don't know what, I haven't, the-the Assistant US Attorneys as we're seeing now (UI) promise to send it to me by the close of day.  I'm sure they will I just don't, I don't have it yet I haven't seen it.

PN      What are, what are you waiting to see?

JM      The bodycam video from the Capital Police Officer.

PN      Oh, yeah that I don't know.

JM      They have it I talked to the Assistant US Attorney she said she saw it and uh she she's waiting for permission from the local Assistant US Attorney, Mr. Kelly (PH) to say (UI) who's-who's serving as a local prosecutor.

PN      Okay um.

JM      As you know, this particular prosecutor who was assigned the case, they-they pulled her out of the LA Office to come to DC to handle this.  Isn't that something?

MC      (UI)

PN      Yeah-yeah.

JM      (UI) taking personnel from all over the country to help.

PN      Yeah, I mean there were hundreds of people so they've been pulling them.

Norden 2-22-21 176-NY-3393426 #704

JM        It's gonna take a long time to sift through all (UI)

PN        Okay, so you want us to kind of stay away from that till you can view
          that.

JM        Yeah, I mean.

PN        That footage, so like let's go beyond that then.  So now you're, that
          happened.

JM        That's (UI) of the case.

PN        However it happened.

JM        Everything else he can (UI)

PN        And.

JM        Everything he's told you up to this point and time I don't hear any, he's
          not talking about any crimes.

PN        No.

JM        Not, he's not doing anything that you and I can't do.

PN        So after that after you attended the-the rally in the Capital what after
          that?

JM        Well we talked, he did not go into the Capital.  You can ask him
          questions about that.  He didn't, he did not destroy any property.  You
          can ask him about that.  After the incident with the officer he's off to the
          side and he just kind of wanders off.  Leaves the federal grounds and he
          goes back to his hotel.

PN        Well that's what, yeah, that's what we were kind of just getting into.

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| JM | He was planning on staying two days but he only stayed one night and he-he had headed home to Orange County, New York. |
| PN | And we were just (UI) |
| JM | (UI) ask him all these questions 'cause (UI) |
| PN | Yeah that's what. |
| JM | It's more (UI) |
| PN | Let's pick up from like after that. |
| JM | He just, yeah. |
| MC | So you leave and then what? |
| PN | You leave, right. |
| TW | So um. |
| MC | (UI) |
| TW | I-I remember lee. |
| JM | Did you go inside the Capital Tom? |
| TW | No I did not go inside the Capital. |
| PN | We'll get, we'll-we'll backtrack. |
| JM | Okay, alright. |
| PN | But we just want to get. |
| JM | Right. |

Norden 2-22-21 176-NY-3393426 #704

PN          The beyond (UI)

JM          Okay good, sorry.

TW          I'm sorry, can.

PN          So after the events at the Capital you're done, you're leaving then.

TW          Okay, I remember it being daylight when I left.

PN          Still daylight, okay.

TW          It was daylight and I was like this is not what I came for.  It got really-really crazy and wasn't what I came for.  I left it was daylight.  Now.

PN          Okay.

TW          This is where it get (UI) I got kind a like lost trying to get back to my hotel.  Uh put me down in Manhattan it's very east to-

PN          Yeah-yeah it's a grid.

TW          It's a grid.

PN          Yeah right.

TW          I was staying at the Lombardi Hotel, its Northwest I believe on Pennsylvania.  My wife helped me make reservations and she did some research and our main focus and concern was to stay away from any problem or any like heavily, like heavy, I don't know populated, not, I would say any area that could present a problem.  Um she did some research.

PN          So your wife made your reservations?

TW          I-I-I think uh, I think she did yeah and uh we wanted to be away from all this, the crazy stuff that could have happened.

24

Norden 2-22-21 176-NY-3393426 #704

PN        Were you by yourself?

TW        I was all by myself.

PN        So just you.

TW        Just by myself, took the trip by myself.

PN        Okay, so you were alone traveling down.

TW        Right.

PN        When did you leave to go down?

TW        Well,  if you can help me um, I got down, I stayed the night be, pretty
          sure I stayed the night before the freedom, whatever they call that, the
          Freedom Rally at the Freedom Plaza, whatever they, whatever rally they
          were calling it.  So I got down there the night before.  I woke up.

PN        So that would have been the fourth then right?

JM        Yeah.

PN        Because the-the Freedom Rally.

TW        Actually, I left that night, I checked in, it's kind of like a weird, I don't
          know how to really word it.  I-

JM        Did you check in the night of the fourth or (UI)

TW        I did like a, I did an early check-in, I did an early check-in and I can't, I
          believe I left the night before the rally at Freedom Plaza.

JM        That would have been the fourth.

25

Norden 2-22-21 176-NY-3393426 #704

TW      And then I got in there, I got in, I wanted to go in late.  I went, I was worried about highway, you know I was, I was a little, very concerned about me being down there by myself.  So I wanted to go in in the middle of the night.  I remember I parked on-on one of the streets for a few hours outside by the hotel.  I was like this-this is horrible I'll call up and see if I can do an early check-in.  They did allow me to do an early check-in.

PN      On the fifth.

TW      It would be early morning, fifth I guess, yeah I believe.

PN      Okay.

TW      I-I believe (UI) and then I rested, slept, slept in and just relaxed in a hotel room for the day and uh and then that day on the fifth is when I went down to the, to the uh Freedom, whatever, Plaza for that rally event.

PN      Okay and how did you get down there, you drove?

TW      Yeah, drove one of my cars, yeah drove one of the cars yeah.

PN      Which car did you take down?

TW      It was the Honda CRV, O-four I believe.

PN      Okay.  You said you, did you meet up with anybody when you got down there?

TW      I mean I spoke to people but I didn't meet anybody, you know.

PN      But you weren't going there (UI)

TW      No I didn't go there to meet anyone.

PN      (UI) purpose of wanting to meet.

26

Norden 2-22-21 176-NY-3393426 #704

TW      I-I-I was so worried about being jumped by people that really were opposed to my views that I did not want to have it on my conscience to have somebody there with me.  So if something jumped off and you know from people that didn't like my views it was just gonna happen to me.  Wasn't gonna happen to anyone that I knew or so that was a big-big thing.

PN      And so the Freedom Rally the night before you found out about...how did you find out about that?

TW      I just, it was common knowledge I guess, just you know, just it was (UI) know that there was, there was gonna be a rally there and I-I didn't go down there, it was, it was like dusk I guess.

PN      You didn't see it posted anywhere or-

TW      Uh (UI)

PN      Like where would you?

TW      Just other than just common knowledge I guess, being online I guess or I'm not really sure.   No, really can't say.  There was supposed be a bunch of personalities that were supposed to be speaking and um.

PN      So like you might have seen it in the news or-

TW      Right.

PN      Okay and there were no groups or anybody even when you went on the sixth to the initial rally that you met?

TW      No.

PN      (UI)

TW      I was all by myself.

27

Norden 2-22-21 176-NY-3393426 #704

PN          (UI)

TW          I-I was you know.  I was all by myself.  I spoke to a bunch of people, no doubt about that I enjoyed interacting, talking to people.

PN          Anybody stand out, anybody that you like had recognized that maybe later on had done something they're not supposed to.

TW          Oh no-no-no-no.

PN          No.

TW          Definitely not no.

PN          Did you bring any-any weapons with you when you went down?

TW          I-I did bring a um an off-duty, my, the six forty, I think that you guys have right now, the Smith and Wesson five shot and I left it in my room the entire time.  I never walked around with it.

PN          So you never took it out (UI)

TW          Never took it out of my room o-other than to go back and forth to my car to either to come in and to go home.

PN          Okay.  Did you receive any funding to help you go on the trip, like did-did anybody give you any-any money to go-

TW          No-no.

PN          Pay for your hotel, meals, anything like that (UI)

TW          No.

PN          Did you give any money to anybody else to go down?

TW          Oh no-no (UI)

Norden 2-22-21 176-NY-3393426 #704

PN   Okay.  Do you know of anybody who received any money or provided any funding to anybody to go to these trips?

TW   No.

PN   Like hear anything around.

TW   Not that I'm aware of no.

PN   So before going down, before the sixth did you hear anybody in the area or hear any kinds of communications where they may have talked about, you know what they wanted anything that they wanted to do in the Capital, any plans for trying to overtake the Capital?

TW   No.

PN   Did you see anything?

TW   Absolutely not, no-no-no-no.

PN   Or associate with anyone beforehand?

TW   No nothing related to what um, like doing, what happened at the Capital?

PN   Right, like anybody-

TW   No.

PN   Who might have planned-

TW   No, no way.

PN   Who was saying, hey guys let's go, we're gonna go do this.

TW   No.

PN          Like did you see anything?

TW          No.

PN          Posted or around.

JM          She also asked you did you speak to anyone about any plans before-before January six about the Capital.  Did you talk to anyone?

TW          No, uh-um, wait, say that one more time now.

JM          Did you talk to anyone about plans about anything involving the Capital before January six?

TW          Yeah but plans, like to go down or-

PN          Like.

TW          Plans to like commit like some crazy-

PN          Well first, did-did you hear anybody discuss plans to go commit any acts of violence at the Capital?

TW          No-no.

PN          To that you're saying no but then prior to did you discuss with anybody your plans to go down and what did you tell them you were gonna be doing?

MC          Call up any friends (UI)

TW          Yeah I-I.

PN          Yeah, going down.

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| TW | Yeah I-I-I try to keep it um, I didn't like um shout it throughout the whole, I think I might have told one or two friends that I was gonna be goin' down and-and nothing other than I was going down. Nothing like going down there, create a problem (UI) didn't dis, didn't even, not even a consideration. |
| PN | Not like, hey guys I'm gonna go storm the Capital. |
| TW | No-no. |
| PN | (UI) you know what I mean. |
| TW | No-no-no. |
| PN | Like you weren't going down to. |
| TW | Absolutely not, no. |
| JM | You weren't going down to cause any problems you're going down. |
| TW | I was going down there, this is my- |
| JM | Protest. |
| TW | My first, you know speech, first time seeing former President Trump speak and go to whatever you wanna call it, a um protest or rally, whatever you wanna call it. |
| PN | And those. |
| TW | There-there was a local one, like a local like Chester thing that I went to but nobody showed up. I was just hanging out, months before this. Just wanted to get that out. |
| PN | Months before. |
| TW | Yeah. |

Norden 2-22-21 176-NY-3393426 #704

PN      When was that?

TW      It-it was that really popular Chester, I think event or something like that. It-it was like a caravan, I-I didn't really drive around with it.  I saw it coming by and I think they all met down at the Chester Lowe's or something like that and for a couple burgers and that was it.

PN      Was that like in the summer before the election, what was the (UI)

TW      Oh it was, well yeah just a (UI) goofy rallies that everybody was having. It was well before, months maybe or before.

JM      Before election or (UI)

TW      Before the election, uh well I wouldn't say, it was some time before the election.

PN      Those people that you told that you were going down.  Did, were they going too that you know of, were they, like were they encouraging anything.  Like do you know, basically, if there's anybody else (UI)

TW      You know I have one guy that says he's going everywhere but he never goes anywhere, um you know one of those friends and um he wasn't planning, I think even when he told me he was going down I didn't even tell him I was going down 'cause I knew he wasn't going.  You know there-there was like a phone conversation to that effect.  I said and sure enough when the day came he said he's not going down so that's-that's it.

JM      So none of your friends went down.

TW      No and-and yeah.

PN      You don't know of anybody that went down.

Norden 2-22-21 176-NY-3393426 #704

TW      And I wasn't even trying to organize with-with him either to-to-to go
        down.  I was, I just knew he wasn't going to.

PN      Okay.  Have you heard or seen anything in the area about any of the like
        militia groups that have been on the news, like the Proud Boys, the
        Three Percenters, the Oath Keepers, like do you know anything about
        them in the (UI) do you have any?

TW      I uh, you know I'm-I'm not in contact with them.  I-I maybe went on the
        website once I just didn't know what they were about. There was no
        contact.  I'm not a member with them.  I don't give them any money.

JM      Any of those organizations.

TW      Any of those organizations.

PN      Which?

JM      Proud Boys, Oath Keepers.

TW      Proud Boys, Oath Keepers.

JM      Who else is on the list (UI)

TW      There's no.

PN      Three Percenters.

JM      Three Percenters.

TW      No connection whatsoever.

JM      You're not in any, you're not in any club or organization.

TW      As discussed there's only one stupid, little family club that I'm in and it's,
        it's like a-a dirt-bike club. There's nothing really.

Norden 2-22-21 176-NY-3393426 #704

JM        I don't think the dirt-bike club (UI)

PN        Yeah, that's not really uh, yeah that's not really what we're-

JM        (UI) ring a bell but-

TW        Just why you say club, I you know.

JM        (UI)

PN        But even, I mean even if you're not a member, like in your business as a landscaper or doing anything around town have you seen or heard or-

TW        I've never inner, interacted (UI)

PN        Interacted, you-you.

TW        Because I don't cut-

PN        No interaction.

TW        Two my knowledge I don't cut any lawns of people that are in those clubs.

PN        Okay, so nobody that have come up with the, like sympathizing view-

TW        No.

PN        Or like a hey (PH)

TW        No, I have like postal employees, law enforcement, very, you know one wealthy family and uh just no nobody that can't pay the bills or no trouble makers.  (Laughs)

PN        Now, had before, so you said you were not inside the Capital.

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| TW | Never. |
| PN | Correct.  Never. |
| TW | Never inside the Capital. |
| PN | Okay and not even on the sixth? |
| TW | No-no-no. |
| PN | You weren't inside on the sixth? |
| TW | No. |
| JM | (UI) Didn't damage any property outside? |
| TW | I did not damage any-any (UI) no-no property damage. |
| PN | Do you have any connections to anybody in congress or any congressional staff or any Capital Police? |
| TW | Uh no Capital Police, um, me personally uh, no connection with anyone in p-politics. |
| PN | Okay.  Now, do you have any information about any future plans to commit- |
| TW | No-no-no. |
| PN | (UI) against the government.  Not that anybody said anything. |
| TW | No I think that's uh, you know and now that I know (UI) involved in any of this stuff. |
| PN | Okay, is there anything else that you think we should, we need to know about that day?  Any anything that, you know, would help. |

Norden 2-22-21 176-NY-3393426 #704

TW      Well.

PN      Like (UI)

JM      Tell them about your social media presence or the non-presence of
        social media.

TW      Absolutely none, I-I never had one, I don't have any alias accounts.  I-I
        there's like I-I, I think afterwards I might have went on iCloud, I think, for
        just a few days or weeks.  I, you know they're a little stupid I think I
        deleted that one but as far as Facebook, Instagram, whatever they snap
        it, whatever and nothing.  No aliases.

MC      And you're better off.

TW      Yeah-yeah-yeah.

MC      Was it a last minute thing to go down there or did you think about it like
        the week before, say I wanna go check out the rally.

TW      You know I (Sigh) I, is I don't, you can't, I wouldn't say it was last minute.

MC      Yeah.

TW      You know I have fond memories of DC.  I, you know there's something
        to say that visiting those memorials is very moving and um I just
        thought, you know you go down enjoy, you know visit the memorials
        and at the same time have a presence and show support for something
        that, you know maybe it's not popular at the time but certainly wasn't
        last minute, no.

MC      Before that when was the last time you were in DC?

TW      Oh.

MC      It's been a while?

36

Norden 2-22-21 176-NY-3393426 #704

TW        I know I was down there with an old girlfriend (UI)

(Laughs)

TW        It was a long time ago.  I don't think I went down there with my wife.  It had to be mid-nineties.  Um you met um.

JM        Yeah.

TW        I don't know you mentioned something odd or (UI)

JM        What?

TW        (UI)

JM        Go ahead (UI)

TW        (IA)

JM        No.

TW        (IA)

PN        Okay so we don't have the full bodycam video that we can.

JM        (UI) snip-its from the bodycam.

PN        This is.

TW        Okay.

JM        Is that what you're showing me?

TW        Yeah.

PN        Uh huh.

Norden 2-22-21 176-NY-3393426 #704

JM        Are you representing these are photos coming from the officer's camera equipment?

PN        It's from, well it says from one-one body camera (UI)

JM        Okay, all right.

TW        I, okay what are you asking about this now?

PN        Well, I'm just showing you the, what came off of the, and so again like these, right, the red and black jacket is.

TW        Yeah, here's my flag right here.  Somebody was tugging on it.

PN        (UI)

TW        That's-that's my flag right here.  I'm pretty certain, I-I something was going on with my flag and somebody was tugging on it.

PN        Alright 'cause then there's these and then this.  Is that you standing over?

TW        Yes.

PN        Okay, so this is-is probably from a different bodycam or (UI)

TW        That's uh, I think that's a-

PN        (UI) it doesn't specifically say.

JM        That's a cameraman his name is Louie (PH)

TW        (UI)

PN        Yeah I was gonna say like it's-it's like his.

| | |
|---|---|
| TW | I seen this picture before and that picture before and one thing that comes to mind was that I felt like somebody was trying to cut my flag behind me.  Somebody was messing with it. |
| PN | And so that's, do you remember or do you know- |
| TW | I think I remember this. |
| PN | Where-where that. |
| TW | Yeah I do remember this. |
| PN | Approximately is. |
| JM | Now she's gonna show you (UI) |
| JM | So before you is a, is a picture of yourself in the red jacket. |
| TW | Right. |
| JM | And to your left but in the right of the photo is a man with a blue New York Yankees. |
| TW | Right-right. |
| JM | Sock on and you're, looks like you're standing up against the wall. |
| TW | Right. |
| JM | So now she's asking you about that picture. |
| TW | Okay.  Yeah, there was somebody walking around with like a-a pole with a camera on it and it sounded like he was doing like a podcast. |
| PN | Probably like a selfie stick type thing. |
| TW | Yeah. |

Norden 2-22-21 176-NY-3393426 #704

PN        I guess.

TW        Yeah-yeah.

PN        But do you know like where-

JM        (UI) after encounter with the officer.

TW        I believe this was after the encounter.

JM        Again, looking at the photograph of the man (UI)

TW        As a matter of fact it's definitely after the encounter.

PN        After, okay.

TW        Definitely (UI)

PN        Okay so this is after.

TW        After.  I was recovering against the wall and he just happened to be
          walking around.

PN        Okay, yeah no I wasn't saying that you-

TW        Yeah, yep-yep-yep.

PN        Okay and you say send, something to the effect of like send help.

TW        Oh, I-I-I like an idiot I was playing up to the, playing up to the camera a
          little bit.  I saw him, hey send more patriots, I, yeah I did say that.

PN        But you didn't know who the cameraman was.

TW        No.

Norden 2-22-21 176-NY-3393426 #704

PN      It was just a play-up for the camera.

TW      Just-just-just (UI) the camera.

MC      Do you have any other phones that you use to communicate or you just
        have the one phone?

TW      Just one phone.

MC      Do you have any encrypted apps at all that you use on the phone?

TW      Not that I know of, I mean I'm not aware of any uh.

PN      Okay, so now in this photo, is this the one you got, is-is that the time you
        were talking about that you got hit that you didn't-

TW      No I was behind the barrier, no-no-no this is like after I got hit.

PN      So this was after the initial-

TW      Yes that's after I got hit.

PN      Okay got it.

MC      Anybody in particular at the rally you were interested in hearing?  (UI)

TW      Say it again.

MC      Anybody in particular at the rally you were interested in hearing or?

TW      No not really, I just-

MC      (UI) spoke.

TW      No, the night before you mean thing or (UI)

MC      The day of.

Norden 2-22-21 176-NY-3393426 #704

TW      Yeah, uh no, you know just.

MC      Or the night, or the day before.

TW      No not really, just-just going there is a you know, you know just to be
        involved I guess or listen I should say, you know just.

PN      Okay and so in this photo with the-

TW      Right.

PN      The officer's holding the pole and you're going after…what was he
        wearing like some type of-

TW      He's wearing a full face gas mask.

PN      Okay, you were what looking to remove the gas mask like what would,
        what's?

TW      The way I reacted was, I think, I-I just was upset.  I said I don't wanna
        hurt him, um I just, you know I didn't wanna hurt him and I didn't wanna
        go anywhere near his, where he had his firearms and um just put my
        hands around his mask, uh just you know like a hockey type of move
        type thing or where you don't wanna fight somebody I guess and I didn't
        wanna hurt him.

PN      (UI)

TW      I just didn't wanna hurt him that's what I kept on saying to myself.

PN      Okay and now in the photo, like it kind a cuts off here but I think in one
        of the other ones there's a better shot of you wearing body armor.

TW      Uh huh.

PN      What made you think to wear-

| | |
|---|---|
| TW | Uh that goes back to- |
| PN | Body armor down there. |
| TW | My very strong concern that…I thought that the-the problems were gonna be before and after the um, the march down PA, uh down to the Capital.  In my eyes what was gonna happen was; we go, we hear the speech, we walk down to the Capital, whatever happens-happens, was going to be peaceful and then the problem was gonna be me getting back to the hotel and me being by myself um I felt um to protect myself as best that I could against people who were opposed to people like me. I've seen countless videos of people with my beliefs being assaulted by large groups of people and I was worried about being stabbed and being seriously injured. |
| PN | Okay so this was (UI) |
| TW | It was, you know that was my, I-I did not wear that with the idea of trying to gain some type of advantage on any type of law enforcement.  I was, you know just wanting to protect myself from getting jumped and stabbed.  Being by myself I would, everybody, I felt was down there in groups.  I just felt like I was very vulnerable trying to get back (UI) |
| PN | Did you recognize any groups, like did you, like could you have pointed out like-like, oh this is a group of like this-this certain- |
| TW | No. |
| PN | Militia group, like-like all these. |
| TW | No (UI) |
| PN | That any like specific chance that would have- |
| TW | No, I mean I think maybe-maybe behind. |

43

Norden 2-22-21 176-NY-3393426 #704

PN      Identify groups that were there.

TW      Maybe be behind that the-the-the Freedom Rally thing, uh maybe
        behind that stage I thought there were some guys in yellow, which
        maybe that might have been Proud Boys.  I couldn't pick them out in a
        lineup but I thought maybe they were behind the stage doing security.
        About the only type I thought I had that there was any type of organized
        group around there.

PN      And you didn't have any other like tactical equipment?

TW      No.

PN      You had your vest.

TW      No that's all I-I really.

PN      There was nothing, I mean nothing you-

TW      That's all that I have.

PN      Maybe taken or-

CK      Any handheld radios?

TW      No-no-no.

PN      Okay so, I mean this is the best that we have of the-

JM      Yeah, no it's fine (UI)

PN      (UI) you know until they can get the video out and there has, there were
        other videos online, right it was like.

JM      I was up a couple nights ago it was two o'clock in the morning, my wife
        was what the hell are you watching?  I had the earbuds on (UI) YouTube

Norden 2-22-21 176-NY-3393426 #704

|     |     |
|-----|-----|
|     | and the internet 'cause there's so, there's so many people showed up with their phones and they're posting it all like little pockets and so you- |
| PN  | (UI) |
| TW  | Uh huh. |
| JM  | Most of the video didn't pertain to anything and every once in a while you'll see some guy way off in the distance with a red jacket on.  I was like, oh is that Tom?  (Laughs) |
| PN  | So I guess we'll ask again for you to circle where you are. |
| TW  | Okay. |
| PN  | With initial and date in each of these photos. |
| JM  | Do you know where you were standing in the photo, where, what are the Capital you're at Tom? |
| TW  | If you had a picture of it I'd-I'd be able to say but it-it seems to be a- |
| JM  | Don't guess only know. |
| TW  | Okay, alright. |
| JM  | (UI) no it's fine. |
| TW  | It's up against the wall um one level down from the next level up. |
| JM  | Where you were with the police officer? |
| TW  | Yeah it's on that same, it's on the same level I believe. |
| JM  | So you're down further away from the Capital itself? |

Norden 2-22-21 176-NY-3393426 #704

TW        I'm just, I'm just, no if-if anything it went, it went, it's like over closer to the actual building.

JM        Okay.

TW        From where that incident happened.

JM        Okay.

TW        It's over like if I'm standing here at the police barrier its way over to the left.

JM        Did you get any closer to the Capital Building then from that position?

TW        Um.

JM        Is that the closest you got or did you go closer?

TW        It is, there at the one level went, that went up, um I did go up there, get up there, get.

JM        Was that closest you got to the Capital doors?

TW        Yes-yes, yeah.

PN        Okay.

TW        I'm sorry, initial it?

PN        Just like circle where you appear in each of the photos and initial.

TW        Um.

PN        Today is the twenty-second.  In each photo.

TW        Okay (UI)

Norden 2-22-21 176-NY-3393426 #704

JM          Each year we took a, a group of Boy Scouts to the Capital.

PN          Your initials, did you initial?

JM          (UI) Reach out to the local congressperson.  They were nice (UI) kids around.

MC          The Capital.

JM          Yeah, they they'd give us a tour.

MC          Yeah.

PN          Is that (UI)

JM          I'd have my dorky Boy Scout uniform on.

(Laughing)

MC          In there and here we go (PH)

JM          (UI) usually, usually about twelve or fifteen boys (UI)

MC          I went there every (UI) right?

JM          Oh yeah I went there (UI) well, that's the Cub Scouts.

MC          Cub Scouts.

PN          Twenty-one and your initials.  (UI) almost looks like the flag was broken off.

JM          Yeah.

PN          At that point right.

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| TW | Somebody was messing with my flag, I just uh, just-just, I could have been walking around but the freakin' thing broke. |
| JM | This is, was that the, does that look like your flag the Marine Corp flag? |
| TW | (UI) yeah-yeah. |
| JM | Alright. |
| TW | Yeah I mean yeah. |
| JM | Was anyone standing in your specific area (UI) Marine Corp flag.  I saw a lot of Trump flags. |
| TW | I felt like I. |
| JM | American flags. |
| TW | There-there was more, my whole thing was I wasn't (UI) |
| JM | Don't tread on me.  What's the name of that flag?  It has a name. |
| PN | Oh the-the Gadsden (PH) |
| JM | Gadsden flag. |
| TW | I-I just, you know there weren't may Marine Corp Flags around me. |
| JM | Okay. |
| TW | I don't remember seeing any around me in the immediate area.  You know uh. |
| JM | There's your flag. (UI) |
| TW | Yeah. |

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| TW | Yeah-yeah. |
| PN | (UI) |
| TW | Uh twenty-two right? |
| PN | Yep twenty-one.  Twenty-one, twenty twenty-one. |
| TW | This is (UI) |
| JM | Do you know if there's audio? |
| PN | I believe there is.  I've seen so many of them. |
| JM | Yeah. |
| PN | It's hard to remember which ones have it and which ones don't but I think there, I think there is. |
| TW | I don't see anything in here. |
| PN | (UI) there was one that I (UI) |
| TW | And this is, I mean this is probably me I guess, yeah.  No.  (UI) |
| PN | Two. Okay. |
| CK | Have you attended any other rallies other than the caravan one you were describing? |
| TW | Yeah just that one that I talked about uh-uh earlier um, which is a local one. |
| CK | Okay.  Any, but nothing like outside of the state? |
| TW | No-no. |

Norden 2-22-21 176-NY-3393426 #704

CK          Besides the (UI)

TW          No-no.

CK          Okay.

PN          Um.

CK          And you didn't meet up with anyone at the hotel?

TW          I didn't meet up with anyone that I, you know that I knew.

CK          Okay.

TW          You know it was, didn't get to know anyone there, didn't you know
            interact with anyone there.

JM          You weren't going down there to meet with any other groups?

TW          No-no groups no.

PN          Okay and you have no affiliations to any groups that were down in the
            Capital?

TW          No.

PN          Just to make that clear 'cause I know we asked.  I know we asked
            already but-

TW          Absolutely not.

PN          We'll just.

TW          Yeah-yeah.

50

PN        Clarify that.  Okay um I think we're looking at getting the receipts and all turned over for the.

JM        Yep.

PN        Evidence that (UI)

JM        I'm in physical possession of Tom's passport but in the past I've had trouble getting back my passports from the FBI.  So I'm not sure if you want me to surrender this passport to you or you want me to just to represent to the judge that I have it and I've kept it.  I'll keep it in safe keeping.

PN        Are you, do you plan on coming down to, the initial appearance will be tomorrow.

JM        Yeah.

PN        So you plan on being present for that?

JM        Yes of course.

PN        'Cause we can go over what, what's gonna happen there, like so when we wrap up here and we'll get the receipts for evidence and everything.

JM        Uh huh.

PN        What was turned over, we'll fingerprint and process.

JM        Yes.

PN        Outside there, take the photos.  Any scars, marks or tattoos or anything?

TW        No tattoos, I just a couple scars on-on my mouth, small ones, nothing really noticeable.

PN        Nothing, okay.

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| TW | Hernia surgery, you know on my stomach I guess. |
| PN | Okay, yeah I mean it's only if there's like big, noticeable. |
| MC | What kind of shoes, you have any laces on your shoes? |
| TW | Uh right now uh just regular shoes, very short shoe laces. |
| MC | Yeah, we'll have to take those out eventually. |
| TW | Yeah, yep. |
| PN | Um. |
| JM | I also have his driver's license. |
| MC | (UI) didn't want (UI) |
| TW | I understand. |
| PN | (UI) overnight we made arrangements. |
| MC | (UI) yeah you can. |
| TW | Take 'em out now? |
| PN | To house him in New Windsor. |
| JM | Yeah. |
| TW | They'll be like slippers I guess. |
| PN | (UI) bring him down. |
| JM | Where in New Windsor? |

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| PN | The New Windsor, is the city or is it the Town of Newburgh? |
| MC | New Windsor PD. |
| PN | Yeah. |
| MC | (UI) |
| PN | (UI) New Windsor (UI) |
| JM | New Windsor PD, you're not taking him to the city of Newburgh right? |
| PN | No. |
| MC | No-no. |
| PN | No-no-no. |
| JM | Yeah that I would have a problem with. (Laughs) I've been there. |
| PN | Yeah, I was like wait, I said New Windsor didn't I? |
| JM | Yeah. |
| MC | (UI) |
| JM | No that's okay. |
| MC | Like seven minutes from here. |
| JM | Okay. |
| PN | We will pick him up in the morning, bring him down uh, so that leads to the next...do you have any like dietary restrictions, like what can you eat for breakfast 'cause we'll grab you something? |

Norden 2-22-21 176-NY-3393426 #704

| | |
|---|---|
| TW | I appreciate that, uh I'm pretty much open to anything, you know, yeah no restrictions yeah. |
| PN | No food allergies? |
| TW | No. |
| JM | Are you gonna take him to pre-trial services in the morning? |
| MC | Yeah. |
| PN | Yeah. |
| JM | Okay. |
| PN | And we'll get. |
| MC | Just with the whole Covid thing. |
| JM | I know. |
| MC | If you don't get anybody in there by noon and you can't get them in. |
| JM | You're cooked (PH) |
| MC | That's why we're housing him overnight New Windsor PD and then first thing (UI) |
| PN | First thing, um. |
| JM | Yeah, I just, I'm trying to figure out I have to coordinate with pre-trial services to get a report on their rec (PH) and then we'll, and then the duty judge-judge is Davidson (PH) (UI) so we'll have to find out from (UI) |
| MC | When we first get down there, um. |
| JM | On arraignment and stuff. |

Norden 2-22-21 176-NY-3393426 #704

MC       It's usually one person if you want to go in with him.  (UI) pre-trial let them know we're here and then I can have them reach out to you.

JM       Yeah, you give, I give you an extra card to give to them?

MC       Yeah, yeah you know, yeah that (UI)

JM       And then they'll-they'll-they'll email me their stuff.

MC       Yeah.

PN       Um.

MC       That'll speed things up.

PN       So if I.

JM       (UI)

PN       Went and stopped and got, like stopped at a bagel shop what would you?

TW       Oh, ah.

MC       We aim to please.

TW       No, that's awfully nice, you know, you know (UI)

JM       Speak now because tomorrow morning you'll be hungry.

TW       Yeah I know you're right.  Bagel.

MC       (UI) see this guy today.

TW       A bagel with butter would be fine, yeah.

Norden 2-22-21 176-NY-3393426 #704

PN      Plain.  (UI)

TW      Yeah-yeah, whatever-whatever-whatever looks good.

PN      Uh.

TW      Diet Pepsi would be nice.

PN      Okay, I was just gonna say (UI)

JM      Not a coffee or tea (UI)

TW      Never drank coffee my whole life, yeah.

PN      Really.

TW      Yeah.

JM      I'm a tea drinker myself (UI)

PN      Okay.

JM      Do you want any copies of his ID or passport?

PN      I was gonna say maybe we should make copies of the passport and then
        like you said if you want to represent to the judge that you have it.

JM      Yeah and I'll tell pre-trial services I, they'll-they'll say if you have it Jim
        then that's fine.

MC      Yeah.

JM      So, go make a copy of it. You want a copy of his pistol permit?

MC      Yeah.

JM      (UI) sides.

Norden 2-22-21 176-NY-3393426 #704

PN          (UI)

JM          I gave it to Lance too.

PN          Yeah I think, yeah I think you forwarded that.  Yeah I have that.

JM          Okay and his driver's license.

PN          Yeah both sides, so just the (UI)

JM          Do you want him to have ID or you want me to hold on to it?

MC          (UI) can hold on to it.

JM          Yeah.

MC          Yeah.

PN          'Cause you're coming, you said you're gonna be there right?

JM          Well they're still doing it virtually so I think they're gonna, they're gonna probably wire me in.

PN          Okay.

JM          If not I would love to be down there but I don't think they're doing it in person right now.

PN          Okay, yeah-yeah that-that was weird (UI)

JM          If they let me I'll-I'll do it but I don't think (UI)

PN          Okay, do you have any other questions?

CK          I don't think so.

Norden 2-22-21 176-NY-3393426 #704

PN        I think we're.  Okay-okay so I shut this off.  It is three fifty-five, three
          fifty-four, three fifty-five.

<u>End Interview</u>

Norden 2-22-21 176-NY-3393426 #704

Norden 2-22-21 176-NY-3393426 #704