Exhibit "F"

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) OPENING EC - Full Investigation          **Date:** 02/19/2021

**From:** COUNTERTERRORISM
   **Contact:** NORDEN PATRICIA C,

**Approved By:** SSA ASHWORTH LANCE A

**Drafted By:** NORDEN PATRICIA C

**Case ID #:** 176-NY-3393426       (U) THOMAS WEBSTER;
                                    [Tier 3, Priority 1]
                                    DT_Anti-Riot

**Synopsis:** (U) To open a new full investigation.

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) Information on THOMAS WEBSTER
2. (U//FOUO) Information on THOMAS WEBSTER
3. (U//FOUO) Information on THOMAS WEBSTER
4. (U//FOUO) Information on THOMAS WEBSTER
5. (U//FOUO) Information on THOMAS WEBSTER

**Details:**

(U) Captioned investigation is being initiated based on photographic and/or video evidence that THOMAS WEBSTER, DOB 3/25/1966, unlawfully entered the restricted area around United States Capitol Building on 6 January 2021 and assaulted a US Capitol Police Officer in violation of federal laws to include violations of 18 U.S.C. section 1752 and 40 U.S.C. section 5104.

**(U) SUMMARY OF PREDICATION:**

(U) The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police.

UNCLASSIFIED//LES

89B-WF-3368293-145_AFO Serial 71

**UNCLASSIFIED//LES**

Title: (U) OPENING EC - Full Investigation
Re: 176-NY-3393426, 02/19/2021

Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people, such as members of the United States Congress and their professional staff, with appropriate identification are allowed access inside the U.S. Capitol.

(U) On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

(U) On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate met in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had occurred on November 3, 2020. The joint session began at approximately 1:00 p.m. (Eastern Standard Time). The Vice President of the United States - Mike Pence - was present and presiding in the Senate chamber.

(U) With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

(U) At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the U.S. Capitol. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

**UNCLASSIFIED//LES**

Title:  (U) OPENING EC - Full Investigation
Re:  176-NY-3393426, 02/19/2021

2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, by, among other things, breaking windows.

(U) Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol in a secure location from the time he was evacuated from the Senate Chamber until the sessions resumed.

(U) During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of scores of individuals inside the U.S. Capitol building without authority to be there and engaging in conduct in violation of Federal laws.

(U) Social media and video footage of the event show rioters making statements consistent with Anti-Authority/Anti-Government (AA/AG) Extremism.  A review of open source and social media posts leading up to and during the event indicate that individuals participating in the "Stop the Steal" rally were angered about the results of the 2020 Presidential election, and felt that Joseph Biden had unlawfully been declared President-Elect. Users in multiple online groups and platforms discussed traveling to the Capitol armed or making plans to start a "revolution" on that day. Participants in the riot used violence, which resulted in injuries to multiple law enforcement officers and damage to the United States Capitol building, all with the intent to subvert the certification of the electoral election ballots and thereby disrupt the election of the President of the United States in furtherance of their AA/AG ideology.

THOMAS WEBSTER contacted attorney JIM MONROE (office number  -

**UNCLASSIFIED//LES**

Title: (U) OPENING EC - Full Investigation
Re:   176-NY-3393426, 02/19/2021

███, cell number ███████) and advised him that he is the person identified in FBI Capitol Riot BOLO photo 145. WEBSTER expressed to MONROE a desire to turn himself into authorities since he knows he is going to be arrested. To date, there is no indication that WEBSTER was following any particular ideology or group, or plans to commit any other acts of violence. It is also unknown if WEBSTER traveled down to the U.S. Capitol with anyone or if he met up with anyone while there.

(U) THOMAS WEBSTER, BOLO photograph 145, is wanted by the FBI for gouging out the eye of a U.S. Capitol police officer during the attack on the Capitol. Videos and photographs of the incident have been posted online (see attached). In one video, WEBSTER can be seen pushing the barricade into police officers, and then assaulting the officer with a pole. Photographs show WEBSTER gouging out the eye of one police officer during the riots.

(U) Routine database checks reveal that WEBSTER currently resides at 10 Twin Spring Lane, Florida, NY 10921 and is associated with telephone numbers 845-395-0055, 845-238-8000, 845-231-4959. WEBSTER is listed as the owner of SEMPER FI LANDSCAPING, telephone number (914)204-7314. A search of these telephone numbers do not place WEBSTER inside the U.S. Capitol Building at the time of the riots.

(U) WEBSTER was previously a 20 year employee of the New York City Police Department (NYPD), where he was assigned to a uniformed security position at City Hall and the range. WEBSTER retired from this position in 2011. Prior to his time in the NYPD, WEBSTER was in the US Marine Corps, where he was honorably discharged.

(U) WEBSTER has an Orange County pistol permit, number 113C12, issued 2/17/2012. Weapons currently listed on the permit are the following:

**MAKE    MODEL    CALIBER    SERIAL**

**UNCLASSIFIED//LES**

4

89B-WF-3368293-145_AFO Serial 71

UNCLASSIFIED//LES

Title: (U) OPENING EC - Full Investigation
Re: 176-NY-3393426, 02/19/2021

| SW | 5946 | 9  | VYK8927  |
|----|------|----|----------|
| SR | SPNY | 38 | 17208603 |
| SW | 640  | 38 | BKP3304  |

**(U) POTENTIAL VIOLATIONS OF FEDERAL LAW:**

(U) Potential violations of federal criminal statutes include:

- Title 18 U.S.C. 231 Civil Disorder
- Title 18 U.S.C. 2101 - Riots
- Title 40 U.S.C. 5104 - Injuries to Property, weapons, and violent entry/disorderly conduct on Capitol grounds

(U) It is therefore requested that a 176 case be opened and assigned to SA Patricia C. Norden.

**(U) PERTINENT SENSITIVE INVESTIGATIVE MATTERS:**

(U) There are no known sensitive investigative matters.

**(U) WATCHLIST STATUS:**

(U) THOMAS WEBSTER participated in the illegal entry into the United States Capitol Grounds, with the intent of interrupting the congressional proceeding. These actions resulted in the death of a Federal law enforcement officer, injuries of multiple officers, and damage to the United States Capitol. Based on WEBSTER's involvement in these activities, FBI New York recommends WEBSTER for watchlisting.

**(U) DESCRIPTIVE DATA:**
(U) THOMAS WEBSTER is described as follows:

| Name: | THOMAS WEBSTER |
|-------|----------------|
| DOB:  | 03/25/1966     |

UNCLASSIFIED//LES

89B-WF-3368293-145_AFO Serial 71

UNCLASSIFIED//LES

Title: (U) OPENING EC - Full Investigation
Re:   176-NY-3393426, 02/19/2021

| POB: | Brooklyn, NY, USA |
|---|---|
| Citizenship: | USA |
| Gender: | Male |
| Race: | White |
| Social Security #: | 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 |
| Drivers License #: | NY W050718457957239766000 |
| Passport #: | USA |
| Alien Registration: | N/A |
| Naturalization: | N/A |
| FBI ID #: | |
| Address(es) | 10 Twin Spring Lane, Florida, NY 10921 |
| Phone #: | 845-395-0055, 845-238-8000, 845-231-4959, 914-204-7314 |
| E-mail Addresses: | 1bn6mar@gmail.com |
| Alias(es): | THOMAS N WEBSTER |

**(U) ADDITIONAL INFORMATION / INTELLIGENCE:**

(U) A DOD nexus exists to this investigation as THOMAS WEBSTER is a retired U.S. Marine Corps. Veteran, alleged to be honorably discharged. It is unknown at this time if WEBSTER has access to any DOD facilities or is planning any violent acts against any DOD facilities.

♦♦