# Exhibit "G"

Case 1:21-cr-00208-APM   Document 24-7   Filed 06/17/21   Page 2 of 4

6/17/2021                Valley Forge Flag 5 ft. Brushed Aluminum Flagpole with Anti-Wrap Sleeve-60731 - The Home Depot



Home / Outdoors / Garden Center / Outdoor Decor / Flags / Flagpoles

Internet #100664390   Model #60731   Store SKU #394828   Store SO SKU #1004729266



Hover Image to Zoom

Case 1:21-cr-00208-APM   Document 24-7   Filed 06/17/21   Page 3 of 4

6/17/2021                      Valley Forge Flag 5 ft. Brushed Aluminum Flagpole with Anti-Wrap Sleeve-60731 - The Home Depot

# 5 ft. Brushed Aluminum Flagpole with Anti-Wrap Sleeve

♡ 59

by **Valley Forge Flag** >

★★★★⯨ (11) ⌄   Write a Review   Questions & Answers (2)

# $15.44

 **Save up to $100** on your qualifying purchase.
Apply for a Home Depot Consumer Card

### How To Get it

This item is unavailable at Wallkill
Check nearby stores

Delivery is unavailable for this product

### Easy Returns In Store and Online
Read our Return Policy

## Specifications

### Dimensions

| | |
|---|---|
| Assembled Depth (in.) | 1 in |
| Assembled Height (in.) | 60 in |
| Assembled Width (in.) | 1 in |

### Details

| | |
|---|---|
| Outdoor Living Product Type | Flagpole |

6/17/2021    Case 1:21-cr-00208-APM   Document 24-7   Filed 06/17/21   Page 4 of 4

Valley Forge Flag 5 ft. Brushed Aluminum Flagpole with Anti-Wrap Sleeve-60731 - The Home Depot

| | |
|---|---|
| Product Weight (lb.) | 0.85 lb |

## Warranty / Certifications

| | |
|---|---|
| Manufacturer Warranty | None |

How can we improve our product information? Provide feedback.

## Product Overview

This 1-piece 5 ft. Brushed Aluminum Flagpole has a 1 in. Dia that will work with most brackets. A 2.5 ft. x 4 ft. sleeved flag is ideal for display on this flagpole. An anti-wrap sleeve and anti-wrap clip are included to make flying your flag easy. This brushed aluminum flagpole offers an attractive way to display your flag.

### Info & Guides

You will need Adobe® Acrobat® Reader to view PDF documents. Download a free copy from the Adobe Web site.

## Sponsored Products








**Manor Brook** Marta Tiered Outdoor Floor Fountain

**Scotts** 20 lbs. EZ Seed Patch and Repair Sun and Shade

**Roundup** 0.5 Gal. Weed and Grass Killer Super Concentrate

 (1)

 (924)

 (482)