Exhibit "H"

# EXHIBIT H

# GOVERNMENT'S BODYCAM VIDEO FROM OFFICER N.R.