# EXHIBIT "K"

# EXHIBIT K

# YOUTUBE VIDEO