# Dupée & Monroe P.C.
## Attorneys at Law

JON CHARLES DUPÉE (1939-2001)
JON C. DUPÉE, JR.*
JAMES E. MONROE**
WALTER C. MACHNICKI
* ADMITTED TO PRACTICE IN NY, NJ & PA
** ADMITTED TO PRACTICE IN NY, NJ

211 Main Street, P.O. Box 470
Goshen, New York 10924
TEL: (845) 294-8900
FAX: (845) 294-3619
e-mail: info@dupeemonroelaw.com

NEW YORK CITY OFFICE
11 PARK PLACE, SUITE 1715
NEW YORK, NY 10007

June 23, 2021

Hon. Amit P. Mehta
United States District Judge
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

      RE: USA v. THOMAS WEBSTER
      CASE NO. 1:21-cr-208

Dear Judge Mehta:

Our law firm has the privilege of representing the defendant Thomas Webster. Defendant filed his Pre-Trial Detention Motion on June 17, 2021. After filing defendant's motion it was brought to your writer's attention that some of the exhibits contained references to Mr. Webster's date of birth and social security number.

Pursuant to Local Rule §5.4(f) defendant is requesting permission to file redacted exhibits excluding this personal information in substitution for the current exhibits on record.

We also came across one important typographical error in paragraph "7" where we used the word "substantiated" as opposed to "unsubstantiated".

We certainly appreciate the Court's time and consideration.

              Very truly yours,

              JAMES E. MONROE

JEM/hw

cc: Email and ECF: hava.Mirell@usdoj.gov
   Hava Mirell, Assistant United States Attorney
   United States Attorney's Office
   District of Columbia
   555 4th Street, N.W.
   Washington, D.C. 20530