# EXHIBIT "P"

