EXHIBIT "Q"


