# EXHIBIT "R"

June 22, 2021

CDF Acting Warden Brenda Shell
DC Central Detention Facility
1901 D Street SE
Washington, DC 20003

> RE: USA v. THOMAS WEBSTER
> CASE NO. 1:21-cr-208
> DCDC # 377188
> ARREST DATE: 02/22/21
> DATE OF BIRTH: 03/25/66
> OUR FILE NO. 21020CR

Dear Warden Shell:

Our law firm has the privilege of representing defendant Thomas Webster. (DCDC # 377188) Mr. Webster was remanded to the custody of the United States Attorney General's Office on February 23, 2021 and is currently confined at the DC Central Detention Facility.

Mr. Webster's case is assigned to D.C. District Court Justice Amit P. Metta. A motion seeking this detainee's release was filed with the Court on June 17, 2021. See *18 U.S.C. § 3145 (b)*. A copy of Mr. Webster's motion papers - marked "Legal Mail" - together with a thumb drive containing the pertinent video footage was mailed to the DC Central Detention Facility in the care of our client.

We have enclosed an addition thumb drive containing the video clips referenced in Mr. Webster's motion as Exhibits "H", "J" and "K". We are sending you this additional thumb drive - out of abundance of caution - to assure that Mr. Webster is afforded an opportunity to review these video clips in advance of his June 29th hearing.

We are hereby requesting that your facility/staff provide Mr. Webster the time, space and equipment needed to carefully examine this evidence. Should your facility have any objections/ concerns, I am simultaneously sending a copy of this letter to the assigned AUSA Hava Mirell. Ms. Mirell can be contacted directly at: 213-894-0717.

Thank you.

                                              Very truly yours,

                                              JAMES E. MONROE


cc:    Via Regular Mail and Email: hava.mirell@usdoj.gov
       United States Attorney Office
       555 4th Street, NW
       Washington, DC 20530
       Attn: AUSA Hava Mirell

       Michelle Webster
       10 Twin Spring Lane
       Florida, NY 10921