**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-208 (APM) |
| : | |
| **THOMAS WEBSTER,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBIT PURSUANT**
**TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibit that was provided to the Court and all counsel in response to defendant's Reply in Support of Motion to Revoke or Amend Magistrate's Order of Pre-Trial Detention (ECF No. 27):

1. Government Exhibit 1 was provided to the Court and defense counsel via USAfx on June 29, 2021 and referenced by the government during the June 29, 2021 bond hearing. Government Exhibit 1 is a 3 minute and 3 second open source video that depicts the Metropolitan Police Department's use of the public address system at the Lower West Terrace on January 6, 2021. The open source video does not contain a time stamp.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

*s/Hava Arin Levenson Mirell*
Hava Arin Levenson Mirell
Assistant United States Attorney
District of Columbia Detailee
CA Bar No. 311098
U.S. Attorney's Office
312 N. Spring St., Suite 1100
Los Angeles, CA 90012
(213) 894-0717
Hava.Mirell@usdoj.gov

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on June 29, 2021

*s/Hava Arin Levenson Mirell*
Hava Arin Levenson Mirell
Assistant United States Attorney