IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )       CR No. 21-208
                                    )       Washington, D.C.
        vs.                         )       June 29, 2021
                                    )       1:09 p.m.
THOMAS WEBSTER,                     )
                                    )
            Defendant.              )
_____ )


TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Brian P. Kelly
                            U.S. ATTORNEY'S OFFICE
                            555 Fourth Street NW
                            Suite 3816
                            Washington, D.C. 20530
                            (202) 252-7503
                            Email: brian.kelly3@usdoj.gov

                            Hava Arin Levenson Mirell
                            U.S. ATTORNEY'S OFFICE
                            312 N. Spring St.
                            Suite 1200
                            Los Angeles, CA 90012
                            (213) 894-0717
                            Email: hava.mirell@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:          James E. Monroe
                            DUPEE & MONROE, P.C.
                            211 Main Street
                            PO Box 470
                            Goshen, NY 10924
                            (845) 294-8900
                            Email: info@dupeemonroelaw.com

Pretrial Services Officer:  Masharia Holman

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                   P R O C E E D I N G S
 2           COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 21-208, the United States of
 4   America versus Thomas Webster.
 5           Hava Mirell and Brian Kelly for the government.
 6           James Monroe for the defense.
 7           Shay Holman on behalf of Pretrial Services.
 8           The defendant's appearing via videoconference for
 9   this hearing.
10           THE COURT:  Okay.  Good afternoon, Counsel.
11           Mr. Webster, good afternoon.  Can you hear me
12   okay, sir?
13           THE DEFENDANT:  Yes, yes, Your Honor, I can.
14           THE COURT:  Okay.
15           All right.  So we're here this afternoon on the
16   defendant's motion that the Court essentially release
17   Mr. Webster.  A magistrate judge held a hearing back on
18   February 23rd when Mr. Webster was arrested and detained
19   Mr. Webster, and has remained in detention since.  So we're
20   here for the hearing on the motion.
21           So, Mr. Monroe, I've reviewed your papers, I've
22   reviewed the government's papers, so I'm happy to hear from
23   both sides.  Although I'll ask both sides to sort of avoid
24   repeating what you've already put in the papers.  You can
25   assume I've read everything you've submitted, including the
```

1    various exhibits that Mr. Monroe has submitted and the

2    videos that the government has submitted in its -- in

3    support of its opposition.

4              MR. MONROE:  Judge, we're content to rest on the

5    papers submitted.

6              I would just say that in reviewing the documents

7    in their entirety, both with respect to what we've submitted

8    on behalf of Mr. Webster and what the government has

9    submitted, that in this context, it's the government that

10   has the burden by way of clear and convincing evidence to

11   establish the dangerousness that was described by the

12   magistrate back on February 23rd, and I think that has been

13   soundly rebutted.  Without more, I don't have anything more

14   to add than what's already been recited in my papers.

15             THE COURT:  All right.

16             Ms. Mirell.

17             MS. MIRELL:  Yes, Your Honor.

18             Before I begin, I'd like to read the victim impact

19   statement which has already been provided to the Court and

20   to defense counsel; however, the victim officer has asked me

21   to read this aloud at the hearing today.  So with your

22   indulgence.

23             THE COURT:  Yes, Ms. Mirell.

24             And I'm glad you mentioned it, because I have

25   reviewed that -- that was forwarded to the Court, and I have

1  had a chance to review it.

2          Let me just make sure, Mr. Monroe, you've seen

3  that document?

4          MR. MONROE:  I did, sir.  Thank you.

5          THE COURT:  Okay.

6          MS. MIRELL:  All right.

7          So this is a victim impact statement written by

8  Officer N.R., the victim officer from the Metropolitan

9  Police Department named in the indictment.

10          "I vividly remember the circumstances in which I

11  came into contact with Mr. Webster on January 6th, 2021, at

12  the U.S. Capitol.  It was evident Mr. Webster could, as I

13  could, hear the explosions of ordnance, feel the burning

14  sensation of defensive chemicals in the air, burning his

15  skin, eyes, and lungs.

16          "Mr. Webster and his fellow rioters in the crowd

17  screamed curses, insults, and taunts at me and my fellow

18  officers as we stood guard in front of the U.S. Capitol.

19          "A mass of rioters continuously challenged the

20  gates which created our perimeter, while others made

21  attempts to push past officers in order to further penetrate

22  our temporary fortifications as they fought to breach the

23  U.S. Capitol.

24          "While experiencing this toxic and chaotic

25  environment, Mr. Webster, while holding a United States

Marine Corps flag, took his turn as an active participant in
the riot.  Mr. Webster charged the gate, grabbed hold of
them, and shoved them into me several times.  He flung one
metal end of his flagpole at me in a downward chopping
motion.

"It was then that Mr. Webster charged me.
I remember when Mr. Webster charged at me.  His fists were
clenched and held close to his chest.  He pushed me to the
ground and attempted to violently tear away my gas mask and
ballistic helmet.  This caused me to choke and gasp for air
before another participant at the riot helped me to my feet.
While on the ground, I looked up to observe the rage in
Mr. Webster's face.  Participants at the riot flowed past as
Mr. Webster pinned me to the ground.  I eventually was able
to retreat behind our failed police line as I struggled to
catch my breath.

"It has been reported that Mr. Webster is a former
United States marine and a retired New York City police
officer.  This means that Mr. Webster trained for years to
show restraint in times of chaos, ensure public safety, and
protect civil order.  He deliberately chose to dishonor
himself, as well as his fellow officers and service members,
by attacking me for what are now known to be motivated by
political ignorance.

"As a metropolitan police officer and former

1    foreman in the United States Navy, I have a great deal of

2    respect for those who serve in law enforcement and the Armed

3    Forces.  I am still in shock and deeply disappointed that an

4    individual who served in those honorable professions would

5    conduct himself in the manner that Mr. Webster did that day.

6    His actions, attack, and targeted assault caused me to fear

7    for my life and could have easily left my wife and two small

8    children without a husband and father.  Alternatively, he

9    could have debilitated me and made me a target and victim of

10   others in the crowd as happened to some of my colleagues

11   that day.

12          "Mr. Webster's actions that day, combined with his

13   unique training and experience, make him a considerable risk

14   to the public and other members of the law enforcement

15   community.  His actions are well-documented and are now

16   publicly available as recording the footage from my

17   department-issued body camera."

18          That concludes the victim impact statement.

19          Turning now to the government's argument, I would

20   like -- in light of the defendant's reply filed last night,

21   I'd like to address first the government's entitlement to a

22   detention hearing in this case.  The government is entitled

23   to a detention hearing under both (f)(1)(A) and

24   3142(f)(1)(E).

25          Under 3142(f)(1)(A), the D.C. Circuit said five

1    days ago, albeit in a per curiam unpublished opinion, that a

2    violation of Section 111(b) is categorically a crime of

3    violence.  Defendant here is charged with a violation of

4    111(a) and 111(b).

5              I here --

6              THE COURT:  That's okay.  I'm sorry to interrupt

7    you, but you don't need to make that argument.  I agree with

8    you.  I dealt with this issue just a day or two ago, in

9    fact, the day *Coughlin* came out.  This is *United States*

10   *versus Coughlin*, unpublished decision from the Circuit, on

11   June 24th, holding that conviction -- excuse me, the charge

12   under 18 U.S.C. 111(b) is a categorical crime of violence.

13   And given that there was probable cause determined in this

14   case by the Grand Jury for that charge, there's no question

15   here about satisfaction of (f)(1) and his eligibility for

16   detainability.  So I agree with the government, and you

17   don't need to make any further argument on that point.

18             MS. MIRELL:  Okay.

19             Would the Court also like to hear the argument

20   with respect to the defendant's footnote about the void for

21   vagueness challenge to dangerous weapon?

22             THE COURT:  No, I don't think that's necessary.

23             And two things -- I was going to address this, but

24   one is, in terms of eligibility for detention -- and to the

25   extent that there's any suggestion here that -- well, to the

1   extent the argument is that the flagpole was not used as a

2   dangerous weapon or can't qualify as a dangerous weapon, I

3   reject that flatly.  First, the Grand Jury, first and

4   foremost, has found probable cause that the flagpole was

5   used as a dangerous weapon by Mr. Webster.

6        But beyond that, I viewed the videotape, frankly,

7   I viewed it multiple times, and what's clear is that

8   Mr. Webster used -- uses the flagpole and brings it down in

9   an overhead motion to strike the barrier that's between him

10  and the officer.

11       Only Mr. Webster knows what is in his head, but

12  certainly a reasonable person would have viewed that motion

13  using that flagpole as something that could have caused

14  substantial injury and a reasonable person would have feared

15  substantial injury and imminent and serious bodily injury by

16  that very action.

17       In fact, the flagpole then broke and ended up out

18  of Mr. Webster's hand.  And then the subsequent assault, he

19  didn't actually have the flagpole in his hand, though it

20  looks like from the video that the officer is still holding

21  on to the flagpole and using it to try and ward off

22  Mr. Webster.

23       The bottom line is, I have no problem concluding

24  the matter of probable cause and, frankly, as a matter of

25  law at this juncture, that for purposes of this hearing,

that the flagpole constituted a dangerous weapon for

purposes of 18 U.S.C. 111(b).

MS. MIRELL:  Thank you, Your Honor.

Proceeding, then, to the 3142(g) analysis, and

I'll be brief as most of it is covered in the government's

brief, but I just want to underscore, in light of the

defendant's reply, the fact that this was an unprovoked

attack.

Defendant cannot point to any evidence that the

defendant personally witnessed any of the alleged misconduct

at the front of the barricade.  Defendant highlights the

fact that a female rioter keeps approaching the fence and

that she gets pushed away.  There's also a rioter in a

maroon sweatshirt who keeps touching the barricade and gets

pushed away.

That happens approximately ten minutes before the

defendant ever enters the screen.  There is no provocation,

nor is there any evidence that defendant witnessed any

alleged misconduct.

And we have the best evidence because we have the

victim's body cam, which is showing everyone who's directly

in front of him.  And even if the defendant were a few rows

behind, we would have presumably seen his Marine Corps flag,

which we do not.  It seems at minute -- at 2:28, defendant

comes in from behind, unprovoked, immediately starts

1   shouting profanities, and starts engaging the officers.

2          And there's a big distinction here between the

3   defendant's conduct and the rest of the rioters around him.

4   He is clearly an instigator.  No one else at that barricade

5   is engaging in violence or vial epithets or vial language in

6   the way that the defendant is toward Officer N.R.

7          So, again, I just want to underscore that the

8   defendant has countered with nothing to suggest that this

9   attack wasn't unprovoked.

10          I've lost the judge on my -- okay.  Sorry.

11          THE COURT:  Sorry.

12          MS. MIRELL:  That's just what I want to underscore

13   there.

14          The defendant had also made a point in his reply

15   brief that there were no warnings on the public access

16   system.  The government has since proffered evidence to the

17   Court suggesting that there were warnings informing everyone

18   that it was a restricted area and that they were instructed

19   to go home, and if they didn't go home, they risked being

20   attacked with an agent such as pepper spray, for example.

21          The last thing I want to, you know, underscore

22   here is -- oh, sorry, one more thing.  The pistol permit and

23   the preparation that defendant clearly exhibited in coming

24   to the riot on January 6th, not only did he download those,

25   but he did bring a firearm with him.

1          And I know that defense counsel has proffered a

2     pistol permit from 2012.  But under the law, that is not

3     sufficient.  Defendant must also show that he has been --

4     met the safety -- the qualifications every year, and he

5     hasn't done so.

6          So it's not clear that he was lawfully entitled to

7     bring a firearm to Washington, D.C., much less leave it in

8     his hotel room.  And it begs the bigger question here of why

9     bring a firearm in the first place, why bring a Marine

10    rucksack, why bring MREs.  Defense counsel says he brought

11    MREs because he was worried about interacting with other

12    people.  Forgive me, Your Honor, but he attended a rally

13    with tens of thousands of people, clearly was not worried

14    about interacting with other people.

15         The last thing is the history and characteristics

16    here.  I know that defendant has a commendable history as a

17    veteran and as a former New York Police Department officer.

18    I know he has the family support.  However, because of his

19    service, he is held to a higher standard.  He has an

20    obligation to behave in a way that his service taught him to

21    behave, and I think that's really echoed in the letter that

22    we hear from Officer N.R., which is that he trained for

23    years to show restraint in times of chaos, to ensure public

24    safety, and to protect civil order.  If he were there to

25    protect the innocent, then he should have been fending other

1    rioters off from the barricade, not the other way around.

2         So if the Court doesn't have any further

3    questions, the government would submit on its papers.

4         THE COURT:  Thank you, Ms. Monroe.

5         Hang on, everybody, for one moment.  I'm just

6    going to go off camera.  I need to plug my iPad in.  I'll be

7    back in one second.

8         (Pause)

9         THE COURT:  Okay.

10        I'm going to start in a somewhat unconventional

11   way here.  Let me say at the outset that I think I have --

12   I mean, I don't have a numeric count on this, but I think I

13   probably have done more detention hearings than any other

14   District Judge in this courthouse other than

15   Chief Judge Howell and our magistrate judges.  So I think

16   I've gotten a decent sense of the conduct of a fair

17   cross-section of people who were at the Capitol on January

18   the 6th and have been arrested and charged following the

19   riots.  And make no mistake about it, this was a riot.

20        And I will say, based on where I sit and what I've

21   seen, Mr. Webster's conduct is among the most indefensible

22   and reprehensible conduct I've seen, period, full stop, no

23   real defense for it.  Mr. Webster can claim that he was

24   upset because of how officers were treating others.  I will

25   tell you, I certainly didn't see, and I agree with the

1    government, that Mr. Webster was nowhere close to where some

2    of these individuals that the memo that Mr. Webster's

3    counsel has submitted suggest that that was what motivated

4    him; that somehow the way that Officer N.R. was treating a

5    woman who also had a flag, I think, and another gentleman,

6    that somehow that was the reason he was so upset.

7           Both in terms of time and distance, he wasn't

8    anywhere near them.  Mr. Webster appears on the scene, as

9    Ms. Mirell says, probably a good eight to ten minutes away.

10   So unless he's hanging out from the back and watching all

11   this unfold and is able to see all this happening through

12   dozens of people, I don't buy that for a second.

13          And let's be clear what this video shows

14   Mr. Webster doing.  And I'll use his language.  He

15   approaches a line of police officers, accuses them of being

16   communists, tells them to take off their effing shit,

17   confronts them, he begins the confrontation by pushing

18   against the barricade.  The officer then sort of reaches

19   over and modestly pushes him away.

20          I see no evidence, none, that he was punched in

21   the face, Mr. Webster.  I don't see it.  I looked at the

22   tape very slowly, as slowly as I could on video.

23   I didn't see any contact between an officer and

24   Mr. Webster's face.  I saw an officer reach out and touch

25   Mr. Webster in the chest, but nothing more than that.

1          He then slams down the flagpole that he's holding.

2     While the officer is inches away from the flagpole and from

3     the barrier, the flagpole breaks, the barrier breaks.

4          Mr. Webster then, instead of standing back, rushes

5     forward and assaults the officer.  The officer is on the

6     ground, and he's trying to pull off his mask.  And I don't

7     know what he's trying to do.  I don't know what Mr. Webster

8     intended to try to do to this Capitol police officer,

9     I believe it's a Capitol police officer or MPD officer, but

10    either way, law enforcement officer, who was doing nothing

11    other than his job, a job that Mr. Webster himself did for

12    years.

13         It's really quite something.  I mean, you want to

14    talk about some of the worst behavior, some of the most

15    horrific conduct that I've seen somebody engage in.  It's

16    right there on video.  Anybody can now, once the video is

17    released, now exactly see exactly what Mr. Webster did.

18         And there's no defending it, period, full stop,

19    not from where I sit.  At least it's very hard to defend it.

20    Maybe it will be a defense at trial -- and I'm not

21    suggesting at all by what I'm saying, anything other than

22    the suggestion that Mr. Webster wears the presumption of

23    innocence that he's entitled to, so let me make that clear.

24    But the video does not lie, and Mr. Webster attacked a

25    police officer who was doing his job.

1          Now, if that weren't enough, what the video

2    actually shows here is that there actually is -- let me

3    first say, it's hard to know what else is going on; there's

4    only a very small snippet of what actually is visible from

5    the officer's body cam.

6          But what is visible from the officer's body cam is

7    that for the prior eight minutes or eight to nine minutes

8    prior to Mr. Webster arriving on the scene, there are people

9    milling about in front of those barriers, but nobody strikes

10   an officer, no one tries to tear the barrier down, unless a

11   couple people put their hand on the barrier and the officer

12   pushed them away.  Nobody is trying to rush the officers, no

13   one.

14         It's not until Mr. Webster arrived, until he slams

15   that flagpole on the barrier, that other people around him

16   rush the officers.  It's at that point that the barrier

17   breaks, Mr. Webster comes launching forward, other people

18   run in after him, and it appears, based upon the video, that

19   not only does Mr. Webster start assaulting this officer, but

20   other people start engaging with other police officers.  And

21   so while, you know, Mr. Webster may not be a leader, he

22   certainly is an instigator of what happened on that day and

23   certainly in that part of the Capitol complex.  It was his

24   conduct that sort of broke the dam, at least in that area.

25         And then it's clear from the video -- I mean, it's

1   clear from the video, there was not that kind of engagement

2   with the police prior to his arrival.  Whatever it was that

3   Mr. Webster -- overcame him, it's really hard to know, but

4   it certainly caused injuries to police and led to call a

5   terribly chaotic scene at the Capitol that was dangerous for

6   police officers, resulted in injuries to police officers,

7   Mr. Webster's conduct directly contributed to it.

8           All that said, I'm the presiding officer in this

9   case.  I'm not the jury, it is not my job at this juncture

10  to determine guilt or innocence.  My job is to determine

11  future risk of dangerousness.  And the question before me is

12  if Mr. Webster were released, what future risk of danger

13  does he pose and to whom?

14          The government has suggested that he poses a

15  future risk to the community because of the nature of the

16  violence conduct.  And the government's right, he does, he

17  does pose a risk.  Anybody that would lose control in the

18  manner that Mr. Webster did that day poses a risk to the

19  community and to the law enforcement.

20          The question I have before me, though, is, was

21  Mr. Webster's conduct that day a product of his

22  circumstances.  And as the Circuit has made clear in

23  *Munchel*, I need to consider whether the circumstances of

24  January the 6th were such that it created a situation that

25  is unlikely to recur and unlikely to cause someone to behave

1    in that manner.  And I do think that certainly applies -- I

2    think that applies to Mr. Webster.

3            The reality is, Mr. Webster has served this

4    country honorably as a Marine.  He served his city and his

5    community as a police officer for many, many years.  There's

6    no prior history of any violent conduct either in uniform or

7    out of it.  And the truth is, I can't ignore that.  And

8    given factors I'm supposed to consider, I can't ignore it

9    and I have to weigh that as part of my calculus.

10           The letters of support I've certainly received and

11   read from the community concerning Mr. Webster and who he is

12   in his community, I've considered those as well.

13           And the question ultimately is, what are the odds

14   that Mr. Webster is going to engage in similar conduct going

15   forward, and the truth is I think it's probably relatively

16   low.

17           I have detained other people.  Those people have

18   been detained based upon two factors largely.  One is that

19   they have a leadership role, a larger organizational goal,

20   involved in planning and preparation of potential conduct on

21   the Capitol building, which suggested to me that that kind

22   of person could be released and go back and begin

23   communicating with others and begin to organize again.

24   Mr. Webster doesn't fall into that category.

25           Secondly, the other people that I have detained

1   have been people who have all planned for violence, who have

2   brought the guns to the District of Columbia or the

3   outskirts of the District of Columbia in preparation for

4   potential violence or a quick reaction force, the folks I've

5   detained in the Oath Keepers case.

6        Mr. Webster brought a gun to the

7   District of Columbia.  That was not a smart decision on his

8   part.  But I don't have any evidence before me, like I do in

9   these other cases, that Mr. Webster was planning with others

10  for potential violence.

11       And so to the extent that there is evidence before

12  me of planning and preparation, it's not as strong as it is

13  with respect to others in terms of preparing for violence,

14  and, therefore, he poses in my mind a lesser threat than

15  others in terms of future violent conduct.

16       Look, all things considered and all the factors

17  I've considered and all the factors under the Bail Reform

18  Act, including the seriousness of the offense, the nature of

19  the offense, the weight of the evidence, and the nature and

20  circumstances of the -- excuse me, the history and

21  characteristics of the defendant, suggest to me that

22  because, at least constitutionally, pretrial release is the

23  norm, there is a presumption here -- actually, I take it

24  back -- there is no -- there's not a rebuttable presumption

25  here of dangerousness in this case, and I think Mr. Webster

1    can be released on very strict conditions and that's going

2    to include house arrest.

3         Mr. Webster is going to be prohibited from being

4    anywhere near the District of Columbia except for court

5    obligations.  He will be in his home for 24 hours except for

6    probation obligations, pre-approved medical visits, and

7    pre-approved visits with his counsel.

8         He will not be permitted to work, he will not be

9    permitted to go to meet with family and friends except for

10   those he lives with.  He will be on 24-hour lockdown,

11   monitored by GPS, period, end of story.

12        If there is any violation, Mr. Webster, of those

13   terms, any violation of those terms, you will be right back

14   where you are today.  Is that understood?

15        THE DEFENDANT:  Yes, Your Honor, I fully

16   understand and thank you.

17        THE COURT:  Say no more.  I'm not looking for your

18   thanks.  I'm just applying the law as I'm required to.

19        I also am going to require Mr. Webster to stay off

20   any communication devices except as needed to speak with

21   counsel who crafted a condition that would ensure that

22   Mr. Webster's not using Internet, social media accounts,

23   apps, encrypted or otherwise, to communicate with others.

24        I fear that what happened in this case is that

25   Mr. Webster was spending far too much time online and being

1   influenced by a lot of false information, to say the least,

2   and that's probably the impetus for what caused his behavior

3   that day.  And so he'll be prohibited from accessing that

4   kind of -- those types of devices.

5           He will have to turn in any passport he has.  Any

6   firearms, I believe they've already been turned in, but to

7   the extent there are any other firearms that he has access

8   to, either immediately or constructively, those will need to

9   be turned in as well.

10          These are about as strict of conditions I can come

11  up with short of actual incarceration, and I think they are

12  sufficient to ensure the safety of the community and to

13  ensure that Mr. Webster will not engage in similar conduct

14  in the future.

15          I will say, Mr. Webster, I'm still just utterly

16  mystified, I really am.  I mean, I've had lots of folks come

17  before me, I'm mystified by their conduct, but your conduct

18  in particular really is hard to get my -- it's hard for me

19  to get my head around for the obvious reason:  You were a

20  police officer and you should have known better.

21          But you're also presumed innocent.  Pretrial laws

22  and rules apply to you as much as they apply to anyone.  And

23  even if you should have known better, the presumption of

24  pretrial release, given your background and your history and

25  the other factors I've discussed, warrants your release

1    pending trial in this case under the strictest of

2    conditions.

3            So with that, we will have my -- Courtroom Deputy

4    will get to you, Mr. Monroe, the conditions of release

5    paperwork that'll reflect the conditions I've just

6    identified.

7            JC, am I missing any conditions?

8            COURTROOM DEPUTY:  I believe that was all of them.

9            I believe Ms. Holman is also on the line, if you

10   could help out with that.

11           PRETRIAL SERVICES OFFICER:  Good afternoon,

12   Your Honor.

13           THE COURT:  Good afternoon.

14           PRETRIAL SERVICES OFFICER:  I believe you touched

15   on the conditions of release.

16           THE COURT:  Okay.  Thank you.

17           One last thing:  To the officer who I'm

18   grateful -- and, Ms. Mirell, I don't know if he's listening,

19   but if he's not, I'll ask you to communicate this to him.

20   I appreciate him putting his words in the letter; I'm

21   grateful that he did that.  I'm sorry what happened to him

22   on that day.  He should not view this decision as a

23   reflection of his valor, his courage, and his bravery, but,

24   rather, these are the laws and these are the pretrial

25   principles that I am required to apply by statute and by the

 1    D.C. Circuit.  As I said, I do think they do compel his

 2    release on the strictest conditions, and I want to make sure

 3    he understands that.

 4              Any questions, anything else anybody wants to add?

 5              MR. MONROE:  Your Honor --

 6              PRETRIAL SERVICES OFFICER:  I'm sorry, Ms. Holman.

 7              THE COURT:  Yes, Ms. Holman.

 8              PRETRIAL SERVICES OFFICER:  I can't recall if

 9    Your Honor stated stay away out of the District of Columbia.

10              THE COURT:  I did, yes.

11              PRETRIAL SERVICES OFFICER:  All right.

12              THE COURT:  And to the extent I neglected --

13    I think I may not have mentioned it -- well, he's on home

14    detention, so I don't know that I need a further travel

15    restriction.

16              PRETRIAL SERVICES OFFICER:  Okay.  Thank you.

17              THE COURT:  Mr. Monroe.

18              MR. MONROE:  Yes, Your Honor.

19              I just want to report that I remain in possession

20    of Mr. Webster's passport, and I'll be guided by Pretrial

21    Services as how they would like me to physically surrender

22    it.

23              PRETRIAL SERVICES OFFICER:  Sure.

24              We can talk offline and I can give you our address

25    to send the passport to.

1          MR. MONROE:  Yes, ma'am.

2          THE COURT:  Okay.

3          MR. MONROE:  I possess it.

4          THE COURT:  All right.

5          Anything further from counsel?

6          MS. MIRELL:  Your Honor, I believe we need a next

7     status conference date.

8          THE COURT:  We do not have one set?

9          While we're together, where are we in terms of

10    disclosure of discovery, and let's talk about where things

11    stand in terms of discovery.

12         MS. MIRELL:  Yes, Your Honor.

13         The government has produced the entirety of the

14    several case files that were opened on this defendant to

15    defense counsel.

16         We have reviewed the phone.  We need to now get a

17    hard drive from defense counsel in order to produce the

18    image copy and the full extraction of the phone to defense

19    counsel.

20         So discovery is, at least for this immediate case,

21    effectively complete; however, I believe that the parties --

22    well, defense counsel had communicated to me that would want

23    to prioritize this detention issue first before kind of

24    further engaging in plea negotiations.  So at this time,

25    I believe the parties are requesting 60 days to continue

1    reviewing the discovery and to discuss a potential non-trial

2    disposition of this case.

3                   THE COURT:  Okay.

4                   Mr. Monroe, is that acceptable to you, 60 days?

5                   MR. MONROE:  Yes, it is, Your Honor.  Thank you.

6                   THE COURT:  I neglected to mention, just so the

7    record is complete, I did consider the other cases that the

8    defendant had cited and I did take those into account in my

9    detention determining or decision to release Mr. Webster.

10                  There are a handful of cases where there are other

11   defendants who've been charged with similar conduct who have

12   been released.  I will just note the *United States versus*

13   *Leffingwell*, it's 21-CR-5, and *United States versus Sanford*,

14   21-CR-86, were two cases in which I thought conduct was

15   comparable, and individuals were released in those cases.

16   So I've considered that as well.

17                  Mr. Monroe, in terms of 60 days, I don't know, you

18   may not have had an opportunity to discuss speedy trial with

19   your client, but is he prepared to waive time under the

20   Speedy Trial Act?  And if you need a minute to talk to him,

21   we could put you into a breakout room.

22                  MR. MONROE:  No, sir.  I hoped and anticipated to

23   answer to that question and we are prepared to waive speedy

24   trial rights.

25                  THE COURT:  Okay.

1          Mr. Webster, I want to make sure you understand
2    your speedy trial rights.
3          You're entitled to a speedy trial under the
4    Speedy Trial Act.  In terms of how we calculate your speedy
5    trial time, Mr. Webster, what your lawyer has just suggested
6    is that you're prepared to exclude, that is, you're not
7    going -- we won't count the days between tomorrow and our
8    next court date.
9          Are you prepared to exclude that time,
10   Mr. Webster?
11               THE DEFENDANT:  Yes, Your Honor.
12               THE COURT:  Okay.
13          Let's pick the next date.  Are you all available
14   slightly more than 60 days, how about August 31st at 2 p.m.?
15               MR. MONROE:  That's fine by defense, Judge.
16               MS. MIRELL:  Yes, Your Honor.
17               THE COURT:  Okay.  August 31st, 2:00 p.m.
18          So speedy trial time will be tolled through
19   August 31st for the reasons stated here in court today.
20   Specifically, I find that the interests of justice outweigh
21   the interests of the public and the defendant in a speedy
22   trial.
23          And particularly that time is necessary to allow
24   the government to make whatever additional discovery
25   disclosures it needs to make.  Importantly, Mr. Monroe has

1    indicated in his motion that he's not had ample and

2    sufficient time to go through the discovery with Mr. Webster

3    because he has been detained.  So the exclusion of that

4    60 days is necessary and warranted to afford the defense

5    time to prepare for a potential trial and prepare a defense.

6            In addition, under the current standing order,

7    time is excluded through August the 31st due to the

8    difficulties associated with holding a trial during the

9    pandemic.  And for those additional reasons, I'll exclude

10   time through the 31st as well.

11           Finally, Mr. Monroe, Mr. Webster, I assume --

12   well, let's put it this way:  Mr. Webster has a right to

13   appear personally, if he wishes, for the status hearing on

14   the 31st.  You will let me know if he wants to appear

15   personally; otherwise, I'll assume that he would prefer to

16   appear remotely and we can continue to do this by Zoom,

17   okay?

18           MR. MONROE:  Judge, we would like to continue to

19   appear remotely until we get further instructions from the

20   Court.

21           THE COURT:  Okay.

22           And, look, the last thing I'll ask the parties to

23   consider in the next 60 days, and the government mentioned

24   this, is whether there's a possibility of pretrial

25   resolution in this case.  I hope that you can use the next

1    60 days to explore that prospect, okay?

2              Anything further, Counsel?

3              MS. MIRELL:  Nothing from the government,

4    Your Honor.  Thank you.

5              MR. MONROE:  Judge, nothing on behalf of the

6    defense.

7              THE COURT:  All right.  Thank you all very much.

8              (Proceedings concluded at 1:47 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__July 16, 2021_____    /S/__William P. Zaremba_____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [2]** 3/2 22/8
**MR. MONROE: [11]** 4/4 5/4 23/5 23/18 24/1 24/3 25/5 25/22 26/15 27/18 28/5
**MS. MIRELL: [9]** 4/17 5/6 8/18 10/3 11/12 24/6 24/12 26/16 28/3
**PRETRIAL SERVICES OFFICER: [7]** 22/11 22/14 23/6 23/8 23/11 23/16 23/23
**THE COURT: [27]** 3/10 3/14 4/15 4/23 5/5 8/6 8/22 11/11 13/4 13/9 10/17 22/13 22/16 23/7 23/10 23/12 23/17 24/2 24/4 24/8 25/3 25/6 25/25 26/12 26/17 27/21 28/7
**THE DEFENDANT: [3]** 3/13 20/15 26/11

**/**
**/S [1]** 29/10

**0**
**0717 [1]** 1/19

**1**
**10924 [1]** 2/4
**111 [5]** 8/2 8/4 8/4 8/12 10/2
**1200 [1]** 1/18
**16 [1]** 29/10
**18 U.S.C [2]** 8/12 10/2
**19 [1]** 29/6
**1:09 [1]** 1/6
**1:47 [1]** 28/8

**2**
**20001 [1]** 2/10
**2012 [1]** 12/2
**202 [2]** 1/15 2/10
**2021 [3]** 1/5 5/11 29/10
**20530 [1]** 1/15
**208 [2]** 1/4 3/3
**21-208 [2]** 1/4 3/3
**21-CR-5 [1]** 25/13
**21-CR-86 [1]** 25/14
**211 [1]** 2/3
**213 [1]** 1/19
**23rd [2]** 3/18 4/12
**24 [1]** 20/5
**24-hour [1]** 20/10
**24th [1]** 8/11
**252-7503 [1]** 1/15
**29 [1]** 1/5
**294-8900 [1]** 2/4
**2:00 [1]** 26/17
**2:28 [1]** 10/24

**3**
**312 [1]** 1/18
**3142 [3]** 7/24 7/25 10/4
**31st [6]** 26/14 26/17

**3249 [1]** 2/10
**333 [1]** 2/9
**354-3249 [1]** 2/10
**3816 [1]** 1/14

**4**
**470 [1]** 2/3

**5**
**555 [1]** 1/14

**6**
**60 [6]** 24/25 25/4 25/17 26/14 27/23 28/1
**60 days [1]** 27/4
**6th [4]** 5/11 11/24 13/18 17/24

**7**
**7503 [1]** 1/15

**8**
**845 [1]** 2/4
**86 [1]** 25/14
**8900 [1]** 2/4
**894-0717 [1]** 1/19

**9**
**90012 [1]** 1/19

**A**
**able [2]** 6/14 14/11
**about [10]** 8/15 8/20 12/11 12/14 13/19 15/14 16/9 21/10 24/10 26/14
**above [1]** 29/4
**above-titled [1]** 29/4
**acceptable [1]** 25/4
**access [2]** 11/15 21/7
**accessing [1]** 21/3
**account [1]** 25/8
**accounts [1]** 20/22
**accuses [1]** 14/15
**Act [3]** 19/18 25/20 26/4
**action [1]** 9/16
**actions [3]** 7/6 7/12 7/15
**active [1]** 6/1
**actual [1]** 21/11
**actually [5]** 9/19 16/2 16/2 16/4 19/23
**add [2]** 4/14 23/4
**addition [1]** 27/6
**additional [2]** 26/24 27/9
**address [3]** 7/21 8/23 23/24
**afford [1]** 27/4
**after [1]** 16/18
**afternoon [6]** 3/2 3/10 3/11 3/15 22/11 22/13
**again [2]** 11/7 18/23
**against [1]** 14/18
**agent [1]** 11/20
**ago [2]** 8/1 8/8
**agree [3]** 8/7 8/16

**aided [1]** 2/12
**air [2]** 5/14 6/10
**albeit [1]** 8/1
**all [17]** 3/15 4/15 5/6 14/10 14/11 15/21 17/8 19/1 19/16 19/16 19/17 22/8 23/11 24/4 26/13 28/7 28/7
**All right [1]** 4/15
**alleged [2]** 10/10 10/19
**allow [1]** 26/23
**aloud [1]** 4/21
**already [4]** 3/24 4/14 4/19 21/6
**also [6]** 8/19 10/13 11/14 12/3 14/5 20/19 21/21 22/9
**Alternatively [1]** 7/8
**Although [1]** 3/23
**am [5]** 7/3 20/19 21/16 22/7 22/25
**AMERICA [1]** 1/3 3/4
**AMIT [1]** 1/10
**among [1]** 13/21
**ample [1]** 27/1
**analysis [1]** 10/4
**Angeles [1]** 1/19
**another [2]** 6/11 14/5
**answer [1]** 25/23
**anticipated [1]** 25/22
**any [19]** 8/17 8/25 10/9 10/10 10/18 10/18 13/2 13/13 14/23 18/6 19/8 20/12 20/13 20/20 21/5 21/5 21/7 22/7 23/4
**anybody [3]** 15/16 17/17 23/4
**anyone [1]** 21/22
**anything [5]** 4/13 15/21 23/4 24/5 28/2
**anywhere [1]** 14/8 20/4
**appear [4]** 27/13 27/14 27/16 27/19
**APPEARANCES [2]** 1/12 1/21
**appearing [1]** 3/8
**appears [2]** 14/8 16/18
**applies [2]** 18/1 18/2
**apply [3]** 21/22 21/22 22/25
**applying [1]** 20/18
**appreciate [1]** 22/20
**approaches [1]** 14/15
**approaching [1]** 10/12
**approved [2]** 20/6 20/7
**approximately [1]** 10/16
**apps [1]** 20/23
**are [18]** 6/23 7/15 7/15 16/8 18/13 20/14 21/7 21/10 21/11 22/24 22/24 24/9 24/25 25/10 25/10 25/23 26/9 26/13
**area [2]** 11/18 16/24
**argument [5]** 7/19 8/7 8/17 8/19 9/1
**Arin [1]** 1/17

**around [4]** 11/3 13/1 16/15 21/19
**arrest [1]** 20/2
**arrested [2]** 3/18 13/18
**arrival [1]** 17/2
**arrived [1]** 16/14
**arriving [1]** 16/8
**as [41]**
**ask [3]** 3/23 22/19 27/22
**asked [1]** 4/20
**assault [2]** 7/6 9/18
**assaulting [1]** 16/19
**assaults [1]** 15/5
**associated [1]** 27/8
**assume [3]** 3/25 27/11 27/15
**attack [3]** 7/6 10/8 11/9
**attacked [2]** 11/20 15/24
**attacking [1]** 6/23
**attempted [1]** 16/9
**attempts [1]** 5/21
**attended [1]** 12/12
**ATTORNEY'S [2]** 1/13 1/17
**August [2]** 26/14 26/17 26/19 27/7
**August 31st [1]** 26/19
**available [2]** 7/16 26/13
**Avenue [1]** 2/9
**avoid [1]** 3/23
**away [8]** 6/9 10/13 10/15 14/9 14/19 15/2 16/12 23/9

**B**
**back [8]** 3/17 4/12 13/7 14/10 15/4 18/22 19/24 20/13
**background [1]** 21/24
**Bail [1]** 19/17
**ballistic [1]** 6/10
**Barrett [1]** 2/9
**barricade [5]** 10/11 10/14 11/4 13/1 14/18
**barrier [7]** 9/9 15/3 15/3 16/10 16/11 16/15 16/16
**barriers [1]** 16/9
**based [3]** 13/20 16/18 18/18
**be [18]** 6/23 10/5 13/6 14/13 15/10 16/21 18/22 20/1 20/3 20/5 20/8 20/8 20/10 20/13 21/3 21/9 23/20 26/18
**because [8]** 4/24 10/20 12/11 12/18 13/24 17/15 19/22 27/3
**been [13]** 4/12 4/14 4/19 6/17 12/3 12/25 13/18 18/18 19/1 21/6 25/11 25/12 27/3
**before [10]** 1/10 4/18 6/11 10/16 17/11 17/20

**begin [3]** 4/18 18/22 18/23
**begins [1]** 14/17
**begs [1]** 12/8
**behalf [3]** 3/7 4/8 28/5
**behave [1]** 12/20 12/21 17/25
**behavior [2]** 15/14 21/2
**behind [3]** 6/15 10/23 10/25
**being [4]** 11/19 14/15 20/3 20/25
**believe [8]** 15/9 21/6 22/8 22/9 22/14 24/6 24/21 24/25
**best [1]** 10/20
**better [2]** 21/20 21/23
**between [4]** 9/9 11/2 14/23 26/7
**beyond [1]** 9/6
**big [1]** 11/2
**bigger [1]** 12/8
**bodily [1]** 9/15
**body [4]** 7/17 10/21 16/5 16/6
**BOND [1]** 1/1
**both [5]** 3/23 3/23 4/7 7/23 14/7
**bottom [1]** 9/23
**Box [1]** 2/3
**bravery [1]** 22/23
**breach [1]** 5/22
**breakout [1]** 25/21
**breaks [3]** 15/3 15/3 16/17
**breath [1]** 6/16
**Brian [2]** 1/13 3/5
**brian.kelly3 [1]** 1/16
**brief [3]** 10/5 10/6 11/15
**bring [5]** 11/25 12/7 12/9 12/9 12/10
**brings [1]** 9/8
**broke [2]** 9/17 16/24
**brought [3]** 12/10 19/2 19/6
**building [1]** 18/21
**burden [1]** 4/10
**burning [2]** 5/13 5/14
**buy [1]** 14/12

**C**
**CA [1]** 1/19
**calculate [1]** 26/4
**calculus [1]** 18/9
**call [1]** 17/4
**cam [3]** 10/21 16/5 16/6
**came [2]** 5/11 8/9
**camera [2]** 7/17 13/6
**can [11]** 3/11 3/13 3/24 13/23 15/16 20/1 21/10 23/24 23/24 27/16 27/25
**can't [4]** 9/2 18/7 18/8 23/8

**C**

cannot [1] 10/9
Capitol [9] 5/12 5/18 5/23 13/17 15/8 15/9 16/23 17/5 18/21
case [12] 3/3 7/22 8/14 17/9 19/5 19/25 20/24 22/1 24/14 24/20 25/2 27/25
cases [5] 19/9 25/7 25/10 25/14 25/15
catch [1] 6/16
categorical [1] 8/12
categorically [1] 8/2
category [1] 18/24
cause [4] 8/13 9/4 9/24 17/25
caused [5] 6/10 7/6 9/13 17/4 21/2
certainly [7] 9/12 13/25 16/22 16/23 17/4 18/1 18/10
Certified [1] 2/8
certify [1] 29/2
CH [1] 2/9
challenge [1] 8/21
challenged [1] 5/19
chance [1] 5/1
chaos [2] 6/20 12/23
chaotic [2] 5/24 17/5
characteristics [2] 12/15 19/21
charge [2] 8/11 8/14
charged [6] 6/2 6/6 6/7 8/3 13/18 25/11
chemicals [1] 5/14
chest [2] 6/8 14/25
Chief [1] 13/15
Chief Judge Howell [1] 13/15
children [1] 7/8
choke [1] 6/10
chopping [1] 6/4
chose [1] 6/21
Circuit [4] 7/25 8/10 17/22 23/1
circumstances [4] 5/10 17/22 17/23 19/20
cited [1] 25/8
city [2] 6/18 18/4
civil [2] 6/21 12/24
claim [1] 13/23
clear [8] 4/10 9/7 12/6 14/13 15/23 16/25 17/1 17/22
clearly [3] 11/4 11/23 12/13
clenched [1] 6/8
client [1] 25/19
close [2] 6/8 14/1
colleagues [1] 7/10
COLUMBIA [6] 1/1 19/2 19/3 19/7 20/4 23/9
combined [1] 7/12
come [2] 21/10 21/16
comes [2] 10/25 16/17
coming [1] 11/23

**C**

commandatore [1] 12/16
communicate [2] 20/23 22/19
communicated [1] 24/22
communicating [1] 18/23
communication [1] 20/20
communists [1] 14/16
community [7] 7/15 17/15 17/19 18/5 18/11 18/12 21/12
comparable [1] 25/15
compel [1] 23/1
complete [2] 24/21 25/7
complex [1] 16/23
computer [1] 2/12
computer-aided [1] 2/12
concerning [1] 18/11
concluded [1] 28/8
concludes [1] 7/18
concluding [1] 9/23
condition [1] 20/21
conditions [8] 20/1 21/10 22/2 22/4 22/5 22/7 22/15 23/2
conduct [19] 7/5 11/3 13/16 13/21 13/22 15/15 16/24 17/7 17/16 17/21 18/6 18/14 18/20 19/15 21/13 21/17 21/17 25/11 25/14
conference [1] 24/7
confrontation [1] 14/17
confronts [1] 14/17
consider [4] 17/23 18/8 25/7 27/23
considerable [1] 7/13
considered [4] 18/12 19/16 19/17 25/16
constituted [1] 10/1
Constitution [1] 2/9
constitutionally [1] 19/22
constructively [1] 21/8
contact [2] 5/11 14/23
content [1] 4/4
context [1] 4/9
continue [3] 24/25 27/16 27/18
CONTINUED [1] 2/1
continuously [1] 5/19
contributed [1] 17/7
control [1] 17/17
conviction [1] 8/11
convincing [1] 4/10
copy [1] 24/18
Corps [2] 6/1 10/23
correct [1] 29/3
Coughlin [2] 8/9 8/10
could [9] 5/12 5/13 7/7 7/9 9/13 14/22 18/22 22/10 25/21

**C**

counter [1] 12/1 12/10 14/3 20/7 20/21 24/5 24/15 24/17 24/19 24/22 28/2
count [2] 13/12 26/7
countered [1] 11/8
country [1] 18/4
couple [1] 16/11
courage [1] 22/23
court [14] 1/1 2/7 2/8 3/16 4/19 4/25 8/19 11/17 13/2 20/4 26/8 26/19 27/20 29/7
courthouse [1] 13/14
Courtroom [1] 22/3
covered [1] 10/5
COVID [1] 29/6
COVID-19 [1] 29/6
CR [3] 1/4 25/13 25/14
crafted [1] 20/21
created [2] 5/20 17/24
crime [2] 8/2 8/12
Criminal [1] 3/3
cross [1] 13/17
cross-section [1] 13/17
crowd [2] 5/16 7/10
CRR [2] 29/2 29/11
curiam [1] 8/1
current [1] 27/6
curses [1] 5/17

**D**

D.C [4] 1/5 1/15 2/10 12/7
D.C. [2] 7/25 23/1
D.C. Circuit [2] 7/25 23/1
dam [1] 16/24
danger [1] 17/12
dangerous [6] 8/21 9/2 9/2 9/5 10/1 17/5
dangerousness [3] 4/11 17/11 19/25
date [4] 24/7 26/8 26/13 29/10
day [10] 7/5 7/11 7/12 8/8 8/9 16/22 17/18 17/21 21/3 22/22
days [9] 8/1 24/25 25/4 25/17 26/7 26/14 27/4 27/23 28/1
deal [1] 7/1
dealt [1] 8/8
debilitated [1] 7/9
decent [1] 13/16
decision [4] 8/10 19/7 22/22 25/9
deeply [1] 7/3
defend [1] 15/19
defendant [20] 1/7 2/2 8/3 10/9 10/10 10/11 10/17 10/18 10/22 10/24 11/6 11/8 11/14 11/23 12/3 12/16 19/21 24/14 25/8 26/21
defendant's [6] 3/8 3/16 7/20 8/20 10/7

**D**

defendants [1] 25/11
defending [1] 15/18
defense [14] 3/6 4/20 12/1 12/10 13/23 15/20 24/15 24/17 24/18 24/22 26/15 27/4 27/5 28/6
defensive [1] 5/14
deliberately [1] 6/21
department [3] 5/9 7/17 12/17
department-issued [1] 7/17
Deputy [1] 22/3
described [1] 4/11
detainability [1] 8/16
detained [6] 3/18 18/17 18/18 18/25 19/5 27/3
detention [8] 3/19 7/22 7/23 8/24 13/13 23/14 24/23 25/9
determine [2] 17/10 17/10
determined [1] 8/13
determining [1] 25/9
devices [2] 20/20 21/4
did [11] 5/4 7/5 11/24 11/25 15/11 15/17 17/18 22/21 23/10 25/7 25/8
didn't [4] 9/19 11/19 13/25 14/23
difficulties [1] 27/8
directly [2] 10/21 17/7
disappointed [1] 7/3
disclosure [1] 24/10
disclosures [1] 26/25
discovery [6] 24/10 24/11 24/20 25/1 26/24 27/2
discuss [2] 25/1 25/18
discussed [1] 21/25
dishonor [1] 25/2
disposition [1] 25/2
distance [1] 14/7
distinction [1] 11/2
DISTRICT [9] 1/1 1/1 1/10 13/14 19/2 19/3 19/7 20/4 23/9
do [9] 10/24 15/7 15/8 18/1 19/8 23/1 23/1 24/8 27/16
document [1] 5/3
documented [1] 7/15
documents [1] 4/6
does [5] 15/24 16/19 17/13 17/16 17/17
doesn't [2] 13/2 18/24
doing [3] 14/14 15/10 15/25
don't [13] 4/13 8/7 8/17 8/22 13/12 14/12 14/21 15/6 15/7 19/8 22/18 23/14 25/17
done [2] 12/5 13/13
down [3] 9/8 15/1 16/10

**D**

download [1] 11/24
downward [1] 6/4
dozens [1] 14/12
drive [1] 24/17
due [1] 27/7
DUPEE [1] 2/2
dupeemonroelaw.com [1] 2/5
during [2] 27/8 29/5

**E**

easily [1] 7/7
echoed [1] 12/21
effectively [1] 24/21
effing [1] 14/16
eight [3] 14/9 16/7 16/7 21/8
either [3] 15/10 18/6 21/8
eligibility [2] 8/15 8/24
else [3] 11/4 16/3 23/4
Email [3] 1/16 1/20 2/5
encrypted [1] 20/23
end [2] 6/4 20/11
ended [1] 9/17
enforcement [4] 7/2 7/14 15/10 17/19
engage [3] 15/15 18/14 21/13
engagement [1] 17/1
engaging [4] 11/1 11/5 16/20 24/24
enough [1] 16/1
ensure [5] 6/20 12/23 20/21 21/12 21/13
enters [1] 10/17
entirety [2] 4/7 24/13
entitled [4] 7/22 12/6 15/23 26/3
entitlement [1] 7/21
environment [1] 5/25
epithets [1] 11/5
essentially [1] 3/16
establish [1] 4/11
even [2] 10/22 21/23
eventually [1] 6/14
ever [1] 10/17
every [1] 12/4
everybody [1] 13/5
everyone [2] 10/21 11/17
everything [1] 3/25
evidence [9] 4/10 10/9 10/18 10/20 11/16 14/20 19/8 19/11 19/19
evident [1] 5/12
exactly [2] 15/17 15/17
example [1] 11/20
except [4] 20/4 20/5 20/9 20/20
exclude [3] 26/6 26/9 27/9
excluded [1] 27/7
exclusion [1] 27/3
excuse [2] 8/11 19/20
exhibited [1] 11/23
exhibits [1] 4/1
experience [1] 7/13
experiencing [1] 5/24

**E**

explore [1] 28/1
explosions [1] 5/13
extent [5] 8/25 9/1 19/11 21/7 23/12
extraction [1] 24/18
eyes [1] 5/15

**F**

face [3] 6/13 14/21 14/24
fact [4] 8/9 9/17 10/7 10/12
factors [5] 18/8 18/18 19/16 19/17 21/25
failed [1] 6/15
fair [1] 13/16
fall [1] 18/24
false [1] 21/1
family [2] 12/18 20/9
far [1] 20/25
father [1] 7/8
fear [2] 7/6 20/24
feared [1] 9/14
February [2] 3/18 4/12
feel [1] 5/13
feet [1] 6/11
fellow [3] 5/16 5/17 6/22
female [1] 10/12
fence [1] 10/12
fending [1] 12/25
few [1] 10/22
filed [1] 7/20
files [1] 24/14
Finally [1] 27/11
find [1] 26/20
fine [1] 26/15
firearm [3] 11/25 12/7 12/9
firearms [2] 21/6 21/7
first [6] 7/21 9/3 9/3 12/9 16/3 24/23
fists [1] 6/7
five [1] 7/25
flag [3] 6/1 10/23 14/5
flagpole [13] 6/4 9/1 9/4 9/8 9/13 9/17 9/19 9/21 10/1 15/1 15/2 15/3 16/15
flatly [1] 9/3
flowed [1] 6/13
flung [1] 6/3
folks [2] 19/4 21/16
following [1] 13/18
footage [1] 7/16
footnote [1] 8/20
force [1] 19/4
Forces [1] 7/3
foregoing [1] 29/3
foreman [1] 7/1
foremost [1] 9/4
Forgive [1] 12/12
former [3] 6/17 6/25 12/17
fortifications [1] 5/22
forward [3] 15/5 16/17 18/15

fought [1] 5/22
found [1] 9/4
Fourth [1] 1/14
frankly [1] 9/6 9/24
friends [1] 20/9
front [4] 5/18 10/11 10/22 16/9
full [3] 13/22 15/18 24/18
fully [1] 20/15
further [8] 5/21 8/17 13/2 23/14 24/5 24/24 27/19 28/2
future [5] 17/11 17/12 17/15 19/15 21/14

**G**

gas [1] 6/9
gasp [1] 6/10
gate [1] 6/2
gates [1] 5/20
gentleman [1] 14/5
get [5] 21/18 21/19 22/4 24/16 27/19
gets [2] 10/13 10/14
give [1] 23/24
given [3] 8/13 18/8 21/24
glad [1] 4/24
go [6] 11/19 11/19 13/6 18/22 20/9 27/2
goal [1] 18/19
going [10] 8/23 13/6 13/10 16/3 18/14 18/14 20/1 20/3 20/19 26/7
good [6] 3/2 3/10 3/11 14/9 22/11 22/13
Goshen [1] 2/4
gotten [1] 13/16
government [15] 1/13 3/5 4/2 4/8 4/9 7/22 8/16 11/16 13/3 14/1 17/14 24/13 26/24 27/23 28/3
government's [5] 3/22 7/19 7/21 10/5 17/16
GPS [1] 20/11
grabbed [1] 6/2
Grand [2] 8/14 9/3
Grand Jury [1] 8/14
grateful [2] 22/18 22/21
great [1] 7/1
ground [4] 6/9 6/12 6/14 15/6
guard [1] 5/18
guided [1] 23/20
guilt [1] 17/10
gun [1] 19/6
guns [1] 19/2

**H**

had [8] 5/1 11/14 14/5 21/16 24/22 25/8 25/18 27/1
hand [1] 9/18 9/19 16/11

Hang [1] 13/5
hanging [1] 14/10
happened [4] 7/10 16/22 20/24 22/21
happening [1] 14/11
happens [1] 10/16
happy [1] 3/22
hard [6] 15/19 16/3 17/3 21/18 21/18 24/17
has [28] 3/19 4/1 4/2 4/8 4/10 4/12 4/19 4/20 6/17 9/4 11/8 11/16 12/1 12/3 12/6 12/18 12/19 14/3 17/14 17/22 18/3 21/5 21/7 24/13 26/5 26/25 27/3 27/12
hasn't [1] 12/5
Hava [2] 1/17 3/5
hava.mirell [1] 1/20
have [39]
he [52]
he'll [1] 21/3
he's [9] 14/10 15/1 15/6 15/7 15/23 22/18 22/19 23/13 27/1
head [2] 9/11 21/19
hear [5] 3/11 3/22 5/13 8/19 12/22
hearing [10] 1/9 3/9 3/17 3/20 4/21 7/22 7/23 9/25 27/13 29/5
hearings [1] 13/13
held [3] 3/17 6/8 12/19
helmet [1] 6/10
help [1] 22/10
helped [1] 6/11
here [15] 3/15 3/20 8/3 8/5 8/15 8/25 11/2 11/22 12/8 12/16 13/11 16/2 19/23 19/25 26/19
higher [1] 12/19
highlights [1] 10/11
him [15] 7/13 9/9 10/22 11/3 11/25 12/20 14/4 14/19 16/15 16/18 17/3 22/19 22/20 22/21 25/20
himself [3] 6/22 7/5 15/11
his [38]
history [5] 12/15 12/16 18/6 19/20 21/24
hold [1] 6/2
holding [5] 5/25 8/11 9/20 15/1 27/8
Holman [2] 2/6 3/7 22/9 23/6 23/7
home [4] 11/19 11/19 20/5 23/13
Honor [5] 3/2 3/13 4/17 10/3 12/12 20/15 22/12 23/5 23/9 23/18 24/6 24/12 25/5 26/11 26/16 28/4
honorable [2] 1/10 7/4
honorably [1] 18/4
hope [1] 27/25

horrific [1] 15/15
hotel [1] 12/8
hour [1] 20/10
hours [1] 20/5
house [1] 20/2
how [4] 13/24 23/21 26/4 26/14
Howell [1] 13/15
however [3] 4/20 12/18 24/21
husband [1] 7/8

**I**

I also [1] 20/19
I am [2] 7/3 22/25
I appreciate [1] 22/20
I assume [1] 27/11
I believe [8] 15/9 21/6 22/8 22/9 22/14 24/6 24/21 24/25
I can [3] 3/13 21/10 23/24
I can't [2] 18/7 18/8
I did [4] 5/4 23/10 25/7 25/8
I didn't see [1] 14/23
I don't [2] 8/22 14/12
I don't have [2] 4/13 13/12 19/8
I fear [1] 20/24
I have [8] 4/24 7/1 9/23 13/11 17/20 18/9 18/17 18/25
I hope [1] 27/25
I hoped [1] 25/22
I just [1] 23/19
I know [3] 12/1 12/16 12/18
I mean [2] 13/12 15/13
I remember [1] 6/7
I think [9] 4/12 12/21 13/11 13/12 14/5 18/15 19/25 21/11 23/13
I thought [1] 25/14
I want [4] 11/12 11/21 23/2 26/1
I was [1] 8/23
I will [3] 13/24 21/15 25/12
I would [1] 4/6
I'd [2] 4/18 7/21
I'll [9] 3/23 10/5 13/6 14/14 22/19 23/20 27/9 27/15 27/22
I'm [19] 3/22 4/24 8/6 13/5 13/10 15/20 15/21 17/8 17/9 18/8 20/17 20/18 20/18 21/15 21/17 22/17 22/20 22/21 23/6
I'm going [1] 13/10
I'm just [2] 13/5 20/18
I'm not [2] 17/9 20/17
I'm sorry [2] 22/21 23/6
I've [16] 3/21 3/21 3/25 11/10 13/16 13/20

18/22 15/15 18/10
18/12 19/4 19/17 21/16
21/25 22/5 25/16
identified [1] 22/6
ignorance [1] 6/24
ignore [2] 18/7 18/8
image [1] 24/18
immediate [1] 24/20
immediately [2] 10/25 21/8
imminent [1] 9/15
impact [3] 4/18 5/7 7/18
impetus [1] 21/2
Importantly [1] 26/25
incarceration [1] 21/11
inches [1] 15/2
include [1] 20/2
including [3] 3/25 19/18
indefensible [1] 13/21
indicated [1] 27/1
indictment [1] 5/9
individual [1] 7/4
individuals [2] 14/2 25/15
indulgence [1] 4/22
influenced [1] 21/1
info [1] 2/5
information [1] 21/1
informing [1] 11/17
injuries [2] 17/4 17/6
injury [3] 9/14 9/15 9/15
innocence [2] 15/23 17/10
innocent [2] 12/25 21/21
instead [1] 15/4
instigator [2] 11/4 16/22
instructed [1] 11/18
instructions [1] 27/19
insults [1] 5/17
intended [1] 15/8
interacting [2] 12/11 12/14
interests [2] 26/20 26/21
Internet [1] 20/22
interrupt [1] 8/6
involved [1] 18/20
iPad [1] 13/6
is [75]
is there [1] 10/18
issue [2] 8/8 24/23
issued [1] 7/17
it [37]
it's [16] 4/9 12/6 15/9 15/13 15/15 15/19 16/3 16/14 16/16 16/25 16/25 17/3 18/15 19/12 21/18 25/13
its [3] 4/2 4/3 13/3

**J**

James [2] 2/2 3/6
January [4] 5/11 11/24

**J**

January... [2]  13/17
17/24
JC [1]  22/7
job [5]  15/11 15/11
15/25 17/9 17/10
judge [9]  1/10 3/17 4/4
11/10 13/14 13/15
26/15 27/18 28/5
judges [1]  13/15
July [1]  29/10
juncture [2]  9/25 17/9
June [2]  1/5 8/11
jury [3]  8/14 9/3 17/9
just [14]  4/6 5/2 8/8
10/6 11/7 11/12 13/5
20/18 21/15 22/5 23/19
25/6 25/12 26/5
justice [1]  26/20

**K**

Keepers [1]  19/5
keeps [2]  10/12 10/14
Kelly [2]  1/13 3/5
kind [4]  17/1 18/21
21/4 24/23
know [13]  11/21 12/1
12/16 12/18 15/7 15/7
16/3 16/21 17/3 22/18
23/14 25/17 27/14
known [3]  6/23 21/20
21/23
knows [1]  9/11

**L**

language [2]  11/5
14/14
largely [1]  18/18
larger [1]  18/19
last [5]  7/20 11/21
12/15 22/17 27/22
launching [1]  16/17
law [7]  7/2 7/14 9/25
12/2 15/10 17/19 20/18
lawfully [1]  12/6
laws [2]  21/21 22/24
lawyer [1]  26/5
leader [1]  16/21
leadership [1]  18/19
least [5]  15/19 16/24
19/22 21/1 24/20
leave [1]  12/7
led [1]  17/4
Leffingwell [1]  25/13
left [1]  7/7
less [1]  12/7
lesser [1]  19/14
let [5]  5/2 13/11 15/23
16/2 27/14
let's [4]  14/13 24/10
26/13 27/12
letter [2]  12/21 22/20
letters [1]  18/10
Levenson [1]  1/17
lie [1]  15/24
life [1]  7/7
light [2]  7/20 10/6
like [8]  4/18 7/20 7/21

27/18
limitations [1]  29/7
line [4]  6/15 9/23 14/15
22/9
listening [1]  22/18
lives [1]  20/10
lockdown [1]  20/10
look [2]  19/16 27/22
looked [2]  6/12 14/21
looking [1]  20/17
looks [1]  9/20
Los [1]  1/19
lose [1]  17/17
lost [1]  11/10
lot [1]  21/1
lots [1]  21/16
low [1]  18/16
lungs [1]  5/15

**M**

ma'am [1]  24/1
made [4]  5/20 7/9
11/14 17/22
magistrate [3]  3/17
4/12 13/15
magistrate judge [1]
3/17
magistrate judges [1]
13/15
Main [1]  2/3
make [10]  5/2 7/13 8/7
8/17 13/19 15/23 23/2
26/1 26/24 26/25
manner [3]  7/5 17/18
18/1
many [2]  18/5 18/5
marine [5]  6/1 6/18
10/23 12/9 18/4
Marine Corps [2]  6/1
10/23
maroon [1]  10/14
Masharia [1]  2/6
mask [2]  6/9 15/6
mass [1]  5/19
matter [3]  9/24 9/24
29/4
may [3]  16/21 23/13
25/18
Maybe [1]  15/20
me [33]
mean [4]  13/12 15/13
16/25 21/16
means [1]  6/19
mechanical [1]  2/11
media [1]  20/22
medical [1]  20/6
meet [1]  20/9
MEHTA [1]  1/10
members [2]  6/22 7/14
memo [1]  14/2
mention [1]  25/6
mentioned [3]  4/24
23/13 27/23
Merit [1]  2/7
met [1]  12/4
metal [1]  6/4
metropolitan [2]  5/8

milling [1]  16/9
mind [1]  19/14
minute [2]  10/24 25/20
minutes [4]  10/16 14/9
16/7 16/7
Mirell [6]  1/17 3/5 4/16
4/23 14/9 22/18
misconduct [2]  10/10
10/19
missing [1]  22/7
mistake [1]  13/19
modestly [1]  14/19
moment [1]  13/5
monitored [1]  20/11
Monroe [13]  2/2 2/2
3/6 3/21 4/1 5/2 13/4
22/4 23/17 25/4 25/17
26/25 27/11
more [7]  4/13 4/13
11/22 13/13 14/25
20/17 26/14
most [3]  10/5 13/21
15/14
motion [6]  3/16 3/20
6/5 9/9 9/12 27/1
motivated [2]  6/23
14/3
MPD [1]  15/9
Mr. [80]
Mr. Monroe [9]  3/21
4/1 5/2 22/4 23/17 25/4
25/17 26/25 27/11
Mr. Webster [61]
Mr. Webster's [10]
6/13 7/12 9/18 13/21
14/2 14/24 17/7 17/21
20/22 23/20
MREs [2]  12/10 12/11
Ms. [8]  4/16 4/23 13/4
14/9 22/9 22/18 23/6
23/7
Ms. Holman [3]  22/9
23/6 23/7
Ms. Mirell [4]  4/16 4/23
14/9 22/18
Ms. Monroe [1]  13/4
much [4]  12/7 20/25
21/22 28/7
multiple [1]  9/7
Munchel [1]  17/23
must [1]  12/3
my [19]  4/14 5/17 6/9
6/11 6/16 7/7 7/7 7/10
7/16 11/10 13/6 17/9
17/10 18/9 19/14 21/18
21/19 22/3 25/8
mystified [2]  21/16
21/17

**N**

N.R [4]  5/8 11/6 12/22
14/4
named [1]  5/9
nature [3]  17/15 19/18
19/19
Navy [1]  7/1
near [2]  14/8 20/4

necessary [2]
26/23 27/4
need [9]  8/7 8/17 13/6
17/23 21/8 23/14 24/6
24/16 25/20
needed [1]  20/20
needs [1]  26/25
neglected [2]  23/12
25/6
negotiations [1]  24/24
New [2]  6/18 12/17
New York [2]  6/18
12/17
next [5]  24/6 26/8
26/13 27/23 27/25
night [1]  7/20
nine [1]  16/7
no [18]  1/4 3/3 8/14
8/22 9/23 10/17 11/4
11/15 13/19 13/22
14/20 15/18 16/10
16/12 18/6 19/24 20/17
25/22
nobody [2]  16/9 16/12
non [1]  25/1
non-trial [1]  25/1
none [1]  14/20
norm [1]  19/23
not [31]
note [2]  25/12 29/5
nothing [5]  11/8 14/25
15/10 28/3 28/5
now [7]  6/23 7/15 7/19
15/16 15/17 16/1 24/16
nowhere [1]  14/1
numeric [1]  14/24
NW [2]  1/14 2/9
NY [1]  2/4

**O**

Oath [1]  19/5
obligation [1]  12/20
obligations [2]  20/5
20/6
observe [1]  6/12
obvious [1]  21/19
occurred [1]  29/5
odds [1]  18/13
off [6]  9/21 13/11 13/6
14/16 15/6 20/19
offense [2]  19/18 19/19
OFFICE [1]  1/13 1/17
officer [30]
officer's [2]  16/5 16/6
officers [11]  5/18 5/21
6/22 11/1 13/24 14/15
16/12 16/16 16/20 17/6
17/6
Official [1]  2/8
offline [1]  23/24
oh [1]  11/22
okay [18]  3/10 3/12
3/14 5/5 8/6 8/18 11/10
13/9 22/16 23/16 24/2
25/3 25/25 26/12 26/17
27/17 27/21 28/1
once [1]  15/16
one [11]  6/3 8/24 11/4

1/22 13/5 13/7 16/10
16/13 18/18 22/17 24/8
online [1]  20/25
only [4]  9/11 11/24
16/4 16/19
opened [1]  24/14
opinion [1]  8/1
opportunity [1]  25/18
opposition [1]  4/3
order [5]  5/21 6/21
12/24 24/17 27/6
ordnance [1]  5/13
organizational [1]
18/19
organize [1]  18/23
other [20]  7/14 12/11
12/14 12/25 13/1 13/13
13/14 15/11 15/21
16/15 16/17 16/20
16/20 18/17 18/25 19/9
21/7 21/25 25/7 25/10
others [8]  5/20 7/10
13/24 18/23 19/9 19/13
19/15 20/23
otherwise [2]  20/23
27/15
our [6]  5/20 5/22 6/15
13/15 23/24 26/7
out [7]  8/9 9/17 14/10
14/24 18/7 22/10 23/9
outset [1]  13/11
outskirts [1]  19/3
outweigh [1]  26/20
over [1]  14/19
overcame [1]  17/3
overhead [1]  9/9

**P**

P.C [2]  2/2
p.m [4]  1/6 26/14 26/17
28/8
pandemic [2]  27/9 29/6
papers [6]  3/21 3/22
3/24 4/5 4/14 13/3
paperwork [1]  22/5
part [3]  16/23 18/19 19/8
participant [2]  6/1 6/11
Participants [1]  6/13
particular [1]  21/18
particularly [1]  26/23
parties [3]  24/21 24/25
27/22
passport [2]  21/5
23/20 23/25
past [2]  5/21 6/13
Pause [1]  13/8
pending [1]  22/1
penetrate [1]  5/21
people [14]  12/12
12/13 12/14 13/17
14/12 16/8 16/11 16/15
16/17 16/20 18/17
18/17 18/25 19/1
pepper [1]  11/20
per [1]  8/1
perimeter [1]  5/20
period [3]  13/22 15/18
20/11

**P**

**permit [2]** 11/22 12/2
**permitted [2]** 20/8 20/9
**person [3]** 9/12 9/14 18/22
**personally [3]** 10/10 27/13 27/15
**phone [2]** 24/16 24/18
**physically [1]** 23/21
**pick [1]** 26/13
**pinned [1]** 6/14
**pistol [2]** 11/22 12/2
**place [1]** 12/9
**Plaintiff [1]** 1/4
**planned [1]** 19/1
**planning [3]** 18/20 19/9 19/12
**plea [1]** 24/24
**Please [1]** 29/5
**plug [1]** 13/6
**PO [1]** 2/3
**point [4]** 8/17 10/9 11/14 16/16
**police [16]** 5/9 6/15 6/18 6/25 12/17 14/15 15/8 15/9 15/25 16/20 17/2 17/4 17/6 17/6 18/5 21/20
**political [1]** 6/24
**pose [2]** 17/13 17/17
**poses [3]** 17/14 17/18 19/14
**possess [1]** 24/3
**possession [1]** 23/19
**possibility [1]** 27/24
**potential [5]** 18/20 19/4 19/10 25/1 27/5
**pre [2]** 20/6 20/7
**pre-approved [2]** 20/6 20/7
**prefer [1]** 27/15
**preparation [4]** 11/23 18/20 19/3 19/12
**prepare [2]** 27/5 27/5
**prepared [4]** 25/19 25/23 26/6 26/9
**preparing [1]** 19/13
**presiding [1]** 17/8
**presumably [1]** 10/23
**presumed [1]** 21/21
**presumption [4]** 15/22 19/23 19/24 21/23
**pretrial [8]** 2/6 3/7 19/22 21/21 21/24 22/24 23/20 27/24
**Prettyman [1]** 2/9
**principles [1]** 22/25
**prior [4]** 16/7 16/8 17/2 18/6
**prioritize [1]** 24/23
**probable [3]** 8/13 9/4 9/24
**probably [4]** 13/13 14/9 18/15 21/2
**probation [1]** 20/6
**problem [1]** 9/23
**Proceeding [1]** 10/4
**proceedings [4]** 1/9

**produce [1]** 24/17
**produced [2]** 2/12 24/13
**product [1]** 17/21
**profanities [1]** 11/1
**professions [1]** 7/4
**proffered [2]** 11/16 12/1
**prohibited [2]** 20/3 21/3
**prospect [1]** 28/1
**protect [3]** 6/21 12/24 12/25
**provided [1]** 4/19
**provocation [1]** 10/17
**public [5]** 6/20 7/14 11/15 12/23 26/21
**publicly [1]** 7/16
**pull [1]** 15/6
**punched [1]** 14/20
**purposes [2]** 9/25 10/2
**push [1]** 5/21
**pushed [4]** 6/8 10/13 10/15 16/12
**pushes [1]** 14/19
**pushing [1]** 14/17
**put [4]** 3/24 16/11 25/21 27/12
**putting [1]** 22/20

**Q**

**qualifications [1]** 12/4
**qualify [1]** 9/2
**question [6]** 8/14 12/8 17/11 17/20 18/13 25/23
**questions [2]** 13/3 23/4
**quick [1]** 19/4
**quite [1]** 15/13

**R**

**rage [1]** 6/12
**rally [1]** 12/12
**rather [1]** 22/24
**reach [1]** 14/24
**reaches [1]** 14/18
**reaction [1]** 19/4
**read [4]** 3/25 4/18 4/21 18/11
**real [1]** 13/23
**reality [1]** 18/3
**really [5]** 12/21 15/13 17/3 21/16 21/18
**Realtime [1]** 2/8
**reason [2]** 14/6 21/19
**reasonable [2]** 9/12 9/14
**reasons [2]** 26/19 27/9
**rebuttable [1]** 19/24
**rebutted [1]** 4/13
**recall [1]** 23/8
**received [1]** 18/10
**recited [1]** 4/14
**record [2]** 25/7 29/3
**recorded [1]** 2/11
**recording [1]** 7/16

**reflect [1]** 22/5
**reflection [1]** 22/23
**Reform [1]** 19/17
**Registered [1]** 2/7
**reject [1]** 9/3
**relatively [1]** 18/15
**release [8]** 3/16 19/22 21/24 21/25 22/4 22/15 23/2 25/9
**remain [1]** 23/19
**remained [1]** 3/19
**remember [2]** 5/10 6/7
**remotely [2]** 27/16 27/19 29/7
**repeating [1]** 3/24
**reply [3]** 7/20 10/7 11/14
**report [1]** 23/19
**reported [1]** 6/17
**Reporter [4]** 2/7 2/7 2/8 2/8
**reporting [1]** 29/7
**reprehensible [1]** 13/22
**requesting [1]** 24/25
**require [1]** 20/19
**required [2]** 20/18 22/25
**resolution [1]** 27/25
**respect [4]** 4/7 7/2 8/20 19/13
**rest [2]** 4/4 11/3
**restraint [1]** 6/20 12/23
**restricted [1]** 11/18
**restriction [1]** 23/15
**resulted [1]** 17/6
**retired [1]** 6/18
**retreat [1]** 6/15
**review [1]** 5/1
**reviewed [4]** 3/21 3/22 4/25 24/16
**reviewing [1]** 4/6 25/1
**right [10]** 3/15 4/15 5/6 15/16 17/16 20/13 23/11 24/4 27/12 28/7
**rights [2]** 25/24 26/2
**riot [5]** 6/2 6/11 6/13 11/24 13/19
**rioter [2]** 10/12 10/13
**rioters [5]** 5/16 5/19 11/3 13/1
**riots [1]** 13/9
**risk [6]** 7/13 17/11 17/12 17/15 17/17 17/18
**risked [1]** 11/19
**RMR [2]** 29/2 29/11
**role [1]** 18/19
**room [2]** 12/8 25/21
**rows [1]** 10/22
**rucksack [1]** 12/10
**rules [1]** 21/22
**run [1]** 16/18
**rush [2]** 16/12 16/16

**S**

**safety [4]** 6/20 12/4 12/24 21/12
**said [3]** 7/25 17/8 23/1
**Sanford [1]** 25/13
**satisfaction [1]** 8/15
**saw [1]** 14/24
**say [7]** 4/6 13/11 13/20 16/3 20/17 21/1 21/15
**saying [1]** 15/21
**says [2]** 12/10 14/9
**scene [3]** 14/8 16/8 17/5
**screamed [1]** 5/17
**screen [1]** 10/17
**second [2]** 13/7 14/12
**Secondly [1]** 18/25
**section [2]** 8/2 13/17
**Section 111 [1]** 8/2
**see [6]** 13/25 14/11 14/20 14/21 14/23 15/17
**seems [1]** 10/24
**seen [5]** 5/2 10/23 13/21 13/22 15/15
**send [1]** 23/25
**sensation [1]** 5/14
**sense [1]** 13/16
**serious [1]** 9/15
**seriousness [1]** 19/18
**serve [1]** 7/2
**served [3]** 7/4 18/3 18/4
**service [3]** 6/22 12/19 12/20
**Services [1]** 2/6 3/7 23/21
**set [1]** 24/8
**several [2]** 6/3 24/14
**Shay [1]** 3/7
**she [1]** 10/13
**shit [1]** 14/16
**shock [1]** 7/3
**short [1]** 21/11
**should [4]** 12/25 21/20 21/23 22/22
**shouting [1]** 11/1
**shoved [1]** 6/3
**show [3]** 6/20 12/3 12/23
**showing [1]** 10/21
**shows [2]** 14/13 16/2
**sides [2]** 3/23 3/23
**similar [3]** 18/14 21/13 25/11
**since [2]** 3/19 11/16
**sir [3]** 3/12 5/4 25/22
**sit [2]** 13/20 15/19
**situation [1]** 17/24
**skin [1]** 5/15
**slams [2]** 15/1 16/14
**slightly [1]** 26/14
**slowly [2]** 14/22 14/22
**small [2]** 7/7 16/4
**smart [1]** 19/7
**snippet [1]** 16/4

**S [26]** 3/15 3/19 3/21 3/22 4/21 5/7 8/16 11/7 12/5 12/6 13/2 13/15 14/6 14/10 15/23 16/21 19/11 21/3 22/3 23/14 24/20 24/24 25/6 25/16 26/18 27/3
**So I think [1]** 13/15
**So it's [1]** 12/6
**So this is [1]** 5/7
**social [1]** 20/2
**some [4]** 7/10 14/1 15/14 15/14
**somebody [1]** 15/15
**somehow [2]** 14/4 14/6
**someone [1]** 17/25
**something [2]** 9/13 15/13
**somewhat [1]** 13/10
**sorry [6]** 8/6 11/10 11/11 11/22 22/21 23/6
**sort [3]** 3/23 14/18 16/24
**soundly [1]** 4/13
**speak [1]** 20/20
**Specifically [1]** 26/20
**speedy [9]** 25/18 25/20 25/23 26/2 26/3 26/4 26/4 26/18 26/21
**Speedy Trial Act [2]** 25/20 26/4
**spending [1]** 20/25
**spray [1]** 11/20
**Spring [1]** 1/18
**St [1]** 1/18
**stand [1]** 24/11
**standard [1]** 12/19
**standing [2]** 15/4 27/6
**start [3]** 13/10 16/19 16/20
**starts [2]** 10/25 11/1
**stated [2]** 23/9 26/19
**statement [3]** 4/19 5/7 7/18
**STATES [10]** 1/1 1/3 1/10 3/3 5/25 6/18 7/1 8/9 25/12 25/13
**status [2]** 24/7 27/13
**statute [1]** 22/25
**stay [2]** 20/19 23/9
**stenography [1]** 2/11
**still [7]** 7/3 9/20 21/15
**stood [1]** 5/18
**stop [2]** 13/22 15/18
**story [1]** 20/11
**Street [2]** 1/14 2/3
**strict [2]** 20/1 21/10
**strictest [2]** 22/1 23/2
**strike [1]** 9/9
**strikes [1]** 16/9
**strong [1]** 19/12
**struggled [1]** 6/15
**subject [1]** 29/6
**submit [1]** 13/3
**submitted [7]** 3/25 4/1 4/2 4/5 4/7 4/9 14/3
**subsequent [1]** 9/18
**substantial [2]** 9/14

**S**

**substantial...** [1] 9/15
**such** [2] 11/20 17/24
**sufficient** [3] 12/3
21/12 27/2
**suggest** [3] 11/8 14/3
19/21
**suggested** [3] 17/14
18/21 26/5
**suggesting** [2] 11/17
15/21
**suggestion** [2] 8/25
15/22
**Suite** [2] 1/14 1/18
**support** [3] 4/3 12/18
18/10
**supposed** [1] 18/8
**sure** [4] 5/2 23/2 23/23
26/1
**surrender** [1] 23/21
**sweatshirt** [1] 10/14
**system** [1] 11/16

**T**

**take** [3] 14/16 19/23
25/8
**talk** [4] 15/14 23/24
24/10 25/20
**tape** [1] 14/22
**target** [1] 7/9
**targeted** [1] 7/6
**taught** [1] 12/20
**taunts** [1] 5/17
**tear** [2] 6/9 16/10
**technological** [1] 29/7
**tell** [1] 13/25
**tells** [1] 14/16
**temporary** [1] 5/22
**ten** [2] 10/16 14/9
**tens** [1] 12/13
**terms** [10] 8/24 14/7
19/13 19/15 20/13
20/13 24/9 24/11 25/17
26/4
**terribly** [1] 17/5
**than** [8] 4/14 13/13
13/14 14/25 15/11
15/21 19/14 26/14
**thank** [9] 5/4 10/3 13/4
20/16 22/16 23/16 25/5
28/4 28/7
**thank you** [7] 5/4 13/4
20/16 22/16 23/16 25/5
28/4
**thanks** [1] 20/18
**that** [158]
**that'll** [1] 22/5
**that's** [8] 8/6 8/22 9/9
11/12 12/21 20/1 21/2
26/15
**their** [4] 4/7 14/16
16/11 21/17
**them** [8] 6/3 6/3 14/8
14/15 14/16 14/17
16/12 22/8
**then** [9] 6/6 9/17 9/18
10/4 12/25 14/18 15/1
15/4 16/25

10/18 11/13 11/15
11/17 12/24 15/16 16/2
16/8 17/1 19/11 19/23
19/24 20/12 21/7 25/10
25/10
**there's** [9] 8/14 8/25
10/13 11/2 15/18 16/3
18/5 19/24 27/24
**therefore** [2] 19/14
29/6
**these** [5] 14/2 19/9
21/10 22/24 22/24
**they** [9] 5/22 11/18
11/19 11/19 18/19
21/11 21/22 23/1 23/21
**they've** [1] 21/6
**thing** [5] 11/21 11/22
12/15 22/17 27/22
**things** [3] 8/23 19/16
24/10
**think** [14] 4/12 8/22
12/21 13/11 13/12
13/15 14/5 18/1 18/2
18/15 19/25 21/11 23/1
23/13
**this** [44]
**THOMAS** [2] 1/6 3/4
**those** [14] 7/2 7/4
11/24 16/9 18/12 18/17
20/10 20/12 20/13 21/4
21/8 25/8 25/15 27/9
**though** [2] 9/19 17/20
**thought** [1] 25/14
**thousands** [1] 12/13
**threat** [1] 19/14
**through** [5] 14/11
26/18 27/2 27/7 27/10
**time** [12] 14/7 20/25
24/24 25/19 26/5 26/9
26/18 26/23 27/2 27/5
27/7 27/10
**times** [4] 6/3 6/20 9/7
12/23
**titled** [1] 29/4
**today** [3] 4/21 20/14
26/19
**together** [1] 24/9
**tolled** [1] 26/18
**tomorrow** [1] 26/7
**too** [1] 20/7
**took** [1] 6/1
**touch** [1] 14/24
**touched** [1] 22/14
**touching** [1] 10/14
**toward** [1] 11/6
**toxic** [1] 5/24
**trained** [1] 6/19 12/22
**training** [1] 7/13
**transcript** [3] 1/9 2/11
29/3
**transcription** [1] 2/12
**travel** [1] 23/14
**treating** [2] 13/24 14/4
**trial** [14] 15/20 22/1
25/1 25/18 25/20 25/24
26/2 26/3 26/4 26/5
26/18 26/22 27/5 27/8

**truth** [2] 18/7 18/15
**try** [2] 9/21 15/8
**trying** [3] 15/6 15/7
16/12
**turn** [2] 6/1 21/5
**turned** [2] 21/6 21/9
**Turning** [1] 7/19
**two** [5] 7/7 8/8 8/23
18/18 25/14
**types** [1] 21/4

**U**

**U.S** [5] 1/13 1/17 5/12
5/18 5/23
**U.S.C** [2] 8/12 10/2
**ultimately** [1] 18/13
**unconventional** [1]
13/10
**under** [9] 7/23 7/25
8/12 12/2 19/17 22/1
25/19 26/3 27/6
**underscore** [4] 10/6
11/7 11/12 11/21
**understand** [2] 20/16
26/1
**understands** [1] 23/3
**understood** [1] 20/14
**unfold** [1] 14/11
**uniform** [1] 18/6
**unique** [1] 7/13
**UNITED** [10] 1/1 1/3
1/10 3/3 5/25 6/18 7/1
8/9 25/12 25/13
**United States** [5] 5/25
6/18 8/9 25/12 25/13
**unless** [2] 14/10 16/10
**unlikely** [2] 17/25
17/25
**unprovoked** [3] 10/7
10/25 11/9
**unpublished** [2] 8/1
8/10
**until** [3] 16/14 16/14
27/19
**up** [3] 6/12 9/17 21/11
**upon** [2] 16/18 18/18
**upset** [2] 13/24 14/6
**usdoj.gov** [2] 1/16
1/20
**use** [2] 14/14 27/25
**used** [3] 9/1 9/5 9/8
**uses** [1] 9/8
**using** [3] 9/13 9/21
20/22
**utterly** [1] 21/15

**V**

**vagueness** [1] 8/21
**valor** [1] 22/23
**various** [1] 4/1
**versus** [4] 3/4 8/10
25/12 25/13
**very** [6] 9/16 14/22
15/19 16/4 20/1 28/7
**veteran** [1] 12/17
**via** [2] 1/9 3/8
**vial** [2] 11/5 11/5

5/8 7/9 7/18
**victim's** [1] 10/21
**video** [10] 9/20 14/13
14/22 15/16 15/16
15/24 16/1 16/18 16/25
17/1
**videoconference** [1]
3/8
**videos** [1] 4/2
**videotape** [1] 9/6
**view** [1] 22/22
**viewed** [3] 9/6 9/7 9/12
**violation** [4] 8/2 8/3
20/12 20/13
**violence** [8] 8/3 8/12
11/5 17/16 19/1 19/4
19/10 19/13
**violent** [2] 18/6 19/15
**violently** [1] 6/9
**visible** [2] 16/4 16/6
**visits** [2] 20/6 20/7
**vividly** [1] 5/10
**void** [1] 8/20
**vs** [1] 1/5

**W**

**waive** [2] 25/19 25/23
**want** [9] 10/6 11/7
11/12 11/21 15/13 23/2
23/19 24/22 26/1
**wants** [2] 23/4 27/14
**ward** [1] 9/21
**warnings** [2] 11/15
11/17
**warranted** [1] 27/4
**warrants** [1] 21/25
**was** [35]
**Washington** [4] 1/5
1/15 2/10 12/7
**wasn't** [2] 11/9 14/7
**watching** [1] 14/10
**way** [8] 4/10 11/6
12/20 13/1 13/11 14/4
15/10 27/12
**we** [20] 5/18 10/20
10/20 10/23 10/24
12/22 22/3 23/24 24/6
24/8 24/9 24/16 24/16
25/21 25/23 26/4 26/7
27/16 27/18 27/19
**we will** [1] 22/3
**we're** [4] 3/15 3/19 4/4
24/9
**we've** [1] 4/7
**weapon** [5] 8/21 9/2
9/2 9/5 10/1
**wears** [1] 15/22
**WEBSTER** [63]
**Webster's** [10] 6/13
7/12 9/18 13/21 14/2
14/24 17/7 17/21 20/22
23/20
**weigh** [1] 18/9
**weight** [1] 19/19
**well** [10] 6/22 7/15
8/25 18/12 21/9 23/13
23/24 25/16 27/10

**well-documented** [1]
7/15
**were** [14] 6/7 10/22
11/15 11/17 11/18
12/24 13/17 13/24
17/12 17/24 21/19
24/14 25/14 25/25
**weren't** [1] 16/1
**what** [24] 3/24 4/7 4/8
6/23 9/11 11/12 13/20
14/3 14/13 15/7 15/7
15/17 15/21 16/1 16/3
16/4 16/6 16/22 17/12
18/13 20/24 21/2 22/21
26/5
**what's** [2] 4/14 9/7
**whatever** [2] 17/2
26/24
**when** [2] 3/18 6/7
**where** [7] 13/20 14/1
15/19 20/14 24/9 24/10
25/10
**whether** [2] 17/23
27/24
**which** [8] 4/19 5/10
5/20 10/21 10/24 12/22
18/21 25/14
**while** [7] 5/20 5/24
5/25 6/12 15/2 16/21
24/9
**who** [13] 7/2 7/4 10/14
13/17 14/5 15/10 15/25
18/11 19/1 19/1 20/21
22/17 25/11
**who's** [1] 10/21
**who've** [1] 25/11
**whom** [1] 17/13
**why** [3] 12/8 12/9
12/10
**wife** [1] 7/7
**will** [17] 13/20 13/24
15/20 20/5 20/8 20/8
20/10 20/13 21/5 21/8
21/13 21/15 22/3 22/4
25/12 26/18 27/14
**William** [4] 2/7 29/2
29/10 29/11
**wishes** [1] 27/13
**without** [2] 4/13 7/8
**witnessed** [2] 10/10
10/18
**woman** [1] 14/5
**won't** [1] 26/7
**words** [1] 22/20
**work** [1] 20/8
**worried** [2] 12/11
12/13
**worst** [1] 15/14
**would** [14] 4/6 7/4 7/19
8/19 9/12 9/14 10/23
13/3 17/17 20/21 23/21
24/22 27/15 27/18
**written** [1] 5/7

**Y**

**year** [1] 12/4
**years** [4] 6/19 12/23

**Y**

**years... [2]**  15/12 18/5
**yes [13]**  3/13 3/13 4/17
4/23 20/15 23/7 23/10
23/18 24/1 24/12 25/5
26/11 26/16
**York [2]**  6/18 12/17
**you [40]**
**you understand [1]**
26/1
**you're [4]**  21/21 26/3
26/6 26/6
**you've [3]**  3/24 3/25
5/2
**your [27]**  3/2 3/13 3/21
4/17 4/21 10/3 12/12
20/15 20/17 21/17
21/24 21/24 21/25
22/12 23/5 23/9 23/18
24/6 24/12 25/5 25/19
26/2 26/4 26/5 26/11
26/16 28/4
**Your Honor [15]**  3/2
3/13 4/17 10/3 12/12
20/15 22/12 23/5 23/9
24/6 24/12 25/5 26/11
26/16 28/4

**Z**

**Zaremba [4]**  2/7 29/2
29/10 29/11
**ZOOM [2]**  1/9 27/16