UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-cr-208 (APM) |
| v. : | |
| : | |
| THOMAS WEBSTER, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its Memorandum Regarding Status of Discovery as of November 5, 2021, which was served as an attachment via ECF on counsel for the defendant.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By:     /s/ *Hava Mirell*
        Hava Mirell
        Assistant United States Attorney
        Detailee
        CA Bar No. 311098
        U.S. Attorney's Office
        312 N. Spring St., Suite 1100
        Los Angeles, CA 90012
        Tel. (213) 894-0717
        E-mail: hava.mirell@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 24th day of November, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

   /s/ *Hava Mirell*
Hava Mirell
Assistant United States Attorney
Detailee