# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.  21-cr-208 (APM) |
| : | |
| THOMAS WEBSTER, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney, Detailee Katherine Nielsen is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


_____/s/ Katherine Nielsen_____
KATHERINE NIELSEN
Trial Attorney, Detailee
United States Attorney's Office
District of Columbia
D.C. Bar No. 491879
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 355-5736
Email: Katherine.Nielsen@usdoj.gov

## CERTIFICATE OF SERVICE

On this 11th day of February, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Katherine Nielsen*
Katherine Nielsen
Trial Attorney, Detailee
