UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-cr-208 (APM) |
| : | |
| THOMAS WEBSTER, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBIT
PURSUANT TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibit that was provided to the Court and defense counsel in relation to the Government's Motion *in Limine* to Preclude Claims of Self-Defense, Necessity, Justification, and Duress, and to Exclude Evidence in Support Thereof (ECF No. 60):

1. Government Exhibit 204 – This video has been provided to the Court and defense counsel via USAfx. Government Exhibit 204 is a recording from Metropolitan Police Department Officer N.R.'s body-worn camera from January 6, 2021. The video is approximately 56 seconds long.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: /s/ *Hava Mirell*
HAVA MIRELL
Assistant United States Attorney, Detailee
United States Attorney's Office
District of Columbia
CA Bar No. 311098
555 4th Street, N.W.
Washington, D.C. 20530
(213) 894-0717
Hava.Mirell@usdoj.gov

1