UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
          v.                         )    Case No. 21-cr-208 (APM)
                                     )
THOMAS WEBSTER,                      )
                                     )
          Defendant.                 )
                                     )

## VERDICT FORM

**Count I:** **Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon**

_____☒_____                      _____
Guilty                              Not Guilty

If you have marked Guilty as to Count I above, proceed to Count II. If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**   N/A

_____                        _____
Guilty                              Not Guilty

**Count II:** **Obstructing Officers During a Civil Disorder**

_____☒_____                      _____
Guilty                              Not Guilty

1

**Count III:**   Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____X____                              _____
Guilty                                  Not Guilty

If you have marked Guilty as to Count III above, proceed to Count IV. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____                              _____
Guilty                                  Not Guilty

**Count IV:**   Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____X____                              _____
Guilty                                  Not Guilty

If you have marked Guilty as to Count IV above, proceed to Count V. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                              _____
Guilty                                  Not Guilty

**Count V:** **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

__X__  Guilty          _____  Not Guilty

If you have marked Guilty as to Count V above, proceed to Count VI. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____  Guilty          _____  Not Guilty

**Count VI:** **Engaging in an Act of Physical Violence in the Capitol Grounds or Capitol Buildings**

__X__  Guilty          _____  Not Guilty

Dated this __2ND__ day of __MAY__, 2022