# EXHIBIT F

```
 1        Q.   Did you bring any weapons with you?
 2        A.   I did bring an off duty, my 640 I believe that you
 3   guys have right now, a Smith and Wesson five-shot.  And I
 4   left it in my room the entire time.  I never walked around
 5   with it.
 6        Q.   So, you never took it out when you went --
 7        A.   Never took it out of my room other than to go back
 8   and forth to my car to come in and to go home.
 9        Q.   Okay.  Did you receive any funding to help you go
10   on the trip?  Like did anybody give you any money to go pay
11   for your --
12        A.   No.
13        Q.   -- hotel, meals, anything like that, offer to give
14   you?
15        A.   No.
16        Q.   Did you give any money to anybody else to go down?
17        A.   Oh no.  No.
18        Q.   Just yourself.  Do you know of anybody who
19   received any money or provided any funding to anybody to go
20   to these trips?
21        A.   No.
22        Q.   Like hear anything around --
23        A.   Not that I'm aware of.  No.
24        Q.   Okay.  So, before going down, before the 6th, did
25   you hear anybody in the area or hear any kinds of
```

# EXHIBIT G



**Architect of the Capitol**
U.S. Capitol, Room SB-16
Washington, DC 20515
202.228.1793

www.aoc.gov

May 26, 2022

United States Attorney's Office
601 D Street N.W.
Washington, DC 20530

To Whom It May Concern:

As a result of the the riot that occurred at the United States Capitol on January 6, 2021, the Architect of the Capitol suffered damages in the amount of $1,253,354.01 and is seeking restitution of that sum through the cases being prosecuted by the United States.

The amount listed above does not include costs incurred in other areas of the Capitol complex, to include project delays and installation of temporary security measures.

Sincerely,

Hasberry, Valerie L.
Digitally signed by Hasberry, Valerie L.
Date: 2022.05.26 09:21:52 -04'00'

Valerie L. Hasberry
Chief Security Officer

# EXHIBIT H

**Catherine L. Szpindor**
Chief Administrative Officer

Office of the
Chief Administrative Officer
U.S. House of Representatives
Washington, DC 20515-6860

HB-28, The Capitol

May 25, 2022

To Whom It May Concern:

As a result of the attack on the United States Capitol on January 6, 2021, the Office of the Chief Adminstrative Officer, United States House of Representatives, suffered accountable damages of at least $547,411.27 and is seeking restitution of that sum through the cases being prosecuted by the United States. Our office continues to assess and address fallout from the attack and we would respectfully reserve the right to further adjust this figure in the future.

Sincerely,

Catherine L. Szpindor
U.S. House of Representatives
Chief Administrative Officer

# EXHIBIT I

SONCERIA ANN BERRY
SECRETARY

SUITE S–312
THE CAPITOL
WASHINGTON, DC 20510–7100
(202) 224–3622

# United States Senate
OFFICE OF THE SECRETARY

May 25, 2022

United States Attorney's Office
601 D Street, NW
Washington, DC  20530

To Whom It May Concern:

    As a result of the riot that occurred at the United States Capitol on January 6, 2021, the Office of the Secretary of the Senate suffered damages in the amount of $32,075.00 and is seeking restitution of that sum through the cases being prosecuted by the United States.

                                            Sincerely,

                                            Jennifer Krafchik   Digitally signed by Jennifer Krafchik
                                                                               Date: 2022.05.25 21:32:15 -04'00'

                                            Jennifer Krafchik
                                            Collections Manager, Senate Curator
                                            Secretary of the Senate