EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR No. 21-243 |
| | ) | Washington, D.C. |
| vs. | ) | November 19, 2021 |
| | ) | 2:00 p.m. |
| JOHN LOLOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TRANSCRIPT OF SENTENCING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Anthony L. Franks
                          DOJ-USAO
                          111 S. 10th Street
                          Rm. 20.333
                          St. Louis, MO 63102
                          (314) 539-2200
                          Email:
                          anthony.franks@usdoj.gov

For the Defendant:        Edward B. MacMahon, Jr.
                          EDWARD B. MACMAHON, JR., PLC
                          P.O. Box 25
                          107 East Washington Street
                          Middleburg, VA 20118
                          (540) 687-3902
                          Email: ebmjr@macmahon-law.com

APPEARANCES CONTINUED:

Probation Officer:              Sherry Baker

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

Case 1:21-cr-00243-APM Document 105-1 Filed 09/25/22 Page 4 of 78
Case 1:21-cr-00243-APM Document 87 Filed 11/23/21 Page 3 of 78

3

```
1                        P R O C E E D I N G S

2              COURTROOM DEPUTY:  Good afternoon, Your Honor.

3    This is Criminal Case No. 21-243, United States of America

4    versus John Lolos.

5              Anthony Franks for the government.

6              Edward MacMahon for the defense.

7              Sherry Baker on behalf of the Probation Office.

8              The defendant's appearing via videoconference for

9    this hearing.

10             THE COURT:  Okay.  Good afternoon, everyone.

11             Mr. Lolos, good afternoon to you.

12             Can everyone hear me okay?

13             MR. MacMAHON:  Yes, Your Honor.

14             MR. FRANKS:  Yes, Your Honor.

15             THE COURT:  Good.

16             THE DEFENDANT:  Yes, this is John Lolos.

17   I was told to have my device on mute until it's time for me

18   to speak.

19             THE COURT:  I wanted to make sure you can hear me.

20             So, yeah, I think it's probably a good idea to

21   just leave it on mute for now.

22             Okay.  Before we start, let me just confirm that

23   everybody's ready to proceed with sentencing?

24             MR. FRANKS:  Yes, the government is.

25             MR. MacMAHON:  Yes, Your Honor, the defense is
```

Case 1:21-cr-00245-APM Document 537 Filed 03/23/22 Page 4 of 78

4

```
 1    ready as well.  Thank you.

 2              THE COURT:  All right.

 3              Mr. MacMahon, can I just confirm with you and your

 4    client that Mr. Lolos is prepared to waive an in-person

 5    sentencing hearing?

 6              MR. MacMAHON:  He is, Your Honor.

 7              THE COURT:  Okay.

 8              Mr. Lolos, if I can just address you, please.

 9              I wanted to make sure you understand your right to

10    an in-person sentencing hearing; that is, you have the right

11    to be present in court for your sentencing hearing.

12              Do you understand that, sir?

13              THE DEFENDANT:  Yeah, I understood that.

14    I actually preferred that, but was told just to have it on

15    the video.

16              THE COURT:  Okay.

17              Well, let me -- would you prefer an in-person

18    sentencing hearing?

19              THE DEFENDANT:  Well, since we're here now,

20    I mean, I guess we can do it now since we're here.  I just

21    wanted to look everyone face to face, that's all.

22              But since we're here now, I don't want to back the

23    courts up any more than they already are backed up.

24              THE COURT:  Okay.

25              Look, Mr. Lolos, I appreciate the concern about
```

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 6 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 5 of 78

5

```
1    backing things up, but, believe me, that's not something you
2    ought to be worried about.
3           You know, the courts are here to conduct these
4    hearings, and your concern ought to be for you and your
5    ability to be sentenced in the best circumstances that you
6    think -- in the circumstances that you think are best.
7           So if you have a -- you have a right to be in
8    person; and if that's what you would prefer, then that's
9    what I would be required to do.
10          THE DEFENDANT:  If I do go to jail, I'm not going
11   to go to jail right then and there in Washington, D.C.?
12          MR. MacMAHON:  Your Honor, can I talk to Mr. Lolos
13   for a second, please?
14          THE COURT:  Sure.  Go ahead, Mr. MacMahon.
15          We'll put you in a breakout room.  Just hang on
16   for a second.
17          (Defense counsel conferred with the defendant off
18   the record.)
19          MR. MacMAHON:  Your Honor, I just spoke to
20   Mr. Lolos.  He's prepared to waive having to come to
21   Washington, D.C. for this hearing and agrees to have it by
22   video.
23          THE COURT:  Okay.
24          But -- all right.
25          Well, let me -- if I -- Mr. MacMahon, just in
```

Case 1:21-cr-00209-APM Document 105-1 Filed 08/25/22 Page 7 of 78
Case 1:21-cr-00243-APM Document 37 Filed 12/23/21 Page 6 of 77

6

```
 1    light of his comments, I want to make sure that's what he

 2    wants to do.

 3          Mr. Lolos, we were just discussing whether you'd

 4    like to have an in-person hearing, you have a right to such

 5    a hearing, but we are proceeding remotely this afternoon for

 6    sentencing.

 7          Are you agreeing to proceed remotely, Mr. Lolos?

 8          THE DEFENDANT:  Sure.

 9          THE COURT:  Do you have any doubts, Mr. Lolos,

10    about doing that?

11          THE DEFENDANT:  Well, okay -- okay, my attorney

12    advised me to do this remotely, so I want to listen to my

13    attorney and do this remotely.

14          THE COURT:  Okay.

15          Mr. Lolos, let me just say this, and this isn't --

16    this is true with a lot of things when it comes to criminal

17    cases:  When it comes to your rights, you obviously receive

18    advice from counsel.  But ultimately the decision is yours

19    with respect to certain rights, and that would include, in

20    this case, the right to appear in person.  That's not --

21          THE DEFENDANT:  Does it change the outcome in the

22    verdict?

23          THE COURT:  I'm sorry?

24          THE DEFENDANT:  Does it change the outcome in the

25    verdict?
```

Case 1:21-cr-00308-APM Document 105-1 Filed 08/25/22 Page 8 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 7 of 78

7

```
1              THE COURT:  The short answer, Mr. Lolos, is, no.
2    Whether you appear in person or not --
3              THE DEFENDANT:  All right.
4              THE COURT:  -- doesn't really -- is not going to
5    impact my view of things.
6              THE DEFENDANT:  Okay.
7              I'll do it remotely then.  I'll do it remotely.
8              THE COURT:  Okay.
9              Are you sure?
10             THE DEFENDANT:  Yes.
11             THE COURT:  All right.
12             Because, like I said, it's your right.  If you'd
13   like to come to Washington and have a hearing in person,
14   that's your right and you can do that.
15             THE DEFENDANT:  No.
16             If it doesn't change the outcome, then, no, I will
17   do it remotely.
18             THE COURT:  Well, what I'm saying to you,
19   Mr. Lolos, is that whether you appear here or not, that's
20   not going to be a factor in what my sentence is.
21             Do you understand that?
22             THE DEFENDANT:  I understand.  I understand
23   100 percent.
24             THE COURT:  Okay.
25             And it's up to you whether you would rather be
```

Case 1:21-cr-00209-APM Document 105-1 Filed 08/25/22 Page 9 of 78
Case 1:21-cr-00243-APM Document 57-1 Filed 11/23/21 Page 8 of 77

8

1    here in person for this proceeding.

2              Do you understand that?

3              THE DEFENDANT:  I understand 100 percent.

4              THE COURT:  All right.

5              And you're choosing not to be here in person and

6    you're okay with proceeding remotely?

7              THE DEFENDANT:  Yes.

8              THE COURT:  All right.

9              Any doubt in your mind about that?

10             THE DEFENDANT:  No.

11             THE COURT:  All right.

12             So I do find then that Mr. Lolos is knowingly and

13   voluntarily waiving his right to an in-person sentencing

14   hearing.

15             I further find that the interests of justice are

16   served by proceeding with sentencing today remotely,

17   particularly given that Mr. Lolos is in the State of

18   Washington and it would require then delaying this matter.

19   I think it's in everyone's interest to have it reach its

20   conclusion.

21             Furthermore, we do continue to have authorization

22   under the CARES Act and by order of the Chief Judge to

23   proceed remotely.  And so those are the preliminary findings

24   I'm required to make to hold this sentencing hearing

25   remotely instead of in person.

Case 1:21-cr-00202-APM Document 105-1 Filed 08/25/22 Page 10 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 9 of 78

9

1    With that out of the way, let me just first go

2    over what I've reviewed and let me then ask either side

3    whether there should be something else I haven't mentioned.

4    So I have reviewed the Presentence Investigation

5    Report at ECF 33, the Probation Officer's recommendation

6    at 34, the government's memorandum in aid of sentencing at

7    32, and then defendant's memorandum in aid of sentencing at

8    ECF 35, which included some letters of support, which I've

9    also read.

10    Is there anything else I should have reviewed that

11    I did not?

12    MR. FRANKS:  Not from the government, Your Honor.

13    THE COURT:  Okay.

14    Mr. MacMahon?

15    MR. MacMAHON:  Not from the defense, Your Honor.

16    THE COURT:  Okay.

17    And then are there any objections to the

18    Presentence Investigation Report that already haven't been

19    made?

20    MR. FRANKS:  Not from the government, Your Honor.

21    MR. MacMAHON:  And not from the defense,

22    Your Honor.

23    THE COURT:  Okay.

24    Any preliminary matters either side wants to raise

25    then before we turn to the allocutions?

Case 1:21-cr-00208-APM   Document 105-1   Filed 08/25/22   Page 11 of 78
Case 1:21-cr-00243-APM   Document 57   Filed 11/23/21   Page 11 of 77

10

```
1              THE DEFENDANT:  I would like an opportunity to

2    talk.  I don't know if now is the time or later.

3              THE COURT:  Yes.

4              So, Mr. Lolos, the way this will work is, I'll

5    first turn to the government, Mr. Franks will have the

6    opportunity to be heard; and I'll turn to your counsel,

7    Mr. MacMahon, he'll have the opportunity to be heard; and

8    then I'll turn to you and you can address me if you wish,

9    you're not required to, but it's up to you, okay?

10             THE DEFENDANT:  Okay.

11             THE COURT:  All right.

12             Mr. Franks, why don't we start with you on behalf

13   of the government.

14             MR. FRANKS:  Thank you, Judge Mehta.

15             It is without question that on January 6th, that's

16   a day that Americans will not forget, nor those around the

17   world who watched rioters take the U.S. Capitol under siege.

18             The actions of the rioters that day threatened our

19   democracy and the peaceful transition of power through

20   certification of the 2020 election.  Those who participated

21   in the riot, like the defendant here, should be held

22   accountable.

23             The government believes that the factors outlined

24   by Title 18, United States Code Section 3553(a) support a

25   sentence of 30 days' incarceration and the payment of a $500
```

Case 1:21-cr-00203-APM Document 105-1 Filed 08/25/22 Page 12 of 78
Case 1:21-cr-00243-APM Document 57 Filed 03/23/22 Page 12 of 78

11

1    amount of restitution.

2            I understand that the Court has read the

3    sentencing memorandum that both parties have filed.  I won't

4    rehash the arguments that were made there, but there are a

5    couple of points of emphasis that I'd like to make.

6            First of all, regarding the nature and

7    circumstances of the offense, defendant flew here from

8    Seattle -- flew to D.C. from Seattle, Washington, to protest

9    what he termed as voter fraud.  He attended a rally, and he

10   walked, after that rally, with a crowd to the Capitol.

11           Along the way, defendant saw chaos all around him.

12   He took pictures of it.  He saw people climbing and hanging

13   on statues.  He sent those pictures to his friends.

14           As he got closer to the Capitol, he told his

15   friends by text message that essentially he had grown --

16   joined with the crowd, and that, we're storming the Capitol

17   now.  He said, I'm here, storming the Capitol.  We're going

18   in.

19           He got to the stairs of the Capitol, he saw tear

20   gas in the air, he saw people climbing through a broken

21   window, and he followed them in with his face partially

22   covered.

23           Once inside, it was obvious to the defendant that

24   the police were outnumbered.  He entered through the

25   Senate-wing window, which was broken.  There was a crowd of

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 13 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 12 of 77

12

1    rioters there.

2            The defendant then took out his flag, he started

3    chanting at the police officers there -- the officers there.

4            He didn't stop at that point.  He went to the

5    Crypt, where he, again, triumphantly waved his flag,

6    chanting more, taking more photos, and sending those photos

7    to his friends, promoting his participation in the riot.

8            He didn't stop there.  He continued to the Hall of

9    Columbus [sic].

10            At his plea hearing and in the Statement of

11    Offense, he admitted that at that point, he saw law

12    enforcement there and they were heavily armed so he finally

13    decided to leave, as if seeing law enforcement 40 minutes

14    before that wasn't enough to trigger him to leave.

15            But when --

16            THE COURT:  Mr. Franks, can I interrupt you?

17    Because that's the one thing I'm a little uncertain or left

18    wondering about.

19            I mean, I've looked actually at a fair number of

20    the other cases and the conduct of those defendants.  And

21    what struck me is that Mr. Lolos is actually -- he's inside

22    the Capitol building for 43 minutes, according to the

23    government's evidence.

24            MR. FRANKS:  That's correct.

25            THE COURT:  But I haven't been given a whole lot

Case 1:21-cr-00028-APM Document 1071 Filed 08/25/22 Page 14 of 78

13

```
 1   of information about what he was doing inside for those

 2   43 minutes.

 3            Can you shed light on what you believe the

 4   evidence shows about what he was doing inside during that --

 5   I mean, that's a pretty long period of time.  I mean, there

 6   are others, who you've identified as comparators, who were

 7   in there for less than 15.

 8            MR. FRANKS:  That's right.

 9            THE COURT:  And so help me understand what

10   Mr. Lolos was doing during that time.

11            MR. FRANKS:  So Mr. Lolos entered through the

12   Senate-wing window.  There's a big crowd there.  He

13   initially went up to an officer, he said something to that

14   officer.  A couple of minutes later, he pulled out his

15   flags, and he started --

16            THE COURT:  Do you know what he said to an

17   officer, that officer?

18            MR. FRANKS:  Mr. Lolos said -- he told us that

19   he said that it was getting crowded.  That's what he told us

20   in our debrief.

21            So after that, he took out his flag.  And you can

22   see on -- well, on the -- it's visible on the CCTV video,

23   that he pulls out his flags and he starts chanting at the

24   police officers, who are holding the line in the Senate

25   wing.
```

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 15 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 15 of 77

14

1     He then walks through the Capitol to the Crypt.

2  And as he's parading through there, he's, again, waving his

3  flag.

4     And what I'll say is that there is no evidence

5  here that Mr. Lolos destroyed any property; that he came in

6  contact with law enforcement or assaulted them.  What he did

7  is he just continued to go through the Capitol; standing

8  around, taking pictures, texting them out to his friends,

9  saying that he had stormed the Capitol.

10     He went to -- from the Crypt to the Halls of

11  Columbus [sic].  And when he got to the end of that hall, an

12  officer engaged him, touched him on his arm.  And you can

13  see to the right, there were a number of law enforcement

14  officers who had -- from the FBI, who were heavily armed.

15     Mr. Lolos then was, what it looks like from the

16  video, what he said, he decided to leave at that point.

17     He walked out the door.  And he's captured on

18  video at that point, when he walks out the door 43 minutes

19  after he entered.  And he's yelling, as others are yelling,

20  as they're coming out, we stopped the vote.  He yells,

21  "They left!  We did it!"

22     Then he's still on Capitol grounds.  He stands

23  next to the Capitol, takes a -- has a picture taken of

24  himself, and he says, "Me after battle."

25     So during his 40 or so minutes, almost 45 minutes

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 16 of 78
Case 1:21-cr-00243-APM Document 57-1 Filed 10/23/21 Page 16 of 77

15

1    in the Capitol, he walks through it, he chants at officers,

2    he waves his flag, he walks -- he engages -- he's engaged by

3    law enforcement, and then he leaves.

4              THE COURT:  Okay.

5              And he's there alone, as far as you know?

6              MR. FRANKS:  Yes, it appears as though he's alone.

7              THE COURT:  Okay.

8              MR. FRANKS:  Now, in terms of what -- the

9    circumstances of this offense, after the riot, two days have

10   passed, and Mr. Lolos was at National Airport, Ronald Reagan

11   National Airport.  He was on a flight on the tarmac, and he

12   began to chant "Trump 2020" repeatedly, to the point that he

13   had disrupted the flight, they turned the flight around, and

14   he was escorted off the plane.  That was two days after the

15   coverage of the riots had been broadcast.  He was showing no

16   initial remorse for his actions.

17             In terms of the background and history of

18   Mr. Lolos, he's a successful -- admittedly, a successful

19   business owner, and that is a mitigating factor here.  He's

20   provided letters of support from his customers.  And without

21   divulging what's in the Presentence Investigation Report,

22   he's amounted the mass -- a significant net worth from that

23   business.

24             But what's troubling here, and what, I believe,

25   negates that mitigating factor, is that defendant owns and

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 17 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 16 of 77

16

```
 1   operates a security firm.

 2            With his professional background, he shouldn't

 3   have stormed the Capitol.  He should have turned around when

 4   he saw the chaos all around him; the rioters climbing in

 5   through broken windows.

 6            And that's especially true for a security

 7   professional like Mr. Lolos, who advertises and gets paid to

 8   and vows on his website that he will "control who is allowed

 9   access to certain areas of your offices or corporate

10   headquarters."  The website goes on to say that, "We ensure

11   that the right people have access to the appropriate parts

12   of your building and grounds."

13            But on January 6th, Mr. Lolos totally disregarded

14   his pledge that he makes to his customers and he went on to

15   storm the Capitol.

16            He surely --

17            THE COURT:  Can I ask you a question?  And you may

18   not know the answer to this, and maybe --

19            MR. FRANKS:  Yes.

20            THE COURT:  -- it's the same question I'll ask

21   Mr. MacMahon:

22            Do you know whether there are going to be any

23   licensure -- potential licensure consequences of his

24   conviction?

25            The Presentence Report indicates that he's up for
```

Case 1:21-cr-00209-ARM Document 105-1 Filed 08/25/22 Page 18 of 78
Case 1:21-cr-00243-AFM Document 85-1 Filed 12/23/21 Page 18 of 78

17

1    licensing renewal at the end of the year.  And certainly if

2    this was a felony, I would think it would have a potential

3    impact on his ability to get that license renewed.

4           Do we have any idea of what, if any, consequence

5    will come of a misdemeanor conviction and sentence?

6           MR. FRANKS:  I do not know, Your Honor.

7    The government does not know.

8           THE COURT:  Okay.

9           MR. FRANKS:  Your Honor, the other part of

10   Mr. Lolos's history and characteristics that's troubling

11   here is that he was adjudicated as being guilty of criminal

12   harassment a little less than 11 years ago.

13          I won't get into all the details of what's in the

14   Presentence Investigation Report, but he told -- he

15   threatened to kill someone.

16          His sentence was deferred with probation.

17          THE COURT:  Mr. Franks, can I ask you a question

18   about that?

19          I mean, it is true that that is the allegation

20   that's set forth in the -- presumably was an affidavit in

21   support of some sort of arrest warrant -- and, in fact,

22   I have a copy of it; the Probation Office did give it to me

23   when I asked -- based as probable cause.  And he was

24   actually charged with felony harassment or at least that was

25   the basis for the probable cause certification, but

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 19 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 18 of 77

18

1    ultimately what he pled to was a misdemeanor harassment.

2            So I'm wondering, do you know what facts he

3    actually admitted to as part of the conduct for which he

4    pled?

5            MR. FRANKS:  I do not have the plea agreement.

6    I do not know exactly what facts he alleged to.

7            I do know, as the Court knows, what he -- what the

8    charge was that he pled to, and what the conditions were for

9    the ultimate dismissal of the case.

10           THE COURT:  So can I make, in your view, a

11   preponderance of the evidence finding with respect to the

12   allegations of a probable cause certification, if we don't

13   know anything more than that, at least in terms of what he's

14   admitted to as the underlying conduct?

15           MR. FRANKS:  I think it would be safe to make a

16   probable cause finding of his admission of guilt to the

17   charge that he pled guilty to.

18           THE COURT:  Yeah, no --

19           MR. FRANKS:  Maybe not the factual allegations.

20           THE COURT:  Right.  Okay.

21           No doubt about that.

22           MR. FRANKS:  Yes.

23           THE COURT:  I agree with you that I can make a

24   preponderance finding as to his admission of guilt to the

25   offense, but it's just a question of what the facts are --

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 20 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/22 Page 19 of 78

19

1              MR. FRANKS:  Yeah.

2         And --

3              THE COURT:  -- of the actual conduct itself.

4              MR. FRANKS:  And that is one of the reasons why I

5    didn't want to get into all of those facts on the public

6    line here.

7              THE COURT:  Okay.

8              THE DEFENDANT:  Then why did you bring it up?

9              MR. FRANKS:  It's a part -- well, I will address

10   the Court.

11             THE COURT:  Mr. Lolos, I'll ask you to refrain

12   from commenting.  You'll have an opportunity to speak.

13             THE DEFENDANT:  Okay.

14             MR. FRANKS:  This is one of the factors of

15   3553(a).  It is not only pertinent but it's relevant, in

16   terms of Mr. Lolos's prior conduct and him also being

17   provided probation in a prior case.

18             Now, in terms of the other factor here, a sentence

19   that must reflect the seriousness of the offense and promote

20   respect for the law, again, a significant sentence is

21   warranted here, and not one, again, that, the government

22   would argue, should be probation.

23             It shouldn't be probation again because of the

24   seriousness of the offense in totality and with regard to

25   Mr. Lolos's specific actions at the Capitol:  Entering the

Case 1:21-cr-00208-APM   Document 105-1   Filed 08/25/22   Page 21 of 78
Case 1:21-cr-00243-APM   Document 37   Filed 11/23/21   Page 20 of 77

20

1    Capitol through a broken window, parading through it,

2    remaining there for 45 -- almost 45 minutes, chanting at

3    police officers.  And then in the end, showing that he was

4    satisfied with his actions in participating and delaying a

5    certification of the vote, while others participated with

6    him but maybe not jointly with him.

7            In terms of deterrence, there's general deterrence

8    and there's also specific deterrence.

9            I provided a link in the -- a link to the video

10   that captured Mr. Lolos leaving the Capitol.  Almost

11   6.5 million people have viewed that, with 12,400 of those

12   weighing in to "like" what was captured there.  I personally

13   can't tell you what those 12,400 people liked about it.

14   Some people voiced that the actions that they saw warranted

15   an incarceration, others wondered why what was going on was

16   allowed.

17           I believe -- the government believes that a

18   sentence of incarceration will provide general deterrence to

19   those who have viewed that video so that they won't repeat

20   defendant's actions.

21           In terms of specific deterrence, again, the Court

22   has previously sentenced defendants to probation, yet he's,

23   again, here before a court on a serious offense.

24           Probation didn't deter him before, seeing the tear

25   gas as he approached the Capitol didn't deter him, and even

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 22 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 22 of 77

21

1    his professional experience as a security -- owner of a

2    security firm didn't deter him, and I don't believe that a

3    sentence of probation here will deter him again if he was to

4    get upset regarding alleged voter fraud again.

5          The last point in terms of the 3553(a) factors as

6    outlined in my sentencing memorandum, and it deals with

7    sentencing disparities.  There have not been a lot of

8    sentences that have been rendered.  There have been over 600

9    defendants that have been charged, with a little over 30

10    that have been sentenced.

11          The way I grouped, after analysis of these who

12    have already been sentenced, is the criminal history of

13    Mr. Lolos, in comparison to those who have had similar

14    criminal history.

15          I outlined the *Hemenway* and *Bauer* case, where both

16    defendants had criminal history.  The government recommended

17    in those cases 30 days' confinement, and the courts there

18    provided and sentenced the defendants to 45 days.

19          Now, on the further end of the spectrum of the

20    limited number of defendants who have been sentenced who

21    have a criminal history, there were the *Curzio* case and the

22    *Dresch* case.  Those defendants had been detained because of

23    their significant criminal history.  They were both

24    sentenced, as outlined in the sentencing memorandum, to six

25    months' imprisonment.

Case 1:21-cr-00298-APM Document 105-1 Filed 08/25/22 Page 23 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 22 of 77

22

```
1              I think that the range of punishment and

2    incarceration that was outlined and given in those three

3    cases provides the Court with a basis to compare Mr. Lolos

4    and to sentence him to at least 30 days' incarceration.

5              Now, in terms of the one case that the defendant

6    cites in support of probation, United States versus Sean

7    Cordon, that case is easily distinguishable from the facts

8    here.

9              Mr. Cordon was in the Capitol for only

10   four minutes.  Mr. Lolos was in the Capitol for almost

11   45 minutes, approximately 43.

12             Mr. Cordon walked around the Capitol.  And he left

13   the area with his brother and he immediately expressed

14   remorse for his actions.

15             Mr. Lolos, on the other hand, left the Capitol,

16   yelling, "We did it!  They left!," celebrating his actions

17   at the Capitol and participation in the riot; and two days

18   later, his conduct got him kicked off of a plane.

19             Mr. Cordon also had no criminal history at all.

20             These cases, the Cordon case and the instant case,

21   are vastly different.  And the government believes that the

22   factors of 3553(a) warrant Mr. Lolos getting a vastly

23   different sentence, not probation, like Mr. Cordon.

24             For all those reasons outlined in the sentencing

25   memorandum, we believe that a sentence of one-month
```

Case 1:21-cr-00299-ARM Document 1051 Filed 08/25/22 Page 24 of 78
Case 1:21-cr-00243-APM Document 571 Filed 12/23/21 Page 24 of 78

23

1   incarceration is not greater than necessary to achieve the

2   goals of sentencing as articulated in Section 3553(a).

3          THE COURT:  Thank you for your presentation.

4          Mr. MacMahonacMahon, we'll turn to you now.

5          MR. MacMAHON:  Thank you, Your Honor.

6          If it please the Court, I'll try to go at this in

7   reverse.

8          Mr. Franks talks a lot about Mr. Lolos's criminal

9   history.  And as the Court asked that, you're reading an

10  unverified affidavit from 11 years old -- 11 years ago that

11  didn't even result in a felony conviction.

12         His criminal history couldn't even be used to

13  cross-examine him in a case, a misdemeanor from ten years

14  ago, in which, as we said in our brief, he denied all the

15  allegations.

16         THE COURT:  But, I mean, he did plea to something.

17  He did plea to a misdemeanor.  He did plea to a misdemeanor

18  harassment.

19         MR. MacMAHON:  He did, Your Honor.

20         And that's -- there's lots of reasons why people

21  plead guilty to crimes.  It doesn't mean he tried to

22  threaten to kill somebody, which is what Mr. Franks has said

23  numerous times.

24         THE COURT:  No.  I understand.

25         But he must have admitted to at least some conduct

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 25 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 24 of 77

24

```
 1   that made out the elements of the offense.

 2              MR. MacMAHON:  Right.

 3              Your Honor, I don't know.  I obviously wasn't his

 4   lawyer 10 or 11 years ago, and I couldn't get files on the

 5   case either.

 6              But my point really is going back 10 or 11 years

 7   to find something.  Again, under the rules, you wouldn't

 8   even be able to use this to cross-examine.

 9              It's obviously useful to the government at a

10   sentencing and it's something that they can bring up.

11   I'm just asking you not to give a lot of weight to it.

12   I just don't think there's reason to do that.

13              THE COURT:  Do you know, Mr. MacMahon, what, if

14   any licensing consequences there may be of this conviction?

15              MR. MacMAHON:  You know, Your Honor, I was getting

16   to that next in my notes.

17              I do not know whether there are any licensing

18   problems.  I'm sure there would be if there was a felony

19   conviction, but I don't know -- I don't know the law of the

20   State of Washington and how it would affect his licensing in

21   any way, I really don't.

22              THE COURT:  Okay.

23              MR. MacMAHON:  But the recitation that we heard

24   from the government, you know, is true as to what Mr. Lolos

25   did in the Capitol.
```

Case 1:21-cr-00299-ARM Document 105-1 Filed 08/25/22 Page 26 of 78
Case 1:21-cr-00243-APM Document 37-1 Filed 11/23/21 Page 26 of 78

25

1    But, you know, it's -- again, this is all written

2    down, I don't want to belabor these points, Your Honor, but

3    Mr. Lolos pled guilty -- he's one of the first people to

4    come forward and plead guilty in these cases.

5    He authorized me to get a sentencing -- a plea

6    agreement early on, even before Mr. Franks and others have

7    permission to make offers.  He was told that he had to do a

8    debrief before he could get an offer, so he did a debrief.

9    And so the idea that he hasn't taken

10   responsibility for what he did, I think, is belied by the

11   facts.  I mean, really, it may have been one of the first

12   pleas that came forward and sets a good example to other

13   people that can try to get these cases resolved to go

14   forward.

15   But, you know, Mr. Lolos didn't -- he's not part

16   of any conspiracy to come and invade the Capitol.  He

17   obviously followed a crowd up into the building, something

18   he obviously shouldn't have done.

19   He wasn't wearing any military garb.

20   He did spend time in the Capitol.  But he didn't

21   do anything when he was in there.  He didn't push a police

22   officer.  He didn't break a window.  He didn't do any of

23   these things that we see in other cases, where people have

24   gotten jail time, including significant jail time.

25   He did make statements, obviously, when he left

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 27 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 26 of 77

26

 1    the building, as Mr. Franks correctly told you.  He really

 2    just repeated what everybody that was walking out of the

 3    building was saying things that other people were saying as

 4    he came out.  It hardly even looks spontaneous in the video

 5    that we see.  It's certainly not choice words that he made.

 6    But, again, I think it's more --

 7         THE COURT:  I will say, the one -- you know, the

 8    one thing that is somewhat troubling is the comments that he

 9    makes as he's leaving, "They left!  We did it!," seems to

10    reveal an intentionality about what he did, a desire to

11    disrupt elected representatives from carrying out their

12    duties, and that he was aware of what that purpose was,

13    believed that, by entering the Capitol, he carried out that

14    purpose, and was sort of relishing in the success.

15         MR. MacMAHON:  I understand that, Your Honor.

16         But what I'm saying is that if you look at the

17    tape, and Mr. Franks kindly gave it to you, you'll see that

18    there's basically a line of people walking out of the

19    building with a cameraman as they come out saying things,

20    and Mr. Lolos looks around, waits for the camera, and says

21    something.

22         I'm not excusing what he said.  What I'm saying is

23    it's more a part of, you know, what was -- just the general

24    actions out there that day, none of which, obviously,

25    I ascribe to Your Honor.

1    But he didn't go to the Senate chamber, he didn't

2    try to go to the House chamber, he didn't loiter after

3    police officers told him to leave so that the other -- the

4    other things that he did that day were entirely peaceful and

5    consistent with the charge, which is picketing or protesting

6    inside the Capitol.

7        Mr. Franks talked about the one case.  I added

8    that case to my sentencing memorandum just because it came

9    out after in time to when we got the government's matrix, or

10   whatever we want to call it, of all the sentences.

11       And, you know, these sentences are all over the

12   map as to what -- obviously, you have all the discretion to

13   decide how you want to decide the case, but I would submit

14   to you that hearing --

15       THE COURT:  What do I make of the conduct sort of

16   48 hours later disrupting the airplane and causing the

17   airplane to have to turn back?

18       I mean, you know, at a minimum, it shows, at least

19   within 48 hours, there wasn't a realization of any

20   wrongdoing.

21       MR. MacMAHON:  Fair enough, Your Honor.

22       Again, I'm sorry, I didn't mean to interrupt you.

23   It's hard on Zoom to know when you're done.  I'm sorry,

24   Your Honor.

25       THE COURT:  That's fine.

Case 1:21-cr-00208-APM Document 105-1 Filed 09/25/22 Page 29 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 29 of 77

28

1          MR. MacMAHON:   Yeah.

2          I mean, obviously, that's something that happened.

3   Mr. Lolos has another explanation for what occurred.

4          But after that happened, what I wrote -- after

5   those events happened, he didn't go online and make any

6   additional statements or -- like we have in a lot of these

7   cases, where people are still otherwise trying to whip up

8   all kinds of problems about the election or anything else.

9   That was the last thing that he did, really, until he got

10  arrested, and went and, you know, hired counsel and told me

11  to go plead this case out.

12         So, you know, does he have strong beliefs about

13  voter fraud and about President Trump?  He does.  And those,

14  obviously, are his rights.  He doesn't have a right to

15  demonstrate inside the Capitol without going through

16  security.  And he doesn't have a right to disrupt people on

17  a plane.  But he hasn't been charged, and I don't expect him

18  to be charged, for chanting on the plane.

19         And I'm not making an excuse for it, Your Honor.

20  But in the end, I think you're going to have to examine all

21  this conduct and look at the other sentences.  There's a lot

22  of sentences where there's -- no jail sentence is given to

23  people who committed no act of violence or vandalism and

24  weren't leaders or dressed for combat or otherwise.

25         And, again, about the idea -- I keep bringing up

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 30 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 29 of 77

29

1  this dressed for combat.  When Mr. Franks correctly reads

2  Mr. Lolos's text from that day, they aren't consistent with

3  what he was doing.  So there's some embellishment for his

4  friends in what he's sending out.  He wasn't in battle,

5  he didn't touch anybody.  You know, the Court has to look at

6  all of that in context.

7      And I think that a sentence of probation would

8  serve all of the purposes of federal sentencing law and

9  otherwise, because, you know, this is not a crime that's

10  going to occur again.  Mr. Lolos, again, has accepted

11  responsibility for it, and I just don't think it's necessary

12  for someone who accepts responsibility for a Class B

13  misdemeanor right out of the gate to be incarcerated.

14      He also just today sent me some notes about some

15  medical issues that he's worried about if he gets

16  incarcerated.  We can talk about those if that's a concern

17  to the Court.

18      But I just -- I would just urge the Court not to

19  sentence him to jail, and whatever fine or -- the

20  restitution has already been agreed to, but just to --

21      THE COURT:  Look, I'd like to know more rather

22  than less.  And so if there are medical issues I ought to be

23  aware of, then now would be the time to tell me.

24      MR. MacMAHON:  Well, he has some problems of

25  chronic edema in his legs, where he's had to have been

Case 1:21-cr-00243-APM Document 105-1 Filed 08/25/22 Page 31 of 78
Case 1:21-cr-00243-APM Document 37-1 Filed 11/23/21 Page 31 of 78

30

1    hospitalized before.

2            And, again, I just got this today.

3            And he has -- I don't think any of these medical

4    issues are enough to sway the Court one way or another,

5    Your Honor.  But he does have issues, they may, if you give

6    him jail time, affect when he can report, but I think they

7    can be addressed in the -- there's chest pain and hives and

8    things that I think the Court can address if we need to.

9            THE COURT:  Okay.

10           With that, is there anything further,

11   Mr. MacMahon, or are we ready to hear from Mr. Lolos?

12           MR. MacMAHON:  No.

13           And I thank you for reading all the briefs and the

14   letters and for listening to the argument, Your Honor.

15   Thank you.

16           THE COURT:  No problem.

17           Mr. Lolos.

18           THE DEFENDANT:  Yes, sir.

19           THE COURT:  I'm ready to hear from you, sir.

20           THE DEFENDANT:  Yes, sir.

21           It's moments like these I wish I was there so I

22   could hear this and people could hear me on the situation.

23           Also, I'll just start in chronological order,

24   Your Honor.

25           So I saw voter fraud on TV -- and I'll get to the

1   specifics -- voter fraud in Philadelphia, Chicago, Detroit,

2   Your Honor.

3           I saw the Republican witnesses getting kicked out

4   of the voting polls, all on video and audio.  Then they

5   started videotaping through the windows.  Then they blocked

6   that.

7           I heard testimony, ordered reports of over 2,000

8   sworn, signed affidavits from truck drivers delivering

9   ballots from New York City, taking them down to Philadelphia

10  and other states, from people who worked in the polling

11  places, Your Honor; signed, sworn affidavits that have all

12  been rejected, every last one of them.

13          It's sad to see that the Justice Department, the

14  FBI, who I visited, I think, 10, 20 years ago about voter

15  fraud when I had a videotape of the League of Women Voters

16  punching multiple ballots, Your Honor, multiple ballots on

17  video and audio.  I took it to the FBI, they called me back,

18  they said, John, we already know about the video from other

19  people, we can't do anything about it, our hands are tied

20  because of their upper supervisors.  This was 20 years ago.

21          Anyway, so I'll get to this.  So I take a plane

22  trip, I go to Washington, D.C., Your Honor.  I go to a park.

23  I can barely hear anything that's said.  People start

24  leaving the park.  I said, hey, to random people.  Hey,

25  where's everyone going?  Oh, random people said, we're going

1    to the Capitol for the second half of the protest against

2    voter fraud.  I go, okay, hey, I want to protest voter

3    fraud, too.

4              I walk to the Capitol.  As I'm going there, yeah,

5    I take photos of the Capitol.  I've never been there,

6    Your Honor.  I'm walking up the steps there.

7              All of the violence that you saw on TV, that I saw

8    on TV, Your Honor, that already happened.  I was not a part

9    of that.  I didn't even see anything like that.

10   I didn't see any type of barricades.  I didn't see any law

11   enforcement there until above the stairs.  I'll get to that.

12             As I'm walking up the stairs, Your Honor, someone

13   to the right of me, to the left of me, in back of me, in

14   front of me, Your Honor.  I'm going up the stairs.  I'm

15   thinking, okay, there's a designated place for us to

16   protest.

17             I get to the top of the stairs, Your Honor, it's a

18   dead end.  So where are we supposed to protest now?  It's a

19   dead end.

20             I don't see any law enforcement outside at all.

21   And I told that the FBI, too.  So where are we supposed to

22   go?  What am I supposed to do?  Am I supposed to get

23   squished now?

24             Now, I don't have the aerial view that Mr. Franks

25   had with the camera high above where he could see way past

Case 1:21-cr-00208-APM Document 105-1 Filed 09/25/22 Page 34 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 33 of 77

33

1   what I could see.

2          I can only see right in front of my face,

3   Your Honor.  I can't see past behind the cliff of the stairs

4   or whatnot.  I don't know how many people are coming up.

5   I don't know how many people are going to come out outside

6   the building.

7          I see a window, it's broken, people are going

8   inside.  Yeah, I went inside, Your Honor, but I didn't break

9   the window to rob the place.  I went inside, and as the

10  video shows -- Your Honor, have you seen the video, first of

11  all?  Have you seen the video?

12         THE COURT:  I've seen what's been presented to me,

13  and I don't think that video was presented to me of you

14  entering the Rotunda.

15         THE DEFENDANT:  Okay.

16         THE COURT:  Not the Rotunda, but that part of the

17  Senate.

18         THE DEFENDANT:  So I went inside the video [sic],

19  Your Honor, to talk to the police officers.  That's why I

20  went in.  I didn't start going in picketting and protesting,

21  waving a flag right away, yeah, yeah, voter fraud, all that.

22  I was going to protest outside.

23         I went inside to talk to the police.  That's what

24  the video shows.  That's why it's not being released to the

25  public.

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 35 of 78
Case 1:21-cr-00243-APM Document 37 Filed 11/23/21 Page 34 of 77

34

1        I'm talking to the police officer.  There's about

2    10, 20 police officers inside.  No one -- I didn't hear

3    anyone tell anyone to leave at all.  No trespassing signs,

4    nothing.  They're just standing there very calmly,

5    Your Honor.

6        I talked to one of the police officers there, he

7    was an African-American police officer.  I'm talking to him.

8    He can't hear me.  He has to lean forward.  So I'm talking

9    5 inches away from his ear, and I'm saying, hey, look, it's

10   getting kind of crowded outside.  You know, you need to do

11   something.

12       Then I start going down the hallway.  Before I get

13   to the hallway, there's another police officer, he comes

14   running down the hallway, saying, hey, hey, do you want to

15   come in?  Come in, come in, come in.  He's motioning his

16   hand for me and others to come in.  I've described him to

17   the FBI.  He's easily being able to be picked out.  He's,

18   like, 5 foot 5'5", 100 pounds to 150 pounds.

19       This guy was the smallest police officer I've ever

20   seen in my whole life.  He had some type of

21   dark-skin-complexion type.  Maybe he was either Asian or

22   Hispanic.  And he had a short crew cut.  Very thin build.

23   Very short.  And he motioned for us to come in there.

24   In his late 20s, early 30s.

25       So we go into this area, it's called the Crypt

1   area.  So when I come in, there's an area of 10, 20 police

2   officers there.  I didn't hear anyone tell us to leave

3   whatsoever.  I told the police we're crowded.  The other cop

4   motions us to go down the hallway to my right.  We go down

5   the hallway.  There's this big circular area there, okay?

6   I'm thinking that's where we're supposed to protest.  That's

7   when everyone starts waving the flag.

8          Now, I know in my plea agreement, Your Honor,

9   I said I purposefully went in there.  That was the plea

10  agreement.  We can stick to that version if you want to,

11  Your Honor.  But the video shows what happened, the video

12  shows what happened.

13         I started to wave the flag in the Crypt area,

14  everyone else there.  The other police officers, now they're

15  aligned on each of the side building, on each -- I'm sorry,

16  each side of the walls there.

17         I and others went to the police officers.  I put

18  my hand on the shoulder of the police officer.  The police

19  officer didn't put his hand on me.  I put my hand on the

20  same police officer who told me to come into the Crypt area.

21  I comforted him on the shoulder, and I said, hey, this isn't

22  about you.  I support you.  I support you.

23         Other people went to the police officers, too, for

24  those 45 minutes where the audio is muted.  Very suspicious,

25  very suspect when I hear the audio in other parts of the

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 37 of 78
Case 1:21-cr-00208-APM Document 57 Filed 11/23/21 Page 36 of 78

36

```
 1   Capitol, Your Honor, but not where I was in peaceably.  Very

 2   suspect, very suspicious on the muted audio.

 3           THE COURT:  Mr. Lolos, if I can interrupt you.

 4           I mean --

 5           THE DEFENDANT:  Sure.  Go ahead.

 6           THE COURT:  It sounds like to me you are wanting

 7   to justify your conduct that day.

 8           THE DEFENDANT:  No, I'm not justifying it.

 9   I'm not portraying myself as a victim.  I take full

10   responsibility.  I went in there.

11           THE COURT:  Okay.

12           I just want to make sure, because the first five

13   minutes of what you've said seems to suggest otherwise.

14           MR. MacMAHON:  Your Honor, can I talk to Mr. Lolos

15   for one second?

16           THE DEFENDANT:  I don't want to talk anymore,

17   Your Honor.  I want to keep going about this.

18           I'm sorry, Mr. MacMahon, I just want to keep going

19   about this.

20           Your Honor, I take full responsibility.  I chose

21   to go in there.  I chose to talk to the police.  I chose to

22   go into the Crypt area, no matter what.  I chose to listen

23   to the police.  I chose to picket and protest.  I chose to

24   go up the stairs, Your Honor.

25           I just want to put it in context that I did not --
```

Case 1:21-cr-00203-APM Document 105-1 Filed 08/25/22 Page 38 of 78
Case 1:21-cr-00243-APM Document 57 Filed 10/23/21 Page 37 of 78

37

```
 1   Your Honor, are you there?

 2           THE COURT:  I'm still here, yep.

 3           THE DEFENDANT:  Okay.

 4           I did not barge my way in there.

 5           But I did go in there.  I'm not trying to portray

 6   me being a victim.  I'm a defendant, Your Honor.  I did

 7   this.  I picketed and protested.  But I want to put it in

 8   context that I didn't barge in.

 9           Anyway, I put my arm on the same police officer

10   who told me to come in, and I said, hey, I support you.

11           Others did the same.  For 45 minutes, people waved

12   flags and went up to the cops and told them that they

13   support them, it wasn't about them.

14           Another group of law -- and still, no one --

15   I didn't hear anyone tell us to leave.

16           Even in the Crypt area at that time, another group

17   of law enforcement comes in, another group, they come in

18   from --

19           THE COURT:  Can I ask you a question, Mr. Lolos?

20           Why did you think anybody needed to tell you to

21   leave?

22           THE DEFENDANT:  Your Honor, I thought that was the

23   designated area that we were going to protest since they

24   told us to come in.

25           THE COURT:  So you thought --
```

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 39 of 78
Case 1:21-cr-00248-APM Document 57 Filed 11/23/21 Page 38 of 77

38

| | |
|---|---|
| 1 | THE DEFENDANT:  I was going to protest -- |
| 2 | THE COURT:  Hang on. |
| 3 | You thought the way to get to a designated protest |
| 4 | area was through a broken window? |
| 5 | THE DEFENDANT:  No.  I went in the broken window |
| 6 | to talk to law enforcement.  That's what's on the video. |
| 7 | THE COURT:  Right. |
| 8 | No, no.  I mean, I've heard you say that you |
| 9 | thought you were being invited in or that you were -- it was |
| 10 | okay to be there to protest.  That's what I'm hearing you |
| 11 | say. |
| 12 | THE DEFENDANT:  Your Honor, if it's the law, |
| 13 | Your Honor, I own up to it, Your Honor, for picketting and |
| 14 | protesting.  I'm not making excuses.  I'm not making any sob |
| 15 | stories to you.  You've heard all of them, okay? |
| 16 | I picketed and protested.  But I want it in |
| 17 | context; that I didn't just go bargain in, knock police |
| 18 | officers down, rumble through like people saw on TV.  That's |
| 19 | not what happened. |
| 20 | Law enforcement, the people that -- we respected |
| 21 | each other.  There was no yelling, no profanity, no hitting |
| 22 | between anyone, Your Honor. |
| 23 | THE COURT:  And when you left the building and |
| 24 | said, "They left!  We did it!," what did you mean? |
| 25 | THE DEFENDANT:  I meant, "We left!  We did it!" |

Case 1:21-cr-00209-ARM Document 1051 Filed 08/25/22 Page 40 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 39 of 77

39

```
 1              That's what I meant.  I misspoke on that one,
 2   Your Honor.
 3              I meant, "We left!  We did it!"  That's what I
 4   meant.
 5              And I was waiting to say that to Mr. Franks, but
 6   I was waiting for my turn.
 7              THE COURT:  Okay.
 8              THE DEFENDANT:  Another --
 9              THE COURT:  "They" didn't mean members of
10   Congress?
11              THE DEFENDANT:  No, Your Honor.  I never mentioned
12   Congress whatsoever, Your Honor.
13              I wouldn't go there at all, to stop any Congress
14   procession, whatever you call it.
15              My text messages as far as, "We're storming up the
16   Capitol," yeah, we're storming up the Capitol, we're going
17   up the stairs.  I'm not going there to commit violence or
18   it's not Normandy Beach, okay?  I'm going up the stairs.
19              When I said to my friends, I have to go to the --
20   we're going inside.  Yeah, we're going inside.  I'm going
21   inside to talk to the police officers.  I'm not going inside
22   to disrupt anything, to fight police officers, to barge
23   police officers there.
24              But I do want to get -- I do want to get to when
25   the other group of police officers came in, because no one
```

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 41 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 40 of 77

40

1    told us to leave at that time.  I didn't hear anyone tell us

2    to leave.  And I think that's why they muted the audio.

3            Anyway, another group of law enforcement officers

4    come in, not in the same direction that I came in, but

5    through the opposite way.  They came behind us, they finally

6    told us to leave, we said okay, we left.  That's it.

7            And on my way out -- and thank goodness I did

8    this -- I gave a thumbs-up -- since they muted the audio,

9    I gave a thumbs-up to all the police officers that were

10   lined up on each side of the wall.  They were standing

11   there.  This is the other group of police officers, not the

12   other ones who told us to leave, and I said, hey, I support

13   you, this isn't about you, I support you.

14           After I leave the Capitol, I go to my hotel room.

15   And I think the reason I stayed there for two days, which

16   was a concern to Mr. Franks and the FBI, was because I don't

17   think I could have got a plane trip out of there, but I

18   didn't remember it at that time that they were booked.

19           So anyway, I go to the airport and Mr. Franks,

20   his -- the whole thing there is a bunch of bologna.  It's on

21   YouTube.  You can see it on YouTube.  For those of you who

22   are listening in the audience that I've already -- reporters

23   who have ruined my life -- and I'll get to that in a little

24   bit with their slander -- I'm at the airport, Your Honor, in

25   the lobby of the airport.  And, no, I'm not wearing the same

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 42 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 41 of 77

41

1    shirt, Your Honor.  That's stupid.  You can see me on

2    YouTube:  "Trump supporter gets kicked off of Trump" --

3    "Trump supporter gets kicked off of Delta flight," for those

4    of you in the audience who want to Google that.  I was not

5    wearing the same shirt.

6           But regardless, I'm in the lobby waiting.  I see

7    this guy.  He has a T-shirt on from the State of -- I have a

8    speech impediment -- I see this guy.  He has a shirt of

9    Texas, of State of Texas on his shirt.  So I go up and talk

10   to him, and I said, "Hey, I wish I lived in the State of

11   Texas."  And he said something, "Yeah, my aunt" or something

12   "lives there.  It's a great state."  So we start talking.

13          They're playing all this TV about people hitting

14   the police and law enforcement, and I go, hey, I didn't do

15   any of that stuff, and we start talking.

16          And then this guy, every time he talks, I don't

17   want to -- he had an accent, and he starts talking vocally,

18   like, yeah, this is what happened, and he starts using

19   homophobe slurs describing people, okay?

20          And then there was a person about 20 feet away, he

21   was sitting down in plain clothes, he was sitting down in

22   plain clothes.  He comes up to us and he goes, you're

23   getting loud.  He says to the guy with the T-shirt, and he's

24   like, to Texas, you're getting loud, and then he walks away.

25          This is just a guy in plain clothes.  He goes back

Case 1:21-cr-00209-ARM Document 105-1 Filed 08/25/22 Page 43 of 78
Case 1:21-cr-00243-APM Document 57-1 Filed 11/23/21 Page 42 of 77

42

1    and sits down about 10, 15 yards.

2              And then -- and this relates to what's going to

3    happen.

4              THE COURT:  All right.

5              I'm going to -- hang on, Mr. Lolos.  I've allowed

6    you to go on for a little bit.  I want to hear what you have

7    to say, but I'll just ask you to get to the point and --

8              THE DEFENDANT:  Okay.

9              So the point is, that guy, he was an undercover

10   cop.  That guy with the plain clothes, he was mad because

11   the guy was using homophobe slurs over and over again.  And

12   we started drawing a crowd; people came in.  And I said,

13   yeah, I received two ballots.  And another person came up

14   and said, yeah, I received seven ballots from Minnesota.

15   Okay.  So now he's pissed off at the undercover cop.

16             Now I get on the plane.  The whole half of the

17   crowd -- the whole half of the plane starts chanting "Trump

18   2020," Your Honor.  But I get kicked off and another lady

19   gets kicked off, who were gathering together.  Had nothing

20   to do, that I'm aware of, that I know.  Maybe it was because

21   I said, "Trump 2020."  But the whole half of the plane said

22   "Trump 2020."

23             I don't recall the plane leaving, circling back

24   and parking.  I'm sorry, Your Honor, I don't remember that

25   at all.  I don't remember the plane -- that's ridiculous,

Case 1:21-cr-00208-APM Document 105-1 Filed 09/25/22 Page 44 of 78
Case 1:21-cr-00243-APM Document 57 Filed 10/23/22 Page 44 of 78

43

1    leaving and then coming back.

2          Anyway, I get off the plane, they're saying --

3    I said, well, why am I kicked off the plane?  No one said

4    anything.  This is on YouTube live, by the way, what I'm

5    describing to you at the airport.

6          So then I paid for the woman's flight to get home,

7    because she starts crying, even on the YouTube video.  She

8    doesn't have a way to get home.  I paid for her plane

9    ticket.  And then I go to book another plane ticket, I can't

10   get one.  So they're all booked up or whatever.

11         So I wait outside -- and this deals with the

12   arrest.  So I wait outside for a taxi or an Uber, they

13   detain me in a room for 45 minutes.

14         THE COURT:  All right.

15         I'm going to give you just about another minute,

16   Mr. Lolos, if you have anything else you want to say.

17         THE DEFENDANT:  So he didn't recognize -- the

18   officer didn't recognize -- oh, I recognized him from

19   Instagram.  No, it was because of that officer, I think --

20   I don't want to say anything, but he was a stereotypical --

21   he displayed traits of a stereotypical homosexual, meaning

22   his walk, his tone of voice.  I think he got mad at the guy

23   with the T-shirt.  That's why I think I got kicked off the

24   plane, but I'm not positive about that.  But they detained

25   me until they could find out on there.

Case 1:21-cr-00206-ARM Document 105-1 Filed 08/25/22 Page 45 of 78
Case 1:21-cr-00243-APM Document 57-1 Filed 11/23/21 Page 44 of 77

44

```
 1                 So they detained me; I was arrested.

 2                 THE COURT:  All right.

 3                 THE DEFENDANT:  I spent two nights --

 4                 THE COURT:  All right, Mr. Lolos, I'll give you 30

 5      more seconds.

 6                 THE DEFENDANT:  Okay.

 7                 I was arrested.  I spent two nights in a

 8      cockroach-infested jail from the zoo, Your Honor.

 9      Cockroaches on the toilets, on the walls, on the steel bed,

10      mattress.  You have 21-year-olds crying in there.

11                 I had to tell them, hey, look, it's okay, take off

12      your shoes, hit the cockroaches as they're coming through

13      the air vents and through inside of the bars.  And they

14      said, thank you, sir, God bless you.  You had other people

15      wetting their T-shirts, scrubbing the walls full of

16      cockroaches.

17                 I'm saying this, Your Honor, because I feel I've

18      been punished enough, and here are the reasons why I've been

19      punished enough.

20                 THE COURT:  All right.

21                 THE DEFENDANT:  Number one, Google and CNN, they

22      said I dragged and I beat up a police officer.

23                 We know that's fake news, Your Honor.  I'm not

24      trying to be a victim --

25                 THE COURT:  All right.
```

Case 1:21-cr-00208-APM   Document 105-1   Filed 08/25/22   Page 46 of 78
Case 1:21-cr-00243-APM   Document 57   Filed 11/25/22   Page 46 of 78

45

1          THE DEFENDANT:  -- but my business has suffered

2    enough because of that.  And I could lose my business anyway

3    with this misdemeanor.

4          The reason I pleaded guilty for the apartment

5    situation was because if it was a felony, I would lose my

6    business.  I got to go back to the apartment, the apartment

7    manager got fired, I got offered the job --

8          THE COURT:  All right.

9          Mr. Lolos, I think we're going a little far afield

10   here, okay?

11         THE DEFENDANT:  Okay.

12         But I could lose everything, Your Honor.

13         I've already lost my financials, I've signed tax

14   returns, I signed the release of tax returns, I gave my

15   tax -- I've suffered massive business that I may never

16   recover from ever.  I'm making a negative because of the

17   slanderous effects from CNN.

18         I want to say I apologize for going in; I should

19   have stayed outside, Your Honor.

20         I apologize to the families of law enforcement who

21   got hit, Your Honor.  I would have never, never hit law

22   enforcement or never been rude or disrespectful to any law

23   enforcement people at all, Your Honor.

24         THE COURT:  Okay.

25         THE DEFENDANT:  But I do want to make sure the

Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 46 of 77

1  person who made those allegations at the apartment for the

2  previous arrest, she was fired from the apartment complex.

3  I was told I could go back.  Since Mr. Franks wants to go

4  back 11 years, I think that's kind of lame.  I pleaded

5  misdemeanor, because if I pleaded felony, I would have lost

6  my business.

7          THE COURT:  Okay.  Thank you, Mr. Lolos;

8  I appreciate your statements.

9          THE DEFENDANT:  I could lose everything,

10  Your Honor.

11          I have medical concerns.

12          THE COURT:  Okay.

13          MR. FRANKS:  May it please the Court?

14          THE COURT:  Just briefly, Mr. Franks.

15          MR. FRANKS:  I've worked with Mr. MacMahon, and

16  he's represented Mr. Lolos zealouslessly [sic].

17          I may have failed miserably in describing why a

18  sentence of incarceration is appropriate here, but I think

19  Mr. Lolos has pretty much summed it up here.

20          If he gets mad again, he's not deterred.  He

21  hasn't taken -- he's said that he's taken responsibility,

22  but he asked -- he talked about people to the left of him

23  and to the right of him and what other people were doing and

24  that he was going into the Capitol to talk to the police.

25          If something happens again regarding alleged voter

Case 1:21-cr-00298-APM   Document 105-1   Filed 09/25/22   Page 48 of 78
Case 1:21-cr-00243-APM   Document 37-1   Filed 11/23/21   Page 47 of 78

47

```
 1   fraud, I would proffer that he's going to do this again;

 2   he's not going to be deterred by probation.

 3           So for all those reasons and what you just heard,

 4   the government is requesting a sentence of incarceration

 5   here.

 6           THE DEFENDANT:  Your Honor, if it pleases the

 7   Court, I am deterred, I take full responsibility,

 8   Your Honor, for going -- and I'm not making any excuses,

 9   I just wanted to set the events in chronological order,

10   Your Honor.

11           My life is completely ruined.

12           Your Honor -- you don't need to pour salt on this

13   wound, Your Honor.  I gave you my financials; they show you

14   I'm in the negative on this.  I'm not getting any business,

15   hardly any business from January to current, Your Honor --

16   from January to current, saying that I beat up and I dragged

17   the police officer.  But it's my responsibility.

18   I apologize for going in, Your Honor; I shouldn't have did

19   it.

20           The reason I said there's something to the right

21   of me, to the left of me was because I couldn't turn around

22   at that time.  That's why I wanted to bring it to the order

23   of events.

24           But, Your Honor, I should have stayed outside, off

25   Capitol grounds, and I could have protested outside on the
```

Case 1:21-cr-00209-APM Document 105-1 Filed 08/25/22 Page 49 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 48 of 77

48

```
 1   streets, Your Honor.  I could have did that.

 2            And, no, I'm not going to do this again,

 3   Your Honor.  Trust me, I've been deterred already from the

 4   jail and the roaches on my face and everyone else.

 5   Your Honor, I've been deterred enough.

 6            Your Honor, I'm asking for leniency.  I'm asking

 7   for mercy from the Court, Your Honor, from you and

 8   Mr. Franks.

 9            Your Honor, I could possibly even lose my business

10   and my licensures and my livelihood from this.

11            But, Your Honor, it is what it is.  I did do it.

12   I did picket and protest on Capitol grounds.

13            And I'm sorry -- I want to say I'm sorry to the

14   families again, because I want to make sure I put that in

15   there.  I saw on TV, people get -- law enforcement being

16   attacked, and that's wrong, that's wrong.  I would have

17   stopped if I saw it.

18            THE COURT:  All right.  Thank you, Mr. Lolos.

19            All right.  Hang on, everybody, for a few minutes,

20   I want to just collect my thoughts and I'll be back with you

21   in a couple minutes.

22            THE DEFENDANT:  I would appreciate if it could be

23   deferred.  If not, I understand, Your Honor.  You're the man

24   in power, Your Honor; that you're trusted with doing this.

25            And I understand, Your Honor, it's your decision.
```

1  All I'm asking for mercy and leniency since my life has been

2  ruined.  Again, I'm not trying to play a victim, I'm a

3  defendant.

4          THE COURT:  All right.  Thank you, Mr. Lolos.

5          Hang on everybody, okay?

6          THE DEFENDANT:  Plead for mercy and leniency.

7          (Pause)

8          THE COURT:  Okay, everyone.

9          Do we have everybody back?

10         Mr. Lolos, you're there, okay?

11         So the Guidelines do not apply to this matter

12 since Mr. Lolos has pled to a Class B misdemeanor;

13 nevertheless, I must consider all the factors that are set

14 forth in 18 U.S.C. 3553(a) and impose a sentence that's

15 sufficient but not greater than necessary to achieve the

16 objectives of sentencing set forth in the statute.

17         The factors I must consider are the nature and

18 circumstances of the offense and the history and

19 characteristics of the defendant, the need for the sentence

20 imposed to reflect the seriousness of the offense, to

21 promote respect for the law, and to provide just punishment

22 for the offense; also, to afford adequate deterrence, to

23 protect the public, and to provide the defendant with needed

24 education and vocational training or medical care, as well

25 as I must consider the kinds of sentences available and the

1    need to avoid unwarranted disparities.

2           Hang on, everybody.  I just need to pull one thing

3    off the printer.

4           (Pause)

5           THE COURT:  Sorry about that.

6           Let me begin with the history and characteristics

7    of Mr. Lolos:

8           He's 48 years old.  I haven't really been told a

9    whole lot about his family or upbringing, even in the

10   Presentence Report or in the defense memo.  What we do know

11   is that he doesn't appear to have completed high school, but

12   yet, much to his credit, he began a business, a security

13   business, over two decades ago.  That has grown and

14   expanded.  And from what I can tell, he has had some

15   financial success in that business.  So that goes all to his

16   credit.  And the letters of support.  He has been an

17   honorable businessman and, I think, a good employer to his

18   employees.

19          Mr. Lolos doesn't have a prior conviction that can

20   be considered for purposes of sentencing.  The government

21   and the PSR point out that in 2009, he did plead guilty to a

22   misdemeanor threats offense; however, through a deferred

23   sentencing agreement, that resulted in a dismissal of the

24   offense, so there is no prior conviction for the Court to

25   consider.

Case 1:21-cr-00282-APM Document 1071 Filed 08/25/22 Page 52 of 78
Case 1:21-cr-00282-APM Document 871 Filed 08/25/22 Page 52 of 78

51

1       I also -- I'm really not in a position to

2  determine exactly what conduct was that Mr. Lolos engaged

3  in.  We do have the proffer based upon probable cause, but

4  that's a probable cause determination, and that proffer

5  alone, without any actual acknowledgment by Mr. Lolos as to

6  what conduct he engaged in that is the basis for the plea,

7  I don't think makes it -- I can't -- I'm not able to make a

8  probable cause -- excuse me, a preponderance finding about

9  the conduct that Mr. Lolos engaged in back in 2009 that was

10  the basis of that plea that he entered.

11       We don't have plea colloquy, we don't have the

12  proffer of facts that Mr. Lolos admitted to, so I really

13  cannot accept or find that Mr. Lolos engaged in any kind of

14  prior threats on life, at least as the probable cause --

15  that essentially the affidavit in support of an arrest

16  warrant might suggest.

17       And so while I've taken into account the fact that

18  he's had this prior deferred sentencing, I can't quite give

19  it the weight that the government has asked me to, at least

20  in terms of the facts at issue there.

21       Let's talk for a minute about disparities.

22  I've gone through and I've looked at the list that the

23  government has provided.  And I don't know that I need to go

24  through every single person on this list, but, suffice it to

25  say, I've actually reviewed the cases of every single person

1  that the government has recommended sentence for -- has

2  recommended a sentence of incarceration and tried to

3  determine those defendants relative to Mr. Lolos.

4      I will say that there are two defendants who did

5  receive 45-day sentences: Derek Jancart and Erik Rau. Both

6  got themselves all the way to the Speaker's conference room.

7  One had a gas mask. Both deleted messages on their

8  videos -- excuse me, in videos from their phone. Both were

9  inside for about 45 minutes. They received 45 days.

10 Mr. Lolos's conduct certainly doesn't rise to that level.

11     Mr. Hemenway and Mr. Bauer, who Mr. -- who the

12 government referred to earlier, both were inside -- they

13 both received 45 days. Both were inside the building for

14 less time than Mr. Lolos, 17 minutes; however, Mr. Hemenway

15 had a 2006 conviction for sexual battery, and had served an

16 extended sentence after a probation revocation; in fact,

17 I think he'd served almost two years. Mr. Bauer had had

18 prior multiple convictions, albeit for possession of various

19 narcotics. I don't think Mr. Lolos's past criminal history

20 rises to either of those two men.

21     There are also others who have received jail

22 sentences: Jennifer Ryan received 60 days. She was only in

23 for a short time, but her conduct while she was there

24 certainly is different than what we heard about Mr. Lolos.

25 She said things like, "Hang Mike Pence," participated in an

```
 1   assault on media equipment after January 6th, and, in fact,

 2   promoted her conduct on social media regularly after those

 3   events.

 4          Others in that sort of same category have received

 5   home detention:  Jack Griffith made his way to the Crypt; he

 6   was there for about ten minutes.  Eric Torrens also made his

 7   way to the Crypt, also there for ten minutes.

 8   Leonard Gruppo in the Crypt and Hall of Columns, inside for

 9   about 6 minutes; deleted some evidence from his phone.  All

10   of those individuals received 90 days' home detention.

11          Mr. Lolos obviously was in for a longer period of

12   time than any of those individuals.

13          Jordan Stotts, who's listed -- was actually in for

14   about an hour, and he did receive a 60-day home-confinement

15   sentence.

16          So I think in terms of the -- and I should

17   mention, Mr. Cordon, who's cited by defendant -- and I think

18   his case is very different.  He was only inside for five

19   minutes.  He realized he shouldn't have been there once he

20   was inside and then quickly left and took responsibility

21   pretty quickly afterwards.

22          So I think Mr. Lolos's conduct sort of falls

23   somewhere in between on the spectrum of those individuals

24   who have received 45 days, and those people who have

25   received 90 days' home-detention sentences.
```

Case 1:21-cr-00243-ARM   Document 107-1   Filed 02/25/22   Page 55 of 78

54

```
 1          You know, we can talk a little bit about his
 2   actual conduct, which was, he entered the building through a
 3   broken window, he remained inside that building, inside the
 4   Capitol building for 43 minutes.  It sounds like what he
 5   largely did while he was inside was protest and flew a
 6   Trump 2020 flag, and an American flag, remained in there
 7   until he was confronted with armed police officers, who, as
 8   Mr. Lolos has said, required him to leave the building.
 9          But let me, if I can, just step back, and just
10   make two observations about the nature and circumstances of
11   the offense:
12          The first is, you know, a number of us on this
13   bench have commented about the events of that day.  I have
14   not at this point, in part because this is my first
15   sentencing.
16          I don't think anybody should try to mitigate or
17   minimize what occurred on January the 6th.  You know, what
18   I have often thought about when I think about those events
19   is people who have come to this country as immigrants,
20   people who have fled tyranny and oppression in other
21   countries and come to this country because of its respect
22   for the rule of law, because of its fair and free elections,
23   because of its peaceful transition of power.  That has been
24   the uninterrupted history of this country for well over
25   200 years, uninterrupted until January the 6th.
```

Case 1:21-cr-00209-APM  Document 105-1  Filed 08/25/22  Page 56 of 78
Case 1:21-cr-00243-APM  Document 57  Filed 11/23/21  Page 55 of 77

55

1          It was a singular event.  No single person was
2     necessarily responsible for it, but everybody who was there
3     and went into that Capitol building that day, and, frankly,
4     was even around the Capitol building that day contributed to
5     it.
6          And so the notion that this was a mere protest, an
7     expression of First Amendment rights, is just simply
8     incorrect.  It was a criminal effort.  It was a crime
9     committed by thousands of people -- hundreds of people, if
10    not thousands of people who descended on the Capitol that
11    day.
12         But what hasn't been, I think, talked about
13    enough, I think, is that there is something to be said,
14    particularly for people like Mr. Lolos, there is some
15    mitigation here.  And the mitigation is that Mr. Lolos
16    didn't plan this episode.  He didn't purposely come to
17    Washington, D.C. to storm the Capitol.  The fact remains
18    that he and others were called to Washington, D.C. by an
19    elected official; he was prompted to walk to the Capitol by
20    an elected official.
21         People like Mr. Lolos were told lies, fed
22    falsehoods, and told that our election was stolen when it
23    clearly was not.
24         And regrettably, people like Mr. Lolos, for
25    whatever reason, who are impressionable and who believe such

56

1  falsehoods and such lies, took it to heart, and they are the

2  ones who are suffering the consequences.

3           We're here today deciding whether Mr. Lolos should

4  spend 30 days in jail, when those who created the conditions

5  that led to Mr. Lolos's conduct and led to the events of

6  January the 6th, in no meaningful sense, have been held to

7  account for their actions and their words.

8           In a sense, Mr. Lolos, I think you were a pawn,

9  you were a pawn in a game that was played and directed by

10  people who should have known better, and I think that

11  mitigates your conduct.  I think, frankly, the fact that you

12  still sit here today and believe that this election was

13  stolen, that it was rife with fraud, is disappointing and

14  regrettable.

15           But at some level, not entirely without reason,

16  because once you hear people who should know better tell you

17  that an election was stolen, and they say it loudly enough

18  and frequently enough, it's not surprising that people will

19  believe it.  And once they believe something, it's very

20  difficult for people to unbelieve what they hear.

21           But I will say, Mr. Lolos, that I'm disappointed

22  to hear a lot of what you have to say today.  I understand

23  that you've taken responsibility for your conduct that

24  afternoon.  But from where I sit, it still sounds like to me

25  that you believe that what happened that day really was not

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 58 of 78
Case 1:21-cr-00243-APM Document 57 Filed 10/23/21 Page 58 of 78

57

1   that big a deal, and that's just wrong.

2           You weren't sort of compelled to go inside the

3   Capitol building, you weren't sort of forced to go in there

4   by a sea of people.

5           Once you were in there, you stayed in there,

6   I don't believe that you went in there to talk to police

7   officers, to tell them that the crowd outside was getting

8   bigger.

9           I don't believe that you were in there because you

10  thought that you were able to legally go in there and find a

11  place to protest.  The tear gas, throngs of people, the

12  assaultive behavior that was going on all around you should

13  have told you otherwise.

14          You were there for 43 minutes, Mr. Lolos.  You

15  weren't there for five, you weren't there for ten.  You were

16  there for 43 minutes.  And by your own admission, you didn't

17  leave until you were confronted with a battery of police

18  officers who were carrying weapons and told you to leave.

19          I have to say, I don't believe that you misspoke

20  when you left that building and said that "They left!

21  We did it!"  And what you really meant is, "We left!  We did

22  it!"

23          It doesn't make any sense.  I believe you knew

24  exactly what you were saying, and that when you said

25  "They left!," you were referring to the members of Congress

 1 who were disbanded while they were supposed to be voting on

 2 and certifying the next President of the United States.

 3         To your credit, Mr. Lolos, you did not destroy any

 4 property, you didn't assault any police officers.  And you

 5 get credit for that, because there were a lot of people

 6 there that day who did those things.  And whatever restraint

 7 you showed, I suppose you deserve some benefit for that,

 8 although given that you haven't been charged with it, it's

 9 hard to really see how much benefit should come from not

10 having done something you shouldn't have been doing in the

11 first place.

12         I do think the sentence that I impose ought to

13 reflect respect of the law, I think it ought to respect a

14 need to generally deter this kind of behavior, not just

15 walking into the Capitol building when you're not supposed

16 to, but actually the conduct that Mr. Lolos engaged in,

17 which is:  Walking through a broken window, being part of a

18 mob of people, and then remaining in there for nearly

19 45 minutes, when anybody sensible should have understood

20 that they shouldn't have been there at all.

21         That kind of conduct needs to be deterred,

22 because, frankly, the reality is, conditions in our country

23 don't give me a lot of confidence that this kind of behavior

24 may not happen again, maybe not in this Capitol, maybe not

25 in Washington, D.C., but maybe somewhere else would, maybe

Case 1:21-cr-00203-APM Document 105-1 Filed 08/25/22 Page 60 of 78
Case 1:21-cr-00243-APM Document 57-1 Filed 03/23/22 Page 59 of 77

59

1    some other kind of politically motivated riot is certainly

2    not out of the question.

3         And whether Mr. Lolos decides ultimately to join

4    something like that or not, I certainly hope he doesn't.

5    One would hope that what he's gone through both in these

6    proceedings and the way he's been caricatured by some in the

7    media would tell him this is not something he will ever get

8    himself involved in again.

9         So taking all of those factors into account, the

10   sentence of the Court will be as follows:

11        It's the judgment of the Court that you,

12   John Lolos, are hereby sentenced to a term of 14 days of

13   imprisonment on Count 1.

14        In addition, you'll be ordered to pay a Special

15   Assessment of $10 in accordance with 18 U.S.C. 3013.

16        You're also ordered to make restitution to the

17   Architect of the Capitol in the amount of $500.  The Court

18   determines that you do not have the ability to the pay

19   interest, and, therefore, waives any interest or penalties

20   that may accrue -- well, let me strike that.

21        You're ordered to make restitution to the

22   Architect of the Capitol in the amount of $500.  The Court

23   will not impose any interest, and, therefore, will waive any

24   interest or penalties that may accrue on the balance.

25        The restitution payments shall be made to the

1    Clerk of the Court for the United States District Court,

2    District of Columbia, for disbursement to the Architect of

3    the Capitol, the Office of Chief Financial Officer, to the

4    attention of Cathy Cheryl in the Ford House Building,

5    Room H2205B in Washington, D.C., 20015 in the amount of

6    $500.

7         Mr. Lolos, you must pay the balance of any

8    restitution owed at a rate of no less than $100 each month.

9         Financial obligations are immediately payable to

10   the Clerk of the Court for the U.S. District Court; that is,

11   the $10, at 333 Constitution Avenue, Washington, D.C.  20001

12   is the ZIP Code.

13        Within 30 days of any change of address, you shall

14   notify the Clerk of the Court of the change until such time

15   as the financial obligation is paid in full.

16        There will be no supervision period, Mr. Lolos.

17   So once you serve your 14 days, there will be no further

18   supervision.  You simply will be required to pay the

19   restitution amount and the $10 Special Assessment to the

20   Court.

21        Pursuant to 18 U.S.C. 3752, you have the right to

22   appeal the sentence imposed by this Court if the period of

23   imprisonment is longer than the statutory maximum.  If you

24   choose to appeal, you must file any appeal within 14 days

25   after the Court enters judgment.

Case 1:21-cr-00209-ARM Document 105-1 Filed 08/25/22 Page 62 of 78
Case 1:21-cr-00243-APM Document 57-1 Filed 11/23/21 Page 62 of 78

61

1          Further, you also have the right to challenge the

2    conviction entered or the sentence imposed if new and

3    currently unavailable information becomes available to you

4    or on a claim that you received ineffective assistance of

5    counsel either in connection with your plea of guilty or in

6    connection with sentencing.  If you're unable to afford the

7    cost of an appeal, you may request permission from the Court

8    to file an appeal without cost to you.

9          I will permit Mr. Lolos to self-surrender.

10          So what that means, Mr. Lolos, is that you will

11   remain on release under the current conditions and you

12   should be on the lookout for a letter that'll either go to

13   your counsel or come to you or -- it will -- you'll be

14   notified of where you need to report and when.  You should

15   work with your counsel on making sure that letter -- when

16   you get that letter, that you make sure you turn yourself in

17   to serve your sentence.

18          All right.  With that, are there any objections

19   that either side wishes to make on the record before we

20   conclude?

21          MR. FRANKS:  Not an objection, Your Honor.

22          I think I may have misheard you.

23          Mr. Lolos pled guilty to Count 4 of the

24   information.

25          THE COURT:  Yes, you're right.  I'm sorry.

Case 1:21-cr-00208-APM Document 105-1 Filed 08/25/22 Page 63 of 78
Case 1:21-cr-00243-APM Document 57 Filed 11/23/21 Page 62 of 77

62

1    That was just brought to my attention.  I was just -- yes,

2    you're right.  I should correct that.  It's Count 4 of the

3    information to which the sentence is 14 days, not Count 1.

4    I assume the government is dismissing the remaining counts

5    at this time?

6              MR. FRANKS:  That's correct, Your Honor.

7              THE COURT:  So Count 1 through 3 of the

8    information will be dismissed at this time.

9              MR. MacMAHON:  Your Honor, the only other thing

10   that I would add is, Mr. Lolos does his -- I don't know when

11   he's going to get a notice to report, but if it conflicts

12   with something with his business, can I come back to the

13   Court and just ask?

14             THE COURT:  You can, Mr. MacMahon.

15             If there's a reason to delay serving the sentence

16   out either for business or health reasons, you can come back

17   to me.  Although I suspect it will be some weeks before he

18   gets that notice.  And so whatever arrangements he need to

19   make, he ought to begin that process now.

20             MR. MacMAHON:  Thank you, Your Honor.

21             THE COURT:  All right.

22             Mr. Lolos, I know this isn't the news you wished

23   to have heard, but I think it is a fair and just sentence in

24   the circumstances.

25             I wish you luck, sir.

Case 1:21-cr-00208-APM   Document 105-1   Filed 08/25/22   Page 64 of 78
Case 1:21-cr-00243-APM   Document 57-1   Filed 11/23/21   Page 63 of 78

63

```
1              THE DEFENDANT:  The two days I spent in D.C., can
2    I get those subtracted since I spent two days in D.C. jail
3    already, making it 12 days?
4              THE COURT:  Yeah, I think that's fair.
5              Actually, I'm glad you raised.
6              You will get credit for the two days' served.
7              So the total sentence is 14 days, two days' credit
8    for that time served, after his arrest.  And so we'll let
9    the Bureau of Prisons figure out exactly what that means to
10   you, okay?  The judgment will reflect the credit for the
11   time already served post-arrest.
12             MR. MacMAHON:  Thank you, Your Honor.
13             That was in our sentencing brief, but I --
14             THE COURT:  Thank you for the reminder.  I had
15   forgotten about that.
16             All right.  Thank you all very much.
17             Mr. Lolos, I wish you well.  Take care, and good
18   luck.
19             Thank you, everyone.
20             THE DEFENDANT:  I hope when the video and audio
21   comes out --
22             MR. MacMAHON:  Thank you, Your Honor.
23             THE DEFENDANT:  -- it shows that I said to the
24   police officer, it's getting crowded outside.  And though
25   you didn't believe me, Your Honor, the audio will say that.
```

```
 1              Thank you for your time.
 2              MR. MacMAHON:  Mr. Lolos, the hearing is over.
 3    Thank you.
 4              THE COURT:  Thank you, everyone.
 5              THE DEFENDANT:  All right.  Thank you.
 6              Concluded.
 7              (Proceedings concluded at 3:27 p.m.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__November 22, 2021____  /S/__William P. Zaremba_____

                          William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1] 3/2
MR. FRANKS: [26]
3/14 3/24 9/12 9/20
10/14 12/24 13/8 13/11
13/18 15/6 15/8 16/19
17/6 17/9 18/5 18/15
18/19 18/22 19/1 19/4
19/9 19/14 46/13 46/15
61/21 62/6
MR. MacMAHON: [23]
3/13 3/25 4/6 5/12 5/19
9/15 9/21 23/5 23/19
24/2 24/15 24/23 26/15
27/21 28/1 29/24 30/12
36/14 62/9 62/20 63/12
63/22 64/2
THE COURT: [90]
THE DEFENDANT:
[51] 3/16 4/13 4/19
5/10 6/8 6/11 6/21 6/24
7/3 7/6 7/10 7/15 7/22
8/3 8/7 8/10 10/1 10/10
19/8 19/13 33/18 36/5 36/8
33/15 33/18 36/5 36/8
36/16 37/3 37/22 38/1
38/5 38/12 38/25 39/8
39/11 42/8 43/17 44/3
44/6 44/21 45/1 45/11
45/25 46/9 47/6 48/22
49/6 63/1 63/20 63/23
64/5

$
$10 [3] 59/15 60/11
60/19
$100 [1] 60/8
$500 [4] 10/25 59/17
59/22 60/6

/
/S [1] 65/10

1
10 [6] 24/4 24/6 31/14
34/2 35/1 42/1
100 [2] 8/3 34/18
100 percent [1] 7/23
107 [1] 1/19
10th [1] 1/14
11 [6] 17/12 23/10
23/10 24/4 24/6 46/4
111 [1] 1/14
12 [1] 63/3
12,400 [2] 20/11 20/13
14 [5] 59/12 60/17
60/24 62/3 63/7
15 [2] 13/7 42/1
150 [1] 34/18
17 [1] 52/14
18 [1] 10/24
18 U.S.C [3] 49/14
59/15 60/21
19 [2] 1/5 65/6

2
2,000 [1] 31/7

20 [2] 43/14 43/20
35/1 41/20
20.333 [1] 1/14
200 years [1] 54/25
20001 [2] 2/6 60/11
20015 [1] 60/5
2006 [1] 52/15
2009 [2] 50/21 51/9
20118 [1] 1/19
202 [1] 2/6
2020 [6] 10/20 15/12
42/18 42/21 42/22 54/6
2021 [2] 1/5 65/10
20s [1] 34/24
21-243 [2] 1/4 3/3
21-year-olds [1] 44/10
22 [1] 65/10
2200 [1] 1/15
243 [2] 1/4 3/3
25 [1] 1/18
2:00 [1] 1/6

3
30 [7] 10/25 21/9 21/17
22/4 44/4 56/4 60/13
3013 [1] 59/15
30s [1] 34/24
314 [1] 1/15
32 [1] 9/7
3249 [1] 2/6
33 [1] 9/5
333 [2] 2/5 60/11
34 [1] 9/6
35 [1] 9/8
354-3249 [1] 2/6
3553 [6] 10/24 19/15
21/5 22/22 23/2 49/14
3752 [1] 60/21
3902 [1] 1/20
3:27 [1] 64/7

4
40 [2] 12/13 14/25
43 [6] 12/22 14/18
22/11 54/4 57/14 57/16
43 minutes [1] 13/2
45 [11] 14/25 20/2 20/2
21/18 35/24 37/11
43/13 52/9 52/9 52/13
53/24
45 minutes [2] 22/11
58/19
45-day [1] 52/5
48 [3] 27/16 27/19 50/8

5
5 inches [1] 34/9
5'5 [1] 34/18
539-2200 [1] 1/15
540 [1] 1/20

6
6 minutes [1] 53/9
6.5 million [1] 20/11
60 [1] 52/22
60-day [1] 53/14
600 [1] 21/8
63102 [1] 1/15
687-3902 [1] 1/20

9
90 [2] 53/10 53/25

A
ability [3] 5/5 17/3
59/18
able [4] 24/8 34/17
51/7 57/10
about [51] 4/25 5/2
6/10 8/9 12/18 13/1
13/4 17/18 18/21 20/13
23/8 26/10 27/7 28/8
28/12 28/13 28/25
29/14 29/15 29/16
31/14 31/18 31/19 34/1
35/22 36/17 36/19
37/13 40/13 41/13
41/20 42/1 43/15 43/24
46/22 50/5 50/9 51/8
51/21 52/9 52/24 53/6
53/9 53/14 54/1 54/10
54/13 54/18 54/18
55/12 63/15
above [3] 32/11 32/25
65/4
above-titled [1] 65/4
accent [1] 41/17
accept [1] 51/13
accepted [1] 29/10
accepts [1] 29/12
access [2] 16/9 16/11
accordance [1] 59/15
according [1] 12/22
account [3] 51/17 56/7
59/9
accountable [1] 10/22
accrue [2] 59/20 59/24
achieve [2] 23/1 49/15
acknowledgment [1]
51/5
act [2] 8/22 28/23
actions [10] 10/18
15/16 19/25 20/4 20/14
20/20 22/14 22/16
26/24 56/7
actual [3] 19/3 51/5
54/2
actually [4] 14/12 12/19
12/21 17/24 18/3 51/25
53/13 58/16 63/5
add [1] 62/10
added [1] 27/7
addition [1] 59/14
additional [1] 28/6
address [5] 4/8 10/8
19/9 30/8 60/13
addressed [1] 30/7
adequate [1] 49/22
adjudicated [1] 17/11
admission [3] 18/16
18/24 57/16
admitted [5] 12/11
18/3 18/14 23/25 51/12
admittedly [1] 15/18
advertises [1] 16/7

advised [1] 6/12
aerial [1] 45/9
affect [2] 24/20 30/6
affidavit [3] 17/20
23/10 51/15
affidavits [2] 31/8
31/11
afford [2] 49/22 61/6
afield [1] 45/9
African [1] 34/7
African-American [1]
34/7
after [17] 11/10 13/21
14/19 14/24 15/9 15/14
21/11 27/2 27/9 28/4
28/4 40/14 52/16 53/1
53/2 60/25 63/8
afternoon [5] 3/2 3/10
3/11 6/5 56/24
afterwards [1] 53/21
again [26] 12/5 14/2
19/20 19/21 19/23
20/21 20/23 21/3 21/4
24/7 25/1 26/6 27/22
28/25 29/10 29/10 30/2
42/11 46/20 46/25 47/1
48/2 48/14 49/2 58/24
59/8
against [1] 32/1
ago [7] 17/12 23/10
23/14 24/4 31/14 31/20
50/13
agree [1] 18/23
agreed [1] 29/20
agreeing [1] 6/7
agreement [5] 18/5
25/6 35/8 35/10 50/23
agrees [1] 5/21
ahead [2] 5/14 36/5
aid [2] 9/6 9/7
aided [1] 2/8
air [2] 11/20 44/13
airplane [2] 27/16
27/17
airport [6] 15/10 15/11
40/19 40/24 40/25 43/5
albeit [1] 52/18
aligned [1] 35/15
all [64] 4/2 4/21 5/24
7/3 7/11 8/4 8/8 8/11
10/11 11/6 11/11 16/4
17/13 19/5 22/19 22/24
23/14 25/1 27/10 27/11
27/12 28/8 28/20 29/6
29/8 30/13 31/4 31/11
32/7 32/20 33/11 33/21
34/3 38/15 39/13 40/9
41/13 42/4 42/25 43/10
43/14 44/2 44/4 44/20
44/25 45/8 45/23 47/3
48/18 48/19 49/1 49/4
49/13 50/15 52/6 53/9
57/12 58/20 59/9 61/18
62/21 63/16 64/5
All right [9] 4/2 7/3 8/4
42/4 44/2 45/8 48/19
62/21 64/5

allegation [1] 17/19
allegations [4] 18/12
18/19 23/15 46/1
alleged [3] 18/6 21/4
46/25
allocutions [1] 9/25
allowed [3] 16/8 20/16
42/5
almost [5] 14/25 20/2
20/10 22/10 52/17
alone [3] 15/5 15/6
51/5
Along [1] 11/11
already [11] 4/23 9/18
21/12 29/20 31/18 32/8
40/22 45/13 48/3 63/3
63/11
also [13] 9/9 19/16
20/8 22/19 29/14 30/23
49/22 51/1 52/21 53/6
53/7 59/16 61/1
although [2] 58/8
62/17
am [4] 32/22 32/22
43/3 47/7
Amendment [1] 55/7
AMERICA [2] 1/3 3/3
American [2] 34/7 54/6
Americans [1] 10/16
AMIT [1] 1/10
amount [5] 11/1 59/17
59/22 60/5 60/19
amounted [1] 15/22
analysis [1] 21/11
another [12] 28/3 30/4
34/13 37/14 37/16
37/17 39/8 40/3 42/13
42/18 43/9 43/15
answer [2] 7/1 16/18
Anthony [2] 1/13 3/5
anthony.franks [1]
1/16
any [41] 4/23 6/9 8/9
9/17 9/24 14/5 16/22
17/4 17/4 24/14 24/17
24/21 25/16 25/19
25/22 27/19 28/5 30/3
32/10 32/10 32/20
38/14 39/13 41/15
45/22 47/8 47/14 47/15
51/5 51/13 53/12 57/23
58/3 58/4 59/19 59/23
59/23 60/7 60/13 60/24
61/18
anybody [4] 29/5 37/20
54/16 58/19
anymore [1] 36/16
anyone [6] 34/3 34/3
35/2 37/15 38/22 40/1
anything [12] 9/10
18/13 25/21 28/8 30/10
31/19 31/23 32/9 39/22
43/4 43/16 43/20
anyway [6] 31/21 37/9
40/3 40/19 43/2 45/2
apartment [5] 45/4
45/6 45/6 46/1 46/2
apologize [3] 45/18

**A**

apologize... [2] 45/20 47/18
appeal [5] 60/22 60/24 60/24 61/7 61/8
appear [4] 6/20 7/2 7/19 50/11
APPEARANCES [2] 1/12 2/1
appearing [1] 3/8
appears [1] 15/6
apply [1] 49/11
appreciate [3] 4/25 46/8 48/22
approached [1] 20/25
appropriate [2] 16/11 46/18
approximately [1] 22/11
Architect [3] 59/17 59/22 60/2
are [43] 4/23 5/3 5/6 6/5 6/7 7/9 8/15 8/23 9/17 11/4 13/6 13/24 14/19 16/22 18/25 22/21 24/17 27/11 28/7 28/14 29/22 30/4 30/11 31/19 32/18 32/21 33/4 33/5 33/7 36/6 37/1 40/22 44/18 49/13 49/17 52/4 52/21 55/25 56/1 56/2 59/12 60/9 61/18
area [11] 22/13 34/25 35/1 35/1 35/5 35/13 35/20 36/22 37/16 37/23 38/4
areas [1] 16/9
aren't [1] 29/2
argue [1] 19/22
argument [1] 30/14
arguments [1] 11/4
arm [2] 14/12 37/9
armed [2] 12/12 14/14 54/7
around [11] 10/16 11/11 14/8 15/13 16/3 16/4 22/12 26/20 47/21 55/4 57/12
arrangements [1] 62/18
arrest [6] 17/21 43/12 46/2 51/15 63/8 63/11
arrested [3] 28/10 44/1 44/7
articulated [1] 23/2
as [45] 4/1 11/9 11/14 12/13 13/6 14/2 14/19 14/20 15/5 15/5 15/6 17/11 17/23 18/3 18/7 18/14 18/24 20/25 21/1 21/5 21/24 23/2 23/9 23/14 24/24 26/1 26/3 26/9 26/19 27/12 32/4 32/12 33/9 36/9 39/15 39/15 44/12 49/24 49/25 51/5 51/14 54/7 54/19 59/10 60/15

Asian [1] 34/21
ask [8] 9/2 16/17 16/20 17/17 19/11 37/19 42/7 62/13
asked [4] 17/23 23/9 46/22 51/19
asking [4] 24/11 48/6 48/6 49/1
assault [2] 53/1 58/4
assaulted [1] 14/6
assaultive [1] 57/12
Assessment [2] 59/15 60/19
assistance [1] 61/4
assume [1] 62/4
attacked [1] 48/16
attended [1] 11/9
attention [2] 60/4 62/1
attorney [2] 6/11 6/13
audience [2] 40/22 41/4
audio [9] 31/4 31/17 35/24 35/25 36/2 40/2 40/8 63/20 63/25
aunt [1] 41/11
authorization [1] 8/21
authorized [1] 25/5
available [2] 49/25 61/3
Avenue [2] 2/5 60/11
avoid [1] 50/1
aware [3] 26/12 29/23 42/20
away [4] 33/21 34/9 41/20 41/24

**B**

back [17] 4/22 24/6 27/17 31/17 32/13 41/25 42/23 43/1 45/6 46/3 46/4 48/20 49/9 51/9 54/9 62/12 62/16
backed [1] 4/23
background [2] 15/17 16/2
backing [1] 5/1
Baker [2] 2/2 3/7
balance [2] 59/24 60/7
ballots [5] 31/9 31/16 31/16 42/13 42/14
barely [1] 31/23
bargain [1] 38/17
barge [3] 37/4 37/8 39/22
Barrett [1] 2/5
barricades [1] 32/10
bars [1] 44/13
based [2] 17/23 51/3
basically [1] 26/18
basis [4] 17/25 22/3 51/6 51/10
battery [2] 52/15 57/17
battle [2] 14/24 29/4
Bauer [3] 21/15 52/11 52/17
be [46] 4/11 5/2 5/4 5/5 5/7 5/9 7/20 7/25 8/5

16/22 15/19 19/22 19/23 23/12 24/8 24/14 24/18 28/18 29/13 29/22 29/23 30/7 34/17 38/10 44/24 47/2 48/20 48/22 50/20 55/13 58/1 58/21 59/10 59/14 59/25 60/16 60/17 60/18 61/12 61/13 62/8 62/17
Beach [1] 39/18
beat [2] 44/22 47/16
because [29] 7/12 12/17 19/23 21/22 27/8 29/9 31/20 36/12 39/25 40/16 42/10 42/20 43/7 43/19 44/17 45/2 45/5 45/16 46/5 47/21 48/14 54/14 54/21 54/22 54/23 56/16 57/9 58/5 58/22
becomes [1] 61/3
bed [1] 44/9
been [34] 9/18 12/25 15/15 21/7 21/8 21/8 21/9 21/10 21/12 21/20 21/22 25/11 28/17 29/20 29/25 31/12 32/5 33/12 44/18 44/18 45/22 48/3 48/5 49/1 50/8 50/16 53/19 54/23 55/12 56/6 58/8 58/10 58/20 59/6
before [12] 1/10 3/22 9/25 12/14 20/23 20/24 25/6 25/8 30/1 34/12 61/19 62/17
began [2] 15/12 50/12
begin [2] 50/6 62/19
behalf [2] 3/7 10/12
behavior [3] 57/12 58/14 58/23
behind [2] 33/3 40/5
being [8] 17/11 19/16 33/24 34/17 37/6 38/9 48/15 58/17
belabor [1] 25/2
belied [1] 25/10
beliefs [1] 28/12
believe [16] 5/1 13/3 15/24 20/17 21/2 22/25 55/25 56/12 56/19 56/19 56/25 57/6 57/9 57/19 57/23 63/25
believed [1] 26/13
believes [3] 10/23 20/17 22/21
bench [1] 54/13
benefit [2] 58/7 58/9
best [1] 5/5 5/6
better [2] 56/10 56/16
between [2] 38/22 53/23
big [3] 13/12 35/5 57/5
bigger [1] 57/8
bit [3] 40/24 42/6 54/1
bless [1] 44/14

bologna [1] 40/20
book [1] 43/9
booked [2] 40/18 43/10
both [10] 11/3 21/15 21/23 52/5 52/7 52/8 52/12 52/13 52/13 59/5
Box [1] 1/18
break [2] 25/22 33/8
breakout [1] 5/15
brief [2] 23/14 63/13
briefly [1] 46/14
briefs [1] 30/13
bring [2] 19/8 24/10 47/22
bringing [1] 28/25
broadcast [1] 55/15
broken [9] 11/20 11/25 16/5 20/1 33/7 38/4 38/5 54/3 58/17
brother [1] 22/13
brought [1] 62/1
build [1] 34/22
building [20] 12/12 16/12 25/17 26/1 26/3 26/19 33/6 35/15 38/23 52/13 54/2 54/3 54/4 54/8 55/3 55/4 57/3 57/20 58/15 60/4
bunch [1] 40/20
Bureau [1] 63/9
business [15] 15/19 15/23 45/1 45/2 45/6 45/15 46/6 47/14 47/15 48/9 50/12 50/13 50/15 62/12 62/16
businessman [1] 50/17

**C**

call [2] 27/10 39/14
called [3] 31/17 34/25 55/18
calmly [1] 34/4
came [9] 14/5 25/12 26/4 27/8 39/25 40/4 40/5 42/12 42/13
camera [2] 26/20 32/25
cameraman [1] 26/19
can [38] 3/12 3/19 4/3 4/8 4/20 5/12 7/14 10/8 12/16 13/3 13/21 14/12 16/17 17/17 18/10 18/23 24/10 25/13 29/16 30/6 30/7 30/8 31/23 33/2 35/10 36/3 36/14 37/19 40/21 41/1 50/14 50/19 54/1 54/9 62/12 62/14 62/16 63/1
can't [7] 20/13 31/19 33/3 34/8 43/9 51/7 51/18
cannot [1] 51/13
Capitol [52] 10/17 11/10 11/14 11/16 11/17 11/19 12/22 14/1 14/7 14/9 14/22 14/23 15/1 16/3 16/15 19/25

20/1 20/10 20/25 22/9 22/10 22/12 22/15 22/17 24/25 25/16 25/20 26/15 27/6 28/15 32/1 32/4 32/5 36/1 39/16 39/16 40/14 46/24 47/25 48/12 54/4 55/3 55/4 55/10 55/17 55/19 57/3 58/15 58/24 59/17 59/22 60/3
captured [3] 14/17 20/10 20/12
care [2] 49/24 63/17
CARES [1] 8/22
caricatured [1] 59/6
carried [1] 26/13
carrying [2] 26/11 57/18
case [18] 3/3 6/20 18/9 19/17 21/15 21/21 21/22 22/5 22/7 22/20 22/20 23/13 24/5 27/7 27/8 27/13 28/11 53/18
cases [10] 6/17 12/20 21/17 22/23 22/20 25/4 25/13 25/23 28/7 51/25
category [1] 53/4
Cathy [1] 60/4
cause [8] 17/23 17/25 18/12 18/16 51/3 51/4 51/8 51/14
causing [1] 27/16
CCTV [1] 13/22
celebrating [1] 22/16
certain [2] 6/19 16/9
certainly [6] 17/1 26/5 52/10 52/24 59/1 59/4
certification [4] 10/20 17/25 18/12 20/5
Certified [1] 2/4
certify [1] 65/2
certifying [1] 20/5
CH [1] 2/5
challenge [1] 61/1
chamber [2] 27/1 27/2
change [5] 6/21 6/24 7/16 60/13 60/14
chant [1] 15/12
chanting [6] 12/3 12/6 12/23 20/2 28/18 42/17
chants [1] 15/1
chaos [2] 11/11 16/4
characteristics [3] 17/10 49/19 50/6
charge [3] 18/8 18/17 27/5
charged [5] 17/24 21/9 28/17 28/18 58/8
Cheryl [1] 60/4
chest [1] 30/7
Chicago [1] 31/1
Chief [2] 8/22 60/3
choice [1] 26/5
choose [1] 60/24
choosing [1] 8/5
chose [6] 36/20 36/21 36/21 36/22 36/23 36/23

**C**

chronic [1] 29/25
chronological [2] 30/23 47/9
circling [1] 42/23
circular [1] 35/5
circumstances [5] 5/5 5/6 11/7 15/9 49/18 54/10 62/24
cited [1] 53/17
cites [1] 22/6
City [1] 31/9
claim [1] 61/4
Class [2] 29/12 49/12
clearly [1] 55/23
Clerk [3] 60/1 60/10 60/14
client [1] 4/4
cliff [1] 33/3
climbing [3] 11/12 11/20 16/4
closer [1] 11/14
clothes [4] 41/21 41/22 41/25 42/10
CNN [2] 44/21 45/17
cockroach [1] 44/8
cockroach-infested [1] 44/8
cockroaches [3] 44/9 44/12 44/16
Code [2] 10/24 60/12
collect [1] 48/20
colloquy [1] 51/11
COLUMBIA [2] 1/1 60/2
Columbus [2] 12/9 14/11
Columns [1] 53/8
combat [2] 28/24 29/1
come [26] 5/20 7/13 17/5 25/4 25/16 26/19 33/5 34/15 34/15 34/15 34/15 34/16 34/23 35/1 35/20 37/10 37/17 37/24 40/4 54/19 54/21 55/16 58/9 61/13 62/12 62/16
comes [6] 6/16 6/17 34/13 37/17 41/22 63/21
comforted [1] 35/21
coming [4] 14/20 33/4 43/1 44/12
commented [1] 54/13
commenting [1] 19/12
comments [2] 6/1 26/8
commit [1] 39/17
committed [2] 28/23 55/9
comparators [1] 13/6
compare [1] 22/3
comparison [1] 21/13
compelled [1] 57/1
completed [1] 50/11
completely [1] 47/11
complex [1] 46/2
complexion [1] 34/21
computer [1] 2/8

compromised [1] 2/8
concern [4] 4/25 5/4 29/16 40/16
concerns [1] 46/11
conclude [1] 61/20
concluded [2] 64/6 64/7
conclusion [1] 8/20
conditions [4] 18/8 56/4 58/22 61/11
conduct [24] 5/3 12/20 18/3 18/14 19/3 19/6 22/18 23/25 27/15 28/21 36/7 51/2 51/6 51/9 52/10 52/23 53/2 53/22 54/2 56/5 56/11 56/23 58/16 58/21
conference [1] 52/6
conferred [1] 5/17
confidence [1] 58/23
confinement [2] 21/17 53/14
confirm [2] 3/22 4/3
conflicts [1] 62/11
confronted [2] 54/7 57/17
Congress [4] 39/10 39/12 39/13 57/25
connection [2] 61/5 61/6
consequence [1] 17/4
consequences [3] 16/23 24/14 56/2
consider [4] 49/13 49/17 49/25 50/25
considered [1] 50/20
consistent [2] 27/5 29/2
conspiracy [1] 25/16
Constitution [2] 2/5 60/11
contact [1] 14/6
context [4] 29/6 36/25 37/8 38/17
continue [1] 8/21
continued [3] 2/1 12/8 14/7
contributed [1] 55/4
control [1] 16/8
conviction [9] 16/24 17/5 23/11 24/14 24/19 50/19 50/24 52/15 61/2
convictions [1] 52/18
cop [3] 35/3 42/10 42/15
cops [1] 37/12
copy [1] 17/22
Cordon [7] 22/7 22/9 22/12 22/19 22/22 22/23 53/17
corporate [1] 16/9
correct [4] 12/24 62/2 62/6 65/3
correctly [1] 26/1 29/1
cost [2] 61/7 61/8
could [15] 25/8 30/22 30/22 32/25 33/1 40/17

45/3 46/9 46/12 46/25 46/9 47/25 48/1 48/9 48/22
couldn't [3] 23/12 24/4 47/21
counsel [7] 5/17 6/18 10/6 28/10 61/5 61/13 61/15
Count [5] 59/13 61/23 62/2 62/3 62/7
Count 1 [3] 59/13 62/3 62/7
Count 4 [2] 61/23 62/2
countries [1] 54/21
country [1] 54/19
54/21 54/24 58/22
counts [1] 62/4
couple [3] 11/5 13/14 48/21
court [36] 1/1 2/3 2/4 4/11 11/2 18/7 19/10 20/21 20/23 22/3 23/6 23/9 29/5 29/17 29/18 30/4 30/8 46/13 47/7 48/7 50/24 59/10 59/11 59/17 59/22 60/1 60/1 60/10 60/10 60/14 60/20 60/22 60/25 61/7 62/13 65/7
courts [1] 4/23 5/3 21/17
coverage [1] 15/15
covered [1] 11/22
COVID [1] 65/6
COVID-19 [1] 65/6
CR [1] 1/4
created [1] 56/4
credit [7] 50/12 50/16 58/3 58/5 63/6 63/7 63/10
crew [1] 34/22
crime [2] 29/9 55/8
crimes [1] 23/21
criminal [13] 3/6 6/16 17/11 21/12 21/14 21/16 21/21 21/23 22/19 23/8 23/12 52/19 55/8
cross [2] 23/13 24/8
cross-examine [2] 23/13 24/8
crowd [8] 11/10 11/16 11/25 13/12 25/17 42/12 42/17 57/7
crowded [4] 13/19 34/10 35/3 63/24
CRR [2] 65/2 65/11
crying [2] 43/7 44/10
Crypt [11] 12/5 14/1 14/10 34/25 35/13 35/20 36/22 37/16 53/5 53/7 53/8
current [3] 47/15 47/16 61/11
currently [1] 61/3
Curzio [1] 21/21
customers [2] 15/20 16/14
desire [1] 26/10

**D**

D.C [13] 1/5 2/6 5/11 5/21 11/8 31/22 55/17 55/18 58/25 60/5 60/11 63/1 63/2
dark [1] 44/7
dark-skin-complexion [1] 34/21
Date [1] 65/10
day [14] 10/16 10/18 26/24 27/4 29/2 36/7 52/5 53/14 54/13 55/3 55/4 55/11 56/25 58/6
days [19] 15/9 15/14 21/18 22/17 40/15 52/9 52/13 52/22 53/24 56/4 59/12 60/13 60/17 60/24 62/3 63/1 63/2 63/3 63/7
days' [7] 10/25 21/17 22/4 53/10 53/25 63/6 63/7
dead [2] 32/18 32/19
deal [1] 57/1
deals [2] 21/6 43/11
debrief [3] 13/20 25/8 25/8
decades [1] 50/13
decide [2] 27/13 27/13
decided [2] 12/13 14/16
decides [1] 59/3
deciding [1] 56/3
decision [6] 6/18 48/25
defendant [15] 1/7 1/17 5/17 10/21 11/7 11/11 11/23 12/2 15/25 22/5 37/6 49/3 49/19 49/23 53/17
defendant's [3] 3/8 9/7 20/20
defendants [9] 12/20 20/22 21/9 21/16 21/18 21/20 21/22 52/3 52/4
defense [3] 3/6 3/25 5/17 9/15 9/21 50/10
deferred [4] 17/16 48/23 50/22 51/18
delay [1] 62/15
delaying [2] 8/18 20/4
deleted [2] 52/7 53/9
delivering [1] 31/8
Delta [1] 41/3
democracy [1] 10/19
demonstrate [1] 28/15
denied [1] 23/14
Department [1] 31/13
Derek [1] 52/5
descended [1] 55/10
described [1] 34/16
describing [3] 41/19 43/5 46/17
deserve [1] 58/7
designated [3] 32/15 37/23 38/3

destroy [1] 58/3
destroyed [1] 14/5
details [1] 17/13
detain [1] 43/13
detained [3] 21/22 43/24 44/1
detention [3] 53/5 53/10 53/25
deter [5] 20/24 20/25 21/2 21/3 58/14
determination [1] 51/4
determine [2] 51/2 52/3
determines [1] 59/18
deterred [6] 46/20 47/2 47/7 48/3 48/5 58/2
deterrence [6] 20/7 20/7 20/8 20/18 20/21 49/22
Detroit [1] 31/1
device [1] 2/7
did [42] 9/11 14/6 14/21 17/22 19/8 22/16 23/16 23/17 23/17 23/19 24/25 25/8 25/10 25/20 25/25 26/9 26/10 27/4 28/9 36/25 37/4 37/5 37/6 37/11 37/20 38/24 38/24 38/25 39/3 40/7 47/18 48/1 48/11 48/12 50/21 52/4 53/14 54/5 57/21 57/21 58/3 58/6
did you [1] 19/8
didn't [40] 12/4 12/8 19/5 20/24 20/25 21/2 23/11 25/15 25/20 25/21 25/22 25/22 27/1 27/1 27/2 27/22 28/5 29/5 32/9 32/10 32/10 33/8 33/20 34/2 35/2 35/19 37/8 37/15 38/17 39/9 40/1 40/18 41/14 43/17 43/18 55/16 55/16 57/16 58/4 63/25
different [4] 22/21 22/23 52/24 53/18
difficult [1] 56/20
directed [1] 56/9
direction [1] 40/4
disappointed [1] 56/21
disappointing [1] 56/13
disbanded [1] 58/1
disbursement [1] 60/2
discretion [1] 27/12
discussing [1] 6/3
dismissal [2] 18/9 50/23
dismissed [1] 62/8
dismissing [1] 62/4
disparities [3] 21/7 50/1 51/21
displayed [1] 43/21
disregarded [1] 16/13
disrespectful [1] 45/22
disrupt [3] 26/11 28/16 39/22

**D**

disrupted [1] 15/13
disrupting [1] 27/16
distinguishable [1] 22/7
DISTRICT [6] 1/1 1/1 1/10 60/1 60/2 60/10
divulging [1] 15/21
do [49] 4/12 4/20 5/9 5/10 6/2 6/9 6/12 6/13 7/7 7/7 7/14 7/17 7/21 8/2 8/12 8/21 13/16 16/22 17/4 17/6 18/2 18/5 18/6 18/7 24/12 24/13 24/17 25/7 25/21 25/22 27/15 31/19 32/22 34/10 34/14 39/24 39/24 41/14 42/20 45/25 47/1 48/2 48/11 49/9 49/11 50/10 51/3 58/12 59/18
Do you [3] 4/12 7/21 8/2
Do you have [1] 6/9
do you know [4] 13/16 16/22 18/2 24/13
does [7] 6/21 6/24 17/7 28/12 28/13 30/5 62/10
doesn't [11] 7/4 7/16 23/21 28/14 28/16 43/8 50/11 50/19 52/10 57/23 59/4
doing [8] 6/10 13/1 13/4 13/10 29/3 46/23 48/24 58/10
DOJ [1] 1/13
DOJ-USAO [1] 1/13
don't [38] 4/22 10/2 10/12 18/12 21/2 24/3 24/12 24/19 24/19 24/21 25/2 28/17 29/11 30/3 32/20 32/24 33/4 33/5 33/13 36/16 40/16 41/16 42/23 42/24 42/25 43/20 47/12 51/7 51/11 51/11 51/23 52/19 54/16 57/6 57/9 57/19 58/23 62/10
done [3] 25/18 27/23 58/10
door [2] 14/17 14/18
doubt [2] 8/9 18/21
doubts [1] 6/9
down [10] 25/2 31/9 34/12 34/14 35/4 35/4 38/18 41/21 41/21 42/1
dragged [2] 44/22 47/16
drawing [1] 42/12
Dresch [1] 21/22
dressed [2] 28/24 29/1
drivers [1] 31/8
during [4] 13/4 13/10 14/25 65/5
duties [1] 26/12

**E**

each [6] 35/15 35/15

ear [1] 34/9
earlier [1] 52/12
early [2] 25/6 34/24
easily [2] 22/7 34/17
East [1] 1/19
ebmjr [1] 1/20
ECF [2] 9/5 9/8
ECF 35 [1] 9/8
edema [1] 29/25
education [1] 49/24
Edward [3] 1/17 1/18 3/6
effects [1] 45/17
effort [1] 55/8
either [9] 9/2 9/24 24/5 34/21 52/20 61/5 61/12 61/19 62/16
elected [3] 26/11 55/19 55/20
election [5] 10/20 28/8 55/22 56/12 56/17
elections [1] 54/22
elements [1] 24/1
else [7] 9/3 9/10 28/8 35/14 43/16 48/4 58/25
Email [2] 1/16 1/20
embellishment [1] 29/3
emphasis [1] 11/5
employees [1] 50/18
employer [1] 50/17
end [7] 14/11 17/1 20/3 21/19 28/20 32/18 32/19
enforcement [16] 12/12 12/13 14/6 14/13 15/3 32/11 32/20 37/17 38/6 38/20 40/3 41/14 45/20 45/22 45/23 48/15
engaged [7] 14/12 15/2 51/2 51/6 51/9 51/13 58/16
engages [1] 15/2
enough [10] 12/14 27/21 30/4 44/18 44/19 45/2 48/5 55/13 56/17 56/18
ensure [1] 16/10
entered [6] 11/24 13/11 14/19 51/10 54/2 61/2
entering [3] 19/25 26/13 33/14
enters [1] 60/25
entirely [1] 27/4 56/15
episode [1] 55/16
equipment [1] 53/1
Eric [1] 53/6
Erik [1] 52/5
escorted [1] 15/14
especially [1] 16/6
essentially [2] 11/15 51/15
even [12] 20/25 23/11 23/12 24/8 25/6 26/4 32/9 37/16 43/7 48/9

event [1] 55/1
events [7] 28/5 47/9 47/23 53/3 54/13 54/18 56/5
ever [5] 34/19 45/16 59/7
every [4] 31/12 41/16 51/24 51/25
everybody [6] 26/2 48/19 49/5 49/9 50/2 55/2
everybody's [1] 3/23
everyone [10] 3/10 3/12 4/21 31/25 35/7 35/14 48/4 49/8 63/19 64/4
everyone's [1] 8/19
everything [2] 45/12 46/9
evidence [5] 12/23 13/4 14/4 18/11 53/9
exactly [4] 18/6 51/2 57/24 63/9
examine [3] 23/13 24/8 28/20
example [1] 25/12
excuse [3] 28/19 51/8 52/8
excuses [2] 38/14 47/8
excusing [1] 26/22
expanded [1] 50/14
expect [1] 28/17
experience [1] 21/1
explanation [1] 28/3
expressed [1] 22/13
expression [1] 55/7
extended [1] 52/16

**F**

face [5] 4/21 4/21 11/21 33/2 48/4
fact [6] 17/21 51/17 52/16 53/11 56/11
factor [4] 7/20 15/19 15/25 19/18
factors [7] 10/23 19/14 21/5 22/22 49/13 49/17 59/9
facts [8] 18/2 18/6 18/25 19/5 22/7 25/11 51/12 51/20
factual [1] 18/19
failed [1] 46/17
fair [5] 12/19 27/21 54/22 62/23 63/4
fake [1] 44/23
falls [1] 53/22
falsehoods [2] 55/22 56/1
families [2] 45/20 48/14
family [1] 50/9
far [3] 15/5 39/15 45/9
FBI [6] 14/14 31/14 31/17 32/21 34/17 40/16
fed [1] 55/21

feel [1] 44/17
feet [1] 41/20
felony [6] 17/2 17/24 23/11 24/18 45/5 46/5
few [1] 48/19
fight [1] 39/22
figure [1] 65/3
file [2] 60/24 61/8
filed [1] 11/3
files [1] 24/4
finally [2] 12/12 40/5
financial [2] 50/15 60/3 60/9 60/15
financials [2] 45/13 47/13
find [6] 8/12 8/15 24/7 43/25 51/13 57/10
finding [4] 18/11 18/16 18/24 51/8
findings [1] 8/23
fine [2] 27/25 29/19
fired [2] 45/7 46/2
firm [2] 16/1 21/2
first [11] 9/1 10/5 11/6 25/3 25/11 33/10 36/12 54/12 54/14 55/7 58/11
First Amendment [1] 55/7
five [3] 36/12 53/18 57/15
flag [10] 12/2 12/5 13/21 14/3 15/2 33/21 35/7 35/13 54/6 54/6
flags [3] 13/15 13/23 37/12
fled [1] 54/20
flew [3] 11/7 11/8 54/5
flight [5] 15/11 15/13 15/13 41/3 43/6
followed [2] 11/21 25/17
follows [1] 59/10
foot [1] 34/18
forced [1] 57/3
Ford [1] 60/4
foregoing [1] 65/3
forget [1] 10/16
forgotten [1] 63/15
forth [3] 17/20 49/14 49/16
forward [4] 25/4 25/12 25/14 34/8
four [1] 22/10
four minutes [1] 22/10
frankly [3] 55/3 56/11 58/22
Franks [20] 1/13 3/5 10/5 10/12 12/16 17/17 23/8 23/22 25/6 26/1 26/17 27/7 29/1 32/24 39/5 40/16 40/19 46/3 46/14 48/8
fraud [11] 11/9 21/4 28/13 30/25 31/1 31/15 32/2 32/3 33/21 47/1 56/13
free [1] 54/22

frequently [1] 56/18
friends [6] 11/13 11/15 12/7 14/8 29/4 39/19
front [2] 32/14 33/2
full [5] 36/9 36/20 44/15 47/7 60/15
further [5] 8/15 21/19 30/10 60/17 61/1
Furthermore [1] 8/21

**G**

game [1] 56/9
garb [1] 25/9
gas [4] 11/20 20/25 52/7 57/11
gate [1] 29/13
gathering [1] 42/19
gave [5] 26/17 40/8 40/9 45/14 47/13
general [3] 20/7 20/18 26/23
generally [1] 58/14
get [32] 17/3 17/13 19/5 21/4 24/4 25/5 25/8 25/13 30/25 31/21 32/11 32/17 32/22 34/12 38/3 39/24 39/24 40/23 42/7 42/16 42/18 43/2 43/6 43/8 43/10 48/15 58/5 59/7 61/16 62/11 63/2 63/6
gets [7] 16/7 29/15 41/2 41/3 42/19 46/20 62/18
getting [10] 13/19 22/22 24/15 31/3 34/10 41/23 41/24 47/14 57/7 63/24
give [7] 17/22 24/11 30/5 43/15 44/4 51/18 58/23
given [5] 8/17 12/25 22/2 28/22 58/8
glad [1] 63/5
go [40] 5/10 5/11 5/14 9/1 14/7 23/6 25/13 27/1 27/2 28/5 28/11 31/22 31/22 32/2 32/22 34/25 35/4 35/4 36/5 36/21 36/22 36/24 37/5 38/17 39/13 39/19 40/14 40/19 41/9 41/14 42/6 43/9 45/6 46/3 46/3 51/23 57/2 57/3 57/10 61/12
Go ahead [2] 5/14 36/5
goals [1] 23/2
God [1] 44/14
goes [4] 16/10 41/22 41/25 50/15
going [43] 5/10 7/4 7/20 11/17 16/22 20/15 24/6 28/15 28/20 29/10 31/25 31/25 32/4 32/14 33/5 33/7 33/20 33/22 34/12 36/17 36/18 37/23 38/1 39/16 39/17 39/18 39/20 39/20

**G**

going... **[15]** 39/20 39/21 42/2 42/5 43/15 45/9 45/18 46/24 47/1 47/2 47/8 47/18 48/2 57/12 62/11

gone **[2]** 51/22 59/5

good **[8]** 3/2 3/10 3/11 3/15 3/20 25/12 50/17 63/17

goodness **[1]** 40/7

Google **[2]** 41/4 44/21

got **[15]** 11/14 11/19 14/11 22/18 27/9 28/9 30/2 40/17 43/22 43/23 45/6 45/7 45/7 45/21 52/6

gotten **[1]** 25/24

government **[22]** 1/13 3/5 3/24 9/12 9/20 10/5 10/13 10/23 17/7 19/21 20/17 21/16 22/21 24/9 24/24 47/4 50/20 51/19 51/23 52/1 52/12 62/4

government's **[3]** 9/6 12/23 27/9

great **[1]** 41/12

greater **[2]** 23/1 49/15

Griffith **[1]** 53/5

grounds **[4]** 14/22 16/12 47/25 48/12

group **[6]** 37/14 37/16 37/17 39/25 40/3 40/11

grouped **[1]** 21/11

grown **[2]** 11/15 50/13

Gruppo **[1]** 53/8

guess **[1]** 4/20

Guidelines **[1]** 49/11

guilt **[2]** 18/16 18/24

guilty **[9]** 11/17 11/17 23/21 25/3 25/4 45/4 50/21 61/5 61/23

guy **[10]** 34/19 41/7 41/8 41/16 41/23 41/25 42/9 42/10 42/11 43/22

**H**

H2205B **[1]** 60/5

had **[27]** 11/15 14/9 14/14 15/13 15/15 21/13 21/16 21/22 22/19 25/7 29/25 31/15 32/25 34/20 34/22 41/17 42/19 44/11 44/14 50/14 51/18 52/7 52/15 52/15 52/17 52/17 63/14

half **[4]** 32/1 42/16 42/17 42/21

hall **[3]** 12/8 14/11 53/8

Halls **[1]** 14/10

hallway **[5]** 34/12 33/4 33/14 34/14 35/4 35/5

hand **[5]** 22/15 34/16 34/19 34/19 35/19

hands **[1]** 31/19

hang **[7]** 5/15 38/2 42/5 48/19 49/5 50/2 52/25

happen **[2]** 42/3 58/24

happened **[9]** 28/2 28/4 28/5 32/8 35/11 35/12 38/19 41/18 56/25

happens **[1]** 46/25

harassment **[4]** 17/12 17/24 18/1 23/18

hard **[2]** 27/23 58/9

hardly **[2]** 26/4 47/15

has **[26]** 11/2 14/23 20/22 23/22 28/3 29/5 29/10 29/20 29/24 30/3 34/8 41/7 41/8 45/1 46/19 49/1 49/12 50/13 50/14 50/16 51/19 51/23 52/1 52/1 54/8 54/23

hasn't **[4]** 25/9 28/17 46/21 55/12

have **[102]**

haven't **[5]** 9/3 9/18 12/25 50/8 58/8

having **[5]** 5/20 58/10

he **[202]**

he didn't **[7]** 25/21 25/22 25/22 27/2 28/5 29/5 55/16

he said **[6]** 11/17 13/16 13/19 14/16 26/22 41/11

He walked **[1]** 14/17

he'd **[1]** 52/17

he'll **[1]** 10/7

he's **[38]** 5/20 12/21 14/2 14/2 14/17 14/19 14/22 15/2 15/5 15/6 15/18 15/19 15/22 16/25 18/13 20/22 25/3 25/15 26/9 29/4 29/15 34/17 34/23 42/15 34/17 41/23 42/15 46/16 46/20 46/21 46/21 47/1 47/2 50/8 51/18 59/5 59/6 62/11

headquarters **[1]** 16/10

health **[2]** 62/16

hear **[17]** 3/12 3/19 30/11 30/19 30/22 30/22 31/23 34/2 34/8 35/2 35/25 37/15 40/1 42/6 56/16 56/20 56/22

heard **[9]** 10/6 10/7 24/23 31/7 38/8 38/15 47/3 52/24 62/23

hearing **[16]** 3/9 4/5 4/10 4/11 4/18 5/21 6/4 6/5 7/13 8/14 8/24 12/10 27/14 38/10 64/2 65/5

hearings **[1]** 5/4

heart **[1]** 56/1

heavily **[2]** 12/12 14/14

held **[2]** 10/21 56/6

help **[1]** 13/9

Hemenway **[2]** 21/15 52/11 52/14

here **[29]** 4/19 4/20 4/22 5/3 7/19 8/1 8/5 10/21 11/1 11/7 14/5 15/19 15/24 17/11 19/6 19/18 19/21 20/23 21/3 22/8 37/2 44/18 45/10 46/18 46/19 47/5 55/15 56/3 56/12

hereby **[1]** 59/12

hey **[12]** 31/24 31/24 32/2 34/9 34/14 34/14 35/21 37/10 40/12 41/10 41/14 44/11

high **[2]** 32/25 50/11

him **[28]** 11/11 12/14 14/12 14/12 16/4 19/16 20/6 20/6 20/24 20/25 21/2 21/3 22/4 22/18 23/13 27/3 28/17 29/19 30/6 34/7 34/16 35/21 41/10 43/18 46/22 46/23 54/8 59/7

himself **[2]** 14/24 59/8

hired **[1]** 28/10

his **[61]** 6/1 8/13 11/13 11/14 11/21 12/2 12/5 12/7 12/7 12/10 13/14 13/21 13/23 14/2 14/8 14/12 14/25 15/2 15/16 15/20 16/2 16/8 16/14 16/14 16/23 17/3 17/16 18/16 18/24 20/4 21/1 22/13 22/14 22/15 22/18 23/12 24/3 24/20 28/14 29/3 29/25 34/9 34/15 34/24 35/19 40/20 41/9 43/22 43/22 50/9 50/12 50/15 50/17 53/5 53/6 53/9 53/18 54/1 62/10 62/12 63/8

Hispanic **[1]** 34/22

history **[14]** 15/17 17/10 21/12 21/14 21/16 21/21 21/23 22/19 23/9 23/12 49/18 50/6 52/19 54/24

hit **[3]** 44/12 45/21 45/21

hitting **[2]** 38/21 41/13

hives **[1]** 30/7

hold **[1]** 8/24

holding **[1]** 13/24

home **[6]** 43/6 43/8 53/5 53/10 53/14 53/25

home-confinement **[1]** 53/14

home-detention **[1]** 53/25

homophobe **[2]** 41/19 42/11

homosexual **[1]** 43/21

Honor **[94]**

honorable **[2]** 1/10 50/17

hope **[3]** 59/4 59/5 63/20

hospitalized **[1]** 30/1

hour **[1]** 53/14

hours **[2]** 27/16 27/19

House **[2]** 27/2 60/4

how **[5]** 24/20 27/13 33/4 33/5 58/9

however **[2]** 50/22 52/14

hundreds **[1]** 55/9

**I**

I actually **[1]** 4/14

I also **[1]** 51/1

I am **[1]** 47/7

I apologize **[3]** 45/18 45/20 47/18

I appreciate **[1]** 46/8

I ascribe **[1]** 26/25

I assume **[1]** 62/4

I believe **[3]** 15/24 20/17 57/23

I can **[3]** 18/23 31/23 33/2 50/14

I can't **[3]** 43/9 51/7 51/18

I could **[1]** 40/17

I couldn't **[2]** 24/4 47/21

I did **[8]** 9/11 36/25 37/4 37/5 37/6 40/7 48/11 48/12

I didn't **[10]** 32/9 33/8 33/20 34/2 35/2 37/8 37/15 38/17 40/1 41/14

I didn't see **[2]** 32/10 32/10

I do **[1]** 18/6

I don't **[14]** 21/2 28/17 30/3 33/5 33/13 42/24 42/25 43/20 51/7 52/19 54/16 57/6 57/9 57/19

I don't have **[1]** 32/24

I don't recall **[1]** 42/23

I gave **[4]** 40/8 40/9 45/14 47/13

I guess **[1]** 4/20

I have **[8]** 9/4 17/22 39/19 41/7 46/11 54/13 54/18 57/19

I haven't **[3]** 9/3 12/25 50/8

I hope **[1]** 63/20

I just **[10]** 4/20 24/12 29/11 29/18 30/2 36/12 36/18 36/25 47/9 50/2

I know **[3]** 35/8 42/20 62/22

I mean **[10]** 4/20 12/19 13/5 13/5 17/19 25/11 27/18 28/2 36/4 38/8 31/14 40/2 40/15 43/19 43/22 43/23 45/9 46/4

I said **[2]** 35/9 43/3

I should **[5]** 9/10 45/18 47/24 53/16 62/2

I think **[32]** 3/20 8/19 18/15 22/1 25/10 26/6 28/20 29/7 30/6 30/8 31/14 40/2 40/15 43/19

I thought **[1]** 37/22

I told **[2]** 32/21 35/3

I understand **[7]** 7/22 8/3 11/22 26/15 48/23 48/25 56/22

I walk **[1]** 32/4

I want **[9]** 32/2 36/17 37/7 38/16 42/6 45/18 48/13 48/14 48/20

I wanted **[1]** 47/22

I was **[10]** 24/15 30/21 32/8 33/22 36/1 38/1 39/6 44/1 44/7 46/3

I was told **[1]** 3/17

I went **[3]** 33/18 33/23 36/10

I will **[5]** 7/16 19/9 26/7 52/4 56/21

I would **[1]** 17/2

I'd **[2]** 11/5 29/21

I'll **[17]** 7/7 7/7 10/4 10/19 10/8 14/4 16/20 19/11 23/6 30/3 30/25 31/21 32/11 40/23 42/7 44/4 48/20

I'm **[68]**

I'm going **[5]** 32/14 39/18 39/20 42/5 43/15

I'm just **[1]** 24/11

I'm not **[13]** 5/10 26/22 32/19 36/9 37/5 38/14 39/17 39/21 43/24 44/23 47/8 47/14 51/7

I'm sorry **[8]** 6/23 27/22 27/23 36/18 42/24 48/13 48/13 61/25

I'm sure **[1]** 24/18

I've **[22]** 9/2 9/8 12/19 32/5 33/12 34/16 34/19 38/8 40/22 42/5 44/17 44/18 45/13 45/15 45/15 45/16 48/3 48/5 51/17 51/22 51/22 51/25

I've already **[1]** 45/13

I've gone **[1]** 51/22

idea **[4]** 3/20 17/4 25/9 28/25

identified **[1]** 13/6

immediately **[2]** 22/13 60/9

immigrants **[1]** 54/19

impact **[2]** 7/5 17/3

impediment **[1]** 41/8

impose **[3]** 49/14 58/12 59/23

imposed **[3]** 49/20 60/22 61/2

impressionable **[1]** 55/25

imprisonment **[3]** 21/25 59/13 60/23

incarcerated **[2]** 29/17

**I**

incarcerated... [1] 29/16
incarceration [9] 10/25 20/15 20/18 22/2 22/4 23/1 46/18 47/4 52/2
inches [1] 34/9
include [1] 6/19
included [1] 9/8
including [1] 25/24
incorrect [1] 55/8
indicates [1] 16/5
individuals [3] 53/10 53/12 53/23
ineffective [1] 61/4
infested [1] 44/8
information [5] 13/1 61/3 61/24 62/3 62/8
initial [1] 15/16
initially [1] 13/13
inside [27] 11/23 12/21 13/1 13/4 27/6 28/15 33/8 33/8 33/9 33/18 33/23 34/2 39/20 39/20 39/21 39/21 44/13 52/9 52/12 52/13 53/8 53/18 53/20 54/3 54/3 54/5 57/2
Instagram [1] 43/19
instant [1] 22/20
instead [1] 8/25
intentionality [1] 26/10
interest [5] 8/19 59/19 59/19 59/23 59/24
interests [1] 6/15
interrupt [3] 12/16 27/22 36/3
invade [1] 25/16
Investigation [4] 9/4 9/18 15/21 17/14
invited [1] 38/9
involved [1] 59/8
is [94]
is there [2] 9/10 30/10
isn't [4] 6/15 35/21 40/13 62/22
issue [1] 51/20
issues [4] 29/15 29/22 30/4 30/5
it [103]
it could be [1] 48/22
it would be [1] 11/18
it's [40] 3/17 3/20 7/12 7/25 8/19 10/9 13/22 16/20 18/25 19/9 19/15 24/9 24/10 25/1 26/5 26/6 26/23 27/23 29/11 30/21 31/13 32/17 32/18 33/7 33/24 34/9 34/25 38/12 39/18 40/20 41/12 44/11 47/17 48/25 56/18 56/19 58/8 59/11 62/2 63/24
its [4] 8/19 54/21 54/22 54/23
itself [1] 19/3

**J**

Jack [1] 53/5
jail [12] 5/10 5/11 25/24 25/24 28/22 29/19 30/6 44/8 48/4 52/21 56/4 63/2
Jancart [1] 52/5
January [8] 10/15 16/13 47/15 47/16 53/1 54/17 54/25 56/6
Jennifer [1] 52/22
job [1] 45/7
JOHN [5] 1/6 3/4 3/16 31/18 59/12
John Lolos [2] 3/16 59/12
join [1] 59/3
joined [1] 11/16
jointly [1] 20/6
Jordan [1] 53/13
Jr [2] 1/17 1/18
JUDGE [3] 1/10 8/22 10/14
judgment [3] 59/11 60/25 63/10
just [49] 3/21 3/22 4/3 4/8 4/14 4/20 5/15 5/19 5/25 6/3 6/15 9/1 14/7 18/25 24/11 24/12 26/2 26/23 27/8 29/11 29/14 29/18 29/18 29/20 30/2 30/23 34/4 36/12 36/18 36/25 38/17 41/25 42/7 43/15 46/14 47/3 47/9 48/20 49/21 50/2 54/9 54/9 55/7 57/1 58/14 62/1 62/1 62/13 62/23
justice [2] 8/15 31/13
justify [1] 36/7
justifying [1] 36/8

**K**

keep [3] 28/25 36/17 36/18
kicked [8] 22/18 31/3 41/2 41/3 42/18 42/19 43/3 43/23
kill [2] 17/15 23/22
kind [7] 34/10 46/4 51/13 58/14 58/21 58/23 59/1
kindly [1] 26/17
kinds [2] 28/8 49/25
knew [1] 57/23
knock [1] 38/17
know [46] 5/3 10/2 13/16 15/5 16/18 16/22 17/6 17/7 18/2 18/6 18/7 18/13 24/3 24/13 24/15 24/17 24/19 24/19 24/24 25/1 25/15 26/7 26/23 27/11 27/18 27/23 28/10 28/12 29/5 29/9 29/21 31/18 33/4 33/5 34/10 35/8 42/20 44/23 50/10 51/23 54/1 54/12 54/17 56/16 62/10 62/22

**L**

lady [1] 42/18
lame [1] 46/4
largely [1] 54/4
last [3] 21/5 28/9 31/12
late [1] 34/24
later [4] 10/2 13/14 22/18 27/16
law [24] 12/11 12/13 14/6 14/13 15/3 19/20 24/19 29/8 32/10 32/20 37/14 37/17 38/6 38/12 38/20 40/3 41/14 45/20 45/21 45/22 48/15 49/21 54/22 58/13
law.com [1] 1/20
lawyer [1] 24/4
leaders [1] 28/24
League [1] 31/15
lean [1] 34/8
least [7] 17/24 18/13 22/4 23/25 27/18 51/14 51/19
leave [17] 3/21 12/13 12/14 14/16 27/3 34/3 35/2 37/15 37/21 40/1 40/2 40/6 40/12 40/14 54/8 57/17 57/18
leaves [1] 15/3
leaving [5] 20/10 26/9 31/24 42/23 43/1
led [2] 56/5 56/5
left [20] 12/17 14/21 22/12 22/15 22/16 25/25 26/9 32/13 38/23 38/24 38/25 39/3 40/6 46/22 47/21 53/20 57/20 57/20 57/21 57/25
legally [1] 57/10
legs [1] 29/25
leniency [3] 48/6 49/1 49/6
Leonard [1] 53/8
Leonard Gruppo [1] 53/8
less [3] 13/7 17/12 29/22 52/14 60/8
let [10] 3/22 4/17 5/25 6/15 9/1 9/2 50/6 54/9 59/20 63/8
Let's [1] 51/21
letter [3] 61/12 61/15 61/16
letters [4] 9/8 15/20 30/14 50/16
level [1] 52/10 56/15
license [1] 17/1
licensing [4] 17/1 24/14 24/17 24/20
licensure [1] 16/23
licensures [1] 48/10
lies [1] 55/21 56/1

known [1] 56/10
knows [1] 18/7

light [1] 61/3
like [26] 6/4 7/12 7/13 10/1 10/21 11/5 14/15 16/7 20/12 22/23 28/6 29/21 30/21 32/9 34/18 36/6 38/18 41/18 41/24 52/25 54/4 55/14 55/21 55/24 56/24 59/4
liked [1] 20/13
limitations [1] 65/7
limited [1] 21/20
line [3] 13/24 17/9 26/18
lined [1] 40/10
link [2] 20/9 20/9
list [2] 51/22 51/24
listed [1] 53/13
listen [1] 6/12 36/22
listening [2] 30/14 40/22
little [7] 12/17 17/12 21/9 40/23 42/6 45/9 54/1
live [1] 43/4
lived [1] 41/10
livelihood [1] 48/10
lives [1] 41/24
lobby [2] 40/25 41/6
loiter [1] 27/2
LOLOS [90]
Lolos's [9] 17/10 19/16 19/25 23/8 29/2 52/10 52/19 53/22 56/5
long [1] 13/5
longer [2] 53/11 60/23
look [8] 4/21 4/25 26/16 28/21 29/5 29/21 34/9 44/11
looked [2] 12/19 51/22
lookout [1] 61/12
looks [3] 14/15 26/4 26/20
lose [5] 45/2 45/5 45/12 46/9 48/9
lost [2] 45/13 46/5
lot [11] 6/16 12/25 21/7 23/8 24/11 28/8 28/23 50/9 56/22 58/5 58/23
lots [1] 23/20
loud [2] 41/23 41/24
loudly [1] 56/17
Louis [1] 1/15
luck [2] 62/25 63/18

**M**

macmahon [15] 1/17 1/18 1/20 3/6 4/3 5/14 5/25 9/14 10/7 16/21 24/13 30/11 36/18 46/15 62/14
macmahon-law.com [1] 1/20
MacMahonacMahon [1] 23/4
mad [3] 42/10 43/22 46/20

known [8] 9/19 11/4 24/1 26/5 46/1 53/5 53/6 59/25
make [23] 3/19 4/9 6/1 8/24 11/5 18/10 18/15 18/23 25/7 25/25 27/15 28/5 36/12 45/25 48/14 51/7 54/10 57/23 59/16 59/21 61/16 61/19 62/19
makes [3] 16/14 26/9 51/7
making [4] 28/19 38/14 38/14 42/16 47/8 61/15 63/3
man [1] 48/23
manager [1] 45/7
many [2] 33/4 33/5
map [1] 27/12
mask [1] 52/7
mass [1] 15/22
massive [1] 45/15
matrix [1] 27/9
matter [4] 8/18 36/22 49/11 65/4
matters [1] 9/24
mattress [1] 44/10
maximum [1] 60/23
may [12] 16/17 24/14 25/11 30/5 45/15 46/13 46/17 58/24 59/20 59/24 61/7 61/22
maybe [9] 16/18 18/19 20/6 34/21 42/20 58/24 58/25 58/25
me [52] 3/12 3/17 3/19 3/22 4/17 5/1 5/25 6/12 6/15 9/1 9/2 10/8 12/21 13/14 14/24 17/22 25/5 28/10 29/14 29/23 30/22 31/17 32/13 32/13 32/13 32/14 33/12 33/13 34/8 34/16 35/19 35/20 36/6 37/6 37/10 41/1 43/13 43/25 44/1 47/21 47/21 48/3 50/6 51/8 51/19 52/8 54/9 56/24 58/23 59/20 62/17 63/25
mean [15] 4/20 12/19 13/5 13/5 17/19 23/16 23/21 25/11 27/18 27/22 28/2 36/4 38/8 38/24 39/9
meaning [1] 43/21
meaningful [1] 56/6
means [2] 61/10 63/9
meant [5] 38/25 39/1 39/3 39/4 57/21
mechanical [1] 2/7
media [3] 53/1 53/2 59/7
medical [5] 29/15 29/22 30/3 45/16 49/24 MEHTA [2] 1/10 10/14
members [2] 39/9 57/25
memo [1] 50/10

**M**

**memorandum [7]** 9/6 9/7 11/3 21/6 21/24 22/25 27/8
**men [1]** 52/20
**mention [1]** 53/17
**mentioned [2]** 9/3 39/11
**mercy [3]** 48/7 49/1 49/6
**mere [1]** 55/6
**Merit [1]** 2/3
**message [1]** 11/15
**messages [2]** 39/15 52/7
**Middleburg [1]** 1/19
**might [1]** 51/16
**Mike [1]** 52/25
**military [1]** 25/19
**million [1]** 20/11
**mind [1]** 8/9
**minimize [1]** 54/17
**minimum [1]** 27/18
**Minnesota [1]** 42/14
**minute [2]** 43/15 51/21
**minutes [26]** 12/13 12/22 13/2 13/14 14/18 14/25 14/25 20/2 22/10 22/11 35/24 36/13 37/11 43/13 48/19 48/21 52/9 52/14 53/6 53/7 53/9 53/19 54/4 57/14 57/16 58/19
**misdemeanor [10]** 17/5 18/1 23/13 23/17 23/17 29/13 45/3 46/5 49/12 50/22
**miserably [1]** 46/17
**misheard [1]** 61/22
**misspoke [2]** 39/1 57/19
**mitigate [1]** 54/16
**mitigates [1]** 56/11
**mitigating [2]** 15/19 15/25
**mitigation [2]** 55/15 55/15
**MO [1]** 1/15
**mob [1]** 58/18
**moments [1]** 30/21
**month [2]** 22/25 60/8
**months' [1]** 21/25
**more [8]** 4/23 12/6 12/6 18/13 26/6 26/23 29/21 44/5
**motioned [1]** 34/23
**motioning [1]** 34/15
**motions [1]** 35/4
**motivated [1]** 59/1
**Mr [3]** 22/10 26/20 52/11
**Mr. [132]**
**Mr. Bauer [2]** 52/11 52/17
**Mr. Cordon [5]** 22/9 22/12 22/19 22/23 53/17
**Mr. Franks [18]** 10/5

... 10/24 5/21? 11/7 20/8? ...? 23/22 25/6 26/1 26/17 27/7 29/1 32/24 39/5 40/16 40/19 46/3 46/14 48/8
**Mr. Hemenway [2]** 52/11 52/14
**Mr. Lolos [84]**
**Mr. Lolos's [9]** 17/10 19/16 19/25 23/8 29/2 52/10 52/19 52/22 56/5
**Mr. MacMahon [11]** 4/3 5/14 5/25 9/14 10/7 16/21 24/13 30/11 36/18 46/15 62/14
**Mr. MacMahonacMahon [1]** 23/4
**much [4]** 46/19 50/12 58/9 63/16
**multiple [3]** 31/16 31/16 52/18
**must [7]** 19/19 23/25 49/13 49/17 49/25 60/7 60/24
**mute [2]** 3/17 3/21
**muted [4]** 35/24 36/2 40/2 40/8
**my [41]** 3/17 6/11 6/12 7/5 7/20 21/6 24/6 24/16 27/8 33/2 34/20 35/4 35/8 35/18 35/19 37/4 37/9 39/6 39/15 39/19 40/7 40/14 40/23 41/11 45/1 45/2 45/5 45/13 45/14 46/6 47/11 47/13 47/17 48/4 48/9 48/10 48/14 48/20 49/1 54/14 62/1
**myself [1]** 36/9

**N**

**narcotics [1]** 52/19
**National [2]** 15/10 15/11
**nature [3]** 11/6 49/17 54/10
**nearly [1]** 58/18
**necessarily [1]** 55/2
**necessary [3]** 23/1 29/11 49/15
**need [10]** 30/8 34/10 47/12 49/19 50/1 50/2 52/18 58/14 61/14 62/18
**needed [2]** 37/20 49/23
**needs [1]** 58/21
**negates [1]** 15/25
**negative [2]** 45/16 47/14
**net [1]** 15/22
**never [6]** 32/5 39/11 45/15 45/21 45/21 45/22
**nevertheless [1]** 49/13
**new [2]** 31/9 61/2
**New York [1]** 31/9
**news [1]** 44/23 62/22

58/2
**nights [2]** 44/3 44/7
**no [39]** 1/4 3/3 7/1 7/15 7/16 8/10 14/4 15/15 18/18 18/21 22/19 23/24 28/22 28/23 30/12 30/16 34/2 34/3 36/8 36/22 37/14 38/5 38/8 38/8 38/21 38/21 38/21 39/11 39/25 40/25 43/3 43/19 48/2 50/24 51/1 56/6 60/8 60/16 60/17
**none [1]** 26/24
**Normandy [1]** 39/18
**not [87]**
**note [1]** 65/5
**notes [2]** 24/16 29/14
**nothing [2]** 34/4 42/19
**notice [2]** 62/11 62/18
**notified [1]** 61/14
**notify [1]** 60/14
**notion [1]** 55/6
**November [1]** 1/5 65/10
**now [20]** 3/21 4/19 4/20 4/22 10/2 11/17 15/8 19/18 21/19 22/25 23/4 29/23 32/18 32/23 32/24 35/8 35/14 42/15 42/16 62/19
**number [5]** 12/19 14/13 21/20 44/21 54/12
**numerous [1]** 23/23
**NW [1]** 2/5

**O**

**objection [1]** 61/21
**objections [2]** 9/17 61/18
**objectives [1]** 49/16
**obligation [1]** 60/15
**obligations [1]** 60/9
**observations [1]** 54/10
**obvious [1]** 11/23
**obviously [11]** 6/17 24/3 24/9 25/17 25/18 25/25 26/24 27/12 28/2 28/14 53/11
**occur [1]** 29/10
**occurred [2]** 28/3 54/17 65/5
**off [14]** 5/17 15/14 22/18 41/2 41/3 42/15 42/18 42/19 43/2 43/3 43/23 44/11 47/24 50/3
**offense [14]** 11/7 12/11 15/9 18/25 19/19 19/24 20/23 24/1 49/18 49/20 49/22 50/22 50/24 54/11
**offer [1]** 25/8
**offered [1]** 45/7
**offers [1]** 25/7
**Office [3]** 3/7 17/22 60/3

... 13/14 13/17 13/17 14/12 25/22 34/1 34/7 34/13 34/19 35/18 35/19 35/20 37/9 43/18 43/19 44/22 47/17 60/3 63/24
**Officer's [1]** 9/5
**officers [26]** 12/3 12/3 13/24 14/14 15/1 20/3 27/3 33/19 34/2 34/6 35/2 35/14 35/17 35/23 38/18 39/21 39/22 39/23 39/25 40/3 40/9 40/11 54/7 57/7 57/18 58/4
**offices [1]** 16/9
**official [3]** 2/4 55/19 55/20
**often [1]** 54/18
**oh [2]** 37/5 43/18
**okay [52]** 3/10 3/12 3/22 4/7 4/16 4/24 5/23 6/11 6/11 6/14 7/6 7/8 7/24 8/6 9/13 9/16 9/23 10/9 10/10 10/10 15/4 15/7 17/8 18/20 19/7 19/13 24/22 30/9 32/2 32/15 33/15 35/5 36/11 37/3 38/10 38/15 39/7 39/18 40/6 41/19 42/8 42/15 44/6 44/11 45/10 45/11 45/24 46/7 46/12 49/5 49/8 49/10 63/10
**old [2]** 23/10 50/8
**olds [1]** 44/10
**once [6]** 11/23 53/19 56/16 56/16 56/19 57/5 60/17
**one [25]** 12/17 19/14 19/14 19/21 22/5 22/25 25/3 25/11 26/7 26/8 27/7 30/4 31/14 32/2 34/6 36/15 37/14 39/1 39/25 43/3 43/10 44/21 50/2 52/7 59/5
**one-month [1]** 22/25
**ones [2]** 40/12 56/2
**online [1]** 28/5
**only [6]** 19/15 22/9 33/2 52/22 53/18 62/9
**operates [1]** 16/1
**opportunity [4]** 10/1 10/6 10/7 19/12
**opposite [1]** 40/5
**oppression [1]** 54/20
**order [4]** 8/22 30/23 47/9 47/22
**ordered [4]** 31/7 59/14 59/16 59/21
**other [25]** 12/20 17/9 19/18 22/15 25/12 25/23 26/3 27/3 27/4 28/21 31/10 31/18 35/3 35/14 35/23 35/25 38/21 39/25 40/11 40/12 44/14 46/23 54/20 59/1 62/9
**others [11]** 13/6 14/19

... 20/15 25/6 34/16 35/17 37/11 52/21 53/4 55/18
**otherwise [5]** 28/7 28/24 29/9 36/13 57/13
**ought [6]** 5/2 5/4 29/22 58/12 58/13 62/19
**our [7]** 10/18 13/20 23/14 31/19 55/22 58/22 63/13
**out [32]** 9/1 12/2 13/14 13/21 13/23 14/8 14/17 14/18 14/20 24/1 26/2 26/4 26/11 26/13 26/18 26/19 26/24 27/9 28/11 29/4 29/13 31/3 33/5 34/17 40/7 40/17 43/25 50/21 59/2 62/16 63/9 63/21
**outcome [3]** 6/21 6/24 7/16
**outlined [6]** 10/23 21/6 21/15 21/24 22/2 22/24
**outnumbered [1]** 11/24
**outside [11]** 32/20 33/5 33/22 34/10 43/11 43/12 45/19 47/24 47/25 57/7 63/24
**over [10]** 9/2 21/8 21/9 27/11 31/7 42/11 42/11 50/13 54/24 64/2
**owed [1]** 60/8
**own [2]** 38/13 57/16
**owner [2]** 15/19 21/1
**owns [1]** 15/25

**P**

**p.m [2]** 1/6 64/7
**P.O [1]** 1/18
**paid [4]** 16/7 43/6 43/8 60/15
**pain [1]** 30/7
**pandemic [1]** 65/6
**parading [2]** 14/2 20/1
**park [2]** 31/22 31/24
**parking [1]** 42/24
**part [9]** 17/9 18/3 19/9 25/15 26/23 32/8 33/16 54/14 58/17
**partially [1]** 11/21
**participated [3]** 10/20 20/5 52/25
**participating [1]** 20/4
**participation [2]** 12/7 22/17
**particularly [2]** 8/17 55/14
**parties [1]** 11/3
**parts [2]** 16/11 35/25
**passed [1]** 15/10
**past [3]** 32/25 33/3 52/19
**Pause [2]** 49/7 50/4
**pawn [2]** 56/8 56/9
**pay [4]** 59/14 59/18 60/7 60/18
**payable [1]** 60/9

**P**

payment [1] 10/25
payments [1] 59/25
peaceably [1] 36/1
peaceful [3] 10/19 27/4
54/23
penalties [2] 59/19
59/24
Pence [1] 52/25
people [53] 11/12
11/20 16/11 20/11
20/13 20/14 23/20 25/3
25/13 25/23 26/3 26/18
28/7 28/16 28/23 30/22
31/10 31/19 31/23
31/24 31/25 33/4 33/5
33/7 35/23 37/11 38/18
38/20 41/13 41/19
42/12 44/14 45/23
46/22 46/23 48/15
53/24 54/19 54/20 55/9
55/9 55/10 55/14 55/21
55/24 56/10 56/16
56/18 56/20 57/4 57/11
58/5 58/18
percent [2] 7/23 8/3
period [4] 13/5 53/11
60/16 60/22
permission [2] 25/7
61/7
permit [1] 61/9
person [18] 4/4 4/10
4/17 5/8 6/4 6/20 7/2
7/13 8/1 8/5 8/13 8/25
41/20 42/13 46/1 51/24
51/25 55/1
personally [1] 20/12
pertinent [1] 19/15
Philadelphia [2] 31/1
31/9
phone [2] 52/8 53/9
photos [3] 12/6 12/6
32/5
picked [1] 34/17
picket [2] 36/23 48/12
picketed [2] 37/7 38/16
picketing [1] 27/5
picketting [2] 33/20
38/13
picture [1] 14/23
pictures [3] 11/12
11/13 14/8
pissed [1] 42/15
place [4] 32/15 33/9
57/11 58/11
places [1] 31/11
plain [4] 41/21 41/22
41/25 42/10
Plaintiff [1] 1/4
plan [1] 55/16
plane [16] 15/14 22/18
28/17 28/18 31/21
40/17 42/16 42/17
42/21 42/23 42/25 43/2
43/3 43/8 43/9 43/24
play [1] 49/2
played [1] 56/9
playing [1] 41/13

plea [12] 12/10 18/5
23/16 23/17 23/17 25/5
35/8 35/9 51/6 51/10
51/11 61/5
plea agreement [2]
18/5 35/8
plead [5] 23/21 25/4
28/11 49/6 50/21
pleaded [3] 45/4 46/4
46/5
pleas [1] 25/12
please [5] 4/8 5/13
23/6 46/13 65/5
pleases [1] 47/6
pled [7] 18/1 18/14 18/8
18/17 25/3 49/12 61/23
pledge [1] 16/14
point [11] 12/4 12/11
14/16 14/18 15/12 21/5
24/6 42/7 42/9 50/21
54/14
points [2] 11/5 25/2
police [41] 11/24 12/3
13/24 20/3 25/21 27/3
33/19 33/23 34/1 34/2
34/6 34/7 34/13 34/19
35/1 35/3 35/14 35/17
35/18 35/18 35/20
35/23 36/21 36/23 37/9
38/17 39/21 39/22
39/23 39/25 40/9 40/11
41/14 44/22 46/24
47/17 54/7 57/6 57/17
58/4 63/24
politically [1] 59/1
polling [1] 31/10
polls [1] 31/4
portray [1] 37/5
portraying [1] 36/9
position [1] 51/1
positive [1] 43/24
possession [2] 52/18
possibly [1] 48/9
post [1] 63/11
post-arrest [1] 63/11
potential [2] 16/23
17/2
pounds [1] 34/18
pour [1] 47/12
power [3] 10/19 48/24
54/23
prefer [2] 4/17 5/8
preferred [1] 4/14
preliminary [2] 8/23
9/24
prepared [2] 4/4 5/20
preponderance [3]
18/11 18/24 51/8
present [1] 4/11
presentation [1] 23/3
presented [2] 33/12
33/13
Presentence [6] 9/4
9/18 15/21 16/25 17/14
50/10
President [2] 28/13

President Trump [1]
28/13
presumably [1] 17/20
pretty [3] 13/5 46/19
53/21
Prettyman [1] 2/5
previous [1] 46/2
previously [1] 20/22
printer [1] 50/3
prior [7] 19/16 19/17
50/19 50/24 51/14
51/18 52/18
Prisons [1] 63/9
probable [8] 17/23
17/25 18/12 18/16 51/3
51/4 51/8 51/14
probably [1] 3/20
probation [16] 2/2 3/7
9/5 17/16 17/22 19/17
19/22 19/23 20/22
20/24 21/3 22/6 22/23
29/7 47/2 52/16
Probation Officer's [1]
9/5
problem [1] 30/16
problems [3] 24/18
28/8 29/24
proceed [2] 3/23 6/7
8/23
proceeding [4] 6/5 8/1
8/6 8/16
proceedings [5] 1/9
2/7 59/6 64/7 65/4
process [2] 62/19
procession [1] 39/14
produced [1] 2/8
profanity [1] 38/21
professional [3] 16/2
16/7 21/1
proffer [4] 47/1 51/3
51/4 51/12
promote [2] 19/19
49/21
promoted [1] 53/2
promoting [1] 12/7
prompted [1] 55/19
property [2] 14/5 58/4
protect [1] 49/2
protest [16] 11/8 32/1
32/2 32/16 32/18 33/22
35/6 36/23 37/23 38/1
38/3 38/10 48/12 54/5
55/6 57/11
protested [3] 37/7
38/16 47/25
protesting [3] 27/5
33/20 38/14
provide [3] 20/18
49/21 49/23
provided [5] 15/20
19/17 20/9 21/18 51/23
provides [1] 22/3
PSR [1] 50/21
public [3] 19/5 33/25
49/23
pull [1] 50/2
pulled [1] 13/14

punching [1] 31/16
punished [2] 44/18
44/19
punishment [2] 22/1
49/21
purpose [2] 26/12
26/14
purposefully [1] 35/9
purposely [1] 55/16
purposes [2] 29/8
50/20
Pursuant [1] 60/21
push [1] 55/21
put [8] 5/15 35/17
35/19 35/19 36/25 37/7
37/9 48/14

**Q**

question [7] 10/15
16/17 16/20 17/17
18/25 37/19 59/2
quickly [2] 53/20 53/21
quite [1] 51/18

**R**

raise [1] 9/24
raised [1] 63/5
rally [1] 11/9 11/10
random [1] 31/24
31/25
range [1] 22/1
rate [1] 60/8
rather [2] 7/25 29/21
Rau [1] 52/5
reach [1] 8/19
read [2] 9/9 11/2
reading [2] 23/9 30/13
reads [1] 29/1
ready [4] 3/23 4/1
30/11 30/19
Reagan [1] 15/10
reality [1] 58/22
realization [1] 27/19
realized [1] 53/19
really [12] 7/4 24/6
24/21 25/11 26/1 28/9
50/8 51/1 51/12 56/25
57/21 58/9
Realtime [1] 2/4
reason [7] 24/12 40/15
45/4 47/20 55/25 56/15
62/15
reasons [6] 19/4 22/24
23/20 44/18 47/3 62/16
recall [1] 42/23
receive [3] 6/17 52/5
53/14
received [11] 42/13
42/14 52/9 52/13 52/21
52/22 53/4 53/10 53/24
53/25 61/4
recitation [1] 24/23
recognize [2] 43/17
43/18
recognized [1] 43/18
recommendation [1]
9/5

recommended [3]
21/16 52/1 52/2
record [3] 5/18 61/19
65/3
recorded [1] 2/7
recover [1] 45/16
referred [1] 52/12
referring [1] 57/25
reflect [4] 19/19 49/20
58/13 63/10
refrain [1] 19/11
regard [1] 19/24
regarding [3] 11/6 21/4
46/25
regardless [1] 41/6
Registered [1] 2/3
regrettable [1] 56/14
regrettably [1] 55/24
regularly [1] 53/2
rehash [1] 11/4
rejected [1] 31/12
relates [1] 42/2
relative [1] 52/3
release [2] 45/14 61/11
released [1] 33/24
relevant [1] 19/15
relishing [1] 26/14
remain [1] 61/11
remained [2] 54/3 54/6
remaining [1] 20/2
58/18 62/4
remains [1] 55/17
remember [3] 40/18
42/24 42/25
reminder [1] 63/13
remorse [2] 15/16
22/14
remotely [12] 6/5 6/7
6/12 6/13 7/7 7/7 7/17
8/6 8/16 8/23 8/25 65/7
rendered [1] 21/8
renewal [1] 17/1
renewed [1] 17/3
repeat [1] 20/19
repeated [1] 26/2
repeatedly [1] 15/12
report [9] 9/5 9/18
15/21 15/25 17/14 30/6
50/10 61/14 62/11
Reporter [2] 2/3 2/3
2/4 2/4
reporters [1] 40/22
reporting [1] 65/7
reports [1] 31/7
representatives [1]
26/11
represented [1] 46/16
Republican [1] 31/3
request [1] 61/7
requesting [1] 47/4
require [1] 8/18
required [5] 5/9 8/24
10/9 54/8 60/18
resolved [1] 25/13
respect [7] 6/19 18/11
19/20 49/21 54/21
58/13 58/13
respected [1] 38/20

**R**

responsibility [10]
25/10 29/11 29/12
36/10 36/20 46/21 47/7
47/17 53/20 56/23
responsible [1] 55/2
restitution [7] 11/1
29/20 59/16 59/21
59/25 60/8 60/19
restraint [1] 58/6
result [1] 23/11
resulted [1] 50/23
returns [2] 45/14 45/14
reveal [1] 26/10
reverse [1] 23/7
reviewed [4] 9/2 9/4
9/10 51/25
revocation [1] 52/16
ridiculous [1] 42/25
rife [1] 56/13
right [50] 4/2 4/9 4/10
5/7 5/11 5/24 6/4 6/20
7/3 7/11 7/12 7/14 8/4
8/8 8/11 8/13 10/11
13/8 14/13 16/11 18/20
24/2 28/14 28/16 29/13
32/13 33/2 33/21 35/4
38/7 42/4 43/14 44/2
44/4 44/20 44/25 45/8
46/23 47/20 48/18
48/19 49/4 60/21 61/1
61/18 61/25 62/2 62/21
63/16 64/5
rights [4] 6/17 6/19
28/14 55/7
riot [5] 10/21 12/7 15/9
22/17 59/1
rioters [4] 10/17 10/18
12/1 16/4
riots [1] 15/15
rise [1] 52/10
rises [1] 52/20
Rm [1] 1/14
RMR [2] 65/2 65/11
roaches [1] 48/4
rob [1] 33/9
Ronald [1] 15/10
Ronald Reagan [1]
15/10
room [5] 5/15 40/14
43/13 52/6 60/5
Room H2205B [1] 60/5
Rotunda [2] 33/14
33/16
rude [1] 45/22
ruined [3] 40/23 47/11
49/2
rule [1] 54/22
rules [1] 24/7
rumble [1] 38/18
running [1] 34/14
Ryan [1] 52/22

**S**

sad [1] 31/13
safe [1] 18/15
said [40] 7/12 11/17
13/13 13/16 13/18

23/22 26/22 31/18
31/23 31/24 31/25 35/9
35/21 36/13 37/10
38/24 39/19 40/6 40/12
41/10 41/11 42/12
42/14 42/21 42/21 43/3
43/3 44/14 44/22 46/21
47/20 52/25 54/8 55/13
57/20 57/24 63/23
salt [1] 47/12
same [8] 16/20 35/20
37/9 37/11 40/4 40/25
41/5 53/4
satisfied [1] 20/4
saw [14] 11/11 11/12
11/19 11/20 12/11 16/4
20/14 30/25 31/3 32/7
32/7 38/18 48/15 48/17
say [19] 6/15 14/4
16/10 26/7 38/8 38/11
39/5 42/7 43/16 43/20
45/18 48/13 51/25 52/4
56/17 56/21 56/22
57/19 63/25
saying [13] 7/18 14/9
26/3 26/3 26/16 26/19
26/22 34/9 34/14 43/2
44/17 47/16 57/24
says [3] 14/24 26/20
41/23
school [1] 50/11
scrubbing [1] 44/15
sea [1] 57/4
Sean [1] 22/6
Seattle [2] 11/8 11/8
second [4] 5/13 5/16
32/1 36/15
seconds [1] 44/5
Section [2] 10/24 23/2
security [6] 16/1 16/6
21/1 21/2 28/16 50/12
see [20] 13/22 14/13
25/23 26/5 26/17 31/13
32/9 32/10 32/10 32/20
32/25 33/1 33/2 33/3
33/7 40/21 41/1 41/6
41/8 58/9
seeing [2] 12/13 20/24
seems [2] 26/9 36/13
seen [4] 33/10 33/11
33/12 34/20
self [1] 61/9
self-surrender [1] 61/9
Senate [1] 11/25 13/12
13/24 27/1 33/17
Senate-wing [2] 11/25
13/12
sending [2] 12/6 29/4
sense [3] 56/6 56/8
57/23
sensible [1] 58/19
sent [2] 11/13 29/14
sentence [31] 7/20
10/25 17/5 17/16 19/18
19/20 20/18 21/3 22/4
22/23 22/25 28/22 29/7
29/19 46/18 47/4 49/14

53/15 58/12 59/10
60/22 61/2 61/17 62/3
62/15 62/23 63/7
sentenced [8] 5/5
20/22 21/10 21/12
21/18 21/20 21/24
59/12
sentences [9] 21/8
27/10 27/11 28/21
28/22 49/25 52/5 52/22
53/25
sentencing [29] 1/9
3/23 4/5 4/14 5/14 6/6
6/6 8/13 8/16 8/24 9/6
9/7 11/3 21/6 21/7
21/24 22/24 23/2 24/10
25/5 27/8 29/8 49/16
50/20 50/23 51/18
54/15 61/6 63/13
serious [1] 20/23
seriousness [3] 19/19
19/24 49/20
serve [3] 29/8 60/17
61/17
served [6] 8/16 52/15
36/3 63/6 63/8 63/11
serving [1] 62/15
set [4] 17/20 47/9
49/13 49/16
sets [1] 25/12
seven [1] 42/14
sexual [1] 52/15
shall [2] 59/25 60/13
she [6] 43/7 43/7 46/2
52/22 52/23 52/25
shed [1] 13/3
Sherry [2] 2/2 3/7
shirt [7] 41/1 41/5 41/7
41/8 41/9 41/23 43/23
shirts [1] 44/15
shoes [1] 44/12
short [4] 7/1 34/22
34/23 52/23
should [18] 9/3 9/10
10/21 16/3 19/22 45/18
47/24 53/16 54/16 56/5
56/10 56/16 57/12 58/9
58/19 61/12 61/14 62/2
shoulder [2] 35/18
35/21
shouldn't [7] 16/2
19/23 25/18 47/18
53/19 58/10 58/20
show [1] 47/13
showed [1] 58/7
showing [2] 15/15 20/3
shows [7] 13/4 27/18
33/10 33/24 35/11
35/12 63/23
sic [4] 12/9 14/11
33/18 46/16
side [6] 9/2 9/24 35/15
35/16 40/10 61/19
siege [1] 10/17
signed [4] 31/8 31/11
45/13 45/14
significant [4] 15/22

signs [1] 34/3
similar [1] 21/13
simply [1] 55/7 60/18
since [9] 4/19 4/20
4/22 37/23 40/8 46/3
49/1 49/12 63/2
single [3] 51/24 51/25
55/1
singular [1] 55/1
sir [6] 4/12 30/18 30/19
30/20 44/14 62/25
sit [2] 56/12 56/24
sits [1] 42/1
sitting [2] 41/21 41/21
situation [2] 30/22
45/5
six [1] 21/24
skin [1] 34/21
slander [1] 40/24
slanderous [1] 45/17
slurs [2] 41/19 42/11
smallest [1] 34/19
so [60] 3/20 5/7 6/12
8/12 8/23 9/4 10/4
12/12 13/9 13/11 13/21
14/25 14/25 18/2 18/10
20/19 25/8 25/9 27/3
29/2 29/3 29/22 30/21
30/25 31/21 31/21
32/18 32/21 33/18 34/8
34/25 35/1 37/25 40/19
41/9 41/12 42/9 42/15
43/6 43/10 43/11 43/12
43/17 44/1 47/3 49/11
50/15 50/24 51/12 51/25
51/17 53/16 53/22 55/6
59/9 60/17 61/10 62/7
62/18 63/7 63/8
So I think [1] 53/16
So the [1] 63/7
So what [1] 61/10
sob [1] 38/14
social [1] 53/2
some [17] 9/8 17/21
20/14 23/25 29/3 29/14
29/14 29/24 34/20
50/14 53/9 55/14 56/15
58/7 59/1 59/6 62/17
somebody [1] 23/22
someone [3] 17/15
29/12 32/12
something [20] 5/1 9/3
13/13 23/16 24/7 24/10
25/17 26/21 28/2 34/11
41/11 41/11 46/25
47/20 55/13 56/19
58/10 59/4 59/7 62/12
somewhat [1] 26/8
somewhere [5] 53/23
58/25
sorry [10] 6/23 27/22
27/23 35/15 36/18
42/24 48/13 48/13 50/5
61/25
sort [7] 17/21 26/14
27/15 53/4 53/22 57/2
57/3

sounds [3] 36/6 54/4
56/24
speak [2] 3/18 19/12
Speaker's [1] 52/6
Special [2] 59/14 60/19
specific [3] 19/25 20/8
20/21
specifics [1] 31/1
spectrum [2] 21/19
53/23
speech [1] 41/8
spend [2] 25/20 56/4
spent [4] 44/3 44/7
63/1 63/2
spoke [1] 5/19
spontaneous [1] 26/4
squished [1] 32/23
St [1] 1/15
stairs [3] 11/19 32/11
32/12 32/14 32/17 33/3
36/24 39/17 39/18
standing [3] 14/7 34/4
40/10
stands [1] 14/22
start [8] 3/22 10/12
30/23 31/23 33/20
34/12 41/12 41/15
started [5] 12/2 13/15
31/5 35/13 42/12
starts [6] 13/23 35/7
41/17 41/18 42/17 43/7
state [6] 8/17 24/20
41/7 41/9 41/10 41/12
Statement [1] 1/13
statements [3] 25/25
28/6 46/8
states [5] 1/1 1/3 1/10
3/3 10/24 22/6 31/10
58/2 60/1
statues [1] 11/13
statute [1] 49/16
statutory [1] 60/23
stayed [4] 40/15 45/19
47/24 57/5
steel [1] 44/9
stenography [1] 2/7
step [1] 54/9
steps [1] 32/6
stereotypical [2] 43/20
43/21
stick [1] 35/10
still [6] 14/22 28/7 37/2
37/14 56/12 56/24
stolen [2] 55/22 56/13
56/17
stop [3] 12/4 12/8
39/13
stopped [2] 14/20
48/17
stories [1] 38/15
storm [2] 16/15 55/17
stormed [2] 14/9 16/3
storming [4] 11/16
11/17 39/15 39/16
Stotts [1] 53/13
Street [2] 1/14 1/19
streets [1] 48/1
strike [1] 59/20

**S**

**strong** [1] 28/12
**struck** [1] 12/21
**stuff** [1] 41/15
**stupid** [1] 41/1
**subject** [1] 65/6
**submit** [1] 27/13
**subtracted** [1] 63/2
**success** [2] 26/14 50/15
**successful** [2] 15/18 15/18
**such** [4] 6/4 55/25 56/1 60/14
**suffered** [2] 45/1 45/15
**suffering** [1] 56/2
**suffice** [1] 51/24
**sufficient** [1] 49/15
**suggest** [2] 36/13 51/16
**summed** [1] 46/19
**supervision** [2] 60/16 60/18
**supervisors** [1] 31/20
**support** [13] 9/8 10/24 15/20 17/21 22/6 35/22 35/22 37/10 37/13 40/12 40/13 50/16 51/15
**supporter** [2] 41/2 41/3
**suppose** [1] 58/7
**supposed** [7] 32/18 32/21 32/22 32/22 35/6 58/1 58/15
**sure** [13] 3/19 4/9 5/14 6/1 6/8 7/9 24/18 36/5 36/12 45/25 48/14 61/15 61/16
**surely** [1] 16/16
**surprising** [1] 56/18
**surrender** [1] 61/9
**suspect** [3] 35/25 36/2 62/17
**suspicious** [2] 35/24 36/2
**sway** [1] 30/4
**sworn** [2] 31/8 31/11

**T**

**T-shirt** [3] 41/7 41/23 43/23
**T-shirts** [1] 44/15
**take** [8] 10/17 31/21 32/5 36/9 36/20 44/11 47/7 63/17
**taken** [6] 14/23 25/9 46/21 46/21 51/17 56/23
**takes** [1] 14/23
**taking** [4] 12/6 14/8 31/9 59/9
**talk** [15] 5/12 10/2 29/16 33/19 33/23 36/14 36/16 36/21 38/6 39/21 41/9 46/24 51/21 54/1 57/6
**talked** [4] 27/7 34/6 46/22 55/12

**talking** [7] 4/14 34/9 34/8 41/12 41/14 41/16
**talks** [2] 23/8 41/16
**tape** [1] 26/17
**tarmac** [1] 15/11
**tax** [3] 45/13 45/14 45/15
**taxi** [1] 43/12
**tear** [3] 11/19 20/24 57/11
**technological** [1] 65/7
**tell** [12] 20/13 29/23 34/3 35/2 37/15 37/20 40/1 44/11 50/14 56/16 57/7 59/7
**ten** [4] 23/13 53/6 53/7 57/15
**term** [1] 59/12
**termed** [1] 11/9
**terms** [11] 15/8 15/17 18/13 19/16 19/18 20/7 20/21 21/5 22/5 51/20 53/16
**testimony** [1] 31/7
**Texas** [4] 41/9 41/9 41/11 41/24
**text** [3] 11/15 29/2 39/15
**texting** [1] 14/8
**than** [12] 4/23 13/7 17/12 18/13 23/1 29/22 49/15 52/14 52/24 53/12 60/8 60/23
**thank** [21] 4/1 10/14 23/3 23/5 30/13 30/15 40/7 44/14 46/7 48/18 49/4 62/20 63/12 63/14 63/16 63/19 63/22 64/1 64/3 64/4 64/5
**thank you** [15] 4/1 23/3 23/5 30/13 30/15 44/14 46/7 48/18 49/4 62/20 63/12 63/14 64/1 64/3 64/5
**that** [292]
**That was** [1] 62/1
**that'll** [1] 61/12
**that's** [48] 4/21 5/1 5/8 5/8 6/1 6/20 7/14 7/19 10/15 12/17 12/24 13/5 13/8 13/19 16/6 17/10 17/20 23/20 27/25 28/2 29/9 29/16 31/23 33/19 33/23 33/24 35/6 35/6 38/6 38/10 38/18 39/1 39/3 40/2 40/6 41/1 42/25 43/23 44/23 46/4 47/22 48/16 48/16 49/14 51/4 57/1 62/6 63/4
**their** [9] 21/23 26/11 31/20 40/24 44/15 52/7 52/8 56/7 56/7
**them** [11] 11/21 14/6 14/8 31/9 31/12 37/12 37/13 37/13 38/15 44/11 57/7
**themselves** [1] 52/6

**their's** [1] 8/8
**then** [25] 5/7 8/16 7/16 8/12 8/18 9/2 9/7 9/17 9/25 10/8 12/2 14/1 14/15 14/22 15/3 19/8 20/3 29/23 31/4 31/5 34/12 41/16 41/20 41/24 42/4 42/1 43/6 43/9 53/20 58/18
**there** [97]
**there's** [17] 13/12 20/7 20/8 23/20 24/12 26/18 28/21 28/22 29/3 30/7 32/15 34/1 34/13 35/1 35/5 47/20 62/15
**therefore** [3] 59/19 59/23 65/6
**these** [12] 5/3 21/11 22/20 25/2 25/4 25/13 25/23 27/11 28/6 30/3 30/21 59/5
**they** [46] 4/23 12/12 14/21 15/13 20/14 20/19 21/23 22/16 24/10 26/9 26/19 29/2 30/5 30/6 31/4 31/5 31/17 31/18 37/12 37/17 37/23 38/24 39/9 40/2 40/5 40/5 40/8 40/10 40/18 43/12 43/24 43/25 44/1 44/13 44/21 47/13 52/9 52/12 56/1 56/17 56/19 56/20 57/20 57/25 58/1 58/20
**They left** [2] 14/21 57/25
**they're** [7] 14/20 34/4 35/14 41/13 43/10 44/12
**thin** [1] 34/22
**thing** [6] 12/17 26/8 28/9 40/20 50/2 62/9
**things** [10] 5/1 6/16 7/5 25/23 26/3 26/19 27/4 30/8 52/25 58/6
**think** [47] 3/20 5/6 5/6 8/19 17/2 18/15 22/1 24/12 25/10 26/6 28/20 29/7 29/11 30/3 30/6 30/8 31/14 33/13 37/20 40/2 40/15 40/17 43/19 43/22 43/23 45/9 46/4 46/18 50/17 51/7 52/17 52/19 53/16 53/17 53/22 54/16 54/18 55/12 55/13 56/8 56/10 56/11 58/12 58/13 61/22 62/23 63/4
**thinking** [2] 32/15 35/6
**this** [79]
**those** [36] 8/23 10/16 10/20 11/13 12/6 12/20 13/1 19/5 20/11 20/13 20/19 21/13 21/17 21/22 22/2 22/24 28/5 28/13 29/16 35/24 40/21 41/3 46/1 47/3 52/3 52/20 53/2 53/10 53/12 53/23 53/24

**though** [2] 63/2 63/2
**thought** [6] 37/22 37/25 38/3 38/9 54/18 57/10
**thoughts** [1] 48/20
**thousands** [2] 55/9 55/10
**threaten** [1] 23/22
**threatened** [2] 10/18 17/15
**threats** [2] 50/22 51/14
**three** [1] 22/2
**throngs** [1] 57/11
**through** [25] 10/19 11/20 11/24 13/11 14/1 14/2 14/7 15/1 16/5 20/1 20/1 28/15 31/5 38/4 38/18 40/5 44/12 44/13 50/22 51/22 51/24 54/2 58/17 59/5 62/7
**thumbs** [2] 40/8 40/9
**thumbs-up** [2] 40/8 40/9
**ticket** [2] 43/9 43/9
**tied** [1] 31/19
**time** [24] 3/17 10/2 13/5 13/10 15/20 25/24 25/24 27/9 29/23 30/6 37/16 40/1 40/18 41/16 47/22 52/14 52/23 53/12 60/10 62/5 62/8 63/8 63/11 64/1
**times** [2] 23/23
**Title** [1] 10/24
**titled** [1] 65/4
**today** [6] 8/16 29/14 30/2 56/3 56/12 56/22
**together** [1] 42/19
**toilets** [1] 44/9
**told** [25] 3/17 4/14 11/14 13/18 13/19 17/14 25/7 26/1 27/3 28/10 32/21 35/3 35/20 37/10 37/12 37/24 40/1 40/6 40/12 46/3 50/8 55/21 55/22 57/13 57/18
**tone** [1] 43/22
**too** [3] 32/3 32/21 35/23
**took** [6] 11/12 12/2 13/21 31/17 53/20 56/1
**top** [1] 32/17
**Torrens** [1] 53/6
**total** [1] 63/7
**totality** [1] 19/24
**totally** [1] 16/13
**touch** [1] 29/5
**touched** [1] 14/12
**training** [1] 49/24
**traits** [1] 43/21
**transcript** [3] 1/9 2/7 65/3
**transcription** [1] 2/8
**transition** [1] 10/19

**trespassing** [1] 34/3
**tried** [2] 23/21 52/2
**trigger** [1] 12/14
**trip** [2] 31/22 40/17
**triumphantly** [1] 12/5
**troubling** [3] 15/24 17/10 26/8
**truck** [1] 31/8
**true** [4] 6/16 16/6 17/19 24/24
**Trump** [9] 15/12 28/13 41/2 41/2 41/3 42/17 42/21 42/22 54/6
**Trump 2020** [1] 54/6
**Trust** [1] 48/3
**trusted** [1] 48/24
**try** [4] 23/6 25/13 27/2 54/16
**trying** [4] 28/7 37/5 44/24 49/2
**turn** [9] 9/25 10/5 10/6 10/8 23/4 27/17 39/6 47/21 61/16
**turned** [2] 15/13 16/3
**TV** [6] 30/25 32/7 32/8 38/18 41/13 48/15
**two** [16] 15/9 15/14 22/17 40/15 42/13 44/3 44/7 50/13 52/4 52/17 52/20 54/10 63/1 63/2 63/6 63/7
**type** [3] 32/10 34/20 34/21
**tyranny** [1] 54/20

**U**

**U.S** [2] 10/17 60/10
**U.S.C** [3] 49/14 59/15 60/21
**Uber** [1] 43/12
**ultimate** [1] 18/9
**ultimately** [3] 6/18 18/1 59/3
**unable** [1] 61/6
**unavailable** [1] 61/3
**unbelieve** [1] 56/20
**uncertain** [1] 12/17
**under** [4] 8/22 10/17 24/7 61/11
**undercover** [2] 42/9 42/15
**underlying** [1] 18/14
**understand** [14] 4/9 4/12 7/21 7/22 7/22 8/2 8/3 11/2 13/9 23/24 26/15 48/23 48/25 56/22
**understood** [2] 4/13 58/19
**uninterrupted** [2] 54/24 54/25
**UNITED** [8] 1/1 1/3 1/10 3/3 10/24 22/6 58/2 60/1
**United States** [3] 10/24 22/6 58/2
**United States of** [1]

## U

**United States of... [1]** 3/3
**until [8]** 3/17 28/9 32/11 43/25 54/7 54/15 57/17 60/14
**unverified [1]** 23/10
**up [33]** 4/23 4/23 5/1 7/25 10/9 13/13 16/25 19/8 24/10 25/17 28/7 28/25 32/6 32/12 32/14 33/4 36/24 37/12 38/13 39/15 39/16 39/17 39/18 40/8 40/9 40/10 41/9 41/22 42/13 43/10 44/22 46/19 47/16
**upbringing [1]** 50/9
**upon [1]** 51/3
**upper [1]** 31/20
**upset [1]** 21/4
**urge [1]** 29/18
**us [15]** 13/18 13/19 32/15 34/23 35/2 35/4 37/15 37/24 40/1 40/1 40/5 40/6 40/12 41/22 54/12
**USAO [1]** 1/13
**usdoj.gov [1]** 1/16
**use [1]** 24/8
**used [1]** 23/12
**useful [1]** 24/9
**using [2]** 41/18 42/11

## V

**VA [1]** 1/19
**vandalism [1]** 28/23
**various [1]** 52/18
**vastly [2]** 22/21 22/22
**vents [1]** 44/13
**verdict [2]** 6/22 6/25
**version [1]** 35/10
**versus [2]** 3/4 22/6
**very [10]** 34/4 34/22 34/23 35/24 35/25 36/1 36/2 53/18 56/19 63/16
**via [2]** 1/9 3/8
**victim [4]** 36/9 37/6 44/24 49/2
**video [22]** 4/15 5/22 13/22 14/16 14/18 20/9 20/19 26/4 31/4 31/17 31/18 33/10 33/10 33/11 33/13 33/18 33/24 35/11 35/11 38/6 43/7 63/20
**videoconference [1]** 3/8
**videos [2]** 52/8 52/8
**videotape [1]** 31/15
**videotaping [1]** 31/5
**view [3]** 7/5 18/10 32/24
**viewed [2]** 20/11 20/19
**violence [3]** 28/23 32/7 39/17
**visible [1]** 13/22
**visited [1]** 31/14

## W

**wait [2]** 43/11 43/12
**waiting [3]** 39/5 39/6 41/6
**waits [1]** 26/20
**waive [3]** 4/4 5/20 59/23
**waives [1]** 59/19
**waiving [1]** 8/13
**walk [3]** 32/4 43/22 55/19
**walked [3]** 11/10 14/17 22/12
**walking [6]** 26/2 26/18 32/6 32/12 58/15 58/19
**walks [5]** 14/1 14/18 15/1 15/2 41/24
**wall [1]** 40/10
**walls [3]** 35/16 44/9 44/15
**want [29]** 4/22 6/1 6/12 19/5 25/2 27/10 27/13 32/2 34/14 35/10 36/12 36/16 36/17 36/18 36/25 37/7 38/16 39/24 39/24 41/4 41/17 42/6 43/16 43/20 45/18 45/25 48/13 48/14 48/20
**wanted [5]** 3/19 4/9 4/21 47/9 47/22
**wanting [1]** 36/6
**wants [3]** 6/2 9/24 46/3
**warrant [3]** 17/21 22/22 51/16
**warranted [2]** 19/21 20/14
**was [113]**
**Washington [15]** 1/5 1/19 2/6 5/11 5/21 7/13 8/18 11/8 24/20 31/22 55/17 55/18 58/25 60/5 60/11
**wasn't [6]** 12/14 24/3 25/19 27/19 29/4 37/13
**watched [1]** 10/17
**wave [1]** 35/13
**waved [2]** 12/5 37/11
**waves [1]** 15/2
**waving [3]** 14/2 33/21 35/7
**way [17]** 9/1 10/4 11/11 21/11 24/21 30/4 32/25 37/4 38/3 40/5

**we [56]** 3/22 4/20 6/3 6/5 8/21 9/25 10/12 14/20 14/21 16/10 17/4 18/12 22/16 22/25 23/14 24/23 25/23 26/5 26/9 27/9 27/10 28/6 29/16 30/8 30/11 31/18 31/19 32/18 32/21 34/25 35/4 35/10 37/23 38/20 38/24 38/25 38/25 39/3 39/3 40/6 40/6 41/12 41/15 42/12 44/23 49/9 50/10 51/3 51/11 51/11 52/24 54/1 57/21 57/21 57/21 61/19
**We did [1]** 57/21
**we'll [3]** 5/15 23/4 63/8
**we're [15]** 4/19 4/20 4/22 11/16 11/17 31/25 35/3 35/6 39/15 39/16 39/16 39/20 39/20 45/9 56/3
**weapons [1]** 57/18
**wearing [3]** 25/19 40/25 41/5
**website [2]** 16/8 16/10
**weeks [1]** 62/17
**weighing [1]** 20/12
**weight [2]** 24/11 51/19
**well [14]** 4/1 4/17 4/19 5/25 6/11 7/18 13/22 19/9 29/24 43/3 49/24 54/24 59/20 63/17
**went [18]** 12/4 13/13 14/10 16/14 28/10 33/8 33/9 33/18 33/20 33/23 35/9 35/17 35/23 36/10 37/12 38/5 55/3 57/6
**were [39]** 6/3 11/4 11/24 12/12 13/6 14/13 14/14 18/8 21/21 21/23 26/3 27/4 37/23 38/9 38/9 40/9 40/10 40/18 42/19 46/23 52/8 52/12 52/13 55/18 55/21 56/8 56/9 57/5 57/9 57/10 57/14 57/15 57/17 57/18 57/24 57/25 58/1 58/1 58/5
**weren't [5]** 28/24 57/2 57/3 57/15 57/15
**wetting [1]** 44/15
**what [84]**
**what's [15]** 15/21 15/24 17/13 33/12 38/6 42/2
**whatever [7]** 27/10 29/19 39/14 43/10 55/25 58/6 62/18
**whatnot [1]** 33/4
**whatsoever [2]** 35/3 39/12
**when [31]** 6/16 6/17 12/15 14/11 14/18 16/3 17/23 25/25 25/25 27/9 27/23 29/1 30/6 31/15

**53/5 53/7 59/6**
**we [56]** ...
**39/19 39/24 54/18 55/22 56/4 57/20 57/24 58/15 58/19 61/14 61/15 62/10 63/20
**where [14]** 12/5 21/15 25/23 28/7 28/22 29/25 32/18 32/21 32/25 35/6 35/24 36/1 56/24 61/14
**where's [1]** 31/25
**whether [6]** 6/3 7/2 7/19 7/25 9/3 16/22 24/17 56/3 59/3
**which [12]** 9/8 9/8 11/25 18/3 23/14 23/22 26/24 27/5 40/15 54/2 58/17 62/3
**while [5]** 20/5 51/17 52/23 54/5 58/1
**whip [1]** 28/7
**who [47]** 10/17 10/20 13/6 13/6 13/24 14/14 14/14 16/7 16/8 20/19 21/11 21/13 21/20 21/20 28/23 29/12 31/10 31/14 35/20 37/10 40/12 40/21 40/23 41/4 42/19 45/20 46/1 52/4 52/11 52/11 52/21 53/24 53/24 54/7 54/19 54/20 55/2 55/10 55/25 55/25 56/2 56/4 56/10 56/16 57/18 58/1 58/6
**who's [2]** 53/13 53/17
**whole [7]** 12/25 34/20 40/20 42/16 42/17 42/21 50/9
**why [14]** 10/12 19/4 19/8 20/15 23/20 33/19 33/24 37/20 40/2 43/3 43/23 44/18 46/17 47/22
**will [28]** 7/16 10/4 10/5 10/16 16/8 17/5 19/9 20/18 21/3 26/7 52/4 56/18 56/21 59/7 59/10 59/23 59/23 60/16 60/17 60/18 61/9 61/10 61/13 62/8 62/17 63/6 63/10 63/25
**William [4]** 2/3 65/2 65/10 65/11
**window [11]** 11/21 11/25 13/12 20/1 25/22 33/7 33/9 38/4 38/5 54/3 58/17
**windows [2]** 16/5 31/5
**wing [1]** 11/25 13/12 13/25
**wish [5]** 10/8 30/21 41/10 62/25 63/17
**wished [1]** 62/22
**wishes [1]** 61/19
**within [3]** 27/19 60/13 60/24
**without [6]** 10/15 15/20 28/15 51/5 56/15

**witnesses [1]** 31/3
**woman's [1]** 43/6
**Women [1]** 31/15
**won't [3]** 11/3 17/13 20/19
**wondered [1]** 20/15
**wondering [2]** 12/18 18/2
**words [2]** 26/5 56/7
**work [2]** 10/4 61/15
**worked [2]** 31/10 46/15
**world [1]** 10/17
**worried [2]** 5/2 29/15
**worth [1]** 15/22
**would [27]** 4/17 5/8 5/9 6/19 7/25 8/18 10/1 17/2 17/2 18/15 19/22 24/18 24/20 27/13 29/7 29/18 29/23 45/5 45/21 46/5 47/1 48/16 48/22 58/25 59/5 59/7 62/10
**wouldn't [2]** 24/7 39/13
**wound [1]** 47/13
**written [1]** 25/1
**wrong [3]** 48/16 48/16 57/1
**wrongdoing [1]** 27/20
**wrote [1]** 28/4

## Y

**yards [1]** 42/1
**yeah [16]** 3/20 4/13 18/18 19/1 28/1 32/4 33/8 33/21 33/21 39/16 39/20 41/11 41/18 42/13 42/14 63/4
**year [2]** 17/1 44/10
**years [12]** 17/12 23/10 23/10 23/13 24/4 24/6 31/14 31/20 46/4 50/8 52/17 54/25
**yelling [2]** 14/19 14/19 22/16 38/21
**yells [1]** 14/20
**yep [1]** 37/2
**yes [15]** 3/13 3/14 3/16 3/24 3/25 7/10 8/7 10/3 15/6 16/19 18/22 30/18 30/20 61/25 62/1
**yet [2]** 20/22 50/12
**York [1]** 31/9
**you [222]**
**you know [1]** 54/12
**you understand [1]** 4/9
**you'd [2]** 6/3 7/12
**you'll [4]** 19/12 26/17 59/14 61/13
**you're [17]** 8/5 8/6 10/9 23/9 27/23 28/20 41/22 41/24 48/23 48/24 49/10 58/15 59/16 59/21 61/6 61/25 62/2
**you've [4]** 13/6 36/13 38/15 56/23
**your [122]**

**Y**

**Your Honor [91]**
**yours [1]** 6/18
**yourself [1]** 61/16
**YouTube [5]** 40/21
 40/21 41/2 43/4 43/7

**Z**

**Zaremba [4]** 2/3 65/2
 65/10 65/11
**zealouslessly [1]**
 46/16
**ZIP [1]** 60/12
**zoo [1]** 44/8
**ZOOM [2]** 1/9 27/23