EXHIBIT "B"

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|
| **DD FORM 214** 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | **CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY** |

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| WEBSTER, Thomas | USMC-11 | 079  64  3697 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| CPL | E-4 | 660325 | NEWARK, NJ |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED  RUC 12160 |
|---|---|
| 1stB, 6thMar, 2dMarDiv, FMF, CamLej | 1stBn, 6thMar, 2dMarDiv, FMF, CamLej |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| MARINE CORPS RESERVE SUPPORT CENTER (MCRSC) OVERLAND PARK KS | AMOUNT $ 50,000   [ ] NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|---|
| 0311- Rifleman 03 yrs 07 mos | a. Date Entered AD This Period | 85 | 11 | 01 |
| | b. Separation Date This Period | 89 | 10 | 31 |
| | c. Net Active Service This Period | 04 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 02 | 04 |
| | f. Foreign Service | 01 | 01 | 04 |
| | g. Sea Service | 00 | 07 | 05 |
| | h. Effective Date of Pay Grade | 88 | 09 | 01 |
| | i. Reserve Oblig. Term. Date | 93 | 08 | 27 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

Sea Service Deployment Ribbon/w1*
Good Conduct Medal
MERITORIOUS UNIT COMMENDATION w/1*
Rifle Expert Badge (2dAwd)

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

NONE

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM [ ] YES [X] NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT [X] YES [ ] NO | 17. DAYS ACCRUED LEAVE PAID NONE |
|---|---|---|

18. REMARKS

I certify that my dental examination and treatment was provided within 90 days of my Release from Active Duty. SNM T.W.   yes _____   no.

While a member of the Marine Corps Reserve, you will keep the Director, MCRSC (toll free phone 1-800-255-5082) informed of any changes of address, marital status, number of dependents, civilian employment, or physical standards.

Good Conduct Medal period commences: 881101

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 2936 Kilbourne Dr. Apt. I  Charlotte, NC 28205  (Mecklemburg County) | SENT TO NC  DIR. OF VET AFFAIRS [ ] YES [ ] NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| /s/ Thomas Webster | S. W. ROGERS CWO2 PersO /s/ |

S/N 0102-LF-000-2140   MEMBER - 1

USS SUMTER
LST 1181

870208

From: CO of Troops
To: Lcpl Webster T. 079643697

Subj: LETTER OF APPRECIATION

1. During the period from 18 August 1986 to 23 February 1987 you participated in the LF6F 1-87 deployment. During this deployment you conducted yourself in a manner as befits a Marine. Our efforts aboard the ship in all areas, including cleanliness, working parties, and ships security, were continously praised by the ships CO and recognized by the MAU Commander. Despite the hardships of a deployment you kept your finances straight and your conduct ashore in the foriegn ports imnpecable. You are truly an ammbassador in green.
    As you return to your parent unit, I hope you continue this superb conduct and continue to be an example for all. Your conduct reflects great credit upon yourself, the Marine Corps, and the United States Naval Service.

T.B. Harris
CO of Troops
USS Sumter



# Certificate of Good Conduct

CORPORAL THOMAS WEBSTER 079 64 36 97

Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal  1ST AWARD  for the period  01 November 1985  to  31 October 1988.

Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.

E.J. MOSS
U.S.M.C.

BCO,1stBn,6thMar

CAPTAIN
COMMANDING

2dMarDiv,FMF,CamLej,NC 28542
UNIT

01 November 1988
DATE OF AWARD

NAVMC 71 (REV. 9-66) (1650)
SN: 0000-00-000-1003 U/I: PADS OF 50 SETS
*U.S. GOVERNMENT PRINTING OFFICE: 1987-740-690

# SPECIAL OPERATIONS CAPABLE

*This is to Certify that*

<u>LCPL WEBSTER T. 079643697</u>

HAS DEMONSTRATED SUPERIOR INFANTRY SKILLS, COURAGE, ENDURANCE, AND ESPRIT DE CORPS AND IS HEREBY RECOGNIZED AS BEING SPECIAL OPERATIONS CAPABLE.

*Awarded at*

COMPANY "B", BATTALION LANDING TEAM 1/6, 22d MARINE AMPHIBIOUS UNIT THIS 14th DAY OF FEBRUARY, 1987



FAST ROPE
PATROLLING
CORDON OPS
LIVE FIRE
RAIDS

INFILTRATION
RAPPELLING
NON COMBATANT EVAC
HELICOPTERBORNE OPS
AIRFIELD SEIZURE

Company First Sergeant

Commanding Officer



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* THOMAS WEBSTER 079 64 36 97 *, I do appoint this Marine a* LANCE CORPORAL *in the*

# United States Marine Corps

*to rank as such from the* FIRST *day of* SEPTEMBER *, nineteen hundred and* EIGHTY-SIX

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the* **Armed Forces of the United States of America**

*Given under my hand at* Battalion Landing Team 1/6, 22dMAU *this* FIRST *day of* SEPTEMBER, *in the year of our Lord nineteen hundred and* EIGHTY-SIX.

**AUTHORITY** MCO P1400.32 par.2200.2

**DATE OF PROMOTION** 1 SEPTEMBER 1986.

This appointment is effective for pay and allowances on 1 SEPTEMBER 1986.

W. W. GREEN
Lieutenant Colonel, USMC
Commanding

DD FORM 216 MC
1 SEP 54

S/N 0102-LF-000-2160




*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* THOMAS WEBSTER 079 64 36 97 *, I do appoint* HIM A PRIVATE FIRST CLASS (MERITORIOUSLY) *in the*

# United States Marine Corps

*to rank as such from the* SECOND *day of* JANUARY *, nineteen hundred and* EIGHTY-SIX.

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the* **Armed Forces of the United States of America**

*Given under my hand at* 3rd RTBn, RTR, MCRD, PISC 29905 *this* TWENTY-EIGHTH *day of* JANUARY *, in the year of our Lord nineteen hundred and* EIGHTY-SIX.

AUTHORITY  MCO P1400.29B par 3030.6

DATE OF PROMOTION  2 January 1986
This appointment is effective for pay and allowances, on 2 January 1986

K. L. CHRISTY JR.
Lieutenant Colonel, USMC
Commanding

DD FORM 216 MC
1 SEP 54                    ☆GPO: 1978—703-173/5114 2-1                    S / N 0102 - LF - 002 - 0801



# United States Marine Corps

This is to certify that

**THOMAS WEBSTER** 079 64 3697/0311 USMC

has completed the course prescribed by the

COMMANDANT OF THE MARINE CORPS FOR

MOS 0311, RIFLEMAN

*Given at*

INFANTRY TRAINING SCHOOL
MARINE CORPS BASE, CAMP LEJEUNE, NORTH CAROLINA

this 16th day of April, 19 86

R. D. WEEDE
COLONEL, U.S. MARINE CORPS
COMMANDING

NAVMC 184 (REV. 5-76) (Supersedes NAVMC 184a) SN: 000-00-000-4804 U/I: SH
(1550)



**UNITED STATES MARINE CORPS**
MARINE CORPS RESERVE SUPPORT CENTER
10950 EL MONTE
OVERLAND PARK, KANSAS 66211-1408

IN REPLY REFER TO:
PMD-1
27 AUG 1993

DEAR CPL T. WEBSTER,

This discharge certificate is a testimonial of your honorable service. It signifies that you have served in a proficient and industrious manner in the defense of your country. No greater honor accrues to any citizen.

On behalf of the Commandant of the Marine Corps, please accept the gratitude of our great nation and best wishes in your future endeavors.

D. L. SHORTAL
BRIGADIER GENERAL USMCR
DIRECTOR, MCRSC

T. WEBSTER
37B RAMAPO AVE
SUFFERN  NY 10901



# United States Marine Corps

# Certificate of Good Conduct

CORPORAL THOMAS WEBSTER 079 64 36 97

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

1ST AWARD *for the period*

1 November 1985 *to* 31 December 1988.

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

BCO, !STBn, 6thMar

2dMarDiv, FMF, CamLej, NC 28542
UNIT

1 November 1988
DATE OF AWARD

E.J. MOSS
U.S.M.C.

CAPTAIN
COMMANDING

NAVMC 71 (REV. 9-66) (1650)
SN: 0000-00-000-1003 U/I: PADS OF 50 SETS
*U.S. GOVERNMENT PRINTING OFFICE: 1987-740-690



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* THOMAS WEBSTER 079 64 36 97 *, I do appoint this Marine a* CORPORAL *in the*

# United States Marine Corps

*to rank as such from the* FIRST *day of* SEPTEMBER *, nineteen hundred and* EIGHTY-EIGHT.

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors acting according to the rules and articles governing the discipline of the* **Armed Forces of the United States of America**

*Given under my hand at* 1stBn, 6thMar, 3rdMarDiv, FMF *this* FIRST *day of* SEPTEMBER *, in the year of our Lord nineteen hundred and* EIGHTY-EIGHT.

AUTHORITY  MCO P1400.32 par 2203.1

DATE OF PROMOTION  1 SEPTEMBER 1988
This appointment is effective for pay and allowances on 1 September 1988.

J.W. Smythe
J. W. SMYTHE
Lieutenant Colonel, USMC
Commanding

DD FORM 216 MC
1 SEP 54

S/N 0102-LF-000-2160