EXHIBIT "C"

# NEW YORK CITY POLICE DEPARTMENT

## POLICE ACADEMY

## Firearms and Tactics Section



Having achieved proficiency in all requirements

## Thomas Webster

is hereby advanced to the title of

### Firearms Instructor

## Awarded in Recognition of Achievement in Firearms and Tactics Training

Scott J. Keegan, Captain
Commanding Officer

October 1999

# U.S. Department of Justice
## Federal Bureau of Investigation

### CERTIFICATE of ATTENDANCE

*This is to certify that*

POLICE OFFICER
THOMAS WEBSTER

*attended a*

# Police Officers Survival School

*held at the*
*FBI Training Center*
*Camp Smith, Peekskill, New York*

*from* _SEPTEMBER 11, 2000_ *to* _SEPTEMBER 15, 2000_

*and has satisfactorily completed this course of training*

Chief Director

Principal Firearms Instructor

SEPTEMBER 15, 2000
_Date_

# U.S. Department of Justice
## Federal Bureau of Investigation

CERTIFICATE of ATTENDANCE

This is to certify that

POLICE OFFICER
THOMAS WEBSTER

attended a

# DEFENSIVE TACTICS INSTRUCTOR SCHOOL

FBI Training Center
Camp Smith, Peekskill, New York

from   FEBRUARY 7, 2000   to   FEBRUARY 18, 2000

and has satisfactorily completed this course of training

School Director

Principal Firearms Instructor

FEBRUARY 18, 2000

Date



# Drug Enforcement Administration
## United States Department of Justice



This is to certify that

*Thomas Webster*

has successfully completed a course of instruction in

*Firearms Instructor Training*

conducted by the United States Drug Enforcement Administration's

Training staff at *Camp Smith, New York*

In testimony thereof I subscribe my name

on this 5th day of *May* 20 oo

Coordinator

Administrator, Drug Enforcement Administration

# State of New York

## Office of Public Safety

# Municipal Police Training Council

Hereby Acknowledges and Declares that

## *Thomas Webster*

is certified as a

## *General Topics Instructor*

**Expiration Date**
07/01/2004

Katherine N. Lapp
Director of New York State Criminal Justice
and Commissioner of Criminal Justice Services

Ronald G. Spike
Chairman
Municipal Police Training Council

Jerry E. Burrell
Deputy Commissioner
Office of Public Safety

State of New York

Division of Criminal Justice Services

# Municipal Police Training Council

Hereby Acknowledges and Declares that

*Thomas Webster*

is certified as a

*Firearms Instructor*

**Expiration Date**
07/01/2004



Jerry E. Burrell
Deputy Commissioner
Office of Public Safety

Ronald G. Spike
Chairman
Municipal Police Training Council

Katherine N. Lapp
Director of New York State Criminal Justice
and Commissioner of Criminal Justice Services

Misc. 1-258 (12-03)-Pe

# POLICE DEPARTMENT
## CITY OF NEW YORK

### OFFICE OF THE POLICE COMMISSIONER



# CERTIFICATE OF RETIREMENT

PRESENTED TO

## POLICE OFFICER
## THOMAS WEBSTER
## 20 YEARS OF SERVICE

In grateful recognition as a loyal and dedicated member of the Police Department of the City of New York.

POLICE COMMISSIONER

April 30, 2011

RETIREMENT DATE



**PERFORMANCE EVALUATION —**
**POLICE OFFICER - DETECTIVE SPECIALIST**

FRONT OF FORM

**DEC 15 1996**

PD439-157 (Rev. 9-95)   (Ref. AG. 303-19)

**IMPORTANT**
- Type text portions ONLY
- DO NOT FOLD or STAPLE This Computer. For
- Use #2 Pencil for Computer Boxes ONLY
- Follow Guidebook Instructions

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|---|
| | Webster | Thomas | | PO | HB PSA8 | 10/30/91 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: Patrol (PCO) | DATE OF PRIMARY ASSIGNMENT: 4/93 |
|---|---|---|---|
| | 913899 | RATING PERIOD: FROM 1/1/96 | TO 12/31/96 |

**RATER**
- COMMENTS ON 3 RATING ITEMS REQUIRED
- CHOOSE FROM "PERFORMANCE AREAS" & "BEHAVIORAL DIMENSIONS" ON BACK OF FORM
- RATINGS OF "LOW" & "VERY LOW" MUST BE COMMENTED ON BEFORE COMMENTING ON HIGHER RATED ITEMS.

No. 0

Example: No. 4

P.O. Webster interacts very well with the residents in his patrol area. He is congenial and is well known by the residents of the Gun Hill houses.

No. 1

P.O. Webster is very good with respect to recovering and vouchering of evidence, He is very competent with respect to all aspects of arrest processing.

No. 3

P.O. Webster supports Department policies and procedures, He is not a disciplinary problem.

**Overall Rater's Comments:**

P.O. Webster is currently assigned as a project community officer at the Gun Hill houses. He has good activity and mantains a positive attitude and is well liked by the residents of the Gun Hill houses

**RATER'S TAX NUMBER**

9 1 2 3 7 6

| RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| Michael McFadden | Sgt. | HB PSA8 | 8/95 |

| SOCIAL SECURITY NO. | SIGNATURE M. McFadden 3848 | DATE: 1/7/97 |
|---|---|---|

**I HAVE SHOWN THIS EVALUATION TO RATEE AND FULLY DISCUSSED ITS CONTENTS:** RATER'S INITIALS M.M.

**I WISH TO APPEAL THIS EVALUATION:** (Ref. to A.G. 303-20)
☐ (IF APPEALED, INITIAL AND DARKEN BOX) RATEE'S INITIALS ____

**REVIEWER**   Comments:

(Must use No. 2 pencil to darken box)
☑ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

| REVIEWER'S NAME (PRINT) | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| Stewart A. Lieber | | P.S.A. #8 | 12/93 |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. 912458 | SIGNATURE | DATE: 1/12/97 |
|---|---|---|---|

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 9-95)   (Ref. AG. 303-19)

**IMPORTANT**
- EXAMPLE:
- ERASE COMPLETELY TO CHAN

**RATEE**

| SURNAME | FIRST | M.I. |
|---|---|---|
| Webster | Thomas | |

**RANK**
- ○ PPO
- ● PO
- ○ PO S/A
- ○ Det. Sp.
- ○ OTHER

IF COMPLETED POLICE CADET PROGRAM
○
DARKEN BOX

**COMMAND**   8 | 8

**BOROUGH**
- ☐ MANHATTAN SOUTH
- ☐ MANHATTAN NORTH
- ☒ BRONX
- ☐ QUEENS SOUTH
- ☐ QUEENS NORTH
- ☐ BROOKLYN SOUTH
- ☐ BROOKLYN NORTH
- ☐ STATEN ISLAND
- ☐ CITYWIDE/OTHER

DARKEN ONLY ONE BOX
SEE APPENDIX A

**PURPOSE**
- ○ 4 MONTH PROB
- ○ 10 MONTH PROB
- ○ 16 MONTH PROB
- ○ 22 MONTH PROB
- ○ TRANSFER
- ○ INTERIM
- ○ ANNUAL
- ○ OTHER

DARKEN ONLY ONE BOX

**EDUCATION**
- ● HS
- ○ A.A. or 64 CR+
- ○ B.A. or 128 CR+
- ○ M.A. or 160 CR+
- ○ JD
- ○ PhD

DARKEN ONLY ONE BOX

Bilingual Officer
○
DARKEN BOX

**RECOMMENDATIO**
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRON
- OTHER (SPECIFY ON FRONT)

DARKEN ONLY ONE BOX

## EACH AREA/DIMENSION REQUIRES A RESPONSE

| PERFORMANCE AREAS | | | | | | | BEHAVIORAL DIMENSIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ● | ③ | ② | ① | ⓪ | 13. Police Ethics/Integrity | ⑤ | ● | ③ | ② |
| 2. Apprehension/Intervention | ⑤ | ④ | ③ | ② | ① | ⓪ | 14. Comprehension Skills | ⑤ | ④ | ③ | ② |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ③ | ② | ① | ⓪ | 15. Communication Skills | ⑤ | ④ | ● | ② |
| 4. Domestic Arrests | ⑤ | ④ | ③ | ② | ① | ⓪ | 16. Reasoning Ability | ⑤ | ④ | ③ | ② |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ● | ② | ① | ⓪ | 17. Information Ordering | ⑤ | ④ | ● | ② |
| 6. Handling Specific Offenses | ⑤ | ④ | ③ | ② | ① | ⓪ | 18. Problem Recognition | ⑤ | ④ | ③ | ② |
| 7. Police Interaction/Notification | ⑤ | ④ | ● | ② | ① | ⓪ | 19. Visualization | ⑤ | ④ | ● | ② |
| 8. Vehicle Operation/Maintenance | ⑤ | ④ | ● | ② | ① | ⓪ | 20. Spatial Orientation | ⑤ | ④ | ③ | ② |
| 9. Review and Maintenance | ⑤ | ④ | ● | ② | ① | ⓪ | 21. Memorization | ⑤ | ④ | ● | ② |
| 10. Handling Special Cases | ⑤ | ④ | ● | ② | ① | ⓪ | 22. Judgment | ⑤ | ④ | ③ | ② |
| 11. Vouchering | ⑤ | ● | ③ | ② | ① | ⓪ | 23. Innovativeness | ⑤ | ④ | ③ | ② |
| 12. Report/Clerical Duties | ⑤ | ④ | ③ | ② | ① | ⓪ | 24. Adaptability | ⑤ | ④ | ③ | ② |
| 30. | ⑤ | ④ | ③ | ② | ① | ⓪ | 25. Drive/Initiative | ⑤ | ④ | ● | ② |
| 31. | ⑤ | ④ | ③ | ② | ① | ⓪ | 26. Interpersonal Skills | ⑤ | ④ | ③ | ② |
| | | | | | | | 27. Appearance | ⑤ | ④ | ● | ② |
| | | | | | | | 28. | ⑤ | ④ | ③ | ② |
| | | | | | | | 29. | ⑤ | ④ | ③ | ② |

**TIMES SICK** / **DAYS LOST**

| NLOD | LOD | NLOD | LOD |
|---|---|---|---|
| ○ 0 | ○ | ○ 0 | ○ |
| ○ 1 | ● | ○ 1 | ○ |
| ● 2 | ● | ○ 2-5 | ● |
| ○ 3 | ○ | ● 6-10 | ○ |
| ○ 3+ | ○ | ○ >10 | ○ |

DARKEN ONE BOX PER COLUMN
○ CHRONIC A   ○ CHRONIC B
● NOT CHRONIC

DARKEN ONLY ONE BOX

**OVERALL EVALUATION**

SEE GUIDE

**Annual Total of Quarterly Points** *

No.   ⓪ ① ② ③ ● ⑤ ⑥ ⑦ ⑧ ⑨

* See Interim Order 105, dated 7-17-95

© COPYRIGHT 1992, NEW YORK CITY POLICE DEPT.



**NEW YORK CITY POLICE DEPARTMENT**
**CENTRAL  PERSONNEL INDEX**
**ROUND  ROBIN REPORT**
TAX NUMBER :   913899

PAGE 1 OF 1
DATE:   5/26/2021
TIME:   08:41:15

NAME:   THOMAS WEBSTER
RANK:   POLICE OFFICER MALE
COMMAND:  (322) INTEL-MSS-UNIFORMED OPERATIONS

**TAX ID #: 913899**
**INTERNAL INVESTIGATION**
DATE : 7/15/1997
CONTROL NUMBER : 001
SERIAL NUMBER : C97-0885
COMPL ALLEG SUBJ W/EXCESSIVE FORCE/ASSAULT. DISP:(3) UNSUBSTANTIATED

**LOSS OF I.D. CARD**
DATE : 7/6/1998
CONTROL NUMBER : 001
SERIAL NUMBER : XXXXX
MOS ARRIVED AT WORK & DISCOVERED WALLET HAD FALLEN THRU A HOLE IN PANTS POCKET MOS
FAILED TO SAFEGUARD ID CARD CD #032/98 WAS ISSUED NEW ID CARD ISSUED

**TOTAL EVENTS FOUND :    2**



# PERFORMANCE EVALUATION
# POLICE OFFICER - DETECTIVE SPECIALIST

PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

**FRONT OF FORM**

**IMPORTANT**
- Type text portions Only
- Do Not Fold or Staple This Computer Form
- Use #2 Pencil or black ball point pen
- Follow Guidebook Instructions

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|---|
| | Webster | Thomas | | P.O. | PAFTS | 07/06/99 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: | DATE OF PRIMARY ASSIGNMENT: |
|---|---|---|---|
| | 913899 | 3rd Platoon Security | 07/06/99 |

RATING PERIOD: FROM **12/16/02** TO **12/15/03**

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
☐ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

| RATER | RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: | RATER'S TAX No & RANK |
|---|---|---|---|---|---|
| | Rafael Santiago | Sgt | PAFTS | 05/03/02 | 8 9 8 1 |

SIGNATURE    DATE: 01/05/04

- RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
- RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
- INDICATE AREA/DIMENSION BY DARKENING BOX.

**AREAS/DIMENSIONS**

No. 1 3
Police Officer Webster behavior and performance reflects a high level of integrity and trust.

No. 1 8
Police Officer Webster is able to recognize problems and implement steps to correct it.

No. 2 6
Police Officer Webster is well rounded individual and has earned the respect of his peers.

**Overall Rater's Comments:**
Officer Webster performs his duties and assignments in a professional manner. He can be relied on to handle or assist in firearms training.

Officer Webster is assigned to the 3rd platoon security staff.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

**REVIEWER** COMMENTS:

● ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN PURPOSE CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

| REVIEWER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| Nicholas Giacobbe | Lt. | P.A.F.T.S | 05/28/02 |

| TAX REGISTRY NO. | SIGNATURE | DATE: |
|---|---|---|
| 877705 | | 1/5/04 |

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY

SCANTRON®
FORM No. F-4176-NYCPD
COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT
© SCANTRON CORPORATION 1999



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

**IMPORTANT**
USE NO. 1 PENCIL ONLY

- EXAMPLE:
- ERASE *COMPLETELY* TO CHANGE

**RATEE**

| SURNAME | FIRST | M.I. |
|---|---|---|
| Webster | Thomas | |

RATEE'S TAX NUMBER MUST BE ACCURATE

SOCIAL SECURITY NO.

9 3 9

**RANK**
- ○ PPO
- ● PO
- ○ PO S/A
- ○ Det. Sp.
- ○ OTHER ___

IF COMPLETED POLICE CADET PROGRAM
○
**DARKEN BOX**

**COMMAND**
3   7

SEE APPENDIX A

**BOROUGH**
- ○ MANHATTAN SOUTH
- ○ MANHATTAN NORTH
- ○ BRONX
- ○ QUEENS SOUTH
- ○ QUEENS NORTH
- ○ BROOKLYN SOUTH
- ○ BROOKLYN NORTH
- ○ STATEN ISLAND
- ● CITYWIDE / OTHER
**DARKEN ONLY ONE BOX**

| TIMES SICK | | DAYS LOST | |
|---|---|---|---|
| NLOD | LOD | NLOD | LOD |
| ● 0 | ○ 0 | ○ 0 | ○ 0 |
| ○ 1 | ○ | ○ 1 | ○ 1 |
| ○ 2 | ○ | ○ 2-5 | ○ |
| ○ 3 | ○ | ○ 6-10 | ○ |
| ● 3+ | ○ | ● >10 | ○ |

**DARKEN ONE BOX PER COLUMN**
○ CHRONIC A   ○ CHRONIC B
● NOT CHRONIC
**DARKEN ONLY ONE BOX**

**PURPOSE**
- ○ 4 MONTHS PROB.
- ○ 10 MONTHS PROB.
- ○ 16 MONTHS PROB.
- ○ 22 MONTHS PROB.
- ○ TRANSFER
- ○ INTERIM
- ● ANNUAL
- ○ OTHER ___
**DARKEN ONLY ONE BOX**

**EDUCATION**
- ○ HS
- ○ A.A. or 64 CR+
- ○ B.A. or 128 CR+
- ○ M.A. or 160 CR+
- ○ JD
- ○ PhD
**DARKEN ONLY ONE BOX**

**RECOMMENDATI**
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRON
- OTHER (SPECIFY ON FRONT)
**DARKEN ONLY ONE BO**

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYEE'S COMPLIANCE WITH DEPARTMENT'S EEO GUIDELINES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME.

**EACH AREA/DIMENSION REQUIRES A RESPONSE**

## PERFORMANCE AREAS

| | ⑤ | ④ | ③ | ② | ① | |
|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ③ | ② | ① | ● |
| 2. | | | | | | |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ③ | ② | ① | ● |
| 4. | | | | | | |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ③ | ② | ① | ● |
| 6. | | | | | | |
| 7. Police Interaction/Notification | ⑤ | ④ | ③ | ② | ① | ● |
| 8. | | | | | | |
| 9. Review and Maintenance | ⑤ | ④ | ③ | ② | ① | ● |
| 10. | | | | | | |
| 11. Vouchering | ⑤ | ④ | ● | ② | ① | ⓪ |
| 12. | | | | | | |

## BEHAVIORAL DIMENSIONS

| | ⑤ | ④ | | ② | |
|---|---|---|---|---|---|
| 13. Police Ethics / Integrity | ⑤ | ④ | ● | ② | |
| 14. | | | | | |
| 15. Communication Skills | ⑤ | ● | ③ | ② | |
| 16. | | | | | |
| 17. Information Ordering | ⑤ | ④ | ● | ② | |
| 18. | | | | | |
| 19. Visualization | ⑤ | ④ | ● | ② | |
| 20. | | | | | |
| 21. Memorization | ⑤ | ● | ③ | ② | |
| 22. | | | | | |
| 23. Innovativeness | ⑤ | ④ | ● | ② | |
| 24. | | | | | |
| 25. Drive/Initiative | ⑤ | ● | ● | ● | |
| 26. | | | | | |
| 27. Appearance/Professional Image | ⑤ | ● | ③ | ② | |
| 28. | | | | | |

**OVERALL EVALUATION**

| No. | 0 ⓪①②③④⑤⑥ |
|---|---|
| No. | 0 ①②③④⑤⑥⑦⑧⑨ |



**POLICE DEPARTMENT**
**LEGAL BUREAU**
SUBPOENA LITIGATION UNIT, ROOM 110C
ONE POLICE PLAZA
NEW YORK, N.Y. 10038
212-693-2640

## CERTIFICATION OF NYPD RECORDS (LR1600/2021)

CASE NAME:   UNITED STATES of AMERICA vs. THOMAS WEBSTER

CASE FILE:   1:21-CR-208

UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, Christine Lucatorto, Deputy Managing Attorney of the New York City Police Department ("NYPD") Subpoena Litigation Unit, am (a) designated by the Police Commissioner of the NYPD to officially certify NYPD records as its official business records pursuant to law; and (b) an attorney duly admitted to practice law in the State of New York and hereby affirm under penalty of perjury pursuant to Civil Practice Law and Rules §2106 that:

1. To the best of my knowledge, after reasonable inquiry, the copies of the records attached hereto are accurate versions of the documents described in the attached subpoena duces tecum that were located within the possession, custody or control of the NYPD, subject to any redactions required by law or permitted pursuant to asserted privilege(s) as indicated in Schedule A; and

2. To the best of my knowledge, after reasonable inquiry, the copies of the records attached hereto represent all of the documents described in the subpoena, subject to any redactions required by law or permitted pursuant to asserted privilege(s) or records which are believed to exist but have not yet been located for purposes of reproduction, as indicated in Schedule A; and

3. The copies attached hereto were created and maintained by NYPD personnel in the regular course of business pursuant to their duties as members of the NYPD, at the time of the act, transaction, occurrence or event recorded therein, or within a reasonable time thereafter (or were gathered pursuant to an NYPD investigation and incorporated into our records at or near the date or time indicated).

SCHEDULE A       [   ] ATTACHED   [ X ] NOT ATTACHED

Date:   May 26, 2021

Christine Lucatorto
Deputy Managing Attorney
NYPD Subpoena Litigation Unit
(as designee of the NYPD Police Commissioner)



**POLICE DEPARTMENT**
**LEGAL BUREAU**
DOCUMENT PRODUCTION UNIT, ROOM 110C
ONE POLICE PLAZA
NEW YORK, N.Y. 10038
646-610-5296

## DELEGATION OF AUTHORITY

I, Dermot Shea, Police Commissioner for the New York City Police Department, whose signature appears below, am the head of the Agency. I hereby authorize Robert Fodera, Managing Attorney of the Agency's Subpoena Litigation Unit, to certify records of this Agency as the full and complete record of the condition, act, transaction, occurrence or event which have been made in the regular course of business of this Agency to take such records at the time of the condition, act, occurrence or event, or within a reasonable time thereafter.

Date: 2/14/2020

_____
**POLICE COMMISSIONER DERMOT SHEA**

_____
**MANAGING ATTORNEY ROBERT FODERA**

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia   ▾

| | |
|---|---|
| United States of America )<br>v.<br>Thomas Webster )<br><br>*Defendant* ) | Case No. 1:21-CR-208 |

POLICE DEPARTMENT
CITY OF NEW YORK
2021 APR 15 A F 28

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   FOIL Unit, Legal Bureau, 1 Police Plaza, Room 110C, New York, New York 10038
Attn: Lt. Richard Mantellino

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:
Thomas Webster's entire Personnel File with the New York Police Department, including, but not limited to: 1) disciplinary records, 2) Central Personnel Index records, 3) commendations and/or citations, 4) character and fitness records

| Place: | Dupee & Monroe, P.C.<br>211 Main Street<br>Goshen, New York 10924 | Date and Time: 04/30/2021 2:00 pm |
|---|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:   April     2021

SO ORDERED:

2021.04.1
17:43:43
-04'00'

HON. AMIT P. MEHTA

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Thomas Webster
, who requests this subpoena, are:
Dupee & Monroe, P.C., 211 Main Street, P.O. Box 470, Goshen, New York 10924; jim@dupeemonroelaw.com; (845) 294-8900

## Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.









dmv.ny.gov

Doc # SXYZLCZL07

THIS LICENSE IS ISSUED WITH THE FOLLOWING CONDITIONS
1. It is revocable at anytime.     2. If issued outside New York City, not valid to carry a weapon in New York City unless approved by the police commissioner of that city.



| Make | Caliber | Serial Number | Model |
|------|---------|---------------|-------|
| RUGER | 38 | 17208803 | SPNY |
| S&W | 38 | BKP3304 | 640 |
| S&W | 9MM | VYK6927 | 5946 |

R. # 87987-2-12-17



(Signature of Holder)



# Medals Report - All Medals

File Number: _____

| **Name** | | **Tax ID#** | **Rank** |
|---|---|---|---|
| WEBSTER, THOMAS | | 913899 | POM |

| **Command Code** | **Command** | **Date Appointed** | **Date In Rank** |
|---|---|---|---|
| 322 | INTELL-MSS-UNIFORM | 04/30/1991 | 04/30/1991 |

| **Shield** | **Uniform / Civilian** |
|---|---|
| 13415 | UNIFORM |

Page  1                    **Total Medals Received:** 1          Date Prepared: 08/15/2011

----- Totals by Medal Designation -----

| EPD: | 1 | MPD: | 0 | COM: | 0 | EM: | 0 | MH: | 0 | PCC: | 0 | MV: | 0 | HM: | 0 | PSM: | 0 | DSM: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMCS: | 0 | CCOM: | 0 | COMI: | 0 | MPDI: | 0 | PCA: | 0 | PSA: | 0 | MSA: | 0 | MSAI: | 0 | OSA: | 0 |

| PO # | PO Date | From Date | To Date | Status | Code | Medal Awarded |
|---|---|---|---|---|---|---|
| 343 | 11/01/1999 | 09/04/1998 | / / | T | 11 | EXCELLENT POLICE DUTY |

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

FROM:                                                    DATE: 1-24-10

TO:          EMPLOYMEE MANAGEMENT DIVISION
             ATTENTION: SECRETARY LEVEL 4, GENE JOHNSON
             ONE POLICE PLAZA, C-LEVEL A53

SUBJECT:     REQUEST FOR BEFORE PHOTO FOR M.O.S

1. THE UNDERSIGNED IS REQUESTING BEFORE AND AFTER PHOTOS FOR
   BELOW LISTED MEMBER OF SERVICE.

                                    SS#  ▮▮▮▮▮▮▮

                  SeH

                  TAX# _913899_

                  NAME _Thomas Webster_

2. SUBMITTED FOR YOUR INFORMATION.  S.S# ▮▮▮▮▮▮▮

                  NAME _THOMAS WEBSTER_

                  RANK _P.O._

                  TAX# _913899_

                  PHONE _914-204-7314_

                  Intel MSS

11/24/10 Sent voice mail Re: 4? for Id Sect...

(NYCHA 011.3408.R (Rev. 7/87)
*PROBATIONARY REPORT*

**NEW YORK CITY HOUSING AUTHORITY**

| NAME OF EMPLOYEE | | SOC. SEC. # | LOCATION |
|---|---|---|---|
| WEBSTER Thomas | | | O86 HPD-Norr #8 |

| TITLE | STATUS | DATE OF APPOINTMENT TO PRESENT POSITION |
|---|---|---|
| Police Officer - HPD | A | 04/30/91 |

*For provisional and non-competitive employees this report serves as an evaluation during their first year of service. However, upon successful completion of this evaluation, provisional and non-competitive employees DO NOT gain permanent status.*

### 1. QUANTITY OF WORK - Consider the amount of work the employee does in comparison with others or compared to the amount you expect.  Does employee appear to be busy?

| Slow. Lazy. Accomplishes nothing. Spends time away from work assignment. | Works slowly. Requires constant supervision. Accomplishes very little work. | Does normal amount of work.  Fairly steady. Usually is at work location. | Works hard on job at all times.  Does more than others assigned to same tasks. | Very fast, hard worker. Amount of work greater than any others doing this type of work. |
|---|---|---|---|---|
| | | ✓ | | |

Comments: Officer completes tasks in a timely and efficient manner

### 2. QUALITY OF WORK - Consider how well the employee performs the job?  Is work neat?  Accurate?  Complete?

| Work poorly done. Sloppy. Many errors. | Work not accurate nor good. Needs to be checked too frequently. Correction always required. | Acceptable work. No unusual number of errors and corrections. | Very good quality.  Few errors.  Accurate and dependable. | Very accurate.  Almost no errors. Work is better in quality than any others performing similar tasks. |
|---|---|---|---|---|
| | | ✓ | | |

Comments: Officers reports are clear concise and accurate

### 3. COOPERATION AND ATTITUDE - Consider attitude towards supervisor, fellow-employees, public.  Is employee agreeable?  Cooperative?  How well does employee take constructive criticism?

| Sullen, resentful, antagonistic. Disliked by others. Causes trouble. | Reluctant to cooperate. Causes some friction. Seems to dislike and resent fellow-employees and supervisors. | Generally accepted by group. Accepts reasonable direction and criticism. | Quite cooperative and helpful.  Well liked by fellow-employees. | Very cooperative. Excellent attitude toward everyone. |
|---|---|---|---|---|
| | | | ✓ | |

Comments: Officer cooperates well with others.

**3rd QUARTERLY RATING**

**(4.) LEARNING CAPACITY, ADAPTABILITY AND POTENTIAL** - Consider how well and how quickly employe k job. Consider versatility, indication of future value to agency.

| Dull, Slow. Does not seem to understand work assignment. No potential for this or other assignments. | Needs minute instructions. Learns work too slowly. Has not been able to master even simple assignments. | Learned job in reasonable time. Appears to understand direction. Shows potential for future after further training. | Learned quickly. Understands well. Makes contribution to work team. Shows good potential for promotion. Handles new assignments very well. | Learned most rapidly. Makes excellent contribution to group. Handles any assignment better than any others in group. Has ability for promotion now. |
|---|---|---|---|---|
| | | ✓ | | |

Comments: Officer will be an asset to the department and adheres to department guidelines and handles assignments efficiently.

**(5.) ATTENDANCE AND LATENESS** Consider the number of times late and absent and the reasons therefor. Consider the effect of lateness and absence on other employes in the department.

| Constantly late or absent. Late or absent without cause or notice. | Late frequently. Absent frequently. Does not take seriously the reporting time. | Attendance normal. Lateness normal. | Infrequently late. Infrequently absent. | Very rarely late and absent. Lateness and attendance better than any others in the department. |
|---|---|---|---|---|
| | | | | ✓ |

Comments: Officer is punctual and has not been absent.

**Overall Comments if any:** *(Use this space for additional information)*

Officer has good work habits and cooperates well with his peers. Officer accepts ideas and completes same in a timely manner. Officer is punctual and has not been absent.

**NOTE: PLEASE BE AWARE THAT AN UNSATISFACTORY RATING IN ANY CATEGORY REQUIRES AN UNSATISFACTORY OVER-ALL PROBATIONARY RATING.**

**OVER-ALL PROBATIONARY EVALUATION:** ☒ Satisfactory  ☐ Unsatisfactory

| DATE | SIGNATURE (Supervisor) |
|---|---|
| 12/16/91 | SGT Eleanor McNeal 95 |
| DATE | SIGNATURE (Division Head) |
| 12/18/91 | |

I understand that my signature indicates that my supervisor has discussed my probationary rating with me and has shown me my probationary report, it does not necessarily imply my acceptance of the rating.

Date 12/18/91   Signature (Probationer)

NYCHA 815.14JB-R (Rev. 7/87)

NYCHA 018.14B&R (Rev. 7/87)

**NEW YORK CITY HOUSING AUTHORITY**

PROBATIONARY REPORT

SOC. SEC. #

LOCATION: PSA-8-N/086

NAME OF EMPLOYEE: Webster, Thomas

TITLE: PO/HAPD

STATUS: A

DATE OF APPOINTMENT TO PRESENT POSITION: 04.30.91

*For provisional and non-competitive employees this report serves as an evaluation during their first year of service. However, upon successful completion of this evaluation, provisional and non-competitive employees DO NOT gain permanent status.

**1. QUANTITY OF WORK** - Consider the amount of work the employee does in comparison with others or compared to the amount you expect. Does employee appear to be busy?

| Slow. Lazy. Accomplishes nothing. Spends time away from work assignment. | Works slowly. Requires constant supervision. Accomplishes very little work. | Does normal amount of work. Fairly steady. Usually is at work location. ✓ | Works hard on job at all times. Does more than others assigned to same tasks. | Very fast, hard worker. Amount of work greater than any others doing this type of work. |

Comments: OFFICER OFFERS ASSISTANCE WHEN EVER POSSIBLE

**2. QUALITY OF WORK** - Consider how well the employee performs the job? Is work neat? Accurate? Complete?

| Work poorly done. Sloppy. Many errors. | Work not accurate nor good. Needs to be checked too frequently. Correction always required. | Acceptable work. No unusual number of errors and corrections. ✓ | Very good quality. Few errors. Accurate and dependable. | Very accurate. Almost no errors. Work is better in quality than any others performing similar tasks. |

Comments: OFFICER IS QUITE CAPABLE IN his PERFORMANCE + takes pride IN his duties

**3. COOPERATION AND ATTITUDE** - Consider attitude towards supervisor, fellow-employees, public. Is employee agreeable? Cooperative? How well does employee take constructive criticism?

| Sullen, resentful, antagonistic. Disliked by others. Causes trouble. | Reluctant to cooperate. Causes some friction. Seems to dislike and resent fellow-employees and supervisors. | Generally accepted by group. Accepts reasonable direction and criticism. | Quite cooperative and helpful. Well liked by fellow-employees. ✓ | Very cooperative. Excellent attitude toward everyone. |

Comments: OFFICER IS FRIENDLY with PUBLIC AS well AS with his peers

5TH REPORT

**4.** LEARNING CAPACITY, ADAPTABILITY AND POTEN~~TIAL~~
job. Consider versatility, indication of future value to agency.

| Dull. Slow. Does not seem to understand work assignment. No potential for this or other assignments. | Needs minute instructions. Learns work too slowly. Has not been able to master even simple assignments. | Learned job in reasonable time. Appears to understand direction. Shows potential for future after further training. | Learned quickly. Understands well. Makes contribution to work team. Shows good potential for promotion. Handles new assignments very well. | Learned most rap~~idly~~. Makes excellent co~~ntri~~bution to group. H~~an~~dles any assignme~~nt~~ better than any o~~ther~~ in group. Has abi~~lity~~ promotion now. |

Comments: OFFICER LEARNS PROCEDURES FAST
AND REQUIRES LITTLE SUPERVISIO~~N~~

**5.** ATTENDANCE AND LATENESS - Consider the number of times late and absent and the reasons therefor. C~~onsider~~
the effect of lateness and absence on other employes in the department.

| Constantly late or absent. Late or absent without cause or notice. | Late frequently. Absent frequently. Does not take seriously the reporting time. | Attendance normal. Lateness normal. | Infrequently late. Infrequently absent. | Very rarely ~~late or~~ absent. Late ~~or~~ attendance ~~better than~~ any others ~~in the~~ department. |

Comments: OFFICER IS NEVER LATE

Overall Comments if any: (Use this space for additional information)
P.O. ~~B~~ ~~se~~ HAS potential
ADVANCE with the department

NOTE: PLEASE BE AWARE THAT AN UNSATISFACTORY RATING IN ANY CATEGOR~~Y~~
AN UNSATISFACTORY OVER-ALL PROBATIONARY RATING.

OVER-ALL PROBATIONARY EVALUATION:   ☐ Satisfactory   ☐ Unsatisfactory

| | |
|---|---|
| DATE | SIGNATURE (Supervisor) |
| 7/11/92 | |
| DATE | SIGNATURE (Division Head) |
| 7/20/92 | Capt. Sebastia V. Evans |

I understand that my signature indicates that my supervisor has discussed my probationar~~y~~
and has shown me my probationary report; it does not necessarily imply my acceptance o~~f it~~

Date: 7/12/92       Signature (Probationer) — Webster

PHILADELPHIA 85.1435-R (Rev. 7/87)

C.O.
'92 JUL 23 AM 8 13
PROB. BUREAU

NYCHA 015.14364 R (Rev. 7/87)
**PROBATIONARY REPORT\***

**NEW YORK CITY HOUSING AUTHORITY**

| NAME OF EMPLOYEE | SOC. SEC. # | LOCATION |
|---|---|---|
| Thomas WEBSTER | | PSA · 8/n |

| TITLE | STATUS | DATE OF APPOINTMENT TO PRESENT POSITION |
|---|---|---|
| Police OFF | 0491 | 4-30-91 |

**\*For provisional and non-competitive employees this report serves as an evaluation during their first year of service. However, upon successful completion of this evaluation, provisional and non-competitive employees DO NOT gain permanent status.**

1. **QUANTITY OF WORK** · Consider the amount of work the employee does in comparison with others or compared to the amount you expect. Does employee appear to be busy?

| Slow. Lazy. Accomplishes nothing. Spends time away from work assignment. | Works slowly. Requires constant supervision. Accomplishes very little work. | Does normal amount of work. Fairly steady. Usually is at work location. | Works hard on job at all times. Does more than others assigned to same tasks. | Very fast, hard worker. Amount of work greater than any others doing this type of work. |
|---|---|---|---|---|
| | | | ✓ | |

Comments: OFFicer has strong work ethic AND does not hesitate to offer his Assistance

2. **QUALITY OF WORK** - Consider how well the employee performs the job? Is work neat? Accurate? Complete?

| Work poorly done. Sloppy. Many errors. | Work not accurate nor good. Needs to be checked too frequently. Correction always required. | Acceptable work. No unusual number of errors and corrections. | Very good quality. Few errors. Accurate and dependable. | Very accurate. Almost no errors. Work is better in quality than any others performing similar tasks. |
|---|---|---|---|---|
| | | | ✓ | |

Comments: OFFicer's work RARely NeeDs to Be CorrecteD

3. **COOPERATION AND ATTITUDE** - Consider attitude towards supervisor, fellow-employees, public. Is employee agreeable? Cooperative? How well does employee take constructive criticism?

| Sullen, resentful, antagonistic. Disliked by others. Causes trouble. | Reluctant to cooperate. Causes some friction. Seems to dislike and resent fellow-employees and supervisors. | Generally accepted by group. Accepts reasonable direction and criticism. | Quite cooperative and helpful. Well liked by fellow-employees. | Very cooperative. Excellent attitude toward everyone. |
|---|---|---|---|---|
| | | | ✓ | |

Comments: OFFicer BlenDs IN with cur workers + PUBlic with out ANy problem

**6TH REPORT**

(Over)

**4.** LEARNING CAPACITY, ADAPTABILITY AND POTENTIAL - Consider how well and how quickly employe learned job. Consider versatility, indication of future value to agency.

| Dull. Slow. Does not seem to understand work assignment. No potential for this or other assignments. | Needs minute instructions. Learns work too slowly. Has not been able to master even simple assignments. | Learned job in reasonable time. Appears to understand direction. Shows potential for future training after further training. | ✓ Learned quickly. Understands well. Makes contribution to work team. Shows good potential for promotion. Handles new assignments very well. | Learned most rapidly. Makes excellent contribution to group. Handles any assignment better than any others in group. Has ability for promotion now. |
|---|---|---|---|---|

Comments: OFFICER RARELY HAS TO
BE TOLD TO DO G. WORK
ASSIGNMENT TWICE.

**5.** ATTENDANCE AND LATENESS - Consider the number of times late and absent and the reasons therefor. Consider the effect of lateness and absence on other employes in the department.

| Constantly late or absent. Late or absent without cause or notice. | Late frequently. Absent frequently. Does not take seriously the reporting time. | Attendance normal. Lateness normal. | Infrequently late. Infrequently absent. ✓ | Very rarely late and absent. Lateness and attendance better than any others in the department. |
|---|---|---|---|---|

Comments: OFFICER IS NEVER LATE

Overall Comments if any: *(Use this space for additional information)*
OFFICER IS AN ASSET TO
the dept AND has the potential
to ADVANCE with the dept

NOTE:   PLEASE BE AWARE THAT AN UNSATISFACTORY RATING IN ANY CATEGORY REQUIRES AN UNSATISFACTORY OVER-ALL PROBATIONARY RATING.

OVER-ALL PROBATIONARY EVALUATION:   ☑ Satisfactory   ☐ Unsatisfactory

| DATE | 8/28/98 | SIGNATURE *(Supervisor)* |
| DATE | 8/31/92 | SIGNATURE *(Division Head)* |

I understand that my signature indicates that my supervisor has discussed my probationary rating with me and has shown me my probationary report; it does not necessarily imply my acceptance of the rating.

Date 08-28-98   Signature *(Probationer)*

NYCHA 015.1415-R (Rev. 7/87)

N-CHA 015.143B&R (Rev. 7/87)
PROBATIONARY REPORT*

**NEW YORK CITY HOUSING AUTHORITY**

| NAME OF EMPLOYEE | | SOC. SEC. # | LOCATION #036 |
|---|---|---|---|
| Webster, Menka | | | HPD-Bronx BA#5 |
| **TITLE** | **STATUS** | | **DATE OF APPOINTMENT TO PRESENT POSITION** |
| TC HA.D. | A | | 4/30/91 |

*For provisional and non-competitive employees this report serves as an evaluation during their first year of service. However, upon successful completion of this evaluation, provisional and non-competitive employees DO NOT gain permanent status.*

**1. QUANTITY OF WORK** - Consider the amount of work the employee does in comparison with others or compared to the amount you expect. Does employee appear to be busy?

| Slow. Lazy. Accomplishes nothing. Spends time away from work assignment. | Works slowly. Requires constant supervision. Accomplishes very little work. | Does normal amount of work. Fairly steady. Usually is at work location. | Works hard on job at all times. Does more than others assigned to same tasks. | Very fast, hard worker. Amount of work greater than any others doing this type of work. |
|---|---|---|---|---|
| | | ✓ | | |

Comments:

**2. QUALITY OF WORK** - Consider how well the employee performs the job? Is work neat? Accurate? Complete?

| Work poorly done. Sloppy. Many errors. | Work not accurate nor good. Needs to be checked too frequently. Correction always required. | Acceptable work. No unusual number of errors and corrections. | Very good quality. Few errors. Accurate and dependable. | Very accurate. Almost no errors. Work is better in quality than any others performing similar tasks. |
|---|---|---|---|---|
| | | ✓ | | |

Comments:  Requires very little supervision

**3. COOPERATION AND ATTITUDE** - Consider attitude towards supervisor, fellow-employees, public. Is employee agreeable? Cooperative? How well does employee take constructive criticism?

| Sullen, resentful, antagonistic. Disliked by others. Causes trouble. | Reluctant to cooperate. Causes some friction. Seems to dislike and resent fellow-employees and supervisors. | Generally accepted by group. Accepts reasonable direction and criticism. | Quite cooperative and helpful. Well liked by fellow-employees. | Very cooperative. Excellent attitude toward everyone. |
|---|---|---|---|---|
| | | ✓ | | |

Comments:  Follows AND employs
directions IN A
positive manner

7TH REPORT

(Over)

**4) LEARNING CAPACITY, ADAPTABILITY AND POTENTIAL** - Consider how well and how quickly employe learned job. Consider versatility, indication of future value to agency.

| | | ✓ | ✓ | |
|---|---|---|---|---|
| Dull, Slow. Does not seem to understand work assignment. No potential for this or other assignments. | Needs minute instructions. Learns work too slowly. Has not been able to master even simple assignments. | Learned job in reasonable time. Appears to understand direction. Shows potential for future after further training. | Learned quickly. Understands well. Makes contribution to work team. Shows good potential for promotion. Handles new assignments very well. | Learned most rapidly. Makes excellent contribution to group. Handles any assignment better than any others in group. Has ability f promotion now. |

Comments: OFFICER hAS the cAPAcity to hANdlE New AssigNMents well

**5) ATTENDANCE AND LATENESS** - Consider the number of times late and absent and the reasons therefor. Conside the effect of lateness and absence on other employes in the department.

| | | ✓ | | |
|---|---|---|---|---|
| Constantly late or absent. Late or absent without cause or notice. | Late frequently. Absent frequently. Does not take seriously the reporting time. | Attendance normal. Lateness normal. | Infrequently late. Infrequently absent. | Very rarely late and absent. Lateness and attendance better tha any others in the department. |

Comments: _____ Lt. Bird

Overall Comments if any: (Use this space for additional information)
CONTINUE IN PRESENT ASSIGNMENT

NOTE:  PLEASE BE AWARE THAT AN UNSATISFACTORY RATING IN ANY CATEGORY REQUIRES AN UNSATISFACTORY OVER-ALL PROBATIONARY RATING.

OVER-ALL PROBATIONARY EVALUATION:  ☐ Satisfactory   ☐ Unsatisfactory

| DATE | 12/10/92 | SIGNATURE (Supervisor) | |
|---|---|---|---|
| DATE | 12/10/92 | SIGNATURE (Division Head) Carl J. Jebos t V. Gue | |

I understand that my signature indicates that my supervisor has discussed my probationary rating with me and has shown me my probationary report; it does not necessarily imply my acceptance of the rating.

Date 12-10-92                    Signature (Probationer) Thomas Wiletta

NYCHA A58-112B (Rev. 7/87)

THIS COPY TO BE FILED AT WORK LOCATION

| NYCHA 015.1435A R (Rev. 7/87) PROBATIONARY REPORT* | | NEW YORK CITY HOUSING AUTHORITY | |
|---|---|---|---|
| NAME OF EMPLOYEE Webster, Thomas | SOC. SEC. # | LOCATION 086 | |
| TITLE P.O. H.A.P.D. | STATUS A | DATE OF APPOINTMENT TO PRESENT POSITION 4/30/91 | |

*For provisional and non-competitive employees this report serves as an evaluation during their first year of service. However, upon successful completion of this evaluation, provisional and non-competitive employees DO NOT gain permanent status.*

**1. QUANTITY OF WORK** - Consider the amount of work the employee does in comparison with others or compared to the amount you expect. Does employee appear to be busy?

| Slow. Lazy. Accomplishes nothing. Spends time away from work assignment. | Works slowly. Requires constant supervision. Accomplishes very little work. | Does normal amount of work. Fairly steady. Usually is at work location. | Works hard on job at all times. Does more than others assigned to same tasks. ✓ | Very fast, hard worker. Amount of work greater than any others doing this type of work. |
|---|---|---|---|---|

Comments: OFFICER does NOT hesitate to take ON extra ASSIGNMents

**2. QUALITY OF WORK** - Consider how well the employee performs the job? Is work neat? Accurate? Complete?

| Work poorly done. Sloppy. Many errors. | Work not accurate nor good. Needs to be checked too frequently. Correction always required. | Acceptable work. No unusual number of errors and corrections. ✓ | Very good quality. Few errors. Accurate and dependable. | Very accurate. Almost no errors. Work is better in quality than any others performing similar tasks. |
|---|---|---|---|---|

Comments: OFFicer IS AN Adequate Report writer.

**3. COOPERATION AND ATTITUDE** - Consider attitude towards supervisor, fellow-employees, public. Is employee agreeable? Cooperative? How well does employee take constructive criticism?

| Sullen, resentful, antagonistic. Disliked by others. Causes trouble. | Reluctant to cooperate. Causes some friction. Seems to dislike and resent fellow-employees and supervisors. | Generally accepted by group. Accepts reasonable direction and criticism. | Quite cooperative and helpful. Well liked by fellow-employees. ✓ | Very cooperative Excellent attitude toward everyone. |
|---|---|---|---|---|

Comments: OFFicer IS A pleasure to work with.

*(Over)*

FINAL RATING

④ **LEARNING CAPACITY, ADAPTABILITY AND POTENTIAL** - Consider how well and how quickly employee learne job. Consider versatility, indication of future value to agency.

| Dull. Slow. Does not seem to understand work assignment. No potential for this or other assignments. | Needs minute instructions. Learns work too slowly. Has not been able to master even simple assignments. | Learned job in reasonable time. Appears to understand direction. Shows potential for future training. | Learned quickly. Understands well. Makes contribution to work team. Shows good potential for promotion. Handles new assignments very well. | Learned most rapidly Makes excellent cont bution to group. Han dles any assignment better than any othe in group. Has ability f promotion now. |
|---|---|---|---|---|
| | | | ✓ | |

Comments: OFFICER hAS CAPACITY to ASSIMILAte New INFormAtion At Above AVERAGE RAte

⑤ **ATTENDANCE AND LATENESS** - Consider the number of times late and absent and the reasons therefor. Conside the effect of lateness and absence on other employes in the department.

| Constantly late or absent. Late or absent without cause or notice. | Late frequently. Absent frequently. Does not take seriously the reporting time. | Attendance normal. Lateness normal. | Infrequently late. Infrequently absent. | Very rarely late and absent. Lateness and attendance better than any others in the department. |
|---|---|---|---|---|
| | | | ✓ | |

Comments: OFFICER IS INFrequently LAte

Overall Comments if any: *(Use this space for additional information)*

OFFICER hAS potENTIOL FoR Further ADVANCEMENT with addition I recommend OFFICER to CONtiNUE At PRESENT ASSIGNMENT

**NOTE: PLEASE BE AWARE THAT AN UNSATISFACTORY RATING IN ANY CATEGORY REQUIRES AN UNSATISFACTORY OVER-ALL PROBATIONARY RATING.**

OVER-ALL PROBATIONARY EVALUATION:   ☒ Satisfactory   ☐ Unsatisfactory

| DATE | SIGNATURE (Supervisor) | |
|---|---|---|
| 3/14/93 | | # 527 |
| DATE | SIGNATURE (Division Head) | |
| 3/15/93 | | |

I understand that my signature indicates that my supervisor has discussed my probationary rating with me and has shown me my probationary report; it does not necessarily imply my acceptance of the rating.

Date  3-17-93     Signature (Probationer)

NYCHA 615.143E-R (Rev. 7/87)



# PERFORMANCE EVALUATION —
# POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 9-95)   (Ref. AG. 303-19)

**FRONT OF FORM**

DEC 15 1995

**IMPORTANT**
- Type text portions ONLY
- DO NOT FOLD or STAPLE This Computer Form
- Use #2 Pencil for Computer Boxes ONLY
- Follow Guidebook Instructions

**RATEE**

| SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|
| Webster | Thomas | | P.O. | PSA 8 | 11-91 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: PCO relief sg | DATE OF PRIMARY ASSIGNMENT: 9-95 |
|---|---|---|---|
| | 913899 | RATING PERIOD: FROM 12/94 to 12/-95 | |

**RATER**

- COMMENTS ON 3 RATING ITEMS REQUIRED
- CHOOSE FROM "PERFORMANCE AREAS" & "BEHAVIORAL DIMENSIONS" ON BACK OF FORM
- RATINGS OF "LOW" & "VERY LOW" MUST BE COMMENTED ON BEFORE COMMENTING ON HIGHER RATED ITEMS.

No. 0 / 2

Example: No. 0 / 4

Officer is highly competent when involved in intervention and arrest situations. Officer reacts well at the scenes of past and present crimes, as well as when dealing with suspects or crowds.

No. B

Officer readily recognises the existence of problem situations and understands underlying conditions without additional clarification.

No. 2 / 2

Officer makes sound and practical decisions based on all information available. Officer manages his time in an efficient manner.

**Overall Rater's Comments:**

Officer Webster is able to asses a situatuion, and use the facts available to make correct decisions and take proper action. He is able to handle assignments with little supervision and accepts responsibility without hesitation.

**RATER'S TAX NUMBER**
912448

| RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: May 23, 1988 |
|---|---|---|---|
| Sgt Andrew Brigida 3713 | Sgt | PSA 8 | |

| SOCIAL SECURITY NO. | SIGNATURE | DATE: 1-12-96 |
|---|---|---|

I HAVE SHOWN THIS EVALUATION TO RATEE AND FULLY DISCUSSED ITS CONTENTS: RATER'S INITIALS AB

I WISH TO APPEAL THIS EVALUATION: (Ref. to A.G. 303-20)
☐ (IF APPEALED, INITIAL AND DARKEN BOX) RATEE'S INITIALS TW

**REVIEWER**   Comments:

(Must use No. 2 pencil to darken box)
■ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

| REVIEWER'S NAME (PRINT) | RANK | COMMAND | DATE ASSIGNED TO COMMAND: 12/91 |
|---|---|---|---|
| Lt John Reilly | Lt | PSA 8 | |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. 912448 | SIGNATURE | DATE: 1/15/96 |
|---|---|---|---|

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 9-95)   (Ref. A.G. 303-19)

**IMPORTANT**
USE NO. 2 PENCIL ONLY
- EXAMPLE:
- ERASE **COMPLETELY TO CHANGE**

**RATEE**   LAST NAME Webster   FIRST Thomas   M.I.

RATEE'S TAX NUMBER MUST BE ACCURATE

SOCIAL SECURITY NO.

**RANK**
- ☐ PPO
- ● PO
- ☐ PO S/A
- ☐ Det. Sp.
- ☐ OTHER

IF COMPLETED POLICE CADET PROGRAM
☐
DARKEN BOX

**COMMAND**

**BOROUGH**
- ☐ MANHATTAN SOUTH
- ☐ MANHATTAN NORTH
- ● BRONX
- ☐ QUEENS SOUTH
- ☐ QUEENS NORTH
- ☐ BROOKLYN SOUTH
- ☐ BROOKLYN NORTH
- ☐ STATEN ISLAND
- ☐ CITYWIDE/OTHER

DARKEN ONLY ONE BOX
SEE APPENDIX A

**TIMES SICK**
| NLOD | LOD |
|---|---|
| ☐ 0 | ☐ |
| ☐ 1 | ☐ |
| ● 2 | ☐ |
| ☐ 3 | ☐ |
| ☐ 3+ | ☐ |

DARKEN ONE BOX PER COLUMN
☐ CHRONIC A   ☐ CHRONIC B
● NOT CHRONIC
DARKEN ONLY ONE BOX

**DAYS LOST**
| NLOD | LOD |
|---|---|
| ☐ 0 | ☐ |
| ☐ 1 | ☐ |
| ☐ 2-5 | ☐ |
| ● 6-10 | ☐ |
| ☐ >10 | ☐ |

**PURPOSE**
- ☐ 4 MONTH PROB
- ☐ 10 MONTH PROB
- ☐ 16 MONTH PROB
- ☐ 22 MONTH PROB
- ☐ TRANSFER
- ☐ INTERIM
- ● ANNUAL
- ☐ OTHER
DARKEN ONLY ONE BOX

**EDUCATION**
- ● HS
- ☐ A.A. or 64 CR+
- ☐ B.A. or 128 CR+
- ☐ M.A. or 160 CR+
- ☐ JD
- ☐ PhD
DARKEN ONLY ONE BOX

Bilingual Officer
☐
DARKEN BOX

**RECOMMENDATION**
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT)
- OTHER (SPECIFY ON FRONT)
DARKEN ONLY ONE BOX

**EACH AREA/DIMENSION REQUIRES A RESPONSE**

| PERFORMANCE AREAS | HIGHLY COMPETENT | COMPETENT | LOW | VERY LOW | | | BEHAVIORAL DIMENSIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ● | ② | ① | ⓪ | 13. Police Ethics/Integrity | ⑤ | ④ | ● | ② |
| 2. Apprehension/Intervention | ⑤ | ④ | ● | ② | ① | ⓪ | 14. Comprehension Skills | ⑤ | ④ | ● | ② |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ● | ② | ① | ⓪ | 15. Communication Skills | ⑤ | ④ | ● | ② |
| 4. Process of Arrest | ⑤ | ④ | ● | ② | ① | ⓪ | 16. Response Ability | ⑤ | ④ | ● | ② |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ● | ② | ① | ⓪ | 17. Information Ordering | ⑤ | ④ | ● | ② |
| 6. Handling Specific Offenses | ⑤ | ④ | ● | ② | ① | ⓪ | 18. Problem Recognition | ⑤ | ④ | ● | ② |
| 7. Police Interaction/Notification | ⑤ | ④ | ● | ② | ① | ⓪ | 19. Visualization | ⑤ | ④ | ● | ② |
| 8. Vehicle Operation/Maintenance | ⑤ | ④ | ● | ② | ① | ⓪ | 20. Spatial Orientation | ⑤ | ④ | ● | ② |
| 9. Review and Maintenance | ⑤ | ④ | ● | ② | ① | ⓪ | 21. Memorization | ⑤ | ④ | ● | ② |
| 10. Handling Special Cases | ⑤ | ④ | ● | ② | ① | ⓪ | 22. Judgment | ⑤ | ④ | ● | ② |
| 11. Vouchering | ⑤ | ● | ③ | ② | ① | ⓪ | 23. Innovativeness | ⑤ | ④ | ● | ② |
| 12. Reports/Clerical Duties | ⑤ | ④ | ● | ② | ① | ⓪ | 24. Adaptability | ⑤ | ④ | ● | ② |
| 30. | ⑤ | ④ | ③ | ② | ① | ⓪ | 25. Drive/Initiative | ⑤ | ● | ③ | ② |
| 31. | ⑤ | ④ | ③ | ② | ① | ⓪ | 26. Interpersonal Skills | ⑤ | ④ | ● | ② |
| | | | | | | | 27. Appearance | ⑤ | ④ | ● | ② |
| | | | | | | | 28. | ⑤ | ④ | ● | ② |
| | | | | | | | 29. | ⑤ | ④ | ③ | ② |

**OVERALL EVALUATION**

**Annual Total of Quarterly Points** *
No.
| ② | ⓪ | ① | ● | ③ | ④ | ⑤ | ⑥ | | |
| ⑧ | ⓪ | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ● |

* See Interim Order 105, dated 7-17-95

● COPYRIGHT 1992, NEW YORK CITY POLICE DEPT.
© SCANTRON CORPORATION 1992

HOUSING
Additional
Info

**CHANGE OF NAME, RESIDENCE,**
**OR SOCIAL CONDITION**
PD 451-021 (Rev. 2-91)-h2

**REASON FOR CHANGE**
☐NAME CHANGE  ☐RESIDENCE  ☐PHONE NO.
☐SOCIAL CONDITION  ☐NEXT OF KIN NOTIFICATION

| RANK/TITLE | SHIELD NO. | SURNAME | FIRST | INITIALS | DATE OF CHANGE |
|---|---|---|---|---|---|
| PO | 13415 | Webster | Thomas | — | 11-22-95 |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. | ***RELIGION (Optional) | WIFE'S FULL MAIDEN NAME OR FULL NAME OF HUSBAND |
|---|---|---|---|
| | 913899 | R-Catholic | N/A |

NEXT OF KIN TO BE NOTIFIED IN CASE OF EMERGENCY

(914) 623 502  PHONE NO.

| SURNAME | FIRST | M.I. | RELATIONSHIP | ADDRESS |
|---|---|---|---|---|
| Webster | John | — | Father | Nanuet N.Y. Normandy Village |

Is spouse a MEMBER OF THIS DEPARTMENT?  ☐YES  ☒NO
If YES, indicate:  ☐UNIFORM  ☐CIVILIAN
Any other MEMBER OF THIS DEPARTMENT living in your household?
☐YES  ☒NO  If YES, indicate: ☐UNIFORM ☐CIVILIAN

**FOR ENTRY BY MEMBER'S COMMAND**

Command H-8   Serial No. 22/96   Posted to Force Record Card by:

**INSTRUCTIONS:** This report shall be prepared and signed by every member of the department who changes their name, residence and/or social condition (include changes occurring because of death or legal proceedings). The report must be submitted through the command to which the member is permanently assigned.

IN ALL CASES the white copy shall be forwarded to the Personnel Data Unit, Room 1003 Police Hdq., and blue copy shall be filed in the member's command.

In addition, for Change of Residence affecting a member of the department:

1. Pink Copy - Will be sent to PRECINCT of NEW RESIDENCE. If NEW RESIDENCE is located in Nassau or Suffolk counties, send to 105 Precinct. If NEW RESIDENCE is located IN Westchester, Putnam, Rockland, or Orange Counties, send to 50 Precinct.

2. Buff Copy - Will be sent to PRECINCT of FORMER RESIDENCE. If FORMER RESIDENCE is located in Nassau or Suffolk Counties, send to 105 Precinct. If FORMER RESIDENCE is in Westchester, Putnam, Rockland, or Orange Counties, send to 50 Precinct

3. If the member is a CIVILIAN living out of the city and above counties, i.e. PA, CT, NJ, send pink/buff copy to: Personnel Data Unit, Room 1003.

For change of SOCIAL CONDITION - If a UNIFORMED member of the service changes his/ her SOCIAL CONDITION, a reproduced copy of this form must be forwarded to C.O., Pension Section, Room 1102, Police Hdq.

*If residence is outside city, indicate local police authority and subordinate command, if any, through which notification to members shall be made. If residence is in New York City, resident precinct must be entered.

**Change of Name—Attach copy of court order to this report. In divorce cases, the name change must be included in the divorce decree.

***RELIGION is OPTIONAL. This information is being collected for emergency purposes ONLY.

NOTE: DISCARD ANY COPIES NOT REQUIRED.

**CHANGE OF NAME**
FROM:                    TO:

**SOCIAL CONDITION**
FROM:                    TO:

ENTER CODE  ☑
1. SINGLE   2. MARRIED   3. WIDOWED   4. DIVORCED   5. LEGALLY SEPARATED

**CHANGE OF RESIDENCE**
FROM:   ADDRESS (NUMBER/STREET OR AVENUE)   TO:
6 Ernst Ct

CITY OR TOWN (IF ANY)
Suffern N.Y.

ZIP CODE
1 0 9 0 1

**TELEPHONE NUMBER**
| Area Code | Number | Area Code | Number |
|---|---|---|---|
| | | 9 1 8 | 3 5 7 8 2 3 8 |

*RESIDENT PRECINCT AND / OR
Local Police Authority and County | Local Police Authority and County
Suffern P.D.

**ORIGINAL COPY: RECORD OF ROUTING — FOR OFFICE USE ONLY**

| PERSONNEL DATA UNIT | | PERSONNEL ORDERS SECTION | | PAYROLL SECTION | | LOCATOR WHEEL (SM 1012-HDQ) | |
|---|---|---|---|---|---|---|---|
| Date | Initials | Date | Initials | Date | Initials | Date | Initials |
| 3/13/96 | | | | | 0 K | | |

To change beneficiary, a member of the department must file prescribed form at Pension Section or Employment Division.

| Signature of Member of Department | Date of Report |
|---|---|
| Webster | 11-22-95 |

**CHANGE OF NAME, RESIDENCE,
OR SOCIAL CONDITION**
PD 451-021 (Rev. 2-91)-h2

REASON FOR CHANGE
☐NAME CHANGE ☒RESIDENCE ☒PHONE NO.
☐SOCIAL CONDITION   ☐NEXT OF KIN NOTIFICATION

| RANK/TITLE | SHIELD NO. | SURNAME | FIRST | INITIALS | DATE OF CHANGE |
|---|---|---|---|---|---|
| P.O. | 13415 | Webster | Thomas | TW | 6-1-97 |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. | ***RELIGION (Optional) | WIFE'S FULL MAIDEN NAME OR FULL NAME OF HUSBAND |
|---|---|---|---|
| | 913899 | | N/A |

NEXT OF KIN TO BE NOTIFIED IN CASE OF EMERGENCY

| SURNAME | FIRST | M.I. | RELATIONSHIP | ADDRESS | PHONE NO. |
|---|---|---|---|---|---|
| Webster | John | F | Father | Normandy V. Plage Nnanuet NY | 623-140 |

Is spouse a MEMBER OF THIS DEPARTMENT? ☐YES ☐NO
If YES, indicate: ☐UNIFORM ☐CIVILIAN
Any other MEMBER of THIS DEPARTMENT living in your household?
☐YES ☒NO  If YES, indicate: ☐UNIFORM ☐CIVILIAN

**CHANGE OF NAME**
FROM:                          TO:

SOCIAL CONDITION

**FOR ENTRY BY MEMBER'S COMMAND**

| Command | Serial No. | Posted to Force Record Card by: |
|---|---|---|
| PSA8 | 26/97 | |

ENTER CODE  [4]                    [4]

1. SINGLE   2. MARRIED   3. WIDOWED   4. DIVORCED   5. LEGALLY SEPARATED

**INSTRUCTIONS:** This report shall be prepared and signed by every member of the department who changes their name, residence and/or social condition (include changes occurring because of death or legal proceedings). The report must be submitted through the command to which the member is permanently assigned.

CHANGE OF RESIDENCE
ADDRESS (NUMBER/STREET OR AVENUE)
FROM:                          TO:
6 Ernst Ct           15 Winding Way, Apt

IN ALL CASES the white copy shall be forwarded to the Personnel Data Unit, Room 1008 Police Hdq., and blue copy shall be filed in the member's command.

CITY OR TOWN (IF ANY)
Suffern              Central Valley

In addition, for Change of Residence affecting a member of the department:

ZIP CODE
[1 0 9 0 1]          [1 0 9 1 7]

1. Pink Copy -Will be sent to PRECINCT of NEW RESIDENCE. If NEW RESIDENCE is located in Nassau or Suffolk counties, send to 105 Precinct. If NEW RESIDENCE is located IN Westchester, Putnam, Rockland, or Orange Counties, send to 50 Precinct.

TELEPHONE NUMBER

| Area Code | Number | Area Code | Number |
|---|---|---|---|
| 9 1 4 | 3 5 7 8 2 3 8 | 9 1 4 | 9 2 8 3 9 7 9 |

2. Buff Copy - Will be sent to PRECINCT OF FORMER RESIDENCE. If FORMER RESIDENCE is located in Nassau or Suffolk Counties, send to 105 Precinct. If FORMER RESIDENCE is in Westchester, Putnam, Rockland, or Orange Counties, send to 50 Precinct

*RESIDENT PRECINCT AND / OR
Local Police Authority and County          Local Police Authority and County
Suffern P.D.                      Central Valley P.D.

3. If the member is a CIVILIAN living out of the city and above counties, i.e. PA, CT, NJ, send pink/buff copy to: Personnel Data Unit, Room 1008.

For change of SOCIAL CONDITION - If a UNIFORMED member of the service changes his/ her SOCIAL CONDITION, a reproduced copy of this form must be forwarded to C.O., Pension Section, Room 1102, Police Hdq.

ORIGINAL COPY: RECORD OF ROUTING — FOR OFFICE USE ONLY

| | PERSONNEL DATA UNIT | PERSONNEL ORDERS SECTION | PAYROLL SECTION | LOCATOR WHEEL (RM 1012-HDQ) |
|---|---|---|---|---|
| Date | 7/11/97 | Date | Date | Date |
| Initials | | Initials | Initials | Initials |

*If residence is outside city, indicate local police authority and subordinate command, if any, through which notification to members shall be made. If residence is in New York City, resident precinct shall be entered.

To change beneficiary, a member of the department must file prescribed form at Pension Section or Employment Division.

**Change of Name—Attach copy of court order to this report. In divorce cases, the name change must be included in the divorce decree.

| Signature of Member of Department | Date of Report |
|---|---|
| Thomas Webster | 6-1-97 |

***RELIGION is OPTIONAL. This information is being collected for emergency purposes ONLY.
NOTE: DISCARD ANY COPIES NOT REQUIRED.



# PERFORMANCE EVALUATION — POLICE OFFICER - DETECTIVE SPECIALIST

**FRONT OF FORM**

**PD439-157 (Rev. 9-95)   (Ref. AG. 303-19)**

**IMPORTANT**
- Type text portions ONLY
- DO NOT FOLD or STAPLE This Computer Fo
- Use #2 Pencil for Computer Boxes ONLY
- Follow Guidebook Instructions

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|---|
| | Webster | Thomas | | PO | PSA-8 | 10/91 |

| SOCIAL SECURITY | TAX REGISTRY 913899 | PRIMARY ASSIGNMENT: Patrol | DATE OF PRIMARY ASSIGNMENT: 12/97 |
|---|---|---|---|

RATING PERIOD: FROM 12/16/97   TO 12/15/98

**RATER**
- COMMENTS ON 3 RATING ITEMS REQUIRED
- CHOOSE FROM "PERFORMANCE AREAS" & "BEHAVIORAL DIMENSIONS" ON BACK OF FORM
- RATINGS OF "LOW" & "VERY LOW" MUST BE COMMENTED ON BEFORE COMMENTING ON HIGHER RATED ITEMS.

No. 2

Example: No. 4

Officer has ability to observe individuals or groups to detect suspicious activity and to apprehend them.

No. 4

Officer processes arrest with above average efficiency and with minimal supervision required.

No. 13

Officer is always courteous to the public, supervisors, and other officers; Officer always supports Department policies and guidelines and adheres to them.

**Overall Rater's Comments:**

Officer is always courteous to the public, supervisors, and other officers, Officer is always respectful. Officer is able to handle his assignments with minimal supervision required. Officer represents the Department favorably.
The Departments policy on E.E.O. was discussed with the Officer; Officer has strictly adhered to the policy to date.

| RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| Bergquist | Sgt | PSA-9 | 07/17/97 |

| SOCIAL SECURITY NO. | SIGNATURE | DATE: 01/15/99 |
|---|---|---|

**RATER'S TAX NUMBER** 8221

**I HAVE SHOWN THIS EVALUATION TO RATEE AND FULLY DISCUSSED CONTENTS:** RATER'S INITIALS

**I WISH TO APPEAL THIS EVALUATION:** (Ref. to A.G. 303-20)
☐ (IF APPEALED, INITIAL AND DARKEN BOX) RATEE'S INITIALS

(Must use No. 2 pencil to darken box)

**REVIEWER**
Comments:
☐ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

| REVIEWER'S NAME (PRINT) | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| Steven Heilig | Lt | PSA-8 | 05/97 |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. 912627 | SIGNATURE | DATE: 1/20/99 |
|---|---|---|---|

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 9-95)   (Ref. AG. 303-19)

**IMPORTANT**
- EXAMPLE:
- ERASE **COMPLETELY** TO CHANGE

**RATEE**
SURNAME: Webster   FIRST: Thomas   M.I.

RATEE'S TAX NUMBER MUST BE ACCURATE

SOCIAL SECURITY NO.

**RANK**
- ☐ PPO
- ■ PO
- ☐ PO S/A
- ☐ Det. Sp.
- ☐ OTHER

**IF COMPLETED POLICE CADET PROGRAM**
☐
DARKEN BOX

**COMMAND**
8    8

**BOROUGH**
- ☐ MANHATTAN SOUTH
- ☐ MANHATTAN NORTH
- ■ BRONX
- ☐ QUEENS SOUTH
- ☐ QUEENS NORTH
- ☐ BROOKLYN SOUTH
- ☐ BROOKLYN NORTH
- ☐ STATEN ISLAND
- ☐ CITYWIDE/OTHER
DARKEN ONLY ONE BOX
SEE APPENDIX A

**TIMES SICK**
NLOD   LOD
0   0
■ -1   ☐-
☐ 2   ☐
☐ 3   ☐
☐ 3+   ☐

**DAYS LOST**
NLOD   LOD
0   0
☐-1-☐
☐ 2-5 ☐
☐ 6-10 ☐
☐ >10 ☐
DARKEN ONE BOX PER COLUMN
☐ CHRONIC A  ☐ CHRONIC B
■ NOT CHRONIC
DARKEN ONLY ONE BOX

**PURPOSE**
- ☐ 4 MONTH PROB
- ☐ 10 MONTH PROB
- ☐ 16 MONTH PROB
- ☐ 22 MONTH PROB
- ☐ TRANSFER
- ☐ INTERIM
- ■ ANNUAL
- ☐ OTHER
DARKEN ONLY ONE BOX

**EDUCATION**
- ■ HS
- ☐ A.A. or 64 CR+
- ☐ B.A. or 128 CR+
- ☐ M.A. or 160 CR+
- ☐ JD
- ☐ PhD
DARKEN ONLY ONE BOX

**Bilingual Officer**
☐
DARKEN BOX

**RECOMMENDATION**
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT)
- OTHER (SPECIFY ON FRONT)
DARKEN ONLY ONE BOX

**EACH AREA/DIMENSION REQUIRES A RESPONSE**

## PERFORMANCE AREAS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ● | ② | ① | ⓪ |
| 2. | | | | | | |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ● | ② | ① | ⓪ |
| 4. | | | | | | |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ● | ② | ① | ⓪ |
| 6. | | | | | | |
| 7. Police Interaction/Notification | ⑤ | ④ | ● | ② | ① | ⓪ |
| 8. | | | | | | |
| 9. Review and Maintenance | ⑤ | ④ | ● | ② | ① | ⓪ |
| 10. | | | | | | |
| 11. Vouchering | ● | ④ | ③ | ② | ① | ⓪ |
| 12. | | | | | | |
| 30. | | | | | | |

## BEHAVIORAL DIMENSIONS

| | | | | | |
|---|---|---|---|---|---|
| 13. Police Ethics/Integrity | ⑤ | ● | ③ | ② | |
| 14. | | | | | |
| 15. Communication Skills | ⑤ | ● | ③ | ② | |
| 16. | | | | | |
| 17. Information Ordering | ⑤ | ④ | ● | ② | |
| 18. | | | | | |
| 19. Visualization | ⑤ | ④ | ● | ② | |
| 20. Spatial Orientation | | | | | |
| 21. Memorization | ⑤ | ④ | ● | ② | |
| 22. Judgment | | | | | |
| 23. Innovativeness | ⑤ | ④ | ● | ② | |
| 24. Adaptability | | | | | |
| 25. Drive/Initiative | ⑤ | ● | ③ | ② | |
| 26. Interpersonal Skills | | | | | |
| 27. Appearance | ⑤ | ④ | ● | ② | |
| 28. | | | | | |
| 29. | ⑤ | ④ | ③ | ② | |

**OVERALL EVALUATION**

**Annual Total of Quarterly Points ***

No. | 4 | ⓪ | ① | ② | ③ | ● | ⑤ | ⑥ |
No. | 5 | ⓪ | ① | ② | ③ | ④ | ● | ⑧ | ⑦ | ⑧ | ⑨ |

* See Interim Order 105, dated 7-17-95

©COPYRIGHT 1992, NEW YORK CITY POLICE DEPT.
©SCANTRON CORPORATION 1992

SEE GUIDE



**CHANGE OF NAME, RESIDENCE, OR SOCIAL CONDITION**

PD 451-021 (Rev. 2-91)-h2

**REASON FOR CHANGE**
☐NAME CHANGE   ☒RESIDENCE   ☒PHONE NO.
☒SOCIAL CONDITION   ☐NEXT OF KIN NOTIFICATION

| RANK/TITLE | SHIELD NO. | SURNAME | FIRST | INITIALS | DATE OF CHANGE |
|---|---|---|---|---|---|
| P.O. | 13415 | Webster, | Thomas | — | 7-1-99 |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. | ***RELIGION (Optional) | WIFE'S FULL MAIDEN NAME OR FULL NAME OF HUSBAND |
|---|---|---|---|
| | 913899 | | Catanzaro, Michelle |

**NEXT OF KIN TO BE NOTIFIED IN CASE OF EMERGENCY**

| SURNAME | FIRST | M.I. | RELATIONSHIP | ADDRESS | PHONE NO. |
|---|---|---|---|---|---|
| Webster | Michele | | wife | 429 Round Lake PK Rd | (914) 781-    Father (914) 623- |

7 Monroe N.Y. 10950

Is spouse a MEMBER OF THIS DEPARTMENT? ☐YES ☒NO
If YES, indicate:  ☐UNIFORM  ☐CIVILIAN
Any other MEMBER OF THIS DEPARTMENT living in your household?
☐YES  ☒NO  If YES, indicate: ☐UNIFORM  ☐CIVILIAN

**FROM:**                    **\*\*CHANGE OF NAME**                    **TO:**

**FOR ENTRY BY MEMBER'S COMMAND**

| Command | Serial No. | Posted to Force Record Card by: |
|---|---|---|
| PAFTS | 99-09 | Scott |

**SOCIAL CONDITION**

ENTER CODE  [ 1 ]    FROM    [ 2 ]    TO
1. SINGLE   2. MARRIED   3. WIDOWED   4. DIVORCED   5. LEGALLY SEPARATED

INSTRUCTIONS: This report shall be prepared and signed by every member of the department who changes their name, residence and/or social condition (include changes occurring because of death or legal proceedings). The report must be submitted through the command to which the member is permanently assigned.

IN ALL CASES the white copy shall be forwarded to the Personnel Data Unit, Room 1008 Police Hdq., and blue copy shall be filed in the member's command.

In addition, for Change of Residence affecting a member of the department:

1. Pink Copy - Will be sent to PRECINCT of NEW RESIDENCE. If NEW RESIDENCE is located in Nassau or Suffolk counties, send to 105 Precinct. If NEW RESIDENCE is located IN Westchester, Putman, Rockland, or Orange Counties, send to 50 Precinct.

2. Buff Copy - Will be sent to PRECINCT OF FORMER RESIDENCE. If FORMER RESIDENCE is located in Nassau or Suffolk Counties, send to 105 Precinct. If FORMER RESIDENCE is in Westchester, Putman, Rockland, or Orange Counties, send to 50 Precinct

3. If the member is a CIVILIAN living out of the city and above counties, i.e. PA, CT, NJ, send pink/buff copy to: Personnel Data Unit, Room 1008.

For change of SOCIAL CONDITION - If a UNIFORMED member of the service changes his/ her SOCIAL CONDITION, a reproduced copy of this form must be forwarded to C.O., Pension Section, Room 1102, Police Hdq.

\*If residence is outside city, indicate local police authority and subordinate command, if any, through which notification to members shall be made. If residence is in New York City, resident precinct shall be entered.

\*\*Change of Name—Attach copy of court order to this report. In divorce cases, the name change must be included in the divorce decree.

\*\*\*RELIGION is OPTIONAL. This information is being collected for emergency purposes ONLY.

NOTE: DISCARD ANY COPIES NOT REQUIRED.

**CHANGE OF RESIDENCE**

| ADDRESS (NUMBER/STREET OR AVENUE) | |
|---|---|
| FROM: | TO: |
| 15 Winding LA | 429 Bound Lake PK. |

**CITY OR TOWN (IF ANY)**

| | |
|---|---|
| Central Valley N.Y. | Monroe N.Y. |

**ZIP CODE**

| | |
|---|---|
| 10917 | 10950 |

**TELEPHONE NUMBER**

| Area Code | Number | Area Code | Number |
|---|---|---|---|
| 914 | 9283979 | 914 | 7814102 |

**\*RESIDENT PRECINCT AND / OR**

| Local Police Authority and County | Local Police Authority and County |
|---|---|
| | Monroe/Woodbury P.D. |

**ORIGINAL COPY: RECORD OF ROUTING — FOR OFFICE USE ONLY**

| PERSONNEL DATA UNIT | | PERSONNEL ORDERS SECTION | | PAYROLL SECTION | | LOCATOR WHEEL (RM 1012-HDQ) | |
|---|---|---|---|---|---|---|---|
| Date | Initials | Date | Initials | Date | Initials | Date | Initials |
| 8/5/99 | | 8/10/99 | | | | | |

To change beneficiary, a member of the department must file prescribed form at Pension Section or Employment Division.

| Signature of Member of Department | Date of Report |
|---|---|
| Thomas Webster | 7-2-99 |



# PERFORMANCE EVALUATION
# POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 3-00)   (Ref. AG. 303-19)

**FRONT OF FORM**

**IMPORTANT**
- Type text portions Only
- Do Not Fold or Staple This Computer Form
- Use #2 Pencil or black ball point pen
- Follow Guidebook Instructions

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND |
|---|---|---|---|---|---|---|
| | WEBSTER, THOMAS | | | PO | PAFTS | 07/06/99 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: RECRUITS | DATE OF PRIMARY ASSIGNMENT: 11/01/99 |
|---|---|---|---|
| | 913899 | RATING PERIOD: FROM 12/16/98 | TO 12/15/99 |

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
☐ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

| RATER | RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: | RATER'S TAX NUMBER |
|---|---|---|---|---|---|
| | GREGORY J. ZOFREA | SGT | PAFTS | 03/13/98 | 87338 |

SOCIAL SECURITY NO.   SIGNATURE   Gregory J. Zofrea   DATE: 02/18/00

- RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
- RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
- INDICATE AREA/DIMENSION BY DARKENING BOX.

EXAMPLE:   No.   0   ■ ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨
            No.   4   ① ② ③ ■ ⑤ ⑥ ⑦ ⑧ ⑨

**AREAS/DIMENSIONS**

No. 5
PO WEBSTER SHOWS GOOD DRIVE AND INITIATIVE.

No. 6
PO WEBSTER WORKS WELL WITH HIS CO-WORKERS AND SUPERVISORS.

No. 7
PO WEBSTER'S UNIFORMS ARE ALWAYS NEAT, CLEAN AND PRESSED PRESENTING A PROFESSIONAL IMAGE.

**Overall Rater's Comments:**

PO WEBSTER BEING NEWLY ASSIGNED TO THE FIREARMS UNIT HAS BEEN ADAPTING WELL TO HIS NEW ASSIGNMENT. HE HAS DEMONSTRATED A WILLINGNESS TO OBSERVE AND LEARN AND SHOWS POTENTIAL TO BECOME A KNOWLEDGEABLE, PROFICIENT FIREARMS INSTRUCTOR.

RATER MUST CONSIDER RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE RATING PERIOD. POSITIVE ACCOMPLISHMENTS MUST BE NOTED.

| REVIEWER | COMMENTS: |
|---|---|
| | PO WEBSTER IS A NEW MEMBER OF THIS COMMAND. HE IS AN ENTHUSIASTIC INSTRUCTOR, TAKING TIME TO PARTICIPATE IN TRAINING TO ENHANCE HIS SKILLS. |

■ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN *PURPOSE* CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

| REVIEWER'S NAME | | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|
| JAY FRIEDMAN | | LT | PAFTS | 07/28/97 |
| SOCIAL SECURITY NO. | TAX REGISTRY NO. 873116 | SIGNATURE | | DATE: |

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY

SCANTRON®
FORM NO. F-4175-NYCPD
© SCANTRON CORPORATION 1999

COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT

Scantron asks you please RECYCLE this product



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 3-00)   (Ref. AG. 303-19)

IMPORTANT
USE NO. 2 PENCIL ONLY
• EXAMPLE:
• ERASE *COMPLETELY* TO CHANGE

SURNAME: WEBSTER,   FIRST: THOMAS   M.I.

RANK
- ○ PPO
- ● PO
- ○ PO S/A
- ○ Det. Sp.
- ○ OTHER ____

IF COMPLETED POLICE CADET PROGRAM
○
DARKEN BOX

COMMAND: 3   7

BOROUGH
- ○ MANHATTAN SOUTH
- ○ MANHATTAN NORTH
- ○ BRONX
- ○ QUEENS SOUTH
- ○ QUEENS NORTH
- ○ BROOKLYN SOUTH
- ○ BROOKLYN NORTH
- ○ STATEN ISLAND
- ● CITYWIDE / OTHER

DARKEN ONLY ONE BOX
SEE APPENDIX A

EDUCATION
- ○ HS
- ● A.A. or 64 CR+
- ○ B.A. or 128 CR+
- ○ M.A. or 160 CR+
- ○ JD
- ○ PhD

DARKEN ONLY ONE BOX

RECOMMENDATIO
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT)
- OTHER (SPECIFY ON FRONT)

DARKEN ONLY ONE BO

PURPOSE
- ○ 4 MONTHS PROB.
- ○ 10 MONTHS PROB.
- ○ 16 MONTHS PROB.
- ○ 22 MONTHS PROB.
- ○ TRANSFER
- ○ INTERIM
- ● ANNUAL
- ○ OTHER

DARKEN ONLY ONE BOX

TIMES SICK / DAYS LOST

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYEE'S COMPLIANCE WITH DEPARTMENT'S EEO GUIDELINES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME.

EACH AREA/DIMENSION REQUIRES A RESPONSE

| PERFORMANCE AREAS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW COMPETENCE | VERY LOW COMPETENCE | NOT RATED |
|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ③ | ② | ① | ● |
| 2. Apprehension/Intervention | ⑤ | ④ | ③ | ② | ① | ● |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ③ | ② | ① | ● |
| 4. Processing Arrests | ⑤ | ④ | ③ | ② | ① | ● |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ③ | ② | ① | ● |
| 6. Handling Specific Offenses | ⑤ | ④ | ③ | ② | ① | ● |
| 7. Police Interaction/Notification | ⑤ | ④ | ● | ② | ① | ① |
| 8. Vehicle Operation/Maintenance | ⑤ | ④ | ③ | ② | ① | |
| 9. Review and Maintenance | ⑤ | ④ | ● | ② | ① | ① |
| 10. Handling Special Posts | ⑤ | ④ | ③ | ② | ① | |
| 11. Vouchering | ⑤ | ④ | ③ | ② | ① | |
| 12. Response to Radio... | ⑤ | ④ | ③ | ② | ① | |

| BEHAVIORAL DIMENSIONS | EXTREMELY COMPETENT | HIGHLY COMPETENT | COMPETENT | LOW COMPETENCE |
|---|---|---|---|---|
| 13. Police Ethics / Integrity | ⑤ | ④ | ● | ② |
| 14. Self Comprehension | | | | |
| 15. Communication Skills | ⑤ | ④ | ● | ② |
| 16. Reasoning Ability | | | | |
| 17. Information Ordering | ⑤ | ④ | ● | ② |
| 18. Problem Recognition | | | | |
| 19. Visualization | ⑤ | ④ | ● | ② |
| 20. Spatial Orientation | | | | |
| 21. Memorization | ⑤ | ④ | ● | ② |
| 22. Judgement | | | | |
| 23. Innovativeness | ⑤ | ④ | ● | ② |
| 24. Adaptability | | | | |
| 25. Drive/Initiative | | ● | | ② |
| 26. Interpersonal Skills | | | | |
| 27. Appearance/Professional Image | ⑤ | ● | ③ | ② |
| 28. Special Talents/Abilities | | | | |

OVERALL EVALUATION

SEE GUIDE

TOP 25%   MIDDLE 50%   LOW



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

FRONT OF FORM

**IMPORTANT**
- Type text portions Only
- Do Not Fold or Staple This Computer Form
- Use #2 Pencil or black ball point pen
- Follow Guidebook Instructions

**RATEE**
SURNAME: Webster   FIRST: Thomas   M.I.   RANK: P.O.   COMMAND: PA FTS   DATE ASSIGNED TO COMMAND: 07/06/99

TAX REGISTRY: 913899   PRIMARY ASSIGNMENT: O/R 3rdPlatoon Security   DATE OF PRIMARY ASSIGNMENT: 12/16/00

RATING PERIOD: FROM 12/16/00   TO 12/15/01

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
☐ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

**RATER**
RATER'S NAME: Segarra, Michael   RANK: SGT   COMMAND: FTS   DATE ASSIGNED TO COMMAND: 05/03/02   RATER'S TAX NUMBER: 9 1 2 9 3

SIGNATURE: Sgt MLC Sega   DATE: 05/18/02

- RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
- RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
- INDICATE AREA/DIMENSION BY DARKENING BOX.

EXAMPLE: No. 0 ... 4

**AREAS/DIMENSIONS**

No. 8
P.O. Webster keeps himself in excellent physical condition and always presents himself in a professional manner.

No. 27
P.O. Webster always wears his uniform in a manner that gives credit to the Department.

No. 24
P.O. Webster is a flexible officer who adapts well to all given assignments and completes them to the best of his ability.

**Overall Rater's Comments:**
P.O. Webster is a mature and level headed officer who exercises good judgment and requires little direct supervision. P.O. Webster carries himself in a professional manner indicative of his prior military service..

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

**REVIEWER**
COMMENTS:

☐ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN *PURPOSE* CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

REVIEWER'S NAME: Lukach, Robert   RANK: Lieutenant   COMMAND: FTS   DATE ASSIGNED TO COMMAND: 05/05/02

TAX REGISTRY NO.   SIGNATURE: LT McGuate   DATE: 05/24/02

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY

COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT

SCANTRON
FORM NO. F-4175-NYCPD
© SCANTRON CORPORATION 1999
ALL RIGHTS RESERVED.

Scantron asks that you please RECYCLE this product

M12 0102 235 12 11 10987654321



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

**IMPORTANT**
- USE NO. 2 PENCIL ONLY.
- EXAMPLE:
- ERASE *COMPLETELY* TO CHANGE

**RATEE**   SURNAME Webster   FIRST Thomas   M.I.

### RANK
- ☐ PPO
- ☑ PO
- ☐ PO S/A
- ☐ Det. Sp.
- ☐ OTHER

IF COMPLETED POLICE CADET PROGRAM
- ☐
DARKEN BOX

### COMMAND
3   7

### BOROUGH
- ☐ MANHATTAN SOUTH
- ☐ MANHATTAN NORTH
- ☐ BRONX
- ☐ QUEENS SOUTH
- ☐ QUEENS NORTH
- ☐ BROOKLYN SOUTH
- ☐ BROOKLYN NORTH
- ☐ STATEN ISLAND
- ☑ CITYWIDE / OTHER
DARKEN ONLY ONE BOX

SEE APPENDIX A

### SOCIAL SECURITY NO.

**RATEE'S FAX NUMBER MUST BE ACCURATE**

### PURPOSE
- ☐ 4 MONTHS PROB.
- ☐ 10 MONTHS PROB.
- ☐ 16 MONTHS PROB.
- ☐ 22 MONTHS PROB.
- ☐ TRANSFER
- ☐ INTERIM
- ☑ ANNUAL
- ☐ OTHER
DARKEN ONLY ONE BOX

### EDUCATION
- ☑ HS
- ☐ A.A. or 64 CR+
- ☐ B.A. or 128 CR+
- ☐ M.A. or 160 CR+
- ☐ JD
- ☐ PhD
DARKEN ONLY ONE BOX

### RECOMMENDATION
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT)
- OTHER (SPECIFY ON FRONT)
DARKEN ONLY ONE BOX

### DAYS
**SICK**
NLOD   LOD
☐ 0   ☐ 0
☐ 1   ☐ 1
☐ 2   ☐ 2
☐ 3   ☐ 3
☐ 3+  ☐

**LOST**
NLOD   LOD
☐ 0   ☐ 0
☐ 1   ☐ 1
☐ 2-5 ☐
☐ 6-10 ☐
☐ >10 ☐

DARKEN ONE BOX PER COLUMN
☐ CHRONIC A   ☐ CHRONIC B
☐ NOT CHRONIC
DARKEN ONLY ONE BOX

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYEE'S COMPLIANCE WITH DEPARTMENT'S EEO GUIDELINES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME.

## EACH AREA/DIMENSION REQUIRES A RESPONSE

| PERFORMANCE AREAS | | | | | | | BEHAVIORAL DIMENSIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ● | ② | ① | ⓝ | 13. Police Ethics / Integrity | ⑤ | ● | ③ | ② |
| 2. | | | | | | | 14. Comprehension Skills | | | | |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ③ | ② | ① | ● | 15. Communication Skills | ⑤ | ④ | ● | ② |
| 4. | | | | | | | 16. Reasoning Ability | | | | |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ③ | ② | ① | ● | 17. Information Ordering | ⑤ | ④ | ● | ② |
| 6. Handling Special Offenses | | | | | | | 18. Problem Recognition | | | | |
| 7. Police Interaction/Notification | ⑤ | ④ | ③ | ② | ① | ● | 19. Visualization | ⑤ | ④ | ● | ② |
| 8. Vehicle Operation/Maintenance | | | | | | | 20. Spatial Orientation | | | | |
| 9. Review and Maintenance | ⑤ | ④ | ● | ② | ① | ⓝ | 21. Memorization | ⑤ | ④ | ● | ② |
| 10. Handling Property | | | | | | | 22. Judgement | | | | |
| 11. Vouchering | ⑤ | ④ | ③ | ② | ① | ● | 23. Innovativeness | ⑤ | ④ | ● | ② |
| 12. | | | | | | | 24. | | | | |
| | | | | | | | 25. Drive/Initiative | ⑤ | ● | ③ | ② |
| | | | | | | | 26. Interpersonal Skills | | | | |
| | | | | | | | 27. Appearance/Professional Image | ⑤ | ● | ③ | ② |
| | | | | | | | 28. Physical Duress/Physical Activities | | | | |

### OVERALL EVALUATION
SEE GUIDE

See Interim Order 105-1 95
No. ⓪①②③④⑤⑥
No. ⓪①②③④⑤⑥⑦⑧⑨



**PERFORMANCE EVALUATION**
**POLICE OFFICER - DETECTIVE SPECIALIST**

FRONT OF FORM

**IMPORTANT**
• Type text portions Only
• Do Not Fold or Staple This Computer Form
• Use #2 Pencil or black ball point pen
• Follow Guidebook Instructions

PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|---|
| | Webster | Thomas | | P.O. | PA/FTS | 07/06/99 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: | DATE OF PRIMARY ASSIGNMENT: |
|---|---|---|---|
| | 9133899 | O/R Firearm Instructor | 07/06/99 |

| RATING PERIOD: FROM | 12/16/01 | TO | 12/15/02 |
|---|---|---|---|

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
☐ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

| RATER | RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: | RATER'S TAX NUMBER |
|---|---|---|---|---|---|
| | Rafael Santiago | SGT | PA/FTS | 05/03/02 | 8 9 8 1 |

SIGNATURE   *Rafael Santiago*

DATE: 01/05/03

• RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
• RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
• INDICATE AREA/DIMENSION BY DARKENING BOX.

EXAMPLE: No.   0  ⓿①②③④⑤⑥⑦⑧⑨
              4  ⓪①②③⬛⑤⑥⑦⑧⑨

**AREAS/DIMENSIONS**

No.  2  ⓪①⬛③④⑤⑥⑦⑧⑨
     2  ⓪①⬛③④⑤⑥⑦⑧⑨

P.O. Webster can always be counted upon to exercise sound judgment at all times.

No.  2  ⓪①⬛③④⑤⑥⑦⑧⑨
     6  ⓪①②③④⑤⬛⑦⑧⑨

P.O. Webster relates well with his peers and supervisors.

No.  2  ⓪①⬛③④⑤⑥⑦⑧⑨
     8  ⓪①②③④⑤⑥⑦⬛⑨

P.O. Webster is a physically fit officer who wear his uniform in a fashion that gives credit to department

**Overall Rater's Comments:**

P.O. Webster is a competent performer with a mature approach to doing his job and employs good judgment.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | COMMENTS: | |
|---|---|---|
| | | ⬤ ACCURATE AND COMPLETE, CONCUR |
| | | ☐ SEE SEPARATE REVIEWER'S EVALUATION |
| | | (NOTE: IN *PURPOSE* CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED) |

| REVIEWER'S NAME | Nicholas Giacobbe | RANK | Lieutenant | COMMAND | PA/FTS | DATE ASSIGNED TO COMMAND: | 5/28/02 |
|---|---|---|---|---|---|---|---|

| TAX REGISTRY NO. | 877705 | SIGNATURE | | DATE: | 1/10/03 |
|---|---|---|---|---|---|

• ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
• COPY COMMAND FILE
• MEMBER COPY

COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT

**SCANTRON**
FORM NO. F-4175-NYCPD
© SCANTRON CORPORATION 1999

Scantron asks that you please RECYCLE this products



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST

PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

**IMPORTANT**
USE NO. 2 PENCIL ONLY
- EXAMPLE:
- ERASE **COMPLETELY** TO CHANGE

**RATEE**

| SURNAME | FIRST | M.I. |
|---|---|---|
| Webster | Thomas | |

**RANK**
- ☐ PPO
- ☑ PO
- ☐ PO S/A
- ☐ Det. Sp.
- ☐ OTHER _____

IF COMPLETED POLICE CADET PROGRAM
☐
DARKEN BOX

**COMMAND**
3 _ 7

**BOROUGH**
- ☐ MANHATTAN SOUTH
- ☐ MANHATTAN NORTH
- ☐ BRONX
- ☐ QUEENS SOUTH
- ☐ QUEENS NORTH
- ☐ BROOKLYN SOUTH
- ☐ BROOKLYN NORTH
- ☐ STATEN ISLAND
- ☑ CITYWIDE / OTHER

DARKEN ONLY ONE BOX

**EDUCATION**
- ☑ HS
- ☐ A.A. or 64 CR+
- ☐ B.A. or 128 CR+
- ☐ M.A. or 160 CR+
- ☐ JD
- ☐ PhD

DARKEN ONLY ONE BOX

**RECOMMENDATI**
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FO SPECIFIED TIME (SPECIFY ON FRON
- OTHER (SPECIFY ON FRONT)

DARKEN ONLY ONE BO

**PURPOSE**
- ☐ 4 MONTHS PROB.
- ☐ 10 MONTHS PROB.
- ☐ 16 MONTHS PROB.
- ☐ 22 MONTHS PROB.
- ☐ TRANSFER
- ☐ INTERIM
- ☑ ANNUAL
- ☐ OTHER

DARKEN ONLY ONE BOX

**TIMES SICK**
NLOD    LOO
- ☐ 0    ☑
- ☐ 1    ☐
- ☐ 2    ☐
- ☐ 3    ☐
- ☐ 3+   ☐

**DAYS LOST**
NLOD    LOD
- ☐ 0    ☐
- ☐ 1    ☐
- ☐ 2-5  ☐
- ☐ 6-10 ☐
- ☐ >10  ☐

DARKEN ONE BOX PER COLUMN
- ☐ CHRONIC A - ☐ CHRONIC B
- ☑ NOT CHRONIC

DARKEN ONE BOX

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYEE'S COMPLIANCE WITH DEPARTMENT'S EEO GUIDELINES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME.

EACH AREA/DIMENSION REQUIRES A RESPONSE

| PERFORMANCE AREAS | | | | | | BEHAVIORAL DIMENSIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ③ | ② | ① | ● | 13. Police Ethics / Integrity | ⑤ | ④ | ● | ② |
| 2. | | | | | | | 14. | | | | |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ③ | ② | ① | ● | 15. Communication Skills | ⑤ | ● | ③ | ② |
| 4. | | | | | | | 16. | | | | |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ③ | ② | ① | ● | 17. Information Ordering | ⑤ | ④ | ● | ② |
| 6. | | | | | | | 18. | | | | |
| 7. Police Interaction/Notification | ⑤ | ④ | ③ | ② | ① | ● | 19. Visualization | ⑤ | ● | ③ | ② |
| 8. | | | | | | | 20. | | | | |
| 9. Review and Maintenance | ⑤ | ④ | | ② | ① | ⓪ | 21. Memorization | ⑤ | ④ | ● | ② |
| 10. | | | | | | | 22. | | | | |
| 11. Vouchering | ⑤ | ④ | ③ | ② | ① | ● | 23. Innovativeness | ⑤ | ④ | ● | ② |
| 12. | | | | | | | 24. | | | | |
| | | | | | | | 25. Drive/Initiative | ⑤ | ④ | ● | ② |
| | | | | | | | 26. | | | | |
| | | | | | | | 27. Appearance/Professional Image | ⑤ | ④ | ③ | ② |
| | | | | | | | 28. | | | | |

**OVERALL EVALUATION**

SEE GUIDE

No.
No.



**PERFORMANCE EVALUATION**
**POLICE OFFICER - DETECTIVE SPECIALIST**
PD439-157 (Rev. 01-02)    (Ref. AG. 303-19)

FRONT OF FORM

**IMPORTANT**
• Type text portions Only
• Do Not Fold or Staple This Computer Form
• Use #2 Pencil or black ball point pen
• Follow Guidebook Instructions

| RATEE | SURNAME Webster | FIRST Thomas | M.I. | RANK P.O. | COMMAND PAFTS | DATE ASSIGNED TO COMMAND: 07/06/99 |
|---|---|---|---|---|---|---|
| SOCIAL SECURITY | TAX REGISTRY 913899 | PRIMARY ASSIGNMENT: Firearms Instructor | | | DATE OF PRIMARY ASSIGNMENT: 07/06/99 | |
| | | RATING PERIOD: FROM 12/16/2003 | | | TO 12/15/2004 | |

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
◯ (IF APPEALED, INITIAL AND DARKEN BOX)
RATEE'S INITIALS

| RATER | RATER'S NAME Rafael Santiago | RANK Sgt. | COMMAND PAFTS | DATE ASSIGNED TO COMMAND: 05/03/02 | RATEE'S TAX NUMBER 8 9 1 |
|---|---|---|---|---|---|

SIGNATURE                                                      DATE: 01/23/05

• RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
• RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
• INDICATE AREA/DIMENSION BY DARKENING BOX.

EXAMPLE: No. 4

**AREAS/DIMENSIONS**

No. 5
When dealing with shooters and recruits officer Webster speaks with forcefulness and gets his message across with little effort.

No. 8
Police Officer Webster is able to look at a basic silhouette target and identify shooters induced problems and is able to assist shooters with the proper shooting techniques.

No. 8
Police Officer Webster is always physically fit and takes personal pride in keeping in shape, but at times he fails to dress appropriate for his assignments. This shortcoming were discussed with him and will be monitored.

**Overall Rater's Comments:**
Officer Webster is assigned to the 3rd platoon security staff and from time to time is utilized to work on the firing line. He demonstrates skills and tactics when dealing with shooters and most instances uses sound judgment. His overall performance meets expectations.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

**REVIEWER**   COMMENTS:

■ ACCURATE AND COMPLETE, CONCUR
◯ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN *PURPOSE* CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

| REVIEWER'S NAME Nicholas Giacobbe | RANK Lt. | COMMAND PAFTS | DATE ASSIGNED TO COMMAND: 05/28/02 |
|---|---|---|---|
| TAX REGISTRY NO. 877705 | SIGNATURE | | DATE: 2/8/05 |

• ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
• COPY COMMAND FILE
• MEMBER COPY

COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT

**SCANTRON®**
FORM NO. F-4175-NYCPD
© SCANTRON CORPORATION 1999
ALL RIGHTS RESERVED.

# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 01-02)   (Ref. AG. 303-19)

**IMPORTANT**
USE NO. 2 PENCIL ONLY

* EXAMPLE: ⓪ ⓪ ● ② ①
* ERASE **COMPLETELY** TO CHANGE



| RATEE | SURNAME | FIRST | M.I. |
|---|---|---|---|
| | Webster | Thomas | |

**RATEE'S I.A.N. NUMBER MUST BE ACCURATE**

SOCIAL SECURITY NO.

**RANK**
- ○ PPO
- ● PO
- ○ PO S/A
- ○ Det. Sp.
- ○ OTHER____

**COMMAND**

**BOROUGH**
- ○ MANHATTAN SOUTH
- ○ MANHATTAN NORTH
- ○ BRONX
- ○ QUEENS SOUTH
- ○ QUEENS NORTH
- ○ BROOKLYN SOUTH
- ○ BROOKLYN NORTH
- ○ STATEN ISLAND
- ● CITYWIDE / OTHER

DARKEN ONLY ONE BOX

IF COMPLETED POLICE CADET PROGRAM ○
DARKEN BOX

**EDUCATION**
- ● HS
- ○ A.A. or 64 CR+
- ○ B.A. or 128 CR+
- ○ M.A. or 160 CR+
- ○ JD
- ○ PhD

DARKEN ONLY ONE BOX

**RECOMMENDATION**
- CONTINUE IN PRESENT ASSIGNMENT
- RE-ASSIGNMENT (SPECIFY ON FRONT)
- ADDITIONAL TRAINING (SPECIFY ON FRONT)
- PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT)
- OTHER (SPECIFY ON FRONT)

DARKEN ONLY ONE BOX

**TIMES SICK**

**DAYS LOST**

**PURPOSE**
- ○ 4 MONTHS PROB.
- ○ 10 MONTHS PROB.
- ○ 16 MONTHS PROB.
- ○ 22 MONTHS PROB.
- ○ TRANSFER
- ○ INTERIM
- ● ANNUAL
- ○ OTHER____

DARKEN ONLY ONE BOX

○ CHRONIC A ○ CHRONIC B
● NOT CHRONIC

DARKEN ONLY ONE BOX

THIS PERFORMANCE EVALUATION TAKES INTO ACCOUNT THE EMPLOYEE'S COMPLIANCE WITH DEPARTMENT'S EEO GUIDELINES AND FEDERAL TITLE VII STATUTES AND WHETHER THE EMPLOYEE WAS DISCIPLINED AS A RESULT OF SAME.

**EACH AREA/DIMENSION REQUIRES A RESPONSE**

| PERFORMANCE AREAS | | | | | | | BEHAVIORAL DIMENSIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ③ | ② | ① | | 13. Police Ethics / Integrity | ⑤ | ④ | ● | ② |
| 2. | | | | | | | 14. Comprehension Skills | | | | |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ③ | ② | ① | | 15. Communication Skills | ⑤ | ● | ③ | ② |
| 4. | | | | | | | 16. Reasoning Ability | | | | |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ③ | ② | ① | | 17. Information Ordering | ⑤ | ④ | ● | ② |
| 6. | | | | | | | 18. Problem Recognition | | | | |
| 7. Police Interaction/Notification | ⑤ | ④ | ③ | ② | ① | | 19. Visualization | ⑤ | ④ | ● | ② |
| 8. | | | | | | | 20. Spatial Orientation | ⑤ | ④ | | ① |
| 9. Review and Maintenance | ⑤ | ④ | | ② | ① | ⓪ | 21. Memorization | ⑤ | ④ | ● | ② |
| 10. | | | | | | | 22. Judgement | | | | |
| 11. Vouchering | ⑤ | ④ | ③ | ② | ① | | 23. Innovativeness | ⑤ | ④ | ● | ② |
| | | | | | | | 24. Adaptability | | | | |
| | | | | | | | 25. Drive/Initiative | ⑤ | ④ | ● | ② |
| | | | | | | | 26. Interpersonal Skills | ⑤ | | | ① |
| | | | | | | | 27. Appearance/Professional Image | ⑤ | ④ | ● | ② |
| | | | | | | | 28. Physical Fitness/Abilities | | | | |

**OVERALL EVALUATION**

SEE GUIDE

See Interim Order 105 - 95
No.  ⓪①②③④⑤⑥
No.  ⓪①②③④⑤⑥⑦⑧⑨

SS# 





## Online Performance Evaluation System
## Police Officer - Detective Specialist

### RATEE

| | | | |
|---|---|---|---|
| **SURNAME** | **FIRST** | **M.I.** | **Appt Date** |
| WEBSTER | THOMAS | | 4/30/1991 |
| **RATEE TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| 913899 | PO | 397 | 7/6/1999 |
| **TIMES SICK** | **DAYS LOST** | **PURPOSE** | **RECOMMENDATION** |
| NLOD: 2 LOD: 0 | NLOD: 6-10 LOD: 0 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

Not chronic

Date of Primary Assignment: ▇ IF COMPLETED POLICE
5/1/2001                                      CADET PROGRAM

Primary Assignment: THIRD PLATOON
SECURITY

Rating Period         To:
From: 12/16/2004   12/15/2005

### RATER

| | | |
|---|---|---|
| **SURNAME** | **FIRST** | **M.I.** |
| SANTIAGO | RAFAEL | |
| **RATER TAX NUMBER** | **RANK** | **COMMAND** | **DATE ASSIGNED TO COMMAND:** |
| 899813 | SERGEANT | 397 | 5/3/2002 |

## PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 0 |
| 2 Apprehension/Intervention | 0 |
| 3 Victim/Prisoner Interaction | 0 |
| 4 Processing Arrests | 0 |
| 5 Vehicular Offenses/Accidents | 0 |
| 6 Handling Specific Offenses | 0 |
| 7 Police Interaction/Notification | 0 |
| 8 Vehicle Operation/Maintenance | 0 |
| 9 Review and Maintenance | 0 |
| 10 Handling Special Cases | 0 |
| 11 Vouchering | 0 |
| 12 Report/Clerical Duties | 0 |

## BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 3 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 4 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 3 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 3 |
| 20 Spatial Orientation | 3 |
| 21 Memorization | 4 |
| 22 Judgement | 4 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 4 |

01/18/2006

| 25 Drive/Initiative | 3 |
|---|---|
| 26 Interpersonal Skills | 4 |
| 27 Appearance/Professional Image | 3 |
| 28 Physical Fitness/Physical Activities | 4 |

**Overall Evaluation : 3.5**
**Does not qualify Quarterly Point**

**14. Comprehension Skills**
OFFICER WEBSTER UNDERSTANDS AND CARRIES OUT HIS ASSIGNMENTS
WELL.

**18. Problem Recognition**
WHEN POTENTIAL SECURITY PROBLEMS ARISE, OFFICER WEBSTER TAKES
THE APPROPRIATE STEPS TO REMEDY THE SITUATION.

**22. Judgement**
OFFICER WEBSTER CAN BE TRUSTED TO USE GOOD JUDGEMENT WHEN
DEALING WITH RECRUITS AND CYCLE SHOOTERS.

**Overall Rater's Comments:**
OFFICER WEBSTER IS ASSIGNED TO THIRD PLATOON SECURITY AND IS
OFTEN USED TO ASSIST WITH SHOOTERS. HE EXHIBITS A HIGH DEGREE OF
SELF RESPECT. THIS IS EVIDENT IN HIS PERSONAL AND PROFESSIONAL
DEMEANOR.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING
THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S
CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO
COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR
EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD
BE NOTED.

**REVIEWER**

| SURNAME | FIRST | M.I. | |
|---|---|---|---|
| GIACOBBE | NICHOLAS | | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| 877705 | LIEUTENANT | 397 | 11/4/2002 |

**Overall Reviewer Comments:**
Concur with rater.

■ACCURATE AND COMPLETE, CONCUR
■SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS
CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

■ I WISH TO APPEAL THIS EVALUATION

RATEE
SIGNATURE _____ Date /-/8-

RATER
SIGNATURE _____ Date 01/18

REVIEWER
SIGNATURE _____ Date 1/24/

PERS # 1280 /92

**NEW YORK CITY HOUSING AUTHORITY
POLICE DEPARTMENT**

DATE: 09/21/92

TO: PO Thomas Webster    Sh# 2790   Assignment PSA 8
FROM: Deputy Inspector Gerald Nelson,XO Personnel Services Bureau
SUBJECT: VETERAN STATUS

       Your application for Veterans Status has been received,
reviewed and you have classified as follows:

---      You were previously classified as a Veteran, under Section
63, Public Officers Law, New York State and have been getting
credit for Memorial Day and Veterans Day, as described in
Patrol Guide Procedure Number 120-28.

---      You have been declared ineligible for Veterans Status under
Section 63, Public Officers Law and are not entitled to
excused time for Memorial Day and Veterans Day.

X
---      You have been classified as a Veteran under Section 63,
Public Officers Law retroactive to  04/30/91 . The
timekeepers have been instructed to credit you with 3 days,
as accumulated overtime when auditing your attendance card
for the month of  Sept . Commencing with  11/92 you will
adhere to Patrol Guide Procedure 120-28, for excused time for
Memorial Day Veterans Day.

*****************************************************************
---      You have been classified eligible for Veterans Status, on
Independence Day, pursuant to Section 249, of the New York
State Military Law, retroactive to  .The timekeepers have
been instructed to credit you with  days, when auditing
your attendance card for the month of  . Starting with
Independence Day  , you will adhere to Patrol Guide Procedure
120-28, when applying for excused time for this day.

---      You were previously declared eligible for Independence Day
credit and have received credit for previous days. Adhere to
Patrol Guide Procedure Number 120-28

---      You have been declared ineligible for Veteran Status,
in regards to Independence Day and are not entitled to any
credit for that day.

---     Other -

*Gerald Nelson*

Gerald Nelson
Deputy Inspector
Personnel Services Bureau

posted
10/22/92
H.T

NEW YORK CITY HOUSING AUTHORITY

**DATE:** May 7, 1992

**TO:** Inspector Peter Zarella, NYCHAPD, C.O., Personnel Services Unit
**FROM:** Salvatore M. Conti, Chief, Salary & Personnel Action Implementation
Division
**SUBJECT:** DETERMINATION OF ELIGIBILITY FOR CERTAIN EXCUSED HOLIDAYS

Re: Thomas Webster 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

Determination of Excused Holidays for Officer named above,
based on prior military service, is as follows:

1. Memorial Day and Veterans Day - under Section 63 of the Public
   Officers Law (New York State)

   ( X ) Eligible   (   ) Ineligible   Effective 4/30/91

2. Independence Day - under Section 249 of the Military Law (New York
   State)

   (   ) Eligible   (   ) Ineligible   Effective _____

   Remarks:


Verified by: _____   Date 9/25/92


Salvatore M. Conti


SMC
cc: Folder
    File

| 1. NAME (Last, first, middle) | | 2. DEPARTMENT, COMPONENT AND BRA... | | 3. SOCIAL SECURITY NO. |
|---|---|---|---|---|
| FIRST    Thomas | | USMC-11 | | |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY | |
|---|---|---|---|---|
| CPL | E-4 | 660325 | NEWARK, NJ | |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| 1stB, 6thMar, 2dMarDiv, FMF, CamLej | RUC 12160 <br> 1stBn, 6thMar, 2dMarDiv, FMF, CamLej |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| MARINE CORPS RESERVE SUPPORT CENTER (MCRSC) OVERLAND PARK KS | AMOUNT $ 50,000   ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 85 | 11 | 01 |
| 0311- Rifleman 03 yrs 07 mos | b. Separation Date This Period | 89 | 10 | 31 |
| | c. Net Active Service This Period | 04 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 02 | 04 |
| | f. Foreign Service | 01 | 01 | 04 |
| | g. Sea Service | 00 | 07 | 05 |
| | h. Effective Date of Pay Grade | 88 | 09 | 01 |
| | i. Reserve Oblig. Term. Date | 93 | 08 | 27 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| Sea Service Deployment Ribbon/w1* <br> Good Conduct Medal <br> MERITORIOUS UNIT COMMENDATION w/1* <br> Rifle Expert Badge (2dAwd) |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| NONE |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT | 17. DAYS ACCRUED LEAVE PAID |
|---|---|---|
| ☐ YES  ☑ NO | ☑ YES  ☐ NO | NONE |

| 18. REMARKS |
|---|
| I certify that my dental examination and treatment was provided within 90 days of my Release from Active Duty. SM _T.b._ yes _____ no. |
| While a member of the Marine Corps Reserve, you will keep the Director, MCRSC (toll free phone 1-800-255-5082) informed of any changes of address, marital status, number of dependents, civilian employment, or physical standards. |
| Good Conduct Medal period commences: 851101 |

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE. |
|---|---|
| 2936 Kilbourne Dr. Apt. I <br> Charlotte, NC 28205      (Mecklenburg County) | SENT TO NC   DIR. OF VET AFFAIRS   ☐ YES  ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| _Thomas Tibbs_ | _signature_ |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrade) |
| Released from Active Duty | HONORABLE |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
| MARCORSEPMAN Par 1005 | MBK1 | RE-1A |
| 28. NARRATIVE REASON FOR SEPARATION | |
| Completion of Required Active Service | |
| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 6 |
| NONE | _T.b._ INITIALS |

S/N 0102-LF-000-2140

MEMBER - 4



**NEW YORK CITY HOUSING POLICE DEPARTMENT**

DATE: 04-20-92

TO: Commanding officer Personnel Services Unit
FROM: P.O. Webster, Thomas PSA-8-N
SUBJECT: Special Military leave.

As Per P.G. 120-28 I have Enclosed a copy of my Discharge papers from the Armed forces making my self eligible for special leave off on Veterans Day and Memorial Day.

For your information
Thankyou —

Thomas Webster
PSA-8-N 2790

# NEW YORK CITY HOUSING AUTHORITY

**DATE:** May 7, 1992

**TO:** Inspector Peter Zarella, NYCHAPD, C.O., Personnel Services Unit
**FROM:** Salvatore M. Conti, Chief, Salary & Personnel Action Implementation Division
**SUBJECT:** DETERMINATION OF ELIGIBILITY FOR CERTAIN EXCUSED HOLIDAYS

Re:  Thomas Webster 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

Determination of Excused Holidays for Officer named above, based on prior military service, is as follows:

1. <u>Memorial Day and Veterans Day</u> - under Section 63 of the Public Officers Law (New York State)

   ( X ) Eligible   (   ) Ineligible   Effective  4/30/91

2. <u>Independence Day</u> - under Section 249 of the Military Law (New York State)

   (   ) Eligible   (   ) Ineligible   Effective _____

   Remarks:

Verified by: _____   Date_____

                                    Salvatore M. Conti

SMC
cc: Folder
    File

DD FORM 214

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

CE... ...ICATE... FROM ACTIVE DUTY

| | | 2. DEPARTMENT, COMPONENT AND BRANCH | | |
|---|---|---|---|---|

4. | | 3. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |

5. | | | RESERVE, NJ |

7. ... ASSIGNMENT AND MAJOR COMMAND | | 8. STATION WHERE SEPARATED |
Company, RW, Camp | | 1st Bn, 6th ... ...

9. COMMAND TO WHICH TRANSFERRED | | 10. SGLI COVERAGE |
MARINE CORPS RESERVE SUPPORT CENTER (MCRSC) - OVERLAND PARK | | AMOUNT ($... ...000) | NONE |

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND ... SPECIALTY (Additional specialty numbers and titles ... periods of one or more years)

0311- Rifleman 03 yrs 07 mos

| 12. RECORD OF SERVICE | YEAR(s) | MON (s) | DAY(s) |
|---|---|---|---|
| a. Date Entered AD This Period | | | |
| b. Separation Date This Period | | | |
| c. Net Active Service This Period | | | |
| d. Total Prior Active Service | | | |
| e. Total Prior Inactive Service | | | |
| f. Foreign Service | | | |
| g. Sea Service | | | |
| h. Effective Date of Pay Grade | | | |
| i. Reserve Oblig. Term. Date | | | |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
Sea Service Deployment Ribbon/...
... ...mendation w/1*
... ... (2lst)

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)
NONE

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | ☐ YES ☐ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☐ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|

18. REMARKS ... ... ... ...within 90 days of my ...

... (88...)

| 19. MAILING ADDRESS AFTER SEPARATION | | 20. MEMBER REQUESTS COPY ... ... VA ☐ YES ☐ NO |
|---|---|---|

21. SIGNATURE ... | | 22. ... TITLE ... SIGNATURE OF OFFICIAL |

23. CE... ADDITIONAL INFORMATION ...

| | | |
|---|---|---|

THE CITY OF NEW YORK

**PERSONNEL DATA ON TRANSFERRED EMPLOYEE**

**INSTRUCTIONS:** Upon the movement (by transf promotion or appointment) of an employee fr one City department or agency to another, t following information should be supplied as soon as possible to the appointing officer the agency to which the employee is being assigned.

| NAME OF EMPLOYEE | ADDRESS OF EMPLOYEE | RELEASING AGENCY |
|---|---|---|
| THOMAS WEBSTER | 6 ERNST. CT. SUFFERN NY 10901 | NYC Housing Authority |

**APPOINTMENT DATA**

| LAST TITLE IN RELEASING AGENCY | DATE OF ORIG. ENTRY INTO CITY SERVICE | DATE APPT'D IN RELEASING AGENCY | LAST DATE ON PAYROLL | LAST DATE FOR EMPLOYEE WAS P/ |
|---|---|---|---|---|
| PO HAPD  70910 | | 04/30/1991 | 04/29/1995 | |

**LEAVE DATA**

| RATE OF ACCRUAL IN DAYS | DATE ELIGIBLE FOR HIGHER LEAVE ACCRUAL | A.L. BALANCE ON DATE RELEASED | S.L. BALANCE ON DATE RELEASED | O.T. BALANCE ON DATE RELEASED PRIOR TO ALL EMPLOYEES | FROM 4/15/86 FLSA | FROM 4/15/86 NON-FLSA | LWOP SINCE | DA |
|---|---|---|---|---|---|---|---|---|
| [ ] 10 [ ] 20 | | | | 4/15/86 | 4/15/86 | 4/15/86 | [ ] LAST INCREMENT | |
| [ ] 13 [ ] 25 | | | | | | | [ ] APPOINTMENT | |
| [ ] 15 [ ] 27 | | 4 | | | 85:54 | 0:00 | [ ] REINSTATEMENT | |
| [ ] OTHER | | | | | | | [ ] PROMOTION | |

**PAYROLL DATA**

**SALARY INFORMATION**

| REGISTRY NO. | SALARY WHEN RELEASED | LAST INCREMENT DATE | NEXT INCREMENT DATE | AMOUNT OF INCREMENT | NO. OF INCOME TAX EXEMPTIONS | BONDS |
|---|---|---|---|---|---|---|
| | 34080 | | | | MOO | |

**PENSION INFORMATION**  **SOCIAL SECURITY**

| PENSION RATE REGULAR ADJUSTED | PENSION NO. | PENSION ARREARS: NO. PAYMENTS DUE: RATE: | PENSION LOAN: NO. PAYMENTS DUE: AMT. EACH PAYMENT: | SOCIAL SECURITY NO. | FICA CLAS |
|---|---|---|---|---|---|
| 4.65 | | | | | A[ ] C[ ] B[ ] D[ ] |

**HEALTH INSURANCE**  **ORGANIZATION DATA**

| H.I.P. CONTRACT NO. | NOT ENROLLED | TYPE | AMOUNT | NAME OF UNION | UNION DUES |
|---|---|---|---|---|---|
| | | | | P.B.A. | 25.00 |

IMPORTANT: Please supply the additional information called for on the reverse side.
(OVER)

DP-2001
R.7/87

THIS COPY TO BE FILED AT WORK LOCATION

NYCHA 618 1426 P (Rev. 7/57)
**PROBATIONARY REPORT**

**NEW YORK CITY HOUSING AUTHORITY**

NAME OF EMPLOYEE

Webster, Thomas

SSN

LOCATION

080

TITLE

PO HAPD

STATUS

A

DATE OF APPOINTMENT TO PRESENT POSITION

4-30-91

*For provisional and non-competitive employees this report serves as an evaluation during their first year of service. However, upon successful completion of this evaluation, provisional and non-competitive employees DO NOT gain permanent status.*

**1. QUANTITY OF WORK** - Consider the amount of work the employee does in comparison with others or compared to the amount you expect. Does employee appear to be busy?

| Slow. Lazy. Accomplishes nothing. Spends time away from work assignment. | Works slowly. Requires constant supervision. Accomplishes very little work. | Does normal amount of work. Fairly steady. Usually is at work location. | Works hard on job at all times. Does more than others assigned to same tasks. | Very fast, hard worker. Amount of work greater than any others doing this type of work. |
|---|---|---|---|---|
| | | X | | |

Comments:

**2. QUALITY OF WORK** - Consider how well the employee performs the job? Is work neat? Accurate? Complete?

| Work poorly done. Sloppy. Many errors. | Work not accurate nor good. Needs to be checked too frequently. Correction always required. | Acceptable work. No unusual number of errors and corrections. | Very good quality. Few errors. Accurate and dependable. | Very accurate. Almost no errors. Work is better in quality than any others performing similar tasks. |
|---|---|---|---|---|
| | | X | | |

Comments:

**3. COOPERATION AND ATTITUDE** - Consider attitude towards supervisor, fellow-employees, public. Is employee agreeable? Cooperative? How well does employee take constructive criticism?

| Sullen, resentful, antagonistic. Disliked by others. Causes trouble. | Reluctant to cooperate. Causes some friction. Seems to dislike and resent fellow-employees and supervisors. | Generally accepted by group. Accepts reasonable direction and criticism. | Quite cooperative and helpful. Well liked by fellow-employees. | Very cooperative. Excellent attitude toward everyone. |
|---|---|---|---|---|
| | | X | | |

Comments:

(Over)

INITIAL RATING

④ LEARNING CAPACITY, ADAPTABILITY AND POTENTIAL - Consider how well and how quickly employe learned job. Consider versatility, indication of future value to agency.

| Dull. Slow. Does not seem to understand work assignment. No potential for this or other assignments. | Needs minute instructions. Learns work too slowly. Has not been able to master even simple assignments. | Learned job in reasonable time. Appears to understand direction. Shows potential for future after further training. | Learned quickly. Understands well. Makes contribution to work team. Shows good potential for promotion. Handles new assignments very well. | Learned most rapidly. Makes excellent contribution to group. Handles any assignment better than any others in group. Has ability for promotion now. |
|---|---|---|---|---|

Comments:

⑤ ATTENDANCE AND LATENESS - Consider the number of times late and absent and the reasons therefor. Consider the effect of lateness and absence on other employes in the department.

| Constantly late or absent. Late or absent without cause or notice. | Late frequently. Absent frequently. Does not take seriously the reporting time. | Attendance normal. Lateness normal. | Infrequently late. Infrequently absent. | Very rarely late and absent. Lateness and attendance better than any others in the department. |
|---|---|---|---|---|

Comments:

Overall Comments if any: *(Use this space for additional information)*

roccomend. Continue employment.

NOTE:  PLEASE BE AWARE THAT AN UNSATISFACTORY RATING IN ANY CATEGORY REQUIRES AN UNSATISFACTORY OVER-ALL PROBATIONARY RATING.

OVER-ALL PROBATIONARY EVALUATION:   ☒ Satisfactory   ☐ Unsatisfactory

| DATE | 9/19/91 | SIGNATURE (Supervisor) | G. Dutata |
| DATE | 9/19/91 | SIGNATURE (Division Head) | F. Lamont Littlejohn |

I understand that my signature indicates that my supervisor has discussed my probationary rating with me and has shown me my probationary report; it does not necessarily imply my acceptance of the rating.

Date 09-07-91          Signature (Probationer) Thomas Webster

NYCHA 615.145B-A (Rev. 7/87)

THIS COPY TO BE FILED AT WORK LOCATION.

| NYCHA 015.143B& R (Rev. 7/87) PROBATIONARY REPORT° | NEW YORK CITY HOUSING AUTHORITY | | |
|---|---|---|---|

| NAME OF EMPLOYEE | SOC. SEC. # | LOCATION |
|---|---|---|
| Webster, Thomas | | 080 |

| TITLE | STATUS | DATE OF APPOINTMENT TO PRESENT POSITION |
|---|---|---|
| PO HAPD | A | 04/30/91 |

*For provisional and non-competitive employees this report serves as an evaluation during their first year of service. However, upon successful completion of this evaluation, provisional and non-competitive employees DO NOT gain permanent status.

**1. QUANTITY OF WORK** - Consider the amount of work the employee does in comparison with others or compared to the amount you expect. Does employee appear to be busy?

| Slow. Lazy. Accomplishes nothing. Spends time away from work assignment. | Works slowly. Requires constant supervision. Accomplishes very little work. | Does normal amount of work. Fairly steady. Usually is at work location. | Works hard on job at all times. Does more than others assigned to same tasks. | Very fast, hard worker. Amount of work greater than any others doing this type of work. |
|---|---|---|---|---|

Comments:

**2. QUALITY OF WORK** - Consider how well the employee performs the job? Is work neat? Accurate? Complete?

| Work poorly done. Sloppy. Many errors. | Work not accurate nor good. Needs to be checked too frequently. Correction always required. | Acceptable work. No unusual number of errors and corrections. | Very good quality. Few errors. Accurate and dependable. | Very accurate. Almost no errors. Work is better in quality than any others performing similar tasks. |
|---|---|---|---|---|

Comments:

**5. COOPERATION AND ATTITUDE** - Consider attitude towards supervisor, fellow-employees, public. Is employee agreeable? Cooperative? How well does employee take constructive criticism?

| Sullen, resentful, antagonistic. Disliked by others. Causes trouble. | Reluctant to cooperate. Causes some friction. Seems to dislike and resent fellow-employees and supervisors. | Generally accepted by group. Accepts reasonable direction and criticism. | Quite cooperative and helpful. Well liked by fellow-employees. | Very cooperative. Excellent attitude toward everyone. |
|---|---|---|---|---|

Comments:

2nd QUARTERLY RATING

**4. LEARNING CAPACITY, ADAPTABILITY AND POTENTIAL** · Consider how well and how quickly employe learned job. Consider versatility, indication of future value to agency.

| Dull. Slow. Does not seem to understand work assignment. No potential for this or other assignments. | Needs minute instructions. Learns work too slowly. Has not been able to master even simple assignments. | Learned job in reasonable time. Appears to understand direction. Shows potential for future after further training. | Learned quickly. Understands well. Makes contribution to work team. Shows good potential for promotion. Handles new assignments very well. | Learned most rapidly. Makes excellent contribution to group. Handles any assignment better than any others in group. Has ability for promotion now. |
|---|---|---|---|---|
| | | ✓ | | |

Comments:

**5. ATTENDANCE AND LATENESS** · Consider the number of times late and absent and the reasons therefor. Consider the effect of lateness and absence on other employes in the department.

| Constantly late or absent. Late or absent without cause or notice. | Late frequently. Absent frequently. Does not take seriously the reporting time. | Attendance normal. Lateness normal. | Infrequently late. Infrequently absent. | Very rarely late and absent. Lateness and attendance better than any others in the department. |
|---|---|---|---|---|
| | | ✓ | | |

Comments:

Overall Comments if any: *(Use this space for additional information)*

Recommend Continued employment

**NOTE: PLEASE BE AWARE THAT AN UNSATISFACTORY RATING IN ANY CATEGORY REQUIRES AN UNSATISFACTORY OVER-ALL PROBATIONARY RATING.**

OVER-ALL PROBATIONARY EVALUATION: ☑ Satisfactory   ☐ Unsatisfactory

| DATE | SIGNATURE (Supervisor) |
|---|---|
| 10/12/91 | R. Buratolo |
| DATE | SIGNATURE (Division Head) |
| 12/2/91 | Lamont Litlesley |

I understand that my signature indicates that my supervisor has discussed my probationary rating with me and has shown me my probationary report; it does not necessarily imply my acceptance of the rating.

Date 10·19·91   Signature (Probationer)



# PERFORMANCE EVALUATION —
# POLICE OFFICER - DETECTIVE SPECIALIST

**FRONT OF FORM**

PD439-157 (Rev. 9-95)   (Ref. AG. 303-19)

**DEC 15 1997**

### IMPORTANT
- Type text portions ONLY
- DO NOT FOLD or STAPLE This Computer For...
- Use #2 Pencil for Computer Boxes ONLY
- Follow Guidebook Instructions

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|---|
| | Webster | Thomas | | P.O. | PSA 8 | 10/91 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: Patrol | DATE OF PRIMARY ASSIGNMENT: 12/03/97 |
|---|---|---|---|
| | 913899 | RATING PERIOD: FROM 12/16/96   TO 12/15/97 | |

## RATER

- COMMENTS ON 3 RATING ITEMS REQUIRED
- CHOOSE FROM "PERFORMANCE AREAS" & "BEHAVIORAL DIMENSIONS" ON BACK OF FORM
- RATINGS OF "LOW" & "VERY LOW" MUST BE COMMENTED ON BEFORE COMMENTING ON HIGHER RATED ITEMS.

No. 0 / 2

Example: No. 0 / 4

Officer has ability to observe individuals or groups to detect suspicious activity and to apprehend them.

No. 0 / 4

Officer processes arrests with above average efficiency and with limited supervision.

No. 1 / 3

Officer supports department policies and guidelines, Not a disciplinary problem. Represents department favorably. Work reflects high level of integrity.

**Overall Rater's Comments:**

Officers is always respectful and courteous to the public, supervisors, and other officers. Officer is able to handle most situations with limited supervision. Officer is an asset to department. Recommend maintaining current assignment.

RATER'S TAX NUMBER: 8 2 1

| RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| Bergquist | Sgt. | PSA-8 | 7/17/97 |

| SOCIAL SECURITY NO. | SIGNATURE | DATE: 1/10/98 |
|---|---|---|

I HAVE SHOWN THIS EVALUATION TO RATEE AND FULLY DISCUSSED ITS CONTENTS: RATER'S INITIALS _____

WISH TO APPEAL THIS EVALUATION: (Ref. to A.G. 303-20)
☐ (IF APPEALED, INITIAL AND DARKEN BOX) RATEE'S INITIALS _____

## REVIEWER

**Comments:**

(Must use No. 2 pencil to darken box)
☐ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

| REVIEWER'S NAME (PRINT) | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| Steven Heilig | Lt. | PSA 8 | 05/97 |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. | SIGNATURE | DATE: 2/14/98 |
|---|---|---|---|
| | 912627 | Steven Heilig | |

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY



# PERFORMANCE EVALUATION
## POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 9-95)    (Ref. AG. 303-19)

**IMPORTANT**
- USE NO. 2 PENCIL ONLY
- EXAMPLE: ⑤④●②①
- ERASE COMPLETELY TO CHANGE

**RATEE**
SURNAME: Webster    FIRST: Thomas    M.I.

**RATEE'S TAX NUMBER MUST BE ACCURATE**

**SOCIAL SECURITY NO.**

**RANK**
- ☐ PPO
- ☑ PO
- ☐ PO S/A
- ☐ Det. Sp.
- ☐ OTHER

**IF COMPLETED POLICE CADET PROGRAM**
☐
DARKEN BOX

**COMMAND**
B    8

**BOROUGH**
- ☐ MANHATTAN SOUTH
- ☐ MANHATTAN NORTH
- ☑ BRONX
- ☐ QUEENS SOUTH
- ☐ QUEENS NORTH
- ☐ BROOKLYN SOUTH
- ☐ BROOKLYN NORTH
- ☐ STATEN ISLAND
- ☐ CITYWIDE/OTHER
DARKEN ONLY ONE BOX
SEE APPENDIX A

**TIMES SICK**
NLOD / LOD
- ● 0  ☐ 0
- ⊟ 1  ☐ 1
- ☐ 2  ●
- ☐ 3  ☐
- ☐ 3+ ☐ >10 ●

**DAYS LOST**
NLOD / LOD
- ● 0  ☐ 0
- ☐ 1  ☐ 1
- ☐ 2-5 ☐
- ☐ 6-10 ⊟
- ☐ >10 ●

DARKEN ONE BOX PER COLUMN
☐ CHRONIC A   ☐ CHRONIC B
● NOT CHRONIC
DARKEN ONLY ONE BOX

**PURPOSE**
- ☐ 4 MONTH PROB
- ☐ 10 MONTH PROB
- ☐ 16 MONTH PROB
- ☐ 22 MONTH PROB
- ☐ TRANSFER
- ☐ INTERIM
- ● ANNUAL
- ☐ OTHER
DARKEN ONLY ONE BOX

**EDUCATION**
- ● HS
- ☐ A.A. or 64 CR+
- ☐ B.A. or 128 CR+
- ☐ M.A. or 160 CR+
- ☐ JD
- ☐ PhD
DARKEN ONLY ONE BOX

**Bilingual Officer**
☐
DARKEN BOX

**RECOMMENDATION**
CONTINUE IN PRESENT ASSIGNMENT

RE-ASSIGNMENT (SPECIFY ON FRONT)

ADDITIONAL TRAINING (SPECIFY ON FRONT)

PERFORMANCE MONITORING FOR SPECIFIED TIME (SPECIFY ON FRONT)

OTHER (SPECIFY ON FRONT)
DARKEN ONLY ONE BOX

## EACH AREA/DIMENSION REQUIRES A RESPONSE

**PERFORMANCE AREAS**

| Performance Area | 5 | 4 | | 2 | 1 | 0 |
|---|---|---|---|---|---|---|
| 1. Community Interaction | ⑤ | ④ | ● | ② | ① | ⓪ |
| 3. Victim/Prisoner Interaction | ⑤ | ④ | ● | ② | ① | ⓪ |
| 5. Vehicular Offenses/Accidents | ⑤ | ④ | ● | ② | ① | ⓪ |
| 7. Police Interaction/Notification | ⑤ | ④ | ● | ② | ① | ⓪ |
| 9. Review and Maintenance | ⑤ | ④ | ● | ② | ① | ⓪ |
| 11. Vouchering | ⑤ | ● | ③ | ② | ① | ⓪ |
| 30. | ⑤ | ④ | ③ | ② | ① | ⓪ |

**BEHAVIORAL DIMENSIONS**

| Behavioral Dimension | 5 | 4 | | 2 | |
|---|---|---|---|---|---|
| 13. Police Ethics/Integrity | ⑤ | ● | ③ | ② | |
| 15. Communication Skills | ⑤ | ● | ③ | ② | |
| 17. Information Ordering | ⑤ | ④ | ● | ② | |
| 19. Visualization | ⑤ | ④ | ● | ② | |
| 21. Memorization | ⑤ | ④ | ● | ② | |
| 23. Innovativeness | ⑤ | ④ | ● | ② | |
| 25. Drive/Initiative | ⑤ | ● | ③ | ② | |
| 27. Appearance | ⑤ | ④ | ● | ② | |
| 29. | ⑤ | ④ | ③ | ② | |

**OVERALL EVALUATION**

**Annual Total of Quarterly Points ***

No.  4 | ⓪ ① ② ③ ● ⑤ ⑥
     9 | ⓪ ① ② ③ ④ ⑤ ⑥ ⑦ ⑧

* See Interim Order 105, dated 7-17-95

©COPYRIGHT 1992, NEW YORK CITY POLICE DEPT.

CHECK ONE: ___ N.Y.P.D. ___ HOUSING: ✓ TRANSIT: ___

**PERFORMANCE EVALUATION — RECRUIT OFFICER**

(SURNAME) WEBSTER  (FIRST) THOMAS  (M.I.) -  (TEST #) 7009  (COMPANY #) 91-35

SOC. SEC.# ▓▓▓▓  TAX REG.# -  DATE HIRED  04-30-91

**OVERALL EVALUATION**

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

**ACADEMY EXAMINATIONS AND PERFORMANCE TESTS:**

ACADEMIC EXAMS:  1st _84.2_ 2nd _83_ 3rd _81_  FINAL AVERAGE _83.3_

PHYSICAL SKILLS _96_  FIREARMS (P or F) _P_  DRIVER TRAINING (P or F) _P_

CPR (P or F)  _P_  JUSTIFICATION (P or F) _P_

**SUBJECT MARKS:**

LAW _84.2_  POLICE SCIENCE _78.8_  SOCIAL SCIENCE _86.3_

WATER SAFETY _P_  FIRST AID (P or F) _P_

**ABSENCES:**  SICK: ___ DAYS ___ TIMES ___  CHRONIC (Y or N) ___

OTHER ABSENCES ___ (Explain to the right)  LATENESSES ___

**DISCIPLINE RECORD:**  Disciplinary Probation? (Y or N) ___  POSITIVE ___ C.D. ___  NEGATIVE ___

# STAR Reports: ___
If student received five (5) or more NEGATIVE STAR CARDS, they MUST be explained under "Instructor's Comments". Record ALL COMMAND DISCIPLINES to the right.

**RATER'S RECOMMENDATIONS:**  Field Trng ✓ Special Monitoring ___ Terminate ___

| | | SHIELD # | SHIELD # |
|---|---|---|---|
| O.G.I. (Typed) | UNIT | SIGNATURE | SIGNATURE |
| RATER (Typed) | UNIT | SHIELD # | SHIELD # |
| REVIEWER: | UNIT | SIGNATURE | SIGNATURE |

INSTRUCTOR'S COMMENTS: _____

FINAL AVERAGE _____

RATER/SUPERVISOR'S COMMENTS: _____

ABSENCES (OTHER THAN SICK): _____

COMMAND DISCIPLINES: _____

FINAL DISPOSITION: _____

**PART II**

**PART I**

## GENERAL PERFORMANCE

| CATEGORY | COMMENTS | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|---|---|
| APPEARANCE | Students appearance is impeccable and exibits total professionism | ☒ | ☐ | ☐ | ☐ | ☐ |
| COMMUNICATIONS | | ☐ | ☐ | ☐ | ☐ | ☐ |
| HUMAN RELATIONS | | ☐ | ☒ | ☐ | ☐ | ☐ |
| SELF-IMAGE/DISCIPLINE | Student is well disciplined in class, student positively | ☒ | ☐ | ☐ | ☐ | ☐ |
| JUDGMENT/DECISION MAKING | exposes the instructor in directing and controlling the class | ☐ | ☒ | ☐ | ☐ | ☐ |
| POLICE ETHICS | | ☐ | ☐ | ☒ | ☐ | ☐ |

## TRAINING PERFORMANCE

| CATEGORY | | WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS | |
|---|---|---|---|---|---|---|---|
| LAW | | ☐ | ☐ | ☒ | ☐ | ☐ | INSTRUCTOR'S SIGNATURE |
| POLICE SCIENCE | | ☐ | ☐ | ☒ | ☐ | ☐ | INSTRUCTOR'S SIGNATURE |
| SOCIAL SCIENCE | | ☒ | ☐ | ☐ | ☐ | ☐ | INSTRUCTOR'S SIGNATURE |
| PHYSICAL TRAINING | No comment | ☐ | ☒ | ☐ | ☐ | ☐ | INSTRUCTOR'S SIGNATURE P.O. M... |

**PROPERTY RECEIPT - DISCONTINUANCE OF SERVICE**
PD 520-013 (Rev. 05-09)

Date 1/24/10

11/15/2010

| Rank | Name (Printed Last, First, MI) | Last Four Digits Of Soc. Sec. No. | Tax Reg. No. |
|---|---|---|---|
| P.O. | Webster Thomas | | 913899 |

| Date of Appointment | Command |
|---|---|
| 04/30/1991 | Intell-MSS |

Member is Applying For: ☒ SERVICE RETIREMENT  ☐ RESIGNATION  ☐ DISABILITY RETIREMENT  ☐ EXTENDED LEAVE OF ABSENCE (30 days or more)  ☐ VESTED INTEREST  ☐ WITHOUT PAY

**DEPARTMENT EQUIPMENT DISPOSITION (Use Boxes 13-15 For Equipment Returned Not Listed Below)**

| ITEM | RECEIVED BY (Printed) | SIGNATURE | COMMAND |
|---|---|---|---|
| 1. SHIELD 13415 | PRAA C Jynch | Jynch | SH/10 Unit |
| 2. I.D. CARD N173120 | | | |
| 3. O.C. PEPPER SPRAY NUMBER: 58893 | J.Bast | Bast | ID |
| 4. HELMET 911187 | J. Bast | | ID |
| 5. NEW YORK CITY TRANSIT POLICE PASS METRO CARD | 18319920 J.Bast | | ID |
| 6. LIRR POLICE PASS | | | |
| 7. METRO-NORTH RR POLICE PASS | | | |
| 8. DEPARTMENT CELL PHONE | | | Communications Division, Telecommunications Unit, One Police Plaza, Room 910B |
| 9. RESTRICTED HQ ANNEX PARKING PERMIT 5330-10 | J.Bast | Bast | ID |
| 10. NYPD VEHICLE IDENTIFICATION PLATE | | | |
| 11. DEPARTMENT RADIO 00534262 | J. Bast | Bast | ID |
| 12. LAPTOP COMPUTER (CAPTAINS AND ABOVE) | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |

**FIREARMS POSSESSED BY MEMBER**

| CALIBER | MAKE | MODEL | TYPE | SERIAL NO. | VOUCHER NO. |
|---|---|---|---|---|---|
| 9MM | S&W | 5946 | Semi Auto | VYK8927 | R642258 |
| 38 | Rugwe | GPNY | REvolver | 172-08603 | R642258 |
| 38 | S$W | 640 | Revolver | BKP3304 | R642258 |

Unused Summonses Returned? ☐ YES ☒ NO   Charges Pending? ☐ YES ☐ NO

Next Scheduled Tour After Leaves, Except Terminal Leave: 03/02/2011   Signature of Commanding Officer

**FOR NYC POLICE PENSION FUND USE ONLY**

| Date Filed 1/24/10 | T.L. Begins 03-02-11 | Eff. Ret. Date | B.T.M. Approval | Date |
| LWOP | Begins | Ends | Date Property To Be Turned In: |

Disposition Of Firearms If Not Delivered To Property Clerk

WAIVER TO BEGIN T.L.   ☐ APPROVED  ☐ DISAPPROVED   Rank, Name, Command

Remarks:

PREPARED  Rank/Title   Name Printed   Signature

**PISTOL LICENSE INQUIRY RESPONSE**
PD 643-155 (Rev. 09-08)

Date: 11/24/2010

— TO POLICE AGENCY CONCERNED —

This is to certify the following:

| Name (Last, First, M.I.) | Soc. Sec. No.: | Tax Reg. No.: |
|---|---|---|
| **WEBSTER, THOMAS** | **XXX-XX-** | **913899** |

● Pensionable appointment date as a Police Officer, City of New York Police Department 04/30/1991
(Date)

● Retirement date **04/30/2011**     Rank **POLICE OFFICER**
(Date)

● The above named member has applied for retirement from the New York City Police Department which is to take effect on 04/30/2011 . As of 11/22/2010 clearance has been obtained from the following Police Department units:

● This member has no record of mental illness and is presently authorized to carry firearms.

Verified by **P.O. PUGH**     Medical Division on 11/22/2010
(Date)

● Presently, said member is not under investigation which would preclude the issuance of a pistol license.

Verified by **DET. REYES**     Internal Affairs Bureau on 11/22/2010
(Date)

● Said member has no disciplinary action pending.

Verified by **P.O. IAZZETTI**     Central Personnel Index 11/22/2010
(Date)

Verified by **SGT. MIU**     Department Advocate's Office 11/22/2010
(Date)

● Terminal leave authorized? ☒ Yes  ☐ No   Authority **SGT. MIU**

Assistant Commissioner,
Employee Management Division

**OFF DUTY EMPLOYMENT APPLICATION**
PD 407-164 (Rev. 06-08)

*FDL 21/10*

☒ NEW APPLICATION   ☐ RENEWAL   ☐ APPLICATION CHANGE   ☐ TERMINATION

| Date 06/15/10 | Off Duty Work Number 803 |
|---|---|

| Rank/Surname First | M.I. | Command |
|---|---|---|
| P.O. WEBSTER, THOMAS | | Intell/M.S.S. |

| Shield No. 13415 | Tax Registry Number 913899 | Last 4 Digits of Social Security No. | Date of Appointment 04/30/91 | Home Telephone Number 845 781 4102 |
|---|---|---|---|---|

| Home Address 429 Roundlake Park Rd | City Monroe | County Orange | ZIP Code 10950 |
|---|---|---|---|

| Outside Employer (Name of firm or person for whom you will work) Semper Fi Landscaping (SFL) | ☐ INDIVIDUAL ☒ COMPANY | Telephone Number 8452388000 | Pct. Monroe |
|---|---|---|---|

| Employer's Address 429 Roundlake Park Rd. | City Monroe | County Orange | State N.Y. | ZIP Code 10950 |
|---|---|---|---|---|

Describe the Type of Business (If a guard service, give N.Y.S. License Number)

Lawn Care

**INDICATE EXACT LOCATION OF EMPLOYMENT**  NAME AND ADDRESS OF INDIVIDUAL TO BE GUARDED (if applicable)
Name                     Address          Telephone Number          -Precinct

Indicate Work Schedule and Describe Specific Duties and Responsibilities:

Work to be performed mainly on RDO's and a few hours a week before tour begins (No more than 20 hours a week)   Performing Lawn Maintenance

**PROPRIETARY INTEREST**

DO YOU HAVE A PROPRIETARY INTEREST IN THE BUSINESS? ☒ YES ☐ NO.

DO ANY OTHER MEMBERS OF THE SERVICE HAVE A PART OWNERSHIP IN THIS BUSINESS? ☐ YES ☒ NO.

IF YES, IDENTIFY: RANK/TITLE _____ NAME _____ CMD. _____

DO YOU INTEND TO EMPLOY ANY OTHER PERSON TO WORK FOR YOU IN A WATCHGUARD SERVICE CAPACITY? ☐ YES ☒ NO.
*IF YOU DO, YOU MUST HAVE A N.Y.S. WATCHGUARD LICENSE BEFORE YOU CAN RECEIVE APPROVAL AND BEFORE ANYONE CAN BE APPROVED TO WORK FOR YOU.*

I HAVE WATCHGUARD LICENSE NO. _____ DO YOU EMPLOY OTHER MEMBERS OF THE SERVICE? ☐ YES ☒ NO. IF YES, IDENTIFY:

| Rank/Title | Name | Command | Rank/Title | Name | Command |
|---|---|---|---|---|---|

| WILL YOU BE EMPLOYED BY A MEMBER OF THE SERVICE? ☐ YES ☒ NO | IF YES, IDENTIFY: | Rank/Title | Name | Command | Off-Duty Work Number |
|---|---|---|---|---|---|

DOES THE BUSINESS IN WHICH YOU WILL HAVE A PROPRIETARY INTEREST OR YOUR OUTSIDE EMPLOYER HAVE ANY BUSINESS DEALINGS WITH THE CITY OF NEW YORK? ☐ YES ☒ NO
*If the answer is "Yes," the New York City Charter generally prohibits such outside employment. However, in certain circumstances such employment is allowed and the member should be directed to read Patrol Guide procedure 205-40 and advised to call the Legal Bureau for further guidance. Absent paperwork showing a waiver of the Charter requirements or approval by the Deputy Commissioner Legal Matters the application must be denied.*

| List all current outside employment approval you wish continued | Total hours work per week |
|---|---|

| I FULLY UNDERSTAND THE CONDITIONS OF ADDITIONAL EMPLOYMENT AND SHALL ABIDE BY THE GUIDELINES OF THE POLICE COMMISSIONER. | Rank/Title P.O. | Signature of Applicant | Date 6-15-10 |
|---|---|---|---|

**TO BE COMPLETED BY APPLICANT'S COMMANDING OFFICER**

| DISCIPLINARY ACTION IN THE LAST TWO YEARS NONE | NUMBER OF TIMES ON SICK REPORT IN THE LAST TWO YEARS: Two times TOTAL NUMBER OF DAYS ABSENT WHILE ON SICK REPORT IN THE LAST TWO YEARS: Ten |
|---|---|

**RECOMMENDATION:**
BOROUGH COMMANDER/COUNTERPART (Security Related Fields Only)
☒ APPROVAL          ☐ DISAPPROVAL

| Date 7-26-10 | Rank/Signature |
|---|---|

**COMMANDING OFFICER**
☒ APPROVAL     I have personally interviewed the applicant and find no conflict with the Police Commissioner's Guidelines
☐ DISAPPROVAL (Indicate reasons)

| Date 7-26-10 | Rank/Signature |
|---|---|

**TO BE COMPLETED BY EMPLOYEE MANAGEMENT DIVISION**

| RECEIVED BY: ☒ MAIL ☐ PERSON | Date 07-21-10 | DOES DESCRIPTION OF DUTIES (intent to hire others) INDICATE NEED OF N.Y.S. WATCHGUARD LICENSE? IF YES, Proof of license must be attached to on file. | ☐ YES ☒ NO |
|---|---|---|---|

| RECORDS CHECK: INTELLIGENCE DIVISION ☐ RECORD ☒ NO RECORD | | Rank/Name |
|---|---|---|

| IDENTIFICATION SECTION ☐ RECORD ☐ NO RECORD | Rank/Name |
|---|---|



**DOMESTIC VIOLENCE INQUIRY**
PDT 472-090 (3-97)

## INQUIRY REGARDING CONVICTIONS FOR
## MISDEMEANOR CRIMES OF DOMESTIC VIOLENCE
## Pursuant to Title 18 U.S.C. Section 922 (g) (9)

To:     All Uniformed Members of the Service and Civilian Members of the Service when their duties require possession of a firearm and/or ammunition.

The purpose of this form is to obtain information that will assist the New York City Police Department in determining whether any of its members have been adversely affected by federal law, Title 18 U.S.C. Section 922 (g) (9). You are directed to complete this form and return it, within ten (10) working days of your receipt of the form, to your Commanding Officer. Failure to complete this form truthfully and within ten (10) days of receipt may result in disciplinary action. However, neither your responses, nor any information or evidence which is gained by reason of such responses can be used against you in any subsequent criminal proceedings under Title 18 U.S.C. Section 922 (g)(9).

Members may seek the advice of counsel and/or a line organization representative prior to responding to the questions contained in this form. However, the form must be completed and submitted to your Commanding Officer within ten (10) days of receipt.

1.     **Have you ever been convicted of a Misdemeanor Crime of Domestic Violence, in any court, anywhere, including a military tribunal? Indicate:**   ☐ YES    ☒ NO

A "Misdemeanor Crime of Domestic Violence" is defined by 18 U.S.C. 921 (a) (33) (A) as follows: An offense that (i) is a misdemeanor under federal or state law and (ii) has as an element, the use or attempted use of physical force or the threatened use of a deadly weapon, committed by:

> a.- A current or former spouse, parent or guardian of the victim.
> b.- A person with whom the victim shares a child in common.
> c.- A person who is cohabiting with or has cohabited with the victim as a spouse, parent or guardian.
> d.- A person similarly situated to a spouse, parent or guardian of the victim.

2.     **If you answered "yes" to question No.1, provide the following information with respect to the conviction:**

Court/Jurisdiction _____

Docket/Case# _____

Statute/Charge _____

Date Sentenced _____

If you answered "yes" to question No. 1:
a. Were you pardoned? Indicate:                 ☐ YES      ☐ NO
b. Was your conviction expunged? Indicate:      ☐ YES      ☐ NO
c. If any of your civil rights were removed as a result of your conviction, have all of your rights been restored? Indicate:        ☐ N/A      ☐ YES      ☐ NO

3.     **If you answered "Yes" to question 2a, b or c attach copies of documents verifying your response.**

Rank _P.O._ Name _Thomas Webster_ Tax# _913899_

Shield# _13415_ Command _PSA-8_ Date of Appointment _4-30-91_

Date _6-3-97_ Signature _____

Witnessed by:

SS# [redacted]

_Quinones_
Supervisory Officer (Print)

_____
Supervisory Officer (Signature)

_912868_          _3930_
Tax#              Shield#

_8/5/97_
Date



NYCHA 080.074&R (4/83) —NEW YORK CITY HOUSING AUTHORITY - POLICE DEPARTMENT

PROBATIONARY POLICE OFFICER - FIELD TRAINING EVALUATION

—REFER TO ADMINISTRATIVE GUIDE PERSONNEL EVALUATIONS

| SURNAME | FIRST | M.I. | RANK | COMMAND |
|---|---|---|---|---|
| WEBSTER | Thomas | | PPO | PSA 8 |

| SOCIAL SECURITY NUMBER | TAX REGISTRY NUMBER | DATE ASSIGNED TO FIELD TRAINING COMMAND |
|---|---|---|
| | 190622 | NOV 6, 1991 |

| FIELD TRAINING COMMAND | DATE PREPARED | RATING PERIOD |
|---|---|---|
| PSA 8 | DEC 4, 1991 | From 11/21/91 To 12/6/91 |

## OVERALL EVALUATION

Should be consistent with the pattern of rating on the interior of the form

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| 5 | 4 | 3 | 2 | 1 |

## RATER COMMENTS

From your knowledge and observations, indicate your general assessment of the individual's overall performance. This should reflect the standards on the interior of the form, include comments as to strengths, weaknesses and career potential. If standard has not been met in any phase of training - specify. Consult all available records, recorded observations of Field Training Officers before making comments.

Evaluations based, either wholly or in part, upon considerations of a student officer's race, color, religion, sex, national origin, age or sexual preference are strictly prohibited by law.

The ABOVE Officer ADHeress TO DEPARTMENT Policy AND Procedures. The Officere Is Willing TO ASSert Himself With Police when He Performs Tasks And Daily Duties Without Delay. He Ackno-Ledges His Duty and what Is Asked of Him Without Any Problems.

O. Sickness
O. Lateness

I have shown this performance evaluation to the ratee and have fully discussed its contents:  P.R. ___ RATERS INITIALS    T.W. ___ RATEE'S INITIALS    12/6/91 DATE

I have reviewed this performance evaluation:  T.W. ___ RATEE'S INITIALS    12-05-91 DATE

Request Appeal   YES ☐   NO ☒

## RATING & REVIEWING OFFICERS

Include rank, name, command and signature of all participants in the Evaluation Conference.

THE IMMEDIATE SUPERVISOR OF THE RATEE SHALL BE LISTED FIRST.

| RANK | NAME | COMMAND | SIGNATURE |
|---|---|---|---|
| 1. PO | Paul L. Runyon | PSA 8 | |
| 2. Sgt | Edward McCread 955 | PSA 8 | |
| 3. PO | Thomas Webster | PSA 8 | |

5 **WELL ABOVE STANDARDS:** Rarely equalled in exceeding requirements. Outstanding in all standards of performance for this task.

4 **ABOVE STANDARDS:** Clearly exceeds requirements; goes beyond job demands. Has displayed strengths in overall performance of this task.

3 **MEETS STANDARDS:** Meets all expectations. Does the job well. No major weaknesses displayed in the overall performance of this task.

2 **BELOW STANDARDS:** Does not consistently meet standards. There are areas which need improvement in order to become satisfactory.

1 **WELL BELOW STANDARDS:** Fails to meet requirements. Does not respond to job demands, or has displayed significant weaknesses.

## V. HUMAN RELATIONS

|  | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *Officer Gets Along With The Public And fellow Officers*

*(circle one)*

| | | |
|---|---|---|
| 1. Does officer accept criticism? | 5 ④ 3 2 1 |
| 2. Does officer accept direction and orders? | 5 ④ 3 2 1 |
| 3. Does officer exchange information with others? | 5 4 ③ 2 1 |
| 4. Does officer offer equal service to all people predicated on need, regardless of ethnic or racial background, economic class, sex or status? | 5 4 ③ 2 1 |
| 5. Does officer look at things from the others point of view? | 5 4 ③ 2 1 |
| 6. Does officer explain his actions to people in order not to appear arbitrary? | 5 4 ③ 2 1 |
| 7. Does officer control feelings and emotions? | 5 4 ③ 2 1 |

## VI. ETHICS

|  | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *Officer Treats The Citizens He Serves Fairly Officer Avoids Compromising Situations, Is Familiar With Dept Policy and Regulations.*

| | | |
|---|---|---|
| 1. Does officer avoid compromising situations? | 5 4 ③ 2 1 |
| 2. Does officer's performance comply with the Department's anti-corruption policy? | 5 4 ③ 2 1 |
| 3. Is officer willing to be unpopular with peers in order to adhere to his or her principles? | 5 4 ③ 2 1 |
| 4. Does the officer place emphasis on the fair and impartial treatment of the citizens he/she serves? | 5 4 ③ 2 1 |

Total Tours For This Period __10__

Tours Assigned To RMP __2__

Tours Assigned To Foot Patrol __7__

Tours Assigned To Other Duties __1__

(Specify nature of assignments) __Court__

Tours With Qualified Field Trainer __10__

| Print Name (Field Trainer) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| Palik L. Rippy Jr | PO | PSA 8 | 744264 |
| Print Name (Squ. Supervisor) | Rank | Command | Tax Registry No. |
| Sgt. Edward McGreal | Sgt | PSA 8 | 745460 |

Rater Signature *(Print & Sign)*

Reviewer's Signature _____ | Print Name _____ | Rank _____ | Command _____

NYCHA 080.074A&R (4/83) — NEW YORK CITY HOUSING AUTHORITY - POLICE DEPARTMENT

## PERFORMANCE EVALUATION — POLICE OFFICER — PERSONNEL EVALUATIONS

REFER TO ADMINISTRATIVE GUIDE

**1.**

| SURNAME | FIRST | M.I. | RANK | COMMAND |
|---|---|---|---|---|
| Webster | Thomas | | P.O. | PSA 8 |

| SOCIAL SECURITY NUMBER | TAX REGISTRY NUMBER | DATE ASSIGNED TO COMMAND |
|---|---|---|
| | 190611 | April 30, 1991 |

| PRESENT ASSIGNMENT | DATE OF PRESENT ASSIGNMENT |
|---|---|
| PCO Eastchester Houses | Present |

**2.**

| ANNUAL (XX) | INTERIM ( ) | PROBATION ( ) |
|---|---|---|
| DATE PREPARED   1-95 | | TRANSFER ( ) |

### OVERALL EVALUATION

Should be consistent with the pattern of rating on the interior of the form. A member's overall rating should not be affected by his/her relative standing in the group.

**3.**

| WELL ABOVE STANDARDS ☐ | ABOVE STANDARDS ☐ | MEETS STANDARDS ☒ | BELOW STANDARDS ☐ | WELL BELOW STANDARDS ☐ |
|---|---|---|---|---|

### RECOMMENDATION

Remember that recommendations for assignment are subject to accountability standards.

**4.**

CONTINUE IN PRESENT ASSIGNMENT      (xx )
NOT RECOMMENDED FOR DETAIL             (   )
TRANSFER                                            (   )      Specify_____
ADDITIONAL TRAINING                           (   )      Specify_____
OTHER                                                 (   )      Specify_____

**5.**  **RATER COMMENTS** — Indicate your general assessment of the individual's overall performance. This should reflect the standards on the interior of the form, which are derived from the specific dimensions in the Evaluation Guide. Include comments as to strengths, weaknesses and career potential.

Officer Webster has a good arrest record, he is able to use all the facts available and take control of a situation. He interacts well with others including the community. He is an asset to the PCO program.

1-sick call 3 tours
3-EPBs

I have shown this performance evaluation to the ratee and have fully discussed its contents

RATER'S INITIALS        RATEE'S INITIALS        1-19-95   DATE

I wish to appeal this performance evaluation

RATEE'S INITIALS        DATE

Request Appeal    YES ☐    NO ☒

**6.**

| Name (typed) | Rank | Command | Date Assigned to Command |
|---|---|---|---|
| Andrew Brigida | Sgt | PSA 8 | May 23, 1988 |

| Rater Signature | Tax Registry Number | Social Security Number |
|---|---|---|
| | 742120 | 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 |

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Officer is very physically fit and projects a professional image to others.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☒ | ☒ | ☐ | ☒ |

Officer interacts well tih others and is able to express his views and ideas to others.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Officer is sensitive to the needs of the community.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Officer works well with the community regardless of ethnic backround.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

Officer uses all the facts available and takes correct action.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Officer adheres to Department policies.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Officer has good self confidence.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Officer is respectfull and is helpfull toward individuals.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

Officer is able to adapt to situations and his behavior in regards to use of force is well within Department policies.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

Officer has good street knowledge and uses his knowledge to take correct action.

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

Officer has good street skills , is prompt to work location and has good arrest activity.



NYCHA 080.074&R (4/83) —NEW YORK CITY HOUSING AUTHORITY - POLICE DEPARTMENT
**PROBATIONARY POLICE OFFICER - FIELD TRAINING EVALUATION**
—REFER TO ADMINISTRATIVE GUIDE PERSONNEL EVALUATIONS

| SURNAME WEBSTER | FIRST THOMAS | M.I. | RANK PPO | COMMAND PSA 8 |
|---|---|---|---|---|
| SOCIAL SECURITY NUMBER | | TAX REGISTRY NUMBER 190611 | | DATE ASSIGNED TO FIELD TRAINING COMMAND 11-6-91 |
| FIELD TRAINING COMMAND PSA 8 | | DATE PREPARED 11-21-91 | | RATING PERIOD From 11-6 To 11-20 |

## OVERALL EVALUATION

Should be consistent with the pattern of rating on the interior of the form

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| 5 | 4 | 3 | 2 | 1 |

## RATER COMMENTS

From your knowledge and observations, indicate your general assessment of the individual's overall performance. This should reflect the standards on the interior of the form, include comments as to strengths, weaknesses and career potential. If standard has not been met in any phase of training - specify. Consult all available records, recorded observations of Field Training Officers before making comments.

Evaluations based, either wholly or in part, upon considerations of a student officer's race, color, religion, sex, national origin, age or sexual preference are strictly prohibited by law.

OFFICER SHOWS A WILLINGNESS TO LEARN
AND HAS A POSITIVE ATTITUDE TOWARD POLICE
WORK. OFFICER HAS HANDLED WELL ALL
TASKS ASSIGNED.

NO SICK CALLS,
NO LATENESSES.

I have shown this performance evaluation to the ratee and have fully discussed its contents:

G.D. _____ RATER'S INITIALS    T.U. _____ RATEE'S INITIALS    11/21/91 DATE

I have reviewed this performance evaluation:

T.U. _____ RATEE'S INITIALS    11-21-91 DATE

Request Appeal    YES ☐    NO ☒

## RATING & REVIEWING OFFICERS

Include rank, name, command and signature of all participants in the Evaluation Conference.

THE IMMEDIATE SUPERVISOR OF THE RATEE SHALL BE LISTED FIRST

| I. APPEARANCE | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: OFFICER IS WELL GROOMED OFFICER'S UNIFORM IS CLEAN AND MAINTAINS ALL DEPT EQUIPMENT

|   |   | (circle one) |
|---|---|---|
| 1. Does the officer meet Department guidelines for hair, mustache and sideburns? | | 5  4  3  2  1 |
| 2. Is dress appropriate for assignment? | | 5  4  3  2  1 |
| 3. Does the officer care for, service, and maintain Department equipment (R.M.P., portable radio, etc.)? | | 5  4  3  2  1 |
| 4. Are uniforms clean and serviceable? | | 5  4  3  2  1 |

| II. COMMUNICATION SKILLS | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

OFFICER HAS GOOD COMMUNICATION SKILLS. OFFICER SPEAKS WELL AND WRITES CONCISELY.

| 1. Does the student officer write clearly? | 5  4  3  2  1 |
|---|---|
| 2. Are reports complete? | 5  4  3  2  1 |
| 3. Does the officer use words properly? | 5  4  3  2  1 |
| 4. Does officer write concisely, or does he write unnecessary facts and information? | 5  4  3  2  1 |
| 5. In preparing ICR's, arrest reports, etc., does the officer have the ability to articulate the situation, as it happened, and have knowledge of the elements of the offense involved? | 5  4  3  2  1 |

| III. JOB KNOWLEDGE | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

OFFICER SHOWS A WILLINGNESS TO LEARN ALL ASPECTS OF POLICE WORK.

| 1. Does the officer adhere to Department procedures and guidelines? | 5  4  3  2  1 |
|---|---|
| 2. Does the officer utilize services and resources available? | 5  4  3  2  1 |
| 3. Does the officer control crime scenes and gather pertinent information? | 5  4  3  2  1 |
| 4. How well does officer handle emergencies? | N/A 5  4  3  2  1 |
| 5. Do the officer's actions indicate knowledge of the standards of proof necessary to Stop & Frisk, Arrest, or Search? | 5  4  3  2  1 |
| 6. Does this officer protect the rights of individuals arrested? | 5  4  3  2  1 |
| 7. Does officer know essential crime elements? | 5  4  3  2  1 |
| 8. Does the officer recognize and act on summonsable offenses? | 5  4  3  2  1 |

| IV. PERFORMANCE | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

OFFICER HAS HANDLED WELL ALL TASKS ASSIGNED IN ACCORDANCE WITH HIS EXPERIENCE

| | *(circle one)* |
|---|---|
| 1. Does the officer use caution and follow procedure when approaching a vehicle? | N/A 5  4  3  2  1 |
| 2. Does officer safely respond to scenes of crimes and emergencies? | 5  4  ③  2  1 |
| 3. Does officer control movements of suspicious persons/prisoners? | 5  4  ④  2  1 |
| 4. Does officer maintain visual contact with suspicious persons and his/her partner? | 5  4  ③  2  1 |
| 5. Does officer properly use restraining holds? | 5  4  ③  2  1 |
| 6. Is officer physically capable in volatile situations? | 5  4  ④  2  1 |
| 7. In a conflict situation, is officer able to control others using verbal commands? | 5  4  ③  2  1 |
| 8. Does officer foresee problems and plan solutions? | 5  4  ④  2  1 |
| 9. Is officer in accord with command policies and concerned with community response? | 5  4  ③  2  1 |
| 10. Does this officer have courteous driving habits? | 5  4  ③  2  1 |
| 11. Does officer have the ability to drive vehicle and use radio simultaneously? | 5  4  ③  2  1 |
| 12. Does officer maintain control of vehicle and observe activity outside the R.M.P.? | 5  4  ③  2  1 |
| 13. Does officer use proper speed for driving conditions? | 5  4  ③  2  1 |
| 14. Does officer demonstrate proper use of turret lights and siren? | 5  4  ③  2  1 |
| 15. Is officer calm in stressful street incidents? | 5  4  ③  2  1 |

| V. HUMAN RELATIONS | | Well Above 5 | Above 4 | Meets ③ | Below 2 | Well Below 1 |

Comment:

OFFICER WORKS WELL WITH CO-WORKERS AND TREATS THE PUBLIC IN A PROFESSIONAL MANNER

(circle one)

1. Does officer accept criticism? — 5 4 ③ 2 1
2. Does officer accept direction and orders? — 5 4 ③ 2 1
3. Does officer exchange information with others? — 5 4 ③ 2 1
4. Does officer offer equal service to all people predicated on need, regardless of ethnic or racial background, economic class, sex or status? — 5 4 ③ 2 1
5. Does officer look at things from the others point of view? — 5 4 ③ 2 1
6. Does officer explain his actions to people in order not to appear arbitrary? — 5 4 ③ 2 1
7. Does officer control feelings and emotions? — 5 4 ③ 2 1

| VI. ETHICS | | Well Above 5 | Above 4 | Meets ③ | Below 2 | Well Below 1 |

Comment:

OFFICER APPEARS TO HAVE GOOD G/ABUES.

PATROL BUREAU RECEIVED

1. Does officer avoid compromising situations? — 5 4 ③ 2 1
2. Does officer's performance comply with the Department's anti-corruption policy? — 5 4 ③ 2 1
3. Is officer willing to be unpopular with peers in order to adhere to his or her principles? — 5 4 ③ 2 1
4. Does the officer place emphasis on the fair and impartial treatment of the citizens he/she serves? — 5 4 ③ 2 1

Total Tours For This Period _____ 10

Tours Assigned To RMP _____ 2

Tours Assigned To Foot Patrol _____ 8

Tours Assigned To Other Duties _____ 0

(Specify nature of assignments) _____ N/A

Tours With Qualified Field Trainer _____ 10

RECEIVED
NOV 2 0 1991
DIVISION "C"

| Print Name (Field Trainer) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| JAMES F. DALY | P.O. | PSA 8 | 746492 |

| Print Name (Sqd. Supervisor) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| Sgt Edward McGreal 955 | Sgt | PSA8 | 745460 |

Rater Signature (Print & Sign)

JAMES F. DALY                    James F. Daly

| Reviewer's Signature | Print Name | Rank | Command |
|---|---|---|---|



NYCHA 060.074&R (4/83) — NEW YORK CITY HOUSING AUTHORITY · POLICE DEPARTMENT

## PROBATIONARY POLICE OFFICER - FIELD TRAINING EVALUATION
—REFER TO ADMINISTRATIVE GUIDE PERSONNEL EVALUATIONS·

| SURNAME | FIRST | M.I. | RANK | COMMAND |
|---|---|---|---|---|
| WEBSTER | Thomas | | PPO | PSA 8 |

| SOCIAL SECURITY NUMBER | TAX REGISTRY NUMBER | DATE ASSIGNED TO FIELD TRAINING COMMAND |
|---|---|---|
| | 190612 | NOV 6, 1991 |

| FIELD TRAINING COMMAND | DATE PREPARED | RATING PERIOD |
|---|---|---|
| PSA 8 | DEC 4, 1991 | From 11/21/91 To 12/4/91 |

## OVERALL EVALUATION

Should be consistent with the pattern of rating on the interior of the form

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| 5 | 4 | 3 | 2 | 1 |

## RATER COMMENTS

From your knowledge and observations, indicate your general assessment of the individual's overall performance. This should reflect the standards on the interior of the form, include comments as to strengths, weaknesses and career potential. If standard has not been met in any phase of training - specify. Consult all available records, recorded observations of Field Training Officers before making comments.

Evaluations based, either wholly or in part, upon considerations of a student officer's race, color, religion, sex, national origin, age or sexual preference are strictly prohibited by law.

The ABOVE OFFICER ADHERES TO DEPARTMENT POLICY AND PROCEDURES.
The Officers IS willing TO ASSERT Himself with Police work
He Performs TASKS AND Daily DUTIES without Delay. He Acknow-
ledges His DUTY and whAT IS ASked oE Him without any Problems

O · SICKNESS
O · LATENESS

| I have shown this performance evaluation to the ratee and have fully discussed its contents: | P.R. | T.W. | 12/4/91 |
|---|---|---|---|
| | RATER'S INITIALS | RATEE'S INITIALS | DATE |

| I have reviewed this performance evaluation: | T.W. | 12-05-91 |
|---|---|---|
| | RATEE'S INITIALS | DATE |

Request Appeal     YES ☐     NO ☒

## RATING & REVIEWING OFFICERS

Include rank, name, command and signature of all participants in the Evaluation Conference.
THE IMMEDIATE SUPERVISOR OF THE RATEE SHALL BE LISTED FIRST.

## I. APPEARANCE

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *IS ALWAYS CLEAN AND NEAT*

| | | (circle one) |
|---|---|---|
| 1. Does the officer meet Department guidelines for hair, mustache and sideburns? | | 5  4  3  2  1 |
| 2. Is dress appropriate for assignment? | | 5  4  3  2  1 |
| 3. Does the officer care for, service, and maintain Department equipment (R.M.P., portable radio, etc.)? | | 5  4  3  2  1 |
| 4. Are uniforms clean and serviceable? | | 5  4  3  2  1 |

## II. COMMUNICATION SKILLS

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *SPEAKS AND WRITES CLEARLY, IS CONCISE*

| | |
|---|---|
| 1. Does the student officer write clearly? | 5  4  3  2  1 |
| 2. Are reports complete? | 5  4  3  2  1 |
| 3. Does the officer use words properly? | 5  4  3  2  1 |
| 4. Does officer write concisely, or does he write unnecessary facts and information? | 5  4  3  2  1 |
| 5. In preparing ICR's, arrest reports, etc., does the officer have the ability to articulate the situation, as it happened, and have knowledge of the elements of the offense involved? | 5  4  3  2  1 |

## III. JOB KNOWLEDGE

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *FOR THE AMOUNT OF TIME ON JOB, KNOWLEDGE IS IN ACCORDANCE WITH his EXPERIENCE*

| | |
|---|---|
| 1. Does the officer adhere to Department procedures and guidelines? | 5  4  3  2  1 |
| 2. Does the officer utilize services and resources available? | 5  4  3  2  1 |
| 3. Does the officer control crime scenes and gather pertinent information? N/A | 5  4  3  2  1 |
| 4. How well does officer handle emergencies? | 5  4  3  2  1 |
| 5. Do the officer's actions indicate knowledge of the standards of proof necessary to Stop & Frisk, Arrest, or Search? | 5  4  3  2  1 |
| 6. Does this officer protect the rights of individuals arrested? | 5  4  3  2  1 |
| 7. Does officer know essential crime elements? | 5  4  3  2  1 |
| 8. Does the officer recognize and act on summonsable offenses? | 5  4  3  2  1 |

NYCHA 060.074-R (4/83)

| IV. PERFORMANCE | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: Officers Performance Is In Accordance With Department Guidelines And Procedures. The Officer Is Familiar With Police Policy And Procedures. Officer Ascerts Himself And Is Quick To Acknowledge Radio Transmissions.

(circle one)

1. Does the officer use caution and follow procedure when approaching a vehicle? N/A ... 5 4 3 2 1

2. Does officer safely respond to scenes of crimes and emergencies? ... 5 4 (3) 2 1

3. Does officer control movements of suspicious persons/prisoners? ... 5 4 (3) 2 1

4. Does officer maintain visual contact with suspicious persons and his/her partner? ... 5 (4) 3 2 1

5. Does officer properly use restraining holds? ... 5 4 (3) 2 1

6. Is officer physically capable in volatile situations? ... 5 (4) 3 2 1

7. In a conflict situation, is officer able to control others using verbal commands? ... 5 (4) 3 2 1

8. Does officer foresee problems and plan solutions? ... 5 4 (3) 2 1

9. Is officer in accord with command policies and concerned with community response? ... 5 4 (3) 2 1

10. Does this officer have courteous driving habits? ... 5 4 (3) 2 1

11. Does officer have the ability to drive vehicle and use radio simultaneously? N/A ... 5 4 3 2 1

12. Does officer maintain control of vehicle and observe activity outside the R.M.P.? ... 5 (4) 3 2 1

13. Does officer use proper speed for driving conditions? ... 5 (4) 3 2 1

14. Does officer demonstrate proper use of turret lights and siren? ... 5 (4) 3 2 1

15. Is officer calm in stressful street incidents? ... 5 4 (3) 2 1

## V. HUMAN RELATIONS

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: Officer Goes Along With The Public And Fellow Officers.

*(circle one)*

1. Does officer accept criticism? — 5 (4) 3 2 1

2. Does officer accept direction and orders? — 5 (4) 3 2 1

3. Does officer exchange information with others? — 5 4 (3) 2 1

4. Does officer offer equal service to all people predicated on need, regardless of ethnic or racial background, economic class, sex or status? — 5 4 (3) 2 1

5. Does officer look at things from the others point of view? — 5 4 (3) 2 1

6. Does officer explain his actions to people in order not to appear arbitrary? — 5 4 (3) 2 1

7. Does officer control feelings and emotions? — 5 4 (3) 2 1

## VI. ETHICS

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: Officer Treats The Citizens He Serves Fairly. Officer Avoids Compromising Situations, In Keeping with Dept Policy and Regulation.

RECEIVED DEC 9 AM PATROL BUREAU

1. Does officer avoid compromising situations? — 5 4 (3) 2 1

2. Does officer's performance comply with the Department's anti-corruption policy? — 5 4 (3) 2 1

3. Is officer willing to be unpopular with peers in order to adhere to his or her principles? — 5 4 (3) 2 1

4. Does the officer place emphasis on the fair and impartial treatment of the citizens he/she serves? — 5 4 (3) 2 1

---

Total Tours For This Period __10__

Tours Assigned To RMP __2__

Tours Assigned To Foot Patrol __7__

Tours Assigned To Other Duties __1__

(Specify nature of assignments) __Court__

Tours With Qualified Field Trainer __10__

RECEIVED
DEC 6 1991
DIVISION 40??

| Print Name (Field Trainer) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| Polk L. Riddy Jr. | PO | PSA 8 | 744264 |

| Print Name (Sqd. Supervisor) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| Sgt. Edward McGreal | Sgt | PSA 8 | 745460 |

Ratee Signature (Print & Sign): Po Polk L. Riddy Jr.

| Reviewer's Signature | Print Name | Rank | Command |
|---|---|---|---|
| | | | |



NYCHA 060.074&R (4/83) —NEW YORK CITY HOUSING AUTHORITY - POLICE DEPARTMENT
**PROBATIONARY POLICE OFFICER - FIELD TRAINING EVALUATION**
—REFER TO ADMINISTRATIVE GUIDE PERSONNEL EVALUATIONS

| SURNAME | FIRST | M.I. | RANK | COMMAND |
|---|---|---|---|---|
| Webster | Thomas | | P. P. O. | PSA 8 |

| SOCIAL SECURITY NUMBER | TAX REGISTRY NUMBER | DATE ASSIGNED TO FIELD TRAINING COMMAND |
|---|---|---|
| | 190611 | 11-6-91 |

| FIELD TRAINING COMMAND | DATE PREPARED | RATING PERIOD |
|---|---|---|
| PSA 8 | 12-19-91 | From 12-5, To 12-19 |

## OVERALL EVALUATION

Should be consistent with the pattern of rating on the interior of the form

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |
| 5 | 4 | 3 | 2 | 1 |

## RATER COMMENTS

From your knowledge and observations, indicate your general assessment of the individual's overall performance. This should reflect the standards on the interior of the form, include comments as to strengths, weaknesses and career potential. If standard has not been met in any phase of training - specify. Consult all available records, recorded observations of Field Training Officers before making comments.

Evaluations based, either wholly or in part, upon considerations of a student officer's race, color, religion, sex, national origin, age or sexual preference are strictly prohibited by law.

Officer is self motivated. He seeks to be involved in police duties. Officer is familiar with paperwork. Officer displays good tactics overall. Officer conducts above average; He will be an asset this dept.

I have shown this performance evaluation to the ratee and have fully discussed its contents:

RATER'S INITIALS        RATEE'S INITIALS        12-19-91 DATE

I have reviewed this performance evaluation:

RATEE'S INITIALS        12-19-91 DATE

Request Appeal    YES ☐    NO ☒

## RATING & REVIEWING OFFICERS

Include rank, name, command and signature of all participants in the Evaluation Conference.

| I. APPEARANCE | Well Above (5) | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer look professional in uniform. Officer was a Marine prior to this dept and keeps uniform in fact*

|  | (circle one) | | | | |
|---|---|---|---|---|---|
| 1. Does the officer meet Department guidelines for hair, mustache and sideburns? | ⑤ | 4 | 3 | 2 | 1 |
| 2. Is dress appropriate for assignment? | ⑤ | 4 | 3 | 2 | 1 |
| 3. Does the officer care for, service, and maintain Department equipment (R.M.P., portable radio, etc.)? | ⑤ | 4 | 3 | 2 | 1 |
| 4. Are uniforms clean and serviceable? | ⑤ | 4 | 3 | 2 | 1 |

| II. COMMUNICATION SKILLS | Well Above 5 | Above ④ | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer writes clearly & concise. His reports are written with necessary facts.*

| 1. Does the student officer write clearly? | 5 | ④ | 3 | 2 | 1 |
|---|---|---|---|---|---|
| 2. Are reports complete? | 5 | ④ | 3 | 2 | 1 |
| 3. Does the officer use words properly? | 5 | ④ | 3 | 2 | 1 |
| 4. Does officer write concisely, or does he write unnecessary facts and information? | 5 | ④ | 3 | 2 | 1 |
| 5. In preparing ICR's, arrest reports, etc., does the officer have the ability to articulate the situation, as it happened, and have knowledge of the elements of the offense involved? | 5 | 4 | ③ | 2 | 1 |

| III. JOB KNOWLEDGE | Well Above 5 | Above ④ | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer shows good tactics when approaching a Summonsable Offense or possible perp. He handles himself well under pressure.*

| 1. Does the officer adhere to Department procedures and guidelines? | 5 | 4 | ③ | 2 | 1 |
|---|---|---|---|---|---|
| 2. Does the officer utilize services and resources available? | 5 | 4 | ③ | 2 | 1 |
| 3. Does the officer control crime scenes and gather pertinent information? | 5 | ④ | 3 | 2 | 1 |
| 4. How well does officer handle emergencies? | 5 | ④ | 3 | 2 | 1 |
| 5. Do the officer's actions indicate knowledge of the standards of proof necessary to Stop & Frisk, Arrest, or Search? | 5 | ④ | 3 | 2 | 1 |
| 6. Does this officer protect the rights of individuals arrested? | 5 | ④ | 3 | 2 | 1 |
| 7. Does officer know essential crime elements? | 5 | ④ | 3 | 2 | 1 |
| 8. Does the officer recognize and act on summonsable offenses? | 5 | ④ | 3 | 2 | 1 |

NYCHA 080.074-R (4/83)

| IV. PERFORMANCE | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer takes control of a situation. He shows good judgement when handling the public. He has good driving skills. Officer handles the radio very well.*

(circle one)

1. Does the officer use caution and follow procedure when approaching a vehicle?  5 **④** 3 2 1

2. Does officer safely respond to scenes of crimes and emergencies?  5 **④** 3 2 1

3. Does officer control movements of suspicious persons/prisoners?  5 **④** 3 2 1

4. Does officer maintain visual contact with suspicious persons and his/her partner?  5 **④** 3 2 1

5. Does officer properly use restraining holds?  5 4 **③** 2 1

6. Is officer physically capable in volatile situations?  5 **④** 3 2 1

7. In a conflict situation, is officer able to control others using verbal commands?  5 **④** 3 2 1

8. Does officer foresee problems and plan solutions?  5 **④** 3 2 1

9. Is officer in accord with command policies and concerned with community response?  5 **④** 3 2 1

10. Does this officer have courteous driving habits?  5 **④** 3 2 1

11. Does officer have the ability to drive vehicle and use radio simultaneously?  5 **④** **③**½ 1

12. Does officer maintain control of vehicle and observe activity outside the R.M.P.?  5 **④** 3 2 1

13. Does officer use proper speed for driving conditions?  5 **④** 3 2 1

14. Does officer demonstrate proper use of turret lights and siren?  5 4 **③** 2 1

15. Is officer calm in stressful street incidents?  5 **④** 3 2 1

| V. HUMAN RELATIONS | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer relates well with co-workers - public*

(circle one)

1. Does officer accept criticism? — 5 (4) 3 2 1
2. Does officer accept direction and orders? — 5 (4) 3 2 1
3. Does officer exchange information with others? — 5 (4) 3 2 1
4. Does officer offer equal service to all people predicated on need, regardless of ethnic or racial background, economic class, sex or status? — 5 (4) 3 2 1
5. Does officer look at things from the others point of view? — 5 (4) 3 2 1
6. Does officer explain his actions to people in order not to appear arbitrary? — 5 (3) 3 2 1
7. Does officer control feelings and emotions? — 5 (4) 3 2 1

| VI. ETHICS | Well Above 5 | Above (4) | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer has good morals & values*

1. Does officer avoid compromising situations? — 5 4 (3) 2 1
2. Does officer's performance comply with the Department's anti-corruption policy? — 5 (4) 3 2 1
3. Is officer willing to be unpopular with peers in order to adhere to his or her principles? — 5 (4) 3 2 1
4. Does the officer place emphasis on the fair and impartial treatment of the citizens he/she serves? — 5 (4) 3 2 1

Total Tours For This Period _10_

Tours Assigned To RMP _03_

Tours Assigned To Foot Patrol _07_

Tours Assigned To Other Duties _____

(Specify nature of assignments) _____

Tours With Qualified Field Trainer _10_

RECEIVED
DEC 2 4 1991
DIVISION "C"

| Print Name (Field Trainer) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| JACQUELINE CONON | P.O. | PSA8 | 748094 |
| Print Name (Sqd. Supervisor) | Rank | Command | Tax Registry No. |
| Sgt Edward McGREAL 958 | Sgt | PSA8 | 745460 |

Rater Signature (Print / Sign)

Reviewer's Signature        Print Name        Rank        Command



NYCHA 080.0745.R (4/85) – NEW YORK CITY HOUSING AUTHORITY · POLICE DEPARTMENT
**PROBATIONARY POLICE OFFICER - FIELD TRAINING EVALUATION**
–REFER TO ADMINISTRATIVE GUIDE PERSONNEL EVALUATIONS

| SURNAME | FIRST | M.I. | RANK | COMMAND |
|---|---|---|---|---|
| WEBSTER, | THOMAS | | PPO | PSA8 |

| SOCIAL SECURITY NUMBER | TAX REGISTRY NUMBER | DATE ASSIGNED TO FIELD TRAINING COMMAND |
|---|---|---|
| | 190611 | 11-6-91 |

| FIELD TRAINING COMMAND | DATE PREPARED | RATING PERIOD |
|---|---|---|
| PSA8 | 12-27-91 | From 12/20 To 12/27 |

## OVERALL EVALUATION

Should be consistent with the pattern of rating on the interior of the form

| WELL ABOVE STANDARDS | ABOVE STANDARDS | MEETS STANDARDS | BELOW STANDARDS | WELL BELOW STANDARDS |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |
| 5 | 4 | 3 | 2 | 1 |

## RATER COMMENTS

From your knowledge and observations, indicate your general assessment of the individual's overall performance. This should reflect the standards on the interior of the form, include comments as to strengths, weaknesses and career potential. If standard has not been met in any phase of training - specify. Consult all available records, recorded observations of Field Training Officers before making comments.

Evaluations based, either wholly or in part, upon considerations of a student officer's race, color, religion, sex, national origin, age or sexual preference are strictly prohibited by law.

*Officer has taken charge with each situation and has shown professionalism. He has proved himself to be an asset to the Dept. He has no sick calls and has not been late. Also no command discipline.*

RECEIVED
'92 JAN -7 AM 9
C.O. PATROL BUREAU

I have shown this performance evaluation to the ratee and have fully discussed its contents: _____ RATER'S INITIALS  T.W. RATEE'S INITIALS  12-27-91 DATE

I have reviewed this performance evaluation: _____ T.W. RATEE'S INITIALS  12-27-91 DATE

Request Appeal   YES ☐   NO ☒

## RATING & REVIEWING OFFICERS

Include rank, name, command and signature of all participants in the Evaluation Conference.

THE IMMEDIATE SUPERVISOR OF THE RATEE SHALL BE LISTED FIRST

## I. APPEARANCE

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *Officer is neat and clean with well pressed uniform.*

(circle one)

1. Does the officer meet Department guidelines for hair, mustache and sideburns? — 5 **4** 3 2 1

2. Is dress appropriate for assignment? — 5 **4** 3 2 1

3. Does the officer care for, service, and maintain Department equipment (R.M.P., portable radio, etc.)? — 5 **4** 3 2 1

4. Are uniforms clean and serviceable? — 5 **4** 3 2 1

## II. COMMUNICATION SKILLS

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *Officer's reports are concise, he speaks clearly.*

1. Does the student officer write clearly? — 5 4 **3** 2 1

2. Are reports complete? — 5 4 **3** 2 1

3. Does the officer use words properly? — 5 4 **3** 2 1

4. Does officer write concisely, or does he write unnecessary facts and information? — 5 4 **3** 2 1

5. In preparing ICR's, arrest reports, etc., does the officer have the ability to articulate the situation, as it happened, and have knowledge of the elements of the offense involved? — 5 4 **3** 2 1

## III. JOB KNOWLEDGE

| | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment: *Officer follows Dept. Guidelines and has handled stress calmly.*

1. Does the officer adhere to Department procedures and guidelines? — 5 4 **3** 2 1

2. Does the officer utilize services and resources available? — 5 4 **3** 2 1

3. Does the officer control crime scenes and gather pertinent information? — 5 4 **3** 2 1

4. How well does officer handle emergencies? — 5 4 **3** 2 1

5. Do the officer's actions indicate knowledge of the standards of proof necessary to Stop & Frisk, Arrest, or Search? — 5 4 **3** 2 1

6. Does this officer protect the rights of individuals arrested? — 5 4 **3** 2 1

7. Does officer know essential crime elements? — 5 4 **3** 2 1

8. Does the officer recognize and act on summonsable offenses? — 5 4 **3** 2 1

## IV.  PERFORMANCE

| | Well Above | Above | Meets | Below | Well Below |
|---|---|---|---|---|---|
| | 5 | 4 | 3 | 2 | 1 |

Comment:

*Officer has shown a willingness to learn and has used the radio and driven the RMP correctly. He has acted and used the proper police action in emergencies.*

*(circle one)*

1. Does the officer use caution and follow procedure when approaching a vehicle?  5  4  ③  2  1

2. Does officer safely respond to scenes of crimes and emergencies?  5  ④  3  2  1

3. Does officer control movements of suspicious persons/prisoners?  5  4  ③  2  1

4. Does officer maintain visual contact with suspicious persons and his/her partner?  5  4  ③  2  1

5. Does officer properly use restraining holds?  5  ④  3  2  1

6. Is officer physically capable in volatile situations?  5  ④  3  2  1

7. In a conflict situation, is officer able to control others using verbal commands?  5  4  ③  2  1

8. Does officer foresee problems and plan solutions?  5  4  ③  2  1

9. Is officer in accord with command policies and concerned with community response?  5  4  ③  2  1

10. Does this officer have courteous driving habits?  5  ④  3  2  1

11. Does officer have the ability to drive vehicle and use radio simultaneously?  5  4  ③  2  1

12. Does officer maintain control of vehicle and observe activity outside the R.M.P.?  5  4  ③  2  1

13. Does officer use proper speed for driving conditions?  5  ④  3  2  1

14. Does officer demonstrate proper use of turret lights and siren?  5  4  ③  2  1

15. Is officer calm in stressful street incidents?  5  4  ③  2  1

| V. HUMAN RELATIONS | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer works well with others and accepts criticism and direction*

(circle one)

1. Does officer accept criticism? — 5 **4** 3 2 1
2. Does officer accept direction and orders? — 5 **4** 3 2 1
3. Does officer exchange information with others? — 5 4 **3** 2 1
4. Does officer offer equal service to all people predicated on need, regardless of ethnic or racial background, economic class, sex or status? — 5 **4** 3 2 1
5. Does officer look at things from the others point of view? — 5 4 **3** 2 1
6. Does officer explain his actions to people in order not to appear arbitrary? — 5 4 **3** 2 1
7. Does officer control feelings and emotions? — 5 **4** 3 2 1

| VI. ETHICS | Well Above 5 | Above 4 | Meets 3 | Below 2 | Well Below 1 |
|---|---|---|---|---|---|

Comment:

*Officer is honest and has good values.*

1. Does officer avoid compromising situations? — 5 4 **3** 2 1
2. Does officer's performance comply with the Department's anti-corruption policy? — 5 4 **3** 2 1
3. Is officer willing to be unpopular with peers in order to adhere to his or her principles? — 5 4 **3** 2 1
4. Does the officer place emphasis on the fair and impartial treatment of the citizens he/she serves? — 5 4 **3** 2 1

Total Tours For This Period _____ 6

Tours Assigned To RMP _____ 2

Tours Assigned To Foot Patrol _____ 4

Tours Assigned To Other Duties _____ —

(Specify nature of assignments) _____ Foot Patrol, Ser. Car

Tours With Qualified Field Trainer _____ 6

RECEIVED

JAN 2 1992

DIVISION "C"

| Print Name (Field Trainer) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| Kevin White | PO | PSA8 | 749730 |

| Print Name (Sqd. Supervisor) | Rank | Command | Tax Registry No. |
|---|---|---|---|
| Sgt Edward McCreol | SA | PSA8 | 745460 |

Rater Signature (Print & Sign) _____ Kevin White — 

| Reviewer's Signature | Print Name | Rank | Command |
|---|---|---|---|
|  |  |  |  |

**PENSION APPLICATION**
PD 440-045 (2-08)-31

DATE

11/24/10

| RANK | NAME (Last, First, MI) | TAX REG. NO. | SOC. SEC. NO. | COMMAND | SHIELD NO. |
|------|------------------------|--------------|---------------|---------|------------|
| PO | Webster, Thomas | 913899 | ***-**- | Intell Div | 13415 |

IN ACCORDANCE WITH THE PROVISIONS OF LAW GOVERNING THE POLICE PENSION FUND, ARTICLE II, I HEREBY MAKE APPLICATION TO THE EXECUTIVE DIRECTOR, POLICE PENSION FUND FOR: (check one)

| ☒ SERVICE RETIREMENT ☐ ACCIDENT DISABILITY RETIREMENT ☐ ORDINARY DISABILITY RETIREMENT ☐ VESTED SEPARATION | EFFECTIVE 2400 HRS. | Month 04 | Day 30 | Year 11 |
|---|---|---|---|---|

| APPOINTMENT DATE | Eq | Month 04 | Day 30 | Year 91 | YEARS SERVICE COMPLETED | 20 | DEPT. CHARGES PENDING | ☐ YES ☒ NO |
|---|---|---|---|---|---|---|---|---|

| TERMINAL LEAVE REQUESTED | Months 01 | Days 29 | COMMENCING 0001 HOURS | Month 03 | Day 02 | Year 11 | TERMINATING 2400 HOURS | Month 04 | Day 30 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|

NOTE: A MEMBER OF THE SERVICE IS ENTITLED TO ACCRUED VACATION AND TERMINAL LEAVE BUT MAY WAIVE SAID LEAVE.   A VESTED MEMBER IS NOT ENTITLED TO TERMINAL LEAVE.

| TERMINAL LEAVE WAIVED | ☐ YES ☒ NO | IF YES, TERMINAL LEAVE WAIVED | Months | Days |
|---|---|---|---|---|

IF REQUIRED BY THE NEW YORK CITY ADMINISTRATIVE CODE I HAVE GIVEN THE DEPARTMENT THIRTY (30) DAYS NOTICE OF MY INTENTIONS TO RETIRE, AND THE ABOVE RETIRE-MENT DATE IS AFTER THE EXPIRATION OF THE THIRTY (30) DAY PERIOD.
I HAVE BEEN ADVISED THAT MY EARLIEST POSSIBLE DATE OF RETIREMENT IS ....

| Month | Day | Year |
|---|---|---|
| 12 | 23 | 10 |

ANY SUBSEQUENT INTENTION TO ALTER MY EFFECTIVE DATE OF RETIREMENT BY WAIVING ACCU-MULATED TIME WILL BE SUBMITTED IN WRITING, DULY NOTARIZED AND FILED WITH THE BOARD OF TRUSTEES THROUGH THE POLICE PENSION FUND. SUBJECT TO THE THIRTY (30) DAYS NOTICE IN THE PREVIOUS PARAGRAPH, THE POLICE PENSION FUND WILL COMPLY WITH MY REQUEST TO CHANGE MY EFFECTIVE RETIREMENT DATE. THIS INTENTION TO ALTER MY EFFECTIVE DATE OF RETIREMENT WILL BE DELIVERED NO LATER THAN THE DATE OF CHANGE IN MY EFFECTIVE DATE OF RETIREMENT.

☐ I AM   ☒ I AM NOT ENTITLED TO PRIOR: ☐ CITY SERVICE   ☐ STATE SERVICE

(Signature) _Thom 9.W_   (date) 11/24/10

---

**1st ENDORSEMENT — Executive Director, Police Pension Fund**          To Commanding Officer, Employee Management Division

It is further certified that the above applicant has completed __20__ YEARS of Service and is

entitled to __01__ MONTHS __29__ DAYS of Terminal Leave.– Charges Pending ☐ Yes ☒ No

Executive Director, Police Pension Fund          11/24/10
                                                  Date

---

**2nd ENDORSEMENT — Commanding Officer, Employee Management Division**          To Executive Director, Police Pension Fund

Charges Pending ☐ Yes ☒ No          Terminal Leave Approved ☒ Yes ☐ No

Chief of Personnel          **DEC 0 2 2010**
                            Date

DISTRIBUTION: POLICE PENSION FUND;  EMPLOYEE MANAGEMENT DIVISION;
                         MEMBER'S COMMAND;   MEMBER

**PENSION APPLICATION**
PD 440-045 (2-06)-31

| | DATE |
|---|---|
| | 11/24/10 |

| RANK | NAME (Last, First, MI) | TAX REG. NO. | SOC. SEC. NO. | COMMAND | SHIELD NO. |
|---|---|---|---|---|---|
| PO | Webster, Thomas | 913899 | ***-** | Intell Div | 13415 |

IN ACCORDANCE WITH THE PROVISIONS OF LAW GOVERNING THE POLICE PENSION FUND, ARTICLE II, I HEREBY MAKE APPLICATION TO THE EXECUTIVE DIRECTOR, POLICE PENSION FUND FOR: (check one)

[X] SERVICE RETIREMENT   [ ] ACCIDENT DISABILITY RETIREMENT   EFFECTIVE 2400 HRS.  Month 04  Day 30  Year 11
[ ] ORDINARY DISABILITY RETIREMENT   [ ] VESTED SEPARATION

| APPOINTMENT DATE | | Month | Day | Year | YEARS SERVICE COMPLETED | | DEPT. CHARGES PENDING | |
|---|---|---|---|---|---|---|---|---|
| | Eq | 04 | 30 | 91 | | 20 | | [ ] YES  [X] NO |

| TERMINAL LEAVE REQUESTED | Months 01 | Days 29 | COMMENCING 0001 HOURS | Month 03 | Day 02 | Year 11 | TERMINATING 2400 HOURS | Month 04 | Day 30 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|

NOTE: A MEMBER OF THE SERVICE IS ENTITLED TO ACCRUED VACATION AND TERMINAL LEAVE BUT MAY WAIVE SAID LEAVE.   A VESTED MEMBER IS NOT ENTITLED TO TERMINAL LEAVE.

| TERMINAL LEAVE WAIVED | [ ] YES  [X] NO | IF YES, TERMINAL LEAVE WAIVED | Months | Days |
|---|---|---|---|---|

IF REQUIRED BY THE NEW YORK CITY ADMINISTRATIVE CODE I HAVE GIVEN THE DEPARTMENT THIRTY (30) DAYS NOTICE OF MY INTENTIONS TO RETIRE, AND THE ABOVE RETIREMENT DATE IS AFTER THE EXPIRATION OF THE THIRTY (30) DAY PERIOD. I HAVE BEEN ADVISED THAT MY EARLIEST POSSIBLE DATE OF RETIREMENT IS .... Month 12  Day 23  Year 10

ANY SUBSEQUENT INTENTION TO ALTER MY EFFECTIVE DATE OF RETIREMENT BY WAIVING ACCUMULATED TIME WILL BE SUBMITTED IN WRITING, DULY NOTARIZED AND FILED WITH THE BOARD OF TRUSTEES THROUGH THE POLICE PENSION FUND. SUBJECT TO THE THIRTY (30) DAYS NOTICE IN THE PREVIOUS PARAGRAPH, THE POLICE PENSION FUND WILL COMPLY WITH MY REQUEST TO CHANGE MY EFFECTIVE RETIREMENT DATE. THIS INTENTION TO ALTER MY EFFECTIVE DATE OF RETIREMENT WILL BE DELIVERED NO LATER THAN THE DATE OF CHANGE IN MY EFFECTIVE DATE OF RETIREMENT.

[ ] I AM   [X] I AM NOT ENTITLED TO PRIOR: [ ] CITY SERVICE   [ ] STATE SERVICE

(Signature) _Thom G__  (date) 11/24/10

---

**1st ENDORSEMENT — Executive Director, Police Pension Fund**          To Commanding Officer, Employee Management Division

It is further certified that the above applicant has completed __20__ YEARS of Service and is

entitled to __01__ MONTHS __29__ DAYS of Terminal Leave.– Charges Pending [ ] Yes [X] No

Executive Director, Police Pension Fund          11/24/10
Date

---

**2nd ENDORSEMENT — Commanding Officer, Employee Management Division**          To Executive Director, Police Pension Fund

Charges Pending [ ] Yes [X] No          Terminal Leave Approved [X] Yes [ ] No

Chief of Personnel          DEC 0 2 2010
Date

DISTRIBUTION: POLICE PENSION FUND;   EMPLOYEE MANAGEMENT DIVISION;
MEMBER'S COMMAND;   MEMBER

**PENSION APPLICATION**
PD 440-045 (2-08)-31

DATE 11/24/10

| RANK | NAME (Last, First, MI) | TAX REG. NO. | SOC. SEC. NO. | COMMAND | SHIELD NO. |
|---|---|---|---|---|---|
| PO | Webster, Thomas | 913899 | ***-**- | Intell Div | 13415 |

IN ACCORDANCE WITH THE PROVISIONS OF LAW GOVERNING THE POLICE PENSION FUND, ARTICLE II, I HEREBY MAKE APPLICATION TO THE EXECUTIVE DIRECTOR, POLICE PENSION FUND FOR: (check one)

☒ SERVICE RETIREMENT   ☐ ACCIDENT DISABILITY RETIREMENT
☐ ORDINARY DISABILITY RETIREMENT   ☐ VESTED SEPARATION

EFFECTIVE 2400 HRS: Month 04 Day 30 Year 11

| APPOINTMENT DATE | Eg | Month 04 | Day 30 | Year 91 | YEARS SERVICE COMPLETED 20 | DEPT. CHARGES PENDING | ☐ YES ☒ NO |
|---|---|---|---|---|---|---|---|

| TERMINAL LEAVE REQUESTED | Months 01 | Days 29 | COMMENCING 0001 HOURS | Month 03 | Day 02 | Year 11 | TERMINATING 2400 HOURS | Month 04 | Day 30 | Year 11 |

NOTE: A MEMBER OF THE SERVICE IS ENTITLED TO ACCRUED VACATION AND TERMINAL LEAVE BUT MAY WAIVE SAID LEAVE.   A VESTED MEMBER IS NOT ENTITLED TO TERMINAL LEAVE.

| TERMINAL LEAVE WAIVED | ☐ YES ☒ NO | IF YES, TERMINAL LEAVE WAIVED | Months | Days |
|---|---|---|---|---|

IF REQUIRED BY THE NEW YORK CITY ADMINISTRATIVE CODE I HAVE GIVEN THE DEPARTMENT THIRTY (30) DAYS NOTICE OF MY INTENTIONS TO RETIRE, AND THE ABOVE RETIREMENT DATE IS AFTER THE EXPIRATION OF THE THIRTY (30) DAY PERIOD. I HAVE BEEN ADVISED THAT MY EARLIEST POSSIBLE DATE OF RETIREMENT IS .... | Month 12 | Day 23 | Year 10 |

ANY SUBSEQUENT INTENTION TO ALTER MY EFFECTIVE DATE OF RETIREMENT BY WAIVING ACCUMULATED TIME WILL BE SUBMITTED IN WRITING, DULY NOTARIZED AND FILED WITH THE BOARD OF TRUSTEES THROUGH THE POLICE PENSION FUND. SUBJECT TO THE THIRTY (30) DAYS NOTICE IN THE PREVIOUS PARAGRAPH, THE POLICE PENSION FUND WILL COMPLY WITH MY REQUEST TO CHANGE MY EFFECTIVE RETIREMENT DATE. THIS INTENTION TO ALTER MY EFFECTIVE DATE OF RETIREMENT WILL BE DELIVERED NO LATER THAN THE DATE OF CHANGE IN MY EFFECTIVE DATE OF RETIREMENT.

☐ I AM   ☒ I AM NOT ENTITLED TO PRIOR: ☐ CITY SERVICE   ☐ STATE SERVICE

(Signature) _Thomas Webster_   (date) 11/24/10

---

**1st ENDORSEMENT — Executive Director, Police Pension Fund**         To Commanding Officer, Employee Management Division

It is further certified that the above applicant has completed __20__ YEARS of Service and is

entitled to __01__ MONTHS __29__ DAYS of Terminal Leave.–  Charges Pending ☐Yes ☒No

Executive Director, Police Pension Fund         11/24/10
                                                                              Date

---

**2nd ENDORSEMENT — Commanding Officer, Employee Management Division**         To Executive Director, Police Pension Fund

Charges Pending ☐ Yes ☒ No         Terminal Leave Approved ☒Yes ☐No

Chief of Personnel         DEC 0 2 2010
                                          Date

DISTRIBUTION: POLICE PENSION FUND;   EMPLOYEE MANAGEMENT DIVISION;
                        MEMBER'S COMMAND;   MEMBER

PERFORMANCE EVALUATION
POLICE OFFICER - DETECTIVE SPECIALIST

FRONT OF FORM

**IMPORTANT**
- Type text portions Only
- Do Not Fold or Staple This Computer Form
- Use #2 Pencil or black ball point pen
- Follow Guidebook Instructions

PD439-157 (Rev. 3-00)   (Ref. AG. 303-19)

| RATEE | SURNAME | FIRST | M.I. | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|---|---|
| | WEBSTER, THOMAS | | | PO | PAFTS | 7/06/1999 |

| SOCIAL SECURITY | TAX REGISTRY | PRIMARY ASSIGNMENT: | RECRUITS | DATE OF PRIMARY ASSIGNMENT: | 11/01/1999 |
|---|---|---|---|---|---|
| | 913899 | RATING PERIOD: FROM | 12/16/1999 | TO: | 12/15/2000 |

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EVALUATION.

RATEE'S SIGNATURE

I WISH TO APPEAL THIS EVALUATION:
☐ (IF APPEALED, INITIAL AND DARKEN BOX)

RATEE'S INITIALS

| RATER | RATER'S NAME | RANK | COMMAND | DATE ASSIGNED TO COMMAND: | RATER'S TAX NUMBER |
|---|---|---|---|---|---|
| | GREGORY J. ZOFREA | SGT | PAFTS | 03/13/1998 | |

SOCIAL SECURITY NO.    SIGNATURE    DATE: 3/10/01

- RATER MUST COMMENT ON THREE OF THE RATING AREAS/DIMENSIONS ON BACK.
- RATER MUST COMMENT ON "LOW" OR "VERY LOW" RATINGS BEFORE HIGHER RATINGS.
- INDICATE AREA/DIMENSION BY DARKENING BOX.

EXAMPLE: No. 4

AREAS/DIMENSIONS

No. 1 / 3

PO WEBSTER CAN BE TRUSTED TO MAINTAIN A HIGH ETHICAL STANDARDS.

No. 2 / 7

PO WEBSTER ALWAYS PRESENTS A PROFESSIONAL IMAGE WHEN IN UNIFORM.

No. 2 / 8

PO WEBSTER MAINTAINS HIMSELF IN EXCELLENT PHYSICAL CONDITION.

Overall Rater's Comments:

PO WEBSTER IS A YOUNG INSTRUCTOR WITH EXCELLENT CAREER POTENTIAL.

RATER MUST CONSIDER RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE RATING PERIOD. POSITIVE ACCOMPLISHMENTS MUST BE NOTED.

REVIEWER    COMMENTS:

☒ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION
(NOTE: IN *PURPOSE* CAPTION, "OTHER" BUBBLE MUST ALSO BE DARKENED)

| REVIEWER'S NAME | | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|---|
| ROBERT GEOGHEGAN | | LT | PAFTS | 05/06/1997 |

| SOCIAL SECURITY NO. | TAX REGISTRY NO. | SIGNATURE | DATE: |
|---|---|---|---|
| | 908714 | | |

- ORIGINAL MUST BE FORWARDED TO EMPLOYEE MANAGEMENT DIVISION (EVEN IF APPEALED)
- COPY COMMAND FILE
- MEMBER COPY

COPYRIGHT 2000, NEW YORK CITY POLICE DEPARTMENT

SCANTRON
FORM NO. F-4175-NYCPD
© SCANTRON CORPORATION 1999
ALL RIGHTS RESERVED.



PERFORMANCE EVALUATION
POLICE OFFICER - DETECTIVE SPECIALIST
PD439-157 (Rev. 3-00)   -(Ref. AG. 303-19)·

**LOST / STOLEN** FIRM / SHIELD   Ref. P.G. 118-13
**I.D. CARD REPORT** · PD 520-150 (Rev. 8-93)-h2
PART A (Prepared by member losing article-if phoned in, D.O./Operations Unit member shall prepare)

7/6/98

CHECK ITEM(S)  Loss of □ Firearm – Ser. No. _____   □ Shield – No. _____  ☒ I.D. Card – No. 51204

| Rank | Surname | First | M.I. | Tax Reg. No. | Command |
|------|---------|-------|------|--------------|---------|
| PO | Webster | Thomas | | 913899 | PSA 8 |

| C.O. Notified ☒Yes □No | Desk Officer, Pct. of ☒Yes Occurrence, notified □ No | How □In person ☒Phone-time of call | Desk Officer-Name Lt. Evans | Pct. of Occurrence 047 | Date of Occurrence and Time 7/6/98   0705 |

Describe when, where, how loss occurred:

While driving to work via motorcycle, I paid the toll
for the Tappan Zee Bridge. After doing so I returned my wallet to
the pocket in my sweatpants and continued my trip. When I arrived at work
I discovered that my wallet had fallen through a hole that I didn't realize
was in my pocket.

New ID CARD #76620
Michelle Moulton   7/7/98

COMPUTERIZED

Rank / Name (Signature)

---

PART B (Prepared by Desk Officer, Precinct of Loss)

| Commanding Officer ☒Yes Duty Capt. Notified □No | Name Capt. Capaldo | Oper. Unit Not'd. ☒Yes □No | Name Rios | Cmd. Log Entry ☒Yes □No | Time 1400 | Page 430 |

| Complaint Rep. ☒Yes Prepared □No | Cmplnt # 7993 | Alarm Transmitted □Yes ☒No | I.A.B. Notified ☒Yes □No | I.A.B. Log No./ Name 9811045 : 7  PO Solar |

| Patrol Borough Notified ☒Yes □No | Name Rosenblat | | Rank/Name of Desk Off. (print) Cedrington | Signature |

---

PART C (Prepared by Commanding Officer / Duty Captain - Pct. of loss, See Distribution below)

| Member Interviewed ☒Yes □No | ☒ in person □ phone | If loss occurred outside City, conferred with agency □Yes □No | Verified Firearm Ser. No. with □Yes □No Firearms & Tact. Sect. or Force Record □No | Supervisor's Comp. ☒Yes □No | Report prepared □Yes □No | Cmd. No. 032/98 |

Results of Investigation-Include appropriate recommendation concerning negligence involved.

Investigation revealed Officer failed to safeguard ID Card.
Command Discipline issued.

| Rank / Name (print) Capt. Capaldo | Signature |

---

PART D (Prepared by Member's Commanding Officer)
CHECK ONE ☒Command Discipline   □Formal Charges - Serial No. _____   □No Action Necessary
Details - Include Circumstances of Loss and Results of Investigation, Action Taken. If I.D. card / Shield lost, request new item be issued.

Contents noted PO Webster failed to safeguard his ID card, resulting
in it's loss. Command discipline # 032/98 issued.

| Rank / Name (print) Capt. DiMaggio | Signature |

Distribution by Commanding Officer / Duty Captain (Pct. of loss)
1. WHITE - C.O. of Member 2. PINK - Chief of Patrol DIRECT, (Enclose in envelope PD 370-150) 3. BLUE - Overhead Command 4. BUFF - File
(NOTE - ADDITIONAL DISTRIBUTION AS PER INSTRUCTIONS ON REAR)