# Exhibit "E"

SHAHLA GOROVOY, PH.D.
41-B Dolson Ave.
Middletown, NY 10940
Telephone: 845-325-6202

**Psychiatric Report**

Date: 8/24/2022
**Re: Thomas Webster**

### Reason for Referral

Mr. Webster is a 56-year-old male who has been convicted of assaulting a police officer and related charges January 6, 2022. He was arrested on 2/22/2021 after turning himself to federal authorities and served about five months in jail. He is currently on house arrest awaiting to be sentenced in September by Honorable Judge Amit Mehta. The purpose of this evaluation is to provide a presentencing report.

### Evaluation Procedures

1. Ongoing clinical interviews with Mr. Webster,
2. Interview of his wife of 23 years Michelle Webster,
3. Periodic contacts with the Pre-Trial officer Abbott
4. Review of character letters,
5. Review of the related news,
6. The HCR-20-v3 Risk Assessment Scheme, which provides clinicians with 10 Historical scales, 5 Clinical scales, and 5, Risk Management scales to assess future risk factors and recommend treatment.

### Relevant Personal History

Mr. Webster is the third of four children born to his parents' matrimonial union in Brooklyn NY. He was raised by both parents until the age of 14 when his mother left due to family dysfunction exacerbated by both parents' drinking and other stresses. Although Mr. Webster was reluctant to call the family dynamics as "abusive", he reported that "life was pretty hard and unusual even for those days. There were long periods of times that we didn't have electricity and we were eating unusual food" without elaborating.

Mr. Webster's father- John- was born in Brooklyn and according to Mr. Webster, "he had it really bad; ten times worse than what I did". He worked long hours as an exterminator and "couldn't spend time with us". He had serious issues with alcoholism which affected his mood and behavior.

Mr. Webster married his wife Michelle in July of 1999 and they have three children- two girls and one boy- ages 21 to 16. His older daughter in the Marine Corps and is currently deployed overseas. His second daughter is attending college and his youngest son is in school. His wife works in sales and is currently transferred to Mississippi.

### Educational and Employment History

Mr. Webster graduated high school in 1984 and earned some college credits toward an associate degree in liberal arts. He has solid history of gainful employment that started at the age of 14 "everything from paper route to cleaning restaurants". He enlisted in Marines Corp and was honorably discharged after four years. He joined NYPD in 1991 and was retired in 2011. After retirement, he started his landscaping and snow removal business.

### Mental Health and Substance Abuse Histories

Mr. Webster had no prior interactions with a mental health professional and sought therapy from me to deal with the stresses subsequent to his current legal situation. I initially diagnosed him with Acute Stress Disorder as he presented with anxiety, insomnia, fear, and the like. Mr. Webster reported that during his incarceration "being locked up for 23 hours was very stressful" and added "when I was locked down for Covid, I lost track of time and had only 15 minutes a day to shower. I made a sundial to keep track of time".

Although Mr. Webster was reluctant to report history of trauma, during the course of treatment, it became clear to me that he was exposed to traumatic events in his childhood and while working in New York City as a police officer. He particularly remembered two incidents that involved a mother throwing her children from a 15-story building and another incident that involved violent struggle with an armed robber and "tried to get my gun". He was injured and

taken to the hospital subsequent to the struggle.

Mr. Webster was able to connect the January 6 event to the incident he experienced during the struggle with the robber "trying to show the officer my hands so he knows I am not armed, or I won't go for his gun; because I know as a police officer, your first fear is that the person may go for your gun".

## Summary of Findings and Conclusion

Mr. Webster is a 56-year-old male who was referred for an evaluation in connection with the charge of assaulting a police officer during January 6th insurrection. The findings of this assessment established history of PTSD stemming from childhood experiences and serving as a police officer in New York City for 20 years.

Mr. Webster was reluctant to discuss his childhood history feeling "guilty about throwing my parents under the bus" and did not see any connections between his childhood history of his life as an adult stating, "back in the days, corporal punishment or having alcoholic parents were not uncommon"; but he could clearly make connection between his reaction to witnessing the chaos on January 6th to his experiences during struggle with the armed robber in Bronx stating, "at that moment, I had flashbacks of the struggle we had on the staircase".

I have known and worked with Mr. Webster since October of 2021 when he was referred to me by his attorney due to extreme reactionary symptoms including insomnia, hypervigilance, nightmares, flashbacks, anxiety, and intrusive memories. He presented as a reliable historian and his accounts of the incident during the insurrection events remained unchanged and were corroborated by the videos of the events I viewed.

From the beginning of our work together, Mr. Webster showed a great deal of mixed emotions that ranged from fear to grief, loss, regret, and remorse. He perseverated about how he wished he "had stayed home that day". He showed appreciation for the severity of the charges stating, "I understand violence is not acceptable and I wish I had known things I have learned in therapy to deal with my emotions and not be in the place I am right now".

Based on the findings of this assessment, review of the videos and reliable accounts of Mr. Webster, I believe at the time of the incident, he reacted to what is known as fight or flight response which occurs when the individual relies on the primitive brain automatic direction to survive the real or perceived danger. Research has established that fight or flight response is the result of release of adrenaline and cortisol into body to mobilize the muscles "to fight or flight" which is a universal response and is common even among trained people including law enforcement officers when they face a dangerous situation. I hope the Court considers his history of trauma, regret and remorse, and other extenuating circumstances when sentencing him.

Should you have any questions, please do not hesitate to contact me.

*[signature]*, Ph.D.

Shahla Gorovoy, PH.D.
Licensed Psychologist