# Exhibit "F"

## CHARACTER LETTERS

## INDEX

1.   Mary Maura Koennecke – Neighbor (pg. 2)
2.   Ralph A. Ferrara – Friend (pg. 3)
3.   Rev. George Hafemann – Pastor (pg. 4)
4.   Stacey Bogert – Friend (pg. 5-6)
5.   Frank Saliano – Co-Worker NYPD (pg. 7)
6.   Andrew Brigida – Co-Worker NYPD (pg. 8)
7.   Brendan T. Faulkner – Friend (pg. 9)
8.   Salvatore Imburgia – Co-Worker NYPD (pg. 10)
9.   Mary R. White – Friend (pg. 11)
10.   Elizabeth Fini-Elser – Friend (pg. 12-13)
11.   John M. Reilly – Co-Worker NYPD (pg. 14)
12.   Melissa Gallo – Friend (pg. 15-16)
13.   Michelle Webster – Wife (pg. 17-18)
14.   Yvonne Webster – Mother (pg. 19-20)
15.   John W. Fleischman – Friend (pg. 21-22)
16.   Doreen Delorenzo – Sister (pg. 23-24)
17.   Charles Straub – Co-Worker NYPD (pg. 25)

Mary Maura Koennecke

8 Twin Spring Lane
Florida NY 10921
845-651-4638

March 17, 2021

District Judge Amit P Mehta
U.S. District Court
for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Re: United States of America v. Thomas Webster

Dear Judge Mehta,

My name is Mary Maura Koennecke and have been a Registered Nurse for 40 years.
I have worked in a variety of work settings - serving diverse populations from all socio-
economic- cultural backgrounds. I have been married for 34 years to Scott Koennecke -
a FDNY firefighter who retired after 20 years of service and was a 911 rescuer. We are
parents of 3 adult children who work in the service sector of the health field. We have
lived in the same house for 26 years where we raised our children and served our
community.

We have know Thomas Webster for nearly 10 years when his family became our next
door neighbors. What we have observed is a hard-working, devoted family man and a
person of strong faith, integrity and moral values. He is a very involved parent - whether
it is teaching his kids to parallel park or taking them to their motor cross events. His love
for his wife Michelle is evident in the respect, support and commitment he shows for their
marriage - demonstrated by being a stay at home dad while she works and travels for her
job and taking weekends away as a couple when time allows. He is a critical part of the
family structure in the Webster household.  He has shown kindness and caring as a friend
and neighbor of good character whether he volunteers to  plow our long driveway in
heavy snows or helping to jump start a dead battery.

The behavior Thomas is charged with is out of character of the individual we have
known. It is not the same loving husband, father, and good neighbor we have observed
over these many years.  It is directly the opposite of someone who we believe respects and
supports law enforcement.   We admire and respect his service to his country in the
Marine Corps and then as a NYPD police officer.  We do not believe Thomas Webster
poses any flight threat or danger to his community if released back to his family.
Hopefully,  we can unite as a nation and find a path forward toward  forgiveness and
reconciliation to bring peace to this nation and stop the division we are experiencing.

Sincerely yours,

**Ralph A. Ferrara**
**Residential Appraiser**
279 Lake Osiris Rd
Walden, NY 12586
845-527-2093

03/18/2021

To; The Honorable Amit P. Mehta
United States District Court for District of Columbia
333 Constitution Ave N.W.
Washington, DC, 20001

Re; Docket # 1:21-MJ-0024 "US V. Thomas Webster"

Dear Honorable Judge Mehta,

I am a residential real estate appraiser in the Hudson Valley area of New York State. I have been asked to provide a letter attesting to the character of Mr. Thomas Webster. I graduated from Suffern High School, in Rockland County New York, with Mr. Webster in 1984. Following high school we lost touch for a few years. In the early 2000's we re-connected by chance at a local motorcycle racing track in Plattekill, NY. From that time until the present, my family and children and his family and children have spent a significant amount of time together at different functions (motorcycle racing tracks where our children participate, snowmobiling in southern Vermont, and generally getting together for dinner, bbq's, etc). I currently reside approximately 20 miles north east from Tom and his family. He lives in Florida, New York. I reside just outside the village of Walden, in Montgomery, New York.

Tom had served in the Marines during "Desert Storm" after high school. He returned to serve 20 years on the NYPD. It was during this time when our paths crossed again and we began spending a fair amount of time together. I have come to have the utmost respect for Tom. He is a patriot, a great father, and a good man, as well as being a good friend. He is a law abiding, devout family man who loves his wife and children. He has taught his children well with his oldest Daughter, Samantha, currently attending The United States Marines boot camp, following in her father's footsteps. He has raised the most respectful and well mannered children I have seen, which I believe is a testament to his character and personality. He has in fact at times tried to be a mentor to my older son. Tom is very "ethic" centered in everything in his life, be it work, family, or religion. He has been a person whom his community, and our great country, has relied upon for our safety. I do not believe Tom to be a threat in any way, shape or form to his community. To the contrary, I believe Tom to be an invaluable asset to his neighborhood/community, and, based on his service, to the country.

Sincerely,

Ralph A. Ferrara

# The Church of St. John the Evangelist

### GOSHEN, N. Y.  10924

OFFICE: 71 MURRAY AVENUE                                                  TELEPHONE: 294-5328

March 19, 2021

The Honorable Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Re: United States of America v. Thomas Webster

Dear Judge Mehta:

I have been a Catholic priest for nearly twenty-two years.  I have served as a pastor for the last fourteen years, first in the City of Port Jervis, NY, and the last six in the Town and Village of Goshen, NY.

I have known Thomas Webster since my appointment here in February 2015.  Mr. Webster and his family have been active parishioners; his children were altar servers; his older daughter is a graduate, and his younger daughter a junior, at the local Catholic high school, where I serve as a chaplain; and I have come to know Mr. Webster and his family socially as well as on a ministerial-professional level.

I have only known and seen Mr. Webster to be a loving and devoted husband and father.  Were he to be released from confinement, I do not believe Mr. Webster would pose any danger to himself, his family, or the community at large.

Sincerely,

Rev. George Hafemann
Pastor

**Stacey Bogert**
43 Merry Avenue
Mahwah, NJ 07430
(201) 410-9415
bogert2134@gmail.com

March 22, 2021

**District Judge Amit P. Mehta**
United States District Court for District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Re: United States of America vs. Thomas Webster
Docket #1:21-MJ-00244

Dear Judge Mehta:

My name is Stacey Swensen Bogert. I am a high school counselor who has been employed by the West New York, NJ school district for the past 28 years. In fact, I have known Thomas Webster almost as long as I have been an educator. Throughout the years, consistently, I have witnessed Tom to be a gentle, kind-hearted individual, who is thoughtful of those around him.

Tom and I met when he began dating my good friend, Michelle. I was immediately struck by his respectfulness, his sincerity and his loyalty. As he and Michelle became more involved, I felt absolutely confident she was growing closer to a man she could trust. When Michelle and Tom married, I remember feeling honored to be part of their wedding party. I have an especially fond memory of Tom learning to ballroom dance, stepping out of his comfort zone to please his new bride.

When Tom and Michelle became parents, it was obvious they embraced the joys of parenthood. I observed the compassion of Tom, watching him encourage his daughter, Samantha's love of motocross racing, his daughter, Valerie's fondness for fashion and his son, Luke's aptitude for programming. Never was there a presumption or imposition laid upon his children. Each child was given the space and guidance necessary to lead the life she/he chose. That is, Tom is not a yeller; he spoke to his children, not barked at them. Additionally, at family gatherings, Tom has always been very helpful. He shares in the hosting responsibilities, eager to greet and assist guests with a smile on his face and benevolence in his heart.

Furthermore, I have known Tom throughout his employment as an NYPD Officer, working with inner city boroughs, at a highly secured gun range and for Mayor Bloomberg at Gracie Mansion. Within those decades, throughout EVERY situation, Tom chose diplomacy over violence, reason

over argument, kindness over intolerance. I remember Tom telling me a story of a family in the city who was struggling with domestic violence. Tom and his partner went to the home and calmly diffused the situation. Within the communities he served, as an NYPD Officer, Tom has always been respected and appreciated for his reliability and composed attitude.

When I reflect about my time spent with Thomas Webster, I have in NO WAY EVER felt unsafe, insecure, agitated, nervous, anxious or at-risk in his presence. If anything, I have felt welcomed in his home, at ease during our vacations together, and blessed through his show of faith and spirituality. Overall, I am humbled by the conscientious nature, respect for others, devotion to friends and love of family which Thomas Webster embodies. On a personal note, Tom and I never saw eye-to-eye politically. Not once did he ever make me feel unsafe, unjust, unheard, uninformed or the like. He respected my point of view and for that I have always been grateful.

For those who know Tom as I do, they will attest that he is a compassionate, helpful and gracious gentleman. My hope is that the genuine, considerate character of Thomas Webster will be honored.

Sincerely,

*Stacey Swensen Bogert*

Stacey Swensen Bogert

14 Karl Court
Congers, New York 10920
March 23, 2021

To the Honorable Judge Amit P. Mehta
U.S. District Court for D.C.
333 Constitution Avenue., N.W.
Washington, D.C. 20001
USA vs Thomas Webster
Doc #1; 21 - MJ - 00244

Dear Honorable Judge Amit P. Mehta,

I am writing on behalf of Mr. Thomas Webster. Mr. Webster and myself have been close friends and co-workers for over 30 years. In this time, he has proven to be a loyal and dedicated member of the U.S. Marine Corps., and the New York City Police Department where I worked closely with him. I have witnessed his dedication to his wife and children whom he has raised to be upstanding citizens in their community. His oldest daughter, Samantha, is following in his footsteps as a Private First Class in the United States Marine Corps. in Paris Island, South Carolina. His other children, Luke and Valerie, are both straight A students in high school.

I was troubled and surprised to hear of the events that occurred on January 6th between Mr. Webster and a fellow police officer from Washington, District of Columbia. Mr. Webster's reaction to the officer, which lasted approximately one minute, does not depict the years of respect that he has shown for the members of any police department. He has always had the upmost respect for all of his brother officers, as well as his fellow members of the Armed forces.

I know Mr. Webster to be dependable, responsible, honest, and courteous; a man with a heart of gold. I have witnessed his compassion and generosity for people in need, including strangers in his community. For example, during the time he owned a landscaping business, he offered to cut a widow's lawn at a great discount due to the fact that she was on a fixed income. He also gave discounts to any and all veterans. He even helped me out when I sustained an injury and volunteered to mow my lawn at no charge for the duration of my injury which lasted several months.

I understand the seriousness of this matter. However, I hope the court will take all of his dedicated service to his country as well as his dedication to his community, family and friends into consideration with regard to this unfortunate incident. I still believe Mr. Webster to be an honorable individual, a valued member of his community and a good human being.

Sincerely,

Frank Sialiano

Frank Sialiano
**Retired NYPD Lieutenant**

6/15/2021                                                    image0.jpeg

---

March 24, 2021

Hon. Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Ave. N.W
Washinton, D.C. 20001

Re:     *United States of America v. Thomas Webster*
        Docket No.: 1:21-MJ-00244

Dear Honorable Sir,

My name is Andrew Bogida and I am writing this letter to you on behalf of Thomas Webster. Mr. Webster and I have known each other for 30 years. We began working together in April 1991 when Mr. Webster was assigned to PSA 8 Housing Bureau of the NYPD as a new recruit from the Police Academy. I was the training supervisor and trained 10 new police officers and Mr. Webster was one of them. I was later assigned to the role of patrol supervisor, and again trained Mr. Webster as part of my duties. During my time as a patrol supervisor, Mr. Webster was my chauffeur on many occasions. Our work together continued as we were assigned to Community Affairs in June 1993, and later assigned to Street Crime in June 1995. In the Street Crime unit, I supervised Mr. Webster, along with 5 other police officers. Our work in the Street Crime unit involved "plain clothes" assignments among other things. Mr. Webster excelled in each of the units he was assigned to.

As his supervisor, I was responsible for completing his evaluations during his time in the Housing Bureau, Community Affairs, and Street Crime. Throughout our time working together, I knew Mr. Webster to be an honest, hard-working police officer. He was a four-year veteran of the United States Marine Corps, a fact I very much admired about him. His military training contributed to his success in the NYPD. I took great pride in training the new officers and Mr. Webster was one of the very best. In fact, I later gave Mr. Webster a recommendation to be assigned to the Firearms Training section, where he was eventually assigned. I took my duties as a supervisor very seriously, and would not give a recommendation for such an important role if I did not feel Mr. Webster was fit for the job.

In light of all of the above, I was shocked to learn about the pending case against Mr. Webster for the events that occurred on January 6, 2021, mainly because Mr. Webster was a respected police officer himself, and held fellow police officers in the highest regard. As a retired police officer myself, I understand the gravity of the situation. However, I fully believe this incident does not represent who Mr. Webster is, as demonstrated by his years of military service and service to his community as an NYPD officer. It is my hope that this Court will take these factors into consideration when determining whether Mr. Webster is eligible for bail. Mr. Webster has strong community ties and is a dedicated father and husband. As such, it is my belief that Mr. Webster would not pose any threat whatsoever if released.

Thank you for your time and consideration.

Sincerely,

Andrew Bogida
Retired NYPD Sergeant
3332 Nutley Circle
Yorktown Heights, New York 10598

---

**UNITED STATES OF AMERICA**
**V**
**THOAMS WEBSTER**

March 24, 2021
District Amit P. Mehta
U.S. District Court, District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear District Amit P. Mehta,

Good afternoon, my name is Brendan Faulkner I was born and raised in Warwick NY, I'm currently serving Active duty in the United States Marine Corps stationed in Camp Pendleton California. I lived not too far from where the Webster family was living. I went to the same high school as his eldest daughter Samantha and we started dating towards the end of our sophomore year. I was immediately introduced to her family and I finally got to meet Mr. Webster and in roughly four years of being around the family from coming after school every day to living in the house for weeks at a time. He has helped me through life and has taught me many things and has helped me develop as a person both physically and spiritually by keeping me on the right path and pushing for me to do my best. Mr. Webster has paved the path for my future and others. Mr. Webster has always treated everyone with respect and is a good man and cares for the wellbeing of others and his family.

I personally believe that Mr. Webster should be released for bail because he is not a danger to society. He has run a landscaping business and during the winter season I've seen him help clear the roads and help others in rough situations in the area and support local communities he also has a family to raise and to help with his wife with transportation for his kids to school and back. I know Mr. Webster and I can personally say that he is not a danger to others or to the community and should be released on bail. Mr. Webster is an honest and genuine man who has served this country in both the military and police force and is raising his kids to do the same. Mr. Webster is a loving father, a great friend and a fellow marine and even in his current situation he continues to help and support others.

Thank you for your time.

Sincerely Brendan T. Faulkner

Semper Fidelis

CAMP PENDELTON CA, 1 (845) 461- 1367, BRENDAN.FAULKNER@USMC.MIL

March 25, 2021

Honorable Judge Amit P. Mehta
U.S. District Court for D.C.
333 Constitution Avenue, N.W.
Washington, D.C. 20001
*USA vs. Thomas Webster*
Doc #1:21-MJ-00244

Dear Honorable Judge Amit P. Mehta,

My name is Salvatore Imburgia and I am writing this letter to you on behalf of Thomas Webster. I have known Mr. Webster for nearly thirty years. We began working together in the summer of 1994 in the New York City Police Department. Upon graduating the police academy, Mr. Webster was assigned as my Field Training Officer. Officers assigned this role had to fulfill an extensive list of requirements including possessing good character and the highest integrity. It's a task that is only rewarded to officers that have gained the trust of their peers and bosses as an excellent police officer. Mr. Webster was nothing short of this. Mr. Webster quickly became a great friend and mentor. The first thing he taught me was to always treat everyone in the community with dignity and respect. He was very proud of his marine background as he was also extremely proud to be a police officer. We remained close friends after field training and eventually worked together again in Street Crime, a "Plain Clothes" Unit.

I have witnessed Mr. Webster as not only a remarkable officer, but also one that excelled in any assignment he was given. As a police officer, you are placed under many high stress scenarios. Never once did I see Mr. Webster waiver his patience or temper with not only the community, but also fellow police officers. He was an exemplary role model not only in teaching us to maintain our composure but his skills also translated over to proper tactics and listening abilities. Not only was he a successful police officer, he also is a devoted and loving husband and father. He raised his children to be successful, respectful and hardworking adults so much so that one of his children joined the Marine Corp following in his footsteps.

When I heard of the situation that occurred on January 6, 2021, I had a hard time believing that it was the same person that I worked with. I was shocked because, while understanding the gravity of the situation, I know Mr. Webster to hold fellow police officers to the highest regard. I wholeheartedly do not believe this incident represents Mr. Webster's true character. I hope the court can take into consideration his lifetime dedication to this country, his community and his family. Mr. Webster is a good man, a valued member in the community and would not pose as a threat if released on bail. Thank you for your time and consideration.

Sincerely,

Salvatore Imburgia
Retired NYPD Police Officer
11 Bradhurst Road
Carmel, NY 10512

District Judge Amit P. Mehta                                    3/20/2021
U.S District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001
Re: United States of America vs. Thomas Webster

To Whom it may concern:

My name is Mary White, a married mother of two adult children and I'm a professional
hairstylist. I have known Thomas Webster for 36 years. We both grew up in the same
neighborhood in Suffern, NY and graduated from the same High School. We coincidentally
started our families in the same neighborhood in Monroe, NY and were friends and members of
the Round Lake Park association. Tom is the perfect example of a family man, a loving
husband and father to his wife and three children. He was a very helpful, friendly neighbor, and
we enjoyed getting together with him and his wife for barbeques and neighborhood gatherings
at the lake. I even babysat his children when they were small, while his wife Michelle was at
work and he would have to leave in the afternoon for his shift as a NYC police officer. I have
never seen Tom display aggressive behavior towards anyone, and I do not see him as a threat
or danger to the community if granted release on bail. He has always been a productive and
upright citizen and I hope that he can be released to his family.

Sincerely,

Mary R. White

Elizabeth Fini-Elser
2 Seeley Bull St.
Monroe, NY 10950
fini-elser@hotmail.com
845-527-5392

March 28, 2021

Judge Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Ave.
N.W. Washington, D.C. 20001

Re: United States of America v. Thomas Webster

Dear Judge Amit P. Metha,

Hello, my name is Elizabeth Fini-Elser. I am a small business owner of an aesthetic
boutique located in Monroe, NY. I have been in the beauty/service industry throughout
my entire career. I also reside in Monroe, NY and have been living in the area my whole
life (47 years). My parents are immigrants from Italy. I was raised with conservative old
fashioned values. Family and respect for the community and the law has been instilled
in my upbringing.

I met Thomas's wife Michelle Webster at a salon I was working in November 2013.
When we met we hit it off right away. She is an absolutely lovely woman. We spoke
about her husband Thomas and how he served our country as a Marine and how he
also served as an NYPD officer. Our discussion revealed how we share so many of the
same family values and respect for our country and community.

As time passed with providing several beauty services for Michelle we became friends
and I met Thomas Webster and their family. As I got to know Thomas I could see what
an amazing man he truly is. The love for his family and country and law enforcement
was always clear. He even advised me the proper etiquette and protocols if I were ever
to get pulled over by a police officer. I am thankful he explained how the best way to
handle a situation such as this because a Police officer approaching a vehicle may be
apprehensive.  I have known Thomas since February 2014. Thomas Webster's
character and demeanor has always been friendly good natured and he is always easy

to talk to in fact I consider Thomas like a brother to me. I do not feel that Thomas Webster is a threat to society. I in fact would feel safer in society knowing Thomas is there.


Sincerely yours,

Elizabeth Fini-Elser

**John M. Reilly**
**143 Garth Road**
**Scarsdale, NY 10583**
**914-207-3276**

April 7, 2021

Honorable Amit Mehta
United States District Court
District of Colombia
333 Constitution Avenue NW
Washington, DC 20001

**RE: United States of America vs. Thomas Webster**
        **Docket No. 1.21-MJ-0044**

Dear Justice,

My name is John M. Reilly and I am writing to you on behalf of Thomas Webster who was arrested in connection with the events of January 6, 2021 in Washington DC. I am a retired New York City Police Captain and Thomas Webster worked in my Command PSA8 North of the Housing Bureau of the NYPD.

My experiences with Thomas Webster were always positive. He was a level-headed, competent and dependable Police Officer. He was well-liked by his fellow officers and supervisors. The last time I had any contact with Thomas Webster was the days of 9/11/01 when we were both part of the NYPD response to the terrorist attack on the World Trade Center.

Although I am appalled and disgusted with the allegations against Thomas Webster regarding his conduct in Washington DC on January 6, 2021. I do not feel that Thomas Webster is a danger to the community. In fact, he has a history of honorable service in the USMC and in the NYPD. I was shocked to learn from former colleagues that Thomas Webster is being subject to Pre-trial detention in Virginia hundreds of miles from home. A principal of our legal system is innocent till proven guilty. I believe, based on Thomas Webster's personal history of service to country and community, he is entitled to be released on bail or even ROR to be with his family in New York to prepare for his trial. I think Thomas may have been duped by the former President's despicable lies and he is deserving of mercy. Thank you for taking the time to read this letter.

Sincerely,

John M. Reilly

Melissa Gallo
12 Florican Lane
Goshen New York 10924

April 8, 2021

District Judge Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Re: United States of America v. Thomas Webster

Dear Judge Mehta,

My name is Melissa Gallo. I have been a resident of Orange County for 16 years. I have
been married to Brian Gallo since 2004, and have two children in the Goshen Central
School District, Michael 15 and Kylie 13. I have worked as an account executive with
Lamar Advertising, an Out of Home Advertising Company based in Baton
Rouge, Louisiana, since 2014. I have served my community as a Councilwoman for the
Town of Goshen from 2016-2020, appointed to chair the Affordable Housing committee
within our Town. I was also a member of Goshen Joint Parks and Recreation. Both
Brian and I have deeply rooted ties to Goshen, as we have both volunteered for several
local other organizations including the Goshen Soccer League, and the Goshen Fire
Department. We are also current members of Temple Beth Shalom in Florida, New
York.

I met Tom Webster almost ten years when our sons Michael and Luke became good
friends in first grade. When my son Michael was only six years old, Tom and Michelle
asked us if he could join them on their family vacation. This was his first non-family
overnight trip. I did not hesitate for one second. I trusted that they would care for
Michael as they would their own children. And with the exception of a slight sunburn, for
which they both apologized profusely, he had an amazing time. That would be the first
of many trips my son took with the Webster family. Michael always came back happy,
relaying stories of great family fun, how generous and thoughtful Tom and Michelle
were, etc. I knew that with Tom and Michelle, Michael was safe and well taken care of.
They are an incredibly kind, trustworthy family and I do not for one second regret
leaving Michael with them at any time.

Recipient Name

Page 2

As Michael and Luke's friendship continued to grow, so did the relationship my husband and I had with Tom and Michelle. We socialized often - inviting each other's families over for dinner and dining at local restaurants. We also shared family vacations, along with celebrating many life events, including birthdays, family barbeques, our son's bar mitzvah - the list goes on and on.

There came a time when my company needed a landscaper to trim brush and mow the areas around the many billboards that we have. My first thought was to recommend Tom. Not only was Tom incredibly responsible and professional, I knew that he would be a pleasure to work with. And he was. Our Manager of Operations constantly thanked me for recommending Tom - he was so happy to have him as part of the team. Tom also handled the snow removal on the sidewalks in front of several billboards. He was always so concerned about getting there to treat the surfaces so that no one would slip on the ice and get hurt. That's who Tom Webster is.

So you can imagine how utterly shocked we all were to hear that Tom had been arrested for the alleged crime for which has been charged. Then to find out that he was being detained without the chance of bail shocked us even further. I immediately called Michelle to see what we could do to help. Tom is a good man who should never have been considered a risk to the community whatsoever. Speaking as a former councilwoman and representative of our community, I would never recommend Tom's release if I felt he posed any sort of danger to anyone.

If you wish to further discuss anything related to Tom's release, or have any other questions, please do not hesitate to reach out to me anytime (845) 258-0957.

Sincerely,

*Melissa Gallo*

Melissa Gallo

**Michelle Webster**
10 Twin Spring Lane
Florida, NY 10921

April 11, 2021

**District Judge Amit P. Mehta**
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Re: United States of America v. Thomas Webster

Dear Honorable Judge:

I have been happily married to Thomas Webster for 21 years, and we have been blessed with three children, Samantha (19), Valerie (16), and Luke (14).

When I met Tom in 1996, I was 25 years old, focused on my job, and had been attending evening classes, working toward an M.B.A. Tom, at 30 years old, was a member of the NYPD's elite undercover Street Crime unit, working nights to remove illegal guns from the streets, putting himself in dangerous and often volatile situations. The two of us could not have been any more different.

I look back to that time and remember asking myself why Tom would ever want to do this job? When he told me he had been a Marine, I understood perfectly. Are people born with this instinct to serve and protect others? As his wife, I know Tom has always felt it was his duty to help others.

God, family and country is the motto he lives by, every day, in that order. We have raised our children in the Catholic faith, attending weekly mass, teaching them the importance of prayer, good morals, and altruistic values. As a father, Tom's actions with our children represent the perfect balance of love, guidance, patience, discipline, and pride. It is no wonder our oldest daughter herself is a Marine, and our other two children are well adjusted straight A high school students. As a husband, Tom is attentive and selfless. He has always made me feel safe and loved, supported me in my career, and made sure we had a happy and fulfilling life together. I had no doubt that he would ever do anything to put his family in harm's way.

Recently, Tom became increasingly concerned about the negative political climate in our great country. In particular, Tom strongly felt the 2020 election results were fraudulent, and he was worried his country would never see a fair

election again.  He felt he had a duty as an American, to uphold our Constitution, and he decided it was important to him that he be in Washington D.C. on January 6th.  He carried the Marine Corps flag especially in support of our daughter.

Honorable Judge, as you decide whether Tom will receive bail bond, I am respectfully asking you to view this unfortunate incident through the lense of a dedicated husband, father, veteran, and retired police officer.  Tom was born to serve and protect.  When I speak to Tom in prison each day, he is focused on our children and me, agonizing over how much our lives have changed, and how he has caused our family so much grief.  The world is a safer and happier place with Tom in it.  It torments me knowing my husband is behind bars for this unfortunate incident lasting seconds, after living a superlative life for 55 years.

Sincerely,

**Michelle Webster**

**Yvonne Webster**

37B Ramapo Avenue
Suffern, NY 10901

25 April, 2021

**District Judge Amit P. Mehta**

U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Re: United States v. Thomas Webster

Dear Honorable Judge:

My name is Yvonne Webster.  I am the mother of Thomas Webster.  I am writing this letter in regards to my son's character.

As a child growing up he was always considered the little old man in the neighborhood because no matter where I went with him he was always well-behaved and serious, so people considered him to be older than his age. Of course that continued into his adolescence by always being confident in everything he did, keeping his mind on the right path in school and outside of school.  When he graduated, he continued to surround himself with young adults from good families with morals and values.  My son then went on to take college courses, working with a family friend on duct work for houses and being surrounded again by hard working good people.

After the tragedy of losing his older brother, who was killed in a tragic car accident while home on leave from the U.S. Air Force, he decided to join the Marine Corps to show how good he was to his family.  As a mother I asked him to wait a year to give me time to grieve and he did that for me, even though it was going to be hard to lose him to the service, he respected me enough to do that for me, and I must say his years in the Marines made him a better person.

After his graduation from the marines, he applied to the NYPD. I was concerned about my son being in an environment which would jeopardize his life. He did great in his job and he became a highly regarded police officer.

He met and married Michelle who also greatly enriched his life and continued to make him the better person as I know him to be today. They have three children who are greatly admired by me today due to the parenting skills of both Michelle and Tommy, and my grandchildren are also great human beings.

When he retired from the police force, the one thing he did was to look out for his family. Especially me. Anything that was going on financially or if I needed extensive repairs on my vehicles or my residence, he would be there for me.  I knew that he would never be a danger to himself or anybody because that is not in his character. He is a person who's always strived to do the best for himself and anybody around him. Tommy has always been my rock and will always be my rock.

Yvonne Webster

**Yvonne Webster**

**JOHN W. FLEISCHMANN**
**52 Old Tuxedo Rd**
**Monroe, N.Y. 10950**
**(845) 477-0121**

May 5, 2021

District Judge Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

Re: United States of America v. Thomas Webster

Dear Honorable District Judge Mehta:

I grew up in the Throgg's Neck housing projects in the Bronx, N.Y. My friends and neighbors were from every background, color, and religion. A saying we used was "the project had every color and type of marbles in it."

When I was 19 years old, I joined the United States Marines and proudly served our country in Vietnam from December 1968 to December 1969. I was honorably discharged. I am currently retired from the New York City Department of Education where I began as a cleaner and continued to rise to the positions of handyperson, boiler operator, Stationary Engineer, Air Conditioning Engineer, and School Custodian Engineer. I also taught adult education in custodial operations, low pressure boilers, high pressure boilers, and air conditioning/refrigeration. As a New York City School Custodian Engineer, I was directly responsible for hiring and supervising the employees in various schools. I have interacted with hundreds of adults as a teacher and boss.

I know Thomas Webster for about six years. The first time I met Tommy was in a local gym that I joined to become stronger so I could assist my wife of now 51 years because she has Multiple Sclerosis for over 33 years. During one of my workouts, Tommy came over to me and said, "Semper Fi Marine." I had a United States Marines shirt on. We started to talk, and I discovered we had two things in common. Tommy was a police officer in the Throgg's Neck projects where my wife and I grew up and he was a United States Marine. Tommy worked as a police officer after I moved out of the projects.

We became good friends. I was injured in 1969 during my tour of duty in Vietnam, and I needed to go for special nuclear tests at the VA Hospital (in the Kingsbridge section of the Bronx.) The doctor told me not to drive after the tests. I mentioned this to Tommy, and in a split second he offered to drive me. He did this after knowing me for only two weeks. We saw each other at the gym and went to lunch many times. My wife and I met

Tommy's wife Michelle and children.  Tommy, Michelle, and his three children are a terrific family.

Judge Mehta I know from working with principals, teachers, school staff, security personnel, my staff, and adult students what good character and demeanor are.  Thomas Webster is a man of good character and demeanor.  He is a great husband and father.  He would not be a threat or danger to our community if released on bail or bond.  District Judge Mehta please grant bail or bond to Thomas Webster.

If you wish to talk to me or have me travel to your courtroom, please don't hesitate to call or write to me.  My home number is 845-477-0121.  My cell number is 845-325-0321.  My address is 52 Old Tuxedo Road, Monroe, N.Y. 10950.

Thank you.

Very truly yours,

John W. Fleischmann

6/15/2021


District Judge Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001

Dear Judge Amit P Mehta

Re: United States of America vs. Thomas Webster.


My name is Doreen Delorenzo, I am the sister of Thomas Webster. I'm am writing to you on behalf of

my brother, I have known Thomas my whole life. I am 56 years of age, when I was 17 years of age and

Thomas was 16, we lost our brother Frank at the young age of 20. He was in the United States AirForce, I

will never forget that day for our lives as a family would change for ever. That tragedy was devastating,

the reasonI bring that up is that I wanted to speak the truth and from my heart about my brother Tommy.

Thomas was able to complete high school and join the United States Marine Corp the reason being is my

brother circled himself around strong, smart people in his life that were going places and would not allow

a tragedy determine his future. From there he went right into the police academy in New York City, where

he retired with an exceperlary record. I have always admired and looked up to my brother for his good

character and integrity. He is someone who I can always go to for good advice and better decision making.

Thomas would then go on in life to find the woman who he now calls his wife Michelle, they have been

married for 21 years and is the love of his life. Together they have built a beautiful life and have three

amazing children, the oldest daughter has just completed boot camp and is now a Marine. The second

oldest daughter has a 4.0 gpa and his youngest son Luke is an above average high honor roll student. All

three children are respectful, kind and giving, traits that they have learned from their father and mother.

My brother is a hands on dad who is very involved with his children from driving the kids to and from

school, to taking them on trips in their RV, teaching them sports, motocross, and how to have fun in

nature. My family is very much missing Thomas Webster who is a husband, father, son, and brother. My

brother would not and could never pose a threat or danger to the safety of the community which he so

loves. In my heart and soul with every fiber of my being I truly believe that Thomas Webster has made his

– 2 –                                                                  20:01

community, country, and this family feel safer and more secure in knowing that we can always rely,

depend, and lean on him to feel better and to be a better human being. Thank you so much for your time

and consideration in this important matter.

y

Sincerely,

Doreen Delorenzo

6/17/2021                                        Letter.png

District Judge Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 2001
Re: United States of America v. Thomas Webster

Dear Sir,

I am writing this letter in regards to the character of Thomas Webster, an individual I have known both personally and professionally, for over 20 years. I met Thomas or Tommy as his friends call him while we were both members of the New York City Police Department. We were both instructors working for the police academy at the outdoor firearms range. Tommy and I got to know each other actually right after the events of 9/11 as the entire department was put on high alert. I learned of Tommy's service in the USMC and saw the pride and strength he talked about when describing his experience. His entry into the service seemed to be a natural progression based on how he spoke about his family and his childhood.

Both Tommy and I worked as instructors teaching both recruits and in service members on the department's firearm protocols. Tommy was a very competent instructor who showed a great deal of understanding and patience when dealing with individuals. He had a very confident and understanding demeanor that was obvious when he dealt with his students. Tommy is a bright and articulate individual and had a patience that put people at ease. There are very many other individuals besides myself who worked with Tommy, and I am confident they would say the same thing. Tommy was and is an individual who can be counted on in any situation.

On a personal level I have seen Tommy raise three children that are developing into wonderful young adults. He has also worked side by side with his wife Michelle, to create a beautiful and stable home in which love of God, family and country is of the utmost importance. Tommy has managed to serve his nation, the citizens of New York state, and also create a successful business by himself post retirement.

In closing, my friendship with Tommy has shown how to be someone who loves and cherishes his country and I believe, if asked, he would wear his uniform again in the service to this land. I also know Tommy to be generous beyond a doubt with both his time and his resources. Tommy is a dependable, thoughtful friend who would not hesitate to help out someone in need. And as stated above he has worked tirelessly, to create a warm stable environment for his family.

Thank you for your consideration.

Charles Straut