# EXHIBIT A

# MONARCH SUMMIT
## SECOND CHANCE ARMOR, INC.
P.O. BOX 578, CENTRAL LAKE, MI 49622 • 800-253-7090 • 231-544-5721

**VEST TYPE: THREAT LEVEL IIIA BODY ARMOR**

The Manufacturer certifies that this model of armor has been tested Through NLECTC and has been found to comply with Type IIIA Performance in accordance with NIJ 2005 Interim Requirements.

MODEL/STYLE: MON-IIIA++ 305020

BUTTERFLY Lite ®

| | | |
|---|---|---|
| WEBSTER | THOMAS | N06-01153 |
| 397 | MON IIIA++ 305020 | 2515/2215 |
| TAX # - [redacted] | 2 NAVY APEX | 09/06 |
| LOT # - 1827 | SERIAL # - NYPD-15169 | |

SimuLITE Patent no: 6,526,826 B1

DATE OF MFG: 09//06

**BALLISTIC PAD CARE INSTRUCTIONS**
1. WIPE WITH DAMP CLOTH.
2. DO NOT MACHINE WASH OR MACHINE DRY.
3. DO NOT BLEACH, DRY CLEAN OR IRON.

**WARNING**

THIS ARMOR IS NOT GUARANTEED TO PROTECT THE WEARER FROM KNIVES, SHARP-EDGED OR POINTED INSTRUMENTS. THIS ARMOR WILL NOT STOP CENTERFIRE RIFLE PROJECTILES, STEEL CORE ARMOR-PIERCING OR SPECIAL PURPOSE PROJECTILES OR ROUNDS THAT ACHIEVE HIGHER THAN STANDARD FACTORY VELOCITIES.

STRIKE FACE-WEAR THIS SIDE AWAY FROM BODY-STRIKE FACE

03/24/2022 12:30