# EXHIBIT C

| 166 | Phone | Michelle * | | Timestamp:<br>1/5/2021 11:29:55 PM(UTC+0) | Direction:<br>Incoming<br>Body:<br>There are propane tanks knives and 2 by 4s around city strategically placed by antifa. Be careful<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |