UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS WEBSTER,<br><br>Defendant. | )<br>)   Criminal No. 21-cr-208 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Thomas Webster appeals to the United States Court of Appeals for the District of Columbia the judgment and sentence entered in the above-entitled case on September 1, 2022, by the Honorable Amit P. Mehta, United States District Judge for the District of Columbia, as well as all pretrial decisions in the above-entitled case.

Respectfully submitted,

JAMES E. MONROE, ESQ.
Dupee & Monroe, P.C.
Attorneys for Defendant Thomas Webster
211 Main Street, P.O. Box 470
Goshen, New York 10924
(845) 294-8900
(845) 294-3619 (Facsimile)
jim@dupeemonroelaw.com

## CERTIFICATE OF SERVICE

I, James E. Monroe, certify that on September 13, 2022, I caused the foregoing document to be served by the electronic case filing system (ECF) on counsel for the Government.

JAMES E. MONROE