```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 21-208
                                   )    Washington, D.C.
          vs.                      )    April 27, 2022
                                   )    9:00 a.m.
THOMAS WEBSTER,                    )
                                   )    Day 3
          Defendant.               )    Morning Session
_____)


       TRANSCRIPT OF JURY TRIAL PROCEEDINGS PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Brian P. Kelly
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street NW
                             Suite 3816
                             Washington, D.C. 20530
                             (202) 252-7503
                             Email: brian.kelly3@usdoj.gov

                             Hava Arin Levenson Mirell
                             U.S. ATTORNEY'S OFFICE
                             312 N. Spring St.
                             Suite 1200
                             Los Angeles, CA 90012
                             (213) 894-0717
                             Email: hava.mirell@usdoj.gov

                             Katherine Nielsen
                             Fraud Section
                             1400 New York Ave., NW
                             Washington, D.C. 20530
                             (202) 355-5736
                             Email:
                             katherine.nielsen@usdoj.gov
```

```
APPEARANCES CONTINUED:

For the Defendant:          James E. Monroe
                            Walter Machnicki
                            DUPEE & MONROE, P.C.
                            211 Main Street
                            PO Box 470
                            Goshen, NY 10924
                            (845) 294-8900
                            Email:
                            marina@dupeemonroelaw.com


Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249



Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 604 THROUGH 612 | 7 |

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| NOAH RATHBUN | 8 | 63 | 98 | |

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| 46 | | 67 |
| 17 | | 78 |
| 12 | | 96 |

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable
 3     Amit P. Mehta presiding.
 4              THE COURT:  Please be seated, everyone.
 5              COURTROOM DEPUTY:  Good morning, Your Honor.
 6     This is United States of America versus Thomas Webster
 7              Brian Kelly, Hava Mirell, and Katherine Nielsen
 8     for the government.
 9              James Monroe and Walter Machnicki for the defense.
10              The defendant's appearing in person for these
11     proceedings.
12              THE COURT:  All right.
13              Good morning, everyone.
14              Mr. Webster, good morning to you, sir.
15              I think we're waiting on one juror, but
16     I understand there's a preliminary issue the government
17     wants to raise.
18              MR. KELLY:  Yes, Your Honor.  Just one.  And the
19     government informed defense counsel of this on Monday, and
20     it's what, I believe, we previewed with Your Honor
21     yesterday.
22              And this is as to the sealed matter, so I'll be
23     somewhat vague; and if we keep it that way, then there's no
24     need to clear the Court.
25              As to an outstanding administrative investigation
```

 1    concerning Officer Rathbun, it turns out that the final

 2    decision was actually issued by the Metropolitan Police

 3    Department on April 6th.  Officer Rathbun just learned of it

 4    last week after our pretrial conference, and the information

 5    was just provided to our office late this past Sunday night.

 6    So given the fact -- oh, and I should note, it was closed

 7    and found justified --

 8              THE COURT:  Okay.

 9              MR. KELLY:  -- with no recommended action.

10              So given that, the government would request that

11    defense not be permitted to engage in any cross-examine

12    inquiry into any pending investigations, as there no longer

13    is a pending investigation.

14              THE COURT:  Okay.

15              Mr. Monroe.

16              MR. MONROE:  That's my understanding of the Rules

17    of Evidence, that we're bound by -- I understand the Court's

18    reasoning as originally stated, but I think the government's

19    position is right here, that as much as it's a detriment to

20    the defense, we'd certainly like to delve into it, I think

21    the fact that what the government reports is accurate.

22    We certainly are a little suspicious of the timing, but, as

23    it is, I think the government's position is correct.

24              THE COURT:  All right.

25              MR. KELLY:  And then the last matter, Your Honor,

```
 1   just before Officer Rathbun takes the stand, just to,
 2   perhaps, pre-admit the remaining exhibits that we plan to
 3   get in through him.  We had notified defense counsel
 4   yesterday, I believe, of the exhibits that we plan to admit.
 5             THE COURT:  Before you do that, I'd like to get
 6   Mr. Douyon back in here since he's the one who tracks --
 7             MR. KELLY:  Yes, Your Honor.
 8             THE COURT:  -- the entry of exhibits more
 9   accurately than I do.
10             MR. KELLY:  Understood.
11             (Pause)
12             THE COURT:  Okay.  I'm told all the jurors are
13   here now, so we should be getting started at any moment.
14             COURTROOM DEPUTY:  Jury panel.
15             (Jury entered the courtroom.)
16             THE COURT:  All right.  Please be seated,
17   everyone.
18             Ladies and gentlemen, good morning and welcome
19   back.  I hope everybody had a nice evening.
20             All right.  So we are ready to get started this
21   morning with the government's next witness.
22             MR. KELLY:  Yes, Your Honor.
23             And just before we call Officer Noah Rathbun, as
24   to pre-admitting the exhibits that we anticipate putting in
25   through him, I just want to make sure we're on all fours
```

1    with these.

2           Several of the exhibits were admitted yesterday

3    through stipulation, Exhibit 708.  So I believe 204, 204.1

4    through 11, 204.13, 205, 206, 206.1 to 206.7, 207, 207.1 to

5    207.11, 208, 209 and 210 were all covered yesterday.

6           The only additional exhibits would be screenshots

7    from Exhibit 205, which I don't believe were admitted

8    yesterday.

9           THE COURT:  Right.

10          MR. KELLY:  So that would be Exhibits 205.1 to

11   205.5.

12          And then the only additional would be some

13   photographs and a couple of screenshots that have been

14   produced to the defense, exhibits 604 through 612.

15          THE COURT:  All right.

16          Any objection to any of that, Mr. Monroe?

17          MR. MONROE:  Judge, if I can just take a look at

18   604 through 610 real quick.

19          (Pause)

20          MR. MONROE:  No objections as proposed.

21          THE COURT:  Okay.

22          So all of the above mentioned exhibits by the

23   defense -- by the government, will be admitted over --

24   without objection from the defendant.

25                        (Government's Exhibits 604 through 612
                          received into evidence.)

```
 1
 2              THE COURT:  All right.  Mr. Kelly.
 3              COURTROOM DEPUTY:  Please raise your right hand.
 4              (Witness is placed under oath.)
 5              COURTROOM DEPUTY:  Thank you.  Please have a seat.
 6              THE COURT:  Good morning, Officer Rathbun.
 7              If you are comfortable with that mask off, you can
 8   take that off for your testimony.  We will get you some
 9   water and then we'll get started.
10                            -  -  -
11   NOAH RATHBUN, WITNESS FOR THE GOVERNMENT, SWORN
12                         DIRECT EXAMINATION
13                            -  -  -
14   BY MR. KELLY:
15        Q    Good morning.
16        A    Good morning, sir.  How are you?
17        Q    I'm fine.  Thank you.
18             Could you please start by introducing yourself to
19   the jury and spelling your first and last name for the
20   record.
21        A    Sure.
22             My first name is Noah, N-o-a-h.  And my last name
23   is Rathbun, R-a-t-h-b-u-n.
24        Q    Where do you work?
25        A    At the Metropolitan Police Department.
```

```
1        Q      What is your position with the Metropolitan Police
2   Department?
3        A      A police officer.
4        Q      How long have you been an officer with MPD?
5        A      Almost seven years.
6        Q      Officer Rathbun, what was your duty assignment
7   when you first joined MPD?
8        A      As a patrol officer in the Seventh District.
9        Q      What were some of your general duties as a patrol
10  officer in the Seventh District?
11       A      I would respond to police calls for service.
12  So when citizens call 911, police officers would show up and
13  I would respond to different assignments like traffic
14  complaints and arguments, sorts of police calls for service.
15       Q      Officer Rathbun, were you also assigned to an MPD
16  civil disturbance unit?
17       A      Yes.
18       Q      Is that also known as a CDU?
19       A      Yes.
20       Q      What sorts of things would you do as a member of a
21  civil disturbance unit?
22       A      We were typically given an assignment at the
23  beginning of our -- beginning of our shift to either post in
24  a certain area.  We would, you know, control traffic in
25  order for groups to engage in different sorts of activities.
```

1    So we would do mostly traffic control.

2         Q    What source of activities would a CDU unit

3    monitor?

4         A    So if there was a public event, like a

5    First Amendment demonstration or, you know, let's say a run

6    or, you know, marathon, half marathon, that kind of thing,

7    we would be posted up at different places in order to ensure

8    the safety of the participants and the public.

9         Q    And what was the primary purpose of the CDU

10   officers at those events?

11        A    Public safety, to manage the flow of traffic

12   around citizens, to monitor people in certain areas to make

13   sure there were no threats to citizens.

14        Q    Officer Rathbun, what is your current duty

15   assignment?

16        A    I'm an instructor at the Metropolitan Police

17   Academy.

18        Q    What types of things do you instruct on at the

19   academy?

20        A    Academic topics.

21             I teach the recruit officers the computer system

22   that we use to document reports and things.

23             There are other topics like, you know, traffic

24   safety, that kind of thing, academic topics.

25        Q    How long have you been an instructor at the

1    academy?

2         A    About six months.

3         Q    Officer Rathbun, I'd like to direct your attention

4    to January 6th of 2021.  Were you on duty that day?

5         A    Yes.

6         Q    What was your duty assignment on January 6th?

7         A    I was assigned to CDU 74, mountain bike unit.

8         Q    Around what time did you start your shift that

9    day?

10        A    It was the earlier shift.  I don't recall exactly

11   what time, maybe 8 or 9.

12        Q    In the morning?

13        A    Yes.

14        Q    And where was your unit assigned?

15        A    We were assigned to be near the White House,

16   I think, New York and 14th or 15th, that area.

17        Q    Why was your unit assigned to be near the

18   White House on the morning of January 6th, 2021?

19        A    We were told it would be a First Amendment

20   demonstration on the mall and then we were supposed to be on

21   standby to assist if necessary.

22        Q    Did you know what the First Amendment

23   demonstrations were going to be about?

24        A    A rally, political rally.

25        Q    Did you have any sense of what the political rally

1   was about?

2        A     Yes, it would be in order to demonstrate for the

3   certification of the Electoral votes.

4        Q     Had you worked other political demonstrations

5   before January 6th, 2021?

6        A     Yes.

7        Q     What were your specific duties on January 6th?

8        A     The same as a typical CDU assignment.

9              So we had our mountain bikes with us and we were

10  supposed to be on stand-by in order to be deployed when

11  necessary to focus on the White House and the mall.

12       Q     Officer Rathbun, sometime that afternoon around

13  1:00, did you hear over the MPD radio channel that

14  assistance was needed at the U.S. Capitol building?

15       A     Yes.

16       Q     Had you been expecting to go to the U.S. Capitol

17  building that day?

18       A     No.

19       Q     Before that day, had you ever even set foot on the

20  U.S. Capitol grounds?

21       A     Not that I recall, no.

22       Q     What did you do when your unit received the call

23  to respond to the U.S. capitol?

24       A     We were sitting in our police cars so the unit

25  that I was assigned to responded to the western side of the

 1   Capitol near the botanical gardens.

 2       Q    Do you recall approximately what time it is that

 3   your unit arrived at the Capitol grounds?

 4       A    1:30, around 1:30.

 5       Q    Officer Rathbun, sometime around when you arrived

 6   at the Capitol grounds, was a riot declared?

 7       A    Yes.

 8       Q    What does it mean for a riot to be declared?

 9       A    That means that there are a group of individuals

10   who are demonstrating violent behavior or the likelihood of

11   violent behavior.

12       Q    In your years with MPD, had a riot ever been

13   declared before to your knowledge?

14       A    Not that I'm aware of.

15       Q    Officer Rathbun, with as much detail as you can

16   remember, could you tell the members of the jury what it was

17   like as you first approached the Capitol grounds?

18            THE COURT:  Mr. Kelly, can I just --

19            Officer Rathbun, you've got a little bit of a soft

20   voice.  I'm going to ask you to keep your voice up and speak

21   into the microphone.  Thank you.

22            THE WITNESS:  Yes, Your Honor.

23            When we approached the Capitol initially, there

24   was one of our supervisors there, we parked our cars, we

25   were told to get our helmets on.  And we were told to leave

1    our mountain bikes with the vehicles because we would not

2    need them.   We were told to walk up the sidewalk by the

3    botanical gardens and towards Capitol officers that were

4    standing near the western terrace of the Capitol building.

5              So, as we approached, it was very chaotic.   You

6    know, there were a lot of people yelling things, shouting

7    things, a lot of people around mostly on the mall and around

8    the Capitol building, but there were also some people that

9    were kind of off to the side on the sidewalk.   There just

10   seemed to be people everywhere, a lot of noises coming from

11   the western side of the Capitol.

12   Q    What was the general demeanor of the crowd as you

13   first arrived at the Capitol grounds?

14   A    Generally, it was hostile.

15             I say that because there were a lot of people

16   yelling things that were obscene, you know, a lot of

17   political comments, a lot of politically oriented comments

18   towards me and other officers as we approached the Capitol.

19             We could hear people yelling and screaming.   We

20   could hear loud bangs and noises coming from the western

21   side.   We can kind of see some plumes of smoke coming up

22   from the -- that portion of the Capitol building.   And it

23   just seemed a lot of chaos.

24   Q    Could you smell anything in the areas as you

25   approached the Capitol grounds?

```
 1        A       Yes.

 2        Q       What did you smell?

 3        A       Irritants that we use for crowd control.

 4        Q       Officer Rathbun, where was your unit directed to

 5   go when you first arrived to the Capitol grounds that day?

 6        A       The western side of the Capitol in the lower

 7   terrace.

 8        Q       Is it fair to call that the lower West Terrace

 9   just for --

10        A       Yes.

11        Q       Do you recall who directed -- not a specific

12   person but just in general, who directed your unit to go to

13   the lower West Terrace?

14        A       Initially, there were -- one of our higher level

15   supervisors was there and he directed us to reinforce the

16   line.  And then as we got closer to the building on the

17   approach, there were Capitol officers there that kept

18   telling us to, you know, move in front, move in front, and

19   reinforce the Capitol officers that were already there.

20        Q       So is it your understanding you were directed to

21   reinforce the perimeter at that time?

22        A       Yes, at the bike racks.

23        Q       And I think you just said, were there already U.S.

24   Capitol Police officers stationed there, the bike rack line,

25   when you arrived?
```

```
 1        A      Many of them, but I feel like it was mostly MPD.

 2        Q      Why did officers form a perimeter at the lower

 3   West Terrace?

 4        A      My understanding is that they were protecting the

 5   entrances to the western side of the Capitol building in

 6   order to keep members of the crowd outside the building.

 7        Q      Do you know if members of Congress were meeting

 8   inside the Capitol building at that time?

 9        A      Yes.

10        Q      Did you understand one of your duties to be to

11   protect the members of Congress who are inside the building?

12        A      Yes.

13        Q      Officer Rathbun, and not looking for an exact

14   number here by any means or even a number at all, but how

15   big was the crowd when you first took your position at the

16   lower West Terrace police line?

17        A      It was a very, very large crowd.

18               As we approached, I couldn't get a sense of the

19   entire size of the crowd.

20               As we entered the lower West Terrace there, you

21   couldn't see where it ended, it was just kind of a sea of

22   people.

23        Q      In your years with Metropolitan Police Department,

24   had you ever seen a crowd that large before?

25        A      No.
```

1    Q    I'm sorry, did you say --

2    A    No.

3    Q    At the time that you took your position at the

4  lower West Terrace perimeter, what was the crowd's general

5  demeanor there?

6    A    They were hostile.  They were aggressive,

7  especially the first portion that I walked past.  There were

8  people grabbing sections of fencing, pulling it into the

9  crowd.  There were people that were actively engaged with

10  other officers that were there.

11    Q    Were people saying anything to the officers?

12    A    From what I could hear, they were saying a lot

13  of -- you know, pretty terrible things, mostly politically

14  motivated.

15    Q    Do you recall any of the sorts of things that they

16  were saying?

17    A    You know, this is our House.  You don't belong

18  here.  You're in our way.  Quit your job.  You know, it was

19  strange because a lot of them were holding, like, FOP flags,

20  police supportive flags, but the things that they were

21  saying clearly were very hostile, so there were a lot of

22  threats.  And, you know, a lot of disturbing things.

23    Q    Were members of the crowd throwing things at the

24  officers?

25    A    Yes.

1     Q    What sorts of things were they throwing?

2     A    I remember specifically like pieces of wood,

3  sections of boards.  There were glass bottles.  You can see

4  them flying past you and landing on the ground behind you.

5          There were, you know, also plastic bottles, those

6  sorts of things but there were a lot of objects that --

7  where we were being held to it.

8     Q    Officer Rathbun, in your years with the

9  Metropolitan Police Department, had you ever encountered a

10 crowd that was that hostile towards police before?

11    A    No, not at that level.  I mean, hostile crowds,

12 yes, but not at that level.

13    Q    Did you have any sense of what the crowd was angry

14 about based on the things they were saying to the police?

15    A    They seemed to be mad about the process that was

16 taking place in the Capitol building, about the

17 certification process.

18    Q    Officer Rathbun, I think a couple of times you've

19 mentioned some fencing.  Could you tell the jury, was there

20 any kind of barrier to assist the police in establishing the

21 perimeter at the lower West Terrace?

22    A    Yes, there was some metal fencing that was set up.

23 We refer to them as bike racks.  Typically they're set up in

24 order to kind of guide pedestrians through crosswalks or,

25 you know, guide people through, you know, I would say, you

1    know, like, maybe an amusement park or something, keep

2    people formed into lines.

3         Q    What were the bike racks made of?

4         A    They were metal.

5         Q    About how tall were the bike racks?

6         A    Maybe chest high, maybe about as high as my chest.

7         Q    Where you were standing at the police line, were

8    the bike racks anchored to the ground in any way?

9         A    No.

10        Q    Were the bike racks even connected to one another?

11        A    Some of them may have been, not the ones that I

12   had observed, no.

13        Q    Officer Rathbun, when you took your position there

14   at the police line, what kind of gear were you wearing?

15        A    I was wearing a ballistic helmet.  It's a helmet

16   that we use to protect ourselves from objects.  It's kind of

17   like, looks like a Darth Vader helmet with a face mask.

18        Q    Other than the ballistic helmet, were you wearing

19   any other special protective gear?

20        A    Soon after we arrived, I put on a gas mask.

21        Q    Did you have any protective gear on other than

22   helmet and the gas mask?

23        A    Just the vest that I'm wearing right now.

24        Q    And is that just your typical police uniform?

25        A    Yes.

1    Q    Were you wearing any gloves, Officer Rathbun?

2    A    Yes, initially.

3    Q    What kind of gloves were they?

4    A    They were cloth gloves.  They were mechanic's

5  brand gloves.  They're just gloves that you would use to

6  work on a vehicle or kind of repairs or that kind of thing.

7    Q    Were those gloves some hard gloves or reinforced

8  gloves?

9    A    They were just soft cloth gloves.

10   Q    Officer Rathbun, what did you do after you took

11  your position there at the police line?

12   A    I was directed to reinforce the line.  So, you

13  know, I stood at the bike rack, I had my foot on the bottom

14  portion of it and my hand on the top portion, and, you know,

15  I was monitoring the crowd.

16   Q    I'm going to put up on your screen,

17  Officer Rathbun, what's been admitted as Government's

18  Exhibit 206.1.

19        And, Officer Rathbun, you actually do have a

20  working touchscreen now, thankfully.

21        So could you tell the jury what it is that we're

22  looking at in Government's Exhibit 206.1?

23   A    Yes.  So this is the lower West Terrace.  This is

24  the lower West Terrace of the Capitol building.  And there

25  is -- I believe that's referred to as a media scaffolding

 1    there.  So this would be the police perimeter that we set up

 2    at the bike racks.

 3         Q    Is that scaffolding what you're talking about in

 4    the center of the screen there the tall white structure?

 5         A    Yes, sir.

 6         Q    Using the touchscreen, Officer Rathbun, do you see

 7    yourself in Government's Exhibit 206.1?

 8         A    Yes.

 9         Q    Could you please -- you can literally just circle

10    yourself on the screen or put a dot.

11         A    (Witness complied.)

12         Q    Just for the record, you circled the officer in a

13    sort of lower right-hand portion of the screen, the only one

14    in that area wearing a yellow colored jacket, I suppose.

15         A    Yes.

16         Q    Was that yellow jacket part of your typical CDU

17    uniform as well?

18         A    That's a safety jacket we wear whenever we use the

19    mountain bikes.

20         Q    Is that like a reinforced or hard jacket?

21         A    No, it's just a single layer of cloth.

22         Q    Officer Rathbun, could you just sort of, if you

23    see -- can you see any sections of bike racks in

24    Government's Exhibit 206.1?

25         A    Yes.

1    Q    Could you, please, maybe just circle a portion of

2  bike racks just so the jury can see what we're talking

3  about?

4    A    This would be a section of the bike rack here and

5  you can see it kind of extends to the left and to the right.

6    Q    Okay.

7         And just for the record, you circled a section of

8  bike rack to the left of where you indicated yourself

9  before, and then drew a line sort of across the middle

10 showing the police line.

11        Officer Rathbun, sort of from the left to the

12 right of the screen, can we see the police line extending

13 the entire length of that shot?

14   A    For the most part, yes, you can see it extend to

15 the left there.

16   Q    Officer Rathbun, where would the Capitol building

17 be in relation to where you were standing in this

18 photograph, in this screenshot?

19   A    It's just to the left of me.  So if you were

20 looking at a clock, this would be to the, I think, the 7:00

21 portion, the 7- or 8:00 portion.

22   Q    So is it fair to say this moment in time the

23 Capitol building was more or less to your back?

24   A    Yes.

25   Q    Do you see any U.S. Capitol Police officers to

1    your left or right on the screen there?

2         A    Yes.

3         Q    Would you say the majority of the officers to your

4    left and right at this point were U.S. Capitol Police?

5         A    Yes.  I sort of drew over most of the back of

6    their uniform there, but they were mostly Capitol Police.

7         Q    And were there still some -- a few MPD officers

8    there as well at that point?

9         A    Yes.

10        Q    Officer Rathbun, to the extent you can recall,

11   what were you thinking as you stood there facing that crowd?

12        A    Overwhelmed.

13             You couldn't really see the back of it.  You know,

14   a lot of people were, you know, like I mentioned earlier,

15   they were pretty hostile.  They were above us, as you can

16   see, on the scaffolding.  They were to the left and to the

17   right.  Many of them were behind us.

18             So it was a scary moment.

19        Q    What was scary about it?

20        A    I think how easily it would have been to be

21   overcome by members of the crowd.

22             You know, the bike racks, they weren't secure,

23   most of them weren't linked together.  The one that I was

24   standing in front of was not linked together.

25             Yeah, there were people everywhere.  It just

```
1    seemed like the temperature or the tension is just very

2    quickly rising as we were standing there.

3             And we didn't have many options, from what I was

4    aware of.

5        Q    What did you think would happen if the crowd

6    decided to try and breach that perimeter there?

7        A    I don't know, but I'm sure it would -- I was

8    pretty concerned.

9             I don't know -- I don't know what would have

10   happened.

11       Q    Officer Rathbun, do you recall about how long it

12   is you remained posted there at the lower West Terrace

13   perimeter?

14       A    About an hour.

15       Q    During that first hour or so, were you and the

16   other officers more or less able to maintain the perimeter

17   there?

18       A    Yes.

19       Q    Officer Rathbun, you just said you were there for

20   about an hour so I'd like to direct your attention to about

21   an hour after you arrived, which would have been around 2:30

22   p.m.

23            Do you recall around then if anyone approached you

24   from the crowd?

25       A    Yes.
```

1    Q    Was that the first time you remember seeing that

2    person?

3    A    Yes.

4    Q    Did anything about that person draw your attention

5    to them?

6    A    Yes, there were several things.

7    Q    What drew your attention to that person?

8    A    When he initially approached the crowd, he had

9    appeared to push other people out of the way, other members

10   of the crowd.

11         As he approached, he was looking right at me,

12   pointed right at my chest, started yelling -- you know,

13   started yelling a lot of things, told me -- you know, so

14   you're a Communist bastard; said, you know, you're going to

15   do this to a Marine.  He had a flagpole in his hand with a

16   flag from it, a Marine Corps flag.

17         Told me to take my shit off, which is always

18   concerning.

19   Q    I'm going stop you there.

20         Why is "take your shit off" always concerning?

21   What does that mean to you?

22   A    That's what people say when they want to fight.

23   It's very common.

24   Q    It's common in your role as a police officer?

25   A    In my experience, yes.

1      Q    In your experience, when someone says "take your

2  shit off" to you as a police officer, are those fighting

3  words?

4      A    Yes.

5      Q    Could you see what the flagpole was made of?

6      A    Metal.

7      Q    Did it concern you at all that the person, that

8  the man who approached you was carrying a flagpole?

9      A    Yes.  Anyone that appears that hostile holding an

10  object, you're always concerned that that could be used.

11      Q    Used in what way?

12      A    As a weapon.

13      Q    Did you view that flagpole as a potential danger?

14      A    Yes.

15      Q    Officer Rathbun, were you wearing a body-worn

16  camera on January 6th, 2021?

17      A    Yes.

18      Q    Where was the body-worn camera positioned on your

19  body that day?

20      A    It's mounted right here on the center of my chest.

21      Q    Did you activate your body-worn camera when you

22  arrived at the Capitol?

23      A    Yes.

24      Q    Officer Rathbun, I'm going to pull up your

25  body-worn camera footage, which has already been admitted as

```
 1    Government's Exhibit 204.  And I'll pause it here at the

 2    beginning.

 3                (Video played)

 4    BY MR. KELLY:

 5        Q    Officer Rathbun, just so you know, the jury has

 6    already seen this video a couple of times.  I'm going to

 7    play it again once now with you on the stand, all the way

 8    through, and then I'm going to go back and ask you some

 9    follow-up questions about it.  Okay?

10        A    Yes, sir.

11                (Video played)

12    BY MR. KELLY:

13        Q    I'm stopping Exhibit 204 using -- I'll be using

14    the time stamps in the upper right-hand corner.  So this is

15    14:29:10.

16                Officer Rathbun, now that I've played that minute

17    or so, I'm going to go back and just play certain portions,

18    and then just ask you to describe what's happening in your

19    own words.

20                So playing from the beginning and I'm just going

21    to play the first few seconds here.

22                (Video played)

23    BY MR. KELLY:

24        Q    Officer Rathbun, do you see the person in the red,

25    white, and black jacket there in the center of the screen?
```

1        A      Yes.

2        Q      Is that the person who you described before as the

3    one who approached you from the crowd?

4        A      Yes.

5        Q      And was this when you first saw that person?

6        A      Yes.

7        Q      What, if anything, could you see under his jacket

8    at this point?

9        A      I can see he had some gloves under his jacket.

10   At this moment, that's all I could see.  I was focused on

11   his flagpole.

12       Q      And, sorry, just for the record, I had paused it

13   at 14:28:27.

14              Officer Rathbun, and I can go back and play it

15   again if you need me to.  In fact, I will.  If you could pay

16   attention to your left hand, and then I'm going to ask you a

17   question about that.  So going back to the beginning and

18   then I'll stop again at 14:28:27.

19              (Video played)

20   BY MR. KELLY:

21       Q      Officer Rathbun, what were you doing with your

22   left hand there?

23       A      With the way he approached the gate, the bike

24   rack, I wanted to kind of wave him off, kind of make sure it

25   was a visible signal, that that was a perimeter he was not

1    supposed to pass, and that was the most I could do at the

2    time to try to, you know, signal to him that, you know,

3    I needed him to back up because he had reached over the

4    perimeter of the bike rack.

5         Q    And I'm going to play just another few seconds

6    now.  And, again, if you could just sort of focus on your

7    left hand, starting at 14:28:27.

8              (Video played)

9    BY MR. KELLY:

10        Q    Officer Rathbun, what were you doing with your

11   left hand in the four seconds that we saw just now?

12        A    I pushed him away from the bike rack.  I tried to

13   create some distance between he and the perimeter.

14        Q    And I saw you were just sort of reaching out with

15   your left hand with it open.  Is that generally the same

16   motion that you were making in relation to the person then?

17        A    Yes.

18        Q    I'm going to play from 14:28:31, just about four

19   seconds, and for this one, if you could sort of pay

20   attention to what the person is saying to you.

21             (Video played)

22   BY MR. KELLY:

23        Q    What did the person just say to you,

24   Officer Rathbun?

25        A    He said, "Take your shit off."

1        Q     And I think you've already testified what

2    "Take your shit off" means to you as a police officer.

3        A     Yes, it's trying to get me to fight.

4        Q     I'm going to just frame forward now, frame by

5    frame, Officer Rathbun.  And if you could please pay

6    attention to what the person does with his right hand as I'm

7    framing forward from 14:28:35.

8              (Video played)

9    BY MR. KELLY:

10       Q     Officer Rathbun, stopping at 14:28:36, what did

11   the person do with his right hand just now?

12       A     He grabbed ahold of the bike rack and pushed it

13   into me.

14       Q     What did you think about that?

15       A     That was very concerning to me because, you know,

16   now he is engaging in physically aggressive behavior,

17   assaultive behavior, and that was very, very concerning to

18   me because that section of fence, as you can see, it's not

19   linked together at all.  So it just -- you know, he pushes

20   it and it just slides back on the concrete.

21             And I had my hand on it trying to hold it earlier

22   but I took it off for some reason.

23       Q     Going to frame forward now from 14:28:36 and if

24   you could keep your eyes on the person's right hand.

25             At this moment, still at 14:28:36, has he taken

```
 1   his hand off of the bike rack, Officer Rathbun?
 2        A    Yes.
 3        Q    I'm going to continue framing forward.
 4             (Video played)
 5   BY MR. KELLY:
 6        Q    Officer Rathbun, what is he doing with his right
 7   hand now at 14:28:37?
 8        A    He repeated his actions as just a moment before
 9   that and pushed the bike rack into me again.
10        Q    Were you concerned that the bike rack was going to
11   come apart at that point?
12        A    Yes.
13        Q    Or I should say, were you concerned that the
14   barrier that was there was going to be taken down at that
15   point?
16        A    Yeah.  I was concerned that that portion of the
17   perimeter would have been compromised and just pushed down
18   and everyone would have been able to come forward.
19        Q    I'm going to keep framing forward at 14:28:37, and
20   now if you could please pay attention to your left hand.
21        A    Okay.
22             (Video played)
23   BY MR. KELLY:
24        Q    Stopping at 14:28:37, Officer Rathbun, what are
25   you doing with your left hand there?
```

1        A       I had made contact incidentally with his face.

2     My hand was open, trying to push him back.  And as I move

3     forward to push him away and he moved forward, my hand had

4     come past his sleeve and hit his face.

5        Q       Why were you trying to push him back?

6        A       Because I was trying to maintain that perimeter,

7     that section of the bike rack.

8                And he had already at this point pushed the bike

9     rack into me twice, and I knew there was really nothing that

10    was going to prevent everyone from flowing through it at

11    that point.

12       Q       Were you using an open hand when you made contact

13    with the person?

14       A       Yes.

15       Q       Why did you use your open hand?

16       A       Because that's what we're taught to do during CDU

17    in order to control crowds, to, you know, push people back

18    in kind of a display of -- in order to display -- you know,

19    just like a traffic safety officer would do if they were

20    controlling traffic at an intersection, they would have

21    their hand open toward traffic, just to try to move people

22    away from the perimeter.

23       Q       Was this the only time that you made contact with

24    the person's face?

25       A       Yes.

```
 1        Q    Did you ever punch the man?

 2        A    No.

 3        Q    Did you ever even use a closed fist?

 4        A    No.

 5        Q    Did you use any equipment against him such as a

 6   baton or crowd control spray?

 7        A    No.

 8        Q    I'm going to play now from 14:28:37 and it's going

 9   to go fast.  So if you could focus on what the person in the

10   jacket does.

11             (Video played)

12   BY MR. KELLY:

13        Q    What did the person do just now?

14        A    He had taken the metal pole.  He had used it as a

15   weapon, and, you know, held it back and struck towards me

16   several times and officers standing next to me in a chopping

17   motion.

18             He had hit the fence, you could hear it hit the

19   fence.  That was that loud metal sound that you heard.

20             And then our perimeter had to take a step back.

21        Q    Did it seem like he was trying to hit you with a

22   flagpole?

23        A    Yes, he did.

24        Q    How hard was he swinging it?

25        A    It looked to be pretty hard.
```

 1      Q    I'm going to play from 14:28:42; and, again, it's

 2 going to go quick and be somewhat chaotic, so I'm going to

 3 ask you to explain to the jury what it is that we're seeing

 4 here, I'll play about seven seconds now.

 5           (Video played)

 6 BY MR. KELLY:

 7      Q    Officer Rathbun, what just happened in the seven

 8 seconds we saw?

 9      A    The sections of the bike rack had come apart;

10 we were not able to hold them together.  So then the crowd

11 started moving forward.

12           The individual here in the red jacket, he also

13 started to move forward.  He ran up to me.

14      Q    I'll stop you there actually, because I'm going to

15 play that here in a moment.

16           But -- and I can play it again, but what's on this

17 sort of, like, lower right-hand middle portion of the screen

18 there?  Do you see that object?

19      A    Yes, I have the weapon now.

20      Q    How did you get the weapon?

21      A    I took it from him.

22      Q    Is that what we just saw in the last few seconds?

23      A    Yes.

24      Q    I think you said at this point the bike racks had

25 come apart.

1          At this time, had the perimeter been breached by

2     the crowd?

3          A    Yes.

4          Q    Did it appear to you that the actions of the

5     person in the red, white, and black jacket helped to cause

6     the perimeter to collapse at that point?

7               MR. MONROE:  Objection.

8               THE COURT:  It's overruled.

9               THE WITNESS:  Yes.

10    BY MR. KELLY:

11         Q    What were you and the other officers doing once

12    the perimeter collapsed?

13         A    Once we realized that, you know, we had no more

14    control over the bike racks, we all tried to step back and

15    regroup.

16         Q    Were you retreating from the crowd at that point?

17         A    Yes.

18         Q    I'm going to play about another five seconds,

19    starting from 14:28:49.

20               (Video played)

21    BY MR. KELLY:

22         Q    Stopping at 14:28:54, Officer Rathbun, what did we

23    just see?

24         A    The man that had assaulted me earlier, he squared

25    up with me, he began running towards me with his arms --

```
1   with his arms up and his fists clenched towards of center of

2   his chest, and he knocked me down.

3       Q    Officer Rathbun, I'm going to play about another

4   eight seconds, and, again, it will be chaotic, and at the

5   end I'm going to ask you to tell the members of the jury

6   what was happening.

7            (Video played)

8   BY MR. KELLY:

9       Q    My apologies.  It was going so well until now.

10           Stopping at 14:29:02, Officer Rathbun, what

11  happened to you after the man knocked you to the ground?

12      A    I was trying to get up.  He grabbed my helmet and

13  started pulling me forward.  And this was a difficult time

14  for me because the chin strap of my helmet, you know, with

15  my helmet on and the gas mask, the chin strap was across my

16  throat.  So I was not able to breathe at that moment, as he

17  was pulling it forward.  Then he pushed me back on the

18  ground and got on top of me.

19      Q    Did the man ever grab at your gas mask,

20  Officer Rathbun?

21      A    Yeah, he tried to pull it off my face.

22      Q    What happened when he tried to pull the gas mask

23  off of your face?

24      A    We were struggling there.

25           The gas mask had been pulled down.  It has a large
```

1    filter on the outside.  And the gas mask, the bottom lower

2    chin portion was pressing against my throat as he pulled the

3    gas mask down.  And, you know, we struggled there for a

4    moment.  I struggled to get him off of me.

5         Q    Were you exposed to the gas in the air when he

6    pulled the mask off of your face?

7         A    Yes.

8         Q    What did that feel like?

9         A    It burnt my throat and my nose.  And then when the

10   gas mask kind of snapped back on, all that gas remained in

11   my mask.

12        Q    Did that make it difficult for you to breathe?

13        A    Yes.

14        Q    Do you feel if anyone else was hitting you while

15   you were on the ground underneath the person here?

16        A    I feel like I was being kicked while I was on the

17   ground.

18             I mean, I know there were a lot of people standing

19   around, but I'm not sure who was doing it.

20        Q    Officer Rathbun, what was going through your mind

21   while all of that was happening to you?

22        A    Not good things.  That's not a position that

23   anyone wants to be in.

24             And, you know, I knew that we had lost the

25   perimeter at that point, because of the bike racks coming

1  down.  And I couldn't see any officers in the area, so I was

2  scared.

3       Q    I'm going to play now from 14:29:02 for about

4  20 seconds or so, and then I'll pause it again.

5            (Video played)

6  BY MR. KELLY:

7       Q    Pausing it at 14:29:24, Officer Rathbun, I mean,

8  we can see, but were you able to get back on to your feet by

9  this point?

10      A    Yes, I was.  I was able to stand back and -- I was

11 in pretty bad shape because I was having a hard time

12 breathing, so I had to fall back.

13           So I fell back with the other officers.  And this

14 portion of the lower West Terrace, there's a wall there, so

15 we had -- we were backed up against the wall trying regroup.

16      Q    I'm going to play about another 13 seconds and

17 then pause.  So from 14:29:24.

18           (Video played)

19 BY MR. KELLY:

20      Q    Pausing at 14:29:37, Officer Rathbun, so by this

21 point, I think you said, had you and some of the other

22 officers retreated back from the broken perimeter to that

23 wall you just mentioned?

24      A    Yes.

25      Q    I'm going to frame forward.

```
 1              Stopping at 14:29:38, do you see the person who
 2    attacked you on the screen there, Officer Rathbun?
 3        A    Yes.
 4        Q    Could you please point out where that person is
 5    just for the members of the jury?
 6        A    (Witness complies.)
 7        Q    And just for the record, you've circled the man in
 8    the top middle portion of the screen.  You can see wearing a
 9    jacket, at least in that picture, with at least some red and
10    black and maybe a little bit of white there.
11              Officer Rathbun, did you ever say anything to
12    encourage that man to attack you, to fight you?
13        A    No.
14        Q    Did you ever make any gestures towards that man to
15    encourage him to fight you?
16        A    No.
17        Q    Would it have been a mistake for you to get into a
18    fight with that man?
19        A    Yes.
20        Q    Why would that have been a mistake?
21        A    Our objective there was to prevent people from
22    entering the building.  So by inviting people to cross the
23    police line, that would have compromised our, you know,
24    little bike rack perimeter and -- and that's not what we
25    were there to do.
```

1    Q    Bear with me for one moment here.

2         I wanted to put up on your screen what's been

3    admitted as Government's Exhibit 611.

4         Officer Rathbun, I know we've been watching your

5    body-worn camera video up to this point.  Do you know if

6    there were any other videos or photographs taken of what

7    happened at the Capitol that day?

8    A    Yes.

9    Q    And have you had a chance to review or to look at

10   some of those photos and videos?

11   A    Yes.

12        MR. KELLY:  If you could publish 611, please.

13   Thank you.

14   BY MR. KELLY:

15   Q    Officer Rathbun, Government's Exhibit 611, could

16   you tell the jury -- the jurors what we're looking at here?

17   A    So this is the point where I had been knocked to

18   the ground.  There is the weapon that the man in the jacket

19   there had used initially.

20        I was down on the ground.  And at this point, he

21   had taken hold of my gas mask and was trying to pull it off.

22   So that's me, that's 3855.

23   Q    And I'm going to pull up Government's Exhibit 612

24   now.

25        Officer Rathbun, what are we looking at here in

1    Government's Exhibit 612?

2         A     This is just a moment later; this is me on the

3    ground on my back and people are walking past me and I'm

4    trying to get him off of me.

5         Q     Officer Rathbun, did you suffer any injuries as a

6    result of the attack we've been discussing?

7         A     Some bruising and abrasion on my knee.

8         Q     Did you ever take any photographs of the bruising

9    and abrasions?

10        A     I did a few days later.

11        Q     I'm going to pull up Government's Exhibits 604 to

12   610.  604 should be on your screen.  These have previously

13   been admitted.

14              Officer Rathbun, is this one of the photographs

15   that you took a few days after January 6th?

16        A     Yes.

17        Q     Could you just -- and you can probably, I think,

18   just use the touchscreen here on each of these photos, just

19   starting with 604.  Could you indicate where, if anywhere,

20   we can see the injuries in this photo?

21        A     (Witness complies.)

22        Q     Just for the record, I think you circled what

23   appears to be some -- is that bruising that you circled

24   there on your knee?

25        A     Yes.  That's a portion of my knee and my calf.

1    Q    Okay.  This is Government's Exhibit 605.  Could

2  you indicate any injuries or -- that we see there?

3    A    Yes, this is the -- my shin.

4    Q    And is that also bruising that you circled there

5  in the center portion of your shin?

6    A    Yes.

7    Q    This is Government's Exhibit 606.  Same thing, if

8  you could just indicate any injuries that we can see.

9    A    That's on my calf.  That's bruising on my calf.

10    Q    607.

11    A    Can you turn that back to the last image, please?

12    Q    Yes.  This is 606.

13    A    Okay.

14         And that's the one I had just --

15    Q    Yeah, you just did 606.

16         Other than the bruising, do you see any other

17  abrasion or injuries on your leg there?

18    A    No.

19    Q    So now moving to Government's Exhibit 607, if you

20  could do the same and just indicate any injuries there.

21    A    Yes, that's bruising on my calf.

22    Q    This is Government's Exhibit 608.  If you could

23  please do the same and indicate any injuries that you

24  suffered.

25    A    This is the abrasion I referenced, and that's some

1     more bruising on the side of my knee.

2          Q    And the abrasion, I think I can we -- just for the

3     record, that's in the center of your knee.

4               Government's Exhibit 609, same thing, just if you

5     could indicate what injuries we can see there.

6          A    That's the bruising and the abrasion on my knee.

7          Q    And then finally, Officer Rathbun, this is

8     Government's Exhibit 610.  Could you please indicate any

9     injuries there.

10         A    That is bruising on my left forearm.

11         Q    Now, moving beyond what we've been discussing so

12    far today, Officer Rathbun, did you suffer any other

13    injuries while you were at the Capitol on January 6th, 2021?

14         A    Yes.

15         Q    What other injuries did you suffer that day?

16         A    I had a laceration to my right index finger at the

17    first knuckle, and that it had been cut open in the Rotunda.

18         Q    So in the Rotunda, was that inside the Capitol

19    building?

20         A    Yes, sir.

21         Q    How was your hand injured inside the Rotunda?

22         A    As we were attempting to push the crowd out of the

23    Rotunda, there was -- there were a lot of people in there.

24    And as we were trying to move them out, there was a man with

25    a fiberglass, looked like a tent stake, like something you

```
 1    would use to prop up a camping tent, and he was using it as
 2    some kind of a flagpole.  So as we were trying to push them
 3    out, I had grabbed hold of it during the attempt to get them
 4    to evacuate the Rotunda, and it had broken, and it had
 5    splintered, and then, as it broke, the man who was holding
 6    it pulled it away and the fiberglass tore through my finger.
 7         Q    You say "tore through" your finger.  Was it a
 8    serious cut?
 9         A    Yes.
10         Q    Were you bleeding when your hand was cut?
11         A    Yes.
12         Q    Did that injury to your hand have anything to do
13    with the earlier incident with the man who attacked you with
14    the metal flagpole at the lower West Terrace?
15         A    No.
16         Q    What did you do immediately after your hand was
17    cut inside the Rotunda?
18         A    I didn't realize it at first.  As we continued to
19    push people back, I realized that there was blood all over
20    the palm of my hand.  So I had turned around and asked for
21    help from a Capitol officer, and he had a first aid kit and
22    he was able to give me a bandage.  So he directed me out
23    to -- back out to the lower West Terrace.  And he had told
24    me there was a supervisor out there who could call an
25    ambulance for me or take me to the ambulances.
```

```
 1        Q    Were you taken to an ambulance at that point?

 2        A    Yes, they took me to Howard.

 3        Q    Howard Hospital?

 4        A    Yes, I'm sorry.  They took me to Howard Hospital.

 5        Q    In an ambulance?

 6        A    Yes, sir.

 7        Q    Did you report the injury to your hand to your

 8   supervisor?

 9        A    Yes.

10        Q    Once you arrived at Howard Hospital, what, if any,

11   medical treatment did you receive for the cut to your hand?

12        A    I received stitches.  I think there were eight or

13   nine stitches.  I believe there were nine.

14        Q    Were you able to return to the U.S. Capitol

15   building that day after your hand was cut?

16        A    No, sir.

17        Q    Did you have to take any medical leave as a result

18   of the cut to your hand?

19        A    Yes, I requested a return a day before

20   inauguration, but I was at home during that time.

21        Q    Did that medical leave have anything to do with

22   the bruising and abrasions from the earlier incident that we

23   talked about before?

24        A    No.

25        Q    Did you ever have to receive any medical treatment
```

1    for that earlier injuries?

2         A    No, they went away on their own.

3         Q    When you reported the injury to your hand to your

4    supervisor, did you also report the earlier incident with

5    the person with the metal flagpole?

6         A    I don't recall.  I was told that everyone's BWC --

7    or everyone's camera from that day would be reviewed.

8         Q    I'm sorry, you say you don't recall.  So you don't

9    recall -- I'm sorry.  Could you clarify?  Did you report

10   what happened earlier in the day when you reported the

11   injury to your hand?

12        A    No.

13        Q    Why didn't you report what happened earlier in the

14   day with the person in the red, white, and black jacket?

15        A    I was worried about my hand.  I was lucky --

16   I felt like I was lucky not to be injured further than just

17   my hand injury.  I know there were a lot of other officers

18   injured, and, you know, I didn't really understand the full

19   scope of the incident.  But at that time, you know, it

20   didn't seem like something reportable to me.

21        Q    When you say you didn't understand the full scope

22   of the incident, could you just elaborate on that a little

23   bit?

24        A    Well, a lot of officers were injured that day, and

25   we found that -- pretty quickly after that that injured --

1    other injured -- I'm sorry.  There were some officers that

2    had died, so I didn't feel like me being pushed to the

3    ground and the collapse of the gates was as meaningful as

4    the other things that had happened, but I was assured that

5    our cameras would be reviewed and investigated as

6    appropriate.

7         Q    Officer Rathbun, a few days after January 6th,

8    were you contacted by MPD Detective Jonathan Lauderdale?

9         A    Yes.

10        Q    Why did he contact you?

11        A    He contacted me, we spoke by phone about the

12   assault with the man in the red, white, and black jacket.

13        Q    Did you also discuss the injury to your hand

14   inside the Rotunda?

15        A    Yes, that's why I thought he called me.

16        Q    When you talked about the earlier incident with

17   the man in the red, white, and black jacket, did you tell

18   him the truth about what had happened that day?

19        A    Yes.

20        Q    Were you also interviewed by an FBI Special Agent

21   as part of the government's investigation into the earlier

22   incident at the lower West Terrace?

23        A    Yes, shortly after my interview with Detective

24   Lauderdale, I was interviewed.

25        Q    To the best of your recollection, did you tell the

1 | truth to the Special Agent when you were interviewed about

2 | that incident?

3 |     A    Yes.

4 |     Q    I'm now going to show you what's previously been

5 | admitted as Government's Exhibit 205.

6 |          And I'm pausing it at the start now.  And, again,

7 | I'll be referring to the time stamps in the upper left-hand

8 | corner, for the record and for everyone to follow along.

9 |          Officer Rathbun, is this one of the other videos

10 | we talked about that you saw from January 6th?

11 |     A    Yes.

12 |     Q    Do you see yourself on the screen there?

13 |     A    Yes.

14 |     Q    And just for the record, the time stamp in the

15 | upper left is 2:28:17.  Using the touch screen, could you

16 | please show the jury where you see yourself on the screen

17 | there.

18 |     A    Yes.  I'm on the right portion here to the right

19 | of the scaffolding.

20 |          MR. KELLY:  And just for the record, that's about

21 | two-thirds of the way down the screen, towards the

22 | right-hand side, maybe seven-eighths of the way over, and it

23 | appears to be the only officer wearing the bright yellow

24 | jacket that we discussed before.

25 |

BY MR. KELLY:

Q    Can you see there the person in the red, white, and black jacket who attacked you with a metal flagpole?

A    Yes.

Q    Could you please indicate where that person is?

A    He is right here, just in front of me at the base of the Marine Corps flag.

Q    And could you indicate the Marine Corps flag as well just for the jury?

A    Sure.

Q    And just for the record, as you said, that was the person just about an inch or so on the screen above you and then there's the red flag above that?

A    Yes, sir.

Q    Again, Officer Rathbun, do you see any U.S. Capitol Police officers standing to your left and right there on the police line?

A    Yes.

Q    At this point in time, were you still helping those Capitol Police officers maintain the perimeter?

A    Yes.

Q    Is this about the same time, matching up to your body-worn camera, where you first saw the person with the red, white, and black jacket approach you from the crowd?

A    Yes.

1      Q    So I know it's kind of small on the screen,

2   there's a lot of people there, so I'll just ask you to do

3   your best, and I'll pause now and then to hopefully keep you

4   and the members of the jury oriented about where we're

5   looking; but I'm going to play, I don't know, maybe about

6   25 seconds of the video.  And if you could keep your eyes

7   on, you know, where you and the person in the red, white,

8   and black jacket are on the screen there.

9           (Video played)

10  BY MR. KELLY:

11     Q    So I'm pausing at 2:28:44.

12          Officer Rathbun, is it fair to say that what we

13  just watched is just a different angle of what we saw on

14  your body-worn camera up through the point where the man

15  swung the metal flagpole at you?

16     A    Yes, it's the same event.

17     Q    So I can move it forward or backwards if needed,

18  but before I play the next section, could you -- if you see

19  yourself and the person in the jacket, in the red, white,

20  and black jacket, if you could just indicate where they are

21  on the screen here.

22     A    This is me and this is the other individual.

23     Q    At this point in time, Officer Rathbun, had the

24  perimeter collapsed?

25     A    Not in my immediate area, no.

1        Q     Okay.

2              I'm now going to play another eight seconds.

3   If you could just, as the best you can, keep your eyes on

4   yourself and the man.

5              (Video played)

6   BY MR. KELLY:

7        Q     Pausing at 2:28:52, Officer Rathbun, at this

8   point, a few seconds later, had the perimeter broken?

9        A     Yes.

10       Q     Is this the point at which you and the other

11  officers were backing away from the now broken perimeter?

12       A     Yes.

13       Q     Was the person who attacked you still moving

14  towards you at this point?

15       A     Yes.

16       Q     Can you see your -- I guess, just if you could, to

17  keep the jury oriented, point out where you and the person

18  in the red, white, and black jacket are on the screen now?

19       A     He is here, and I would be -- I'm behind these

20  people.  This is -- yeah, that's when I took the weapon from

21  him.

22       Q     Okay.

23              So keeping your eyes there, I'm going to play

24  about another ten seconds or so from 2:28:52.

25              (Video played)

```
 1   BY MR. KELLY:
 2       Q    Stopping at 2:29:01, what did we just see there,
 3   Officer Rathbun?
 4       A    That's when he tackled me.
 5       Q    Is this also around the time then that the other
 6   things that happened to you while you were pinned to the
 7   ground were happening?
 8       A    Yes.
 9            So -- yes, this is the the same incident.
10       Q    So I'm going to play from 2:29:01 to 2:29:16.
11            Actually, I'll just -- can you see yourself or the
12   person in the red, white, and black jacket on the screen
13   there?
14       A    Yeah, I can see him leaning out.  This is when he
15   was on top of me.  I can't see myself.
16       Q    You would have been underneath him on the ground,
17   though, at this point?
18       A    Yes.
19       Q    Playing from 2:29:01.
20            (Video played)
21   BY MR. KELLY:
22       Q    Stopping at 2:29:16.  Officer Rathbun, by this
23   point in time, had you gotten back on your feet?
24       A    Yes, I was trying to regroup.
25       Q    Do you see the -- earlier you mentioned that there
```

```
 1    was a wall that you and the other officers retreated
 2    towards.  Do you see -- or to the extent you see it, could
 3    you point out for the jury where that wall was?
 4         A    Yes, sir, this is -- the wall is right there and
 5    that's where we had backed up to.
 6         Q    I'm going to play from 2:29:16.
 7              (Video played)
 8    BY MR. KELLY:
 9         Q    Officer Rathbun, sort of above on the screen, the
10    wall where you just indicated, can you see the person in the
11    red, white, and black jacket anywhere?
12         A    Yes.
13         Q    Could you point out where that person is?
14         A    He's right there.
15         Q    If you could just keep your eyes on that person in
16    the sea of people there.  I'm going to play from 2:29:22.
17              (Video played)
18    BY MR. KELLY:
19         Q    Stopping at 2:29:38, do you see the person in the
20    red, white, and black jacket, Officer Rathbun?
21         A    Yes.
22         Q    Can you please point out where he is for the jury.
23         A    (Witness complies.)
24         Q    Keeping your eyes on that plane -- on him from
25    2:29:38.
```

```
1              (Video played)
2    BY MR. KELLY:
3         Q    Do you see him, Officer Rathbun?
4         A    Yes.
5         Q    Could you point him out, please.
6         A    (Witness complies.)
7         Q    If you could clear the screen.
8              Officer Rathbun, did you see -- do you recall back
9    on January 6 at this moment in time, did you remember seeing
10   the person in the red, white, and black jacket at this time?
11        A    Not then, no.
12        Q    Looking at this now, how far away would he have
13   been from where you had retreated at this point in time?
14        A    He's very close, he's right up on me.
15        Q    Taking down Government's Exhibit 205.
16             Going to pull up Government's Exhibit 207.
17             (Video played)
18   BY MR. KELLY:
19        Q    Officer Rathbun, is Government's Exhibit 207
20   another one of the videos that you had the chance to watch
21   from that day?
22        A    Yes, sir.
23        Q    From what you reviewed, does this video again more
24   or less show the same things as the other videos just from a
25   different angle?
```

1      A      Yes, sir.

2      Q      I'm going to play about the first 16 seconds or so

3  for you and the jury, to the extent that it's up, and then

4  I'm going to pause it and I'll ask you a few questions.  So

5  playing from -- and on this one, since there's no time

6  stamp, I'll be using the internal timer to keep track for

7  the record.  So starting from 0.

8           (Video played)

9  BY MR. KELLY:

10     Q      Pausing at 16 seconds, Officer Rathbun, do you see

11  yourself on the screen?

12     A      Yes.

13     Q      Could you please point yourself out with the

14  touchscreen?

15     A      I'm right here.

16     Q      Okay.  So that's the top center portion of the

17  video, the officer with the yellow jacket.

18           And do you see the person in the red, white, and

19  black jacket there?

20     A      Yes.

21     Q      Could you please point that person out?

22     A      (Witness complies.)

23     Q      That's the individual in the red, white, and black

24  jacket standing immediately to your right.

25           I'm going to play about 20 seconds now,

1    Officer Rathbun.

2              (Video played)

3    BY MR. KELLY:

4         Q     Pausing at 38 seconds, Officer Rathbun, do you see

5    yourself on the screen there?

6         A     Yes, sir.

7         Q     Could you please point yourself out.

8         A     I'm right here.

9         Q     And that's the officer, you know, sort of towards

10   the bottom right-hand portion of the screen, again, you can

11   see part of your yellow jacket.

12             And do you see the person in the red, white, and

13   black jacket?

14        A     Yes, sir.

15        Q     Could you please point out where he is?

16        A     He is over here on the right edge of the screen

17   above the Trump flag.

18        Q     So at this point in time, Officer Rathbun,

19   harkening back to your body-worn camera, is this sort of the

20   moment after you were able to disarm the person and the

21   perimeter had collapsed?

22        A     Yes, this is when we had backed up.

23        Q     So is that -- what are you and the other officers

24   around you doing at this point in time?

25        A     We realized that -- well, I had realized that we

1   had lost the bike rack perimeter so we were trying to regain

2   a perimeter by -- in our retreat.

3       Q    I'm going to now play from the 38 seconds mark,

4   and I would just ask you to keep your eyes on yourself and

5   the person in the red, white, and black jacket.

6            (Video played)

7   BY MR. KELLY:

8       Q    Pausing at 59 seconds, what did we just see,

9   Officer Rathbun?

10      A    This is when he charged at me and tackled me.  And

11  you can see my helmet and face mask snap back.  And that's

12  when we both go to the ground.

13      Q    I'm going to -- I'm actually going to skip forward

14  to about the 1 minute and 20 -- maybe 1 minute and 18 second

15  mark, and I'll pause it to allow everybody to get oriented

16  again.

17           (Video played)

18  BY MR. KELLY:

19      Q    Officer Rathbun, there on the left-hand portion of

20  the screen, can you see the person in the red, white, and

21  black jacket?

22      A    Yes.

23      Q    Could you please point out where that person is?

24      A    He's right here on the left portion.

25      Q    And that's, for the record, left-hand side of the

```
1    screen, sort of to the right of whatever that white thing is
2    there.
3              And if you could please keep your eyes on that
4    person, from 1:28:26.
5              (Video played)
6    BY MR. KELLY:
7    Q    Officer Rathbun, to the left of the person in the
8    red, white, and black jacket, on the other side of the
9    white -- I guess it looks to be some sort of fabric covering
10   on a railing, is that the wall that you and the other
11   officers had retreated to?
12   A    Yes, sir.
13             MR. KELLY:  Your Honor, before I move on, I can
14   continue to the next exhibit or should I just continue on?
15             THE COURT:  Yeah, how much longer do you think
16   your direct would be?
17             MR. KELLY:  We're nearing the end.
18             THE COURT:  Okay.  Just keep going.
19   BY MR. KELLY:
20   Q    I'm going to try to pull up Government's Exhibit
21   206.  It uses a different program so it may just be a
22   moment.
23             Officer Rathbun, Government's Exhibit 206, is this
24   another video of the incident that you watched?
25   A    Yes.
```

1              MR. KELLY:  If you could publish it for the jury.

2       BY MR. KELLY:

3           Q     Officer Rathbun, do you see yourself on the screen

4       there at the beginning of the video?

5           A     Yes, I do.

6           Q     Could you please point yourself out?

7           A     I'm here in the lower portion to the right in the

8       neon jacket.

9           Q     And then do you see the person in the red, white,

10      and black jacket?

11          A     Yes, I do.

12          Q     Where is he?

13          A     Here just in front of me underneath the flag.

14          Q     I'm going to play maybe about 20 seconds.  If you

15      could keep your eyes, as much as you can, sort of, on that

16      portion of the screen, the video does move around some.

17              (Video played)

18      BY MR. KELLY:

19          Q     Officer Rathbun, I'm pausing at 25 seconds.

20      I think we've seen this now from a number of angles so

21      I'm just going to ask, just to keep everyone oriented, if

22      you see yourself on the screen there, or at least where you

23      would have been at this point in time.

24          A     Yes.

25              So I would be behind this portion of officers

```
 1    there.

 2        Q    And that's -- towards the lower right hand,

 3    there's a cluster of officers mostly wearing black with

 4    ballistics helmets, and you circled sort of at the top of

 5    the cluster.  And do you see the person in the red, white,

 6    and black jacket?

 7        A    Yes.

 8        Q    Where is he?

 9        A    He's here.

10        Q    And I'm going to go back and just replay that last

11    portion, because I think the way the screen was, it was

12    actually covering the portion of the screen where you were.

13    So just starting back from three seconds.

14             (Video played)

15    BY MR. KELLY:

16        Q    And I'm pausing where we were before,

17    Officer Rathbun, do you remember where you pointed out

18    before?

19        A    Yes, sir.  I'm right here.  That's my helmet.

20    I'm in the lower right portion of the screen.

21        Q    And the person in the red, white, and black

22    jacket?

23        A    He is directly in front of me, which is just to

24    the right side of the screen.

25        Q    And those are the same positions that we put on
```

1    the record before, so I'm just going to play about the next

2    ten seconds or so.  Keeping your eyes on yourself and the

3    man.

4            (Video played)

5    BY MR. KELLY:

6        Q    And I'm going to stop here, Officer Rathbun,

7    because I think we somewhat lose you in the crowd.

8            Again, we've seen this from a number of angles

9    now, but what was the portion of video that we saw just now?

10       A    That was the portion, as we -- as I identified a

11   few minutes ago, this is when he charged at me and tackled

12   me and then pulled me by my helmet and then pushed me back

13   on the ground?

14           MR. KELLY:  The Court's indulgence.

15   BY MR. KELLY:

16       Q    Officer Rathbun, my last question to you.

17   Obviously, its been more than a year now since January 6th,

18   2021.  What, if anything, do you think about when you look

19   back on the incident that happened with the man in the red,

20   white, and black jacket today?

21       A    I think it's sad.

22           You know, this is a lot of -- you know, this whole

23   incident is tragic, but I try not to think about it.

24           You know, obviously, I'm a police officer,

25   I intend to retire as a police officer in this city.  So,

```
1    you know, I want to do the best I can.  And you try to think
2    about how you can prevent this kind of thing in the future.
3              But, you know, I just think it's -- I just think
4    it's unfortunate to be at the nation's Capitol and being
5    treated like that by another citizen.
6              MR. KELLY:  I don't have any further questions,
7    Officer Rathbun.  Thank you for your time.
8              THE COURT:  Thank you.
9              Thank you.
10             Okay, ladies and gentlemen, let's take our morning
11   break.  It is now about -- a little after 10:40.  Why don't
12   we plan to start at 11:00.  So I'll just ask everybody to be
13   in the other courtroom a little bit before 11:00 so we can
14   get started on time.  Thank you very much, everybody.
15             (Jury exited the courtroom.)
16             THE COURT:  Okay.
17             Officer Rathbun, we're going to break for about
18   15 minutes, and then you'll have your cross-examination.
19   I'll just remind you not to discuss your testimony with
20   anyone during the break, okay?
21             THE WITNESS:  Yes, sir.
22             THE COURT:  Thank you.
23             (Recess from 10:43 a.m. to 11:01 a.m.)
24             COURTROOM DEPUTY:  Jury panel.
25             (Jury entered the courtroom.)
```

```
1              COURTROOM DEPUTY:  All rise.

2              This honorable court is again in session.

3              THE COURT:  Please be seated, everyone.

4              Okay.  Welcome back, everyone.

5              Mr. Monroe.

6              MR. MONROE:  Thank you, Your Honor.

7                            - - -

8                     CROSS-EXAMINATION

9    BY MR. MONROE:

10       Q    Good morning, Officer.

11       A    Good morning, sir.

12       Q    I thought I would start my questioning with

13   looking at the department's policy.  I'm going to show you

14   what's marked as Defendant's Exhibit 46.  It's identified as

15   general order 901, No. 07, with an effective date of

16   November 3rd, 2017.

17              THE COURT:  Mr. Monroe, I think you've got it --

18   hold on.  Yeah, I think you have to flip it over.

19              MR. MONROE:  There you go.

20   BY MR. MONROE:

21       Q    Okay.

22              It's a 15-page document, but I'm just showing the

23   first page to ask you:  Have you seen the Metropolitan

24   Police Department's general order dated November 3rd, 2017,

25   before today?
```

1          A     Yes.

2          Q     Would you share with the jury generally the areas

3    that are covered under this general order of your police

4    department?

5          A     Yes.

6                So this general order is a document that lays out

7    what type of force can be used in what circumstances.

8                So you see here there's a long list of situations

9    where force might be required and are reportable.

10               So you see here it goes all the way from

11   deescalation techniques to excessive force, use of force

12   framework, and other concerns like, you know, neck

13   restraints, those kind of things.  So it's a very -- it's a

14   general order.

15         Q     So this is the order all members of your

16   department have to follow with regard to the use of either

17   deadly or non-deadly force, correct?

18         A     Yes.

19         Q     And it also gives you guidance as to the procedure

20   to follow when using force, correct?

21         A     I believe it does.  Down here at the bottom, yes.

22         Q     And it also comes with a reporting requirement

23   when use of force is utilized by a member of the department,

24   correct?

25         A     It should.  Do you have that?

1      Q     Yeah, it's -- it's in the same document.

2   It's under Section V.P, at page 14, on the same front page,

3   you see where I'm noting.

4            But I thought I heard you say that you're

5   currently part of the training program for the police

6   department, correct?

7      A     I teach academic topics.  I instruct on academic

8   topics, but not use of force.

9      Q     And you had been a member of this police

10  department since what year?

11     A     November of 2015.

12     Q     So I would imagine that sometime since 2015,

13  you've been instructed on this department guideline,

14  correct?

15     A     Yes, sir.

16     Q     And you were instructed that this is something

17  that is -- that it's your obligation, it's not optional for

18  you?

19     A     That's correct.

20     Q     All right.

21            Now, is this a document, sir, that your police

22  department keeps in the ordinary course of police business?

23     A     Yes, sir, it's available to us online.

24            MR. MONROE:  Judge, I would offer

25  Defendant's Exhibit 46 at this point.

1          THE COURT:  You want to get on the phone for a

2   moment.

3          (Bench conference)

4          THE COURT:  Is there any objection from the

5   government?

6          MR. KELLY:  I mean, Your Honor, we had discussed

7   this at the Pretrial Conference and at that point the

8   government had objected to this exhibit.

9          I mean, I think to the extent that it's used for

10  impeachment purposes, that's permissible; or if, you know,

11  it's based on what Officer Rathbun actually knows and

12  doesn't know about what's in the policy.  I think if it's

13  going to be used to have him essentially just read sections

14  of it to the jury or something like that, it's not really

15  appropriately introduced through this witness.  I don't know

16  if --

17         THE COURT:  Okay.  Look, I'm not sure that's a

18  valid objection.

19         Look, here's my concern.  And, Mr. Webster [sic],

20  you tell me what you're thinking.  I'm not sure the whole

21  document should go in.  To the extent that is there portions

22  of it that are relevant to your examination, I think that's

23  fair game, but I am concerned, given the number of topics

24  that the document covers, many of which may not be relevant,

25  that to the extent that there is relevancy to the document

1    to the examination, it ought to be redacted before it goes

2    back to the jury, okay.

3            MR. MONROE:  Yes, sir.  Just so you know, I'm only

4    going to be referencing two out of the 18 pages of the

5    document.

6            THE COURT:  Again, that's my point, okay.

7            MR. MONROE:  Yes, sir, will do.

8            THE COURT:  All right.

9            (Open court)

10           THE COURT:  So 46 will be admitted, consistent

11   with the discussion at the bench.

12                                  (Defendant's Exhibit 46
                                     received into evidence.)
13           MR. MONROE:  Okay.

14   BY MR. MONROE:

15       Q    So, Officer, if I could, sir, I'd like to direct

16   your attention to page 5 of the document as it instructs the

17   officers as to what to do when encountering a civilian that

18   may evidence some hostilities; and, more particularly,

19   I would like to direct your attention to IV, subcapital A.

20   Do you see where I'm referring you to?

21       A    Yes.

22       Q    All right.

23           So it recites:  "All members who encounter a

24   situation where the possibility of violence or resistance to

25   lawful arrest is present, shall, if possible, first attempt

1    to defuse the situation through advice, warning, verbal

2    persuasion, tactical communication, or other de-escalation

3    techniques."

4              So before January 6th, were you trained in various

5    types of de-escalation techniques?

6         A    Yes.

7         Q    Would you share with the jury some of the

8    de-escalation -- de-escalating techniques you were trained

9    to use when encountering someone that could possibly be

10   violent?

11        A    Yes, certainly.

12             So what we're taught is that if -- is if we're in

13   a situation where someone could be potentially violent or is

14   violent, we would use techniques like distance and time in

15   order to assist us make better decisions.  We would, you

16   know, attempt to talk to the person and give them, you know,

17   loud verbal commands when that's feasible.

18             We would also try to look at the larger scope of

19   the circumstances to see if there was some way we can maybe

20   use someone that's in the area that maybe communicates

21   better with the individual to engage with that person.  So

22   there are some techniques that we can use to attempt to

23   de-escalate folks.

24        Q    Okay.

25             Now, the same section of this regulation goes on

```
 1    to read that "Members," such as yourself, "shall attempt to
 2    defuse use-of-force situations with de-escalation techniques
 3    whenever feasible."  Correct?
 4        A    Yes, sir.
 5        Q    So you would try your best to use these
 6    de-escalating techniques before resorting to the use of any
 7    type of violence, even if it's non-deadly use of violence,
 8    correct?
 9        A    Yes.
10        Q    All right.
11             The same section goes on to read, under sub
12    capital D, "Any excessive force by a member may subject him
13    or her to disciplinary action and possible criminal
14    prosecution or civil liability."
15             Is that generally understood that if the use of
16    force used by the member on a civilian is unwarranted, those
17    are the potential consequences?
18        A    Yes.
19        Q    Now, prior to January 6th of 2021, had you been in
20    situations where you had to use non-deadly force?
21        A    Yes.
22        Q    Such as your hands?
23        A    I don't understand the question.
24        Q    I'll move forward.
25             Let me direct your attention to page 14 of the
```

 1    same policy.  I want to make sure I got it all on there for

 2    you.

 3              Now, when there's incidents where you are required

 4    to use force, presuming that you attempted in all your

 5    de-escalating techniques, the department requires that the

 6    member report the use of force, correct?

 7        A    Yes.

 8        Q    And that's not optional, that's a requirement?

 9        A    Yes, that's correct.

10        Q    I thought I heard you say that inciting or

11    engaging with a civilian in the context of what you were

12    presented with on January 6th would be a very bad idea.

13        A    Yes.

14        Q    Tell the jury why.  Why would it be a bad idea to

15    incite one civilian amongst a large crowd like the one that

16    assembled on the Capitol on January 6th, why is that such a

17    bad idea?

18        A    Because it would immediately trigger other people

19    to act violently.

20        Q    And it would put you in danger, correct?

21        A    It would put the people I was there to protect in

22    danger.

23        Q    It would put your fellow officers in danger,

24    correct?

25        A    Yes.

```
 1        Q    Before January 6th of 2021, you've used your body
 2   cam before, correct?
 3        A    Yes.
 4        Q    Where is it normally positioned when it's in use?
 5   I see you have one on today.  Is that where it's normally
 6   positioned?
 7        A    Yes.
 8        Q    And was it in the same spot on January 6th, 2021?
 9        A    I believe so, yes.
10        Q    Now, I'm not the best photographer in the world,
11   but I know when you take a picture, the device you're using
12   can only take in what's in front of the lens, correct?  It
13   has a limitation as to how far out the picture can capture,
14   correct?
15             Do you understand what I'm asking you?
16        A    Yes, I understand.  From my camera, I believe
17   there is a limitation, yes.
18        Q    And what's the extent of the limitation of the
19   body-worn device that you had on as of January 6th, in terms
20   of the width camera could see?
21        A    I don't know.
22        Q    So I'm assuming that the camera can't see things
23   behind the lens, correct?
24        A    That's correct.
25        Q    So if you held up your left hand just like this --
```

1    could you hold it up for me?

2         A    (witness complied.)

3         Q    -- could the camera see your left hand that's held

4    up behind the lens?

5         A    I'm not sure.

6         Q    Well, how far back does your hand have to be to be

7    beyond the view of the camera?

8         A    I've never measured it, sir, I'm sorry.

9         Q    But as looking at the location of your body camera

10   in relation to your hand being up in the air, can we agree

11   that it's behind the lens of your camera?

12              You have the camera on your chest, your hand is up

13   here.  What part of the camera do you think can capture your

14   left hand in the air?

15        A    My camera?  I'm not sure how far it can record,

16   but I've never measured it.

17        Q    Have you ever been in a family photo before?

18        A    Yes.

19        Q    And did the family standing behind the camera,

20   were they in the same photograph or they weren't captured in

21   that picture, right?

22        A    That's correct.

23        Q    All right.

24              Just so there's no confusion for the jury, on

25   January 6th, you were in an encounter with a civilian inside

1    the Rotunda, correct?

2         A    With a member of the crowd, yes.

3         Q    Okay.

4              And you suffered an injury to your hand?

5         A    Yes.

6         Q    And sometime later the same evening, you went to

7    the Howard University Hospital where they had to dress the

8    hand, clean it up, and give you some stitches, correct?

9         A    Correct.

10        Q    Now, when an officer is injured in the line of

11   duty, is there a requirement that that injury be reported?

12        A    Not in all cases, no.

13        Q    Okay.

14             But there is a reporting mechanism in place as of

15   January 6th, 2021, to report instances when you are hurt,

16   correct?

17        A    Yes.

18        Q    So I'm going to show you what's in evidence as

19   Defendant's Exhibit 1.  It's the first of two pages, sir.

20             Have you seen the first page of that document

21   before today?

22        A    This was completed by Lieutenant Patete, who was

23   my supervisor.

24        Q    Now, was lieutenant present at the hospital on

25   January 6th to report on your injuries?

1      A     No.

2      Q     Was -- did he receive the information by phone or

3   some other means?

4      A     She received the information, yes.

5      Q     How?

6      A     Because I spoke with her on the phone.

7      Q     At the hospital?

8      A     I don't recall.

9      Q     Well, if you look at the lower right corner,

10   there's two sets of dates.  There was a date for an Officer

11   Hobbs that reflects January 6th, 2020, at -- looks like

12   military time, to be cite here as 9:00 p.m.  And then

13   there's another set of dates, a series of them, actually,

14   for July 7th, 2021, the next day.

15         Do you know when you spoke with the lieutenant

16   about the injuries that you were treated for at the

17   Howard University Hospital?

18      A     I don't remember exactly when.

19      Q     So from looking at the document, it had to have

20   occurred either on January 6th or the next day, correct?

21      A     I didn't complete this document.

22      Q     The information that you relayed so the document

23   could be completed was relayed by you either on January 6th

24   or January 7th?

25      A     Yes, but I don't know exactly -- I don't remember

```
 1    exactly when I spoke to her.
 2         Q    You reported to someone what happened and how you
 3    were hurt, correct?
 4         A    Yes.
 5         Q    Now, without having to go through this document
 6    line by line, is it fair to say, Officer, that you made no
 7    mention of the encounter you testified to today with
 8    Mr. Webster?
 9         A    I don't remember speaking with her about that.
10         Q    You made no mention of it at all, correct?
11         A    I don't remember.
12         Q    And you made no mention to your senior commander
13    about any injuries that you may have sustained as a result
14    of another incident other than what happened inside the
15    Rotunda?
16         A    No, I don't recall speaking with them.
17         Q    You've seen this document before today, have you
18    not?
19         A    Yes.
20         Q    Okay.
21              And you know what it says, correct?
22         A    Yes.
23         Q    You seem like you're straining here.
24              There's no information about your encounter with
25    Mr. Webster in this document, correct?
```

1       A    Can you put it back up on the screen.

2       Q    Sure.  There's two pages.  I'm going to show you

3  both.

4       A    Okay.

5       Q    This is the first page.  Take your time.  I want

6  you to look at it.

7            And when you're done with page 1, I'll put page 2

8  on the screen.

9       A    Yes.

10      Q    No mention on page 1 of any information about

11  being involved in an encounter with a guy in a red jacket or

12  white sleeves, correct?

13      A    Correct.

14      Q    We'll take a look at page 2.  I just want to make

15  sure we're accurate here.

16           Take a look at that if you would.

17           THE COURT:  Can you zoom in, Mr. Webster [sic]?

18           THE WITNESS:  I've read it.  Can you repeat your

19  question again.

20  BY MR. MONROE:

21      Q    Sure.  Having read both page 1 and 2 now, is it

22  accurate to state that you only reported information about

23  what occurred to you inside the Rotunda, correct?

24      A    Correct.

25      Q    There's no mention of any injuries sustained

1    anywhere else on January 6th by you, correct?

2          A    Correct.

3          Q    So as the gentleman with the red jacket on emerges

4    out of the crowd, as illustrated in the videos, what was

5    your initial response to his presence?  What did you do or

6    say?

7                I'm talking just as you see this man part the

8    waves of the crowd, first moment you can see him.

9          A    In that moment?

10         Q    That first moment.

11         A    I remember waving my hand.

12         Q    To wave him off?

13         A    Yes.

14         Q    Okay.

15               At some point in time, isn't it true that you

16    raised your left hand and invited this man in the red,

17    white, and black jacket to come across that police line and

18    fight you?

19         A    No.

20         Q    Okay.

21               So I'm going to show a portion of the video that

22    we slowed down so you'd have a careful look at your first

23    encounter with this gentleman.

24               Take a look at -- before we start the video,

25    do you see it on the screen?  Is it published?

```
 1              This is Defendant's Exhibit 17 for identification
 2   in evidence.
 3              It's not in evidence?
 4              THE COURT:  No.
 5              MR. MONROE:  Did we stipulate to this?
 6              MR. KELLY:  There's no objection.
 7              MR. MONROE:  So by stipulation, Judge,
 8   Defendant's Exhibit 17 in evidence.
 9              THE COURT:  Okay.  17 is admitted.
10                                   (Defendant's Exhibit 17
                                     received into evidence.)
11              (Video played)
12              MR. MONROE:  Stop right there.  All right.
13   BY MR. MONROE:
14       Q    Do you see you move your left hand up in the air
15   and motion toward Mr. Webster?
16       A    I saw there was some motion, but that was a motion
17   to back up, that was not a motion to come forward.
18       Q    Wasn't an invitation to fight?
19       A    Absolutely not.
20       Q    All right.
21              At this point in time, you're on the police side
22   of the line and the gentleman in the red, white, and black
23   jacket is on the civilian side of the line, correct?
24       A    Yes.
25       Q    All right.
```

1          Now, I know you were hanging on to this metal bike

2    rack for a while.  You talked about people being angry and

3    hostile, but wasn't there times where people were just

4    standing about really not doing much at all in front of your

5    line?

6        A    There was a lot of movement, and, yes, there were

7    moments where no one was actively hostile that I could see.

8        Q    Or moments when, at least from viewed on your body

9    camera, people standing there taking selfies in front of

10   you, is that fair?

11       A    Yes, sir.

12       Q    There were times when this -- it was a really kind

13   of a relaxed environment, there was really no heated

14   exchange, no one saying terrible things to you at different

15   times, correct?

16       A    No.

17       Q    Now, are you trained as an officer to deal with

18   civilians giving you verbal abuse, calling you bad names?

19       A    Yes.

20       Q    What are you trained to do, Officer, when you have

21   someone who is just outright verbally abusing you, cursing

22   you, calling you terrible names?  What's your training

23   entail in that regard?

24       A    There are a lot of considerations in a

25   circumstance like that.

1          Initially I would, you know, try speak with them

2    and, you know, see if there's some specific concern they

3    have that I would address in certain circumstances.

4          Q     In the absence of any indication of violence, have

5    you been verbally abused as a police officer by a civilian

6    before January 6, 2021?

7          A     Yes.

8          Q     And, again, is it permissible for you to strike an

9    individual who's just simply verbally abusing you?

10         A     That would never be permissible.

11         Q     All right.

12               Now, as we're looking at Defendant's 17, and the

13   timer on it is 44 seconds, and this is reduced at half

14   speed, by this time, the gentleman in the red, white, and

15   black jacket, he's already verbally accosted you, correct?

16         A     At this time, I believe so.

17         Q     He's already sworn at you, called you a commie,

18   called you a few probably terrible things, correct?

19         A     Yes.

20         Q     And there were other civilians prior to this

21   gentleman showing up that had also said terrible things to

22   you and called you terrible names on January 6th?

23         A     Yes.

24         Q     So would you explain for me what occurs after

25   Mr. Webster grabs the top of that metal bike rack and pushes

```
1    it forward at you?
2         A    The first time he hit me with it or the second
3    time?
4         Q    Let's start with the first.
5         A    So when he takes ahold of the bike rack and pushes
6    it forward, I step back and try to bring the sections of the
7    fence together.
8         Q    Okay.
9              Now, in your training in dealing with civil
10   disorder, is it a good idea to reach beyond the bike rack,
11   beyond the perimeter that you and your fellow officers have
12   set up?
13        A    It depends on many circumstances.
14        Q    Generally speaking, is it a good idea to reach
15   beyond the perimeter into where the civilians are standing?
16        A    If you have to push a citizen in order to create
17   distance between them and the perimeter, it would be
18   appropriate.
19        Q    I'm going to go forward a little bit beyond 44
20   seconds.  We'll play the next segment here.  Take a look
21   at -- just pay special attention to your left arm and hand,
22   if you would, Officer.
23             (Video played)
24   BY MR. MONROE:
25        Q    Now, what's happening at this moment in time?
```

```
 1        A    He pushed the bike rack, and the bike rack came --
 2   it looks like they lined back up together as we pushed them
 3   back.
 4        Q    All right.
 5             Now, the officers to your left and right, where
 6   are their hands?
 7        A    It's hard to see, it.  It looks like someone just
 8   to my left has their hand on the rack.
 9        Q    Their positioned on top of the bike rack, correct?
10        A    It appears that way, yes.
11        Q    And, generally speaking, that's where all the
12   officers have their hands while maintaining this police line
13   at the Capitol on January 6th, they have them on top of the
14   bike rack, keep the line steady, is that accurate?
15        A    I can't speak for all the officers.
16        Q    I'm just speaking for what you observed on this
17   day, sir.
18        A    Some of the officers did have ahold of the bike
19   rack and some did not.
20        Q    So let's move the frame a little forward beyond 62
21   seconds.  Tell us what you see here.
22             (Video played)
23   BY MR. MONROE:
24        Q    What's happening at this moment in time, Officer?
25        A    It looks as though I'm lining the two gates back
```

1    up together.

2         Q    Now, you recognize the gentleman with the

3    Marine Corps flag in his hand?

4         A    Yes.

5         Q    Now, the flag at this moment is fully intact,

6    correct?

7         A    It appears to be.

8         Q    The flag -- the flagpole itself is aluminum?

9         A    It appeared to be metal.

10        Q    Okay.

11             And it's hollow, correct?  It's not a solid piece

12   of pipe?

13        A    I don't remember if it was hollow or not.

14        Q    And the flagpole itself is divided in two pieces,

15   the kind you get at the local general store in town.

16             At some point in time, the flagpole comes apart,

17   is that accurate?

18        A    I know that at some point the flag was no longer

19   attached to the pole.

20        Q    And you had the pole in your hand at some point,

21   at least that's what I saw on the video, correct?

22        A    That was moments later, or that was moments after

23   this.

24        Q    Is it your recollection that the lower half of the

25   pole that you end up in your hand was of light weight,

```
1   correct?

2       A    I wouldn't call it lightweight.

3       Q    Let's move forward to the next frame.  That would

4   be 78 seconds.

5            (Video played)

6            MR. MONROE:  Stop right there.

7   BY MR. MONROE:

8       Q    I have to ask you, at this point in time, had

9   Mr. Webster's -- any part of Mr. Webster's body extended

10  beyond the police line?

11      A    Yes.

12      Q    What part?

13      A    His hand when he initially approached the bike

14  rack.

15      Q    The part where he grabs the top of the bike rack,

16  that's what you're referring to?

17      A    Before that when he points directly into my

18  camera.

19      Q    When he's cursing at you?

20      A    Yes.

21      Q    Now, you said how horrible you felt when this

22  gentleman, other people, cursed at you on January 6th, that

23  offended you.

24      A    It's not nice to hear those things.

25      Q    But you were offended?  You took it to heart, sir,
```

```
 1    that people calling you a traitor and a commie, to give up

 2    your job, those things were offending you?

 3         A    I've heard those things in the past.

 4         Q    Now, sir, looking at 93 seconds, isn't it true

 5    that in response to that gentleman's verbal assault, you

 6    punched him in the face?

 7         A    No.

 8         Q    And if you -- sir, if you did punch him in the

 9    face as a result of just receiving his verbal abuse, that

10    would have been a violation of the department policy, would

11    it not?

12         A    Yes.

13         Q    I know you talked to your lieutenant within a day

14    or so of January 6th about what transpired, but that wasn't

15    the only time you were interviewed by the department about

16    these events, correct?

17         A    Correct.

18         Q    Yesterday, we had a chance to hear from Detective

19    Lauderdale, who testified before this jury.  He interviewed

20    you roughly a week after January 6th, correct?

21         A    He interviewed me a short time afterwards, yes.

22         Q    And that interview was over the phone?

23         A    Yes.

24         Q    You know, we're sitting here, we're more than a

25    year after January 6th, and we're talking about events that
```

1    occur within a week's time of this incident allegedly having

2    occurred, correct?

3         A    Yes.

4         Q    So it's fair to say that your memory of these

5    events were a little fresher back then than they, perhaps,

6    may be today, having just happened?

7         A    It's possible.

8         Q    Well, isn't it true, sir, that when interviewed by

9    Detective Lauderdale, you didn't even remember this incident

10   with the gentleman in the red, black, and white jacket?

11        A    Not initially.

12        Q    In fact, the detective had to show you your

13   body-worn camera video for you to even recall this incident

14   having occurred, at least allegedly, correct?

15        A    That interview was over the phone.

16        Q    Yeah.

17             He subsequently gave you an opportunity to take a

18   look at your body cam footage, correct?

19        A    Yes.

20        Q    Now, I know the government has shown the jury your

21   body cam video and I just showed you another video from a

22   different perspective, but from those two views, is it fair

23   to say whether you're going to describe it as a push and

24   I'm going to say it's a punch, that the video I just showed

25   you certainly is a better view of that encounter than what

1    your body cam video offered the jury, correct?

2         A    No.

3         Q    No.  All right.

4              Now, when you talk to officer -- or Detective

5    Lauderdale, he was asking you about the extent of the

6    injuries you suffered on January 6th, did he not?

7         A    Yes.

8         Q    And there again, you only describe those injuries

9    that you suffered in the Rotunda and not outside the Capitol

10   grounds, correct?

11        A    I don't recall reporting the bruises.

12        Q    You gave him no information about any bruising or

13   injuries to your knees or your arms as illustrated by the

14   government today; you told him nothing about that?

15        A    Not that I remember.

16        Q    But that wasn't the last time you were questioned

17   about what happened on January 6th, correct?

18        A    Yes.

19        Q    A Special Agent from the FBI, Agent Palmertree, he

20   also interviewed you, within a month and a half after

21   January 6th, correct?

22        A    I don't remember the exact date.

23        Q    Now, did that interview occur in person or over

24   the phone?

25        A    I don't remember.

1    Q    But you do recall speaking to a federal agent

2    about what happened between you and the gentleman in the

3    red, white, and black jacket, correct?

4    A    Yes.

5    Q    And you never told this agent that the reason why

6    this encounter occurred was because you provoked it,

7    correct?

8    A    I didn't provoke this encounter.

9    Q    And you never told the agent that you punched a

10   civilian after he insulted you, correct?

11   A    I never punched anyone.

12   Q    Well, am I seeing things, or did your left hand

13   make contact with this gentleman's right face?

14   A    It did, as displayed in my camera video.

15   Q    Did you ever tell the FBI that your left hand made

16   contact with this civilian's right face -- right side of his

17   face?  Did you tell them that?

18   A    I don't remember -- I don't remember -- I presume

19   that he had watched the video.

20   Q    Which one, your body cam video?

21   A    The only video I had generated that day.

22   Q    The body cam video that doesn't show the punch,

23   correct?

24   A    Can you repeat the question?

25   Q    So the body cam video that you're referring to

1    doesn't illustrate the punch the same way

2    Defendant's Exhibit 17 does, because it's from a different

3    perspective, correct?

4         A    I'll agree that's a different perspective.

5         Q    And you'll agree that at some point in time your

6    left hand makes contact with the right side of that

7    civilian's face?

8         A    Unintentionally, yes.

9         Q    Now, let me show you another video if I can.  It's

10   Government's Exhibit 205, but we've taken the opportunity to

11   enhance the video so we can blow it up and slow down the

12   action.

13              Now, is it displayed, published?  Yeah.

14              (Video played)

15   BY MR. MONROE:

16        Q    Now, let's stop right where we are.  Can you see

17   where you're standing?

18        A    Yes.

19        Q    Now, could you mark on the screen where you appear

20   at this point in the video at 70 seconds?

21        A    I'm here in the neon jacket.

22        Q    And your left hand, is it situated on top of the

23   bike rack at this moment in time?

24        A    I can't tell.

25        Q    Now, on these bike racks, are there any signs or

1    it's just the naked metal?

2         A     Bike rack that I was standing in front of,

3    I believe it's just metal.

4         Q     No signs, no saying "no trespass", don't go no

5    further, just the metal bike rack?

6         A     The bike rack that I was standing in front of --

7    I'm sorry, behind, I don't believe that had a sign.

8         Q     And in this view, you can see in the distance the

9    Marine Corps flag, correct?

10        A     Yes.

11        Q     But at this point in time where you're standing,

12   could you actually see or did you see someone approaching

13   holding a Marine Corps flag in the air, or is he too far

14   back in the crowd at this point in time?

15        A     At this moment, I don't remember.

16              (Video played)

17   BY MR. MONROE:

18        Q     Officer, we stopped it -- is that where you want

19   to stop?

20              Now, I've stopped the video at 395 seconds.

21   Do you see where we stopped it?  Do you see the position of

22   your left hand?

23        A     It's very blurry but it looks like my neon jacket

24   there, my arm is up.

25        Q     It's up in the air.

```
 1                    Now, at this point in time, aren't you signaling
 2      to the man in the red, black, and white jacket to bring it
 3      on, come over and fight you?
 4           A    No.
 5           Q    All right.
 6                MR. MONROE:  And let's move this forward.
 7                Stop it right there.
 8                (Video played)
 9      BY MR. MONROE:
10           Q    And at this point in time, this gentleman has some
11      choice words for you, correct?
12           A    What was in the video -- are you referring to the
13      man in the red jacket?
14           Q    Yeah, he's got some choice words for you at this
15      point in time, as -- at the moment in time we're looking
16      here at this video, at 463 seconds?
17                THE COURT:  To be clear, Mr. Monroe, I just
18      want -- I don't know that it's 463 seconds, it's just
19      whatever.
20                MR. MONROE:  Just in the timer.
21                THE COURT:  Whatever the counter is so the jury is
22      not confused by that.
23                THE WITNESS:  When he approached, he immediately
24      made statements.
25                (Video played)
```

```
 1   BY MR. MONROE:
 2        Q    Now, let's stop there.
 3             You'd already pushed him at least once before it
 4   gets any closer, correct?
 5        A    I pushed him once.
 6        Q    Now, at this point in time, you both have ahold of
 7   the bike rack, correct?
 8        A    I believe so.
 9        Q    So beyond the top of this gentleman's hand, does
10   any part of his body reach beyond the line that the police
11   have set up?
12        A    In this moment?
13        Q    Yeah, at this moment.
14        A    No, not that I recall.
15             (Video played)
16   BY MR. MONROE:
17        Q    Stop it right there.
18             So yet another view, another video.  Your body
19   looks like it's fully extended as you now you're now driving
20   your left arm and hand across the bike rack, correct?
21        A    The video is very blurry but this was my attempt
22   to push him away the second time, yes.
23        Q    With as much force as you had?
24        A    With a reasonable amount of force.
25        Q    How did this gentleman's body respond to the
```

1    contact that you made with his face?

2        A    I believe he backed up.

3        Q    Now, at some point --

4            (Video played)

5    BY MR. MONROE:

6        Q    So initially you fall backwards, correct?

7        A    Yes, I leaned back against one of the bike racks.

8        Q    It looks like you stumbled backwards and now

9    you're in the process of getting back on your feet, correct?

10       A    Yes.

11       Q    That's when the gentleman in the red, white, and

12   black jacket comes at you, correct?

13       A    Yes.

14       Q    And once the two of you are now in contact with

15   each other, does he ever punch you?

16       A    At this moment?

17       Q    Yeah.

18       A    He was dragging me by my helmet.

19       Q    And you make -- the two of you make it to the

20   ground, correct?

21       A    He threw me to the ground.

22       Q    And what was the total duration of this encounter?

23   From the moment he places his hands on you till the two of

24   you get up, how much time goes by?

25       A    Several moments.

```
1          Q     All right.

2                (Video played)

3    BY MR. MONROE:

4          Q     Now, at two -- at frame 2095, the two of you now

5    are separated, correct?

6          A     Yes.

7          Q     And now you're making your way towards this wall

8    that you were describing to the jury, correct?

9          A     I was struggling to breathe and make my way to the

10   other officers there.

11         Q     Did you ever have -- did you have -- were you ever

12   verbally abused again by this individual in the red, white,

13   and black jacket?

14         A     I don't ever -- I don't remember ever seeing him

15   again.

16         Q     You had no further physical exchanges with him?

17   You didn't punch him, he didn't tackle you, none of that

18   occurred after this incident, correct?

19         A     Not that I remember.

20         Q     Do you even remember seeing him again after this

21   encounter?

22         A     That day?  No.

23         Q     Yeah, that day.

24         A     No.

25         Q     Okay.
```

1          A     There were a lot of people there.

2          Q     I'm going to show you some -- what appears to be

3     some text messaging.  The date on it is February 19th, I'm

4     believing it's, perhaps, this year.  It's marked as

5     Defendant's Exhibit 12.  I'm just going to show you the

6     first part of the series of messaging.

7                If you would, read it to yourself before we go

8     further.  I'm going to ask you to identify the

9     communications and describe it, sir, the best that you can.

10         A     (Witness complies.)

11               I read it.

12         Q     Do you recognize the text messaging, at least part

13    of it?  Do you want me to show you the second part as well,

14    do you want to see the rest of it?

15         A     I don't believe that's necessary.

16         Q     Okay.

17               Do you recognize at least the first series of text

18    messages that's been marked as Defendant's Exhibit 12?

19         A     Yes.

20         Q     Are they, at least in part, statements made by

21    you, sir?

22         A     Yes.

23         Q     And who's this communication with?

24         A     My brother.

25         Q     And when did the communications occur, at least as

1    referenced in the text messaging?

2        A    This was a private conversation with my brother

3    earlier this year.

4        Q    And at least, if we can trust the date on the text

5    message, it recites Saturday, February 19th, 2022; is that

6    accurate?

7        A    Can you repeat the question?

8        Q    Sure.

9             I just want to get the date down of the

10   communication.  The communication, as referenced in the text

11   messaging, this is occurring on Saturday, February 19th,

12   2022?

13       A    Yes, that my understanding.

14            MR. MONROE:  Before going further, I would offer

15   Defendant's Exhibit 12 into evidence.

16            MR. KELLY:  No objection.

17            THE COURT:  Okay.  Defendant's 12 will be

18   admitted.

19                                    (Defendant's Exhibit 12
                                       received into evidence.)
20   BY MR. MONROE:

21       Q    So I'm assuming with the way the messages read

22   that your responses are in the darker bubbles, correct?

23       A    Yes, sir.

24       Q    And the lighter bubbles are the messages sent to

25   you by your brother, correct?

1        A       Yes, sir.

2        Q       And do you recall what prompted the text messaging

3   between your brother as of this year on February 19th?

4        A       It was just his first message.

5        Q       And he's curious about when you're going to be

6   testifying in this case, correct?

7        A       He was curious about -- yes, the date of the

8   trial.

9        Q       And he asked you who it was that was involved in

10  this case, correct?

11       A       Can you zoom out a little bit?  Is this the same

12  document we're referencing?

13       Q       This is a further piece of the same series of

14  texts.

15       A       Yes, he asked me what's the name of the

16  individual.

17       Q       And in response to one of your brother's

18  questions, didn't you tell him, sir, that you only pushed

19  this man away once with an open hand against his chest.

20  Isn't that what you told your brother?

21       A       Can you bring the text up, please?

22       Q       Sure.

23       A       Yes.

24       Q       You never told him the whole story.

25       A       No, I never told him the whole story by text.

1    Q    You never told your lieutenant the whole story of

2  what happened on January 6th, correct?

3    A    I never told her about the events that day, in

4  totality.

5    Q    You never told the whole story of what happened on

6  January 6th to Detective Lauderdale, correct?

7    A    Everything I could remember, I did.

8    Q    And you never told the FBI agent exactly what

9  happened on January 6th, correct?

10    A    Everything I could remember, I did.

11         MR. MONROE:  Thank you, Officer.

12         THE WITNESS:  Thank you, sir.

13         THE COURT:  Okay.  Any redirect examination?

14         MR. KELLY:  Yes, Your Honor.

15                        -  -  -

16                  REDIRECT EXAMINATION

17  BY MR. KELLY:

18    Q    Hello again, Officer Rathbun.

19    A    Hello, sir.

20    Q    Officer Rathbun, as to the text message with your

21  brother, I think you described that as a private

22  conversation; is that right?

23    A    Yes, sir.

24    Q    Were you trying to give your brother a complete

25  rundown of what happened that day in your brief text message

```
 1   with him?
 2        A    No, sir.
 3        Q    What were you trying to convey to your brother?
 4        A    I was trying to let him know that it was a matter
 5   that was being handled.
 6        Q    You were asked a number of questions about the
 7   bruising and abrasions to your body.  Do you remember those
 8   questions?
 9        A    Yes, sir.
10        Q    And just to be clear, those are the injuries that
11   you showed in, I think, Government's Exhibit 604 to 610, the
12   photographs that you took; is that right?
13        A    Yes, sir.
14        Q    And were those the injuries that you recall
15   suffering at some point during the incident with the man in
16   the red, white, and black jacket?
17        A    Yes, sir.
18        Q    You were asked about why you didn't report those
19   injuries.  Do you remember those questions?
20        A    Yes, sir.
21        Q    I think you testified earlier that you never
22   sought medical treatment for the bruising and the scrapes,
23   is that right?
24        A    Yes, sir.
25        Q    In your six-plus years with the Metropolitan
```

1    Police Department, had you ever suffered bruising as a

2    result of your job before January 6th, 2021?

3        A    Yes.

4        Q    Had you ever suffered minor cuts or scrapes

5    before?

6        A    Yes.

7        Q    Did you always report injuries such as bruising

8    and minor cuts and scrapes?

9        A    No.

10       Q    You were also asked about the use-of-force policy

11   of the Metropolitan Police Department.  Do you remember

12   those questions?

13       A    Yes, I do.

14       Q    And I believe that Mr. Webster showed you --

15   I'm sorry, not Mr. Webster, Mr. Monroe, apologies -- showed

16   you a section on page 14.  Let's see if I can pull this up

17   here.

18            Where I'm pointing right here, Officer Rathbun,

19   this is page 14, paragraph P1, I believe Mr. Monroe had

20   pointed out to you that all incidents involving a

21   "reportable use of force, as defined in part III.13.A of

22   this order, shall be reported."

23            Do you see that section?

24       A    Yes, sir.

25       Q    Do you see what I just read?

1          A     Yes, sir.

2          Q     Do you see where it says "reportable use of

3     force"?

4          A     Yes, sir.

5          Q     Does this policy address what is and is not a

6     reportable use of force?

7          A     I believe it does.

8          Q     Based on what you remember of this policy and your

9     training and experience, would reportable uses of force

10    include things like an officer discharging a firearm?

11         A     Yes.

12         Q     Would a reportable use of force include an officer

13    tackling a suspect to the ground?

14         A     Yes.

15         Q     Would a reportable use of force involve anything

16    causing an injury to another person?

17         A     Yes.

18         Q     Based on your six years of experience and

19    training, was your contact with the person in the red,

20    white, and black jacket on January 6th, did that fall under

21    the definition of a reportable use of force?

22         A     No.

23         Q     You were also asked about the person crossing over

24    the bike rack.  Do you remember those questions?

25         A     Yes.

```
 1      Q    When that person pushed the bike rack into you and
 2  the other officers, did that constitute, in your mind,
 3  crossing the police line?
 4      A    Yes.
 5      Q    Do you remember when Mr. Monroe said, essentially,
 6  you're going to call it a contact, I'm going to call it a
 7  punch.  Do you remember that question?
 8      A    Can you repeat your question, please.
 9      Q    Do you remember when Mr. Monroe told you that the
10  hand to the face, you were going to call it contact,
11  I'm going to call it a punch?
12      A    Yes, I remember that.
13      Q    Officer Rathbun, did you ever punch the
14  individual?
15      A    No.
16           MR. KELLY:  I have no more questions.
17           THE COURT:  All right.
18           Officer Rathbun, thank you very much for your time
19  and your testimony, sir.  You may step down.  You're
20  excused.
21           THE WITNESS:  Thank you, Your Honor.
22           (Bench conference)
23           THE COURT:  Okay.  So the question is, next
24  witness, and how long do you think that'll be?
25           Can you all hear me?
```

1              MS. NIELSEN:  Yes, Your Honor.  My phone didn't

2    have the speaking ability.

3              We have another witness, the witness to whom

4    Mr. Webster turned himself in.  So there will be some

5    physical evidence, we'll talk about, you know, how he turned

6    himself in, it could take a little while and I can also

7    include cross-examination.

8              THE COURT:  Yeah, that's fine.  I was just trying

9    to figure out whether or not would be the appropriate time

10   for a lunch break or not.

11             MS. NIELSEN:  Yeah.

12             THE COURT:  Okay.

13             MS. NIELSEN:  Thank you.

14             (Open court)

15             THE COURT:  I promise I'm not checking texts, just

16   my calendar.

17             All right.  So it's 12 -- a little after 12:00.

18   This is sort of an opportune moment to take our lunch hour.

19   It's going to be a little longer than usual because I

20   actually have a matter at 1:00, it shouldn't take very long,

21   at least that's my hope.

22             So why don't we plan to reconvene at 1:15.  And

23   remember, today we've got to end at 4, so let's try and

24   start at 1:15 as close as we can as possible.

25             Enjoy your lunch hour.  Just the same reminders as

1    I've been giving you regularly.  Don't discuss the case, no

2    research, no communicating electronically.  If you happen to

3    run into anybody, they may turn away and you should do so,

4    too.

5            Thanks, everybody.  Have a nice lunch hour.

6            (Jury exited the courtroom.)

7            THE COURT:  Okay.  So you all expect four more

8    witnesses; is that right?

9            MS. NIELSEN:  Yes, Your Honor.

10           THE COURT:  So that probably ought to take close

11   to the end of the day or so.

12           All right.  So we're on course.  Thank you.

13           (Recess from 12:05 p.m. to 1:15 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

_____

Date:__April 27, 2022_____   _____

BY MR. KELLY: [39]
8/14 27/4 27/12 27/23
28/20 29/9 29/22 30/9
31/5 31/23 33/12 34/6
35/10 35/21 36/8 38/6
38/19 40/14 48/25
50/10 51/6 52/1 52/21
53/8 53/18 54/2 54/18
55/9 56/3 57/7 57/18
58/6 58/19 59/2 59/18
60/15 61/5 61/15 98/17
BY MR. MONROE:
[16] 63/9 63/20 67/14
76/20 78/13 81/24
82/23 84/7 89/15 90/17
91/9 92/1 92/16 93/5
94/3 96/20
COURTROOM
DEPUTY: [7] 4/2 4/5
6/14 8/3 8/5 62/24 63/1
MR. KELLY: [19] 4/18
5/9 5/25 6/7 6/10 6/22
7/10 40/12 48/20 58/13
58/17 59/1 61/14 62/6
66/6 78/6 96/16 98/14
102/16
MR. MONROE: [18]
5/16 7/17 7/20 35/7
63/6 63/19 65/24 67/3
67/7 67/13 78/5 78/7
78/12 84/6 91/6 91/20
96/14 98/11
MS. NIELSEN: [4]
103/1 103/11 103/13
104/9
THE COURT: [43] 4/4
4/12 5/8 5/14 5/24 6/5
6/8 6/12 6/16 7/9 7/15
7/21 8/2 8/6 13/18 35/8
58/15 58/18 62/8 62/16
62/22 63/3 63/17 66/1
66/4 66/17 67/6 67/8
67/10 76/17 78/4 78/9
91/17 91/21 96/17
98/13 102/17 102/23
103/8 103/12 103/15
104/7 104/10
THE WITNESS: [7]
13/22 35/9 62/21 76/18
91/23 98/12 102/21

## 0

07 [1] 63/15
0717 [1] 1/19

## 1

10924 [1] 2/4
10:40 [1] 62/11
10:43 [1] 62/23
11 [1] 7/4
11:00 [2] 62/12 62/13
11:01 [1] 62/23
12 [6] 95/5 95/18 96/15
96/17 96/19 103/17
1200 [1] 1/18
12:00 [1] 103/17
12:05 [1] 104/13

14 [4] 65/2 69/25
100/16 100/19
1400 [1] 1/22
14:28:27 [3] 28/13
28/18 29/7
14:28:31 [1] 29/18
14:28:35 [1] 30/7
14:28:36 [1] 30/10
30/23 30/25
14:28:37 [4] 31/7 31/19
31/24 33/8
14:28:42 [1] 34/1
14:28:49 [1] 35/19
14:28:54 [1] 35/22
14:29:02 [2] 36/10 38/3
14:29:10 [1] 27/15
14:29:24 [2] 38/7 38/17
14:29:37 [1] 38/20
14:29:38 [1] 39/1
14th [1] 11/16
15 minutes [1] 62/18
15-page [1] 63/22
15th [1] 11/16
16 [2] 55/2 55/10
17 [6] 78/1 78/8 78/9
78/10 80/12 89/2
18 [2] 57/14 67/4
19 [1] 105/6
19th [4] 95/3 96/5
96/11 97/3
1:00 [2] 12/13 103/20
1:15 [3] 103/22 103/24
104/13
1:28:26 [1] 58/4
1:30 [2] 13/4 13/4

## 2

20 [3] 55/25 57/14
59/14
20 seconds [1] 38/4
20001 [1] 2/10
2015 [2] 65/11 65/12
2017 [2] 63/16 63/24
202 [3] 1/15 1/23 2/10
2020 [1] 74/11
2021 [13] 11/4 11/18
12/5 26/16 43/13 61/18
69/19 71/1 71/8 73/15
74/14 80/6 100/2
2022 [4] 1/5 96/5 96/12
105/10
204 [3] 7/3 27/1 27/13
204.1 [1] 7/3
204.13 [1] 7/4
205 [5] 7/4 7/7 48/5
54/15 89/10
205.1 [1] 7/10
205.5 [1] 7/11
20530 [2] 1/15 1/22
206 [3] 7/4 58/21 58/23
206.1 [5] 7/4 20/18
20/22 21/7 21/24
206.7 [1] 7/4
207 [3] 7/4 54/16 54/19
207.1 [1] 7/4
207.11 [1] 7/5
208 [2] 1/4 7/5

2091 [1] 1/5
2095 [1] 94/4
21-208 [1] 1/4
210 [1] 7/5
211 [1] 2/3
213 [1] 1/19
25 [1] 59/19
25 seconds [1] 50/6
252-7503 [1] 1/15
27 [2] 1/5 105/10
294-8900 [1] 2/5
2:28:17 [1] 48/15
2:28:44 [1] 50/11
2:28:52 [2] 51/7 51/24
2:29:01 [3] 52/2 52/10
52/19
2:29:16 [3] 52/10 52/22
53/6
2:29:22 [1] 53/16
2:29:38 [2] 53/19 53/25
2:30 [1] 24/21

## 3

312 [1] 1/18
3249 [1] 2/10
333 [1] 2/9
354-3249 [1] 2/10
355-5736 [1] 1/23
38 [2] 56/4 57/3
3816 [1] 1/14
3855 [1] 40/22
395 [1] 90/20
3rd [2] 63/16 63/24

## 4

44 [2] 80/13 81/19
46 [4] 63/14 65/25
67/10 67/12
463 [2] 91/16 91/18
470 [1] 2/4

## 5

555 [1] 1/14
5736 [1] 1/23
59 [1] 57/8

## 6

604 [7] 7/14 7/18 7/25
41/11 41/12 41/19
99/11
605 [1] 42/1
606 [3] 42/7 42/12
42/15
607 [2] 42/10 42/19
608 [1] 42/22
609 [1] 43/4
610 [4] 7/18 41/12 43/8
99/11
611 [3] 40/3 40/12
40/15
612 [4] 7/14 7/25 40/23
41/1
62 [1] 82/20
6th [40] 5/3 11/4 11/6
11/18 12/5 12/7 26/16
41/15 43/13 47/8 61/10
61/17 68/4 69/19 70/12
70/16 71/1 71/8 71/19
72/25 73/15 73/25

80/22 82/13 84/22
85/14 85/20 85/25 87/6
87/17 87/21 98/2 98/6
98/9 100/2 101/20

## 7

70 [1] 89/20
708 [1] 7/3
74 [1] 11/7
7503 [1] 1/15
78 [1] 84/4
7:00 [1] 22/20
7th [2] 74/14 74/24

## 8

845 [1] 2/5
8900 [1] 2/5
894-0717 [1] 1/19
8:00 [1] 22/21

## 9

90012 [1] 1/19
901 [1] 63/15
911 [1] 9/12
93 [1] 85/4
9:00 [2] 1/6 74/12

## A

a.m [3] 1/6 62/23 62/23
ability [1] 103/2
able [9] 24/16 31/18
34/10 36/16 38/8 38/10
44/22 45/14 56/20
about [73] 11/2 11/23
12/1 18/14 18/15 18/16
19/5 19/6 21/3 22/3
23/19 24/11 24/14
24/20 24/20 25/4 27/9
28/17 29/18 30/14 34/4
35/18 36/3 38/3 38/16
45/23 46/15 47/11
47/16 47/18 48/1 48/10
48/20 49/12 49/22 50/4
50/5 51/24 55/2 55/25
57/14 59/14 61/1 61/18
61/23 62/2 62/11 62/17
66/12 74/16 75/9 75/13
75/24 76/10 76/22 79/2
79/4 85/14 85/15 85/25
87/5 87/12 87/14 87/17
88/2 97/5 97/7 98/3
99/6 99/18 100/10
101/23 103/5
above [7] 7/22 23/15
49/12 49/13 53/9 56/17
105/4
above-titled [1] 105/4
abrasion [5] 41/7
42/17 42/25 43/2 43/6
abrasions [3] 41/9
45/22 99/7
absence [1] 80/4
Absolutely [1] 78/19
abuse [2] 79/18 85/9
abused [2] 80/5 94/12
abusing [2] 79/21 80/9
academic [4] 10/20
10/24 65/7 65/7

academy [3] 10/7
10/19 11/1
accosted [1] 80/15
accurate [6] 5/21 76/15
76/22 82/14 83/17 96/6
accurately [1] 6/9
across [4] 22/9 36/15
77/17 92/20
act [1] 70/19
action [3] 5/9 69/13
89/12
actions [2] 31/8 35/4
activate [1] 26/21
actively [1] 17/9 79/7
activities [2] 9/25 10/2
actually [10] 5/22 20/19
34/14 52/11 57/13
60/12 66/11 74/13
90/12 103/20
additional [2] 7/6 7/12
address [2] 80/3 101/5
administrative [1] 4/25
admit [2] 6/2 6/4
admitted [13] 3/4 3/15
7/2 7/7 7/23 20/17
26/25 40/3 41/13 48/5
67/10 78/9 96/18
admitting [1] 6/24
advice [1] 68/1
after [22] 5/4 19/20
20/10 24/21 36/11
41/15 44/16 45/15
46/25 47/7 47/23 56/20
62/11 80/24 83/22
85/20 85/25 87/20
88/10 94/18 94/20
103/17
afternoon [1] 12/12
afterwards [1] 85/21
again [24] 27/7 28/15
28/18 29/6 31/9 34/1
34/16 36/4 38/4 48/6
49/15 54/23 56/10
57/16 61/8 63/22 67/6
76/19 80/8 87/8 94/12
94/15 94/20 98/18
against [5] 33/5 37/2
38/15 93/7 97/19
agent [8] 47/20 48/1
87/19 87/19 88/1 88/5
88/9 98/8
aggressive [2] 17/6
30/16
ago [1] 61/11
agree [3] 72/10 89/4
89/5
ahold [4] 30/12 81/5
82/18 92/6
aid [1] 44/21
aided [1] 2/12
air [6] 37/5 72/10 72/14
78/14 90/13 90/25
all [50] 4/2 4/12 5/24
6/12 6/16 62/20 65/25 7/5
7/15 7/22 8/2 16/14
26/7 27/7 28/10 30/19
35/14 37/10 37/21
44/19 63/1 64/10 64/15

# A

**all...** [27] 65/20 67/8 67/22 67/23 69/10 70/1 70/4 72/23 73/12 75/10 78/12 78/20 78/25 79/4 80/11 82/4 82/11 82/15 87/3 91/5 94/1 100/20 102/17 102/25 103/17 104/7 104/12
**All right** [3] 6/16 67/8 102/17
**allegedly** [2] 86/1 86/14
**allow** [1] 57/15
**Almost** [1] 9/5
**along** [1] 48/8
**already** [9] 15/19 15/23 26/25 27/6 30/1 32/8 80/15 80/17 92/3
**also** [18] 9/15 9/18 14/8 18/5 34/12 42/4 46/4 47/13 47/20 52/5 64/19 64/22 68/18 80/21 87/20 100/10 101/23 103/6
**aluminum** [1] 83/8
**always** [4] 25/17 25/20 26/10 100/7
**am** [2] 66/23 88/12
**ambulance** [3] 44/25 45/1 45/5
**ambulances** [1] 44/25
**Amendment** [3] 10/5 11/19 11/22
**AMERICA** [2] 1/3 4/6
**AMIT** [1] 1/10 4/3
**Amit P** [1] 4/3
**amongst** [1] 70/15
**amount** [1] 92/24
**amusement** [1] 19/1
**anchored** [1] 19/8
**Angeles** [1] 1/19
**angle** [2] 50/13 54/25
**angles** [2] 59/20 61/8
**angry** [2] 18/13 79/2
**another** [18] 19/10 29/5 35/18 36/3 38/16 51/2 51/24 54/20 58/24 62/5 74/13 75/14 86/21 89/9 92/18 92/18 101/16 103/3
**anticipate** [1] 6/24
**any** [47] 5/11 5/12 6/13 7/16 7/16 11/25 16/14 17/15 18/13 18/20 19/8 19/19 19/21 20/1 21/23 22/25 33/5 38/1 39/14 40/6 41/5 41/8 42/2 42/8 42/16 42/20 42/23 43/8 43/12 45/10 45/17 45/25 49/15 62/6 66/4 69/6 69/12 75/13 76/10 76/25 80/4 84/9 87/12 89/25 92/4 92/10 98/13
**anybody** [1] 104/3
**anyone** [6] 24/23 26/9 37/14 37/23 62/20 88/11
**Anything** [3] 14/12 17/11 25/4 28/7 39/11 44/12 45/21 61/18 101/15
**anywhere** [3] 41/19 53/11 77/1
**apart** [4] 31/11 34/9 34/25 83/16
**apologies** [2] 36/9 100/15
**appear** [2] 35/4 89/19
**APPEARANCES** [2] 1/12 2/1
**appeared** [2] 25/9 83/9
**appearing** [1] 4/10
**appears** [6] 26/9 41/23 48/23 82/10 83/7 95/2
**approach** [2] 15/17 49/24
**approached** [14] 13/17 13/23 14/5 14/18 14/25 16/18 24/23 25/8 25/11 26/8 28/3 28/23 84/13 91/23
**approaching** [1] 90/12
**appropriate** [3] 47/6 81/18 103/9
**appropriately** [1] 66/15
**approximately** [1] 13/2
**April** [3] 1/5 5/3 105/10
**are** [39] 5/22 6/12 6/20 8/7 8/16 10/23 13/9 13/10 16/11 26/2 31/24 40/25 41/3 50/8 50/20 51/18 56/23 60/25 64/3 64/9 66/22 68/22 69/17 70/3 73/15 79/17 79/20 79/24 81/15 82/6 89/16 89/25 91/12 93/14 94/5 95/20 96/22 96/24 99/10
**area** [6] 9/24 11/16 21/14 38/1 50/25 68/20 64/2
**areas** [3] 10/12 14/24 64/2
**aren't** [1] 91/1
**aren't you** [1] 91/1
**arguments** [1] 9/14
**Arin** [1] 1/17
**arm** [3] 81/21 90/24 92/20
**arms** [3] 35/25 36/1 87/13
**around** [14] 10/12 11/8 12/12 13/4 13/5 14/7 14/7 24/21 24/23 37/19 44/20 52/5 56/24 59/16 93/7 93/9
**arrest** [1] 67/25
**arrived** [9] 13/3 13/5 14/13 15/5 15/25 19/20 24/21 26/22 45/10
**as** [118]
**ask** [14] 13/20 27/8 27/18 28/16 34/3 36/5 50/2 55/4 57/4 59/21 62/12 63/23 84/8 95/8
**asked** [7] 44/20 97/9 97/15 99/6 99/18

# B

**back** [49] 6/6 6/19 22/23 23/5 23/13 27/8 27/17 28/14 28/17 29/3 30/20 32/2 32/5 32/17 33/15 33/20 35/14 36/17 37/10 38/8 38/10 38/12 38/13 38/22 41/3 42/11 44/19 44/23 52/23 54/8 56/19 57/11 60/10 60/13 61/12 61/19 63/4 67/2 72/6 76/1 78/17 81/6 82/2 82/3 82/25 86/5 90/14 93/7 93/9
**backed** [4] 38/15 53/5 56/22 93/2
**backing** [1] 51/11
**backwards** [3] 50/17 93/6 93/8
**bad** [5] 38/11 70/12 70/14 70/17 79/18
**ballistic** [2] 19/15 19/18
**ballistics** [1] 60/4
**bandage** [1] 44/22
**bangs** [1] 14/20
**asking** [2] 71/15 87/5
**assault** [2] 47/12 85/5
**assaulted** [1] 35/24
**assaultive** [1] 30/17
**assembled** [1] 70/16
**assigned** [6] 9/15 11/17 11/14 11/15 11/17 12/25
**assignment** [5] 9/6 9/22 10/15 11/6 12/8
**assignments** [1] 9/13
**assist** [3] 11/21 18/20 68/15
**assistance** [1] 12/14
**assuming** [2] 71/22 96/21
**assured** [1] 47/4
**attached** [1] 83/19
**attack** [2] 39/12 41/6
**attacked** [4] 39/2 44/13 49/3 51/13
**attempt** [6] 44/3 67/25 68/16 68/22 69/1 92/21
**attempted** [1] 70/4
**attempting** [1] 43/22
**attention** [12] 11/3 24/20 25/4 25/7 28/16 29/20 30/6 31/20 67/16 67/19 69/25 81/21
**ATTORNEY'S** [2] 1/13 1/17
**available** [1] 65/23
**Ave** [1] 1/22
**Avenue** [1] 2/9
**aware** [2] 13/14 24/4
**away** [10] 29/12 32/3 32/22 44/6 46/2 51/11 54/12 92/22 97/19 104/3
**barrier** [2] 18/20 31/14
**base** [1] 49/6
**based** [4] 18/14 66/11 101/8 101/18
**bastard** [1] 25/14
**baton** [1] 33/6
**be** [82] 4/4 4/22 5/11 6/13 6/16 7/6 7/10 7/12 7/23 10/7 11/15 11/17 11/19 11/20 11/23 12/2 12/10 12/10 13/8 14/10 16/10 18/15 21/1 22/4 22/17 22/20 23/20 26/10 27/13 31/14 33/25 34/2 36/4 37/23 41/12 41/23 46/7 46/16 47/5 48/7 48/23 51/19 55/6 58/9 58/16 58/21 59/25 62/4 62/12 63/3 64/7 64/9 66/13 66/24 67/1 67/4 67/10 68/9 68/13 70/12 70/14 72/6 72/6 73/11 74/12 74/23 80/10 81/17 83/7 83/9 84/4 86/6 91/17 95/2 96/17 97/5 99/10 100/22 102/24 103/4 103/9 103/19
**Bear** [1] 40/1
**because** [19] 14/1 14/15 17/19 29/3 30/15 30/18 32/6 32/16 34/14 36/14 37/25 38/11 60/11 61/7 70/18 74/6 88/6 89/2 103/19
**been** [36] 7/13 9/4 10/25 12/16 13/12 19/11 20/17 23/20 24/21 26/25 31/17 31/18 35/1 36/25 39/17 39/20 40/2 40/4 40/17 41/6 41/13 43/11 43/17 48/4 52/16 54/13 59/23 61/17 65/9 65/13 69/19 72/17 80/5 85/10 95/18 104/1
**before** [39] 1/10 6/1 6/5 6/23 12/5 12/19 13/13 16/24 18/10 22/9 28/2 31/8 45/19 45/23 48/24 50/18 58/13 60/16 60/18 61/1 62/13 63/25 67/1 68/4 69/6 71/1 71/2 72/17 73/21 75/17 77/24 80/6 84/17 85/19 92/3 95/7 96/14 100/2 100/5
**began** [1] 35/25
**beginning** [6] 9/23 9/23 27/2 27/20 28/17 59/4
**behavior** [4] 13/10 13/11 30/16 30/17
**behind** [9] 18/4 23/17 51/19 59/25 71/23 72/4 72/11 72/19 90/7
**being** [8] 18/7 37/16
**barrett** [1] 49/9
**62/4 72/10 76/11 79/2 99/5**
**believe** [41] 4/20 6/4 7/3 7/7 20/25 45/13 64/21 71/9 71/16 80/16 90/3 90/7 92/8 93/2 95/15 100/14 100/19 101/7
**believing** [1] 95/4
**belong** [1] 17/17
**bench** [3] 66/3 67/11 102/22
**best** [7] 47/25 50/3 51/3 62/1 69/5 71/10 95/9
**better** [3] 68/15 68/21 86/25
**between** [4] 29/13 81/17 88/2 97/3
**beyond** [10] 43/11 72/7 81/10 81/11 81/15 81/19 82/20 84/10 92/9 92/10
**big** [1] 16/15
**bike** [51] 11/7 15/22 15/24 18/23 19/3 19/5 19/8 19/10 20/13 21/2 21/23 22/2 22/4 22/8 23/22 28/23 29/4 29/12 30/12 31/1 31/9 31/10 32/7 32/8 34/9 34/24 35/14 37/25 39/24 57/1 79/1 80/25 81/5 81/10 82/1 82/1 82/9 82/14 82/18 84/13 84/15 89/23 89/25 90/2 90/5 90/6 92/7 92/20 93/7 101/24 102/1
**bikes** [3] 12/9 14/1 21/19
**bit** [6] 13/19 39/10 46/23 62/13 81/19 97/11
**black** [36] 27/25 35/5 39/10 46/14 47/12 47/17 49/3 49/24 50/8 50/20 51/18 52/12 53/11 53/20 54/10 55/19 55/23 56/13 57/5 57/21 58/8 59/10 60/3 60/6 60/21 61/20 77/17 78/22 80/15 86/10 88/3 91/2 93/12 94/3 99/16 101/20
**bleeding** [1] 44/10
**blood** [1] 44/19
**blow** [1] 89/11
**blurry** [2] 90/23 92/21
**boards** [1] 18/3
**body** [25] 26/15 26/18 26/19 26/21 26/25 40/5 49/23 50/14 56/19 71/1 71/19 72/9 79/8 84/9 86/13 86/18 86/21 87/1 88/20 88/22 88/25 92/10 92/18 92/25 99/7
**body-worn** [10] 26/15 26/18 26/21 26/25 40/5

**B**

body-worn... [5] 49/23 50/14 56/19 71/19 86/13
botanical [2] 13/1 14/3
both [4] 57/12 76/3 76/21 92/6
bottles [2] 18/3 18/5
bottom [4] 20/13 37/1 56/10 64/21
bound [1] 5/17
Box [1] 2/4
brand [1] 20/5
breach [1] 24/6
breached [1] 35/1
break [4] 62/11 62/17 62/20 103/10
breathe [3] 36/16 37/12 94/9
breathing [1] 38/12
Brian [2] 1/13 4/7
brian.kelly3 [1] 1/16
brief [1] 98/25
bright [1] 48/23
bring [3] 81/6 91/2 97/21
broke [1] 44/5
broken [4] 38/22 44/4 51/8 51/11
brother [8] 95/24 96/2 96/25 97/3 97/20 98/21 98/24 99/3
brother's [1] 97/17
bruises [1] 87/11
bruising [16] 41/7 41/8 41/23 42/4 42/9 42/16 42/21 43/1 43/6 43/10 45/22 87/12 99/7 99/22 100/1 100/17
bubbles [2] 96/22 96/24
building [17] 12/14 12/17 14/4 14/8 14/22 15/16 16/5 16/16 16/8 16/11 18/16 20/24 22/16 22/23 39/22 43/19 45/15
burnt [1] 37/9
business [1] 65/22
BWC [1] 46/6

**C**

CA [1] 1/19
calendar [1] 103/16
calf [4] 41/25 42/9 42/9 42/21
call [10] 6/23 9/12 12/22 15/8 44/24 84/2 102/6 102/6 102/10 102/11
called [4] 47/15 80/17 80/18 80/22
calling [3] 79/18 79/22 85/1
calls [2] 9/11 9/14
cam [7] 71/2 86/18 86/21 87/1 88/20 88/22 88/25

camera [24] 26/16 26/18 26/21 26/25 40/5 46/7 49/23 50/14 56/19 71/16 71/20 71/22 72/3 72/7 72/9 72/11 72/12 72/13 72/15 72/19 79/9 84/18 86/13 88/14
cameras [1] 47/5
camping [1] 44/1
can [69] 7/17 8/7 13/15 13/18 14/21 18/3 21/9 21/23 22/2 22/5 22/12 22/14 23/10 23/15 28/9 28/14 30/18 34/16 38/8 39/8 41/17 41/20 42/8 42/11 43/2 43/5 49/2 50/17 51/3 51/16 52/11 52/14 53/10 53/22 56/10 57/11 57/20 58/13 59/15 62/1 62/2 62/13 64/7 68/19 68/22 71/12 71/13 72/10 72/13 72/15 76/1 76/17 76/18 77/8 88/24 89/9 89/11 89/16 90/8 95/9 96/4 96/7 97/11 97/21 100/16 102/8 102/25 103/6 103/24
can't [4] 52/15 71/22 82/15 89/24
capital [1] 69/12
capitol [43] 12/14 12/16 12/20 12/23 13/1 13/3 13/6 13/17 13/23 14/3 14/4 14/8 14/11 14/13 14/18 14/22 14/25 15/5 15/6 15/17 15/19 15/24 16/5 16/8 18/16 20/24 22/16 22/23 22/25 23/4 23/6 26/22 40/7 43/13 43/18 44/21 45/14 49/16 49/20 62/4 70/16 82/13 87/9
capture [2] 71/13 72/13
captured [1] 72/20
careful [1] 77/22
carrying [1] 26/8
cars [2] 12/24 13/24
case [3] 97/6 97/10 104/1
cases [1] 73/12
cause [1] 35/5
causing [1] 101/16
CDU [7] 9/18 10/2 10/9 11/7 12/8 21/16 32/16
center [7] 21/4 26/20 27/25 36/1 42/5 43/3 55/16
certain [4] 9/24 10/12 27/17 80/3
certainly [4] 5/20 5/22 68/11 86/25
certification [2] 12/3 18/17
Certified [1] 2/8

CH [1] 2/9
chance [3] 40/9 54/20 85/18
channel [1] 12/13
chaos [1] 14/23
chaotic [3] 14/5 34/2 36/4
charged [2] 57/10 61/11
checking [1] 103/15
chest [7] 19/6 19/6 25/12 26/20 36/2 72/12 97/19
chin [3] 36/14 36/15 37/2
choice [2] 91/11 91/14
chopping [1] 33/16
circle [2] 21/9 22/1
circled [7] 21/12 22/7 39/7 41/22 41/23 42/4 60/4
circumstance [1] 79/25
circumstances [4] 64/7 68/19 80/3 81/13
cite [1] 74/12
citizen [2] 62/5 81/16
citizens [3] 9/12 10/12 10/13
city [1] 61/25
civil [4] 9/16 9/21 69/14 81/9
civilian [8] 67/17 69/16 70/11 70/15 72/25 78/23 80/5 88/10
civilian's [2] 88/16 89/7
civilians [3] 79/18 80/20 81/15
clarify [1] 46/9
clean [1] 73/8
clear [4] 4/24 54/7 91/17 99/10
clearly [1] 17/21
clenched [1] 36/1
clock [1] 22/20
close [3] 54/14 103/24 104/10
closed [2] 5/6 33/3
closer [2] 15/16 92/4
cloth [3] 20/4 20/9 21/21
cluster [2] 60/3 60/5
collapse [2] 35/6 47/3
collapsed [3] 35/12 50/24 56/21
colored [1] 21/14
COLUMBIA [1] 1/1
come [8] 31/11 31/18 32/4 34/9 34/25 77/17 78/17 91/3
comes [3] 64/22 83/16 93/12
comfortable [1] 8/7
coming [4] 14/10 14/20 14/21 37/25
commander [1] 75/12

comments [2] 14/17 14/17
commie [1] 80/17 85/1
common [2] 25/23 25/24
communicates [1] 68/20
communicating [1] 104/2
communication [4] 68/2 95/23 96/10 96/10
communications [2] 95/9 95/25
Communist [1] 25/14
complaints [1] 9/14
complete [2] 74/21 98/24
completed [2] 73/22 74/23
complied [2] 21/11 72/2
complies [6] 39/6 41/21 53/23 54/6 55/22 95/10
compromised [2] 31/17 39/23
computer [2] 2/12 10/21
computer-aided [1] 2/12
concern [3] 26/7 66/19 80/2
concerned [6] 24/8 26/10 31/10 31/13 31/16 66/23
concerning [5] 5/1 25/18 25/20 30/15 30/17
concerns [1] 64/12
concrete [1] 30/20
conference [4] 5/4 66/3 66/7 102/22
confused [1] 91/22
confusion [1] 72/24
Congress [2] 16/7 16/11
connected [1] 19/10
consequences [1] 69/17
considerations [1] 79/24
consistent [1] 67/10
constitute [1] 102/2
Constitution [1] 2/9
contact [12] 32/1 32/12 32/23 47/10 88/13 88/16 89/6 93/1 93/14 101/19 102/6 102/10
contacted [2] 47/8 47/11
context [1] 70/11
continue [3] 31/3 58/14 58/14
continued [2] 2/1 44/18
control [6] 9/24 10/1 15/3 32/17 33/6 35/14

controlling [1] 32/20
conversation [2] 96/2 98/22
convey [1] 99/3
corner [3] 27/14 48/8 74/9
Corps [6] 25/16 49/7 49/8 83/3 90/9 90/13
correct [78] 5/23 64/17 64/20 64/24 65/6 65/14 65/19 69/3 69/8 70/6 70/9 70/20 70/24 71/2 71/12 71/14 71/23 71/24 72/22 73/1 73/8 73/9 73/16 74/20 75/3 75/10 75/21 75/25 76/12 76/13 76/23 76/24 77/1 77/2 78/23 79/15 80/15 80/18 82/9 83/6 83/11 83/21 84/1 85/16 85/17 85/20 86/2 86/14 86/18 87/1 87/10 87/17 87/21 88/3 88/7 88/10 88/23 89/3 90/9 91/11 92/4 92/7 92/20 93/6 93/9 93/12 93/20 94/5 94/8 94/18 96/22 96/25 97/6 97/10 98/2 98/6 98/9 103/5
could [73] 8/18 13/16 14/19 14/20 14/24 17/12 18/19 20/21 21/9 21/22 22/1 26/5 26/10 28/7 28/10 28/15 29/1 29/6 29/19 30/5 30/24 31/20 33/9 33/18 39/4 40/12 40/15 41/17 41/19 42/1 42/8 42/20 42/22 43/5 43/8 44/24 46/9 46/22 48/15 49/5 49/8 50/6 50/18 50/20 51/3 51/16 53/2 53/13 53/15 54/5 54/7 55/13 55/21 56/7 56/15 57/23 58/3 59/1 59/6 59/15 67/15 68/9 68/13 71/20 72/1 72/3 74/23 79/7 89/19 90/12 98/7 98/10 103/6
couldn't [4] 16/18 16/21 23/13 38/1
counsel [2] 4/19 6/3
counter [1] 91/21
couple [3] 7/13 18/18 27/6
course [2] 65/22 104/12
court [8] 1/1 2/7 2/8 4/24 63/2 67/9 103/14 105/7
Court's [2] 5/17 61/14
courtroom [5] 6/15 62/13 62/15 62/25 104/6
covered [2] 7/5 64/3
covering [2] 58/9 60/12
covers [1] 66/24

## C

COVID [1] 105/6
COVID-19 [1] 105/6
CR [1] 1/4
create [2] 29/13 81/16
criminal [1] 69/13
cross [6] 3/9 5/11
39/22 62/18 63/8 103/7
cross-examination [3]
62/18 63/8 103/7
cross-examine [1]
5/11
crossing [2] 101/23
102/3
crosswalks [1] 18/24
crowd [31] 14/12 15/3
16/6 16/15 16/17 16/19
16/24 17/9 17/23 18/10
18/13 20/15 23/11
23/21 24/5 24/24 25/8
25/10 28/3 33/6 34/10
35/2 35/16 43/22 49/24
61/7 70/15 73/2 77/4
77/8 90/14
crowd's [1] 17/4
crowds [2] 18/11 32/17
CRR [1] 105/2
curious [2] 97/5 97/7
current [1] 10/14
currently [1] 65/5
cursed [1] 84/22
cursing [2] 79/21
84/19
cut [7] 43/17 44/8
44/10 44/17 45/11
45/15 45/18
cuts [2] 100/4 100/8

## D

D.C [4] 1/5 1/15 1/22
2/10
danger [4] 26/13 70/20
70/22 70/23
darker [1] 96/22
Darth [1] 19/17
date [8] 63/15 74/10
87/22 95/3 96/4 96/9
97/7 105/10
dated [1] 63/24
dates [2] 74/10 74/13
day [27] 1/7 11/4 11/9
12/17 12/19 15/6 16/19
40/7 43/15 45/15 45/19
46/7 46/10 46/14 46/24
47/18 54/21 74/14
74/20 82/17 85/13
88/21 94/22 94/23 98/3
98/25 104/11
days [3] 41/10 41/15
47/7
de [8] 68/2 68/5 68/8
68/8 68/23 69/2 69/6
70/5
de-escalate [1] 68/23
de-escalating [3] 68/8
69/6 70/5
de-escalation [4] 68/2
68/5 68/8 69/2

deadly [4] 9/4 9/17
69/7 69/20
deal [1] 79/17
dealing [1] 81/9
decided [1] 24/6
decision [1] 5/2
decisions [2] 68/15
declared [3] 13/6 13/8
13/13
deescalation [1] 64/11
defendant [3] 1/7 2/2
7/24
defendant's [16] 3/15
4/10 63/14 65/25 67/12
73/19 78/1 78/8 78/10
80/12 89/2 95/5 95/18
96/15 96/17 96/19
Defendant's Exhibit 1
[1] 73/19
Defendant's Exhibit 12
[2] 95/5 96/15
Defendant's Exhibit 17
[3] 78/1 78/8 89/2
Defendant's Exhibit 46
[2] 63/14 65/25
defense [7] 4/9 4/19
5/11 5/20 6/3 7/14 7/23
defined [1] 100/21
definition [1] 101/21
defuse [1] 68/1 69/2
delve [1] 5/20
demeanor [2] 14/12
17/5
demonstrate [1] 12/2
demonstrating [1]
13/10
demonstration [2]
10/5 11/20
demonstrations [2]
11/23 12/4
department [17] 5/3
8/25 9/2 16/23 18/9
64/4 64/16 64/23 65/6
65/10 65/13 65/22 70/5
85/10 85/15 100/1
100/11
department's [2] 63/13
63/24
depends [1] 81/13
deployed [1] 12/10
describe [4] 27/18
86/23 87/8 95/9
described [2] 28/2
describing [1] 94/8
detail [1] 13/15
detective [7] 47/8
47/23 85/18 86/9 86/12
87/4 98/6
detriment [1] 5/19
device [2] 71/11 71/19
did [82] 11/8 11/22
11/25 12/13 12/22 15/2
16/2 16/10 17/1 18/13
19/21 20/10 24/5 25/4
26/7 26/13 26/21 29/23
30/10 30/14 32/15 33/1
33/3 33/5 33/13 33/21

36/19 37/8 37/12 39/11
39/14 41/5 41/8 41/10
42/15 43/12 43/15
44/12 44/16 45/7 45/11
45/17 45/21 45/25 46/4
46/9 47/10 47/13 47/17
47/25 52/2 54/8 54/9
57/8 72/19 74/2 77/5
78/5 82/18 82/19 85/8
87/6 87/23 88/12 88/14
88/15 88/17 90/12
92/25 94/11 94/11
95/25 98/7 98/10 100/7
101/20 102/2 102/13
did you [11] 11/8 15/2
32/15 34/20 41/5 43/12
43/15 45/11 46/4 46/9
47/17
didn't [15] 24/3 44/18
46/13 46/18 46/20
46/21 47/2 74/21 86/9
88/8 94/17 94/17 97/18
99/18 103/1
died [1] 47/2
different [10] 9/13 9/25
10/7 50/13 54/25 58/21
79/14 86/22 89/2 89/4
difficult [2] 36/13
37/12
direct [8] 3/9 8/12 11/3
24/20 58/16 67/15
67/19 69/25
directed [7] 15/4 15/11
15/12 15/15 15/20
20/12 44/22
directly [6] 60/23 84/17
disarm [1] 56/20
discharging [1] 101/10
disciplinary [1] 69/13
discuss [3] 47/13
62/19 104/1
discussed [2] 48/24
66/6
discussing [2] 41/6
43/11
discussion [1] 67/11
disorder [1] 81/10
display [2] 32/18 32/18
displayed [2] 88/14
89/13
distance [4] 29/13
68/14 81/17 90/8
DISTRICT [5] 1/1 1/1
1/10 9/8 9/10
disturbance [2] 9/16
9/21
disturbing [1] 17/22
divided [1] 83/14
do [89] 6/5 6/9 8/24
9/20 10/1 10/18 12/22
13/2 15/11 16/7 17/15
20/10 20/19 21/6 22/25
24/11 24/23 25/15
27/24 29/1 30/11 32/16
32/19 33/13 34/18
37/14 39/1 39/25 40/5
42/16 42/20 42/23

48/12 49/15 50/2 52/25
53/2 53/19 54/3 54/8
55/10 55/18 56/4 56/12
58/15 59/3 59/5 59/9
59/11 60/5 60/17 61/18
62/1 64/25 67/7 67/17
67/20 71/15 72/13
74/15 77/5 77/25 78/14
79/20 88/1 90/21 90/21
94/20 95/12 95/13
95/14 95/17 97/2 99/7
99/19 100/11 100/13
100/23 100/25 101/2
102/9 102/24 104/3
do you [11] 8/24 10/18
13/2 15/11 17/15 24/11
24/23 54/8 94/20 97/2
102/7
Do you have [1] 64/25
Do you know [2] 40/5
74/15
Do you recognize [2]
95/12 95/17
do you remember [7]
60/17 99/7 99/19
100/11 101/24 102/5
102/9
do you see [27] 21/6
22/25 27/24 34/18 39/1
42/16 48/12 49/15
52/25 53/2 53/19 54/3
55/10 55/18 56/4 56/12
59/3 59/9 60/5 67/20
77/25 78/14 90/21
90/21 100/23 100/25
101/2
Do you understand [1]
71/15
document [18] 10/22
63/22 64/6 65/1 65/21
66/21 66/24 66/25 67/5
67/16 73/20 74/19
74/21 74/22 75/5 75/17
75/25 97/12
does [13] 13/8 25/21
30/6 33/10 54/23 59/16
64/21 72/6 89/2 92/9
93/15 101/5 101/7
doesn't [3] 66/12 88/22
89/1
doing [8] 28/21 29/10
31/6 31/25 35/11 37/19
56/24 79/4
don't [37] 7/7 11/10
17/17 24/7 24/9 24/9
46/6 46/8 46/8 50/5
62/6 62/11 66/15 69/23
71/21 74/8 74/18 74/25
74/25 75/9 75/11 75/16
83/13 87/11 87/22
87/25 88/18 88/18 90/4
90/7 90/15 91/18 94/14
94/14 95/15 103/22
104/1
done [1] 76/7
dot [1] 21/10

Dupuyon [1] 6/6
down [14] 31/14 31/17
36/2 36/25 37/3 38/1
40/20 48/21 54/15
64/21 77/22 89/11 96/9
102/19
dragging [1] 93/18
draw [1] 25/4
dress [1] 73/7
drew [3] 22/9 23/5 25/7
driving [1] 92/19
DUPEE [1] 2/3
dupeemonroelaw.com
[1] 2/6
duration [1] 93/22
during [7] 24/15 32/16
44/3 45/20 62/20 99/15
105/5
duties [3] 9/9 12/7
16/10
duty [5] 9/6 10/14 11/4
11/6 73/11

## E

each [2] 41/18 93/15
earlier [15] 11/10 23/14
30/21 35/24 44/13
45/22 46/1 46/4 46/10
46/13 47/16 47/21
52/25 96/3 99/21
easily [1] 23/20
edge [1] 56/16
effective [1] 63/15
eight [3] 36/4 45/12
51/2
eighths [1] 48/22
either [4] 9/23 64/16
74/20 74/23
elaborate [1] 46/22
Electoral [1] 12/3
electronically [1]
104/2
else [2] 37/14 77/1
Email [4] 1/16 1/20
1/23 2/5
emerges [1] 77/3
encounter [11] 67/23
72/25 75/7 75/24 76/11
77/23 86/25 88/6 88/8
93/22 94/21
encountered [1] 18/9
encountering [2]
67/17 68/9
encourage [2] 39/12
39/15
end [5] 36/5 58/17
83/25 103/23 104/11
ended [1] 16/21
engage [3] 5/11 9/25
68/21
engaged [1] 17/9
engaging [2] 30/16
70/11
enhance [1] 89/11
Enjoy [1] 103/25
ensure [1] 10/7
entail [1] 79/23
entered [2] 6/15 16/20

**entered... [1]** 62/25
**entering [1]** 39/22
**entire [2]** 16/19 22/13
**entrances [1]** 16/5
**entry [1]** 6/8
**environment [1]** 79/1
**equipment [1]** 33/5
**escalate [1]** 68/23
**escalating [3]** 68/8
69/6 70/5
**escalation [4]** 68/2
68/5 68/8 69/2
**especially [1]** 17/7
**essentially [2]** 66/13
102/5
**establishing [1]** 18/20
**evacuate [1]** 44/4
**even [8]** 12/19 16/14
19/10 33/3 69/7 86/9
86/13 94/20
**evening [2]** 6/19 73/6
**event [2]** 10/4 50/16
**events [5]** 10/10 85/16
85/25 86/5 98/3
**ever [21]** 12/19 13/12
16/24 18/9 33/1 33/3
36/19 39/11 39/14 41/8
45/25 72/17 88/15
93/15 94/11 94/11
94/14 94/14 100/1
100/4 102/13
**everybody [5]** 6/19
57/15 62/12 62/14
104/5
**everyone [9]** 4/4 4/13
6/17 31/18 32/10 48/8
59/21 63/3 63/4
**everyone's [2]** 46/6
46/7
**Everything [2]** 98/7
98/10
**everywhere [2]** 14/10
23/25
**evidence [12]** 5/17
7/25 67/12 67/18 73/18
78/2 78/3 78/8 78/10
96/15 96/19 103/5
**exact [2]** 16/13 87/22
**exactly [5]** 11/10 74/18
74/25 75/1 98/8
**examination [8]** 8/12
62/18 63/8 66/22 67/1
98/13 98/16 103/7
**examine [1]** 5/11
**excessive [2]** 64/11
69/12
**exchange [1]** 79/14
**exchanges [1]** 94/16
**excused [1]** 102/20
**exhibit [40]** 7/3 7/7
20/18 20/22 21/7 21/24
27/1 27/13 40/3 40/15
40/23 41/1 42/1 42/7
42/19 42/22 43/4 43/8
48/5 54/15 54/16 54/19
58/14 58/20 58/23
63/14 65/25 66/8 67/12
89/2 89/10 95/5 95/18
96/15 96/19 99/11
**exhibits [13]** 3/2 3/13
6/2 6/4 6/8 6/24 7/2 7/6
7/10 7/14 7/22 7/25
41/11
**exited [2]** 62/15 104/6
**expect [1]** 104/7
**expecting [1]** 12/16
**experience [4]** 25/25
26/1 101/9 101/18
**explain [2]** 34/3 80/24
**exposed [1]** 37/5
**extend [1]** 22/14
**extended [2]** 84/9
92/19
**extending [1]** 22/12
**extends [1]** 22/5
**extent [8]** 23/10 53/2
55/3 66/9 66/21 66/25
71/18 87/5
**eyes [10]** 30/24 50/6
51/3 51/23 53/15 53/24
57/4 58/3 59/15 61/2

**F**

**fabric [1]** 58/9
**face [16]** 19/17 32/1
32/4 32/24 36/21 36/23
37/6 57/11 85/6 85/9
88/13 88/16 88/17 89/7
93/1 102/10
**facing [1]** 23/11
**fact [4]** 5/6 5/21 28/15
86/12
**fair [8]** 15/8 22/22
50/12 66/23 75/6 79/10
86/4 86/22
**fall [3]** 38/12 93/6
101/20
**family [2]** 72/17 72/19
**far [6]** 43/12 54/12
71/13 72/6 72/15 90/13
**fast [1]** 33/9
**FBI [4]** 47/20 87/19
88/15 98/8
**feasible [2]** 68/17 69/3
**February [4]** 95/3 96/5
96/11 97/3
**federal [1]** 11/1
**feel [5]** 16/1 37/8 37/14
37/16 47/2
**feet [3]** 38/8 52/23 93/9
**fell [1]** 38/13
**fellow [2]** 70/23 81/11
**felt [2]** 46/16 84/21
**fence [4]** 30/18 33/18
33/19 81/7
**fencing [1]** 17/8 18/19
18/22
**few [11]** 23/7 27/21
29/5 34/22 41/10 41/15
47/7 51/8 55/4 61/11
80/18
**fiberglass [2]** 43/25
44/6
**fight [8]** 25/22 30/3
77/18 78/18 91/3
**fighting [1]** 26/2
**figure [1]** 103/9
**filter [1]** 37/1
**final [1]** 5/1
**finally [1]** 43/7
**fine [2]** 8/17 103/8
**finger [3]** 43/16 44/6
44/7
**firearm [1]** 101/10
**first [33]** 8/19 8/22 9/7
10/5 11/19 11/22 13/17
14/13 15/5 16/15 17/7
24/15 25/1 27/21 28/5
43/17 44/18 44/21
49/23 55/2 63/23 67/25
73/19 73/20 76/5 77/8
77/10 77/22 81/2 81/4
95/6 95/17 97/4
**First Amendment [2]**
10/5 11/19
**fist [1]** 33/3
**fists [1]** 36/1
**five [1]** 35/18
**flag [13]** 25/16 25/16
49/7 49/8 49/13 56/17
59/13 83/3 83/5 83/8
83/18 90/9 90/13
**flagpole [14]** 25/15
26/5 26/8 26/13 28/11
33/22 44/2 44/14 46/5
49/3 50/15 83/8 83/14
83/16
**flags [2]** 17/19 17/20
**flip [1]** 63/18
**flow [1]** 10/11
**flowing [1]** 32/10
**flying [1]** 18/4
**focus [3]** 12/11 29/6
33/9
**focused [1]** 28/10
**folks [1]** 68/23
**follow [4]** 27/9 48/8
64/16 64/20
**follow-up [1]** 27/9
**foot [2]** 12/19 20/13
**footage [2]** 26/25
86/18
**FOP [1]** 17/19
**force [24]** 64/7 64/9
64/11 64/11 64/17
64/20 64/23 65/8 69/2
69/12 69/16 69/20 70/4
70/6 92/23 92/24
100/10 100/21 101/3
101/6 101/9 101/12
101/15 101/21
**forearm [1]** 43/10
**foregoing [1]** 105/3
**form [1]** 16/2
**formed [1]** 19/2
**forward [23]** 30/4 30/7
30/23 31/3 31/18 31/19
32/3 32/3 34/11 34/13
36/13 36/17 38/25
50/17 57/13 69/24
78/17 81/1 81/6 81/19
77/18 78/18 91/3
**found [2]** 5/7 46/25
**four [3]** 29/11 29/18
104/7
**fours [1]** 6/25
**Fourth [1]** 1/14
**frame [8]** 30/4 30/4
30/5 30/23 38/25 82/20
84/3 94/4
**framework [1]** 64/12
**framing [3]** 30/7 31/3
31/19
**Fraud [1]** 1/21
**fresher [1]** 86/5
**front [12]** 15/18 15/18
23/24 49/6 59/13 60/23
65/2 71/12 79/4 79/9
90/2 90/6
**full [2]** 46/18 46/21
**fully [2]** 83/5 92/19
**further [7]** 46/16 62/6
90/5 94/16 95/8 96/14
97/13
**future [1]** 62/2

**G**

**game [1]** 66/23
**gardens [2]** 13/1 14/3
**gas [12]** 19/20 19/22
36/15 36/19 36/22
36/25 37/1 37/3 37/5
37/10 37/10 40/21
**gate [1]** 28/23
**gates [2]** 47/3 82/25
**gave [2]** 86/17 87/12
**gear [3]** 19/14 19/19
19/21
**general [10]** 9/9 14/12
15/12 17/4 63/15 63/24
64/3 64/6 64/14 83/15
**generally [6]** 14/14
29/15 64/2 69/15 81/14
82/11
**generated [1]** 88/21
**gentleman [11]** 77/3
77/23 78/22 80/14
80/21 83/2 84/22 86/10
88/2 91/10 93/11
**gentleman's [4]** 85/5
88/13 92/9 92/25
**gentlemen [2]** 6/18
62/10
**gestures [1]** 39/14
**get [21]** 6/3 6/5 6/20
8/8 8/9 13/25 16/18
30/3 34/20 36/12 37/4
38/8 39/17 41/4 44/3
57/15 62/14 66/1 83/15
93/24 96/9
**gets [1]** 92/4
**getting [2]** 6/13 93/9
**give [5]** 44/22 68/16
73/8 85/1 98/24
**given [4]** 5/6 5/10 9/22
66/23
**gives [1]** 64/19
**giving [2]** 79/18 104/1
**glass [1]** 18/3
**gloves [10]** 20/1 20/3
20/4 20/5 20/5 20/7
20/7 20/8 20/9 28/9
**go [16]** 12/16 15/5
15/12 27/8 27/17 28/14
33/9 34/2 57/12 60/10
63/19 66/21 75/5 81/19
90/4 95/7
**goes [5]** 64/10 67/1
68/25 69/11 93/24
**going [78]** 11/23 13/20
20/16 25/14 25/19
26/24 27/6 27/8 27/17
27/20 28/16 28/17 29/5
29/18 30/4 30/23 31/3
31/10 31/14 31/19
32/10 33/8 33/8 34/1
34/2 34/2 34/14 35/18
36/3 36/5 36/9 37/20
38/3 38/16 38/25 40/23
41/11 48/4 50/5 51/2
51/23 52/10 53/6 53/16
54/16 55/2 55/4 55/25
57/3 57/13 57/13 58/18
58/20 59/14 59/21
60/10 61/1 61/6 62/17
63/13 66/13 67/4 73/18
76/2 77/21 81/19 86/23
86/24 95/2 95/5 95/8
96/14 97/5 102/6 102/6
102/10 102/11 103/19
**good [12]** 4/5 4/13
4/14 6/18 8/6 8/15 8/16
37/22 63/10 63/11
81/10 81/14
**good morning [7]** 4/13
4/14 6/18 8/6 8/15 8/16
63/10
**Goshen [1]** 2/4
**got [7]** 13/19 15/16
36/18 63/17 70/1 91/14
103/23
**gotten [1]** 52/23
**government [12]** 1/13
4/8 4/16 4/19 5/10 5/21
7/23 8/11 66/5 66/8
86/20 87/14
**government's [31]** 3/4
3/10 5/18 5/23 6/21
7/25 20/17 20/22 21/7
21/24 27/1 40/3 40/15
40/23 41/1 41/11 42/1
42/7 42/19 42/22 43/4
43/8 47/21 48/5 54/15
54/16 54/19 58/20
58/23 89/10 99/11
**grab [1]** 36/19
**grabbed [3]** 30/12
36/12 44/3
**grabbing [1]** 17/8
**grabs [2]** 80/25 84/15
**ground [17]** 18/4 19/8
36/11 36/18 37/15
37/17 40/18 40/20 41/3
47/3 52/7 52/16 57/12
61/13 93/20 93/21
101/13
**grounds [8]** 12/20 13/3

**G**

grounds... [6]  13/6
13/17 14/13 14/25 15/5
87/10
group [1]  13/9
groups [1]  9/25
guess [2]  51/16 58/9
guidance [1]  64/19
guide [2]  18/24 18/25
guideline [1]  65/13
guy [1]  76/11

**H**

had [82]  6/3 6/19 12/4
12/9 12/16 12/19 13/12
16/24 18/9 19/12 20/13
25/8 25/15 28/9 28/12
29/3 30/21 32/1 32/3
32/8 33/14 33/14 33/18
33/20 34/9 34/24 35/1
35/13 35/24 36/25
37/24 38/12 38/15
38/21 40/9 40/17 40/19
40/21 42/14 43/16
43/17 44/3 44/4 44/4
44/20 44/21 44/23 47/2
47/4 47/18 50/23 51/8
52/23 53/5 54/13 54/20
56/21 56/22 56/25 57/1
58/11 65/9 66/6 66/8
69/19 69/20 71/19 73/7
74/19 80/21 83/20 84/8
85/18 86/12 88/19
88/21 90/7 92/23 94/16
100/1 100/4 100/19
half [4]  10/6 80/13
83/24 87/20
hand [70]  8/3 20/14
21/13 25/15 27/14
28/16 28/22 29/7 29/11
29/15 30/6 30/11 30/21
30/24 31/1 31/7 31/20
31/25 32/2 32/3 32/12
32/15 32/21 34/17
43/21 44/10 44/12
44/16 44/20 45/7 45/11
45/15 45/18 46/3 46/11
46/15 46/17 47/13 48/7
48/22 56/10 57/19
57/25 60/2 71/25 72/3
72/6 72/10 72/12 72/14
73/4 73/8 77/11 77/16
78/14 81/21 82/8 83/3
83/20 83/25 84/13
88/12 88/15 89/6 89/22
90/22 92/9 92/20 97/19
102/10
handled [1]  99/5
hands [4]  69/22 82/6
82/12 93/23
hanging [1]  79/1
happen [2]  24/5 104/2
happened [20]  24/10
34/7 36/11 36/22 40/7
46/10 46/13 47/4 47/18
52/6 61/19 75/2 75/14
86/6 87/17 88/2 98/2
98/5 98/9 98/25

happening [6]  12/6
36/6 37/21 52/7 81/25
82/24
hard [6]  20/7 21/20
33/24 33/25 38/11 82/7
harkening [1]  56/19
has [8]  26/25 27/5
30/25 36/25 71/13 82/8
86/20 91/10
Hava [2]  1/17 4/7
hava.mirell [1]  1/20
have [64]  7/13 8/5 9/4
10/25 11/25 18/13
19/11 19/21 20/19
23/20 24/3 24/9 24/21
31/17 31/18 32/20
34/19 39/17 39/20
39/23 40/9 41/12 44/12
45/17 45/21 45/25
52/16 54/12 59/23 62/6
62/18 63/18 63/23
64/16 64/25 66/13 71/5
72/6 72/12 72/17 73/20
74/19 75/13 75/17
77/22 79/20 80/3 80/4
81/11 81/16 82/12
82/13 82/18 84/8 85/10
92/6 92/11 94/11 94/11
102/16 103/2 103/3
103/20 104/5
having [6]  38/11 75/5
76/21 86/1 86/6 86/14
he [88]  15/15 25/8 25/8
25/11 25/11 25/15 28/9
28/23 28/25 29/3 29/13
29/25 30/12 30/16
30/19 30/25 31/6 31/8
32/3 32/8 33/14 33/14
33/18 33/21 33/23
33/24 34/12 34/13
35/24 35/25 36/2 36/12
36/16 36/17 36/21
36/22 37/2 37/5 40/20
44/1 44/21 44/22 44/22
44/23 47/10 47/11
47/15 49/6 51/19 52/4
52/14 53/22 54/12
56/15 56/16 57/10
59/12 60/8 60/23 61/11
74/2 81/2 81/5 82/1
84/13 84/15 84/17
85/19 85/21 86/17 87/5
87/6 87/19 88/10 88/19
90/13 91/23 91/23 93/2
93/15 93/18 93/21
93/23 94/17 97/7 97/9
97/15 103/5
He said [1]  29/25
he's [11]  6/6 53/14
54/14 54/14 57/24 60/9
80/15 80/17 84/19
91/14 97/5
hear [8]  12/13 14/19
14/20 17/12 33/18
84/24 85/18 102/25
heard [4]  33/19 65/4
70/10 85/3
hearing [1]  105/5

heated [1]  79/13
held [4]  18/7 33/15
71/25 72/3
Hello [2]  98/18 98/19
helmet [12]  19/15
19/15 19/17 19/18
19/22 36/12 36/14
36/15 57/11 60/19
61/12 93/18
helmets [2]  13/25 60/4
help [1]  44/21
helped [1]  35/5
helping [1]  49/19
her [5]  69/13 74/6 75/1
75/9 98/3
here [44]  5/19 6/6 6/13
16/14 17/18 22/4 26/20
27/1 27/21 34/4 34/12
34/15 37/15 40/1 40/16
40/25 41/18 48/18 49/6
50/21 51/19 55/15 56/8
56/16 57/24 59/7 59/13
60/9 60/19 61/6 64/8
64/10 64/21 72/13
74/12 75/23 76/15
81/20 82/21 85/24
89/21 91/16 100/17
100/18
here's [1]  66/19
high [2]  19/6 19/6
higher [1]  15/14
him [41]  6/3 6/25 28/24
29/2 29/3 29/12 32/2
32/3 32/5 33/5 34/21
37/4 39/15 41/4 47/18
51/21 52/14 52/16
53/24 54/3 54/5 66/13
69/12 77/8 77/12 85/6
85/8 87/12 87/14 92/3
92/5 92/22 94/14 94/16
94/17 94/20 97/18
97/24 97/25 99/1 99/4
himself [2]  103/4 103/6
his [26]  25/15 28/7
28/9 28/11 30/6 30/11
31/1 31/6 31/8 32/1
32/4 32/4 35/25 36/1
36/1 36/2 77/5 83/3
84/13 85/9 88/16 92/10
93/1 93/23 97/4 97/19
hit [5]  32/4 33/18 33/18
33/21 81/2
hitting [1]  37/14
Hobbs [1]  74/11
hold [6]  30/21 34/10
40/21 44/3 63/18 72/1
holding [4]  17/19 26/9
44/5 90/13
hollow [2]  83/11 83/13
home [1]  45/20
Honor [14]  4/5 4/18
4/20 5/25 6/7 6/22
13/22 58/13 63/6 66/6
98/14 102/21 103/1
104/9
honorable [3]  1/10 4/2
63/2

heated [1]  79/13

hopefully [1]  50/3
horrible [1]  84/21
hospital [7]  45/3 45/4
45/10 73/7 73/24 74/7
74/17
hostile [9]  14/14 17/6
17/21 18/10 18/11
23/15 26/9 79/3 79/7
hostilities [1]  67/18
hour [7]  24/14 24/15
24/20 24/21 103/18
103/25 104/5
House [4]  11/15 11/18
12/11 17/17
how [23]  8/16 9/4
10/25 16/14 19/5 23/20
24/11 33/24 34/20
43/21 54/12 58/15 62/2
71/13 72/6 72/15 74/5
75/2 84/21 92/25 93/24
102/24 103/5
Howard [6]  45/2 45/3
45/4 45/10 73/7 74/17
Howard University [2]
73/7 74/17
hurt [2]  73/15 75/3

**I**

I am [1]  66/23
I believe [12]  4/20 6/4
20/25 45/13 64/21
71/16 80/16 90/3 93/2
100/14 100/19 101/7
I can [8]  28/9 28/14
34/16 50/17 52/14
58/13 62/1 103/6
I can't [2]  82/15 89/24
I couldn't [1]  16/18
I did [3]  41/10 98/7
98/10
I didn't [4]  44/18 46/18
74/21 88/8
I don't [14]  7/7 74/18
74/25 75/9 75/11 83/13
87/22 87/25 88/8
88/18 90/7 90/15 94/14
94/14
I don't have [1]  62/6
I don't recall [4]  11/10
46/6 74/8 87/11
I felt [1]  46/16
I guess [2]  51/16 58/9
I have [3]  34/19 84/8
102/16
I hope [1]  6/19
I intend [1]  61/25
I just [8]  6/25 58/14
62/3 76/14 86/21 86/24
96/9 100/25
I know [7]  37/18 40/14
46/17 71/11 79/1 83/18
86/20
I mean [2]  66/6 66/9
I needed [1]  29/3
I recall [2]  12/21 92/14
I should [1]  31/13
I think [27]  4/15 5/18

hopefully [1]  50/3

I thought [4]  47/15
63/12 65/4 70/10
I understand [1]  4/16
I want [2]  62/1 70/1
I wanted [1]  28/24
I was [31]  11/7 12/25
19/15 20/12 20/15
23/23 24/3 24/7 28/10
31/16 32/6 36/16 37/16
37/16 38/1 38/10 38/10
38/11 40/20 45/20 46/6
46/15 46/15 46/16 47/4
47/24 52/24 70/21 90/6
94/9 99/4
I will [1]  28/15
I would [1]  67/19
I wouldn't [1]  84/2
I'd [4]  6/5 11/3 24/20
67/15
I'll [19]  4/22 27/1 27/13
28/18 34/4 34/14 38/4
48/7 50/2 50/3 52/11
55/4 55/6 57/15 62/12
62/19 69/24 76/7 89/4
I'm [105]  6/12 8/17
10/16 13/14 13/20 17/1
19/23 20/16 24/7 25/19
26/24 27/6 27/8 27/13
27/17 27/20 28/16 29/5
29/18 30/4 30/6 31/3
31/19 33/8 34/1 34/2
34/14 35/18 36/3 36/5
37/19 38/3 38/16 38/25
40/23 41/3 41/11 45/4
46/8 46/9 47/1 48/4
48/6 48/18 50/5 50/11
51/2 51/19 51/23 52/10
53/6 53/16 55/2 55/4
55/15 55/25 56/8 57/3
57/13 57/13 58/20 59/7
59/14 59/19 59/21
60/10 60/16 60/19
60/20 61/1 61/6 61/24
63/13 63/22 65/3 66/17
66/20 67/3 67/20 71/10
71/15 71/22 72/5 72/8
72/15 73/18 76/2 77/7
77/21 81/19 82/16
82/25 86/24 89/21 90/7
95/2 95/3 95/5 95/8
96/21 100/15 100/18
102/6 102/11 103/15
I'm going [24]  13/20
26/24 27/6 27/8 27/17
28/16 29/5 34/2 34/14
36/3 36/5 40/23 50/5
51/23 52/10 53/16 55/4
55/25 58/20 60/10
86/24 95/8 102/6
102/11
I'm in [1]  60/20

**I**

I'm just [4] 59/21 61/1 63/22 95/5
I'm not sure [4] 37/19 66/17 66/20 72/15
I'm sorry [7] 17/1 45/4 46/9 47/1 72/8 90/7 100/15
I'm sure [1] 24/7
I've [7] 27/16 72/8 72/16 76/18 85/3 90/20 104/1
idea [5] 70/12 70/14 70/17 81/10 81/14
identification [1] 78/1
identified [3] 3/15 61/10 63/14
identify [1] 95/8
III.13.A [1] 100/21
illustrate [1] 89/1
illustrated [2] 77/4 87/13
image [1] 42/11
imagine [1] 65/12
immediate [1] 50/25
immediately [4] 44/16 55/24 70/18 91/23
impeachment [1] 66/10
inauguration [1] 45/20
inch [1] 49/12
incident [18] 44/13 45/22 46/4 46/19 46/22 47/16 47/22 48/2 52/9 58/24 61/19 61/23 75/14 86/1 86/9 86/13 94/18 99/15
incidentally [1] 32/1
incidents [2] 70/3 100/20
incite [1] 70/15
inciting [1] 70/10
include [3] 101/10 101/12 103/7
index [4] 3/2 3/7 3/13 43/16
indicate [10] 41/19 42/2 42/8 42/20 42/23 43/5 43/8 49/5 49/8 50/20
indicated [2] 22/8 53/10
indication [1] 80/4
individual [8] 34/12 50/22 55/23 68/21 80/9 94/12 97/16 102/14
individuals [1] 13/9
indulgence [1] 61/14
information [8] 5/4 74/2 74/4 74/22 75/24 76/10 76/22 87/12
informed [1] 4/19
initial [1] 77/5
initially [9] 13/23 15/14 20/2 25/8 40/19 80/1 84/13 86/11 93/6
injured [7] 43/21 46/16 46/18 46/24 46/25 47/1

injuries [23] 41/5 41/20 42/2 42/8 42/17 42/20 42/23 43/5 43/9 43/13 43/15 46/1 73/25 74/16 75/13 76/25 87/6 87/8 87/13 99/10 99/14 99/19 100/7
injury [9] 44/12 45/7 46/3 46/11 46/17 47/13 73/4 73/11 101/16
inquiry [1] 5/12
inside [9] 16/8 16/11 43/18 43/21 44/17 47/14 72/25 75/14 76/23
instances [1] 73/15
instruct [2] 10/18 65/7
instructed [2] 65/13 65/16
instructor [2] 10/16 10/25
instructs [1] 67/16
insulted [1] 88/10
intact [1] 83/5
intend [1] 61/25
internal [1] 55/6
intersection [1] 32/20
interview [4] 47/23 85/22 86/15 87/23
interviewed [8] 47/20 47/24 48/1 85/15 85/19 85/21 86/8 87/20
introduced [1] 66/15
introducing [1] 8/18
investigated [1] 47/5
investigation [3] 4/25 5/13 47/21
investigations [1] 5/12
invitation [1] 78/18
invited [1] 77/16
inviting [1] 39/22
involve [1] 101/15
involved [2] 76/11 97/9
involving [1] 100/18
Irritants [1] 15/3
is [162]
is there [2] 66/4 73/11
isn't [4] 77/15 85/4 86/8 97/20
issue [1] 4/16
issued [1] 5/2
it [196]
it would be [3] 11/19 12/2 81/17
it's [60] 4/20 5/19 19/15 19/16 21/21 22/19 25/23 25/24 26/20 30/3 30/18 33/8 34/1 35/8 50/1 50/16 55/3 61/21 62/3 62/4 63/14 63/22 64/13 64/13 65/1 65/1 65/2 65/17 65/17 65/23 66/9 66/11 66/12 66/14 69/7 71/4 71/5 72/11 73/19 78/3 82/7 83/11 83/11 84/24 86/4 86/6 86/24

90/23 90/25 91/18 91/18 92/19 95/4 95/4 103/17 103/19
It's under [1] 65/2
its [1] 61/17
itself [2] 83/8 83/14
IV [1] 67/19

**J**

jacket [54] 21/14 21/16 21/18 21/20 27/25 28/7 28/9 33/10 34/12 35/5 39/9 40/18 46/14 47/12 47/17 48/24 49/3 49/24 50/8 50/19 50/20 51/18 52/12 53/11 53/20 54/10 55/17 55/19 55/24 56/11 56/13 57/5 57/21 58/8 59/8 59/10 60/6 60/22 61/20 76/11 77/3 77/17 78/23 80/15 86/10 88/3 89/21 90/23 91/2 91/13 93/12 94/13 99/16 101/20
James [2] 2/2 4/9
January [42] 11/4 11/6 11/18 12/5 12/7 26/16 41/15 43/13 47/7 48/10 54/9 61/17 68/4 69/19 70/12 70/16 71/1 71/8 71/19 72/25 73/15 73/25 74/11 74/20 74/23 74/24 77/1 80/6 80/22 82/13 84/22 85/14 85/20 85/25 87/6 87/17 87/21 98/2 98/6 98/9 100/2 101/20
January 6th [2] 48/10 85/20
job [3] 17/18 85/2 100/2
joined [1] 9/7
Jonathan [1] 47/8
JUDGE [4] 1/10 7/17 65/24 78/7
July [1] 74/14
juror [1] 4/15
jurors [2] 6/12 40/16
jury [36] 1/9 6/14 6/15 8/19 13/16 18/19 20/21 22/2 27/5 34/3 36/5 39/5 40/16 48/16 49/9 50/4 51/17 53/3 53/22 55/3 59/1 62/15 62/24 62/25 64/2 66/14 67/2 68/7 74/2 74/24 85/19 86/20 87/1 91/21 94/8 104/6
just [134]
justified [1] 5/7

**K**

Katherine [2] 1/21 4/7
katherine.nielsen [1] 1/24
keep [18] 4/23 13/20 16/6 19/1 30/24 31/19

53/15 55/6 57/4 58/3 58/18 59/15 59/21 82/14
keeping [3] 51/23 53/24 61/2
keeps [1] 65/22
Kelly [4] 1/13 4/7 8/2 13/18
kept [1] 15/17
kicked [1] 37/16
kind [23] 10/6 10/24 14/9 14/21 16/21 18/20 18/24 19/14 19/16 20/3 20/6 20/6 22/5 28/24 28/24 32/18 37/10 44/2 50/1 62/2 64/13 79/12 83/15
kit [1] 44/21
knee [6] 41/7 41/24 41/25 43/1 43/3 43/6
knees [1] 87/13
knew [2] 32/9 37/24
knocked [5] 36/2 36/11 40/17
know [78] 9/24 10/5 10/6 10/23 11/22 14/6 14/16 15/18 16/7 17/13 17/17 17/18 17/22 18/5 18/25 18/25 19/1 20/13 20/14 23/13 23/14 23/22 24/7 24/9 24/9 25/12 25/13 25/14 27/5 29/2 29/2 30/15 30/19 32/17 32/18 33/15 35/13 36/14 37/3 37/18 37/24 39/23 40/4 40/5 46/17 46/18 46/19 50/1 50/5 50/7 56/9 61/22 61/22 61/24 62/1 62/3 64/12 66/10 66/12 66/15 67/3 68/16 68/16 71/11 71/21 74/15 74/25 75/21 79/1 80/1 80/2 83/18 85/13 85/24 86/20 91/18 99/4 103/5
knowledge [1] 13/13
known [1] 9/18
knows [1] 66/11
knuckle [1] 43/17

**L**

laceration [1] 43/16
ladies [2] 6/18 62/10
landing [1] 18/4
large [4] 16/17 16/24 36/25 70/15
larger [1] 68/18
last [9] 5/4 5/25 8/19 8/22 34/22 42/11 60/10 61/16 87/16
late [1] 5/5
later [5] 41/2 41/10 51/8 73/6 83/22
Lauderdale [6] 47/8 47/24 85/19 86/9 87/5 98/6
lawful [1] 67/25

layer [1] 21/21
lays [1] 64/6
leaned [1] 93/7
leaning [1] 52/14
learned [1] 5/3
least [13] 39/9 39/9 59/22 79/8 83/21 86/14 92/3 95/12 95/17 95/20 95/25 96/4 103/21
leave [3] 13/25 45/17 45/21
left [37] 22/5 22/8 22/11 22/15 22/19 23/1 23/4 23/16 28/16 28/22 29/7 29/11 29/15 31/20 31/25 43/10 48/7 48/15 49/16 57/19 57/24 57/25 58/7 71/25 72/3 72/14 77/16 78/14 81/21 82/5 82/8 88/12 88/15 89/6 89/22 90/22 92/20
left-hand [3] 48/7 57/19 57/25
leg [1] 42/17
length [1] 22/13
lens [4] 71/12 71/23 72/4 72/11
less [3] 22/23 24/16 54/24
let [3] 69/25 89/9 99/4
let's [10] 10/5 62/10 81/4 82/20 84/3 89/16 91/6 92/2 100/16 103/23
Let's see [1] 100/16
level [3] 15/14 18/11 18/12
Levenson [1] 1/17
liability [1] 69/14
lieutenant [5] 73/22 73/24 74/15 85/13 98/1
light [1] 83/25
lighter [1] 96/24
lightweight [1] 84/2
like [44] 5/20 6/5 9/13 10/4 10/23 11/3 13/17 16/1 17/19 18/2 19/1 19/17 19/17 21/20 23/14 24/1 24/20 32/19 33/21 34/17 37/8 37/16 43/25 43/25 46/16 46/20 47/2 62/5 64/12 66/14 67/15 67/19 68/14 70/15 71/25 74/11 75/23 79/25 82/2 82/7 90/23 92/19 93/8 101/10
likelihood [1] 13/10
limitation [3] 71/13 71/17 71/18
limitations [1] 105/7
line [24] 15/16 15/24 16/16 19/7 19/14 20/11 20/12 22/9 22/10 22/12 39/23 49/17 73/10 75/6 76/7 77/17 78/22 78/23 79/5 82/12 82/14 84/10

## L

line... [2] 92/10 102/3
lined [1] 82/2
lines [1] 19/2
lining [1] 82/25
linked [3] 23/23 23/24 30/19
list [1] 64/8
literally [1] 21/9
little [14] 5/22 13/19 39/10 39/24 46/22 62/11 62/13 81/19 82/20 86/5 97/11 103/6 103/17 103/19
local [1] 83/15
location [1] 72/9
long [6] 9/4 10/25 24/11 64/8 102/24 103/20
longer [4] 5/12 58/15 83/18 103/19
look [14] 7/17 40/9 61/18 66/17 66/19 68/18 74/9 76/6 76/14 76/16 77/22 77/24 81/20 86/18
looked [2] 33/25 43/25
looking [14] 16/13 20/22 22/20 25/11 40/16 40/25 50/5 54/12 63/13 72/9 74/19 80/12 85/4 91/15
looks [9] 19/17 58/9 74/11 82/2 82/7 82/25 90/23 92/19 93/8
Los [1] 1/19
lose [1] 61/7
lost [2] 37/24 57/1
lot [23] 14/6 14/7 14/10 14/15 14/16 14/17 14/23 17/12 17/19 17/21 17/22 18/6 23/14 25/13 37/18 43/23 46/17 46/24 50/2 61/22 79/6 79/24 95/1
loud [3] 14/20 33/19 68/17
lower [23] 15/6 15/8 15/13 16/2 16/16 16/20 17/4 18/21 20/23 20/24 21/13 24/12 34/17 37/1 38/14 44/14 44/23 47/22 59/7 60/2 60/20 74/9 83/24
lucky [2] 46/15 46/16
lunch [4] 103/10 103/18 103/25 104/5

## M

Machnicki [2] 2/2 4/9
mad [1] 18/15
made [12] 19/3 26/5 32/1 32/12 32/23 75/6 75/10 75/12 88/15 91/24 93/1 95/20
Main [1] 2/3
maintain [3] 24/16 32/6 49/20

maintaining [1] 82/11
majority [1] 23/3
make [12] 6/25 10/12 28/24 37/12 39/14 68/15 70/1 76/14 88/13 93/19 93/19 94/9
makes [1] 89/6
making [2] 29/16 94/7
mall [3] 11/20 12/11 14/7
man [25] 26/8 33/1 35/24 36/11 36/19 39/7 39/12 39/14 39/18 40/18 43/24 44/5 44/13 47/12 47/17 50/14 51/4 61/3 61/19 77/7 77/16 91/2 91/13 97/19 99/15
manage [1] 10/11
many [5] 16/1 23/17 24/3 66/24 81/13
marathon [2] 10/6 10/6
marina [1] 2/6
Marine [7] 25/15 25/16 49/7 49/8 83/3 90/9 90/13
Marine Corps [5] 49/7 49/8 83/3 90/9 90/13
mark [3] 57/3 57/15 89/19
marked [3] 63/14 95/4 95/18
mask [15] 8/7 19/17 19/20 19/22 36/15 36/19 36/22 36/25 37/1 37/3 37/6 37/10 37/11 40/21 57/11
matching [1] 49/22
matter [5] 4/22 5/25 99/4 103/20 105/4
may [9] 19/11 58/21 66/24 67/18 69/12 75/13 86/6 102/19 104/3
maybe [12] 11/11 19/11 19/6 19/6 22/1 39/10 48/22 50/5 57/14 59/14 68/19 68/20
me [65] 14/18 22/19 25/11 25/13 25/17 28/15 30/3 30/13 30/15 30/18 31/9 32/9 33/15 33/16 34/13 35/24 35/25 35/25 36/2 36/13 36/14 36/17 36/18 37/4 40/1 40/22 41/2 41/3 41/4 44/22 44/22 44/24 44/25 44/25 45/2 45/4 46/20 47/2 47/11 47/15 49/6 50/22 52/4 52/15 54/14 57/10 57/10 59/13 60/23 61/11 61/12 61/12 61/12 66/20 69/25 72/1 80/24 81/2 85/21 89/9 93/18 93/21 95/13 97/15 102/25
mean [7] 13/8 18/11 25/21 37/18 38/7 66/6

meaningful [1] 47/3
means [4] 13/9 16/14 30/2 74/3
measured [2] 72/8 72/16
mechanic's [1] 20/4
mechanical [1] 2/12
mechanism [1] 73/14
media [1] 20/25
medical [5] 45/11 45/17 45/21 45/25 99/22
meeting [1] 16/7
MEHTA [2] 1/10 4/3
member [7] 9/20 64/23 65/9 69/12 69/16 70/6 73/2
members [13] 13/16 16/6 16/7 16/11 17/23 23/21 25/9 36/5 39/5 50/4 64/15 67/23 69/1
memory [1] 86/4
mention [5] 75/7 75/10 75/12 76/10 76/25
mentioned [5] 7/22 18/19 23/14 38/23 52/25
Merit [1] 2/7
message [4] 96/5 97/4 98/20 98/25
messages [3] 95/18 96/21 96/24
messaging [6] 95/3 95/6 95/12 96/1 96/11 97/2
metal [15] 18/22 19/4 26/6 33/14 33/19 44/14 46/5 49/3 50/15 79/1 80/25 83/9 90/1 90/3 90/5
Metropolitan [9] 5/2 8/25 9/1 10/16 16/23 18/9 63/23 99/25 100/11
microphone [1] 13/21
middle [2] 22/9 34/17 39/8
might [1] 64/9
military [1] 74/12
mind [2] 37/20 102/2
minor [2] 100/4 100/8
minute [3] 27/16 57/14 57/14
minutes [2] 61/11 62/18
Mirell [2] 1/17 4/7
mistake [2] 39/17 39/20
moment [29] 6/13 22/22 23/18 28/10 30/25 31/8 34/15 36/16 37/4 40/1 41/2 54/9 56/20 58/22 66/2 67/8 77/9 77/10 81/25 82/24 83/5 89/23 90/15 91/15 92/12 92/13 93/16 92/23 103/18

meaningful [1] ... 
moments [5] 7/13 78/19 83/22 83/22 93/25
Monday [1] 4/19
monitor [2] 10/3 10/12
monitoring [1] 20/15
Monroe [12] 2/2 2/3 4/9 5/15 7/16 63/5 63/17 91/17 100/15 100/19 102/5 102/9
month [1] 87/20
months [1] 11/2
more [11] 6/8 22/23 24/16 35/13 43/1 54/23 61/17 67/18 85/24 102/16 104/7
morning [1] 1/7 4/5 4/13 4/14 6/18 6/21 8/6 8/15 8/16 11/12 11/18 62/10 63/10 63/11
most [4] 22/14 23/5 23/23 29/1
mostly [6] 10/1 14/7 16/1 17/13 23/6 60/3
motion [2] 29/16 33/17 78/15 78/16 78/16 78/17
motivated [1] 17/14
mountain [4] 11/7 12/9 14/1 21/19
mounted [1] 26/20
move [14] 15/18 15/18 32/2 32/21 34/13 43/24 50/17 58/13 59/16 69/24 78/14 82/20 84/3 91/6
moved [1] 32/3
movement [1] 79/6
moving [4] 34/11 42/19 43/11 51/13
MPD [8] 9/4 9/7 9/15 12/13 13/12 16/1 23/7 47/8
Mr. [24] 4/14 5/15 6/6 7/16 8/2 13/18 63/5 63/17 66/19 75/8 75/25 76/17 78/15 80/25 84/9 84/9 91/17 100/14 100/15 100/15 100/19 102/5 102/9 103/4
Mr. Douyon [1] 5/15
Mr. Kelly [2] 8/2 13/18
Mr. Monroe [5] 5/15 7/16 63/5 63/17 91/17 100/15 100/19 102/5 102/9
Mr. Webster [10] 4/14 66/19 75/8 75/25 76/17 78/15 80/25 100/14 100/15 103/4
Mr. Webster's [2] 84/9 84/9
much [9] 5/19 13/15 58/15 59/15 62/14 79/4 92/23 93/24 102/18
my [68] 5/16 8/22 8/22 16/4 19/6 20/13 20/14 25/12 25/17 25/25 25/20 30/21 32/2 32/3

36/12 36/14 36/15 36/15 36/21 37/2 37/9 37/9 37/11 40/21 41/3 41/7 41/25 41/25 42/3 42/9 42/9 42/21 43/1 43/6 43/10 43/16 44/6 44/20 46/15 46/17 47/23 50/25 57/11 60/19 61/12 61/16 63/12 66/19 67/6 71/16 72/15 73/23 77/11 82/8 84/17 88/14 90/23 90/24 92/21 93/18 94/9 95/24 96/2 96/13 103/1 103/16 103/21
My hand [1] 32/2
myself [1] 52/15

## N

naked [1] 90/1
name [4] 8/19 8/22 8/22 97/15
names [3] 79/18 79/22 80/22
nation's [1] 62/4
near [4] 11/15 11/17 13/1 14/4
nearing [1] 58/17
necessary [3] 11/21 12/11 95/15
neck [1] 64/12
need [3] 4/24 14/2 28/15
needed [3] 12/14 29/3 50/17
neon [3] 59/8 89/21 90/23
never [13] 72/8 72/16 80/10 88/5 88/9 88/11 97/24 97/25 98/1 98/3 98/5 98/8 99/21
New [2] 1/22 11/16
New York [1] 11/16
next [10] 6/21 33/16 50/18 58/14 61/1 74/14 74/20 81/20 84/3 102/23
nice [3] 6/19 84/24 104/5
Nielsen [2] 1/21 4/7
night [1] 5/5
nine [2] 45/13 45/13
no [70] 1/4 4/23 5/9 5/12 7/20 10/13 12/18 12/21 16/25 17/2 18/11 19/9 19/12 21/21 33/2 33/4 33/7 35/13 39/13 39/16 42/18 44/15 45/16 45/24 46/2 46/12 50/25 54/11 55/5 63/15 72/24 73/12 74/1 75/6 75/10 75/12 75/16 75/24 76/10 76/25 77/19 78/4 78/6 79/7 79/13 79/14 79/16 83/18 85/7 87/2 87/3 87/12 90/4 90/4 90/4 90/4 91/4 92/14 94/16

Case 1:21-cr-00208-APM Document 137 Filed 09/20/22 Page 114 of 119

**N**

no... [11] 94/22 94/24 96/16 97/25 99/2 100/9 101/22 102/15 102/16 104/1 104/2
Noah [3] 6/23 8/11 8/22
noises [2] 14/10 14/20
non [3] 64/17 69/7 69/20
non-deadly [3] 64/17 69/7 69/20
none [1] 94/17
normally [2] 71/4 71/5
nose [1] 37/9
not [56] 5/11 12/21 13/14 14/1 15/11 16/13 18/11 18/12 19/11 23/24 28/25 30/18 34/10 36/16 37/19 37/22 37/22 39/24 46/16 50/25 54/11 61/23 62/19 65/8 65/17 66/14 66/17 66/20 66/24 70/8 71/10 72/5 72/15 73/12 75/18 78/3 78/17 78/19 79/4 82/19 83/11 83/13 84/24 85/11 86/11 87/6 87/9 87/15 91/22 92/14 94/19 100/15 101/5 103/9 103/10 103/15
note [2] 5/6 105/5
nothing [2] 32/9 87/14
notified [1] 6/3
noting [1] 65/3
November [3] 63/16 63/24 65/11
now [75] 6/13 19/23 20/20 27/7 27/16 29/6 29/11 30/4 30/11 30/16 30/23 31/7 31/20 33/8 33/13 34/4 34/19 36/9 38/3 40/24 42/19 43/11 48/4 48/6 50/3 51/2 51/11 51/18 54/12 55/25 57/3 59/20 61/9 61/9 61/17 62/11 65/21 68/25 69/19 70/3 71/10 73/10 73/24 75/5 76/21 79/1 79/17 80/12 81/9 81/25 82/5 83/2 83/5 84/21 85/4 86/20 87/4 87/23 89/9 89/13 89/16 89/19 89/25 90/20 91/1 92/2 92/6 92/19 92/19 93/3 93/8 93/14 94/4 94/4 94/7
number [6] 16/14 16/14 59/20 61/8 66/23 99/6
NW [3] 1/14 1/22 2/9
NY [1] 2/4

**O**

oath [1] 8/4
object [2] 26/10 34/18
objected [1] 66/8
objection [7] 7/2 34/15 35/7 66/4 66/18 78/6 96/16
objections [1] 7/20
objective [1] 39/21
objects [2] 18/6 19/16
obligation [1] 65/17
obscene [1] 14/16
observed [2] 19/12 82/16
obviously [2] 61/17 61/24
occur [3] 86/1 87/23 95/25
occurred [7] 74/20 76/23 86/2 86/14 88/6 94/18 105/5
occurring [1] 96/11
occurs [1] 80/24
off [18] 8/7 8/8 14/9 25/17 25/20 26/2 28/24 29/25 30/2 30/22 31/1 36/21 36/23 37/4 37/6 40/21 41/4 77/12
offended [2] 84/23 84/25
offending [1] 85/2
offer [2] 65/24 96/14
offered [1] 87/1
office [3] 1/13 1/17 5/5
officer [124]
Officer Rathbun [84] 5/1 8/6 9/6 9/15 10/14 11/3 12/12 13/5 13/15 13/19 15/4 16/13 18/8 18/18 19/13 20/1 20/10 20/17 20/19 21/6 21/22 22/11 22/16 23/10 24/11 24/19 26/24 27/5 27/16 27/24 28/14 28/21 29/24 30/5 30/10 31/1 31/24 34/7 35/22 36/3 36/20 37/20 38/20 39/2 39/11 40/4 40/15 40/25 41/5 41/14 43/7 43/12 47/7 48/9 49/15 50/23 51/7 52/3 52/22 53/9 53/20 54/3 54/8 54/19 55/10 56/1 56/4 56/18 57/9 57/19 58/7 58/23 59/3 59/19 60/17 61/6 61/16 62/7 62/17 66/11 98/18 98/20 100/18 102/13
officers [41] 9/12 10/10 10/21 14/3 14/18 15/17 15/19 15/24 16/2 17/10 17/11 17/24 22/25 23/3 23/7 24/16 33/16 35/11 38/1 38/13 38/22 46/17 46/24 47/1 49/16 49/20 51/11 53/1 56/23 58/11 59/25 60/3 67/17 70/23 81/11 82/5 82/12 82/15 82/18 94/10 102/2
Official [1] 2/8
oh [1] 5/6

officially [7] 7/2 5/5 once away [3] 5/5 7/21 22/6 27/9 31/21 42/1 42/13 51/1 51/22 55/16 58/18 62/10 62/16 62/20 63/4 63/21 66/17 67/2 67/6 67/13 68/24 73/3 73/13 75/20 76/4 77/14 77/20 78/9 81/8 83/10 94/25 95/16 96/17 98/13 102/23 103/12 104/7
once [8] 27/7 35/11 35/13 45/10 92/3 92/5 93/14 97/19
one [25] 4/15 4/18 6/6 13/24 15/14 16/10 19/10 21/13 23/23 28/3 29/19 40/1 41/14 42/14 48/9 54/20 55/5 70/15 70/15 71/5 79/7 79/14 88/20 93/7 97/17
ones [1] 19/11
online [1] 65/23
only [12] 7/6 7/12 21/13 32/23 48/23 67/3 71/12 76/22 85/15 87/8 88/21 97/18
open [9] 29/15 32/2 32/12 32/15 32/21 43/17 67/9 97/19 103/14
opportune [1] 103/18
opportunity [2] 86/17 89/10
optional [2] 65/17 70/8
options [1] 24/3
order [17] 9/25 10/7 12/2 12/10 16/6 18/24 32/17 32/18 63/15 63/24 64/3 64/6 64/14 64/15 68/15 81/16 100/22
ordinary [1] 65/22
oriented [5] 14/17 50/4 51/17 57/15 59/21
originally [1] 5/18
other [41] 10/23 12/4 14/18 17/10 19/18 19/19 19/21 24/16 25/9 25/9 35/11 38/13 38/21 40/6 42/16 42/16 43/12 43/15 46/17 47/1 47/4 48/9 50/22 51/10 52/5 53/1 54/24 56/23 58/8 58/10 62/13 64/12 68/2 70/18 74/3 75/14 80/20 84/22 93/15 94/10 102/2
ought [2] 67/1 104/10
our [20] 5/4 5/5 9/23 9/23 12/9 12/24 13/24 13/24 13/25 14/1 15/14 17/17 17/18 33/20 39/21 39/23 47/5 57/2 62/10 103/18
ourselves [1] 19/16
out [30] 5/1 25/9 29/14 39/4 43/22 43/24 44/3

51/17 52/14 53/3 53/13 53/22 54/5 55/13 55/21 56/7 56/15 57/23 59/6 60/17 64/6 67/4 71/13 77/4 97/11 100/20 103/9
outright [1] 79/21
outside [3] 16/6 37/1 87/9
outstanding [1] 4/25
over [14] 7/23 12/13 23/5 29/3 35/14 44/19 48/22 56/16 63/18 85/22 86/15 87/23 91/3 101/23
overcome [1] 23/21
overruled [1] 35/8
Overwhelmed [1] 23/12
own [2] 27/19 46/2

**P**

P.C [1] 2/3
p.m [4] 24/22 74/12 104/13 104/13
P1 [1] 100/19
page [15] 63/22 63/23 65/2 65/2 67/16 69/25 73/20 76/5 76/7 76/7 76/10 76/14 76/21 100/16 100/19
pages [3] 67/4 73/19 76/2
palm [1] 44/20
Palmertree [1] 87/19
pandemic [1] 105/6
panel [2] 6/14 62/24
paragraph [1] 100/19
park [1] 19/1
parked [1] 13/24
part [16] 21/16 22/14 47/21 56/11 65/5 72/13 77/7 84/9 84/12 84/15 92/10 95/6 95/12 95/13 95/20 100/21
participants [1] 10/8
particularly [1] 67/18
pass [1] 29/1
past [6] 5/5 17/7 18/4 32/4 41/3 85/3
Patete [1] 73/22
patrol [2] 9/8 9/9
pause [8] 6/11 7/19 27/1 38/4 38/17 50/3 55/4 57/15
paused [1] 28/12
pausing [10] 38/7 38/20 48/6 50/11 51/7 55/10 56/4 57/8 59/19 60/16
pay [5] 28/15 29/19 30/5 31/20 81/21
pedestrians [1] 18/24
pending [2] 5/12 5/13
people [36] 10/12 14/6 14/7 14/8 14/10 14/15 14/19 16/22 17/8 17/9

11/18 18/25 19/2 23/14 23/25 25/9 25/22 32/17 32/21 37/18 39/21 39/22 41/3 43/23 44/19 50/2 51/20 53/16 70/18 70/21 79/2 79/3 79/9 84/22 85/1 95/1
perhaps [3] 6/2 86/5 95/4
perimeter [31] 15/21 16/2 17/14 18/21 21/1 24/6 24/13 24/16 28/25 29/4 29/13 31/17 32/6 32/22 33/20 35/1 35/6 35/12 37/25 38/22 39/24 49/20 50/24 51/8 51/11 56/21 57/1 57/2 81/11 81/15 81/17
permissible [3] 66/10 80/8 80/10
permitted [1] 5/11
person [56] 4/10 15/12 25/2 25/4 25/7 26/7 27/24 28/2 28/5 29/16 32/13 33/9 33/13 33/5 37/15 39/1 39/4 46/5 46/14 49/2 49/5 49/12 49/23 50/7 50/19 51/13 51/17 52/12 53/10 53/13 53/15 53/19 54/10 55/18 55/21 56/12 56/20 57/5 57/20 57/23 58/4 58/7 59/9 60/5 60/21 61/6 68/21 87/23 101/16 101/19 101/23 102/1
person's [2] 30/24 32/24
perspective [3] 86/22 89/3 89/4
persuasion [1] 68/2
phone [8] 47/11 66/1 74/2 74/6 85/22 86/15 87/24 103/1
photo [2] 41/20 72/17
photograph [2] 22/18 72/20
photographer [1] 71/10
photographs [5] 7/13 40/6 41/8 41/14 99/12
photos [2] 40/10 41/18
physical [2] 94/16 103/5
physically [1] 30/16
picture [4] 39/9 71/11 71/13 72/21
piece [2] 83/11 97/13
pieces [2] 18/2 83/14
pinned [1] 52/6
pipe [1] 83/12
place [2] 18/16 73/14
placed [1] 8/4
places [2] 10/7 93/23
Plaintiff [1] 1/4
plan [4] 6/2 6/4 62/12 103/22

**P**

plane [1] 53/24
plastic [1] 18/5
play [28] 27/7 27/17
27/21 28/14 29/5 29/18
33/8 34/1 34/4 34/15
34/16 35/18 36/3 38/3
38/16 50/5 50/18 51/2
51/23 52/10 53/6 53/16
55/2 55/25 57/3 59/14
61/1 81/20
played [43] 27/3 27/11
27/16 27/22 28/19 29/8
29/21 30/8 31/4 31/22
33/11 34/5 35/20 36/7
38/5 38/18 50/9 51/5
51/25 52/20 53/7 53/17
54/1 54/17 55/8 56/2
57/6 57/17 58/5 59/17
60/14 61/4 78/11 81/23
82/22 84/5 89/14 90/16
91/8 91/25 92/15 93/4
94/2
playing [3] 27/20 52/19
55/5
please [29] 4/4 6/16
8/3 8/5 8/18 21/9 22/1
30/5 31/20 39/4 40/12
42/11 42/23 43/8 48/16
49/5 53/22 54/5 55/13
55/21 56/7 56/15 57/23
58/3 59/6 63/3 97/21
102/8 105/5
plumes [1] 14/21
plus [1] 99/25
PO [1] 2/4
point [60] 23/4 23/8
28/8 31/11 31/15 32/8
32/11 34/24 35/6 35/16
37/25 38/9 38/21 39/4
40/5 40/17 40/20 45/1
49/19 50/14 50/23 51/8
51/10 51/14 51/17
52/17 52/23 53/3 53/13
53/22 54/5 54/13 55/13
55/21 56/7 56/15 56/18
56/24 57/23 59/6 59/23
65/25 66/7 67/6 77/15
78/21 83/16 83/18
83/20 84/8 89/5 89/20
90/11 90/14 91/1 91/10
91/15 92/6 93/3 99/15
pointed [3] 25/12
60/17 100/20
pointing [1] 100/18
points [1] 84/17
pole [4] 33/14 83/19
83/20 83/25
police [51] 5/2 8/25 9/1
9/3 9/11 9/12 9/14
10/16 12/24 15/24
16/16 16/23 17/20 18/9
18/10 18/14 18/20 19/7
19/14 19/24 20/11 21/1
22/10 22/12 22/25 23/4
23/6 25/24 26/2 30/2
39/23 49/16 49/17
49/20 61/24 61/25

portion [29] 14/22 17/7
20/14 20/14 21/13 22/1
22/21 22/21 31/16
34/17 37/2 38/14 39/8
41/25 42/5 48/18 55/16
56/10 57/19 57/24 59/7
59/16 59/25 60/11
60/12 60/20 61/9 61/10
77/21
portions [2] 27/17
66/21
position [9] 5/19 5/23
9/1 16/15 17/3 19/13
20/11 37/22 90/21
positioned [4] 26/18
71/4 71/6 82/9
positions [1] 60/25
possibility [1] 67/24
possible [4] 67/25
69/13 86/7 103/24
possibly [1] 68/9
post [1] 9/23
posted [2] 10/7 24/12
potential [2] 26/13
69/17
potentially [1] 68/13
pre [2] 6/2 6/24
pre-admit [1] 6/2
pre-admitting [1] 6/24
preliminary [1] 4/16
presence [1] 77/5
present [2] 67/25
73/24
presented [1] 70/12
presiding [1] 4/3
pressing [1] 37/2
presume [1] 88/18
presuming [1] 70/4
pretrial [2] 5/4 66/7
pretty [6] 17/13 23/15
24/8 33/25 38/11 46/25
Prettyman [1] 2/9
prevent [3] 32/10
39/21 62/2
previewed [1] 4/20
previously [2] 41/12
48/4
primary [1] 10/9
prior [2] 69/19 80/20
private [2] 96/2 98/21
probably [3] 41/17
80/18 104/10
procedure [1] 64/19
proceedings [5] 1/9
1/9 2/12 4/11 105/4
process [3] 18/15

produced [2] 2/12 7/14
program [2] 58/21 65/5
promise [1] 103/15
prompted [1] 97/2
prop [1] 44/1
proposed [1] 7/20
prosecution [1] 69/14
protect [3] 16/11 19/16
70/21
protecting [1] 16/4
protective [2] 19/19
19/21
provided [1] 5/5
provoke [1] 88/8
provoked [1] 88/6
public [3] 10/4 10/8
10/11
publish [2] 40/12 59/1
published [2] 77/25
89/13
pull [9] 26/24 36/21
36/22 40/21 40/23
41/11 54/16 58/20
100/16
pulled [5] 36/25 37/2
37/6 44/6 61/12
pulling [3] 17/8 36/13
36/17
punch [10] 33/1 85/8
86/24 88/22 89/1 93/15
94/17 102/7 102/11
102/13
punched [3] 85/6 88/9
88/11
purpose [1] 10/9
purposes [1] 66/10
push [11] 25/9 32/2
32/3 32/5 32/17 43/22
44/2 44/19 81/16 86/23
92/22
pushed [14] 29/12
30/12 31/9 31/17 32/8
36/17 47/2 61/12 82/1
82/2 92/3 92/5 97/18
102/1
pushes [3] 30/19 80/25
81/5
put [10] 19/20 20/16
21/10 40/2 60/25 70/20
70/21 70/23 76/1 76/7
putting [1] 6/24

**Q**

question [9] 28/17
61/16 69/23 76/19
88/24 96/7 102/7 102/8
102/23
questioned [1] 87/16
questioning [1] 63/12
questions [10] 27/9
55/4 62/6 97/18 99/6
99/8 99/19 100/12
101/24 102/16
quick [2] 7/18 34/2
quickly [2] 24/2 46/25
Quit [1] 17/18

**R**

R-a-t-h-b-u-n [1] 8/23
rack [36] 15/24 20/13
22/4 22/8 28/24 29/4
29/12 30/12 31/1 31/9
31/10 32/7 32/9 34/9
39/24 57/1 79/2 80/25
81/5 81/10 82/1 82/1
82/8 82/9 82/14 82/19
84/14 84/15 89/23 90/2
90/5 90/6 92/7 92/20
101/24 102/1
racks [15] 15/22 18/23
19/3 19/5 19/8 19/10
21/2 21/23 22/2 23/22
34/24 35/14 37/25
89/25 93/7
radio [1] 12/13
railing [1] 58/10
raise [2] 4/17 8/3
raised [1] 77/16
rally [3] 11/24 11/24
11/25
ran [1] 34/13
Rathbun [96] 5/1 5/3
6/1 6/23 8/6 8/11 8/23
9/6 9/15 10/14 11/3
12/12 13/5 13/15 13/19
15/4 16/13 18/8 18/18
19/13 20/1 20/10 20/17
20/19 21/6 21/22 22/11
22/16 23/10 24/11
24/19 26/15 26/24 27/5
27/16 27/24 28/14
28/21 29/10 29/24 30/5
30/10 31/1 31/6 31/24
34/7 35/22 36/3 36/10
36/20 37/20 38/7 38/20
39/2 39/11 40/4 40/15
40/25 41/5 41/14 43/7
43/12 47/7 48/9 49/15
50/12 50/23 51/7 52/3
52/22 53/9 53/20 54/3
54/8 54/19 55/10 56/1
56/4 56/18 57/9 57/19
58/7 58/23 59/3 59/19
60/17 61/6 61/16 62/7
62/17 66/11 98/18
98/20 100/18 102/13
102/18
reach [3] 81/10 81/14
92/10
reached [1] 29/3
reaching [1] 29/14
read [9] 66/13 69/1
69/11 76/18 76/21 95/7
95/11 96/21 100/25
ready [1] 6/20
real [1] 7/18
realize [1] 44/18
realized [1] 35/13
44/19 56/25 56/25
really [7] 23/13 32/9
46/18 66/14 79/4 79/12
79/13
Realtime [1] 2/8
reason [2] 30/22 88/5
reasonable [1] 92/24

reasoning [1] 5/18

recall [20] 11/10 12/21
13/2 15/11 17/15 23/10
24/11 24/23 46/6 46/8
46/9 54/8 74/8 75/16
86/13 87/11 88/1 92/14
97/2 99/14
receive [3] 45/11 45/25
74/2
received [7] 7/25 12/22
45/12 67/12 74/4 78/10
96/19
receiving [1] 85/9
Recess [2] 62/23
104/13
recites [1] 67/23 96/5
recognize [3] 83/2
95/12 95/17
recollection [2] 47/25
83/24
recommended [1] 5/9
reconvene [1] 103/22
record [16] 8/20 21/12
22/7 28/12 39/7 41/22
43/3 48/8 48/14 48/20
49/11 55/7 57/25 61/1
72/15 105/3
recorded [1] 2/12
RECROSS [1] 3/9
recruit [1] 10/21
red [40] 27/24 34/12
35/5 39/9 46/14 47/12
47/17 49/2 49/13 49/24
50/7 50/19 51/18 52/12
53/11 53/20 54/10
55/18 55/23 56/12 57/5
57/20 58/8 59/9 60/5
60/21 61/19 76/11 77/3
77/16 78/22 80/14
86/10 88/3 91/2 91/13
93/11 94/12 99/16
101/19
redacted [1] 67/1
redirect [3] 3/9 98/13
98/16
reduced [1] 80/13
refer [1] 18/23
referenced [3] 42/25
96/1 96/10
referencing [2] 67/4
97/12
referred [1] 20/25
referring [5] 48/7 67/20
84/16 88/25 91/12
reflects [1] 74/11
regain [1] 57/1
regard [2] 64/16 79/23
Registered [1] 2/7
regroup [3] 35/15
38/15 52/24
regularly [1] 104/1
regulation [1] 68/25
reinforce [4] 15/15
15/19 15/21 20/12
reinforced [2] 20/7
21/20
relation [3] 22/17
29/16 72/10

R

relaxed [1] 79/13
relayed [2] 74/22 74/23
relevancy [1] 66/25
relevant [2] 66/22 66/24
remained [2] 24/12 37/10
remaining [1] 6/2
remember [33] 13/16 18/2 25/1 54/9 60/17 74/18 74/25 75/9 75/11 77/11 83/13 86/9 87/15 87/22 87/25 88/18 88/18 90/15 94/14 94/19 94/20 98/7 98/10 99/7 99/19 100/11 101/8 101/24 102/5 102/7 102/9 102/12 103/23
remind [1] 62/19
reminders [1] 103/25
remotely [1] 105/7
repairs [1] 20/6
repeat [4] 76/18 88/24 96/7 102/8
repeated [1] 31/8
replay [1] 60/10
report [9] 45/7 46/4 46/9 46/13 70/6 73/15 73/25 99/18 100/7
reportable [9] 46/20 64/9 100/21 101/2 101/6 101/9 101/12 101/15 101/21
reported [6] 46/3 46/10 73/11 75/2 76/22 100/22
Reporter [4] 2/7 2/7 2/8 2/8
reporting [4] 64/22 73/14 87/11 105/7
reports [5] 5/21 10/22
request [1] 5/10
requested [1] 45/19
required [2] 64/9 70/3
requirement [3] 64/2 70/8 73/11
requires [1] 70/5
research [1] 104/2
resistance [1] 67/24
resorting [1] 69/6
respond [4] 9/11 9/13 12/23 92/25
responded [1] 12/25
response [3] 77/5 85/5 97/17
responses [1] 96/22
rest [1] 95/14
restraints [1] 64/13
result [5] 41/6 45/17 75/13 85/9 100/2
retire [1] 61/25
retreat [1] 57/2
retreated [4] 38/22 53/1 54/13 58/11
retreating [1] 35/16
return [2] 45/14 45/19

reviewed [3] 46/7 47/5 54/23
right [79] 4/12 5/19 5/24 6/16 6/20 7/9 7/15 8/2 8/3 19/23 21/13 22/5 22/12 23/1 23/4 23/17 25/11 25/12 26/20 27/14 30/6 30/11 30/24 31/6 34/17 43/16 48/18 48/18 48/22 49/6 49/16 53/4 53/14 54/14 55/15 55/24 56/8 56/10 56/16 57/24 58/1 59/7 60/2 60/19 60/20 60/24 65/20 67/8 67/22 69/10 72/21 72/23 74/9 78/12 78/12 78/20 78/25 80/11 82/4 82/5 84/6 87/3 88/13 88/16 88/16 89/6 89/16 91/5 91/7 92/17 94/1 98/22 99/12 99/23 100/18 102/17 103/17 104/8 104/12
right-hand [5] 21/13 27/14 34/17 48/22 56/10
riot [3] 13/6 13/8 13/12
rise [2] 4/2 63/1
rising [1] 24/2
RMR [1] 105/2
role [1] 25/24
Rotunda [11] 43/17 43/18 43/21 43/23 44/4 44/17 47/14 73/1 75/15 76/23 87/9
roughly [1] 85/20
Rules [1] 5/16
run [2] 10/5 104/3
rundown [1] 98/25
running [1] 35/25

S

sad [1] 61/21
safety [5] 10/8 10/11 10/24 21/18 32/19
said [10] 15/23 24/19 25/14 29/25 34/24 38/21 49/11 80/21 84/21 102/5
same [23] 12/8 29/15 42/7 42/20 42/23 43/4 49/22 50/16 52/9 54/24 60/25 65/1 65/2 68/25 69/11 70/1 71/8 72/20 73/6 89/1 97/11 97/13 103/25
Saturday [2] 96/5 96/11
saw [11] 28/5 29/11 29/14 34/8 34/22 48/10 49/23 50/13 61/9 78/16 83/21
say [21] 10/5 14/15 17/1 18/25 22/22 23/3 25/22 29/23 31/13 39/11 44/7 46/8 46/21 50/12 65/4 70/10 75/6

saying [8] 17/11 17/12 17/16 17/21 18/14 29/20 79/14 90/4
says [3] 26/1 75/21 101/2
scaffolding [4] 20/25 21/3 23/16 48/19
scared [1] 38/2
scary [2] 23/18 23/19
scope [3] 46/19 46/21 68/18
scrapes [3] 99/22 100/4 100/8
screaming [1] 14/19
screen [41] 20/16 21/4 21/10 21/13 22/12 23/1 27/25 34/17 39/2 39/8 40/2 41/12 48/12 48/15 48/16 48/21 49/12 50/1 50/8 50/21 51/18 52/12 53/9 54/7 55/11 56/5 56/10 56/16 57/20 58/1 59/3 59/16 59/22 60/11 60/12 60/20 60/24 76/1 76/8 77/25 89/19
screenshot [2] 22/18
screenshots [2] 7/6 7/13
sea [2] 16/21 53/16
sealed [1] 4/22
seat [1] 8/5
seated [3] 4/4 6/16 63/3
second [4] 57/14 81/2 92/22 95/13
seconds [34] 27/21 29/5 29/11 29/19 34/4 34/8 34/22 35/18 36/4 38/4 38/16 50/6 51/2 51/8 51/24 55/2 55/10 55/25 56/4 57/3 57/8 80/13 81/20 82/21 84/4 85/4 89/20 90/20 91/16 91/18
section [11] 1/21 22/4 22/7 30/18 32/7 50/18 65/2 68/25 69/11 100/16 100/23
sections [6] 17/8 18/3 21/23 34/9 66/13 81/6
secure [1] 23/22
see [87] 14/21 16/21 18/3 21/6 21/23 21/23 22/2 22/5 22/12 22/14 22/25 23/13 23/16 26/5 27/24 28/7 28/9 28/10 30/18 34/18 35/23 38/1 38/8 39/1 39/8 41/20 42/2 42/8 42/16 43/5 48/12 48/16 49/2 49/15 50/18 51/16 52/2 52/11 52/14 52/15 52/25 53/2 53/2 53/10 53/19 54/3 54/8 55/10 55/18 56/4 56/11 56/12 57/8 57/11 57/20 59/3 59/9 59/22

67/20 68/19 71/5 71/20 71/22 72/3 77/7 77/8 77/25 78/14 79/7 80/2 82/7 82/21 89/16 90/8 90/12 90/12 90/21 90/21 95/14 100/16 100/23 100/25 101/2
seeing [6] 25/1 34/3 54/9 88/12 94/14 94/20
seem [3] 33/21 46/20 75/23
seemed [4] 14/10 14/23 18/15 24/1
seen [7] 16/24 27/6 59/20 61/8 63/23 73/20 75/17
segment [1] 81/20
selfies [1] 79/9
senior [1] 75/12
sense [3] 11/25 16/18 18/13
sent [1] 96/24
separated [1] 94/5
series [4] 74/13 95/6 95/17 97/13
serious [1] 44/8
service [2] 9/11 9/14
session [2] 1/7 63/2
set [7] 12/19 18/22 18/23 21/1 74/13 81/12 92/11
sets [1] 74/10
seven [4] 9/5 34/4 34/7 48/22
seven-eighths [1] 48/22
Seventh [2] 9/8 9/10
several [4] 7/2 25/6 33/16 93/25
shall [5] 67/25 69/1 100/22
shape [1] 38/11
share [2] 64/2 68/7
She [1] 74/4
shift [3] 9/23 11/8 11/10
shin [2] 42/3 42/5
shit [5] 25/17 25/20 26/2 29/25 30/2
short [1] 85/21
shortly [1] 47/23
shot [1] 22/13
should [8] 5/6 6/13 31/13 41/12 58/14 64/25 66/21 104/3
shouldn't [1] 103/20
shouting [1] 14/6
show [14] 9/12 48/4 48/16 54/24 63/13 73/18 76/2 77/21 86/12 88/22 89/9 95/2 95/5 95/13
showed [5] 86/21 86/24 99/11 100/14 100/15
showing [3] 22/10 63/22 80/21

sic [2] 66/19 76/17
side [15] 12/25 14/9 14/11 14/21 15/6 16/5 43/1 48/22 57/25 58/8 60/24 78/21 78/23 88/16 89/6
sidewalk [2] 14/2 14/9
sign [1] 90/7
signal [2] 28/25 29/2
signaling [1] 91/1
signs [2] 89/25 90/4
simply [1] 80/9
since [5] 6/6 55/5 61/17 65/10 65/12
single [1] 21/21
sir [50] 4/14 8/16 21/5 27/10 43/20 45/6 45/16 49/14 53/4 54/22 55/1 56/6 56/14 58/12 60/19 62/21 63/11 65/15 65/21 65/23 67/3 67/7 67/15 69/4 72/8 73/19 79/11 82/17 84/25 85/4 85/8 86/8 95/9 95/21 96/23 97/1 97/18 98/12 98/19 98/23 99/2 99/9 99/13 99/17 99/20 99/24 100/24 101/1 101/4 102/19
sitting [2] 12/24 85/24
situated [1] 89/22
situation [3] 67/24 68/1 68/13
situations [3] 64/8 69/2 69/20
six [3] 11/2 9/25 101/18
six-plus [1] 99/25
size [1] 16/19
skip [1] 57/13
sleeve [1] 32/4
sleeves [1] 76/12
slides [1] 30/20
slow [1] 89/11
slowed [1] 77/22
small [1] 50/1
smell [2] 14/24 15/2
smoke [1] 14/21
snap [1] 57/11
snapped [1] 37/10
so [130]
So given [1] 5/10
So is [1] 22/22
So it's [2] 86/4 103/17
So this general [1] 64/6
So this is [4] 20/23 27/14 40/17 64/15
So when [1] 9/12
soft [2] 13/19 20/9
solid [1] 83/11
some [46] 7/12 8/8 9/9 14/8 14/21 18/19 18/22 19/11 20/7 23/7 27/8 28/9 29/13 30/22 38/21 39/9 40/10 41/7 41/23 42/25 44/2 47/1 58/9

**S**

**some... [23]** 59/16
67/18 68/7 68/19 68/22
73/8 74/3 77/15 78/16
80/2 82/18 82/19 83/16
83/18 83/20 89/5 91/10
91/14 93/3 95/2 95/3
99/15 103/4
**someone [8]** 26/1 68/9
68/13 68/20 75/2 79/21
82/7 90/12
**something [5]** 19/1
43/25 46/20 65/16
66/14
**sometime [4]** 12/12
13/5 65/12 73/6
**somewhat [3]** 4/23
34/2 61/7
**Soon [1]** 19/20
**sorry [9]** 17/1 28/12
45/4 46/8 46/9 47/1
72/8 90/7 100/15
**sort [17]** 21/13 21/22
22/9 22/11 23/5 29/6
29/14 29/19 34/17 53/9
56/9 56/19 58/1 58/9
59/15 60/4 103/18
**sorts [6]** 9/14 9/20 9/25
17/15 18/1 18/6
**sought [1]** 99/22
**sound [1]** 33/19
**source [1]** 10/2
**speak [3]** 13/20 80/1
82/15
**speaking [7]** 75/9
75/16 81/14 82/11
82/16 88/1 103/2
**special [5]** 19/19 47/20
48/1 81/21 87/19
**specific [3]** 12/7 15/11
80/2
**specifically [1]** 18/2
**speed [1]** 80/14
**spelling [1]** 8/19
**splintered [1]** 44/5
**spoke [4]** 47/11 74/6
74/15 75/1
**spot [1]** 71/8
**spray [1]** 33/6
**Spring [1]** 1/18
**squared [1]** 35/24
**St [1]** 1/18
**stake [1]** 43/25
**stamp [2]** 48/14 55/6
**stamps [2]** 27/14 48/7
**stand [4]** 6/1 12/10
27/7 38/10
**stand-by [1]** 12/10
**standby [1]** 11/21
**standing [17]** 14/4
19/7 22/17 23/24 24/2
33/16 37/18 49/16
55/24 72/19 79/4 79/9
81/15 89/17 90/2 90/6
90/11
**start [8]** 8/18 11/8 48/6
62/12 63/12 77/24 81/4
103/24

8/9 25/12 25/13 34/11
34/13 36/13 62/14
**starting [5]** 29/7 35/19
41/19 55/7 60/13
**state [1]** 76/22
**stated [1]** 5/18
**statements [2]** 91/24
95/20
**STATES [4]** 1/1 1/3
1/10 4/6
**stationed [1]** 15/24
**steady [1]** 82/14
**stenography [1]** 2/12
**step [4]** 33/20 35/14
81/6 102/19
**still [4]** 23/7 30/25
49/19 51/13
**stipulate [1]** 78/5
**stipulation [2]** 7/3 78/7
**stitches [3]** 45/12
45/13 73/8
**stood [2]** 20/13 23/11
**stop [11]** 25/19 28/18
34/14 61/6 78/12 84/6
89/16 90/19 91/7 92/2
92/17
**stopped [3]** 90/18
90/20 90/21
**stopping [9]** 27/13
30/10 31/24 35/22
36/10 39/1 52/2 52/22
53/19
**store [1]** 83/15
**story [4]** 97/24 97/25
98/1 98/5
**straining [1]** 75/23
**strange [1]** 17/19
**strap [2]** 36/14 36/15
**Street [2]** 1/14 2/3
**strike [1]** 80/8
**struck [1]** 33/15
**structure [1]** 21/4
**struggled [2]** 37/3 37/4
**struggling [2]** 36/24
94/9
**stumbled [1]** 93/8
**sub [1]** 69/11
**subcapital [1]** 67/19
**subject [2]** 69/12 105/6
**subsequently [1]**
86/17
**such [5]** 33/5 69/1
69/22 70/16 100/7
**suffer [3]** 41/5 43/12
43/15
**suffered [6]** 42/24 73/4
87/6 87/9 100/1 100/4
**suffering [1]** 99/15
**Suite [2]** 1/14 1/18
**Sunday [1]** 5/5
**supervisor [4]** 44/24
45/8 46/4 73/23
**supervisors [2]** 13/24
15/15
**supportive [1]** 17/20
**suppose [1]** 21/14
**supposed [3]** 11/20

**sure [17]** 6/25 8/21
10/13 24/7 28/24 37/19
49/10 66/17 66/20 70/1
72/5 72/15 76/2 76/15
76/21 96/8 97/22
**suspect [1]** 101/13
**suspicious [1]** 5/22
**sustained [2]** 75/13
76/25
**swinging [1]** 33/24
**sworn [2]** 8/11 80/17
**swung [1]** 50/15
**system [1]** 10/21

**T**

**tackle [1]** 94/17
**tackled [1]** 52/4 57/10
61/11
**tackling [1]** 101/13
**tactical [1]** 68/2
**take [24]** 7/17 8/8
25/17 25/20 26/1 29/25
30/2 33/20 41/8 44/25
45/17 62/10 71/11
71/12 76/5 76/14 76/16
77/24 81/20 86/17
103/6 103/18 103/20
104/10
**Take your [1]** 30/2
**taken [7]** 30/25 31/14
33/14 40/6 40/21 45/1
89/10
**takes [2]** 6/1 81/5
**taking [3]** 18/16 54/15
79/9
**talk [3]** 68/16 87/4
103/5
**talked [5]** 45/23 47/16
48/10 79/2 85/13
**talking [4]** 21/3 22/2
77/7 85/25
**tall [2]** 19/5 21/4
**taught [2]** 32/16 68/12
**teach [2]** 10/21 65/7
**techniques [9]** 64/11
68/3 68/5 68/8 68/14
68/22 69/2 69/6 70/5
**technological [1]**
105/7
**tell [14]** 13/16 18/19
20/21 36/5 40/16 47/17
47/25 66/20 70/14
82/21 88/15 88/17
89/24 97/18
**telling [1]** 15/18
**temperature [1]** 24/1
**ten [2]** 51/24 61/2
**tension [1]** 24/1
**tent [2]** 43/25 44/1
**terms [1]** 71/19
**terrace [16]** 14/4 15/7
15/8 15/13 16/3 16/16
16/20 17/14 18/21 20/23
20/24 24/12 38/14
44/14 44/23 47/22
**terrible [6]** 17/13 79/14
79/22 80/18 80/21

**testified [4]** 30/1 75/7
85/19 99/21
**testifying [1]** 97/6
**testimony [3]** 8/8
62/19 102/19
**text [11]** 95/3 95/12
95/17 96/1 96/4 96/10
97/2 97/21 97/25 98/20
98/25
**texts [2]** 97/14 103/15
**than [11]** 6/9 19/18
19/21 42/16 46/16
61/17 75/14 85/24 86/5
86/25 103/19
**thank [16]** 8/5 8/17
13/21 40/13 62/7 62/8
62/9 62/14 62/22 63/6
98/11 98/12 102/18
102/21 103/13 104/12
**thank you [16]** 8/5
8/17 13/21 40/13 62/7
62/8 62/9 62/14 62/22
63/6 98/11 98/12
102/18 102/21 103/13
104/12
**thankfully [1]** 20/20
**Thanks [1]** 104/5
**that [364]**
**that'll [1]** 102/24
**that's [52]** 5/16 20/25
21/18 25/22 28/10
32/16 37/22 39/24
40/22 40/22 41/25 42/9
42/9 42/14 42/21 42/25
43/3 43/6 47/15 48/20
51/20 52/4 53/5 55/16
55/23 56/9 57/11 57/25
60/2 60/19 65/19 66/10
66/17 66/22 67/6 68/17
68/20 70/8 70/8 70/9
71/24 72/3 72/22 82/11
83/21 84/16 89/4 93/11
95/15 95/18 103/8
103/21
**their [7]** 23/6 32/21
46/2 82/6 82/8 82/9
82/12
**them [21]** 14/2 16/1
17/19 18/4 18/23 19/11
23/17 23/23 25/5 34/10
43/24 44/2 44/3 68/16
74/13 75/16 80/1 81/17
82/2 82/13 88/17
**then [32]** 4/23 5/25
7/12 8/9 11/20 15/16
22/9 24/23 27/8 27/18
28/16 28/18 29/16
33/20 34/10 36/17 37/9
38/4 38/17 43/7 44/5
49/13 50/3 52/5 54/11
55/3 59/9 61/12 61/12
62/18 74/12 86/5
**there [137]**
**there's [17]** 4/16 4/23
38/14 49/13 50/2 55/5
60/3 64/8 70/3 72/24
74/10 74/13 75/24 76/2

25 78/6 80/2

**therefore [1]** 105/6
**these [9]** 4/10 7/1
41/12 41/18 51/19 69/5
85/16 86/4 89/25
**they [35]** 16/4 17/6
17/6 17/12 17/15 17/20
18/1 18/14 18/15 19/4
20/3 20/4 20/4 20/9
23/6 23/15 23/15 23/16
23/22 25/22 32/9 32/19
32/20 45/2 45/4 46/2
50/20 72/20 72/20 73/7
80/2 82/2 82/13 86/5
95/20 104/3
**they're [2]** 18/23 20/5
**thing [7]** 10/6 10/24
20/6 42/7 43/4 58/1
62/2
**things [30]** 9/20 10/18
10/22 14/6 14/7 14/16
17/13 17/15 17/20
17/22 17/23 18/1 18/6
18/14 25/6 25/13 37/22
47/4 52/6 54/24 64/13
71/22 79/14 80/18
80/21 84/24 85/2 85/3
88/12 101/10
**think [38]** 4/15 5/18
5/20 5/23 11/16 15/23
18/18 22/20 23/20 24/5
30/1 30/14 34/24 38/21
41/17 41/22 43/2 45/12
58/15 59/20 60/11 61/7
61/18 61/21 61/23 62/1
62/3 62/3 63/17 63/18
66/9 66/12 66/22 72/13
98/21 99/11 99/21
102/24
**thinking [2]** 23/11
66/20
**thirds [1]** 48/21
**this [174]**
**This is [1]** 4/6
**THOMAS [2]** 1/6 4/6
**those [21]** 10/10 18/5
20/7 26/2 40/10 49/20
60/25 64/13 69/16
84/24 85/2 85/3 86/22
87/8 99/7 99/10 99/14
99/18 99/19 100/12
101/24
**though [2]** 52/17 82/25
**thought [4]** 47/15
63/12 65/4 70/10
**threats [2]** 10/13 17/22
**three [1]** 60/13
**threw [1]** 93/21
**throat [3]** 36/16 37/2
37/9
**through [18]** 6/3 6/25
7/3 7/4 7/14 7/18 7/25
18/24 18/25 27/8 32/10
32/20 43/6 44/7 50/14
66/15 68/1 75/5
**throwing [2]** 17/23
18/1
**till [1]** 93/23

**T**

**time [62]** 11/8 11/11 13/2 15/21 16/8 17/3 22/22 25/1 27/14 29/2 32/23 35/1 36/13 38/11 45/20 46/19 48/7 48/14 49/19 49/22 50/23 52/5 52/23 54/9 54/10 54/13 55/5 56/18 56/24 59/23 62/7 62/14 68/14 74/12 76/5 77/15 78/21 80/14 80/16 81/2 81/3 81/25 82/24 83/16 84/8 85/15 85/21 86/1 87/16 89/5 89/23 90/11 90/14 91/1 91/10 91/15 91/15 92/6 92/22 93/24 102/18 103/9
**timer [3]** 55/6 80/13 91/20
**times [6]** 18/18 27/6 33/16 79/3 79/12 79/15
**timing [1]** 5/22
**titled [1]** 105/4
**today [10]** 43/12 61/20 63/25 71/5 73/21 75/7 75/17 86/6 87/14 103/23
**together [7]** 23/23 23/24 30/19 34/10 81/7 82/2 83/1
**told [20]** 6/12 11/19 13/25 13/25 14/2 25/13 25/17 44/23 46/6 87/14 88/5 88/9 97/20 97/24 97/25 98/1 98/3 98/5 98/8 102/9
**too [2]** 90/13 104/4
**took [12]** 16/15 17/3 19/13 20/10 30/22 34/21 41/15 45/2 45/4 51/20 84/25 99/12
**top [12]** 20/14 36/18 39/8 52/15 55/16 60/4 80/25 82/9 82/13 84/15 89/22 92/9
**topics [6]** 10/20 10/23 10/24 65/7 65/8 66/23
**tore [2]** 44/6 44/7
**total [1]** 93/22
**totality [1]** 98/4
**touch [1]** 48/15
**touchscreen [4]** 20/20 21/6 41/18 55/14
**toward [2]** 32/21 78/15
**towards [13]** 14/3 14/18 18/10 33/15 35/25 36/1 39/14 48/21 51/14 53/2 56/9 60/2 94/7
**town [1]** 83/15
**track [1]** 55/6
**tracks [1]** 6/6
**traffic [8]** 9/13 9/24 10/1 10/11 10/23 32/19 32/20 32/21
**tragic [1]** 61/23
**trained [4]** 68/4 68/8

**training [5]** 65/5 79/22 81/9 101/9 101/19
**traitor [1]** 85/1
**transcript [3]** 1/9 2/12 105/3
**transcription [1]** 2/12
**transpired [1]** 85/14
**treated [2]** 62/5 74/16
**treatment [3]** 45/11 45/25 99/22
**trespass [1]** 90/4
**trial [2]** 1/9 97/8
**tried [4]** 29/12 35/14 36/21 36/22
**trigger [1]** 70/18
**true [3]** 77/15 85/4 86/8
**Trump [1]** 56/17
**trust [1]** 96/4
**truth [2]** 47/18 48/1
**try [11]** 24/6 29/2 32/21 58/20 61/23 62/1 68/18 69/5 80/1 81/6 103/22
**trying [18]** 30/3 30/21 32/2 32/5 32/6 33/21 36/12 38/15 40/21 41/4 43/24 44/2 52/24 57/1 98/24 99/3 99/4 103/8
**turn [2]** 42/11 104/3
**turned [3]** 44/20 103/4 103/5
**turns [1]** 5/1
**twice [1]** 32/9
**two [13]** 48/21 67/4 73/19 74/10 76/2 82/25 83/14 86/22 93/14 93/19 93/23 94/4 94/4
**two-thirds [1]** 48/21
**type [2]** 64/7 69/7
**types [2]** 10/18 68/5
**typical [3]** 12/8 19/24 21/16
**typically [2]** 9/22 18/23

**U**

**U.S [11]** 1/13 1/17 12/14 12/16 12/20 12/23 15/23 22/25 23/4 45/14 49/15
**under [7]** 8/4 28/7 28/9 64/3 65/2 69/11 101/20
**underneath [3]** 37/15 52/16 59/13
**understand [8]** 4/16 5/17 16/10 46/18 46/21 69/23 71/15 71/16
**understanding [4]** 5/16 15/20 16/4 96/13
**understood [2]** 6/10 69/15
**unfortunate [1]** 62/4
**uniform [3]** 19/24 21/17 23/6
**Unintentionally [1]** 89/8
**unit [11]** 9/16 9/21 10/2 11/7 11/14 11/17 12/22 12/24 13/3 15/4 15/12

**United [7]** 1/10 4/6
**United States of [1]** 4/6
**University [2]** 73/7 74/17
**until [1]** 36/9
**unwarranted [1]** 69/16
**up [53]** 9/12 10/7 13/20 14/2 14/21 18/22 18/23 20/16 21/1 26/24 27/9 29/3 34/13 35/25 36/1 36/12 38/15 40/2 40/5 40/23 41/11 44/1 49/22 50/14 53/5 54/14 54/16 55/3 56/22 58/20 71/25 72/1 72/4 72/10 72/12 73/8 76/1 78/14 78/17 80/21 81/12 82/2 83/1 83/25 85/1 89/11 90/24 90/25 92/11 93/2 93/24 97/21 100/16
**upper [3]** 27/14 48/7 48/15
**us [8]** 12/9 15/15 15/18 23/15 23/17 65/23 68/15 82/21
**usdoj.gov [3]** 1/16 1/20 1/24
**use [34]** 10/22 15/3 19/16 20/5 21/18 32/15 33/3 33/5 41/18 44/1 64/11 64/16 64/23 65/8 68/9 68/14 68/20 68/22 69/2 69/5 69/6 69/7 69/15 69/20 70/4 70/6 71/4 100/10 100/21 101/15 101/21
**used [9]** 26/10 26/11 33/14 40/19 64/7 66/9 66/13 69/16 71/1
**uses [2]** 58/21 101/9
**using [9]** 21/6 27/13 27/13 32/12 44/1 48/15 55/6 64/20 71/11
**usual [1]** 103/19
**utilized [1]** 64/23

**V**

**V.P [1]** 65/2
**Vader [1]** 19/17
**vague [1]** 4/23
**valid [1]** 66/18
**various [1]** 68/4
**vehicle [1]** 20/6
**vehicles [1]** 14/1
**verbal [5]** 68/1 68/17 79/18 85/5 85/9
**verbally [5]** 79/21 80/5 80/9 80/15 94/12
**versus [1]** 4/6
**very [17]** 14/5 16/17 16/17 17/21 24/1 25/23 30/15 30/17 30/17 54/14 62/14 64/13 70/12 90/23 92/21 102/18 103/20

**video [73]** 27/3 27/6 27/11 27/22 28/19 29/8 29/21 30/8 31/4 31/22 33/11 34/5 35/20 36/7 38/5 38/18 40/5 50/6 50/9 51/5 51/25 52/20 53/7 53/17 54/1 54/17 54/23 55/8 55/17 56/2 57/6 57/17 58/5 58/24 59/4 59/16 59/17 60/14 61/4 61/9 77/21 77/24 78/11 81/23 82/22 83/21 84/5 86/13 86/21 86/21 86/24 87/1 88/14 88/19 88/20 88/21 88/22 88/25 89/9 89/11 89/14 89/20 90/16 90/20 91/8 91/12 91/16 91/25 92/15 92/18 92/21 93/4 94/2
**videos [6]** 40/6 40/10 48/9 54/20 54/24 77/4
**view [5]** 26/13 72/7 86/25 90/8 92/18
**viewed [1]** 79/8
**views [1]** 86/22
**violation [1]** 85/10
**violence [4]** 67/24 69/7 69/7 80/4
**violent [5]** 13/10 13/11 68/10 68/13 68/14
**violently [1]** 70/19
**visible [1]** 28/25
**voice [2]** 13/20 13/20
**votes [1]** 12/3
**vs [1]** 1/5

**W**

**waiting [1]** 4/15
**walk [1]** 14/2
**walked [1]** 17/7
**walking [1]** 41/3
**wall [9]** 38/14 38/15 38/23 53/1 53/3 53/4 53/10 58/10 94/7
**Walter [2]** 2/2 4/9
**want [12]** 6/25 25/22 62/1 66/1 70/1 76/5 76/14 90/18 91/18 95/13 95/14 96/9
**wanted [2]** 28/24 40/2
**wants [2]** 4/17 37/23
**warning [1]** 68/1
**was [166]**
**Washington [4]** 1/5 1/15 1/22 2/10
**wasn't [4]** 78/18 79/3 85/14 87/16
**watch [1]** 54/20
**watched [3]** 50/13 58/24 88/19
**watching [1]** 40/4
**water [1]** 81/9
**wave [2]** 28/24 77/12
**waves [1]** 77/8
**waving [1]** 77/11
**way [17]** 4/23 17/18

**was [1]** 25/9 26/11 27/7 28/23 48/21 48/22 60/11 64/10 68/19 82/10 89/1 94/7 94/9 96/21
**we [115]**
**We certainly [1]** 5/22
**we were [1]** 34/10
**We will [1]** 8/8
**we'd [1]** 5/20
**we'll [4]** 8/9 76/14 81/20 103/5
**we're [21]** 4/15 5/17 6/25 20/21 22/2 32/16 34/3 40/16 50/4 58/17 62/17 68/12 68/12 76/15 80/12 85/24 85/24 85/25 91/15 97/12 104/12
**we've [7]** 40/4 41/6 43/11 59/20 61/8 89/10 103/23
**weapon [6]** 26/12 33/15 34/19 34/20 40/18 51/20
**wear [1]** 21/18
**wearing [10]** 19/14 19/15 19/18 19/23 20/1 21/14 26/15 39/8 48/23 60/3
**WEBSTER [12]** 1/6 4/6 4/14 66/19 75/8 75/25 76/17 78/15 80/25 100/14 100/15 103/4
**Webster's [2]** 84/9 84/9
**week [2]** 5/4 85/20
**week's [1]** 86/1
**weight [1]** 83/25
**welcome [2]** 6/18 63/4
**well [11]** 21/17 23/8 36/9 46/24 49/9 56/25 72/6 74/9 86/8 88/12 95/13
**went [2]** 46/2 73/6
**were [155]**
**weren't [3]** 23/22 23/23 72/20
**West [14]** 15/8 15/13 16/3 16/16 16/20 17/4 18/21 20/23 20/24 24/12 38/14 44/14 44/23 47/22
**western [6]** 12/25 14/4 14/11 14/20 15/6 16/5
**what [128]**
**what's [14]** 20/17 27/18 34/16 40/2 48/4 63/14 66/12 71/12 71/18 73/18 79/22 81/25 82/24 97/15
**whatever [3]** 58/1 91/19 91/21
**when [64]** 9/7 9/12 12/10 12/22 13/5 13/23 15/5 15/25 16/15 19/13 58/8 25/22 26/1 26/21 28/5 32/12 36/22 37/5

**W**

**when... [46]** 37/9 44/10 46/3 46/10 46/21 47/16 48/1 51/20 52/4 52/14 56/22 57/10 57/12 61/11 61/18 64/20 64/23 67/17 68/9 68/17 70/3 71/4 71/11 73/10 73/15 74/15 74/18 75/1 76/7 79/8 79/12 79/20 81/5 84/13 84/17 84/19 84/21 86/8 87/4 91/23 93/11 95/25 97/5 102/1 102/5 102/9

**whenever [2]** 21/18 69/3

**where [59]** 8/24 11/14 15/4 16/21 18/7 19/7 22/8 22/16 22/17 26/18 39/4 40/17 41/19 48/16 49/5 49/23 50/4 50/7 50/14 50/20 51/17 53/3 53/5 53/10 53/13 53/22 54/13 56/15 57/23 59/12 59/22 60/8 60/12 60/16 60/17 64/9 65/3 67/20 67/24 68/13 69/20 70/3 71/4 71/5 73/7 79/3 79/7 81/15 82/5 82/11 84/15 89/16 89/17 89/19 90/11 90/18 90/21 100/18 101/2

**whether [2]** 86/23 103/9

**which [8]** 7/7 24/21 25/17 26/25 51/10 60/23 66/24 88/20

**while [8]** 37/14 37/16 37/21 43/13 52/6 79/2 82/12 103/6

**white [42]** 11/15 11/18 12/11 21/4 27/25 35/5 39/10 46/14 47/12 47/17 49/2 49/24 50/7 50/19 51/18 52/12 53/11 53/20 54/10 55/18 55/23 56/12 57/5 57/20 58/1 58/8 58/9 59/9 60/5 60/21 61/20 76/12 77/17 78/22 80/14 86/10 88/3 91/2 93/11 94/12 99/16 101/20

**White House [3]** 11/15 11/18 12/11

**who [20]** 6/6 13/10 15/11 15/12 16/11 26/8 28/2 28/3 37/19 39/1 44/5 44/13 44/24 49/3 51/13 67/23 73/22 79/21 85/19 97/9

**who's [2]** 80/9 95/23

**whole [6]** 61/22 66/20 97/24 97/25 98/1 98/5

**whom [1]** 103/3

**why [16]** 11/17 16/2 25/20 32/5 32/15 39/20 62/11 70/14 70/14 70/16 88/5 99/18 103/22

**width [1]** 71/20

**will [8]** 7/23 8/8 28/15 36/4 67/7 67/10 96/17 103/4

**William [2]** 2/7 105/2

**within [3]** 85/13 86/1 87/20

**without [2]** 7/24 75/5

**witness [16]** 3/7 6/21 8/4 8/11 21/11 39/6 41/21 53/23 54/6 55/22 66/15 72/2 95/10 102/24 103/3 103/3

**witnesses [2]** 3/9 104/8

**wood [1]** 18/2

**words [4]** 26/3 27/19 91/11 91/14

**work [2]** 8/24 20/6

**worked [1]** 12/4

**working [1]** 20/20

**world [1]** 71/10

**worn [10]** 26/15 26/18 26/21 26/25 40/5 49/23 50/14 56/19 71/19 86/13

**worried [1]** 46/15

**would [76]** 5/10 7/6 7/10 7/12 9/11 9/12 9/13 9/20 9/24 10/1 10/2 10/7 11/19 12/2 14/1 18/25 20/5 21/1 22/4 22/16 22/20 23/3 23/20 24/5 24/7 24/9 24/21 31/17 31/18 32/19 32/20 39/17 39/20 39/23 44/1 46/7 47/5 51/19 52/16 54/12 57/4 58/16 59/23 59/25 63/12 64/2 65/12 65/24 67/19 68/7 68/14 68/15 68/18 69/5 70/12 70/14 70/18 70/20 70/21 70/23 76/16 80/1 80/3 80/10 80/24 81/17 81/22 84/3 85/10 85/10 95/7 96/14 101/9 101/12 101/15 103/9

**wouldn't [1]** 84/2

**Y**

**yeah [17]** 23/25 31/16 36/21 42/15 51/20 52/14 58/15 63/18 65/1 86/16 89/13 91/14 92/13 93/17 94/23 103/8 103/11

**year [6]** 61/17 65/10 85/25 95/4 96/3 97/3

**years [6]** 9/5 13/12 16/23 18/8 99/25 101/18

**yelling [5]** 14/6 14/16 14/19 25/12 25/13

48/23 55/17 56/11

**yes [213]**

**yesterday [6]** 4/21 6/4 7/2 7/5 7/8 85/18

**yet [1]** 92/18

**York [2]** 1/22 11/16

**you [660]**

**you know [1]** 25/12

**you'd [2]** 77/22 92/3

**you'll [2]** 62/18 89/5

**you're [22]** 17/18 21/3 25/14 25/14 26/10 65/4 66/20 71/11 75/23 76/7 78/21 84/16 86/23 88/25 89/17 90/11 92/19 93/9 94/7 97/5 102/6 102/19

**you've [8]** 13/19 18/18 30/1 39/7 63/17 65/13 71/1 75/17

**your [202]**

**Your Honor [13]** 4/18 4/20 5/25 6/7 6/22 13/22 58/13 63/6 66/6 98/14 102/21 103/1 104/9

**yourself [20]** 8/18 21/7 21/10 22/8 48/12 48/16 50/19 51/4 52/11 55/11 55/13 56/5 56/7 57/4 59/3 59/6 59/22 61/2 69/1 95/7

**Z**

**Zaremba [2]** 2/7 105/2

**zoom [2]** 76/17 97/11