# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR. NO. 21-cr-208 (APM) |
| | : |
| THOMAS WEBSTER, | : |
| | : |
| Defendant. | : |

## ORDER

This matter having come before the Court pursuant to the Government's Unopposed Motion To Unseal Government's Motion In Limine To Preclude Or Limit Cross Examination Of Officer Noah Rathbun And Exclude Evidence, the Court finds that there no longer exists any compelling government interest to justify the continued sealing of that motion in limine or related filings.

IT IS THEREFORE ORDERED that the motion is hereby GRANTED, and that the (1) Government's Motion In Limine To Preclude Or Limit Cross Examination Of Officer Noah Rathbun And Exclude Evidence (ECF # 59); (2) Defendant's Opposition (ECF # 66); (3) Government's Reply (ECF # 71); and (4) transcript of the April 21, 2022, pretrial conference (ECF # 126), are unsealed.

Date: _____

AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE