# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3064**　　　　　　　　　　　　　　　　　　**September Term, 2023**

**1:21-cr-00208-APM-1**

**Filed On: July 23, 2024** [2066049]

United States of America,

    Appellee

  v.

Thomas Webster,

    Appellant

## M A N D A T E

    In accordance with the judgment of May 28, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                      Mark J. Langer, Clerk

              BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk

Link to the judgment filed May 28, 2024