UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WEBSTER,<br>　　Defendant/Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Plaintiff/Respondent | )<br>)<br>)<br>)　Case No. 1:21-cr-00208-1<br>)<br>)<br>)<br>) |

### MOTION FOR PERMISSION TO FILE VIA E-MAIL

　　Mr. Thomas Webster, acting in his propria persona, respectfully requests permission to submit his pleadings in the instant Coram Nobis via the e-file system.

Respectfully submitted,

*/s/ Thomas Webster*

Dated: Oct 6th 2025

Thomas Webster, Defendant/Petitioner

Pakmail



I hereby certify under penalty of perjury that a true and correct copy of the foregoing has been placed in the mailbox, appropriate postage prepaid and addressed to:

Nicholas S. Bolduc
Assistant United States Attorney
Special Proceedings Division
Tennessee Bar No. 035050
601 D Street NW
Washington, D.C. 20530

On this, the 6th day of October, 2025.

Thomas Webster